Attested to this date: 6/27/2014

JOHN P. HEHMAN CLERK

APPEAL,JURY,PROTO

by: _Deuuzes Eail_

Deputy Clerk

**U.S. District Court**
**Southern District of Ohio (Cincinnati)**
**CIVIL DOCKET FOR CASE #: 1:10-cv-00564-MRB**
**Internal Use Only**

Lexmark International, Inc. v. Ink Technologies Printer
Supplies, LLC et al
Assigned to: Judge Michael R. Barrett
Cause: 35:145 Patent Infringement

Date Filed: 08/20/2010
Date Terminated: 06/24/2014
Jury Demand: Both
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**

**Lexmark International, Inc.**          represented by  **P Douglas Barr**
Stoll, Keenon & Park
300 West Vine Street
Suite 2100
Lexington, KY 40507
606-231-3000
Fax: 859-253-1093
Email: douglas.barr@skofirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anthony J. Phelps**
Stoll Keenon Ogden PLLC
300 West Vine Street
Suite 2100
Lexington, KY 40507
859-231-3000
Fax: 859-253-1053
Email: anthony.phelps@skofirm.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Audra Carol Eidem Heinze**
Banner & Witcoff, Ltd
10 South Wacker Drive, Suite 3000
Chicago, IL 60606
312-463-5000
Fax: 312-463-5001
Email: aheinze@bannerwitcoff.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jason Shull**
Banner & Witcoff, Ltd
10 South Wacker Drive, Suite 300

Chicago, IL 60606
312-463-5000
Fax: 312-463-5001
Email: jshull@bannerwitcoff.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew P Becker**
Banner & Witcoff, Ltd.
10 South Wacker Drive, Suite 300
Chicago, IL 60606
312-463-5000
Fax: 312-463-5001
Email: mbecker@bannerwitcoff.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Neil C Trueman**
Banner & Witcoff, Ltd.
10 South Wacker Drive, Suite 300
Chicago, IL 60606
312-463-5000
Fax: 312-463-5001
Email: ntrueman@bannerwitcoff.com
*TERMINATED: 06/19/2012*
*PRO HAC VICE*

**Steven B Loy**
Stoll Keenon Ogden PLLC
300 West Vine Street
Suite 2100
Lexington, KY 40507
859-231-3000
Fax: 859-253-1053
Email: steven.loy@skofirm.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Timothy C Meece**
Banner & Witcoff, Ltd
10 South Wacker Drive, Suite 300
Chicago, IL 60606
312-463-5000
Fax: 312-463-5001
Email: tmeece@bannerwitcoff.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**V Bryan Medlock**
Banner & Witcoff, Ltd.

10 South Wacker Drive, Suite 300
Chicago, IL 60606
312-463-5000
Fax: 312-463-5001
Email: bmedlock@bannerwitcoff.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William J Hunter , Jr.**
Stoll Keenon Ogden PLLC
2000 PNC Plaza
500 West Jefferson Street
Louisville, KY 40202
502-333-6000
Fax: 502-333-6099
Email: william.hunter@skofirm.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Ink Technologies Printer Supplies, LLC**
*TERMINATED: 04/14/2011*
*doing business as*
Ink Technologies, LLC
*TERMINATED: 04/14/2011*

represented by **David Alan Shough**
Law Office of David A. Shough
853 Dayton Oxford Rd.
Carlisle, OH 45005-3412
937-242-7325
Fax: 937-242-2674
Email: dshough@das-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ninestar Image Co., Ltd**
*TERMINATED: 01/19/2011*
*also known as*
Ninestar Technology Co., Ltd
*TERMINATED: 01/19/2011*

represented by **David Graham Kern**
Roetzel & Andress, LPA
310 Chiquita Center
250 East Fifth Street
Cincinnati, OH 45202
513-361-0200
Email: dkern@ralaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gary Hnath**
Mayer Brown LLP
1999 K. Street, N.W.
Washington, DC 20006
202-263-3040
Fax: 202-263-5340
Email: ghnath@mayerbrown.com

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jeffrey C Lowe**
Mayer Brown LLP
1999 K Street, NW
Washington, DC 20006
202-263-3821
Fax: 202-762-4285
Email: jclowe@mayerbrown.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ninestar Image Int'l, Ltd**                    represented by    **David Graham Kern**
*TERMINATED: 01/19/2011*                                            (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **Gary Hnath**
                                                                   (See above for address)
                                                                   *PRO HAC VICE*
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **Jeffrey C Lowe**
                                                                   (See above for address)
                                                                   *PRO HAC VICE*
                                                                   *ATTORNEY TO BE NOTICED*

**Defendant**

**Seine Image International Co., Ltd**            represented by    **David Graham Kern**
*TERMINATED: 01/19/2011*                                            (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **Gary Hnath**
                                                                   (See above for address)
                                                                   *PRO HAC VICE*
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **Jeffrey C Lowe**
                                                                   (See above for address)
                                                                   *PRO HAC VICE*
                                                                   *ATTORNEY TO BE NOTICED*

**Defendant**

**Ninestar Technology Company, Ltd**             represented by    **David Graham Kern**
*TERMINATED: 01/19/2011*                                            (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

**Gary Hnath**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jeffrey C Lowe**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ziprint Image Corporation**            represented by  **David Graham Kern**
*TERMINATED: 01/19/2011*                                (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Gary Hnath**
                                                        (See above for address)
                                                        *PRO HAC VICE*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Jeffrey C Lowe**
                                                        (See above for address)
                                                        *PRO HAC VICE*
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**IJSS Inc.**                            represented by  **David Graham Kern**
*TERMINATED: 04/14/2011*                                (See above for address)
*doing business as*                                     *LEAD ATTORNEY*
Tonerzone.com Inc                                       *ATTORNEY TO BE NOTICED*
*TERMINATED: 04/14/2011*
*doing business as*                                     **Stephen Spraul Schmidt**
Inkjet Superstore                                       Roetzel & Andress, LPA
*TERMINATED: 04/14/2011*                                250 E. Fifth Street
                                                        Suite 310
                                                        Cincinnati, OH 45202
                                                        513-361-8298
                                                        Fax: 513-361-0200
                                                        Email: sschmidt@ralaw.com
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Chung Pal Shin**                       represented by  **David Graham Kern**
*TERMINATED: 03/21/2011*                                (See above for address)
*doing business as*                                     *LEAD ATTORNEY*
Ink Master                                              *ATTORNEY TO BE NOTICED*
*TERMINATED: 03/21/2011*

**Gary Hnath**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jeffrey C Lowe**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**Nectron International, Inc.**
*TERMINATED: 01/11/2011*

<u>**Defendant**</u>

**Quality Cartridges, Inc.**                    represented by **David Graham Kern**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gary Hnath**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jeffrey C Lowe**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**Direct Billing International**
**Incorporated**
*TERMINATED: 09/15/2011*
*doing business as*
Office Supply Outfitters
*TERMINATED: 09/15/2011*
*doing business as*
Ribbon Connection
*TERMINATED: 09/15/2011*

<u>**Defendant**</u>

**E-Toner Mart, Inc.**
*TERMINATED: 01/11/2011*

<u>**Defendant**</u>

**Alpha Image Tech**
*TERMINATED: 01/11/2011*

<u>**Defendant**</u>

**ACM Technologies, Inc.**
*TERMINATED: 11/17/2011*

represented by **David Graham Kern**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Virtual Imaging Products, Inc.**
*TERMINATED: 12/09/2010*

represented by **Glenn Dean Bellamy**
Wood, Herron & Evans, LLP
2700 Carew Tower
441 Vine Street
Cincinnati, OH 45202-2917
513/241-2324
Fax: 513/241-6234
Email: gbellamy@whepatent.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Acecom Inc. - San Antonio**
*TERMINATED: 03/21/2011*
*doing business as*
Inksell.com

represented by **David Graham Kern**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gary Hnath**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jeffrey C Lowe**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jahwa Electronics Co., Ltd.**
*TERMINATED: 08/02/2011*

represented by **Charles H. Suh**
Finnegan, Henderson, Farabow, Garrett
& Dunner
901 New York Avenue, NW
Washington, DC 20001-4413
571-203-2477
Fax: 202-408-4400
Email: charles.suh@finnegan.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael P Foley**
Rendigs, Fry, Kiely & Dennis
600 Vine Street
Suite 2650

Cincinnati, OH 45202
513/381-9200
Fax: 513-381-9206
Email: mfoley@rendigs.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard L Stroup**
Finnegan, Henderson, Farabow, Garrett
& Dunner, LLP
901 New York Avenue, N.W.
Washington, DC 20001-4413
(202) 408 4090
Fax: (202) 408-4400
Email: richard.stroup@finnegan.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Huizhou Jahwa Electronics Co, Ltd.**          represented by  **Charles H. Suh**
*TERMINATED: 08/02/2011*                                        (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *PRO HAC VICE*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Michael P Foley**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Richard L Stroup**
                                                                (See above for address)
                                                                *PRO HAC VICE*
                                                                *ATTORNEY TO BE NOTICED*

**Defendant**

**Laser Toner Technology, Inc.**                represented by  **Charles H. Suh**
*TERMINATED: 08/02/2011*                                        (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *PRO HAC VICE*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Michael P Foley**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Richard L Stroup**
                                                                (See above for address)
                                                                *PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Defendant**

**C&R Services, Incororated**
*TERMINATED: 08/02/2011*
*doing business as*
C&R Distributors
*TERMINATED: 08/02/2011*
*doing business as*
C&R Distributing
*TERMINATED: 08/02/2011*

represented by **Charles H. Suh**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael P Foley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard L Stroup**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Union Technology Int'l (M.C.O.) Co.,
Ltd.**
*TERMINATED: 12/21/2010*

represented by **William Taylor Robinson , III**
Frost Brown Todd LLC
2200 PNC Center
201 East Fifth Street
Cincinnati, OH 45202-4182
513-651-800
Email: wrobinson@fbtlaw.com
*LEAD ATTORNEY*

**Defendant**

**Print-Rite Holdings, Ltd.**
*TERMINATED: 12/21/2010*

represented by **William Taylor Robinson , III**
(See above for address)
*LEAD ATTORNEY*

**Defendant**

**Copy Technologies, Inc.**
*TERMINATED: 08/02/2011*

represented by **Charles H. Suh**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael P Foley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard L Stroup**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**John Does**
*1-20*

represented by **Gregory Frederick Ahrens**
Wood, Herron & Evans - 1
441 Vine Street
Suite 2700
Cincinnati, OH 45202
513-241-2324
Fax: 513-421-7269
Email: gahrens@whepatent.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jon Hokanson**
Lewis Brisbois Bisgaard & Smith, LLP
221 North Figueroa Street, Suite 1200
Los Angeles, CA 90012-2601
213-680-5050
Fax: 213-250-7900
Email: hokanson@lbbslaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thomas S Kidde**
Lewis Brisbois Bisgaard & Smith, LLP
221 North Figueroa Street, Suite 1200
Los Angeles, CA 90012-2601
213-680-5061
Fax: 213-250-7900
Email: kidde@lbbslaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Nano Pacific Corporation**
*TERMINATED: 01/19/2011*

represented by **David Graham Kern**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gary Hnath**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jeffrey C Lowe**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**OutOfToner.com**                      represented by  **William A Nolan**
*TERMINATED: 09/13/2012*                               Barnes & Thornburg LLP
                                                       21 East State Street
                                                       Suite 1850
                                                       Columbus, OH 43215
                                                       614.628.0096
                                                       Email: bill.nolan@btlaw.com
                                                       *TERMINATED: 09/13/2012*
                                                       *LEAD ATTORNEY*

                                                       **Ian R Walsworth**
                                                       Sheridan Ross P.C.
                                                       1560 Broadway, Suite 1200
                                                       Denver, CO 80202-5141
                                                       (303) 863-2976
                                                       Email: iwalsworth@sheridanross.com
                                                       *TERMINATED: 09/13/2012*
                                                       *PRO HAC VICE*

**Defendant**

**IJSS Inc.**                           represented by  **David Graham Kern**
*TERMINATED: 06/25/2013*                               (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Stephen Spraul Schmidt**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

**Defendant**

**Blue Trading LLC**                    represented by  **Glenn Dean Bellamy**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Andre A Gibson**
                                                       Andre Gibson, Chartered
                                                       115 NW 167th St, Suite 201
                                                       North Miami Beach, FL 33169
                                                       305-652-4900
                                                       Fax: 305-653-4900
                                                       Email: aagibson@gibsontaxlaw.com
                                                       *PRO HAC VICE*
                                                       *ATTORNEY TO BE NOTICED*

**Defendant**

**Core Servicios Informaticos S.I.**    represented by  **Glenn Dean Bellamy**
*TERMINATED: 05/30/2014*                               (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Robert G Schuler**
Kegler Brown Hill & Ritter - 2
65 E State Street
Suite 1800
Columbus, OH 43215-4294
614-462-5400
Fax: (614)462-5400
Email: rschuler@keglerbrown.com
*TERMINATED: 10/30/2013*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andre A Gibson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**ECOI US Supplies, Inc.**
*TERMINATED: 08/13/2013*

**Defendant**

**Eco Service China Ltd.**                    represented by  **Glenn Dean Bellamy**
*TERMINATED: 01/08/2014*                                    (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andre A Gibson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Green Cartridge Company**
*TERMINATED: 01/08/2014*
*formerly known as*
Enviro Green Technologies
*TERMINATED: 01/08/2014*

**Defendant**

**Exprint International, Inc.**

**Defendant**

**FBA Holding, Inc.**                         represented by  **James David Liles**
*TERMINATED: 11/12/2013*                                    Porter Wright Morris & Arthur LLP
250 East Fifth Street
Suite 2200
Cincinnati, OH 45202-5118
513-369-4209

Fax: 513/421-0991
Email: jliles@porterwright.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Fuller International Corporation**
*TERMINATED: 07/01/2013*

**Defendant**

**Green Imaging Supplies, Inc.**
*TERMINATED: 05/24/2013*

**Defendant**

**Green Project, Inc.**                represented by    **Lena Nadine Bacani**
*TERMINATED: 11/12/2013*                                Fox Rothschild LLP
                                                        1055 West Seventh Street, Suite 1880
                                                        Los Angeles, CA 90017-2544
                                                        213-624-6560
                                                        Fax: 213-622-1154
                                                        Email: LBacani@foxrothschild.com
                                                        *PRO HAC VICE*

                                                        **Thomas Tak-Wah Chan**
                                                        Fox Rothschild LLP
                                                        1055 West Seventh Street, Suite 1880
                                                        Los Angeles, CA 90017-2544
                                                        213-624-6560
                                                        Fax: 213-622-1154
                                                        Email: TChan@foxrothschild.com
                                                        *PRO HAC VICE*

                                                        **Michael P Foley**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Impression Products, Inc.**          represented by    **Crystal L Maluchnik**
*TERMINATED: 06/24/2014*                                Janik L.L.P
                                                        9200 South Hills Blvd.
                                                        Suite 300
                                                        Cleveland, OH 44147
                                                        440 838 7600
                                                        Fax: 440 838 7601
                                                        Email:
                                                        crystal.maluchnik@janiklaw.com
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Edward F O'Connor**

The Eclipse Group, LLP
2020 Main Street
Suite 600
Irvine, CA 92614
619-239-4340
Fax: 619-239-0116
Email: efo@eclipsegrp.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**George H Carr**
Janik LLP
9200 South Hills Blvd.
Suite 300
Cleveland, OH 44147
440-838-7600
Fax: 440-838-7601
Email: george.carr@janiklaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Interseroh Product Cycle GmbH**
*TERMINATED: 05/30/2014*

represented by **David Graham Kern**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**K & W International Development,
Inc.**
*TERMINATED: 06/19/2013*

**Defendant**

**LD Products, Inc.**

represented by **Karl Stephen Kronenberger**
Kronenberger Rosenfeld, LLP
150 Post Street
Suite 520
San Francisco, CA 94108
415-955-1155
Fax: 415-955-1158
Email: Karl@KRInternetLaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc N Bernstein**
The Business Litigation Group, P.C.
555 Montgomery Street
Suite 1650
San Francisco, CA 94111
415-765-6624
Fax: 415-283-4804

Email: mbernstein@blgrp.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Will Barnett Fitton**
The Business Litigation Group, P.C.
555 Montgomery Street
Suite 1650
San Francisco, CA 94111
(415) 765-6624
Fax: (415) 283-4804
Email: wfitton@blgrp.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**N & L Global Co.**
*TERMINATED: 04/03/2014*

represented by **David Graham Kern**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew B. Chen**
Blue Capital Law Firm, P.C.
600 Anton Blvd.
Ste. 1000
Costa Mesa, CA 92626
714-839-3880
Fax: 714-795-2995
Email: achen@bluecapitallaw.com
*ATTORNEY TO BE NOTICED*

**Saeid Mirsafian**
Blue Capital Law Firm, P.C.
600 Anton Blvd.
Ste. 1000
Costa Mesa, CA 92626
714-839-3880
Fax: 714-795-2995
Email: sm@bluecapitallaw.com
*ATTORNEY TO BE NOTICED*

**Sang N. Dang**
Blue Capital Law Firm, P.C.
600 Anton Blvd
Ste. 1000
Costa Mesa, CA 92626
714-839-3880
Fax: 714-795-2995
Email: sdang@bluecapitallaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**NGS S.A.**
*TERMINATED: 01/08/2014*

**Defendant**

**Onlinetechstores.com, Inc.**                represented by    **David Graham Kern**
*TERMINATED: 03/27/2014*                                       (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Defendant**

**Prinko Image Co. (USA)**
*TERMINATED: 01/08/2014*

**Defendant**

**Printronic Corporation**

**Defendant**

**Recyca BVBA**                               represented by    **Daniel William Wolff**
*TERMINATED: 03/27/2014*                                       Crowell & Moring
                                                               1001 Pennsylvania Avenue NW
                                                               Washington, DC 20004
                                                               202/624-2621
                                                               Email: dwolff@crowell.com
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Brian M. Koide**
                                                               Crowell & Moring LLP
                                                               1001 Pennsylvania Avenue, N.W.
                                                               Washington, DC 20004
                                                               202-624-2931
                                                               Fax: 202-628-5116
                                                               Email: bkoide@crowell.com
                                                               *ATTORNEY TO BE NOTICED*

**Defendant**

**Refiltoner**
*TERMINATED: 01/08/2014*

**Defendant**

**Shanghai Orink Infotech
International Co., Ltd.**
*TERMINATED: 01/08/2014*

**Defendant**

**Standard Image USA, Inc.**
*TERMINATED: 09/27/2013*

**Defendant**

**Tech Optics, Inc.**
*TERMINATED: 04/29/2014*

represented by **David Graham Kern**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Tesen Development (Hong Kong) Co. Ltd.**

**Defendant**

**Wal Group LLC**
*TERMINATED: 09/27/2013*

represented by **Lena Nadine Bacani**
(See above for address)
*PRO HAC VICE*

**Thomas Tak-Wah Chan**
(See above for address)
*PRO HAC VICE*

**Michael P Foley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**XSE Group, Inc.**
*TERMINATED: 08/15/2013*

represented by **Steven B Loy**
(See above for address)

**Defendant**

**Zhuhai Richeng Development Co., Ltd.**
*TERMINATED: 01/08/2014*

**Defendant**

**MBC Trading, Inc.**
*TERMINATED: 01/08/2014*

**Defendant**

**Eco Service Sp. z o.o.**
*TERMINATED: 05/30/2014*

represented by **Andre A Gibson**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Glenn Dean Bellamy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Hock Group LLC**
*TERMINATED: 03/06/2014*

**Defendant**

**LTS Consumables, Inc.**
*TERMINATED: 01/22/2014*

**Defendant**

**OW Supplies Corp.**                 represented by **David Graham Kern**
*TERMINATED: 04/03/2014*                              (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Defendant**

**Sinotime Technologies, Inc.**       represented by **Jack S. Gatlin**
*TERMINATED: 04/29/2014*                              Freund Freeze and Arnold
                                                      105 E. 4th Street
                                                      Suite 1400
                                                      Cincinnati, OH 45202
                                                      513-587-3907
                                                      Email: jgatlin@ffalaw.com
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Hongwei Shang**
                                                      9130 S. Dadeland Blvd.
                                                      Ste. 1620
                                                      Miami, FL 33156
                                                      786-581-9759
                                                      Fax: 305-670-5299
                                                      Email: hshanglaw@gmail.com
                                                      *ATTORNEY TO BE NOTICED*

**Defendant**

**TonerLand**                         represented by **Michael P Foley**
*TERMINATED: 02/19/2014*                              (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Defendant**

**Zhuhai Aicon Image Co., Ltd.**
*TERMINATED: 06/23/2014*

**Defendant**

**Benigno Adeva And His Companies**   represented by **Gregory Frederick Ahrens**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **William E. Thomson**

Brooks Kushman
601 S. Figueroa Street
Suite 2080
Los Angeles, CA 90017-5726
213-622-3013
Fax: 213-622-3053
Email:
wthomson@brookskushman.com
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Green Project, Inc.**              represented by **Lena Nadine Bacani**
*TERMINATED: 11/12/2013*                          (See above for address)
                                                  *PRO HAC VICE*

                                                  **Thomas Tak-Wah Chan**
                                                  (See above for address)
                                                  *PRO HAC VICE*

                                                  **Michael P Foley**
                                                  (See above for address)
                                                  *ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Lexmark International, Inc.**      represented by **P Douglas Barr**
                                                  (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Anthony J. Phelps**
                                                  (See above for address)
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Audra Carol Eidem Heinze**
                                                  (See above for address)
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Jason Shull**
                                                  (See above for address)
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Matthew P Becker**
                                                  (See above for address)
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Neil C Trueman**
                                                  (See above for address)
                                                  *TERMINATED: 06/19/2012*

*PRO HAC VICE*

**Steven B Loy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Timothy C Meece**
(See above for address)
*ATTORNEY TO BE NOTICED*

**V Bryan Medlock**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William J Hunter , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Wal Group LLC**                    represented by  **Lena Nadine Bacani**
*TERMINATED: 09/27/2013*                           (See above for address)
                                                   *PRO HAC VICE*

                                                   **Thomas Tak-Wah Chan**
                                                   (See above for address)
                                                   *PRO HAC VICE*

                                                   **Michael P Foley**
                                                   (See above for address)
                                                   *ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Lexmark International, Inc.**       represented by  **P Douglas Barr**
                                                   (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Anthony J. Phelps**
                                                   (See above for address)
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Audra Carol Eidem Heinze**
                                                   (See above for address)
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Jason Shull**
                                                   (See above for address)
                                                   *ATTORNEY TO BE NOTICED*

**Matthew P Becker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Neil C Trueman**
(See above for address)
*TERMINATED: 06/19/2012*
*PRO HAC VICE*

**Steven B Loy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Timothy C Meece**
(See above for address)
*ATTORNEY TO BE NOTICED*

**V Bryan Medlock**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William J Hunter , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**N & L Global Co.**                    represented by  **David Graham Kern**
*TERMINATED: 04/03/2014*                               (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*


V.

**Counter Defendant**

**Lexmark International, Inc.**          represented by  **P Douglas Barr**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Anthony J. Phelps**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Audra Carol Eidem Heinze**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Jason Shull**
                                                       (See above for address)

*ATTORNEY TO BE NOTICED*

**Matthew P Becker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Neil C Trueman**
(See above for address)
*TERMINATED: 06/19/2012*
*PRO HAC VICE*

**Steven B Loy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Timothy C Meece**
(See above for address)
*ATTORNEY TO BE NOTICED*

**V Bryan Medlock**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William J Hunter , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Onlinetechstores.com, Inc.**                represented by  **David Graham Kern**
*TERMINATED: 03/27/2014*                                       (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Lexmark International, Inc.**                represented by  **P Douglas Barr**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Anthony J. Phelps**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Audra Carol Eidem Heinze**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Jason Shull**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew P Becker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Neil C Trueman**
(See above for address)
*TERMINATED: 06/19/2012*

**Steven B Loy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Timothy C Meece**
(See above for address)
*ATTORNEY TO BE NOTICED*

**V Bryan Medlock**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William J Hunter , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Onlinetechstores.com, Inc.**                 represented by  **David Graham Kern**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Lexmark International, Inc.**                 represented by  **P Douglas Barr**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Anthony J. Phelps**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Audra Carol Eidem Heinze**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Jason Shull**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew P Becker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Neil C Trueman**
(See above for address)
*TERMINATED: 06/19/2012*

**Steven B Loy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Timothy C Meece**
(See above for address)
*ATTORNEY TO BE NOTICED*

**V Bryan Medlock**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William J Hunter , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**OW Supplies Corp.**                 represented by  **David Graham Kern**
*TERMINATED: 04/03/2014*                              (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*


V.

**Counter Defendant**

**Lexmark International, Inc.**        represented by  **P Douglas Barr**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Anthony J. Phelps**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Audra Carol Eidem Heinze**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Jason Shull**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew P Becker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Neil C Trueman**
(See above for address)
*TERMINATED: 06/19/2012*

**Steven B Loy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Timothy C Meece**
(See above for address)
*ATTORNEY TO BE NOTICED*

**V Bryan Medlock**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William J Hunter , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 08/20/2010 | 1 | COMPLAINT with JURY DEMAND against All Defendants, filed by Lexmark International, Inc. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Civil Cover Sheet, # 23 Filing Fee Receipt) (jlw) (Entered: 08/20/2010) |
| 08/20/2010 | 2 | Corporate Disclosure Statement by Plaintiff Lexmark International, Inc. (jlw) (Entered: 08/20/2010) |
| 08/20/2010 |   | Filing fee: $ 350.00, receipt number 100CIN009296 (lk1) (Entered: 08/24/2010) |
| 08/23/2010 | 3 | Notice by Clerk of Southern District of Ohio of Pro Hac Vice Rules as to Attorney William J. Hunter, Steven B. Loy, Anthony J. Phelps, Timothy C. Meece, V. Bryan Medlock, Matthew P. Becker, Jason S. Shull, Neil C. Trueman (jlw1) (Entered: 08/23/2010) |
| 08/23/2010 | 4 | Report on the Filing or Determination of an Action Regarding a Patent or Trademark. (jlw1) (Entered: 08/23/2010) |

| 08/23/2010 | | ***If this case is referred, it will be to Magistrate Judge Timothy S. Hogan. (jlw1) (Entered: 08/23/2010) |
|---|---|---|
| 09/07/2010 | 5 | Summons Issued as to Nectron International, Inc. (mr1) (Entered: 09/07/2010) |
| 09/07/2010 | 6 | CERTIFICATE of Mailing by Clerk per Local Rule 4 for service. (mr1) (Entered: 09/07/2010) |
| 09/17/2010 | 7 | SUMMONS Returned Executed as to Defendant Nectron International, Inc. (Mario G. Ceste, Esq.) served on 9/14/2010, answer due 10/5/2010. (mr1) (Entered: 09/17/2010) |
| 09/24/2010 | 8 | Summons Issued as to Nano Pacific Corporation, IJSS Inc., Ninestar Image Co., Ltd, Ninestar Image Int'l, Ltd, Ninestar Technology Company, Ltd, Seine Image International Co., Ltd, Ziprint Image Corporation. (jlw1) (Entered: 09/24/2010) |
| 09/24/2010 | 9 | CERTIFICATE of Clerk : Certified mailing of summons and complaint through the Clerk's Office pursuant to Local Rule 4.2 (Attachments: # 1 Certified Mail Receipt) (jlw1) (Entered: 09/24/2010) |
| 09/27/2010 | 10 | Summons Issued as to C&R Services, Incorporated, Copy Technologies, Inc., Huizhou Jahwa Electronics Co, Ltd., Jahwa Electronics Co., Ltd., and Laser Toner Technology, Inc. (mr1) (Entered: 09/27/2010) |
| 09/27/2010 | 11 | CERTIFICATE of Mailing by Clerk re 1 Complaint and 10 Issued Summons for service per Rule 4.2. (mr1) (Entered: 09/27/2010) |
| 09/27/2010 | 12 | MOTION for Leave to Appear Pro Hac Vice of Steven B. Loy (Filing fee $ 200) by Plaintiff Lexmark International, Inc.. (Attachments: # 1 Exhibit 1 - Certifications, # 2 Text of Proposed Order) (Barr, P) (Entered: 09/27/2010) |
| 09/27/2010 | 13 | MOTION for Leave to Appear Pro Hac Vice of William J. Hunter, Jr. (Filing fee $ 200) by Plaintiff Lexmark International, Inc.. (Attachments: # 1 Exhibit 1 - Certifications, # 2 Text of Proposed Order) (Barr, P) (Entered: 09/27/2010) |
| 09/27/2010 | 14 | MOTION for Leave to Appear Pro Hac Vice of Anthony J. Phelps (Filing fee $ 200) by Plaintiff Lexmark International, Inc.. (Attachments: # 1 Exhibit 1 - Certifications, # 2 Text of Proposed Order) (Barr, P) (Entered: 09/27/2010) |
| 09/27/2010 | 15 | MOTION for Leave to Appear Pro Hac Vice of Timothy C. Meece (Filing fee $ 200) by Plaintiff Lexmark International, Inc.. (Attachments: # 1 Exhibit 1 - Certificate of Admission, # 2 Text of Proposed Order) (Barr, P) (Entered: 09/27/2010) |
| 09/27/2010 | 16 | MOTION for Leave to Appear Pro Hac Vice of Jason S. Shull (Filing fee $ 200) by Plaintiff Lexmark International, Inc.. (Attachments: # 1 Exhibit 1 - Certificate of Admission, # 2 Text of |

| | | |
|---|---|---|
| | | Proposed Order) (Barr, P) (Entered: 09/27/2010) |
| 09/27/2010 | 17 | MOTION for Leave to Appear Pro Hac Vice of Matthew P. Becker (Filing fee $ 200) by Plaintiff Lexmark International, Inc.. (Attachments: # 1 Exhibit 1 - Certificate of Admission, # 2 Text of Proposed Order) (Barr, P) (Entered: 09/27/2010) |
| 09/27/2010 | 18 | MOTION for Leave to Appear Pro Hac Vice of Neil C. Trueman (Filing fee $ 200) by Plaintiff Lexmark International, Inc.. (Attachments: # 1 Exhibit 1 - Certificate of Admission, # 2 Text of Proposed Order) (Barr, P) (Entered: 09/27/2010) |
| 09/27/2010 | 19 | MOTION for Leave to Appear Pro Hac Vice of V. Bryan Medlock (Filing fee $ 200) by Plaintiff Lexmark International, Inc.. (Attachments: # 1 Exhibit 1 - Certificate, # 2 Text of Proposed Order) (Barr, P) (Entered: 09/27/2010) |
| 09/29/2010 | | PHV Filing fee: $1600.00, receipt number 100CIN009617 RE: Motions for PHV Admission re 12 Steven B. Loy, 13 William J. Hunter, Jr., 14 Anthony J. Phelps, 15 Timothy C. Meece, 16 Jason S. Shull, 17 Matthew P. Becker 18 Neil C. Trueman and 19 Bryan Medlock. (mr1) (Entered: 09/29/2010) |
| 09/29/2010 | 20 | Summons Issued as to Alpha Image Tech, E-Toner Mart, Inc., Virtual Imaging Products, Inc. (jlw1) (Entered: 09/29/2010) |
| 09/30/2010 | 21 | SUMMONS Returned Executed as to Defendants Nano Pacific served on 9/26/2010, answer due 10/18/2010; Ninestar Image Int'l, Ltd served on 9/26/2010, answer due 10/18/2010; Ninestar Technology Company, Ltd served on 9/26/2010, answer due 10/18/2010; Seine Image International Co., Ltd served on 9/26/2010, answer due 10/18/2010; Ziprint Image Corporation served on 9/26/2010, answer due 10/18/2010. (mr1) (Entered: 09/30/2010) |
| 10/01/2010 | 22 | CERTIFICATE of Clerk: Certified mailing of summons and complaint through the Clerk's Office pursuant to Local Rule 4.2. (jlw1) (Entered: 10/01/2010) |
| 10/01/2010 | 23 | Summons Issued as to Chung Pal Shin, IJSS Inc., Ink Technologies Printer Supplies, LLC, Quality Cartridges, Inc. (lk1) (Entered: 10/01/2010) |
| 10/01/2010 | 24 | CERTIFICATE of Clerk: Certified mailing of summons and complaint through the Clerk's Office pursuant to Local Rule 4.2. (lk1) (Entered: 10/01/2010) |
| 10/01/2010 | 25 | SUMMONS Returned Executed as to Defendant Ninestar Image Co., Ltd served on 9/27/2010, answer due 10/18/2010. (mr1) (Entered: 10/01/2010) |
| 10/04/2010 | 26 | SUMMONS Returned Executed as to Defendant Ink Technologies Printer Supplies, LLC served on 10/2/2010, answer due 10/25/2010. (mr1) (Entered: 10/04/2010) |
| | | |

| 10/05/2010 | 27 | Summons Issued as to ACM Technologies, Inc., Acecom Inc. - San Antonio, Direct Billing International Incorporated. (jlw) (Entered: 10/05/2010) |
|---|---|---|
| 10/05/2010 | 28 | CERTIFICATE of Clerk: Certified mailing of summons and complaint through the Clerk's Office pursuant to Local Rule 4.2. (jlw) (Entered: 10/05/2010) |
| 10/05/2010 | 29 | ORDER granting 12 Motion for Leave to Appear Pro Hac Vice of Steven Loy; granting 13 Motion for Leave to Appear Pro Hac Vice of William J. Hunter; granting 14 Motion for Leave to Appear Pro Hac Vice of Anthony J. Phelps; granting 15 Motion for Leave to Appear Pro Hac Vice of Timothy C. Meece; granting 16 Motion for Leave to Appear Pro Hac Vice of Jason Shull; granting 17 Motion for Leave to Appear Pro Hac Vice of Matthew P. Becker; granting 18 Motion for Leave to Appear Pro Hac Vice of Neil C. Trueman; and granting 19 Motion for Leave to Appear Pro Hac Vice of V. Bryan Medlock for Plaintiff. Signed by Judge Michael R. Barrett on 10/5/2010. (ba1) Modified to edit text on 10/7/2010 (mr1). (Entered: 10/05/2010) |
| 10/06/2010 | 30 | Joint MOTION for Extension of Time to File Answer - new date requested 12/31/2010. *to 1 Complaint for Patent Infringement* by Plaintiff Lexmark International, Inc., Defendant Nectron International, Inc. (Attachments: # 1 Text of Proposed Order) (Loy, Steven) Modified to edit text and create link on 10/7/2010 (mr1). (Entered: 10/06/2010) |
| 10/06/2010 | 31 | Joint MOTION for Extension of Time to File Answer - new date requested 1/20/2011 *to 1 Complaint for Patent Infringement* by Plaintiff Lexmark International, Inc., Defendants Nano Pacific Corporation, Ninestar Image Co., Ltd, Ninestar Image Int'l, Ltd, Ninestar Technology Company, Ltd, Seine Image International Co., Ltd, Ziprint Image Corporation. (Attachments: # 1 Text of Proposed Order) (Loy, Steven) Modified to edit text and create link on 10/7/2010 (mr1). (Entered: 10/06/2010) |
| 10/12/2010 | 32 | SUMMONS Returned Executed as to Defendants ACM Technologies, Inc. served on 10/8/2010, answer due 10/29/2010; Direct Billing International Incorporated served on 10/7/2010, answer due 10/28/2010; E-Toner Mart, Inc. served on 10/9/2010, answer due 11/1/2010; IJSS Inc. served on 10/12/2010, answer due 11/2/2010 (green card was unsigned); Virtual Imaging Products, Inc. served on 10/6/2010, answer due 10/27/2010. (mr1) (Entered: 10/12/2010) |
| 10/12/2010 | 33 | SUMMONS Returned UNEXECUTED as to Defendant Chung Pal Shin - who was NOT served. The green card was returned, unsigned, in a plastic bag by the US Post Office. A search on the USPS website indicates the status as "Delivered" but this was confirmed to indicate 'delivered' status at the law office, not with the defendant. (mr1) Modified to edit text and remove answer date detail on |

| | | 10/12/2010 (mr1). (Entered: 10/12/2010) |
|---|---|---|
| 10/12/2010 | 34 | Summons Returned Unexecuted as to Acecom Inc. - San Antonio. Envelope was marked as "Attempted - Not Known. Returned to Sender." (mr1) (Entered: 10/12/2010) |
| 10/12/2010 | | Notice of Correction re: 33 Summons Returned Executed. Parties please note that service was not executed for Chung Pal Shin. A call was made to counsel's office regarding the matter. Mollie (paralegal) confirmed the envelope was returned to their office without the green card attached and marked "Attempted/Not Known." The Answer date will be removed. (mr1) (Entered: 10/12/2010) |
| 10/13/2010 | 35 | Joint MOTION for Extension of Time to File Answer re 1 Complaint,, New date requested 1/24/2011. by Defendants C&R Services, Incorpororated, Copy Technologies, Inc., Huizhou Jahwa Electronics Co, Ltd., Jahwa Electronics Co., Ltd., Laser Toner Technology, Inc., Plaintiff Lexmark International, Inc.. (Attachments: # 1 Text of Proposed Order) (Loy, Steven) (Entered: 10/13/2010) |
| 10/13/2010 | 36 | ORDER granting 31 Motion for Extension of Time to Answer Nano Pacific Corporation answer due 1/20/2011; Ninestar Image Co., Ltd answer due 1/20/2011; Ninestar Image Int'l, Ltd answer due 1/20/2011; Ninestar Technology Company, Ltd answer due 1/20/2011; Seine Image International Co., Ltd answer due 1/20/2011; Ziprint Image Corporation answer due 1/20/2011. Signed by Judge Michael R. Barrett on 10/13/2010. (ba1) (Entered: 10/13/2010) |
| 10/13/2010 | 37 | ORDER granting 30 Motion for Extension of Time to Answer Nectron International, Inc. answer due 12/31/2010. Signed by Judge Michael R. Barrett on 10/13/2010. (ba1) (Entered: 10/13/2010) |
| 10/18/2010 | 38 | Joint MOTION for Extension of Time to File Answer re 1 Complaint,, New date requested 2/11/2011. by Defendant Ink Technologies Printer Supplies, LLC, Plaintiff Lexmark International, Inc.. (Attachments: # 1 Text of Proposed Order) (Loy, Steven) (Entered: 10/18/2010) |
| 10/18/2010 | 39 | NOTICE of Appearance by David Graham Kern for Defendants Nano Pacific Corporation, Ninestar Image Co., Ltd, Ninestar Image Int'l, Ltd, Ninestar Technology Company, Ltd, Seine Image International Co., Ltd, Ziprint Image Corporation (Kern, David) (Entered: 10/18/2010) |
| 10/18/2010 | 40 | Corporate Disclosure Statement by Defendant Ninestar Image Co., Ltd. (Kern, David) (Entered: 10/18/2010) |
| 10/18/2010 | 41 | Corporate Disclosure Statement by Defendant Seine Image International Co., Ltd. (Kern, David) (Entered: 10/18/2010) |
| 10/18/2010 | 42 | Corporate Disclosure Statement by Defendant Ninestar Image Int'l, |

| | | |
|---|---|---|
| | | Ltd. (Kern, David) (Entered: 10/18/2010) |
| 10/18/2010 | 43 | Corporate Disclosure Statement by Defendant Ninestar Technology Company, Ltd. (Kern, David) (Entered: 10/18/2010) |
| 10/18/2010 | 44 | Corporate Disclosure Statement by Defendant Nano Pacific Corporation. (Kern, David) (Entered: 10/18/2010) |
| 10/18/2010 | 45 | Corporate Disclosure Statement by Defendant Ziprint Image Corporation. (Kern, David) (Entered: 10/18/2010) |
| 10/18/2010 | 46 | Unopposed MOTION to Stay by Defendants Nano Pacific Corporation, Ninestar Image Co., Ltd, Ninestar Image Int'l, Ltd, Ninestar Technology Company, Ltd, Seine Image International Co., Ltd, Ziprint Image Corporation. (Kern, David) (Entered: 10/18/2010) |
| 10/21/2010 | 47 | RESPONSE to Motion re 46 Unopposed MOTION to Stay filed by Plaintiff Lexmark International, Inc.. (Loy, Steven) (Entered: 10/21/2010) |
| 10/21/2010 | 48 | Unopposed MOTION to Stay *Proceedings Pursuant to 28 U.S.C Section 1659 Special Appearance of Counsel with all Rights Reserved to Challenge Personal Jurisdiction of Defendants* by Defendants C&R Services, Incorporrated, Copy Technologies, Inc., Huizhou Jahwa Electronics Co, Ltd., Jahwa Electronics Co., Ltd., Laser Toner Technology, Inc.. (Attachments: # 1 Text of Proposed Order) (Foley, Michael) (Entered: 10/21/2010) |
| 10/22/2010 | 49 | ORDER granting 35 Motion for Extension of Time to Answer. Defendants Copy Technologies, Inc., Jahwa Electronics Co., Ltd., Huizhou Jahwa Electronics Co., Ltf., Laser Toner Technology, Inc. and C&R Services, Incorporated have up to and including January 24, 2011 to file a responsive pleading re: 1 Complaint. Signed by Judge Michael R. Barrett on 10/19/10. (mr1) Modified to correct date within entry on 11/17/2010 (mr1). (Entered: 10/22/2010) |
| 10/22/2010 | 50 | ORDER granting 38 Motion for Extension of Time to Answer. Ink Technologies Printer Supplies, LLC shall up to and including February 11, 2011 to file a responsive pleading re: 1 Complaint. Signed by Judge Michael R. Barrett on 10/19/10. (mr1) (Entered: 10/22/2010) |
| 10/25/2010 | 51 | Summons Returned Unexecuted as to Quality Cartridges, Inc. (Michael Brecher). Green card was returned unsigned to the Clerk's office. The US Post Office Track & Confirm online Search Results indicated the item was delivered to Lexington, KY. A call was made to counsel to confirm that the package was returned to their office and that service was not complete. (mr1) Modified to remove PDF and upload corrected version on 10/25/2010 (mr1). (mr1). (Entered: 10/25/2010) |
| 10/25/2010 | | Notice of Correction re: 51 Summons Returned Unexecuted. Parties |

|  |  | please be aware that the card was attached to an unrelated document (due to recycling paper efforts) when scanned and inadvertently was included with the scan. Apologies for any confusion caused. The scan was re-docketed without the 2nd page. (mr1) (Entered: 10/25/2010) |
|---|---|---|
| 10/25/2010 | 52 | RESPONSE to Motion re 48 Unopposed MOTION to Stay *Proceedings Pursuant to 28 U.S.C Section 1659 Special Appearance of Counsel with all Rights Reserved to Challenge Personal Jurisdiction of Defendants* filed by Plaintiff Lexmark International, Inc.. (Loy, Steven) (Entered: 10/25/2010) |
| 10/27/2010 | 53 | Joint MOTION for Extension of Time to File Answer re 1 Complaint,, New date requested 1/20/2011. by Defendants ACM Technologies, Inc., Direct Billing International Incorporated, IJSS Inc., Plaintiff Lexmark International, Inc.. (Attachments: # 1 Text of Proposed Order) (Loy, Steven) (Entered: 10/27/2010) |
| 10/27/2010 | 54 | Joint MOTION for Extension of Time to File Answer re 1 Complaint,, New date requested 11/10/2010. by Plaintiff Lexmark International, Inc., Defendant Virtual Imaging Products, Inc.. (Attachments: # 1 Text of Proposed Order) (Loy, Steven) (Entered: 10/27/2010) |
| 10/29/2010 | 55 | ORDER granting 53 Motion for Extension of Time to Answer re 1 Complaint; ACM Technologies, Inc. answer due 1/20/2011; Direct Billing International Incorporated answer due 1/20/2011; IJSS Inc. answer due 1/20/2011. Signed by Judge Michael R. Barrett on 10/29/2010. (ba1) (Entered: 10/29/2010) |
| 10/29/2010 | 56 | ORDER granting 54 Motion for Extension of Time to Answer re 1 Complaint; Virtual Imaging Products, Inc. answer due 11/10/2010. Signed by Judge Michael R. Barrett on 10/29/2010. (ba1) (Entered: 10/29/2010) |
| 11/01/2010 |  | NOTICE of Status Conference re 48 Unopposed MOTION to Stay *Proceedings* and 46 Unopposed MOTION to Stay : Status Conference set for 11/9/2010 at 08:45 AM by teleconference before Judge Michael R. Barrett; parties shall initiate contact with the Court by calling 513-564-7660 five minutes prior to 8:45 am; Plaintiff is responsible for notifying opposing parties yet to appear of the date/time of this setting. (ba1) Modified docket text on 11/2/2010 (eh1). (Entered: 11/01/2010) |
| 11/01/2010 | 57 | MOTION for Leave to Appear Pro Hac Vice of Gary M. Hnath by Defendants Nano Pacific Corporation, Ninestar Image Co., Ltd, Ninestar Image Int'l, Ltd, Ninestar Technology Company, Ltd, Seine Image International Co., Ltd, Ziprint Image Corporation. (Attachments: # 1 Exhibit Hnath Certificate of Good Standing) (Kern, David) Modified docket text on 11/2/2010 (eh1). (Entered: 11/01/2010) |
| 11/01/2010 | 58 | MOTION for Leave to Appear Pro Hac Vice of Jeffery C. Lowe by |

| | | Defendants Nano Pacific Corporation, Ninestar Image Co., Ltd, Ninestar Image Int'l, Ltd, Ninestar Technology Company, Ltd, Seine Image International Co., Ltd, Ziprint Image Corporation. (Attachments: # 1 Exhibit Lowe Certificate of Good Standing) (Kern, David) Modified docket text on 11/2/2010 (eh1). (Entered: 11/01/2010) |
|---|---|---|
| 11/02/2010 | 59 | NOTICE *of Compliance* by Plaintiff Lexmark International, Inc. re Notice of Hearing on Motion, (Attachments: # 1 Exhibit A - 11/2/10 Letter) (Loy, Steven) Modified docket text on 11/3/2010 (eh1). (Entered: 11/02/2010) |
| 11/04/2010 | 60 | ALIAS Summons Issued as to Quality Cartridges, Inc. (jlw1) (Entered: 11/04/2010) |
| 11/04/2010 | 61 | Unopposed MOTION to Stay *Pursuant to 28 USC 1659* by Defendant Virtual Imaging Products, Inc.. (Bellamy, Glenn) (Entered: 11/04/2010) |
| 11/04/2010 | 62 | Corporate Disclosure Statement by Defendant Virtual Imaging Products, Inc.. (Bellamy, Glenn) (Entered: 11/04/2010) |
| 11/04/2010 | 63 | CERTIFICATE of Clerk: Certified mailing of ALIAS summons and complaint through the Clerk's Office pursuant to Local Rule 4.2. (jlw1) (Entered: 11/04/2010) |
| 11/05/2010 | 64 | RESPONSE to Motion re 61 Unopposed MOTION to Stay *Pursuant to 28 USC 1659* filed by Plaintiff Lexmark International, Inc.. (Loy, Steven) (Entered: 11/05/2010) |
| 11/05/2010 | 65 | Joint MOTION for Extension of Time to File Answer re 1 Complaint,, New date requested 1/20/2011. by Plaintiff Lexmark International, Inc., Defendant Quality Cartridges, Inc.. (Attachments: # 1 Text of Proposed Order) (Loy, Steven) (Entered: 11/05/2010) |
| 11/08/2010 | 66 | MOTION for Leave to Appear Pro Hac Vice of Richard L. Stroup (Filing fee $ 200, receipt number 0648-2865150) by Defendants C&R Services, Incorpororated, Copy Technologies, Inc., Huizhou Jahwa Electronics Co, Ltd., Jahwa Electronics Co., Ltd., Laser Toner Technology, Inc.. (Attachments: # 1 Exhibit 1 Richard L. Stroup Certificate of Good Standing) (Foley, Michael) (Entered: 11/08/2010) |
| 11/08/2010 | | PHV Filing fee: $400.00, receipt number 100CIN009982 re: 57 Motion for PHV Admission for Gary M. Hnath and 58 Motion for PHV Admission for Jeffery C. Lowe. (mr1) (Entered: 11/08/2010) |
| 11/08/2010 | 67 | Joint MOTION for Extension of Time to File Answer re 1 Complaint,, New date requested 1/20/2011. by Defendants Acecom Inc. - San Antonio, Chung Pal Shin, Plaintiff Lexmark International, Inc.. (Attachments: # 1 Text of Proposed Order) (Loy, Steven) (Entered: 11/08/2010) |
| 11/09/2010 | | Minute Entry for proceedings held before Judge Michael R. Barrett: |

| | | |
|---|---|---|
| | | Status Conference re: 46 , 48 , and 61 Motions to Stay held on 11/9/2010; Douglas Barr, Steven Loy, Bryan Medlock, and Jamie Underwood appeared for Plaintiff; David Shough, David Kern, Jeffrey Lowe, Michael Foley, Richard Stroup, Gary Hnath, Merit Blakeslee, and Mario Ceste appeared for Defendants; motions to stay to be granted; Plaintiff's Counsel to circulate an agreed order and provide to the court for signature; orally granting 57 , 58 , and 66 Motions PHV for Gary Hnath, Jeffery Lowe and Richard Stroup; finding as moot orally 65 and 67 Motions for Extension of time; Court's order to follow regarding stay. (ba1) (Entered: 11/09/2010) |
| 11/09/2010 | 68 | ALIAS Summons Issued as to Acecom Inc. - San Antonio. (mr1) (Entered: 11/09/2010) |
| 11/09/2010 | 69 | CERTIFICATE of Mailing by Clerk regarding 1 Complaint and 68 Alias Summons for Acecom Inc. - San Antonio. (mr1) (Entered: 11/09/2010) |
| 11/10/2010 | 70 | SUMMONS Returned Executed as to Defendant Quality Cartridges, Inc.. Quality Cartridges, Inc. served on 11/8/2010, answer due 11/29/2010. (sct) (Entered: 11/10/2010) |
| 11/15/2010 | 71 | ALIAS Summons Issued as to Chung Pal Shin. (jlw1) (Entered: 11/15/2010) |
| 11/15/2010 | 74 | CERTIFICATE of Mailing by Mailing by Clerk regarding 1 Complaint and 68 Alias Summons for Chung Pal Shin. (jlw1) (Entered: 11/29/2010) |
| 11/17/2010 | | Notice of Correction re: 49 Order on Motion for Extension of Time to Answer. PARTIES please be aware that because the docket entry contained a typographical error with regard to the date, the entry has been edited to reflect the corrected year of 2011. The date of January 24, 2011, as specified in the Order, remains the same. No further action is required. (mr1) (Entered: 11/17/2010) |
| 11/18/2010 | 72 | MOTION for Leave to Appear Pro Hac Vice of Charles H. Suh (Filing fee $ 200, receipt number 0648-2882069) by Defendants C&R Services, Incorporrated, Copy Technologies, Inc., Huizhou Jahwa Electronics Co, Ltd., Jahwa Electronics Co., Ltd., Laser Toner Technology, Inc.. (Attachments: # 1 Exhibit (1) Certificate of Good Standing of Charles H. Suh) (Foley, Michael) (Entered: 11/18/2010) |
| 11/18/2010 | 73 | SUMMONS Returned Executed as to Defendant Acecom Inc. - San Antonio (thru Gary M. Hnath re: 68 Alias Summons and 69 Certificate of Mailing) served on 11/15/2010, answer due 12/6/2010. (mr1) (Entered: 11/18/2010) |
| 11/29/2010 | 75 | SUMMONS Returned Executed as to Defendant Chung Pal Shin (thru Gary Hnath re: 71 Alias Summons and 74 Certificate of Mailing) served on 11/17/2010, answer due 12/8/2010. Green card was unsigned however a search on the US Post Office website at |

| | | |
|---|---|---|
| | | 'Track and Confirm' indicates the item was delivered on 11/17/10 in Washington, DC 20006. (mr1) (Entered: 11/29/2010) |
| 11/29/2010 | 76 | ORDER granting 46 Motion to Stay; granting 48 Motion to Stay; granting 61 Motion to Stay - parties will contact the Court to set a status conference 30 days following a final determination in the ITC investigation. Signed by Judge Michael R. Barrett on 11/29/10. (ba1) (Entered: 11/29/2010) |
| 11/29/2010 | 77 | NOTICE of Appearance by David Graham Kern for Defendants Acecom Inc. - San Antonio, Chung Pal Shin, Quality Cartridges, Inc. (Kern, David) (Entered: 11/29/2010) |
| 11/29/2010 | 78 | Corporate Disclosure Statement by Defendant Acecom Inc. - San Antonio. (Kern, David) (Entered: 11/29/2010) |
| 11/29/2010 | 79 | Corporate Disclosure Statement by Defendant Quality Cartridges, Inc.. (Kern, David) (Entered: 11/29/2010) |
| 11/29/2010 | 80 | Corporate Disclosure Statement by Defendant Chung Pal Shin. (Kern, David) (Entered: 11/29/2010) |
| 11/30/2010 | 81 | NOTICE by Defendants C&R Services, Incorpororated, Copy Technologies, Inc., Huizhou Jahwa Electronics Co, Ltd., Jahwa Electronics Co., Ltd., Laser Toner Technology, Inc. re 72 MOTION for Leave to Appear Pro Hac Vice of Charles H. Suh (Filing fee $ 200, receipt number 0648-2882069) (Attachments: # 1 Exhibit Certificate of Good Standing) (Foley, Michael) (Entered: 11/30/2010) |
| 12/01/2010 | 82 | ORDER granting 72 Motion for Leave to Appear Pro Hac Vice of Charles H. Shu for Defendants Jahwa Electronics Co., Ltd; Huizhou Jahwa Electronics Co., Ltd; Laser Toner Technology, Inc.; C&R Services; and Copy Technologies, Inc. Signed by Judge Michael R. Barrett on 11/30/10. (ba1) (Entered: 12/01/2010) |
| 12/06/2010 | 83 | NOTICE of Appearance by William Taylor Robinson, III for Defendants Print-Rite Holdings, Ltd., Union Technology Int'l (M.C.O.) Co., Ltd. (Robinson, William) (Entered: 12/06/2010) |
| 12/08/2010 | 84 | Joint MOTION for Entry of Stipulated Permanent Injunction, Consent Judgment and Dismissal With Prejudice by Plaintiff Lexmark International, Inc., Defendant Virtual Imaging Products, Inc.. (Attachments: # 1 Exhibit A - Stipulated Permanent Injunction, Consent Judgment, and Dismissal With Prejudice) (Loy, Steven) (Entered: 12/08/2010) |
| 12/09/2010 | 85 | STIPULATED PERMANENT INJUNCTION, CONSENT JUDGMENT, AND DISMISSAL WITH PREJUDICE as to Virtual Imaging Products, Inc. Signed by Judge Michael R. Barrett on 12/9/10. (mr1) (Entered: 12/09/2010) |
| 12/14/2010 | 86 | Joint MOTION for Entry of Stipulated Permanent Injunction, Consent Judgment and Dismissal with Prejudice by Plaintiff |

| | | |
|---|---|---|
| | | Lexmark International, Inc., Defendants Print-Rite Holdings, Ltd., Union Technology Int'l (M.C.O.) Co., Ltd.. (Attachments: # 1 Exhibit A - Stipulated Permanent Injunction, Consent Judgment, and Dismissal with Prejudice) (Loy, Steven) (Entered: 12/14/2010) |
| 12/21/2010 | 87 | STIPULATED PERMANENT INJUNCTION, CONSENT JUDGMENT, AND DISMISSAL WITH PREJUDICE AND ORDER re Print-Rite Holdings, Ltd. and Union Technology Int'l (M.C.O.) Co., Ltd; Print-Rite Holdings, Ltd. and Union Technology Int'l (M.C.O.) Co., Ltd. terminated. Signed by Judge Michael R. Barrett on 12/20/10. (ba1) (Entered: 12/21/2010) |
| 01/10/2011 | 88 | Joint MOTION for Entry of Stipulated Permanent Injunction, Consent Judgment and Dismissal with Prejudice by Plaintiff Lexmark International, Inc., Defendant Nectron International, Inc.. (Attachments: # 1 Exhibit A - Stipulated Permanent Injunction, Consent Judgment, and Dismissal with Prejudice) (Loy, Steven) (Entered: 01/10/2011) |
| 01/10/2011 | 89 | Joint MOTION for Entry of Stipulated Permanent Injunction, Consent Judgment and Dismissal with Prejudice by Defendants Alpha Image Tech, E-Toner Mart, Inc., Plaintiff Lexmark International, Inc.. (Attachments: # 1 Exhibit A - Stipulated Permanent Injunction, Consent Judgment, and Dismissal with Prejudice) (Loy, Steven) (Entered: 01/10/2011) |
| 01/11/2011 | 90 | STIPULATED PERMANENT INJUNCTION, CONSENT JUDGMENT, AND DISMISSAL WITH PREJUDICE re Defendant Nectron International, Inc. Signed by Judge Michael R. Barrett on 1/11/11. (eh1) (Entered: 01/11/2011) |
| 01/11/2011 | 91 | STIPULATED PERMANENT INJUNCTION, CONSENT JUDGMENT, AND DISMISSAL WITH PREJUDICE re Alpha Image International, Inc. and E-Toner Mart, Inc. Signed by Judge Michael R. Barrett on 1/11/11. (eh1) (Entered: 01/11/2011) |
| 01/18/2011 | 92 | Joint MOTION for Entry of Stipulated Permanent Injunction, Consent Judgment and Dismissal with Prejudice by Plaintiff Lexmark International, Inc., Defendants Nano Pacific Corporation, Ninestar Image Co., Ltd, Ninestar Image Int'l, Ltd, Ninestar Technology Company, Ltd, Seine Image International Co., Ltd, Ziprint Image Corporation. (Attachments: # 1 Exhibit A - Stipulated Permanent Injunction, Consent Judgment, and Dismissal with Prejudice) (Loy, Steven) (Entered: 01/18/2011) |
| 01/19/2011 | 93 | STIPULATED PERMANENT INJUNCTION, CONSENT JUDGMENT, AND DISMISSAL WITH PREJUDICE as to defendants Ninestar Image Co., Ltd; Ninestar Image Int'l, Ltd; Seine Image Int'l Co., Ltd; Ninestar Technology Co., Ltd.; Ziprint Image Corp; and Nano Pacific Corp. Signed by Judge Michael R. Barrett on 1/19/11. (ba1) (Entered: 01/19/2011) |
| 03/17/2011 | 94 | Joint MOTION for Entry of Stipulated Permanent Injunction, |

| | | |
|---|---|---|
| | | Consent Judgment, and Dismissal with Prejudice by Defendant Acecom Inc. - San Antonio, Plaintiff Lexmark International, Inc.. (Attachments: # 1 Exhibit A - Stipulated Permanent Injunction, Consent Judgment, and Dismissal with Prejudice) (Loy, Steven) (Entered: 03/17/2011) |
| 03/17/2011 | 95 | Joint MOTION for Entry of Stipulated Permanent Injunction, Consent Judgment, and Dismissal with Prejudice by Defendant Chung Pal Shin, Plaintiff Lexmark International, Inc.. (Attachments: # 1 Exhibit A - Stipulated Permanent Injunction, Consent Judgment, and Dismissal with Prejudice) (Loy, Steven) (Entered: 03/17/2011) |
| 03/21/2011 | 96 | STIPULATED PERMANENT INJUNCTION, CONSENT JUDGMENT, AND DISMISSAL WITH PREJUDICE as to defendant Acecom, Inc. Signed by Judge Michael R. Barrett on 3/18/11. (eh1) (Entered: 03/21/2011) |
| 03/21/2011 | 97 | STIPULATED PERMANENT INJUNCTION, CONSENT JUDGMENT, AND DISMISSAL WITH PREJUDICE as to defendant Chung Pal Shin (d/b/a Ink Master). Signed by Judge Michael R. Barrett on 3/18/11. (eh1) (Entered: 03/21/2011) |
| 04/06/2011 | 98 | Joint MOTION for Entry of Stipulated Permanent Injunction, Consent Judgment and Dismissal with Prejudice by Defendant Ink Technologies Printer Supplies, LLC, Plaintiff Lexmark International, Inc.. (Attachments: # 1 Exhibit A - Stipulated Permanent Injunction, Consent Judgment and Dismissal with Prejudice) (Loy, Steven) (Entered: 04/06/2011) |
| 04/11/2011 | 99 | Joint MOTION for Entry of Stipulated Permanent Injunction, Consent Judgment, and Dismissal with Prejudice by Defendant IJSS Inc., Plaintiff Lexmark International, Inc.. (Attachments: # 1 Exhibit A - Stipulated Permanent Injunction, Consent Judgment, and Dismissal with Prejudice) (Loy, Steven) (Entered: 04/11/2011) |
| 04/14/2011 | 100 | STIPULATED PERMANENT INJUNCTION, CONSENT JUDGMENT, AND DISMISSAL WITH PREJUDICE as to defendant Ink Technologies Printer Supplies, LLC. Signed by Judge Michael R. Barrett on 4/7/11. (eh1) Modified to correct signature date on 4/15/2011 (lk1). (Entered: 04/14/2011) |
| 04/14/2011 | 101 | STIPULATED PERMANENT INJUNCTION, CONSENT JUDGMENT, AND DISMISSAL WITH PREJUDICE as to defendant IJSS Inc. Signed by Judge Michael R. Barrett on 4/12/11. (eh1) Modified to correct signature date on 4/15/2011 (lk1). (Entered: 04/14/2011) |
| 07/28/2011 | 102 | Joint MOTION for Entry of Stipulated Permanent Injunction, Consent Judgment and Dismissal with Prejudice by Defendants C&R Services, Incorpororated, Copy Technologies, Inc., Huizhou Jahwa Electronics Co, Ltd., Jahwa Electronics Co., Ltd., Laser Toner Technology, Inc., Plaintiff Lexmark International, Inc.. (Attachments: # 1 Exhibit 1 - Stipulated Permanent Injunction and |

| | | Dismissal with Prejudice) (Loy, Steven) (Entered: 07/28/2011) |
|---|---|---|
| 08/02/2011 | 103 | STIPULATED PERMANENT INJUNCTION, CONSENT JUDGMENT, AND DISMISSAL WITH PREJUDICE as to defendants Jahwa Electronics Co., Ltd., Huizhou Jahwa Electronics Co., Ltd., Laser Toner Technology, Copy Technologies, and C&R SErvices Incorporated. Signed by Judge Michael R. Barrett on 7/29/11. (eh1) (Entered: 08/02/2011) |
| 09/14/2011 | 104 | Joint MOTION Entry of Stipulated Permanent Injunction, Consent Judgment and Dismissal with Prejudice by Defendant Direct Billing International Incorporated, Plaintiff Lexmark International, Inc.. (Attachments: # 1 Exhibit 1 - Stipulated Permanent Injunction, Consent Judgment, and Dismissal with Prejudice) (Loy, Steven) (Entered: 09/14/2011) |
| 09/15/2011 | 105 | STIPULATED PERMANENT INJUNCTION, CONSENT JUDGMENT, AND DISMISSAL WITH PREJUDICEas to defendant Direct Billing International Incorporated. Signed by Judge Michael R. Barrett on 9/14/11. (eh1) (Entered: 09/15/2011) |
| 10/11/2011 | | NOTICE of Hearing: Please be aware that a Status Conference is set for 10/31/2011 at 10:00 AM by teleconference before Judge Michael R. Barrett; parties shall initiate contact with the Court by calling 513-564-7660 five minutes prior to 10:00 am. (ba1) (Entered: 10/11/2011) |
| 10/31/2011 | | Minute Entry for proceedings held before Judge Michael R. Barrett: Status Conference held on 10/31/2011; Steven Loy and Timothy Meece appeared for Defendant; stay to be lifted; Plaintiff's to commence identifying John Does; a follow up Status Conference is set for 1/31/2012 at 09:30 AM by teleconference before Judge Michael R. Barrett; parties shall initiate contact with the Court by calling 513-564-7660 five minutes prior to 9:30 am; Court's order to following regarding stay. (ba1) (Entered: 10/31/2011) |
| 11/01/2011 | 106 | MOTION for Protective Order by Plaintiff Lexmark International, Inc.. (Attachments: # 1 Proposed Protective Order) (Loy, Steven) (Entered: 11/01/2011) |
| 11/03/2011 | 107 | ORDER lifting 76 Order on Motion to Stay; a status conference is set by telephone for 1/31/12 at 9:30 am; parties are reminded to initiate contact with the Court by calling 513-564-7660 five minutes prior to 9:30 am. Signed by Judge Michael R. Barrett on 11/3/11. (ba1) (Entered: 11/03/2011) |
| 11/03/2011 | 108 | MOTION for Extension of Time New date requested 3/2/2012. *to Serve "John Doe" Defendants* by Plaintiff Lexmark International, Inc.. (Attachments: # 1 Exhibit A - Stewart v. Tennessee Valley Auth., # 2 Text of Proposed Order) (Loy, Steven) (Entered: 11/03/2011) |
| 11/10/2011 | 109 | ORDER signed by Judge Michael R. Barrett granting 108 Motion |

| | | |
|---|---|---|
| | | for Extension of Time. Plaintiff Lexmark shall have until 3/2/2012, within which to identify and serve the "John Doe" Defendants. (eh1) (Entered: 11/10/2011) |
| 11/14/2011 | 110 | NOTICE of Appearance by David Graham Kern for Defendant ACM Technologies, Inc. (Kern, David) (Entered: 11/14/2011) |
| 11/14/2011 | 111 | Corporate Disclosure Statement by Defendant ACM Technologies, Inc.. (Kern, David) (Entered: 11/14/2011) |
| 11/15/2011 | 112 | Joint MOTION for Entry of Stipulated Permanent Injunction, Consent Judgment and Dismissal with Prejudice by Defendant ACM Technologies, Inc., Plaintiff Lexmark International, Inc.. (Attachments: # 1 Exhibit 1 - Stipulated Permanent Injunction, Consent Judgment, and Dismissal with Prejudice) (Loy, Steven) (Entered: 11/15/2011) |
| 11/15/2011 | 113 | NOTICE by Defendant ACM Technologies, Inc., Plaintiff Lexmark International, Inc. *of Confession of Judgment* (Loy, Steven) (Entered: 11/15/2011) |
| 11/17/2011 | 114 | STIPULATED PERMANENT INJUNCTION, CONSENT JUDGMENT, AND DISMISSAL WITH PREJUDICE as to ACM Technologies granting 112 Joint MOTION for Entry of Stipulated Permanent Injunction, Consent Judgment and Dismissal with Prejudice filed by ACM Technologies, Inc., Lexmark International, Inc. Signed by Judge Michael R. Barrett on 11/17/11. (ba1) (Entered: 11/17/2011) |
| 11/21/2011 | 115 | MOTION for Issuance of Letters Rogatory by Plaintiff Lexmark International, Inc.. (Attachments: # 1 Ontario Evidence Act, # 2 Exhibit A - Greentec International Inc. Letter Rogatory, # 3 Exhibit B - Article, # 4 Text of Proposed Order) (Loy, Steven) (Entered: 11/21/2011) |
| 11/23/2011 | 116 | ORDER granting 115 Motion for Issuance of Letters Rogatory. Signed by Judge Michael R. Barrett on 11/23/11. (ba1) (Entered: 11/23/2011) |
| 12/02/2011 | 117 | PROTECTIVE ORDER. Signed by Judge Michael R. Barrett on 12/2/11. (ba1) (Entered: 12/02/2011) |
| 01/31/2012 | | Minute Entry for proceedings held before Judge Michael R. Barrett: Status Conference held on 1/31/2012; Matthew Becker and Steven Loy appeared for Plaintiff; David Kern appeared for Defendant; Plaintiff continues to work on identifying remaining John Doe Defendants; an oral request is granted regarding Service for an extension through and including 6/1/2012; a follow up Status Conference is set for 6/1/2012 at 09:30 AM by teleconference before Judge Michael R. Barrett; parties shall initiate contact with the Court by calling 513-564-7660 five minutes prior to 9:30 am. (ba1) (Entered: 01/31/2012) |

| 05/25/2012 | 118 | MOTION for Extension of Time New date requested 8/30/2012. *to Extend the Deadline to Serve "John Doe" Defendants* by Plaintiff Lexmark International, Inc.. (Attachments: # 1 Exhibit A - March 22, 2012 Order, # 2 Text of Proposed Order) (Loy, Steven) (Entered: 05/25/2012) |
|---|---|---|
| 05/29/2012 |  | NOTICE of Hearing: Please be aware that the Status Conference set for 6/1/12 is RESET to 6/7/2012 at 01:30 PM and remains set by teleconference before Judge Michael R. Barrett; parties shall initiate contact with the Court by calling 513-564-7660 five minutes prior to 1:30 pm. (ba1) (Entered: 05/29/2012) |
| 05/31/2012 | 119 | ORDER granting 118 Motion for Extension of Time to serve John Does; Lexmark shall have an additional 90 days through and including 8/30/12 within which to identify and serve the John Doe defendants. Signed by Judge Michael R. Barrett on 5/31/12. (ba1) (Entered: 05/31/2012) |
| 06/07/2012 |  | Minute Entry for proceedings held before Judge Michael R. Barrett: Status Conference held on 6/7/2012; Jason Shull, Steven Loy and Timothy Meece appeared for Plaintiff; David Kern, Jeffrey Lowe, Max Moskovitz and John Hocanson appeared for Defendants; parties continue to identify John Does and will keep the Court informed as matters are resolved. (ba1) Modified typo on 6/8/2012 (mtw). (Entered: 06/07/2012) |
| 06/18/2012 | 120 | MOTION for Entry of Stipulated Permanent Injunction, Consent Judgment and Dismissal with Prejudice by Plaintiff Lexmark International, Inc.. (Attachments: # 1 Exhibit 1. Stipulated Permanent Injunction, Consent Judgment, and Dismissal with Prejudice, # 2 Text of Proposed Order) (Loy, Steven) (Entered: 06/18/2012) |
| 06/18/2012 | 121 | NOTICE by Plaintiff Lexmark International, Inc. *of Withdrawal of Co-Counsel Neil C. Trueman* (Loy, Steven) (Entered: 06/18/2012) |
| 06/20/2012 | 122 | STIPULATED PERMANENT INJUNCTION, CONSENT JUDGMENT, AND DISMISSAL WITH PREJUDICE as to John Doe Defendant Tonercharge granting 120 MOTION for Entry of Stipulated Permanent Injunction, Consent Judgment and Dismissal with Prejudice filed by Lexmark International, Inc. Signed by Judge Michael R. Barrett on 6/19/12. (ba1) (Entered: 06/20/2012) |
| 06/25/2012 | 123 | MOTION for Entry of Stipulated Permanent Injunction, Consent Judgment, and Dismissal with Prejudice by Plaintiff Lexmark International, Inc.. (Attachments: # 1 Exhibit 1. Stipulated Permanent Injunction, Consent Judgment, and Dismissal with Prejudice, # 2 Text of Proposed Order) (Loy, Steven) Modified on 8/3/2012 (ba1). (Entered: 06/25/2012) |
| 06/25/2012 | 124 | MOTION for Entry of Stipulated Permanent Injunction, Consent Judgment and Dismissal with Prejudice by Plaintiff Lexmark International, Inc.. (Attachments: # 1 Exhibit 1. Stipulated |

| | | |
|---|---|---|
| | | Permanent Injunction, Consent Judgment, and Dismissal with Prejudice, # 2 Text of Proposed Order) (Loy, Steven) Modified on 8/3/2012 (ba1). (Entered: 06/25/2012) |
| 06/28/2012 | 125 | MOTION for Entry of Stipulated Permanent Injunction, Consent Judgment and Dismissal with Prejudice by Plaintiff Lexmark International, Inc.. (Attachments: # 1 Exhibit 1. Stipulated Permanent Injunction, Consent Judgment and Dismissal with Prejudice, # 2 Text of Proposed Order) (Loy, Steven) Modified on 8/3/2012 (ba1). (Entered: 06/28/2012) |
| 06/28/2012 | 126 | Motion for Contempt *and Memorandum in Support for IJSS to be Held in Contempt for Violation of this Court's Permanent Injunction Order* by Plaintiff Lexmark International, Inc.. (Attachments: # 1 Exhibit A. Order, # 2 Exhibit B. Joint Motion, # 3 Exhibit C. Gardner Declaration, # 4 Exhibit D. Reinholtz Declaration Part I, # 5 Exhibit D. Reinholtz Declaration Part II, # 6 Exhibit D. Reinholtz Declaration Part III, # 7 Exhibit D. Reinholtz Declaration Part IV, # 8 Exhibit D. Reinholtz Declaration Part V, # 9 Exhibit E. Shull to Kidde Email, # 10 Exhibit F. Filed Under Seal Pursuant to Protective Order, # 11 Text of Proposed Order) (Loy, Steven) (Entered: 06/28/2012) |
| 07/05/2012 | 128 | MOTION for Entry of Stipulated Permanent Injunction, Consent Judgment and Dismissal with Prejudice *(Image Solutions)* by Plaintiff Lexmark International, Inc.. (Attachments: # 1 Exhibit 1 - Stipulated Permanent Injunction, Consent Judgment, and Dismissal with Prejudice, # 2 Text of Proposed Order) (Loy, Steven) Modified on 8/3/2012 (ba1). (Entered: 07/05/2012) |
| 07/08/2012 | 129 | STIPULATED PERMANENT INJUNCTION, CONSENT JUDGMENT, AND DISMISSAL WITH PREJUDICE as to John Doe Defendant K G Toner-Nu, Inc. Signed by Judge Michael R. Barrett on 7/6/12. (ba1) (Entered: 07/08/2012) |
| 07/08/2012 | 130 | STIPULATED PERMANENT INJUNCTION, CONSENT JUDGMENT, AND DISMISSAL WITH PREJUDICE as to John Doe Defendant enhanced Laser Products. Signed by Judge Michael R. Barrett on 7/8/12. (ba1) (Entered: 07/08/2012) |
| 07/08/2012 | 131 | STIPULATED PERMANENT INJUNCTION, CONSENT JUDGMENT, AND DISMISSAL WITH PREJUDICE as to John Doe Defendant Quality Printing. Signed by Judge Michael R. Barrett on 7/6/12. (ba1) (Entered: 07/08/2012) |
| 07/08/2012 | 132 | STIPULATED PERMANENT INJUNCTION, CONSENT JUDGMENT, AND DISMISSAL WITH PREJUDICE as to John Doe Defendant Image Solutions. Signed by Judge Michael R. Barrett on 7/6/12. (ba1) (Entered: 07/08/2012) |
| 07/09/2012 | 133 | MOTION for Entry of Stipulated Permanent Injunction, Consent Judgment and Dismissal with Prejudice *(Imex America Corporation)* by Plaintiff Lexmark International, Inc.. (Attachments: # 1 Exhibit 1 |

| | | |
|---|---|---|
| | | - Stipulated Permanent Injunction, Consent Judgment, and Dismissal with Prejudice, # 2 Text of Proposed Order) (Loy, Steven) Modified on 8/3/2012 (ba1). (Entered: 07/09/2012) |
| 07/11/2012 | 134 | STIPULATED PERMANENT INJUNCTION, CONSENT JUDGMENT AND DISMISSAL WITH PREJUDICE of John Doe Defendant Imex America Corporation. Signed by Judge Michael R. Barrett on 7/10/12. (ba1) (Entered: 07/11/2012) |
| 07/17/2012 | 135 | MOTION for Extension of Time to File Response/Reply as to 126 Motion for Contempt *and Memorandum in Support for IJSS to be Held in Contempt for Violation of this Court's Permanent Injunction Order* New date requested 9/7/2012. by Defendant IJSS Inc.. (Attachments: # 1 Text of Proposed Order Proposed Order Granting Motion, # 2 Affidavit Affidavit of Jon E. Hokanson and Exhibits) (Kern, David) (Entered: 07/17/2012) |
| 07/19/2012 | 136 | MOTION for Leave to Appear Pro Hac Vice of Jon E. Hokanson; Thomas S. Kidde (Filing fee $ 400) by Defendant IJSS Inc.. (Attachments: # 1 Exhibit Certificate of Good Standing for Jon E. Hokanson, # 2 Exhibit Certificate of Good Standing for Thomas S. Kidde, # 3 Text of Proposed Order Proposed Order Granting Pro Hac Vice Admission) (Kern, David) (Additional attachment(s) added on 7/19/2012: # 4 Filing Fee Receipt) (eh1). (Entered: 07/19/2012) |
| 07/19/2012 | | Filing fee: $ 400.00, receipt number 100CIN015856 re 136 MOTION for Leave to Appear Pro Hac Vice of Jon E. Hokanson; Thomas S. Kidde. (eh1) (Entered: 07/19/2012) |
| 07/20/2012 | | NOTICE of Status Conference on Motion re 135 MOTION for Extension of Time to File Response/Reply as to 126 Motion for Contempt *and Memorandum in Support for IJSS to be Held in Contempt for Violation of this Court's Permanent Injunction Order*; Please be aware that a status conference is set for 7/24/2012 at 02:30 PM by teleconference before Judge Michael R. Barrett; parties shall initiate contact with the Court by calling 513-564-7660 five minutes prior to 2:30 pm. (ba1) (Entered: 07/20/2012) |
| 07/20/2012 | 137 | MOTION for Entry of Stipulated Permanent Injunction, Consent Judgment and Dismissal with Prejudice *(Alltech Cartridges)* by Plaintiff Lexmark International, Inc.. (Attachments: # 1 Exhibit 1 - Stipulated Permanent Injunction, Consent Judgment, and Dismissal with Prejudice, # 2 Text of Proposed Order) (Loy, Steven) (Entered: 07/20/2012) |
| 07/24/2012 | | Minute Entry for proceedings held before Judge Michael R. Barrett: Status Conference held on 7/24/2012; parties request additional time regarding 135 Motion for Extension of time to file a response to which the court finds reasonable; therefore a follow up Status Conference is set for 8/7/2012 at 10:30 AM by teleconference before Judge Michael R. Barrett; parties shall initiate contact with the Court by calling 513-564-7660 five minutes prior to 10:30 am. (ba1) |

| | | |
|---|---|---|
| | | (Entered: 07/24/2012) |
| 07/25/2012 | 138 | MOTION for Entry of Stipulated Permanent Injunction, Consent Judgment and Dismissal with Prejudice *(Imageprint Technologies, Inc.)* by Plaintiff Lexmark International, Inc.. (Attachments: # 1 Exhibit 1 - Stipulated Permanent Injunction, Consent Judgment, and Dismissal with Prejudice, # 2 Text of Proposed Order) (Loy, Steven) (Entered: 07/25/2012) |
| 07/25/2012 | 139 | MOTION for Entry of Stipulated Permanent Injunction, Consent Judgment and Dismissal with Prejudice *(All Color Imaging)* by Plaintiff Lexmark International, Inc.. (Attachments: # 1 Exhibit 1 - Stipulated Permanent Injunction, Consent Judgment, and Dismissal with Prejudice, # 2 Text of Proposed Order) (Loy, Steven) (Entered: 07/25/2012) |
| 07/25/2012 | 140 | MOTION for Entry of Stipulated Permanent Injunction, Consent Judgment and Dismissal with Prejudice *(National Copy Cartridge, Inc.)* by Plaintiff Lexmark International, Inc.. (Attachments: # 1 Exhibit 1 - Stipulated Permanent Injunction, Consent Judgment, and Dismissal with Prejudice, # 2 Text of Proposed Order) (Loy, Steven) (Entered: 07/25/2012) |
| 07/25/2012 | 141 | MOTION for Entry of Stipulated Permanent Injunction, Consent Judgment and Dismissal with Prejudice *(Laser Recharge, Inc.)* by Plaintiff Lexmark International, Inc.. (Attachments: # 1 Exhibit 1 - Stipulated Permanent Injunction, Consent Judgment, and Dismissal with Prejudice, # 2 Text of Proposed Order) (Loy, Steven) (Entered: 07/25/2012) |
| 07/25/2012 | 142 | MOTION for Entry of Stipulated Permanent Injunction, Consent Judgment and Dismissal with Prejudice *(Carrco Imaging)* by Plaintiff Lexmark International, Inc.. (Attachments: # 1 Exhibit 1 - Stipulated Permanent Injunction, Consent Judgment, and Dismissal with Prejudice, # 2 Text of Proposed Order) (Loy, Steven) (Entered: 07/25/2012) |
| 07/27/2012 | | NOTICE of Hearing: Please be aware that the follow up Status Conference set for 8/7/2012 at 10:30 am is being RESET IN TIME ONLY from 10:30 am to 03:00 PM and will remain set by teleconference before Judge Michael R. Barrett; parties are reminded to initiate contact with the Court by calling 513-564-7660 five minutes prior to 3:00 pm. (ba1) (Entered: 07/27/2012) |
| 07/27/2012 | 143 | MOTION for Entry of Stipulated Permanent Injunction, Consent Judgment and Dismissal with Prejudice *(American Laser Products Inc.)* by Plaintiff Lexmark International, Inc.. (Attachments: # 1 Exhibit 1 - Stipulated Permanent Injunction, Consent Judgment, and Dismissal with Prejudice, # 2 Text of Proposed Order) (Loy, Steven) (Entered: 07/27/2012) |
| 07/27/2012 | 144 | MOTION for Entry of Stipulated Permanent Injunction, Consent Judgment and Dismissal with Prejudice *(Imaging Products Inc. d/b/a* |

| | | |
|---|---|---|
| | | *Laser Image Plus)* by Plaintiff Lexmark International, Inc.. (Attachments: # 1 Exhibit 1 - Stipulated Permanent Injunction, Consent Judgment, and Dismissal with Prejudice, # 2 Text of Proposed Order) (Loy, Steven) (Entered: 07/27/2012) |
| 07/30/2012 | 145 | NOTICE by Defendant IJSS Inc. re 136 MOTION for Leave to Appear Pro Hac Vice of Jon E. Hokanson; Thomas S. Kidde (Filing fee $ 400) *Supplemental Certificates* (Kern, David) (Entered: 07/30/2012) |
| 07/30/2012 | 146 | CONSENT JUDGMENT granting 137 MOTION for Entry of Stipulated Permanent Injunction, Consent Judgment and Dismissal with Prejudice *(Alltech Cartridges)* filed by Lexmark International, Inc. Signed by Judge Michael R. Barrett on 7/30/12. (ba1) (Entered: 07/30/2012) |
| 07/30/2012 | 147 | CONSENT JUDGMENT granting 138 MOTION for Entry of Stipulated Permanent Injunction, Consent Judgment and Dismissal with Prejudice *(Imageprint Technologies, Inc.)* filed by Lexmark International, Inc. Signed by Judge Michael R. Barrett on 7/30/12. (ba1) (Entered: 07/30/2012) |
| 07/30/2012 | 148 | CONSENT JUDGMENT granting 139 MOTION for Entry of Stipulated Permanent Injunction, Consent Judgment and Dismissal with Prejudice *(All Color Imaging)* filed by Lexmark International, Inc. Signed by Judge Michael R. Barrett on 7/30/12. (ba1) (Entered: 07/30/2012) |
| 07/30/2012 | 149 | CONSENT JUDGMENT granting 140 MOTION for Entry of Stipulated Permanent Injunction, Consent Judgment and Dismissal with Prejudice *(National Copy Cartridge, Inc.)* filed by Lexmark International, Inc. Signed by Judge Michael R. Barrett on 7/30/12. (ba1) (Entered: 07/30/2012) |
| 07/30/2012 | 150 | CONSENT JUDGMENT granting 141 MOTION for Entry of Stipulated Permanent Injunction, Consent Judgment and Dismissal with Prejudice *(Laser Recharge, Inc.)* filed by Lexmark International, Inc. Signed by Judge Michael R. Barrett on 7/30/12. (ba1) (Entered: 07/30/2012) |
| 07/30/2012 | 151 | CONSENT JUDGMENT granting 142 MOTION for Entry of Stipulated Permanent Injunction, Consent Judgment and Dismissal with Prejudice *(Carrco Imaging)* filed by Lexmark International, Inc. Signed by Judge Michael R. Barrett on 7/30/12. (ba1) (Entered: 07/30/2012) |
| 08/01/2012 | 152 | CONSENT JUDGMENT granting 143 MOTION for Entry of Stipulated Permanent Injunction, Consent Judgment and Dismissal with Prejudice *(American Laser Products Inc.)* filed by Lexmark International, Inc. Signed by Judge Michael R. Barrett on 7/31/12. (ba1) (Entered: 08/01/2012) |
| 08/01/2012 | 153 | CONSENT JUDGMENT granting 144 MOTION for Entry of |

|  |  | Stipulated Permanent Injunction, Consent Judgment and Dismissal with Prejudice *(Imaging Products Inc. d/b/a Laser Image Plus)* filed by Lexmark International, Inc. Signed by Judge Michael R. Barrett on 8/1/12. (ba1) (Entered: 08/01/2012) |
|---|---|---|
| 08/01/2012 | 154 | MOTION for Entry of Stipulated Permanent Injunction, Consent Judgment and Dismissal With Prejudice *(Laser Kare Tech Inc.)* by Plaintiff Lexmark International, Inc.. (Attachments: # 1 Exhibit 1 - Stipulated Permanent Injunction, Consent Judgment, and Dismissal with Prejudice, # 2 Text of Proposed Order) (Loy, Steven) (Entered: 08/01/2012) |
| 08/02/2012 | 155 | MOTION for Entry of Stipulated Permanent Injunction, Consent Judgment and Dismissal with Prejudice *(Photikon Corporation)* by Plaintiff Lexmark International, Inc.. (Attachments: # 1 Exhibit 1 - Stipulated Permanent Injunction, Consent Judgment, and Dismissal with Prejudice, # 2 Text of Proposed Order) (Loy, Steven) (Entered: 08/02/2012) |
| 08/02/2012 | 156 | MOTION for Entry of Stipulated Permanent Injunction, Consent Judgment and Dismissal with Prejudice *(Superior Recharger Systems Inc.)* by Plaintiff Lexmark International, Inc.. (Attachments: # 1 Exhibit 1 - Stipulated Permanent Injunction, Consent Judgment, and Dismissal with Prejudice, # 2 Text of Proposed Order) (Loy, Steven) (Entered: 08/02/2012) |
| 08/06/2012 | 157 | CONSENT JUDGMENT granting 154 MOTION for Entry of Stipulated Permanent Injunction, Consent Judgment and Dismissal With Prejudice *(Laser Kare Tech Inc.)* filed by Lexmark International, Inc. Signed by Judge Michael R. Barrett on 8/6/12. (ba1) (Entered: 08/06/2012) |
| 08/06/2012 | 158 | CONSENT JUDGMENT granting 155 MOTION for Entry of Stipulated Permanent Injunction, Consent Judgment and Dismissal with Prejudice *(Photikon Corporation)* filed by Lexmark International, Inc. Signed by Judge Michael R. Barrett on 8/6/12. (ba1) (Entered: 08/06/2012) |
| 08/06/2012 | 159 | CONSENT JUDGMENT granting 156 MOTION for Entry of Stipulated Permanent Injunction, Consent Judgment and Dismissal with Prejudice *(Superior Recharger Systems Inc.)* filed by Lexmark International, Inc. Signed by Judge Michael R. Barrett on 8/6/12. (ba1) (Entered: 08/06/2012) |
| 08/07/2012 | 160 | ORDER granting 136 Motion for Leave to Appear Pro Hac Vice of Jon E. Hokanson and Thomas S. Kidde for John Doe Defendants IJSS, Inc., d/b/a TonerZone.com and Inkjet Superstore.com. Signed by Judge Michael R. Barrett on 8/7/12. (ba1) (Entered: 08/07/2012) |
| 08/07/2012 |  | Minute Entry for proceedings held before Judge Michael R. Barrett: Status Conference held on 8/7/2012; Anthony Phelps and Timothy Meece appeared for Plaintiff; David Kern and Jon Hokanson appeared for Defendant regarding parties 135 Motion for Extension |

| | | |
|---|---|---|
| | | of time to file a response re 126 Motion for Contempt; parties are working on resolving their issues; a follow up Status Conference is set for 8/15/2012 at 03:00 PM by teleconference before Judge Michael R. Barrett; parties shall initiate contact with the Court by calling 513-564-7660 five minutes prior to 3:00 pm. (ba1) Modified on 8/7/2012 (ba1) to edit the text. (Entered: 08/07/2012) |
| 08/08/2012 | 161 | MOTION Entry of Stipulated Permanent Injunction, Consent Judgment and Dismissal With Prejudice by Plaintiff Lexmark International, Inc.. (Attachments: # 1 Exhibit Stipulated Permanent Injunction, Consent Judgment and Dismissal With Prejudice, # 2 Text of Proposed Order) (Loy, Steven) (Entered: 08/08/2012) |
| 08/10/2012 | 162 | MOTION For Entry of Stipulated Permanent Injunction, Consent Judgment and Dismissal With Prejudice by Plaintiff Lexmark International, Inc.. (Attachments: # 1 Exhibit 1- Stipulated Permanent Injunction, Consent, Judgment and Dismissal With Prejudice, # 2 Text of Proposed Order) (Loy, Steven) (Entered: 08/10/2012) |
| 08/13/2012 | 163 | MOTION for Entry of Stipulated Permanent Injunction, Consent Judgment and Dismissal with Prejudice *(Master Print Supplies)* by Plaintiff Lexmark International, Inc.. (Attachments: # 1 Exhibit 1 - Stipulated Permanent Injunction, Consent Judgment, and Dismissal with Prejudice, # 2 Text of Proposed Order) (Loy, Steven) (Entered: 08/13/2012) |
| 08/13/2012 | 164 | CONSENT JUDGMENT granting 161 MOTION Entry of Stipulated Permanent Injunction, Consent Judgment and Dismissal With Prejudice filed by Lexmark International, Inc. Signed by Judge Michael R. Barrett on 8/13/12. (ba1) (Entered: 08/13/2012) |
| 08/13/2012 | 165 | NOTICE of Appearance by William A Nolan for Defendant OutOfToner.com (Nolan, William) (Entered: 08/13/2012) |
| 08/13/2012 | 166 | MOTION for Leave to Appear Pro Hac Vice of Ian R. Walsworth (Filing fee $ 200, receipt number 0648-3759304) by Defendant OutOfToner.com. (Attachments: # 1 Certificate of Good Standing) (Nolan, William) (Entered: 08/13/2012) |
| 08/14/2012 | 167 | MOTION for Entry of Stipulated Permanent Injunction, Consent Judgment and Dismissal with Prejudice *(Data Supply LLC)* by Plaintiff Lexmark International, Inc.. (Attachments: # 1 Exhibit 1 - Stipulated Permanent Injunction, Consent Judgment, and Dismissal with Prejudice, # 2 Text of Proposed Order) (Loy, Steven) (Entered: 08/14/2012) |
| 08/14/2012 | 168 | MOTION for Entry of Stipulated Permanent Injunction, Consent Judgment and Dismissal with Prejudice *(MB Sales)* by Plaintiff Lexmark International, Inc.. (Attachments: # 1 Exhibit 1 - Stipulated Permanent Injunction, Consent Judgment, and Dismissal with Prejudice, # 2 Text of Proposed Order) (Loy, Steven) (Entered: 08/14/2012) |

| 08/14/2012 | 169 | MOTION for Entry of Stipulated Permanent Injunction, Consent Judgment and Dismissal with Prejudice *(Toner Supplies, Inc.)* by Plaintiff Lexmark International, Inc.. (Attachments: # 1 - Stipulated Permanent Injunction, Consent Judgment, and Dismissal with Prejudice, # 2 Text of Proposed Order) (Loy, Steven) (Entered: 08/14/2012) |
| --- | --- | --- |
| 08/14/2012 | 170 | MOTION for Extension of Time New date requested 11/28/2012. *(to Serve "John Doe" Defendants)* by Plaintiff Lexmark International, Inc.. (Attachments: # 1 Text of Proposed Order) (Loy, Steven) (Entered: 08/14/2012) |
| 08/15/2012 |  | NOTICE of Hearing: Please be aware that the Status Conference set for 8/15/12 at 3:00 pm is RESET to 8/16/2012 at 01:00 PM and remains set by teleconference before Judge Michael R. Barrett; the parties shall initiate contact with the Court by calling 513-564-7660 five minutes prior to 1:00 pm. (ba1) (Entered: 08/15/2012) |
| 08/15/2012 | 171 | MOTION for Entry of Stipulated Permanent Injunction, Consent Judgment and Dismissal with Prejudice *(Primedia Products)* by Plaintiff Lexmark International, Inc.. (Attachments: # 1 Exhibit 1 - Stipulated Permanent Injunction, Consent Judgment, and Dismissal with Prejudice, # 2 Text of Proposed Order) (Loy, Steven) (Entered: 08/15/2012) |
| 08/16/2012 |  | Minute Order. Proceedings held before Judge Michael R. Barrett: Status Conference held on 8/16/2012; Stephen Loy appeared for Plaintiff; Jon Hokanson appeared for Defendant IJSS, Inc.; parties agree they require additional time for experts; the Court orally grants 170 Motion for Extension of Time to Serve John Does until 11/28/12; a follow up Status Conference is set for 8/30/2012 at 12:00 PM by teleconference before Judge Michael R. Barrett; parties shall initiate contact with the Court by calling 513-564-7660 five minutes prior to 12:00 pm. (ba1) (Entered: 08/16/2012) |
| 08/17/2012 | 172 | MOTION for Entry of Stipulated Permanent Injunction, Consent Judgment and Dismissal with Prejudice *(U.S. Print & Toner d/b/a National Copy Cartridge)* by Plaintiff Lexmark International, Inc.. (Attachments: # 1 Exhibit 1 - Stipulated Permanent Injunction, Consent Judgment, and Dismissal with Prejudice, # 2 Text of Proposed Order) (Loy, Steven) (Entered: 08/17/2012) |
| 08/17/2012 | 173 | MOTION for Entry of Stipulated Permanent Injunction, Consent Judgment and Dismissal with Prejudice *(Wal Group LLC)* by Plaintiff Lexmark International, Inc.. (Attachments: # 1 Exhibit 1 - Stipulated Permanent Injunction, Consent Judgment, and Dismissal with Prejudice, # 2 Text of Proposed Order) (Loy, Steven) (Entered: 08/17/2012) |
| 08/20/2012 | 174 | Joint MOTION for Entry of Stipulated Permanent Injunction, Consent Judgment and Dismissal with Prejudice by Plaintiff Lexmark International, Inc., Defendant OutOfToner.com. |

| | | |
|---|---|---|
| | | (Attachments: # 1 Exhibit 1 - Stipulated Permanent Injunction, Consent Judgment, and Dismissal with Prejudice) (Loy, Steven) (Entered: 08/20/2012) |
| 08/21/2012 | 175 | ORDER granting 166 Motion for Leave to Appear Pro Hac Vice of Ian R. Walsworth for Defendant OutOfToner.com. Signed by Judge Michael R. Barrett on 8/17/12. (ba1) (Entered: 08/21/2012) |
| 08/22/2012 | 176 | CONSENT JUDGMENT granting 163 MOTION for Entry of Stipulated Permanent Injunction, Consent Judgment and Dismissal with Prejudice *(Master Print Supplies)* filed by Lexmark International, Inc. Signed by Judge Michael R. Barrett on 8/22/12. (ba1) (Entered: 08/22/2012) |
| 08/22/2012 | 177 | CONSENT JUDGMENT granting 167 MOTION for Entry of Stipulated Permanent Injunction, Consent Judgment and Dismissal with Prejudice *(Data Supply LLC)* filed by Lexmark International, Inc. Signed by Judge Michael R. Barrett on 8/22/12. (ba1) (Entered: 08/22/2012) |
| 08/22/2012 | 178 | CONSENT JUDGMENT granting 168 MOTION for Entry of Stipulated Permanent Injunction, Consent Judgment and Dismissal with Prejudice *(MB Sales)* filed by Lexmark International, Inc. Signed by Judge Michael R. Barrett on 8/22/12. (ba1) (Entered: 08/22/2012) |
| 08/22/2012 | 179 | CONSENT JUDGMENT granting 169 MOTION for Entry of Stipulated Permanent Injunction, Consent Judgment and Dismissal with Prejudice *(Toner Supplies, Inc.)* filed by Lexmark International, Inc. Signed by Judge Michael R. Barrett on 8/22/12. (ba1) (Entered: 08/22/2012) |
| 08/22/2012 | 180 | CONSENT JUDGMENT granting 171 MOTION for Entry of Stipulated Permanent Injunction, Consent Judgment and Dismissal with Prejudice *(Primedia Products)* filed by Lexmark International, Inc. Signed by Judge Michael R. Barrett on 8/22/12. (ba1) (Entered: 08/22/2012) |
| 08/22/2012 | 181 | CONSENT JUDGMENT granting 162 MOTION For Entry of Stipulated Permanent Injunction, Consent Judgment and Dismissal With Prejudice filed by Lexmark International, Inc. Signed by Judge Michael R. Barrett on 8/22/12. (ba1) (Entered: 08/22/2012) |
| 08/24/2012 | 182 | MOTION for Entry of Stipulated Permanent Injunction and Dismissal with Prejudice *(Tri State Distribution, Inc.)* by Plaintiff Lexmark International, Inc.. (Attachments: # 1 Exhibit 1 - Stipulated Permanent Injunction and Dismissal with Prejudice, # 2 Text of Proposed Order) (Loy, Steven) (Entered: 08/24/2012) |
| 08/27/2012 | 183 | MOTION for Entry of Stipulated Permanent Injunction, Consent Judgment and Dismissal with Prejudice *(Marlo Products d/b/a Toner Man)* by Plaintiff Lexmark International, Inc.. (Attachments: # 1 Exhibit 1 - Stipulated Permanent Injunction, Consent Judgment, |

| | | and Dismissal with Prejudice, # 2 Text of Proposed Order) (Loy, Steven) (Entered: 08/27/2012) |
|---|---|---|
| 08/28/2012 | 184 | CONSENT JUDGMENT granting 172 MOTION for Entry of Stipulated Permanent Injunction, Consent Judgment and Dismissal with Prejudice *(U.S. Print & Toner d/b/a National Copy Cartridge)* filed by Lexmark International, Inc. Signed by Judge Michael R. Barrett on 8/27/12. (ba1) (Entered: 08/28/2012) |
| 08/28/2012 | 185 | CONSENT JUDGMENT granting 173 MOTION for Entry of Stipulated Permanent Injunction, Consent Judgment and Dismissal with Prejudice *(Wal Group LLC)* filed by Lexmark International, Inc. Signed by Judge Michael R. Barrett on 8/27/12. (ba1) (Entered: 08/28/2012) |
| 08/30/2012 | | Minute Entry for proceedings held before Judge Michael R. Barrett: Status Conference held on 8/30/2012; Steven Loy appeared for Plaintiff; David Kern appeared for Defendant Quality Cartridge; Jon Hokanson and Thomas Kidde appeared for Defendant IJSS; parties agree that responses re 126 Motion for Contempt *and Memorandum in Support for IJSS to be Held in Contempt for Violation of this Court's Permanent Injunction Order* are due by 9/24/2012; reply deadline will be set following depositions; parties to initiate contact with the Court to set that deadline. (ba1) (Entered: 08/30/2012) |
| 08/30/2012 | 186 | NOTICE by Plaintiff Lexmark International, Inc. re 126 Motion for Contempt *and Memorandum in Support for IJSS to be Held in Contempt for Violation of this Court's Permanent Injunction Order (of Filing Corrected Declaration of Andrew Gardner)* (Attachments: # 1 Corrected Declaration of Andrew Gardner) (Loy, Steven) (Entered: 08/30/2012) |
| 08/31/2012 | 187 | MOTION for Entry of Stipulated Permanent Injunction, Consent Judgment and Dismissal with Prejudice *(QSP Technologies, LLC)* by Plaintiff Lexmark International, Inc.. (Attachments: # 1 Exhibit 1 - Stipulated Permanent Injunction, Consent Judgment, and Dismissal with Prejudice, # 2 Text of Proposed Order) (Loy, Steven) (Entered: 08/31/2012) |
| 09/04/2012 | 188 | CONSENT JUDGMENT granting 183 MOTION for Entry of Stipulated Permanent Injunction, Consent Judgment and Dismissal with Prejudice *(Marlo Products d/b/a Toner Man)* filed by Lexmark International, Inc. Signed by Judge Michael R. Barrett on 9/4/12. (ba1) (Entered: 09/04/2012) |
| 09/04/2012 | 189 | CONSENT JUDGMENT granting 182 MOTION for Entry of Stipulated Permanent Injunction and Dismissal with Prejudice *(Tri State Distribution, Inc.)* filed by Lexmark International, Inc. Signed by Judge Michael R. Barrett on 9/4/12. (ba1) (Entered: 09/04/2012) |
| 09/04/2012 | 190 | MOTION for Entry of Stipulated Permanent Injunction, Consent Judgment and Dismissal with Prejudice *(Tech Optics)* by Plaintiff Lexmark International, Inc.. (Attachments: # 1 Exhibit 1 - Stipulated |

| | | |
|---|---|---|
| | | Permanent Injunction, Consent Judgment, and Dismissal with Prejudice, # 2 Text of Proposed Order) (Loy, Steven) (Entered: 09/04/2012) |
| 09/10/2012 | 191 | MOTION for Entry of Stipulated Permanent Injunction, Consent Judgment and Dismissal with Prejudice *(Optimum Value Inc.)* by Plaintiff Lexmark International, Inc.. (Attachments: # 1 Exhibit 1 - Stipulated Permanent Injunction, Consent Judgment, and Dismissal with Prejudice, # 2 Text of Proposed Order) (Loy, Steven) (Entered: 09/10/2012) |
| 09/12/2012 | 192 | MOTION for Entry of Stipulated Permanent Injunction, Consent Judgment and Dismissal with Prejudice *(Magnified Imaging Solutions, Inc.)* by Plaintiff Lexmark International, Inc.. (Attachments: # 1 Exhibit 1 - Stipulated Permanent Injunction, Consent Judgment, and Dismissal with Prejudice, # 2 Text of Proposed Order) (Loy, Steven) (Entered: 09/12/2012) |
| 09/12/2012 | 193 | MOTION for Entry of Stipulated Permanent Injunction, Consent Judgment and Dismissal with Prejudice *(Printing Technology, Inc.)* by Plaintiff Lexmark International, Inc.. (Attachments: # 1 Exhibit 1 - Stipulated Permanent Injunction, Consent Judgment, and Dismissal with Prejudice, # 2 Text of Proposed Order) (Loy, Steven) (Entered: 09/12/2012) |
| 09/13/2012 | 194 | CONSENT JUDGMENT granting 187 MOTION for Entry of Stipulated Permanent Injunction, Consent Judgment and Dismissal with Prejudice *(QSP Technologies, LLC)* filed by Lexmark International, Inc. Signed by Judge Michael R. Barrett on 9/13/12. (ba1) (Entered: 09/13/2012) |
| 09/13/2012 | 195 | CONSENT JUDGMENT granting 190 MOTION for Entry of Stipulated Permanent Injunction, Consent Judgment and Dismissal with Prejudice *(Tech Optics)* filed by Lexmark International, Inc.. Signed by Judge Michael R. Barrett on 9/13/12. (ba1) (Entered: 09/13/2012) |
| 09/13/2012 | 196 | CONSENT JUDGMENT granting 174 Joint MOTION for Entry of Stipulated Permanent Injunction, Consent Judgment and Dismissal with Prejudice filed by OutOfToner.com, Lexmark International, Inc. Signed by Judge Michael R. Barrett on 9/13/12. (ba1) (Entered: 09/13/2012) |
| 09/18/2012 | 197 | MOTION for Extension of Time to File Response/Reply as to 126 Motion for Contempt *and Memorandum in Support for IJSS to be Held in Contempt for Violation of this Court's Permanent Injunction Order* New date requested 11/26/2012. by Defendant IJSS Inc.. (Attachments: # 1 Exhibit Correspondence) (Kern, David) (Entered: 09/18/2012) |
| 09/19/2012 | 198 | RESPONSE in Opposition re 197 MOTION for Extension of Time to File Response/Reply as to 126 Motion for Contempt *and Memorandum in Support for IJSS to be Held in Contempt for* |

| | | |
|---|---|---|
| | | *Violation of this Court's Permanent Injunction Order* New date requested 11/26/2012. < filed by Plaintiff Lexmark International, Inc.. (Loy, Steven) (Entered: 09/19/2012) |
| 09/21/2012 | | NOTICE of Status Conference on Motion re 197 MOTION for Extension of Time to File Response/Reply as to 126 Motion for Contempt *and Memorandum in Support for IJSS to be Held in Contempt for Violation of this Court's Permanent Injunction Order*; Please be aware that a status conference is set for 9/25/2012 at 02:00 PM by teleconference before Judge Michael R. Barrett; parties shall initiate contact with the Court by calling 513-564-7660 five minutes prior to 2:00 pm. (ba1) (Entered: 09/21/2012) |
| 09/25/2012 | 199 | CONSENT JUDGMENT granting 191 MOTION for Entry of Stipulated Permanent Injunction, Consent Judgment and Dismissal with Prejudice *(Optimum Value Inc.)* filed by Lexmark International, Inc. Signed by Judge Michael R. Barrett on 9/25/12. (ba1) (Entered: 09/25/2012) |
| 09/25/2012 | 200 | CONSENT JUDGMENT granting 192 MOTION for Entry of Stipulated Permanent Injunction, Consent Judgment and Dismissal with Prejudice *(Magnified Imaging Solutions, Inc.)* filed by Lexmark International, Inc. Signed by Judge Michael R. Barrett on 9/25/12. (ba1) (Entered: 09/25/2012) |
| 09/25/2012 | 201 | CONSENT JUDGMENT granting 193 MOTION for Entry of Stipulated Permanent Injunction, Consent Judgment and Dismissal with Prejudice *(Printing Technology, Inc.)* filed by Lexmark International, Inc. Signed by Judge Michael R. Barrett on 9/25/12. (ba1) (Entered: 09/25/2012) |
| 09/25/2012 | | Minute Entry for proceedings held before Judge Michael R. Barrett: Status Conference held on 9/25/2012 re 197 Motion for Extension of Time to respond to 126 Motion for Contempt; Jason Shull and Steven Loy appeared for Plaintiff; David Kern, Jon Hokanson and Thomas Kidde appeared for Defendant IJSS; briefing stay on 197 Motion for Extension of Time for the Court to review the filing and set a follow up conference if necessary. (ba1) Modified on 9/26/2012 (ba1) to edit text. (Entered: 09/25/2012) |
| 10/11/2012 | 202 | ORDER granting a 14-day extention re 197 Motion for Extension of Time to File Response/Reply re 126 Motion for Contempt. Signed by Judge Michael R. Barrett on 10/11/12. (ba1) (Entered: 10/11/2012) |
| 10/15/2012 | 203 | MOTION for Leave to Appear Pro Hac Vice of Audra Carol Eidem Heinze (Filing fee $ 200) by Plaintiff Lexmark International, Inc.. (Attachments: # 1 Exhibit 1 - Certificate of Admission to the Bar of Illinois, # 2 Text of Proposed Order) (Barr, P) (Entered: 10/15/2012) |
| 10/18/2012 | | PHV Filing fee re 203 MOTION for Leave to Appear Pro Hac Vice of Audra Carol Eidem Heinze: $ 200, receipt number 100CIN016695 (mee) Modified to clarify docket text and link to |

| | | motion on 10/19/2012 (mtw). (Entered: 10/18/2012) |
|---|---|---|
| 10/25/2012 | 204 | Objection re 186 Notice (Other), *Evidentiary Objections to Corrected Declaration of Andrew Gardner* by Defendant IJSS Inc.. (Attachments: # 1 Exhibit) (Kern, David) (Entered: 10/25/2012) |
| 10/25/2012 | 205 | RESPONSE in Opposition re 126 Motion for Contempt *and Memorandum in Support for IJSS to be Held in Contempt for Violation of this Court's Permanent Injunction Order* filed by Defendant IJSS Inc.. (Attachments: # 1 Affidavit Affidavit of Ilan Douek, # 2 Affidavit Declaration of Thomas S. Kidde, # 3 Affidavit Declaration of Stephen Sherman) (Kern, David) (Entered: 10/25/2012) |
| 10/29/2012 | 206 | ORDER granting 203 Motion for Leave to Appear Pro Hac Vice of Audra Carol Eidem Heinze for Plaintiff. Signed by Judge Michael R. Barrett on 10/26/12. (ba1) (Entered: 10/29/2012) |
| 11/05/2012 | 207 | Unopposed MOTION for Entry of Agreed Order Extending Lexmark's Time to File a Reply in Support of Its Motion for IJSS to Be Held in Contempt for Violation of This Court's Permanent Injunction Order re 126 Motion for Contempt *and Memorandum in Support for IJSS to be Held in Contempt for Violation of this Court's Permanent Injunction Order* by Plaintiff Lexmark International, Inc.. (Attachments: # 1 Text of Proposed Order) (Loy, Steven) (Entered: 11/05/2012) |
| 11/07/2012 | 208 | ORDER granting 207 Motion extending Lexmark's time to file a reply in support of 126 Motion for ISJJ to be held in contempt for violation of this Court's permanent injunction order until Lexmark can conduct necessary depositions. Signed by Judge Michael R. Barrett on 11/7/12. (ba1) (Entered: 11/07/2012) |
| 11/08/2012 | 209 | MOTION for Extension of Time to Serve "John Doe" Defendants. New date requested 2/4/2013 by Plaintiff Lexmark International, Inc. (Attachments: # 1 Text of Proposed Order) (Loy, Steven) Modified to clarify docket text on 11/9/2012 (mee). (Entered: 11/08/2012) |
| 11/27/2012 | 210 | MOTION for Entry of Stipulated Permanent Injunction, Consent Judgment and Dismissal with Prejudice *(Business Express)* by Plaintiff Lexmark International, Inc.. (Attachments: # 1 Exhibit 1 - Stipulated Permanent Injunction, Consent Judgment, and Dismissal with Prejudice, # 2 Text of Proposed Order) (Loy, Steven) (Entered: 11/27/2012) |
| 11/28/2012 | 211 | ORDER granting 209 Motion for Extension of Time: The Court being otherwise sufficiently advised hereby ORDERS that Lexmark's Motion to Extend the Deadline is GRANTED. Lexmark shall have an additional 90 days, through and including February 4, 2013, within which to identify and to serve the "John Doe" Defendants.. Signed by Judge Michael R. Barrett on 11/28/2012. (jlw) (Entered: 11/28/2012) |
| | | |

| | | |
|---|---|---|
| 12/03/2012 | 212 | CONSENT JUDGMENT granting 210 MOTION for Entry of Stipulated Permanent Injunction, Consent Judgment and Dismissal with Prejudice *(Business Express)* filed by Lexmark International, Inc... Signed by Judge Michael R. Barrett on 12/3/12. (ba1) (Entered: 12/03/2012) |
| 12/10/2012 | 213 | MOTION for Entry of Stipulated Permanent Injunction, Consent Judgment and Dismissal with Prejudice *(Fanelli Boys, Inc.)* by Plaintiff Lexmark International, Inc.. (Attachments: # 1 Exhibit 1 - Stipulated Permanent Injunction, Consent Judgment, and Dismissal with Prejudice, # 2 Text of Proposed Order) (Loy, Steven) (Entered: 12/10/2012) |
| 12/20/2012 | 214 | CONSENT JUDGMENT granting 213 MOTION for Entry of Stipulated Permanent Injunction, Consent Judgment and Dismissal with Prejudice *(Fanelli Boys, Inc.)* filed by Lexmark International, Inc. Signed by Judge Michael R. Barrett on 12/19/12. (ba1) (Entered: 12/20/2012) |
| 12/20/2012 | 215 | Motion for Contempt *(for Ink Technologies to Be Held in Contempt for Violation of This Court's Permanent Injunction Order)* by Plaintiff Lexmark International, Inc.. (Attachments: # 1 Memorandum in Support, # 2 Exhibit A - Stipulated Permanent Injunction, Consent Judgment, and Dismissal With Prejudice, # 3 Exhibit B - Joint Motion for Entry of Stipulated Permanent Injunction, Consent Judgment and Dismissal With Prejudice, # 4 Exhibit C - Declaration of Gardner, # 5 Exhibit D - Declaration of Reinholtz, Part. 1, # 6 Exhibit D - Declaration of Reinholtz, Part 2, # 7 Exhibit D - Declaration of Reinholtz, Part 3, # 8 Exhibit D - Declaration of Reinholtz, Part 4, # 9 Exhibit E - Order 26, # 10 Text of Proposed Order) (Loy, Steven) (Entered: 12/20/2012) |
| 01/04/2013 | 216 | Unopposed MOTION for Extension of Time to File Response/Reply as to 215 Motion for Contempt *(for Ink Technologies to Be Held in Contempt for Violation of This Court's Permanent Injunction Order)* New date requested 2/4/2013. by Defendant Ink Technologies Printer Supplies, LLC. (Attachments: # 1 Text of Proposed Order) (Shough, David) (Entered: 01/04/2013) |
| 01/11/2013 | 217 | NOTICE by Defendant IJSS Inc. re 205 Response in Opposition to Motion, *Notice of Filing of Declaration of Dennis Stover* (Attachments: # 1 Exhibit Declaration of Dennis Stover) (Kern, David) (Entered: 01/11/2013) |
| 01/22/2013 | 218 | MOTION for Extension of Time New date requested 5/6/2013. *to Extend the Deadline to Serve "John Doe" Defendants* by Plaintiff Lexmark International, Inc.. (Attachments: # 1 Text of Proposed Order) (Loy, Steven) (Entered: 01/22/2013) |
| 01/23/2013 | 219 | ORDER granting 216 Motion for Extension of Time to File Response/Reply re 215 Motion for Contempt *(for Ink Technologies to Be Held in Contempt for Violation of This Court's Permanent* |

| | | | |
|---|---|---|---|
| | | | *Injunction Order)* ; Responses due by 2/4/2013. Signed by Judge Michael R. Barrett on 1/22/13. (ba1) (Entered: 01/23/2013) |
| 01/31/2013 | | 220 | ORDER granting 218 Motion for Extension of Time to Serve John Doe Defendants until 5/6/13. Signed by Judge Michael R. Barrett on 1/31/13. (ba1) (Entered: 01/31/2013) |
| 01/31/2013 | | 221 | Second MOTION for Extension of Time to File Response/Reply as to 215 Motion for Contempt *(for Ink Technologies to Be Held in Contempt for Violation of This Court's Permanent Injunction Order)* New date requested 2/11/2013. by Defendant Ink Technologies Printer Supplies, LLC. (Attachments: # 1 Text of Proposed Order) (Shough, David) (Entered: 01/31/2013) |
| 02/11/2013 | | 222 | Third MOTION for Extension of Time to File Response/Reply as to 215 Motion for Contempt *(for Ink Technologies to Be Held in Contempt for Violation of This Court's Permanent Injunction Order)* New date requested 2/19/2013. by Defendant Ink Technologies Printer Supplies, LLC. (Attachments: # 1 Text of Proposed Order) (Shough, David) (Entered: 02/11/2013) |
| 02/12/2013 | | 223 | ORDER granting 222 Motion for Extension of Time to File Response/Reply re 215 Motion for Contempt *(for Ink Technologies to Be Held in Contempt for Violation of This Court's Permanent Injunction Order)*; Responses due by 2/19/2013. Signed by Judge Michael R. Barrett on 2/12/13. (ba1) (Entered: 02/12/2013) |
| 02/26/2013 | | 224 | Joint MOTION for Entry of Stipulated Entry Granting Motion for Contempt re 215 Motion for Contempt *(for Ink Technologies to Be Held in Contempt for Violation of This Court's Permanent Injunction Order)* by Defendant Ink Technologies Printer Supplies, LLC, Plaintiff Lexmark International, Inc.. (Attachments: # 1 Stipulated Entry Granting Motion for Contempt) (Loy, Steven) (Entered: 02/26/2013) |
| 02/28/2013 | | 225 | REPLY to Response to Motion re 126 Motion for Contempt *and Memorandum in Support for IJSS to be Held in Contempt for Violation of this Court's Permanent Injunction Order* filed by Plaintiff Lexmark International, Inc.. (Attachments: # 1 Exhibit A - Reinholtz Transcript, # 2 Exhibit B - Sherman Transcript, # 3 Exhibit C - Order 26, # 4 Exhibit D - Douek Transcript, # 5 Exhibit E - Filed under seal pursuant to protective order, # 6 Exhibit F - Filed under seal pursuant to protective order, # 7 Exhibit G - Filed under seal pursuant to protective order, # 8 Exhibit H - Photographs of IJSS 13 and IJSS 17, # 9 Exhibit I - Second Declaration of Andrew Gardner) (Loy, Steven) (Entered: 02/28/2013) |
| 03/04/2013 | | 227 | STIPULATED ENTRY granting 215 Motion for Contempt. Signed by Judge Michael R. Barrett on 3/1/13. (ba1) (Entered: 03/04/2013) |
| 03/22/2013 | 🔒 | 228 | MOTION for Leave to File *Surreply in Opposition to Lexmark's Motion for Contempt* by Defendant IJSS Inc.. (Attachments: # 1 Exhibit Proposed Sur-Reply of IJSS, Inc., # 2 Affidavit Declaration |

| | | |
|---|---|---|
| | | of Thomas S. Kidde, # 3 Affidavit Declaration of Stephen Sherman) (Kern, David) (Additional attachment(s) added on 3/25/2013: # 4 Notice, # 5 Exhibit A to the Declaration of Thomas S. Kidde) (tt). (Entered: 03/22/2013) |
| 03/26/2013 | 229 | RESPONSE in Opposition re 228 MOTION for Leave to File *Surreply in Opposition to Lexmark's 126 Motion for Contempt for Violation of This Court's Permanent Injunction Order* filed by Plaintiff Lexmark International, Inc.. (Attachments: # 1 Exhibit A - Ninestar Petition, # 2 Exhibit B - Supreme Court Denial of Petition) (Loy, Steven) Modified on 4/18/2013 (ba1) to add link to original motion. (Entered: 03/26/2013) |
| 03/28/2013 | 230 | ORDER finding as moot 135 Motion for Extension of Time to File Response/Reply. Signed by Judge Michael R. Barrett on 3/28/13. (ba1) (Entered: 03/28/2013) |
| 03/29/2013 | | NOTICE of Status Conference re 126 Motion for Contempt *and Memorandum in Support for IJSS to be Held in Contempt for Violation of this Court's Permanent Injunction Order*; Please be aware that a Status Conference is set for 4/17/2013 at 10:00 AM by teleconference before Judge Michael R. Barrett; parties shall initiate contact with the Court by calling 513-564-7660 five minutes prior to 10:00 am (ba1) (Entered: 03/29/2013) |
| 04/05/2013 | 231 | ORDER granting 228 Motion for Leave to File Sur-reply re 126 Motion for Contempt; sur-reply due 7 days of the entry of this Order; parties are reminded the of the status conference set 4/17/13 at 10:00 am. Signed by Judge Michael R. Barrett on 4/4/13. (ba1) (Entered: 04/05/2013) |
| 04/17/2013 | | Minute Entry for proceedings held before Judge Michael R. Barrett: Status Conference held on 4/17/2013; Timothy Meece, Jason Shull, Steven Loy and Bryan Medlock appeared for Plaintiff; David Kern, Thomas Kidde and Jon Hokanson appeared for IJSS; the Court will follow up with the parties regarding an evidentiary hearing to be set 6/17-19/2013 and as to technology in the courtroom; Parties are notified that they are responsible for separately filing the sur-reply to their motion for contempt as attached to 228 Motion for Leave. (ba1) Modified on 4/18/2013 (ba1) to edit text and regenerate NEF. (Entered: 04/17/2013) |
| 04/18/2013 | 232 | Supplemental Memorandum Opposing re 126 Motion for Contempt *and Memorandum in Support for IJSS to be Held in Contempt for Violation of this Court's Permanent Injunction Order*, 228 MOTION for Leave to File *Surreply in Opposition to Lexmark's Motion for Contempt Sur-Reply* filed by Defendant IJSS Inc.. (Attachments: # 1 Affidavit Declaration of Thomas S. Kidde, # 2 Affidavit Supplemental Declaration of Stephen Sherman) (Kern, David) (Entered: 04/18/2013) |
| 04/19/2013 | | NOTICE of Hearing on Motion re 126 Motion for Contempt *and* |

| | | |
|---|---|---|
| | | *Memorandum in Support for IJSS to be Held in Contempt for Violation of this Court's Permanent Injunction Order*; Please be aware that an Evidentiary Hearing is set for 6/17/2013-6/19/2013 beginning at 09:30 AM in Courtroom 109 - Cincinnati before Judge Michael R. Barrett. (ba1) (Entered: 04/19/2013) |
| 04/22/2013 | 233 | AMENDED COMPLAINT *(First)* for Patent Infringement against Direct Billing International Incorporated, IJSS Inc., Blue Trading LLC, Core Servicios Informaticos S.I., ECOI US Supplies, Inc., Eco Service China Ltd., Enviro Green Technologies, Exprint International, Inc., FBA Holding, Inc., Fuller International Corporation, Green Imaging Supplies, Inc., Green Project, Inc., Impression Products, Inc., Interseroh Product Cycle GmbH, K & W International Development, Inc., LD Products, Inc., N & L Global Co., NGS S.A., Onlinetechstores.com, Inc., Prinko Image Co. (USA), Printronic Corporation, Recyca BVBA, Refiltoner, Shanghai Orink Infotech International Co., Ltd., Standard Image USA, Inc., Tech Optics, Inc., Tesen Development (Hong Kong) Co. Ltd., Wal Group LLC, XSE Group, Inc., Zhuhai Richeng Development Co., Ltd., MBC Trading, Inc., filed by Lexmark International, Inc.. (Attachments: # 1 Exhibit 1 - 9/27/11 Final Determination, # 2 Exhibit 2 - General Exclusion Order, # 3 Exhibit 3 - Laser Printer Models Chart, # 4 Exhibit 4 - '032 Patent, # 5 Exhibit 5 - '169 Patent, # 6 Exhibit 6 - '231 Patent, # 7 Exhibit 7 - '233 Patent, # 8 Exhibit 8 - '661 Patent, # 9 Exhibit 9 - '432 Patent, # 10 Exhibit 10 - '378 Patent, # 11 Exhibit 11 - '772 Patent, # 12 Exhibit 12 - '291 Patent, # 13 Exhibit 13 - '771 Patent, # 14 Exhibit 14 - '015 Patent, # 15 Exhibit 15 - '876 Patent, # 16 Exhibit 16 - '383 Patent, # 17 Exhibit 17 - '662 Patent, # 18 Exhibit 18 - '489 Patent, # 19 Exhibit 19 - '692 Patent, # 20 Exhibit 20 - '031 Patent, # 21 Exhibit 21 - '792 Patent, # 22 Exhibit 22 - '510 Patent, # 23 Exhibit 23 - '760 Patent, # 24 Exhibit 24 - '204 Patent) (Loy, Steven) (Entered: 04/22/2013) |
| 04/23/2013 | 234 | NOTICE by Plaintiff Lexmark International, Inc. *of Service of Requests to "John Doe" Defendants to Waive Service of a Summons, Pursuant to Fed. R. Civ. P. 4(d)* (Loy, Steven) (Entered: 04/23/2013) |
| 05/01/2013 | 235 | NOTICE of Appearance by Glenn Dean Bellamy for Defendant Blue Trading LLC (Bellamy, Glenn) (Entered: 05/01/2013) |
| 05/01/2013 | 236 | Corporate Disclosure Statement by Defendant Blue Trading LLC. (Bellamy, Glenn) (Entered: 05/01/2013) |
| 05/01/2013 | 237 | MOTION for Leave to Appear Pro Hac Vice of Andre A. Gibson (Filing fee $ 200, receipt number 0648-4086552) by Defendant Blue Trading LLC. (Attachments: # 1 Certificate of Good Standing, # 2 Text of Proposed Order) (Bellamy, Glenn) (Entered: 05/01/2013) |
| 05/02/2013 | 238 | MOTION for Extension of Time New date requested 9/13/2013. *(of the Deadline to Serve Defendants)* by Plaintiff Lexmark International, Inc.. (Attachments: # 1 Text of Proposed Order) (Loy, Steven) (Entered: 05/02/2013) |

| 05/02/2013 | 239 | WAIVER OF SERVICE Returned Executed. Waiver sent to Blue Trading LLC on 4/26/2013, answer due 6/25/2013. (Loy, Steven) (Entered: 05/02/2013) |
| 05/02/2013 | 240 | WAIVER OF SERVICE Returned Executed. Waiver sent to FBA Holding, Inc. on 4/23/2013, answer due 6/24/2013. (Loy, Steven) (Entered: 05/02/2013) |
| 05/06/2013 | 241 | ORDER granting 237 Motion for Leave to Appear Pro Hac Vice of Andre A. Gibson for Defendant Blue Trading, LLC. Signed by Judge Michael R. Barrett on 5/3/13. (ba1) (Entered: 05/06/2013) |
| 05/06/2013 | 242 | MOTION to Strike *Lexmark's First Amended Complaint* by Defendant IJSS Inc.. (Kern, David) (Entered: 05/06/2013) |
| 05/10/2013 | 243 | ORDER granting 238 Motion for Extension of Time to Serve Defendants through and including 9/3/13. Signed by Judge Michael R. Barrett on 5/9/13. (ba1) (Entered: 05/10/2013) |
| 05/13/2013 | 244 | WAIVER OF SERVICE Returned Executed. Waiver sent to Green Project, Inc. on 4/23/2013, answer due 6/24/2013. (Loy, Steven) (Entered: 05/13/2013) |
| 05/13/2013 | 245 | WAIVER OF SERVICE Returned Executed. Waiver sent to Wal Group LLC on 4/23/2013, answer due 6/24/2013. (Loy, Steven) (Entered: 05/13/2013) |
| 05/14/2013 | 246 | RESPONSE in Opposition re 242 MOTION to Strike *Lexmark's First Amended Complaint* filed by Plaintiff Lexmark International, Inc.. (Attachments: # 1 Text of Proposed Order) (Loy, Steven) (Entered: 05/14/2013) |
| 05/14/2013 | 247 | MOTION for Leave to Amend the Complaint by Plaintiff Lexmark International, Inc.. (Attachments: # 1 Text of Proposed Order) (Loy, Steven) (Entered: 05/14/2013) |
| 05/23/2013 | 248 | Unopposed MOTION for Leave to File Excess Pages by Defendant Blue Trading LLC. (Attachments: # 1 Text of Proposed Order) (Gibson, Andre) (Entered: 05/23/2013) |
| 05/23/2013 | 249 | WAIVER OF SERVICE Returned Executed. Waiver sent to XSE Group, Inc. on 4/23/2013, answer due 6/24/2013. (Eidem Heinze, Audra) (Entered: 05/23/2013) |
| 05/23/2013 | 250 | NOTICE of Voluntary Dismissal by Plaintiff Lexmark International, Inc. (Loy, Steven) (Entered: 05/23/2013) |
| 05/23/2013 | 251 | WAIVER OF SERVICE Returned Executed. Waiver sent to Printronic Corporation on 4/23/2013, answer due 6/24/2013. (Eidem Heinze, Audra) (Entered: 05/23/2013) |
| 05/28/2013 | 252 | ORDER granting 248 Motion for Leave to File Excess Pages. Signed by Judge Michael R. Barrett on 5/24/13. (ba1) (Entered: 05/28/2013) |

| 05/28/2013 | 253 | WAIVER OF SERVICE Returned Executed. Waiver sent to Fuller International Corporation on 4/23/2013, answer due 6/24/2013. (Eidem Heinze, Audra) (Entered: 05/28/2013) |
| --- | --- | --- |
| 05/28/2013 | 254 | WAIVER OF SERVICE Returned Executed. Waiver sent to LD Products, Inc. on 4/23/2013, answer due 6/24/2013. (Eidem Heinze, Audra) (Entered: 05/28/2013) |
| 05/28/2013 | 255 | WAIVER OF SERVICE Returned Executed. Waiver sent to Prinko Image Co. (USA) on 4/23/2013, answer due 6/24/2013. (Eidem Heinze, Audra) (Entered: 05/28/2013) |
| 05/28/2013 | 256 | REPLY to Response to Motion re 242 MOTION to Strike *Lexmark's First Amended Complaint* filed by Defendant IJSS Inc.. (Schmidt, Stephen) (Entered: 05/28/2013) |
| 05/28/2013 | 257 | RESPONSE in Opposition re 247 MOTION for Leave to Amend the Complaint filed by Defendant IJSS Inc.. (Schmidt, Stephen) (Entered: 05/28/2013) |
| 05/29/2013 | 258 | WAIVER OF SERVICE Returned Executed. Waiver sent to Standard Image USA, Inc. on 4/23/2013, answer due 6/24/2013. (Eidem Heinze, Audra) (Entered: 05/29/2013) |
| 05/31/2013 | 259 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM , MOTION to Dismiss for Lack of Jurisdiction ( Responses due by 6/24/2013), MOTION to Change Venue by Defendant Blue Trading LLC. (Attachments: # 1 Exhibit 1 - Declaration of Alfredo Alvarado, # 2 Exhibit 2 - Invoices of Sales - North Canton, # 3 Exhibit 3 - Invoices of Sales - Mansfield, # 4 Exhibit Declaration of Mike Detrow, # 5 Exhibit 5 - 2012 Patent Litigation Efficiency Study, # 6 Exhibit 6 - Copy of Pages from Blue Trading's Website) (Gibson, Andre) (Entered: 05/31/2013) |
| 06/04/2013 | 260 | REPLY to Response to Motion re 247 MOTION for Leave to Amend the Complaint filed by Plaintiff Lexmark International, Inc.. (Loy, Steven) (Entered: 06/04/2013) |
| 06/06/2013 | 261 | WAIVER OF SERVICE Returned Executed. Waiver sent to Direct Billing International Incorporated on 4/23/2013, answer due 6/24/2013. (Eidem Heinze, Audra) (Entered: 06/06/2013) |
| 06/06/2013 | 262 | WAIVER OF SERVICE Returned Executed. Waiver sent to Onlinetechstores.com, Inc. on 5/6/2013, answer due 7/5/2013. (Eidem Heinze, Audra) (Entered: 06/06/2013) |
| 06/11/2013 | 263 | Unopposed MOTION for Extension of Time New date requested 7/8/2013. *to Respond to Defendant Blue Trading's Motion to Dismiss* by Plaintiff Lexmark International, Inc.. (Attachments: # 1 Text of Proposed Order) (Eidem Heinze, Audra) (Entered: 06/11/2013) |
| 06/11/2013 | 264 | MOTION for Permanent Injunction , *Consent Judgment, and Dismissal with Prejudice* by Plaintiff Lexmark International, Inc.. Responses due by 7/5/2013 (Attachments: # 1 Exhibit 1 - Stipulated |

| | | |
|---|---|---|
| | | Permanent Injunction, Consent Judgment, and Dismissal with Prejudice, # 2 Text of Proposed Order) (Eidem Heinze, Audra) (Entered: 06/11/2013) |
| 06/11/2013 | 265 | MOTION for Permanent Injunction *, Consent Judgment, and Dismissal with Prejudice* by Plaintiff Lexmark International, Inc.. Responses due by 7/5/2013 (Attachments: # 1 Exhibit 1 - Stipulated Permanent Injunction, Consent Judgment, and Dismissal with Prejudice, # 2 Text of Proposed Order) (Eidem Heinze, Audra) (Entered: 06/11/2013) |
| 06/14/2013 | 267 | NOTICE by Plaintiff Lexmark International, Inc. re 259 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM MOTION to Dismiss for Lack of Jurisdiction MOTION to Change Venue *(Notice of Authority)* (Attachments: # 1 Exhibit A - Order Granting Motion to Transfer) (Loy, Steven) (Entered: 06/14/2013) |
| 06/14/2013 | 269 | NOTICE by Defendant IJSS Inc. *of Filing Depositions Under Seal* (Schmidt, Stephen) (Entered: 06/14/2013) |
| 06/17/2013 | 270 | NOTICE by Plaintiff Lexmark International, Inc. *of Filing Depositions Under Seal* (Loy, Steven) (Entered: 06/17/2013) |
| 06/17/2013 | 271 | Exhibit List *(Hearing)* by Defendant IJSS Inc., Plaintiff Lexmark International, Inc... (Loy, Steven) (Entered: 06/17/2013) |
| 06/17/2013 | 278 | Joint MOTION for Extension of Time New date requested 8/21/2013. *to Respond to Complaint for Patent Infringement* by Defendant LD Products, Inc., Plaintiff Lexmark International, Inc.. (Attachments: # 1 Text of Proposed Order) (Loy, Steven) (Entered: 06/17/2013) |
| 06/17/2013 | 279 | Minute Entry for proceedings held before Judge Michael R. Barrett: Motion Hearing held on 6/17/2013 re 126 Motion for Contempt filed by Lexmark International, Inc; Counsel present; arguments/witness testimony; parties to provide the Court with an entry. (Court Reporter Maryann Maffia, Official.) (ba1) (Entered: 06/17/2013) |
| 06/19/2013 | 280 | STIPULATED PERMANENT INJUNCTION, CONSENT JUDGMENT AND DISMISSAL WITH PREJUDICE granting 264 MOTION for Permanent Injunction *, Consent Judgment, and Dismissal with Prejudice* filed by Lexmark International, Inc. Signed by Judge Michael R. Barrett on 6/18/13. (ba1) (Entered: 06/19/2013) |
| 06/19/2013 | 281 | STIPULATED PERMANENT INJUNCTION, CONSENT JUDGMENT, AND DISMISSAL WITH PREJUDICE granting 265 MOTION for Permanent Injunction *, Consent Judgment, and Dismissal with Prejudice* filed by Lexmark International, Inc. Signed by Judge Michael R. Barrett on 6/18/13. (ba1) (Entered: 06/19/2013) |
| 06/19/2013 | 282 | ORDER granting 263 Motion for Extension of Time to file a response re 259 Motion to Dismiss filed by Defendant Blue Trading up to and including 7/8/13. Signed by Judge Michael R. Barrett on |

| | | |
|---|---|---|
| | | 6/18/13. (ba1) (Entered: 06/19/2013) |
| 06/19/2013 | 283 | Joint MOTION Entry of Stipulated Order for Contempt re 126 Motion for Contempt *and Memorandum in Support for IJSS to be Held in Contempt for Violation of this Court's Permanent Injunction Order* by Defendant IJSS Inc., Plaintiff Lexmark International, Inc.. (Attachments: # 1 Exhibit Stipulated Order for Contempt) (Shull, Jason) (Entered: 06/19/2013) |
| 06/19/2013 | 284 | Joint MOTION Entry of Stipulated Permanent Injunction, Consent Judgment, and Dismissal with Prejudice by Defendant IJSS Inc., Plaintiff Lexmark International, Inc.. (Attachments: # 1 Exhibit Stipulated Permanent Injunction, Consent Judgment, and Dismissal With Prejudice) (Shull, Jason) (Entered: 06/19/2013) |
| 06/20/2013 | 285 | Response re 267 Notice (Other), by Defendant Blue Trading LLC. (Gibson, Andre) (Entered: 06/20/2013) |
| 06/21/2013 | 286 | WAIVER OF SERVICE Returned Executed. Waiver sent to N & L Global Co. on 4/23/2013, answer due 6/24/2013. (Eidem Heinze, Audra) (Entered: 06/21/2013) |
| 06/21/2013 | 287 | ORDER granting 278 Joint MOTION for Extension of Time to Answer 233 Amended Complaint filed by Lexmark International, Inc. against LD Products, Inc.; answer due 8/21/2013. Signed by Judge Michael R. Barrett on 6/21/13. (ba1) (Entered: 06/21/2013) |
| 06/21/2013 | 288 | Joint MOTION for Extension of Time New date requested 8/23/2013. *(to Respond to Complaint for Patent Infringement)* by Plaintiff Lexmark International, Inc., Defendant XSE Group, Inc.. (Attachments: # 1 Text of Proposed Order) (Loy, Steven) (Entered: 06/21/2013) |
| 06/24/2013 | 289 | ANSWER to 233 Amended Complaint COUNTERCLAIM against Lexmark International, Inc. filed by Green Project, Inc.. (Foley, Michael) Modified to clarify docket text on 6/25/2013 (jlw). (Entered: 06/24/2013) |
| 06/24/2013 | 290 | Corporate Disclosure Statement by Defendant Green Project, Inc.. (Foley, Michael) (Entered: 06/24/2013) |
| 06/24/2013 | 291 | Corporate Disclosure Statement by Defendant Wal Group LLC. (Foley, Michael) (Entered: 06/24/2013) |
| 06/24/2013 | 292 | MOTION to Sever *and Transfer* by Defendant Green Project, Inc.. (Attachments: # 1 Affidavit Declaration of Joseph Wu in Support of Green Project's Motion to Sever and Transfer, # 2 Text of Proposed Order Granting Green Project's Motion to Sever and Transfer) (Foley, Michael) (Entered: 06/24/2013) |
| 06/24/2013 | 293 | Joint MOTION for Extension of Time New date requested 7/24/2013. *(to Respond to Complaint for Patent Infringement)* by Plaintiff Lexmark International, Inc., Defendant N & L Global Co.. (Attachments: # 1 Text of Proposed Order) (Loy, Steven) (Entered: |

| | | 06/24/2013) |
|---|---|---|
| 06/24/2013 | 294 | ANSWER to 233 Amended Complaint COUNTERCLAIM against Lexmark International, Inc. filed by Wal Group LLC. (Foley, Michael) Modified to clarify docket text on 6/25/2013 (jlw). (Entered: 06/24/2013) |
| 06/24/2013 | 295 | ANSWER to 233 Amended Complaint filed by FBA Holding, Inc.. (Liles, James) Modified to clarify docket text on 6/25/2013 (jlw). (Entered: 06/24/2013) |
| 06/25/2013 | 296 | STIPULATION ORDER FOR CONTEMPT granting 283 Joint Motion for Stipulation. Signed by Judge Michael R. Barrett on 6/25/13. (ba1) (Entered: 06/25/2013) |
| 06/25/2013 | 297 | STIPULATED PERMANENT INJUNCTION, CONSENT JUDGMENT, AND DISMISSAL WITH PREJUDICE granting 284 Joint MOTION Entry of Stipulated Permanent Injunction, Consent Judgment, and Dismissal with Prejudice filed by IJSS Inc. and Lexmark International, Inc.; IJSS Inc. terminated. Signed by Judge Michael R. Barrett on 6/25/13. (ba1) (Entered: 06/25/2013) |
| 06/26/2013 | 298 | MOTION for Permanent Injunction *, Consent Judgment, and Dismissal with Prejudice* by Plaintiff Lexmark International, Inc.. Responses due by 7/22/2013 (Attachments: # 1 Exhibit 1 - Stipulated Permanent Injunction, Consent Judgment, and Dismissal with Prejudice) (Eidem Heinze, Audra) (Entered: 06/26/2013) |
| 06/28/2013 | 299 | MOTION to Consolidate Cases *1:10-cv-564 and 1:13-cv-410* by Plaintiff Lexmark International, Inc.. (Attachments: # 1 Text of Proposed Order) (Eidem Heinze, Audra) (Entered: 06/28/2013) |
| 07/01/2013 | 300 | ORDER granting 293 Joint MOTION for Extension of Time New date requested 7/24/2013. *(to Respond to Complaint; Answer by N & L Global Co. due 7/24/13. Signed by Judge Michael R. Barrett on 7/1/13. (ba1) (Entered: 07/01/2013)* |
| 07/01/2013 | 301 | ORDER finding as moot 242 Motion to Strike ; granting 247 Motion to file Amended Complaint. Signed by Judge Michael R. Barrett on 7/1/13. (ba1) (Entered: 07/01/2013) |
| 07/01/2013 | 302 | ORDER finding as moot 221 Motion for Extension of Time to File Response/Reply. Signed by Judge Michael R. Barrett on 7/1/13. (ba1) (Entered: 07/01/2013) |
| 07/01/2013 | 303 | ORDER granting 288 Joint MOTION for Extension of Time to Respond to Complaint for Patent Infringement filed by Lexmark International, Inc.; XSE Group, Inc. answer due 8/23/2013. Signed by Judge Michael R. Barrett on 7/1/13. (ba1) (Entered: 07/01/2013) |
| 07/01/2013 | 304 | STIPULATED PERMANENT INJUNCTION, CONSENT JUDGMENT, AND DISMISSAL WITH PREJUDICE granting 298 MOTION for Permanent Injunction *, Consent Judgment, and Dismissal with Prejudice* filed by Lexmark International, Inc against |

| | | Fuller International Corporation. Signed by Judge Michael R. Barrett on 7/1/13. (ba1) (Entered: 07/01/2013) |
|---|---|---|
| 07/01/2013 | 305 | ORDER finding as moot and overruled re 204 Objection (non motion) filed by IJSS Inc. Signed by Judge Michael R. Barrett on 7/1/13. (ba1) (Entered: 07/01/2013) |
| 07/03/2013 | 306 | Joint MOTION for Extension of Time New date requested 8/5/2013. *to Respond to First Amended Complaint* by Plaintiff Lexmark International, Inc., Defendant Onlinetechstores.com, Inc.. (Attachments: # 1 Text of Proposed Order) (Eidem Heinze, Audra) (Entered: 07/03/2013) |
| 07/03/2013 | 307 | Summons Issued as to ECOI US Supplies, Inc., Exprint International, Inc., Impression Products, Inc., MBC Trading, Inc., and Tech Optics, Inc.. (tt) . Modified on 7/3/2013 - PDF corrected and reattached. NEF Regenerated for viewing purposes (tt). (Entered: 07/03/2013) |
| 07/08/2013 | 308 | RESPONSE in Opposition re 299 MOTION to Consolidate Cases *1:10-cv-564 and 1:13-cv-410* filed by Defendant Blue Trading LLC. (Gibson, Andre) (Entered: 07/08/2013) |
| 07/08/2013 | 309 | RESPONSE in Opposition re 259 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM MOTION to Dismiss for Lack of Jurisdiction MOTION to Change Venue filed by Plaintiff Lexmark International, Inc.. (Attachments: # 1 Exhibit A - Petition for a Writ of Certiorari, # 2 Exhibit B - Declaration of Audra C. Eidem Heinze, # 3 Exhibit C - Declaration of Leslie Raynor, # 4 Text of Proposed Order) (Eidem Heinze, Audra) (Entered: 07/08/2013) |
| 07/13/2013 | 310 | MOTION to Sever *and Transfer* by Defendant FBA Holding, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8) (Liles, James) (Entered: 07/13/2013) |
| 07/15/2013 | 311 | MOTION for Leave to Appear Pro Hac Vice of Thomas Tak-Wah Chan (Filing fee $ 200, receipt number 0648-4180096) by Defendants Green Project, Inc., Wal Group LLC, Counter Claimants Green Project, Inc., Wal Group LLC. (Attachments: # 1 Exhibit 1 Certificate of Good Standing for Thomas Tak-Wah Chan, # 2 Text of Proposed Order Proposed Order Granting Motion for Admission Pro Hac Vice of Thomas Tak-Wah Chan) (Foley, Michael) (Entered: 07/15/2013) |
| 07/15/2013 | 312 | MOTION for Leave to Appear Pro Hac Vice of Lena Nadine Bacani (Filing fee $ 200, receipt number 0648-4180165) by Defendants Green Project, Inc., Wal Group LLC, Counter Claimants Green Project, Inc., Wal Group LLC. (Attachments: # 1 Exhibit 1 Certificate of Good Standing for Lena Nadine Bacani, # 2 Text of Proposed Order Proposed Order Granting Motion for Admission Pro Hac Vice of Lena Nadine Bacani) (Foley, Michael) (Entered: 07/15/2013) |

| 07/16/2013 | | Notice of Correction re: 312 MOTION for Leave to Appear Pro Hac Vice of Lena Nadine Bacani 311 MOTION for Leave to Appear Pro Hac Vice of Thomas Tak-Wah Chan. Counsel was directed to file the appropriate Certificate of Good Standing. (jlw) (Entered: 07/16/2013) |
| 07/17/2013 | 313 | Unopposed MOTION for Extension of Time to File Response/Reply as to 309 Response in Opposition to Motion, New date requested 8/5/2013. by Defendant Blue Trading LLC. (Attachments: # 1 Text of Proposed Order) (Gibson, Andre) (Entered: 07/17/2013) |
| 07/17/2013 | 314 | Joint MOTION for Extension of Time to File Answer re 233 Amended Complaint,,,,,,, New date requested 8/23/2013. by Plaintiff Lexmark International, Inc., Defendant N & L Global Co.. (Attachments: # 1 Text of Proposed Order) (Eidem Heinze, Audra) (Entered: 07/17/2013) |
| 07/17/2013 | 315 | SUMMONS Returned Executed as to Defendant MBC Trading, Inc.. MBC Trading, Inc. served on 7/9/2013, answer due 7/30/2013. (Eidem Heinze, Audra) (Entered: 07/17/2013) |
| 07/17/2013 | 316 | SUMMONS Returned Executed as to Defendant Impression Products, Inc.. Impression Products, Inc. served on 7/10/2013, answer due 7/31/2013. (Eidem Heinze, Audra) (Entered: 07/17/2013) |
| 07/17/2013 | 317 | ORDER granting 306 Joint MOTION for Extension of Time to Respond to First Amended Complaint filed against Onlinetechstores.com, Inc. by Lexmark International, Inc.; Onlinetechstores.com, Inc. answer due 8/5/2013. Signed by Judge Michael R. Barrett on 7/17/13. (ba1) (Entered: 07/17/2013) |
| 07/18/2013 | 318 | Reply re 289 Answer to Amended Complaint, Counterclaim *of Green Project, Inc.* by Plaintiff Lexmark International, Inc.. (Eidem Heinze, Audra) (Entered: 07/18/2013) |
| 07/18/2013 | 319 | Reply re 294 Answer to Amended Complaint, Counterclaim *of Wal Group LLC* by Plaintiff Lexmark International, Inc.. (Eidem Heinze, Audra) (Entered: 07/18/2013) |
| 07/18/2013 | 320 | RESPONSE in Opposition re 292 MOTION to Sever *and Transfer by Green Project, Inc.* filed by Plaintiff Lexmark International, Inc.. (Attachments: # 1 Declaration of Brent Lambert, # 2 Declaration of Audra C. Eidem Heinze, # 3 Ex A - Excerpts from Deposition of Stephen Sherman, # 4 Text of Proposed Order) (Eidem Heinze, Audra) (Entered: 07/18/2013) |
| 07/19/2013 | 321 | MOTION for Order to *Authorize Alternative Service of Foriegn Defendants* by Plaintiff Lexmark International, Inc.. (Attachments: # 1 Text of Proposed Order) (Eidem Heinze, Audra) (Entered: 07/19/2013) |
| 07/19/2013 | 322 | BRIEF re 321 MOTION for Order to *Authorize Alternative Service* |

| | | |
|---|---|---|
| | | *of Foriegn Defendants* by Plaintiff Lexmark International, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14) (Eidem Heinze, Audra) (Entered: 07/19/2013) |
| 07/22/2013 | 323 | NOTICE of Appearance by Crystal L Maluchnik for Defendant Impression Products, Inc. (Maluchnik, Crystal) (Entered: 07/22/2013) |
| 07/22/2013 | 324 | MOTION for Leave to Appear Pro Hac Vice of Edward F. O'Connor (Filing fee $ 200, receipt number 0648-4190123) by Defendant Impression Products, Inc.. (Attachments: # 1 Text of Proposed Order) (Maluchnik, Crystal) (Entered: 07/22/2013) |
| 07/22/2013 | 325 | SUMMONS Returned Executed as to Defendant ECOI US Supplies, Inc.. ECOI US Supplies, Inc. served on 7/9/2013, answer due 7/30/2013. (Eidem Heinze, Audra) (Entered: 07/22/2013) |
| 07/23/2013 | 326 | Transcript of Proceedings (Hearing on Motion for Contempt) held on 6/17/13, before Judge Michael R. Barrett. Court Reporter/Transcriber Maryann Maffia (Official), Telephone number 513-564-7500. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. <br><br> NOTICE RE: REDACTION OF TRANSCRIPTS: Within 5 business days of this filing, each party shall inform the Court, by filing a Notice of Redaction, of the party's intent to redact personal data identifiers from the electronic transcript of the court proceeding. The policy is located on our website at www.ohsd.uscourts.gov (Forms - Electronic Availability of Transcripts). Please read this policy carefully. <br><br> For a complete copy of a transcript, please contact the Court Reporter or the Clerk's Office. Redaction Request due 8/13/2013. Redacted Transcript Deadline set for 8/23/2013. Release of Transcript Restriction set for 10/21/2013. (lk) (Entered: 07/23/2013) |
| 07/24/2013 | 327 | ORDER granting 314 Motion for Extension of Time to Answer re 314 Joint MOTION for Extension of Time to File Answer re 233 Amended Complaint; N & L Global Co. answer due 8/23/2013. Signed by Judge Michael R. Barrett on 7/24/13. (ba1) (Entered: 07/24/2013) |
| 07/24/2013 | 328 | ORDER granting 313 Motion for Extension of Time to File Response/Reply re 259 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM MOTION to Dismiss for Lack of Jurisdiction MOTION to Change Venue ; Replies due by 8/5/2013. Signed by Judge Michael R. Barrett on 7/24/13. (ba1) (Entered: 07/24/2013) |

| 07/24/2013 | 329 | MOTION for Entry of Clerk's Default of Prinko Imaging Co. (USA), Inc. by Plaintiff Lexmark International, Inc.. (Attachments: # 1 Declaration of Jason S. Shull, # 2 Proposed Entry of Default) (Eidem Heinze, Audra) (Entered: 07/24/2013) |
|---|---|---|
| 07/25/2013 | 330 | Clerk's ENTRY OF DEFAULT as to Defendant Prinko Image Co. (USA) (ba1) (Entered: 07/25/2013) |
| 07/25/2013 | 331 | REPLY to Response to Motion re 299 MOTION to Consolidate Cases *1:10-cv-564 and 1:13-cv-410* filed by Plaintiff Lexmark International, Inc.. (Loy, Steven) (Entered: 07/25/2013) |
| 07/26/2013 | 332 | MOTION for Extension of Time New date requested 8/15/2013. *for Defendant, MBC Trading, Inc. to Respond to the First Amended Complaint* by Plaintiff Lexmark International, Inc.. (Attachments: # 1 Text of Proposed Order) (Eidem Heinze, Audra) (Entered: 07/26/2013) |
| 07/26/2013 | 333 | MOTION *for Entry of Clerk's Default of Direct Billing International Incorporated* by Plaintiff Lexmark International, Inc.. (Attachments: # 1 Declaration of Jason S. Shull, # 2 Proposed Entry of Default) (Eidem Heinze, Audra) (Entered: 07/26/2013) |
| 07/29/2013 | 334 | SUMMONS Returned Executed as to Defendant Tech Optics, Inc.. Tech Optics, Inc. served on 7/12/2013, answer due 8/2/2013. (Eidem Heinze, Audra) (Entered: 07/29/2013) |
| 07/30/2013 | 335 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Defendant Impression Products, Inc.. (Carr, George) (Entered: 07/30/2013) |
| 07/30/2013 | 336 | NOTICE by Defendant Wal Group LLC, Counter Claimant Wal Group LLC re 311 MOTION for Leave to Appear Pro Hac Vice of Thomas Tak-Wah Chan (Filing fee $ 200, receipt number 0648-4180096) (Attachments: # 1 Exhibit Certificate of Good Standing from the Supreme Court of California) (Foley, Michael) (Entered: 07/30/2013) |
| 07/30/2013 | 337 | NOTICE by Defendant Green Project, Inc., Counter Claimant Green Project, Inc. re 311 MOTION for Leave to Appear Pro Hac Vice of Thomas Tak-Wah Chan (Filing fee $ 200, receipt number 0648-4180096) (Attachments: # 1 Exhibit Certificate of Good Standing from the Supreme Court of California) (Foley, Michael) (Entered: 07/30/2013) |
| 07/30/2013 | 338 | NOTICE by Defendant Wal Group LLC, Counter Claimant Wal Group LLC re 312 MOTION for Leave to Appear Pro Hac Vice of Lena Nadine Bacani (Filing fee $ 200, receipt number 0648-4180165) (Attachments: # 1 Exhibit Certificate of Good Standing from the Supreme Court of California) (Foley, Michael) (Entered: 07/30/2013) |
| 07/30/2013 | 339 | NOTICE by Defendant Green Project, Inc., Counter Claimant Green |

| | | |
|---|---|---|
| | | Project, Inc. re 312 MOTION for Leave to Appear Pro Hac Vice of Lena Nadine Bacani (Filing fee $ 200, receipt number 0648-4180165) (Attachments: # 1 Exhibit Certificate of Good Standing from the Supreme Court of California) (Foley, Michael) (Entered: 07/30/2013) |
| 07/31/2013 | 340 | Joint MOTION for Extension of Time to File Answer re 233 Amended Complaint,,,,,,, New date requested 9/5/2013. *for Onlinetechstores.com, Inc. d/b/a Supplierswholesalers.com to Answer* by Plaintiff Lexmark International, Inc., Defendant Onlinetechstores.com, Inc. (Attachments: # 1 Text of Proposed Order) (Eidem Heinze, Audra) Modified to include defendant as filer on 8/1/2013 (eh1). (Entered: 07/31/2013) |
| 07/31/2013 | 341 | Joint MOTION for Extension of Time to File Answer re 233 Amended Complaint,,,,,,, New date requested 9/16/2013. *For Tech Optics, Inc. to Respond* by Plaintiff Lexmark International, Inc., Defendant Tech Optics, Inc. (Attachments: # 1 Text of Proposed Order) (Eidem Heinze, Audra) Modified to include defendant as filer on 8/1/2013 (eh1). (Entered: 07/31/2013) |
| 07/31/2013 | 342 | MOTION for Entry of Stipulated Permanent Injunction, Consent Judgment, and Dismissal with Prejudice by Plaintiff Lexmark International, Inc.. (Attachments: # 1 Exhibit 1 - Stipulated Permanent Injunction, Consent Judgment, and Dismissal with Prejudice between Lexmark and Optimus) (Shull, Jason) (Entered: 07/31/2013) |
| 07/31/2013 | 343 | MOTION for Entry of Stipulated Permanent Injunction, Consent Judgment, and Dismissal with Prejudice by Plaintiff Lexmark International, Inc.. (Attachments: # 1 Exhibit 1 - Stipulated Permanent Injunction, Consent Judgment, and Dismissal with Prejudice between Lexmark and Printronic, # 2 Exhibit 2 - Final Judgment and Dismissal) (Shull, Jason) (Entered: 07/31/2013) |
| 08/01/2013 | 344 | REPLY to Response to Motion re 292 MOTION to Sever *and Transfer* filed by Defendant Green Project, Inc., Counter Claimant Green Project, Inc.. (Attachments: # 1 Exhibit Norman IP v Lexmakr) (Foley, Michael) (Entered: 08/01/2013) |
| 08/01/2013 | 345 | ORDER granting 324 Motion for Leave to Appear Pro Hac Vice of Edward F. O'Connor for Defendant Impression Products, Inc.. Signed by Judge Michael R. Barrett on 8/1/13. (ba1) (Entered: 08/01/2013) |
| 08/01/2013 | 346 | ORDER granting 311 Motion for Leave to Appear Pro Hac Vice of Thomas Tak-Wah Chan for Defendants. Signed by Judge Michael R. Barrett on 8/1/13. (ba1) (Entered: 08/01/2013) |
| 08/01/2013 | 347 | ORDER granting 312 Motion for Leave to Appear Pro Hac Vice of Lena Nadine Bacani for Defendants Wal Group, LLC and Green Project, Inc.. Signed by Judge Michael R. Barrett on 8/1/13. (ba1) (Entered: 08/01/2013) |

| 08/02/2013 | 348 | ORDER granting 340 Motion for Extension of Time to Answer re 233 Amended Complaint; Onlinetechstores.com, Inc. answer due 9/5/2013. Signed by Judge Michael R. Barrett on 8/2/13. (ba1) (Entered: 08/02/2013) |
|---|---|---|
| 08/02/2013 | 349 | ORDER granting 341 Motion for Extension of Time to Answer re 233 Amended Complaint; Tech Optics, Inc. answer due 9/16/2013. Signed by Judge Michael R. Barrett on 8/2/13. (ba1) (Entered: 08/02/2013) |
| 08/02/2013 | 350 | STIPULATED PERMANENT INJUNCTION, CONSENT JUDGMENT, AND DISMISSAL WITH PREJUDICE granting 342 MOTION for Entry of Stipulated Permanent Injunction, Consent Judgment, and Dismissal with Prejudice filed by Lexmark International, Inc and Optimus Graphics Corporation. Signed by Judge Michael R. Barrett on 8/2/13. (ba1) (Entered: 08/02/2013) |
| 08/02/2013 | 351 | STIPULATED PERMANENT INJUNCTION as to Printronic Corporation. Signed by Judge Michael R. Barrett on 8/2/13. (ba1) (Entered: 08/02/2013) |
| 08/02/2013 | 352 | FINAL JUDGMENT AND DISMISSAL WITH PREJUDICE as to Printronic Corporation. Signed by Judge Michael R. Barrett on 8/2/13. (ba1) (Entered: 08/02/2013) |
| 08/05/2013 | 353 | MOTION for Entry of Stipulated Permanent Injunction, Final Judgment and Dismissal by Plaintiff Lexmark International, Inc.. (Attachments: # 1 Exhibit 1 - Stipulated Permanent Injunction - ECOI US Supplies, # 2 Exhibit 2 - Final Judgment and Dismissal - ECOI US Supplies) (Shull, Jason) (Entered: 08/05/2013) |
| 08/05/2013 | 354 | REPLY to Response to Motion re 259 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM MOTION to Dismiss for Lack of Jurisdiction MOTION to Change Venue filed by Defendant Blue Trading LLC. (Attachments: # 1 Exhibit 1 - Respondent ITC Brief - Ninestar v. ITC, # 2 Exhibit 2 - Second Declaration of Alfredo Alvarado, # 3 Exhibit 3 - Declaration of Steven Tirrell) (Gibson, Andre) (Entered: 08/05/2013) |
| 08/06/2013 | 355 | ORDER granting 332 MOTION for Extension of Time for Defendant MBC Trading, Inc. to Respond to 233 First Amended Complaint filed by Lexmark International, Inc.; MBC Trading, Inc. answer due 8/15/2013. Signed by Judge Michael R. Barrett on 8/6/13. (ba1) (Entered: 08/06/2013) |
| 08/06/2013 | 356 | MOTION for Entry of Stipulated Permanent Injunction, Final Judgment and Dismissal by Plaintiff Lexmark International, Inc.. (Attachments: # 1 Exhibit 1 - Stipulated Permanent Injunction - XSE Group, # 2 Exhibit 2 - Final Judgment - XSE Group) (Shull, Jason) (Entered: 08/06/2013) |
| 08/07/2013 | 357 | RESPONSE in Opposition re 310 MOTION to Sever *and Transfer by FBA Holding, Inc.* filed by Plaintiff Lexmark International, Inc.. |

| | | |
|---|---|---|
| | | (Attachments: # 1 Exhibit A - Declaration of Audra Eidem Heinze, # 2 Exhibit B - Declaration of Timothy Meece, # 3 Exhibit C - Declaration of Tony Diab, # 4 Exhibit D - Excerpt from Gardner Transcript, # 5 Text of Proposed Order) (Eidem Heinze, Audra) (Entered: 08/07/2013) |
| 08/13/2013 | 358 | FINAL JUDGMENT AND DISMISSAL WITH PREJUDICE OF ECOI re 353 MOTION for Entry of Stipulated Permanent Injunction, Final Judgment and Dismissal. Signed by Judge Michael R. Barrett on 8/10/13. (ba1) (Entered: 08/13/2013) |
| 08/13/2013 | 359 | STIPULATED PERMANENT INJUNCTION RE 353 MOTION for Entry of Stipulated Permanent Injunction, Final Judgment and Dismissal permanent junction. Signed by Judge Michael R. Barrett on 8/10/13. (ba1) (Entered: 08/13/2013) |
| 08/15/2013 | 360 | FINAL JUDGMENT AND DISMISSAL WITH PREJUDICE re 356 MOTION for Entry of Stipulated Permanent Injunction, Final Judgment and Dismissal filed by Lexmark International, Inc. XSE Group, Inc. terminated. Signed by Judge Michael R. Barrett on 8/10/13. (ba1) (Entered: 08/15/2013) |
| 08/15/2013 | 361 | STIPULATED PERMANENT INJUNCTION re 356 MOTION for Entry of Stipulated Permanent Injunction, Final Judgment and Dismissal filed by Lexmark International, Inc. Signed by Judge Michael R. Barrett on 8/10/13. (ba1) (Entered: 08/15/2013) |
| 08/19/2013 | 362 | Joint MOTION for Extension of Time to File Answer re 233 Amended Complaint,,,,,,, New date requested 9/20/2013. *For LD Products, Inc. to Respond* by Plaintiff Lexmark International, Inc.. (Attachments: # 1 Text of Proposed Order) (Eidem Heinze, Audra) (Entered: 08/19/2013) |
| 08/21/2013 | 363 | ORDER granting in part and denying in part 321 Motion for Order to Serve Foreign Defendants. Signed by Judge Michael R. Barrett on 8/20/13. (ba1) (Entered: 08/21/2013) |
| 08/22/2013 | 364 | NOTICE of Appearance by David Graham Kern for Defendant N & L Global Co. (Kern, David) (Entered: 08/22/2013) |
| 08/22/2013 | 365 | Corporate Disclosure Statement by Defendant N & L Global Co.. (Kern, David) (Entered: 08/22/2013) |
| 08/22/2013 | 366 | ANSWER to 233 Amended Complaint,,,,,,, , COUNTERCLAIM against Lexmark International, Inc. filed by N & L Global Co.. (Kern, David) (Entered: 08/22/2013) |
| 08/22/2013 | 367 | RESPONSE to Motion re 335 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by Plaintiff Lexmark International, Inc.. (Attachments: # 1 Exhibit A - Supplemental Brief for Petitioners) (Eidem Heinze, Audra) (Entered: 08/22/2013) |
| 08/23/2013 | 368 | REPLY to Response to Motion re 335 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by Defendant Impression |

| | | Products, Inc.. (O'Connor, Edward) (Entered: 08/23/2013) |
|---|---|---|
| 08/26/2013 | 369 | ORDER granting 362 Joint MOTION for Extension of Time to File for LD Products to Answer re 233 Amended Complaint filed by Lexmark International, Inc; LD Products, Inc. answer due 9/20/2013. Signed by Judge Michael R. Barrett on 8/23/13. (ba1) (Entered: 08/26/2013) |
| 08/26/2013 | 370 | REPLY to Response to Motion re 310 MOTION to Sever *and Transfer* filed by Defendant FBA Holding, Inc.. (Attachments: # 1 Exhibit A) (Liles, James) (Entered: 08/26/2013) |
| 08/26/2013 | 371 | Summons Issued as to Core Servicios Informaticos S.I., Recyca BVBA. (lk) (Entered: 08/26/2013) |
| 08/27/2013 | 372 | Supplemental Memorandum Supporting re 310 MOTION to Sever *and Transfer* filed by Defendant FBA Holding, Inc.. (Attachments: # 1 Supplement with Previous Reference Exhibit) (Liles, James) (Entered: 08/27/2013) |
| 08/28/2013 | 373 | Summons Issued as to Green Cartridge Company, NGS S.A., Refiltoner. (eh1) (Entered: 08/28/2013) |
| 08/28/2013 | 374 | Clerk's CERTIFICATE of Mailing re 233 AMENDED COMPLAINT (First) and 373 Summons Issued. (eh1) (Entered: 08/28/2013) |
| 08/28/2013 | 375 | Clerk's ENTRY OF DEFAULT as to Direct Billing International Incorporated d/b/a Office Supply Outfitters. (ba1) (Entered: 08/28/2013) |
| 08/30/2013 | 376 | MOTION for Extension of Time New date requested 12/2/2013. *of the Deadline to Serve Foreign Defendants* by Plaintiff Lexmark International, Inc.. (Attachments: # 1 Text of Proposed Order) (Eidem Heinze, Audra) (Entered: 08/30/2013) |
| 08/30/2013 | 377 | MOTION for Order to *Authorize Alternative Service of Foriegn Defendants (Renewed)* by Plaintiff Lexmark International, Inc.. (Attachments: # 1 Exhibit A- Wahlstrom Declaration, # 2 Exhibit B-Hanson Declaration, # 3 Exhibit C- Franz Declaration, # 4 Exhibit D- D&B Report, # 5 Exhibit E- California SOS records, # 6 Exhibit F- Richeng website capture, # 7 Exhibit G- China 2008 Hague Responses, # 8 Exhibit H- ITC Order, # 9 Text of Proposed Order) (Eidem Heinze, Audra) (Entered: 08/30/2013) |
| 09/03/2013 | 378 | MOTION for Leave to File *Sur-Reply to Motion to Dismiss of Defendant Impression Products, Inc.* by Plaintiff Lexmark International, Inc.. (Attachments: # 1 Exhibit A - Proposed Sur-Reply) (Eidem Heinze, Audra) (Entered: 09/03/2013) |
| 09/03/2013 | 379 | RESPONSE in Opposition re 378 MOTION for Leave to File *Sur-Reply to Motion to Dismiss of Defendant Impression Products, Inc.* filed by Defendant Impression Products, Inc.. (O'Connor, Edward) (Entered: 09/03/2013) |

| 09/04/2013 | 380 | Clerk's AMENDED CERTIFICATE of Mailing (FedEx) re 233 AMENDED COMPLAINT (First) and 373 Summons Issued. (eh1) (Entered: 09/04/2013) |
| 09/04/2013 | 381 | MOTION for Entry of Stipulated Preliminary Injunction executed by Defendant N&L Global Co. by Plaintiff Lexmark International, Inc.. (Attachments: # 1 Exhibit 1 - Stipulated Preliminary Injunction) (Eidem Heinze, Audra) (Entered: 09/04/2013) |
| 09/05/2013 | 382 | MOTION for Leave to Appear Pro Hac Vice of Sang N. Dang (Filing fee $ 200) by Defendant N & L Global Co.. (Attachments: # 1 Exhibit Certificate of Good Standing) (Kern, David) (Entered: 09/05/2013) |
| 09/05/2013 | 383 | NOTICE of Appearance by David Graham Kern for Defendant Onlinetechstores.com, Inc. (Kern, David) (Entered: 09/05/2013) |
| 09/05/2013 | 384 | Corporate Disclosure Statement by Defendant Onlinetechstores.com, Inc.. (Kern, David) (Entered: 09/05/2013) |
| 09/05/2013 | 385 | ANSWER to 233 Amended Complaint,,,,,,, , COUNTERCLAIM against Lexmark International, Inc. filed by Onlinetechstores.com, Inc.. (Kern, David) (Entered: 09/05/2013) |
| 09/05/2013 | 386 | MOTION for Leave to Appear Pro Hac Vice of Sang N. Dang, Andrew B. Chen, Saeid Mirsafian (Filing fee $ 600) by Defendant Onlinetechstores.com, Inc.. (Attachments: # 1 Exhibit Dang Certificate of Good Standing, # 2 Exhibit Chen Certificate of Good Standing, # 3 Exhibit Mirsafian Certificate of Good Standing) (Kern, David) (Additional attachment(s) added on 9/5/2013: # 4 Filing Fee Receipt) (eh1). (Entered: 09/05/2013) |
| 09/05/2013 | | Filing fee: $ 600.00, receipt number 100CIN019818 re 386 MOTION for Leave to Appear Pro Hac Vice of Sang N. Dang, Andrew B. Chen, Saeid Mirsafian. (eh1) (Entered: 09/05/2013) |
| 09/05/2013 | 387 | STIPLUATED PRELIMINARY INJUCTION (N&L Global Co. d/b/a N&L Global Corporation) signed by Judge Michael R. Barrett on 9/5/13. (eh) (Entered: 09/05/2013) |
| 09/05/2013 | | Notice of Correction re: 387 Stipulated Preliminary Injunction; N&L Global have entered into a stipulated preliminary injunction and are therefore not terminated. (ba1) (Entered: 10/01/2013) |
| 09/06/2013 | | Notice of Correction re: 383 Notice of Appearance This document was filed without a certificate of service. Counsel was notified to file one under Notice other and link it back to document 383 . (jlw) (Entered: 09/06/2013) |
| 09/11/2013 | 388 | NOTICE by Defendant Onlinetechstores.com, Inc. re 383 Notice of Appearance *Certificate of Service to Notice of Appearance* (Kern, David) (Entered: 09/11/2013) |
| 09/11/2013 | 389 | ORDER granting 377 Plaintiff Lexmark International, Inc.'s |

| | | |
|---|---|---|
| | | Renewed Motion and Memorandum in Support for Permission to Serve the Foreign Defendants Through Alternative Means Pursuant to Fed. R. Civ. P. 4(f)(3). Signed by Judge Michael R. Barrett on 9/11/13. (lk) (Entered: 09/11/2013) |
| 09/11/2013 | 390 | ORDER granting 376 Motion for Extension of Time. Plaintiff shall have up to and including December 2, 2013 to serve the First Amended Complaint. Signed by Judge Michael R. Barrett on 9/11/13. (lk) (Entered: 09/11/2013) |
| 09/13/2013 | 391 | Reply re 366 Answer to Amended Complaint, Counterclaim *of Defendant N & L Global Co.* by Plaintiff Lexmark International, Inc.. (Shull, Jason) (Entered: 09/13/2013) |
| 09/13/2013 | 392 | SUMMONS Returned Executed as to Defendants Green Cartridge Company served on 9/9/2013, answer due 9/30/2013; NGS S.A. served on 9/9/2013, answer due 9/30/2013; Refiltoner served on 9/11/2013, answer due 10/2/2013. (eh1) (Entered: 09/13/2013) |
| 09/13/2013 | 393 | Joint MOTION for Extension of Time New date requested 10/18/2013. *for Defendant LD Products to Respond to First Amended Complaint* by Plaintiff Lexmark International, Inc.. (Attachments: # 1 Text of Proposed Order) (Eidem Heinze, Audra) (Entered: 09/13/2013) |
| 09/16/2013 | 394 | Summons Issued as to Eco Service China Ltd., Interseroh Product Cycle GmbH, Shanghai Orink Infotech International Co., Ltd., and Zhuhai Richeng Development Co., Ltd.. (tt) (Entered: 09/16/2013) |
| 09/16/2013 | 395 | Second MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Defendant Impression Products, Inc.. (O'Connor, Edward) (Entered: 09/16/2013) |
| 09/16/2013 | 396 | MOTION for Entry of Order of Contempt, Stipulated Permanent Injunction, Final Judgment and Dismissal with Prejudice by Plaintiff Lexmark International, Inc.. (Attachments: # 1 Stipulated Order of Contempt between Lexmark and Wal Group, LLC, # 2 Stipulated Permanent Injunction between Lexmark and Wal Group, LLC, # 3 Final Judgment and Dismissal with Prejudice) (Shull, Jason) (Entered: 09/16/2013) |
| 09/16/2013 | 397 | MOTION for Entry of Stipulated Permanent Injunction and Final Judgment and Dismissal with Prejudice by Plaintiff Lexmark International, Inc.. (Attachments: # 1 Stipulated Permanent Injunction between Lexmark and Standard Image USA, Inc. d/b/a Imaging Standard, Inc., # 2 Final Judgment and Dismissal with Prejudice) (Shull, Jason) (Entered: 09/16/2013) |
| 09/16/2013 | 398 | MOTION for Extension of Time to File Answer re 233 Amended Complaint,,,,,,, New date requested 11/15/2013. by Defendant Tech Optics, Inc.. (Kern, David) (Entered: 09/16/2013) |
| 09/17/2013 | 399 | NOTICE by Defendant Onlinetechstores.com, Inc. re 386 MOTION |

| | | |
|---|---|---|
| | | for Leave to Appear Pro Hac Vice of Sang N. Dang, Andrew B. Chen, Saeid Mirsafian (Filing fee $ 600), 382 MOTION for Leave to Appear Pro Hac Vice of Sang N. Dang (Filing fee $ 200) (Attachments: # 1 Exhibit Dang Certificate of Good Standing, # 2 Exhibit Mirsafian Certificate of Good Standing, # 3 Exhibit Chen Certificate of Good Standing) (Kern, David) (Entered: 09/17/2013) |
| 09/17/2013 | 400 | SUMMONS Returned Executed as to Defendant Core Servicios Informaticos S.I.. Core Servicios Informaticos S.I. served on 8/30/2013, answer due 9/20/2013. (Loy, Steven) (Entered: 09/17/2013) |
| 09/17/2013 | 401 | SUMMONS Returned Executed as to Defendant Recyca BVBA. Recyca BVBA served on 8/30/2013, answer due 9/20/2013. (Loy, Steven) (Entered: 09/17/2013) |
| 09/17/2013 | 402 | Joint MOTION for Extension of Time to File Response/Reply New date requested 10/15/2013. *to Onlinetechstores Counterclaims* by Plaintiff Lexmark International, Inc., Counter Claimant Onlinetechstores.com, Inc.. (Attachments: # 1 Text of Proposed Order) (Shull, Jason) (Entered: 09/17/2013) |
| 09/19/2013 | 403 | STIPULATION *OF EXTENSION OF TIME TO MOVE OR PLEAD IN RESPONSE TO AMENDED COMPLAINT (233)* by Defendant Core Servicios Informaticos S.I.. (Schuler, Robert) (Entered: 09/19/2013) |
| 09/23/2013 | 404 | STIPULATION - *Amended Stipulation of Extension of Time for Defendant Core Servicios to Move or Plead to the Amended Complaint* by Defendant Core Servicios Informaticos S.I, Plaintiff Lexmark International, Inc. (Schuler, Robert) Modified to include plaintiff as filer on 9/24/2013 (eh1). (Entered: 09/23/2013) |
| 09/26/2013 | 405 | MOTION to Refer the Action to Mediation by Plaintiff Lexmark International, Inc.. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order) (Eidem Heinze, Audra) (Entered: 09/26/2013) |
| 09/27/2013 | 406 | ORDER granting 402 Motion for Extension of Time to File Response/Reply to Counterclaims; Responses due by 10/15/2013. Signed by Judge Michael R. Barrett on 9/26/13. (ba1) (Entered: 09/27/2013) |
| 09/27/2013 | 407 | ORDER granting 393 Motion for Extension of Time for LP Products to response to the 233 First Amended Complaint until 10/18/13. Signed by Judge Michael R. Barrett on 9/26/13. (ba1) (Entered: 09/27/2013) |
| 09/27/2013 | 408 | ORDER granting 224 Joint Motion for Entry of Stipulated Entry Granting Motion to Contempt. Signed by Judge Michael R. Barrett on 9/26/13. (ba1) (Entered: 09/27/2013) |
| 09/27/2013 | 409 | ORDER granting 382 Motion for Leave to Appear Pro Hac Vice of Sang D. Dang; granting 386 Motion for Leave to Appear Pro Hac |

| | | | |
|---|---|---|---|
| | | | Vice of Sang D. Dang, Andrew B. Chen and Saeid Mirsafian. Signed by Judge Michael R. Barrett on 9/26/13. (ba1) (Entered: 09/27/2013) |
| 09/27/2013 | | 410 | FINAL JUDGMENT AND DISMISSAL WITH PREJUDICE as to Wal Group LLC and Wal Group LLC. Signed by Judge Michael R. Barrett on 9/20/13. (ba1) (Entered: 09/27/2013) |
| 09/27/2013 | | 411 | STIPULATED PERMANENT INJUNCTION. Signed by Judge Michael R. Barrett on 9/20/13. (ba1) (Entered: 09/27/2013) |
| 09/27/2013 | | 412 | STIPULATED ORDER OF CONTEMPT. Signed by Judge Michael R. Barrett on 9/27/13. (ba1) (Entered: 09/27/2013) |
| 09/27/2013 | | 413 | ORDER granting 396 MOTION for Entry of Order of Contempt, Stipulated Permanent Injunction, Final Judgment and Dismissal with Prejudice filed by Lexmark International, Inc.. Signed by Judge Michael R. Barrett on 9/27/13. (ba1) (Entered: 09/27/2013) |
| 09/27/2013 | | 414 | ORDER granting 397 Motion for Entry of Stipulated Permanent Injunctiona nd Final Judgment and Dismissal with Prejudice against Standard Image USA, Inc.. Signed by Judge Michael R. Barrett on 9/27/13. (ba1) (Entered: 09/27/2013) |
| 09/27/2013 | | 415 | ORDER granting 398 Motion for Extension of Time to Answer re 233 Amended Complaint; Tech Optics, Inc. answer due 11/15/2013. Signed by Judge Michael R. Barrett on 9/27/13. (ba1) (Entered: 09/27/2013) |
| 09/27/2013 | | 416 | FINAL JUDGMENT AND DISMISSAL WITH PREJUDICE as to Standard Image USA, Inc.. Signed by Judge Michael R. Barrett on 9/27/13. (ba1) (Entered: 09/27/2013) |
| 09/27/2013 | | 417 | STIPULATED PERMANENT INJUNCTION. Signed by Judge Michael R. Barrett on 9/27/13. (ba1) (Entered: 09/27/2013) |
| 09/27/2013 | | 418 | RESPONSE in Opposition re 405 MOTION to Refer the Action to Mediation filed by Defendant Impression Products, Inc.. (O'Connor, Edward) (Entered: 09/27/2013) |
| 09/30/2013 | 🔒 | 419 | MOTION for Default Judgment against Prinko Image Co. (USA), Inc. by Plaintiff Lexmark International, Inc.. Responses due by 10/24/2013 (Attachments: # 1 Memorandum in Support, # 2 Exhibit A - Email from Prinko, # 3 Exhibit B - Declaration of Andrew Gardner, # 4 Exhibit C - Declaration of Breseman (filed under seal), # 5 Exhibit D - Declaration of Shull, # 6 Exhibit E - Order Granting Lexmark's Motion for Judgment by Default) (Loy, Steven) (Entered: 09/30/2013) |
| 09/30/2013 | | 420 | SUMMONS Returned Executed as to Defendant Eco Service China Ltd.. Eco Service China Ltd. served on 9/18/2013, answer due 10/9/2013. (Loy, Steven) (Entered: 09/30/2013) |
| 09/30/2013 | | 421 | SUMMONS Returned Executed as to Defendant Interseroh Product Cycle GmbH. Interseroh Product Cycle GmbH served on 9/18/2013, |

| | | | |
|---|---|---|---|
| | | | answer due 10/9/2013. (Loy, Steven) (Entered: 09/30/2013) |
| 09/30/2013 | | 422 | SUMMONS Returned Executed as to Defendant Shanghai Orink Infotech International Co., Ltd.. Shanghai Orink Infotech International Co., Ltd. served on 9/18/2013, answer due 10/9/2013. (Loy, Steven) (Entered: 09/30/2013) |
| 09/30/2013 | | 423 | SUMMONS Returned Executed as to Defendant Zhuhai Richeng Development Co., Ltd.. Zhuhai Richeng Development Co., Ltd. served on 9/18/2013, answer due 10/9/2013. (Loy, Steven) (Entered: 09/30/2013) |
| 10/02/2013 | 🔒 | 425 | Motion for Contempt *against Direct Billing for Violation of This Court's Permanent Injunction Order*, MOTION for Default Judgment against Direct Billing ( Responses due by 10/28/2013) by Plaintiff Lexmark International, Inc.. (Attachments: # 1 Memorandum in Support, # 2 Exhibit A - Declaration of Gardner, # 3 Exhibit B - Declaration of Reinholtz, Part 1, # 4 Exhibit B - Declaration of Reinholtz, Part 2, # 5 Exhibit B - Declaration of Reinholtz, Part 3, # 6 Exhibit B - Declaration of Reinholtz, Part 4, # 7 Exhibit B - Declaration of Reinholtz, Part 5, # 8 Exhibit B - Declaration of Reinholtz, Part 6, # 9 Exhibit B - Declaration of Reinholtz, Part 7, # 10 Exhibit C - Declaration of Breseman (filed under seal), # 11 Exhibit D - Declaration of Shull, # 12 Exhibit E - Order Granting Lexmark's Motions) (Loy, Steven) (Entered: 10/02/2013) |
| 10/03/2013 | | | Notice of Correction re: Due to filing error and at the request of counsel, Ex. B to Doc. 419 and Ex. A to Doc. 425 sealed by clerk. These two documents are subject to 117 PROTECTIVE ORDER. (eh1) (Entered: 10/03/2013) |
| 10/09/2013 | | 427 | NOTICE of Appearance by David Graham Kern for Defendant Interseroh Product Cycle GmbH (Kern, David) (Entered: 10/09/2013) |
| 10/09/2013 | | 428 | MOTION for Extension of Time to File Answer New date requested 12/9/2013. by Defendant Interseroh Product Cycle GmbH. (Kern, David) (Entered: 10/09/2013) |
| 10/09/2013 | | 429 | MOTION for Leave to File *Second Amended Complaint to Add Defendants* by Plaintiff Lexmark International, Inc.. (Attachments: # 1 Memorandum in Support, # 2 Exhibit A - Proposed Second Amended Complaint, # 3 Exhibit B - Webpages on Eco Services, # 4 Text of Proposed Order) (Shull, Jason) (Entered: 10/09/2013) |
| 10/10/2013 | | 430 | MOTION to Withdraw as Attorney by Defendant Core Servicios Informaticos S.I.. (Attachments: # 1 Affidavit of Counsel Robert G. Schuler) (Schuler, Robert) (Entered: 10/10/2013) |
| 10/10/2013 | | 431 | RESPONSE in Opposition re 395 Second MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by Plaintiff Lexmark International, Inc.. (Eidem Heinze, Audra) (Entered: 10/10/2013) |

| | | |
|---|---|---|
| 10/11/2013 | 432 | RESPONSE in Opposition re 430 MOTION to Withdraw as Attorney *by Defendant Core Servicios Informaticos S.I.* filed by Plaintiff Lexmark International, Inc.. (Shull, Jason) (Entered: 10/11/2013) |
| 10/11/2013 | 433 | Application to Clerk for entry of default against MBC Trading . (Attachments: # 1 Declaration of Jason S. Shull, # 2 Text of Proposed Default) (Shull, Jason) (Entered: 10/11/2013) |
| 10/11/2013 | 434 | REPLY to Response to Motion re 395 Second MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by Defendant Impression Products, Inc.. (O'Connor, Edward) (Entered: 10/11/2013) |
| 10/14/2013 | 🔒 435 | [FORMER DOC. 435 - PLEASE DISREGARD. FILED IN ERROR] Reply re 385 Answer to Amended Complaint, Counterclaim *of Onlinetechstores.com, Inc.* by Plaintiff Lexmark International, Inc.. (Shull, Jason) Modified docket text and security on 10/15/2013 (eh1). (Entered: 10/14/2013) |
| 10/15/2013 | 436 | Clerk's ENTRY OF DEFAULT as to Defendant MBC Trading, Inc. (ba1) (Entered: 10/15/2013) |
| 10/15/2013 | 437 | ANSWER to 385 Answer to Amended Complaint, Counterclaim *of Onlinetechstores.com, Inc.* filed by Lexmark International, Inc.. (Shull, Jason) (Entered: 10/15/2013) |
| 10/15/2013 | | Notice of Correction re:[FORMER DOC. 435] Reply (non motion) - Please disregard, filed using incorrect event. Counsel properly refiled as 437 Answer to Counterclaim. (eh1) (Entered: 10/15/2013) |
| 10/15/2013 | 438 | MOTION for Entry of Stipulated Permanent Injunction and Consent Judgment by Plaintiff Lexmark International, Inc.. (Attachments: # 1 Exhibit 1 - Stipulated Permanent Injunction and Consent Judgment between Lexmark and Precision Printer) (Shull, Jason) (Entered: 10/15/2013) |
| 10/15/2013 | 439 | Joint MOTION for Extension of Time New date requested 11/26/2013. *for LD Products to Answer* by Plaintiff Lexmark International, Inc.. (Attachments: # 1 Text of Proposed Order) (Eidem Heinze, Audra) (Entered: 10/15/2013) |
| 10/15/2013 | 440 | MOTION for Leave to File *Sur-Reply to Second Motion to Dismiss of Defendant Impression Products* by Plaintiff Lexmark International, Inc.. (Attachments: # 1 Exhibit A - Sur-Reply in Opposition to Impression Products Second Motion to Dismiss, # 2 Text of Proposed Order) (Eidem Heinze, Audra) (Entered: 10/15/2013) |
| 10/15/2013 | 441 | MOTION for Entry of Stipulated Permanent Injunction, Consent Judgment, and Dismissal with Prejudice by Plaintiff Lexmark International, Inc.. (Attachments: # 1 Exhibit 1 - Stipulated Permanent Injunction, Consent Judgment, and Dismissal with |

| | | | |
|---|---|---|---|
| | | | Prejudice between Lexmark and T3 Toner LLC) (Eidem Heinze, Audra) (Entered: 10/15/2013) |
| 10/16/2013 | | 442 | ORDER granting 428 Motion for Extension of Time to Answer re 428 MOTION for Extension of Time to File Answer New date requested 12/9/2013. Interseroh Product Cycle GmbH; answer due 12/9/2013. Signed by Judge Michael R. Barrett on 10/15/13. (ba1) (Entered: 10/16/2013) |
| 10/16/2013 | 🔒 | 443 | NOTICE: Please be aware that a Telephone Status Conference is set for 10/22/2013 at 03:00 PM before Judge Michael R. Barrett regarding 429 Motion for Leave to File Second Amended Complaint to Add Defendants; YOU MUST ACCESS THIS DOCUMENT TO OBTAIN CONFERENCING INFORMATION. PLEASE BE AWARE THAT YOU MUST BE LOGGED INTO CM/ECF THROUGH THE COURT'S WEBSITE (NOT PACER) USING YOUR OWN PASSWORD BEFORE RETRIEVING THIS DOCUMENT THROUGH THE NOTICE OF ELECTRONIC FILING. (ba1) (Entered: 10/16/2013) |
| 10/17/2013 | | 444 | RESPONSE in Opposition re 405 MOTION to Refer the Action to Mediation filed by Defendant Onlinetechstores.com, Inc.. (Kern, David) (Entered: 10/17/2013) |
| 10/17/2013 | | 445 | RESPONSE in Opposition re 405 MOTION to Refer the Action to Mediation filed by Defendant N & L Global Co.. (Kern, David) (Entered: 10/17/2013) |
| 10/21/2013 | | 446 | ORDER granting 439 Motion for Extension of Time to Respond to 233 First Amended Complaint by LD Products until 11/26/13. Signed by Judge Michael R. Barrett on 10/21/13. (ba1) (Entered: 10/21/2013) |
| 10/21/2013 | | | Set Deadlines/Hearings: LD Products, Inc. answer due 11/26/2013. (ba1) (Entered: 10/21/2013) |
| 10/21/2013 | | 447 | ORDER granting 438 Motion for Stipulated Permanent Injunction as to Precision Printer; granting 441 Motion for Stipulated Permanent Injunction as to T3 Toner, LLC. Signed by Judge Michael R. Barrett on 10/21/13. (ba1) (Entered: 10/21/2013) |
| 10/21/2013 | | 448 | STIPULATED PERMANENT INJUNCTION AND CONSENT JUDGMENT AS TO Precision Printer Services. Signed by Judge Michael R. Barrett on 10/21/13. (ba1) (Entered: 10/21/2013) |
| 10/21/2013 | | 449 | STIPULATED PERMANENT INJUNCTION, CONSENT JUDGMENT, AND DISMISSAL WITH PREJUDICE as to T3 Toner, LLC. Signed by Judge Michael R. Barrett on 10/21/13. (ba1) (Entered: 10/21/2013) |
| 10/22/2013 | | 450 | RESPONSE to Motion re 440 MOTION for Leave to File *Sur-Reply to Second Motion to Dismiss of Defendant Impression Products* filed by Defendant Impression Products, Inc.. (O'Connor, Edward) |

| | | |
|---|---|---|
| | | (Entered: 10/22/2013) |
| 10/22/2013 | | Minute Entry for proceedings held before Judge Michael R. Barrett: Status Conference held on 10/22/2013; Jason Shull appeared for Plaintiff; Glenn Bellamy appeared for Dft Blue Trading; Edward O'Connor appeared for Dft Impressions Products; David Kern appeared for Dfts Interseroh Products/Onlinetechstores, Inc., Tech Optics and N&L Global; Order to follow on pending motions. (ba1) (Entered: 10/23/2013) |
| 10/24/2013 | 451 | MOTION for Default Judgment against MBC Trading, Inc. by Plaintiff Lexmark International, Inc.. Responses due by 11/18/2013 (Attachments: # 1 Memorandum in Support, # 2 Exhibit A - MBC Trading Purchase Order, # 3 Exhibit B - Declaration of Gardner (filed under seal), # 4 Exhibit C - Declaration of Breseman (filed under seal), # 5 Exhibit D - Declaration of Shull, # 6 Exhibit E - Proposed Order) (Loy, Steven) (Entered: 10/24/2013) |
| 10/24/2013 | 452 | Application to Clerk for entry of default against Recyca BVBA . (Attachments: # 1 Declaration of Jason S. Shull, # 2 Text of Proposed Default) (Shull, Jason) (Entered: 10/24/2013) |
| 10/24/2013 | 453 | Application to Clerk for entry of default against Eco Service China Ltd. . (Attachments: # 1 Declaration of Jason S. Shull, # 2 Text of Proposed Default) (Shull, Jason) (Entered: 10/24/2013) |
| 10/24/2013 | 454 | Application to Clerk for entry of default against Enviro Green Technologies . (Attachments: # 1 Declaration of Jason S. Shull, # 2 Text of Proposed Default) (Shull, Jason) (Entered: 10/24/2013) |
| 10/24/2013 | 455 | Application to Clerk for entry of default against Zhuhai Richeng Development Co., Ltd. . (Attachments: # 1 Declaration of Jason S. Shull, # 2 Text of Proposed Default) (Shull, Jason) (Entered: 10/24/2013) |
| 10/24/2013 | 456 | Application to Clerk for entry of default against Shanghai Orink InfoTech International Co., Ltd. . (Attachments: # 1 Declaration of Jason S. Shull, # 2 Text of Proposed Default) (Shull, Jason) (Entered: 10/24/2013) |
| 10/24/2013 | 457 | Application to Clerk for entry of default against Refiltoner . (Attachments: # 1 Declaration of Jason S. Shull, # 2 Text of Proposed Default) (Shull, Jason) (Entered: 10/24/2013) |
| 10/24/2013 | 458 | Application to Clerk for entry of default against NGS S.A. . (Attachments: # 1 Declaration of Jason S. Shull, # 2 Text of Proposed Default) (Shull, Jason) (Entered: 10/24/2013) |
| 10/30/2013 | 460 | ORDER granting 430 Motion to Withdraw as Attorney. Attorney Robert G Schuler terminated. Signed by Judge Michael R. Barrett on 10/30/13. (ba1) (Entered: 10/30/2013) |
| 10/30/2013 | 461 | ORDER denying 405 Motion to Refer the Action to Mediation. Signed by Judge Michael R. Barrett on 10/30/13. (ba1) (Entered: |

| | | |
|---|---|---|
| | | 10/30/2013) |
| 10/30/2013 | 462 | ORDER granting 429 Motion for Leave to File 2nd Amended Complaint; 2nd Amended Complaint Attached as Exhibit A shall be filed within 7 days of entry of this Order; Defendant answers to the 1st Amended Complaint are not required to renew upon the filing of the 2nd Amended Complaint and are deemed responsive to the 2nd Amended Complaint. Signed by Judge Michael R. Barrett on 10/30/13. (ba1) (Entered: 10/30/2013) |
| 11/01/2013 | 463 | AMENDED COMPLAINT *(Second) for Patent Infringement* against Blue Trading LLC, Core Servicios Informaticos S.I., Direct Billing International Incorporated, Eco Service China Ltd., Exprint International, Inc., FBA Holding, Inc., Green Cartridge Company, Green Project, Inc., Impression Products, Inc., Interseroh Product Cycle GmbH, LD Products, Inc., MBC Trading, Inc., N & L Global Co., NGS S.A., Onlinetechstores.com, Inc., Prinko Image Co. (USA), Recyca BVBA, Refiltoner, Shanghai Orink Infotech International Co., Ltd., Tech Optics, Inc., Tesen Development (Hong Kong) Co. Ltd., Zhuhai Richeng Development Co., Ltd., Eco Service Sp. z o.o., Hock Group LLC, LTS Consumables, Inc., OW Supplies Corp., Sinotime Technologies, Inc., TonerLand, Zhuhai Aicon Image Co., Ltd., filed by Lexmark International, Inc.. (Attachments: # 1 Exhibit 1 - 9/27/11 Final Determination, # 2 Exhibit 2 - General Exclusion Order, # 3 Exhibit 3 - Laser Printer Models Chart, # 4 Exhibit 4 - '032 Patent, # 5 Exhibit 5 - '169 Patent, # 6 Exhibit 6 - '231 Patent, # 7 Exhibit 7 - '233 Patent, # 8 Exhibit 8 - '661 Patent, # 9 Exhibit 9 - '432 Patent, # 10 Exhibit 10 - '378 Patent, # 11 Exhibit 11 - '772 Patent, # 12 Exhibit 12 - '291 Patent, # 13 Exhibit 13 - '771 Patent, # 14 Exhibit 14 - '015 Patent, # 15 Exhibit 15 - '876 Patent, # 16 Exhibit 16 - '383 Patent, # 17 Exhibit 17 - '662 Patent, # 18 Exhibit 18 - '489 Patent, # 19 Exhibit 19 - '692 Patent, # 20 Exhibit 20 - '031 Patent, # 21 Exhibit 21 - '792 Patent, # 22 Exhibit 22 - '510 Patent, # 23 Exhibit 23 - '760 Patent, # 24 Exhibit 24 - '204 Patent) (Shull, Jason) (Entered: 11/01/2013) |
| 11/04/2013 | 464 | Joint MOTION for Entry of Dismissal *as to FBA Holdings, Inc.* by Plaintiff Lexmark International, Inc.. (Attachments: # 1 Exhibit 1 - Dismissal with Prejudice) (Eidem Heinze, Audra) (Entered: 11/04/2013) |
| 11/04/2013 | 465 | MOTION for Entry of Stipulated Permanent Injunction and Final Judgment and Dismissal with Prejudice as to Green Project, Inc. by Plaintiff Lexmark International, Inc.. (Attachments: # 1 Exhibit 1 - Stipulated Permanent Injuction between Lexmark and Green Project, Inc., # 2 Exhibit 2 - Final Judgment and Dismissal with Prejudice) (Eidem Heinze, Audra) (Entered: 11/04/2013) |
| 11/04/2013 | 466 | NOTICE of Appearance by Glenn Dean Bellamy for Defendant Eco Service China Ltd. (Bellamy, Glenn) (Entered: 11/04/2013) |
| 11/04/2013 | 467 | Corporate Disclosure Statement by Defendant Eco Service China |

| | | |
|---|---|---|
| | | Ltd.. (Bellamy, Glenn) (Entered: 11/04/2013) |
| 11/04/2013 | 468 | MOTION for Leave to Appear Pro Hac Vice of Andre A. Gibson (Filing fee $ 200, receipt number 0648-4326924) by Defendant Eco Service China Ltd.. (Bellamy, Glenn) (Entered: 11/04/2013) |
| 11/05/2013 | 469 | ORDER granting 468 Motion for Leave to Appear Pro Hac Vice of Andre A. Gibson for Defendant ECO Service, China, Ltd. Signed by Judge Michael R. Barrett on 11/5/13. (ba1) (Entered: 11/05/2013) |
| 11/05/2013 | 470 | Clerk's ENTRY OF DEFAULT as to Defendant Recyca BVBA (ba1) (Entered: 11/05/2013) |
| 11/05/2013 | 471 | Clerk's ENTRY OF DEFAULT as to Defendant Green Cartridge Company (ba1) (Entered: 11/05/2013) |
| 11/05/2013 | 472 | Clerk's ENTRY OF DEFAULT as to Defendant Zhuhai Richeng Development Co., Ltd. (ba1) (Entered: 11/05/2013) |
| 11/05/2013 | 473 | Clerk's ENTRY OF DEFAULT as to Defendant Shanghai Orink Infotech International Co., Ltd. (ba1) (Entered: 11/05/2013) |
| 11/05/2013 | 474 | Clerk's ENTRY OF DEFAULT as to Defendant Refiltoner (ba1) (Entered: 11/05/2013) |
| 11/05/2013 | 475 | First MOTION for Extension of Time New date requested 11/25/2013. *to file Responsive Pleading to Complaint* by Defendant Eco Service China Ltd.. (Attachments: # 1 Exhibit Ex. A, # 2 Exhibit Ex. B, # 3 Text of Proposed Order Proposed Order) (Bellamy, Glenn) (Entered: 11/05/2013) |
| 11/05/2013 | 476 | Clerk's ENTRY OF DEFAULT as to Defendant NGS S.A. (ba1) (Entered: 11/05/2013) |
| 11/05/2013 | 477 | MOTION for Permission to Serve by Alternative Means by Plaintiff Lexmark International, Inc.. (Attachments: # 1 Memorandum in Support, # 2 Exhibit 1 - Declaration of Ronald Hanson, # 3 Text of Proposed Order) (Eidem Heinze, Audra) (Entered: 11/05/2013) |
| 11/12/2013 | 478 | DISMISSAL WITH PREJUDICE granting 464 Joint MOTION for Entry of Dismissal *as to FBA Holdings, Inc.* filed by Lexmark International, Inc. Signed by Judge Michael R. Barrett on 11/8/13. (ba1) (Entered: 11/12/2013) |
| 11/12/2013 | 479 | FINAL JUDGMENT AND DISMISSAL WITH PREJUDICE; Green Project, Inc. terminated. Signed by Judge Michael R. Barrett on 11/8/13. (ba1) (Entered: 11/12/2013) |
| 11/12/2013 | 480 | STIPULATED PERMANENT INJUNCTION as to Green Project, Inc. Signed by Judge Michael R. Barrett on 11/8/13. (ba1) (Entered: 11/12/2013) |
| 11/13/2013 | 481 | Summons Issued as to Hock Group LLC, LTS Consumables, Inc., OW Supplies Corp., Sinotime Technologies, Inc., TonerLand. (lk) (Entered: 11/13/2013) |

| | | |
|---|---|---|
| 11/15/2013 | 482 | Unopposed MOTION for Extension of Time to File Answer re 463 Amended Complaint,,,,,,, New date requested 12/16/2013. by Defendant Tech Optics, Inc.. (Kern, David) (Entered: 11/15/2013) |
| 11/19/2013 | 483 | ORDER granting 482 Motion for Extension of Time to Answer re 463 Second Amended Complaint; Tech Optics, Inc. answer due 12/16/2013. Signed by Judge Michael R. Barrett on 11/19/13. (ba1) (Entered: 11/19/2013) |
| 11/20/2013 | 484 | ANSWER with Jury Demand to 463 Amended Complaint, COUNTERCLAIM against Lexmark International, Inc. filed by Onlinetechstores.com, Inc.. (Kern, David) Modified docket text on 11/21/2013 (eh1). (Entered: 11/20/2013) |
| 11/25/2013 | 485 | NOTICE by Defendant Impression Products, Inc. *of Additional Authority Regarding its Motion to Dismiss Re Jazz Photo* (Attachments: # 1 Exhibit A) (O'Connor, Edward) (Entered: 11/25/2013) |
| 11/25/2013 | 486 | MOTION to Dismiss , MOTION to Dismiss for Lack of Jurisdiction ( Responses due by 12/19/2013) by Defendant Eco Service China Ltd.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Text of Proposed Order) (Gibson, Andre) (Entered: 11/25/2013) |
| 11/26/2013 | 487 | NOTICE of Appearance by Karl Stephen Kronenberger for Defendant LD Products, Inc. (Kronenberger, Karl) (Entered: 11/26/2013) |
| 11/26/2013 | 488 | Response re 485 Notice (Other) *of Additional Authority* by Plaintiff Lexmark International, Inc.. (Eidem Heinze, Audra) (Entered: 11/26/2013) |
| 11/26/2013 | 489 | MOTION for Leave to Appear Pro Hac Vice of Marc N. Bernstein, Will B. Fitton (Filing fee $ 400, receipt number 0648-4355489) by Defendant LD Products, Inc.. (Attachments: # 1 Certificate of Good Standing for Mr. Bernstein, # 2 Certificate of Good Standing for Mr. Fitton) (Kronenberger, Karl) (Entered: 11/26/2013) |
| 11/26/2013 | 490 | ANSWER to 463 Amended Complaint filed by LD Products, Inc.. (Kronenberger, Karl) Modified docket text on 11/27/2013 (eh1). (Entered: 11/26/2013) |
| 11/27/2013 | 491 | Reply re 488 Response (non motion) *to the Notice of Additional Authority* by Defendant Impression Products, Inc.. (O'Connor, Edward) (Entered: 11/27/2013) |
| 11/27/2013 | 492 | ORDER granting 489 Motion for Leave to Appear Pro Hac Vice of Marc N. Berstein and will B. Fitton for Defendant LD Products, Inc.. Signed by Judge Michael R. Barrett on 11/27/13. (ba1) (Entered: 11/27/2013) |
| 11/27/2013 | 493 | Corporate Disclosure Statement by Defendant LD Products, Inc.. (Kronenberger, Karl) (Entered: 11/27/2013) |
| | | |

| 12/02/2013 | 494 | ORDER granting 477 Motion for Permission for Alternate Service. Signed by Judge Michael R. Barrett on 12/2/13. (ba1) (Entered: 12/02/2013) |
|---|---|---|
| 12/03/2013 | 495 | SUMMONS Returned Executed as to Defendant TonerLand. TonerLand served on 11/18/2013, answer due 12/9/2013. (Shull, Jason) (Entered: 12/03/2013) |
| 12/03/2013 | 496 | SUMMONS Returned Executed as to Defendant OW Supplies Corp.. OW Supplies Corp. served on 11/18/2013, answer due 12/9/2013. (Shull, Jason) (Entered: 12/03/2013) |
| 12/03/2013 | 497 | SUMMONS Returned Executed as to Defendant Hock Group LLC. Hock Group LLC served on 11/19/2013, answer due 12/10/2013. (Shull, Jason) (Entered: 12/03/2013) |
| 12/03/2013 | 498 | SUMMONS Returned Executed as to Defendant LTS Consumables, Inc.. LTS Consumables, Inc. served on 11/19/2013, answer due 12/10/2013. (Shull, Jason) (Entered: 12/03/2013) |
| 12/05/2013 | 499 | SUMMONS Returned Executed as to Defendant Sinotime Technologies, Inc.. Sinotime Technologies, Inc. served on 11/21/2013, answer due 12/12/2013. (Shull, Jason) (Entered: 12/05/2013) |
| 12/06/2013 | 500 | STIPULATION *for Extension of Time to Answer, Move or Otherwise Plead* by Defendant TonerLand, Plaintiff Lexmark International, Inc. (Foley, Michael) Modified on 12/9/2013 (eh1). (Entered: 12/06/2013) |
| 12/09/2013 | | Set Deadlines/Hearings: TonerLand answer due 12/30/2013. (eh1) (Entered: 12/09/2013) |
| 12/09/2013 | 501 | Summons Issued as to Eco Service Sp. z o.o., Zhuhai Aicon Image Co., Ltd.. (eh1) (Entered: 12/09/2013) |
| 12/09/2013 | 502 | MOTION for Extension of Time to File Answer re 463 Amended Complaint,,,,,,,, New date requested 12/23/2013. by Defendant Interseroh Product Cycle GmbH. (Kern, David) (Entered: 12/09/2013) |
| 12/09/2013 | 503 | NOTICE of Appearance by David Graham Kern for Defendant OW Supplies Corp. (Kern, David) (Entered: 12/09/2013) |
| 12/09/2013 | 504 | Corporate Disclosure Statement by Defendant OW Supplies Corp.. (Kern, David) (Entered: 12/09/2013) |
| 12/09/2013 | 505 | ANSWER to 463 Amended Complaint,,,,,,,, , COUNTERCLAIM against Lexmark International, Inc. filed by OW Supplies Corp.. (Kern, David) (Entered: 12/09/2013) |
| 12/10/2013 | 506 | Unopposed MOTION for Extension of Time New date requested 1/3/2014. *to respond to Defendant Eco Service China, Ltd.s Motion to Dismiss* by Plaintiff Lexmark International, Inc.. (Attachments: # |

| | | | |
|---|---|---|
| | | 1 Text of Proposed Order) (Eidem Heinze, Audra) (Entered: 12/10/2013) |
| 12/10/2013 | 507 | MOTION for Default Judgment against Shanghai Orink InfoTech International Co., Ltd. by Plaintiff Lexmark International, Inc.. Responses due by 1/3/2014 (Attachments: # 1 Exhibit A - Declaration of Gardner, # 2 Exhibit B - Declaration of Breseman (File Under Seal), # 3 Exhibit C - Declaration of Shull (Filed Under Seal), # 4 Exhibit D - Proposed Order) (Shull, Jason) (Entered: 12/10/2013) |
| 12/10/2013 | 508 | MOTION for Default Judgment against Zhuhai Richeng Development Co., Ltd. by Plaintiff Lexmark International, Inc.. Responses due by 1/3/2014 (Attachments: # 1 Exhibit A - Declaration of Gardner, # 2 Exhibit B - Declaration of Breseman (File Under Seal), # 3 Exhibit C - Declaration of Shull (Filed Under Seal), # 4 Exhibit D - Proposed Order) (Shull, Jason) (Entered: 12/10/2013) |
| 12/10/2013 | 509 | MOTION for Default Judgment against Recyca BVBA by Plaintiff Lexmark International, Inc.. Responses due by 1/3/2014 (Attachments: # 1 Memorandum in Support, # 2 Exhibit A - Declaration of Gardner, # 3 Exhibit B - Declaration of Breseman (File Under Seal), # 4 Exhibit C - Declaration of Shull (Filed Under Seal), # 5 Exhibit D - Proposed Order) (Shull, Jason) (Entered: 12/10/2013) |
| 12/10/2013 | 510 | MOTION for Default Judgment against Refiltoner by Plaintiff Lexmark International, Inc.. Responses due by 1/3/2014 (Attachments: # 1 Memorandum in Support, # 2 Exhibit A - Declaration of Gardner, # 3 Exhibit B - Declaration of Breseman (File Under Seal), # 4 Exhibit C - Declaration of Shull (Filed Under Seal), # 5 Exhibit D - Proposed Order) (Shull, Jason) (Entered: 12/10/2013) |
| 12/10/2013 | 511 | MOTION for Default Judgment against NGS S.A. by Plaintiff Lexmark International, Inc.. Responses due by 1/3/2014 (Attachments: # 1 Memorandum in Support, # 2 Exhibit A - Declaration of Gardner, # 3 Exhibit B - Declaration of Breseman (File Under Seal), # 4 Exhibit C - Declaration of Shull (Filed Under Seal), # 5 Exhibit D - Proposed Order) (Shull, Jason) (Entered: 12/10/2013) |
| 12/10/2013 | 512 | MOTION for Default Judgment against Enviro Green Technologies by Plaintiff Lexmark International, Inc.. Responses due by 1/3/2014 (Attachments: # 1 Memorandum in Support, # 2 Exhibit A - Declaration of Gardner, # 3 Exhibit B - Declaration of Breseman (File Under Seal), # 4 Exhibit C - Declaration of Shull (Filed Under Seal), # 5 Exhibit D - Proposed Order) (Shull, Jason) (Entered: 12/10/2013) |
| 12/10/2013 | 513 | NOTICE by Plaintiff Lexmark International, Inc. re 507 MOTION |

| | | |
|---|---|---|
| | | for Default Judgment against Shanghai Orink InfoTech International Co., Ltd. *Memorandum in Support of MOTION for Default Judgment against Shanghai Orink InfoTech International Co., Ltd.* (Shull, Jason) (Entered: 12/10/2013) |
| 12/10/2013 | 514 | NOTICE by Plaintiff Lexmark International, Inc. re 508 MOTION for Default Judgment against Zhuhai Richeng Development Co., Ltd. *Memorandum in Support of MOTION for Default Judgment against Zhuhai Richeng Development Co., Ltd.* (Shull, Jason) (Entered: 12/10/2013) |
| 12/11/2013 | 516 | STIPULATION *FOR EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE PLEAD* by Defendant Sinotime Technologies, Inc.. (Gatlin, Jack) (Entered: 12/11/2013) |
| 12/12/2013 | | Set/Reset Deadlines: Sinotime Technologies, Inc. answer due 12/30/2013. (jlw) (Entered: 12/12/2013) |
| 12/12/2013 | 522 | MOTION for Entry of Stipulated Permanent Injunction, Consent Judgment and Dismissal With Prejudice *with Respect to Blue Trading* by Plaintiff Lexmark International, Inc.. (Attachments: # 1 Proposed Stipulated Permanent Injunction, Consent Judgment and Dismissal With Prejudice) (Eidem Heinze, Audra) (Entered: 12/12/2013) |
| 12/12/2013 | 523 | STIPULATION *for Extension of Time for Defendant Hock Group LLC to Answer, Move or Otherwise Plead* by Plaintiff Lexmark International, Inc.. (Shull, Jason) (Entered: 12/12/2013) |
| 12/16/2013 | 524 | NOTICE of Appearance by Jack S. Gatlin for Defendant Sinotime Technologies, Inc. (Gatlin, Jack) (Entered: 12/16/2013) |
| 12/16/2013 | 525 | MOTION for Leave to Appear Pro Hac Vice of Hongwei Shang by Defendant Sinotime Technologies, Inc.. (Gatlin, Jack) Modified docket text on 12/17/2013 (eh1). (Entered: 12/16/2013) |
| 12/16/2013 | 526 | ORDER granting 506 Motion for Extension of Time until 1/3/14 to respond to Defendant Eco Service China, Ltd's 486 Motion to Dismiss. Signed by Judge Michael R. Barrett on 12/15/13. (ba1) (Entered: 12/16/2013) |
| 12/16/2013 | 527 | Reply re 484 Answer to Amended Complaint, Counterclaim *of OnlineTechStores.com, Inc.* by Plaintiff Lexmark International, Inc.. (Eidem Heinze, Audra) (Entered: 12/16/2013) |
| 12/17/2013 | 528 | ANSWER to 484 Answer to Amended Complaint, Counterclaim *of OnlineTechStores.com, Inc.* filed by Lexmark International, Inc.. (Eidem Heinze, Audra) (Entered: 12/17/2013) |
| 12/17/2013 | 529 | SUMMONS Returned Executed as to Defendant Eco Service Sp. z o.o.. Eco Service Sp. z o.o. served on 12/12/2013, answer due 1/2/2014. (Shull, Jason) (Entered: 12/17/2013) |
| 12/17/2013 | 530 | SUMMONS Returned Executed as to Defendant Zhuhai Aicon |

| | | |
|---|---|---|
| | | Image Co., Ltd.. Zhuhai Aicon Image Co., Ltd. served on 12/12/2013, answer due 1/2/2014. (Shull, Jason) (Entered: 12/17/2013) |
| 12/19/2013 | 531 | ORDER granting 502 Motion for Extension of Time to Answer re 463 Amended Complaint; Interseroh Product Cycle GmbH answer due 12/23/2013. Signed by Judge Michael R. Barrett on 12/18/13. (ba1) (Entered: 12/19/2013) |
| 12/19/2013 | 532 | ANSWER to 505 Answer to Amended Complaint, Counterclaim *of OW Supplies Corp.* filed by Lexmark International, Inc.. (Eidem Heinze, Audra) (Entered: 12/19/2013) |
| 12/20/2013 | 533 | ANSWER to 463 Amended Complaint,,,,,,, filed by Sinotime Technologies, Inc.. (Gatlin, Jack) (Entered: 12/20/2013) |
| 12/20/2013 | 534 | STIPULATED PERMANENT INJUNCTION, CONSENT JUDGMENT, AND DISMISSAL WITH PREJUDICE as to Blue Trading, LLC. Signed by Judge Michael R. Barrett on 12/20/13. (ba1) (Entered: 12/20/2013) |
| 12/20/2013 | 535 | ORDER granting 475 Motion for Extension of Time to File a Responsive Pleading; 486 Motion to Dismiss is deemed properly filed; 453 is deemed MOOT and default will not be entered against Eco Service, China Ltd. Signed by Judge Michael R. Barrett on 12/20/13. (ba1) (Entered: 12/20/2013) |
| 12/23/2013 | 536 | NOTICE of Appearance by Daniel William Wolff for Defendant Recyca BVBA (Wolff, Daniel) (Entered: 12/23/2013) |
| 12/23/2013 | 537 | Unopposed MOTION for Extension of Time to File Answer New date requested 1/20/2014. by Defendant Interseroh Product Cycle GmbH. (Kern, David) (Entered: 12/23/2013) |
| 12/26/2013 | | NOTICE of Hearing on Motion re 510 MOTION for Default Judgment against Refiltoner, 507 MOTION for Default Judgment against Shanghai Orink InfoTech International Co., Ltd., 512 MOTION for Default Judgment against Enviro Green Technologies, 451 MOTION for Default Judgment against MBC Trading, Inc., 509 MOTION for Default Judgment against Recyca BVBA, 419 MOTION for Default Judgment against Prinko Image Co. (USA), Inc., 511 MOTION for Default Judgment against NGS S.A., 508 MOTION for Default Judgment against Zhuhai Richeng Development Co., Ltd.; Please be aware that a Motion Hearing set for 1/6/2014 at 10:00 AM in Courtroom 109 - Cincinnati before Judge Michael R. Barrett; Plaintiff's Counsel is responsible for notifying the Defendants of the date and time of this setting. (ba1) (Entered: 12/26/2013) |
| 12/26/2013 | | PHV (Hongwei Shang) Filing fee: $ 200.00, receipt number 100CIN020788 (lk) (Entered: 12/26/2013) |
| 12/27/2013 | 538 | Application to Clerk for entry of default against Core Servicios |

| | | |
|---|---|---|
| | | Informaticos S.I. . (Attachments: # 1 Declaration of Jason S. Shull, # 2 Text of Proposed Entry of Default) (Eidem Heinze, Audra) (Entered: 12/27/2013) |
| 12/30/2013 | 539 | Joint MOTION for Extension of Time to File Answer New date requested 1/30/2014. *by Plaintiff Lexmark International, Inc. and* by Defendant TonerLand. (Foley, Michael) (Entered: 12/30/2013) |
| 12/30/2013 | 540 | MOTION for Leave to Appear Pro Hac Vice of Andre A. Gibson (Filing fee $ 200, receipt number 0648-4389841) by Defendant Eco Service Sp. z o.o.. (Bellamy, Glenn) (Entered: 12/30/2013) |
| 12/30/2013 | 541 | Corporate Disclosure Statement by Defendants Eco Service Sp. z o.o., Black Point S.A. identifying Corporate Parent Black Point S.A. for Eco Service Sp. z o.o... (Bellamy, Glenn) (Entered: 12/30/2013) |
| 12/30/2013 | 542 | AMENDED DOCUMENT by Defendant Eco Service Sp. z o.o.. Amendment to 541 Corporate Disclosure Statement . (Bellamy, Glenn) (Entered: 12/30/2013) |
| 12/30/2013 | 543 | Unopposed MOTION for Extension of Time to File Response/Reply as to 463 Amended Complaint,,,,,,, New date requested 2/3/2014. by Defendant Eco Service Sp. z o.o.. (Attachments: # 1 Text of Proposed Order) (Bellamy, Glenn) (Entered: 12/30/2013) |
| 12/30/2013 | 544 | MOTION for Leave to Appear Pro Hac Vice of Brian M. Koide (Filing fee $ 200) by Defendant Recyca BVBA. (Wolff, Daniel) (Entered: 12/30/2013) |
| 12/31/2013 | | Filing fee re 544 : $ 200, receipt number 0648-4391642. (Wolff, Daniel) (Entered: 12/31/2013) |
| 01/02/2014 | 545 | ORDER granting 525 Motion for Leave to Appear Pro Hac Vice of Hongwei Shang for Defendant Sinotime Technologies, Inc.. Signed by Judge Michael R. Barrett on 12/31/13. (ba1) (Entered: 01/02/2014) |
| 01/02/2014 | 546 | Corporate Disclosure Statement by Defendant Recyca BVBA. (Wolff, Daniel) (Entered: 01/02/2014) |
| 01/02/2014 | 547 | Unopposed MOTION for Extension of Time New date requested 1/17/2014. *for Lexmark to respond to Defendant Eco Service China, Ltd.s (Eco Services) Motion to Dismiss* by Plaintiff Lexmark International, Inc.. (Attachments: # 1 Text of Proposed Order) (Eidem Heinze, Audra) (Entered: 01/02/2014) |
| 01/03/2014 | 548 | NOTICE of Voluntary Dismissal of Defendant Eco Service China, Ltd. by Plaintiff Lexmark International, Inc. (Eidem Heinze, Audra) Modified docket text on 1/6/2014 (eh1). (Entered: 01/03/2014) |
| 01/03/2014 | 549 | ORDER granting 537 Motion for Extension of Time to Answer re 463 Amended Complaint; Interseroh Product Cycle GmbH answer due 1/20/2014. Signed by Judge Michael R. Barrett on 1/3/14. (ba1) (Entered: 01/03/2014) |

| 01/03/2014 | 550 | ORDER granting 543 Unopposed MOTION for Extension of Time to File Response/Reply as to 463 Amended Complaint; Eco Service Sp. z o.o. answer due 2/3/2014. Signed by Judge Michael R. Barrett on 1/3/14. (ba1) (Entered: 01/03/2014) |
| --- | --- | --- |
| 01/03/2014 | 551 | ORDER granting 539 Motion for Extension of Time to Answer re 463 Amended Complaint; TonerLand answer due 1/30/2014. Signed by Judge Michael R. Barrett on 1/3/14. (ba1) (Entered: 01/03/2014) |
| 01/03/2014 | 552 | MOTION to Set Aside 470 Clerk's Entry of Default *and Opposition to Plaintiff's Motion for Default Judgment 509* by Defendant Recyca BVBA. (Attachments: # 1 Memorandum In Support, # 2 Exhibit A - Declaration of Weyde, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Text of Proposed Order) (Wolff, Daniel) (Entered: 01/03/2014) |
| 01/06/2014 | 553 | Minute Entry for proceedings held before Judge Michael R. Barrett: Motion Hearing held on 1/6/2014 re 419 MOTION for Default Judgment against Prinko Image Co. (USA), Inc. filed by Lexmark International, Inc., 511 MOTION for Default Judgment against NGS S.A. filed by Lexmark International, Inc., 512 MOTION for Default Judgment against Enviro Green Technologies filed by Lexmark International, Inc., 508 MOTION for Default Judgment against Zhuhai Richeng Development Co., Ltd. filed by Lexmark International, Inc., 451 MOTION for Default Judgment against MBC Trading, Inc. filed by Lexmark International, Inc., 509 MOTION for Default Judgment against Recyca BVBA filed by Lexmark International, Inc., 510 MOTION for Default Judgment against Refiltoner filed by Lexmark International, Inc., 507 MOTION for Default Judgment against Shanghai Orink InfoTech International Co., Ltd. filed by Lexmark International, Inc; Counsel present; 509 found to be moot - order to follow; Docs heard: 419 , 451 , 507 , 508 , 510 , 511 , and 512 - orders to follow; Hearing set for 3/27/2014 at 09:30 AM in Courtroom 109 - Cincinnati before Judge Michael R. Barrett in anticipation of jurisdictional motions to be filed. (Court Reporter Maryann Maffia, Official.) (ba1) (Entered: 01/06/2014) |
| 01/06/2014 | 554 | ORDER granting 540 Motion for Leave to Appear Pro Hac Vice of Andre A. Gibson for Defendant Eco Service, Sp.z.o.o.. Signed by Judge Michael R. Barrett on 1/6/14. (ba1) (Entered: 01/06/2014) |
| 01/06/2014 | 555 | ORDER granting 544 Motion for Leave to Appear Pro Hac Vice of Brian M. Koide for Defendant, Recyca BVBA. Signed by Judge Michael R. Barrett on 1/6/14. (ba1) (Entered: 01/06/2014) |
| 01/08/2014 | 556 | ORDER FOR DEFAULT JUDGMENT granting 419 MOTION for Default Judgment against Prinko Image Co. (USA), Inc filed by Lexmark International, Inc. Signed by Judge Michael R. Barrett on 1/8/14. (ba1) (Entered: 01/08/2014) |
| 01/08/2014 | 557 | ORDER FOR DEFAULT JUDGMENT granting 451 MOTION for Default Judgment against MBC Trading, Inc. filed by Lexmark |

| | | International, Inc. Signed by Judge Michael R. Barrett on 1/8/14. (ba1) (Entered: 01/08/2014) |
|---|---|---|
| 01/08/2014 | 558 | ORDER FOR DEFAULT JUDGMENT granting 507 MOTION for Default Judgment against Shanghai Orink InfoTech International Co., Ltd. filed by Lexmark International, Inc. Signed by Judge Michael R. Barrett on 1/7/14. (ba1) (Entered: 01/08/2014) |
| 01/08/2014 | 559 | ORDER FOR DEFAULT JUDGMENT granting 508 MOTION for Default Judgment against Zhuhai Richeng Development Co., Ltd. filed by Lexmark International, Inc. Signed by Judge Michael R. Barrett on 1/7/14. (ba1) (Entered: 01/08/2014) |
| 01/08/2014 | 560 | ORDER FOR DEFAULT JUDGMENT granting 510 MOTION for Default Judgment against Refiltoner filed by Lexmark International, Inc. Signed by Judge Michael R. Barrett on 1/7/14. (ba1) (Entered: 01/08/2014) |
| 01/08/2014 | 561 | ORDER FOR DEFAULT JUDGMENT granting 511 MOTION for Default Judgment against NGS S.A. filed by Lexmark International, Inc. Signed by Judge Michael R. Barrett on 1/7/14. (ba1) (Entered: 01/08/2014) |
| 01/08/2014 | 562 | ORDER FOR DEFAULT JUDGMENT granting 512 MOTION for Default Judgment against Enviro Green Technologies filed by Lexmark International, Inc. Signed by Judge Michael R. Barrett on 1/7/14. (ba1) (Entered: 01/08/2014) |
| 01/08/2014 | 563 | ORDER re 548 Notice of Voluntary Dismissal filed by Lexmark International, Inc. terminating Eco Service China Ltd. finding as moot 486 MOTION to Dismiss MOTION to Dismiss for Lack of Jurisdiction filed by Eco Service China Ltd. Signed by Judge Michael R. Barrett on 1/8/14. (ba1) (Entered: 01/08/2014) |
| 01/09/2014 | 564 | STIPULATION *Relating to: (1) Lexmark's Motion for Default Judgment Against Recyca [ECF 509], and (2) Recyca's Motion to Set Aside Entry of Default [ECF 552]* by Plaintiff Lexmark International, Inc.. (Shull, Jason) (Entered: 01/09/2014) |
| 01/16/2014 | 565 | MOTION for Entry of Stipulated Permanent Injunction and Final Judgment and Dismissal with Prejudice as to LTS Consumables by Plaintiff Lexmark International, Inc.. (Attachments: # 1 Exhibit 1 - Stipulated Permanent Injunction between Lexmark and LTS Consumables, # 2 Exhibit 2 - Final Judgment and Dismissal with Prejudice) (Eidem Heinze, Audra) (Entered: 01/16/2014) |
| 01/20/2014 | 566 | MOTION to Dismiss for Lack of Jurisdiction by Defendant Interseroh Product Cycle GmbH. Responses due by 2/13/2014 (Attachments: # 1 Affidavit Affidavit of Andreas Klaus Schelle) (Kern, David) (Entered: 01/20/2014) |
| 01/22/2014 | 567 | ORDER granting 552 MOTION to Set Aside 470 Clerk's Entry of Default; withdrawing 509 MOTION for Default Judgment against |

| | | |
|---|---|---|
| | | Recyca BVBA filed by Lexmark International, Inc.; Recyca BVBA answer re [463](#) Amended Complaint due 2/3/2014. Signed by Judge Michael R. Barrett on 1/22/14. (ba1) (Entered: 01/22/2014) |
| 01/22/2014 | [568](#) | STIPULATED PERMANENT INJUNCTION as to LTS Consumables. Signed by Judge Michael R. Barrett on 1/22/14. (ba1) Modified docket text on 1/23/2014 (eh). (Entered: 01/22/2014) |
| 01/22/2014 | [569](#) | FINAL JUDGMENT AND DISMISSAL WITH PREJUDICE as to LTS Consumables. Signed by Judge Michael R. Barrett on 1/21/14. (ba1) (Entered: 01/22/2014) |
| 01/23/2014 | [570](#) | Clerk's ENTRY OF DEFAULT as to Defendant Core Servicios Informaticos S.I. (ba1) (Entered: 01/23/2014) |
| 01/27/2014 | [571](#) | MOTION for Default Judgment against Core Servicios Informaticos S.I. and Memorandum in Support by Plaintiff Lexmark International, Inc.. Responses due by 2/21/2014 (Attachments: # [1](#) Exhibits to the Memorandum in Support, # [2](#) Text of Proposed Order) (Shull, Jason) (Entered: 01/27/2014) |
| 01/30/2014 | [573](#) | Joint MOTION for Extension of Time New date requested 2/27/2014. *by Plaintiff, Lexmark and* by Defendant TonerLand. (Foley, Michael) (Entered: 01/30/2014) |
| 01/31/2014 | [574](#) | Joint MOTION for Entry of Stipulated Permanent Injunction, Final Judgment and Dismissal with Prejudice *with Respect to TonerLand* by Plaintiff Lexmark International, Inc.. (Attachments: # [1](#) Ex. 1 - Proposed Stipulated Permanent Injunction, # [2](#) Ex. 2 - Proposed Final Judgment and Dismissal with Prejudice) (Shull, Jason) (Entered: 01/31/2014) |
| 02/03/2014 | [575](#) | Joint MOTION for Extension of Time New date requested 2/21/2014. *and Briefing Schedule for Rule 12 Motions* by Defendant Eco Service Sp. z o.o.. (Bellamy, Glenn) (Entered: 02/03/2014) |
| 02/06/2014 | [576](#) | MOTION to Withdraw [425](#) Motion for Contempt *against Direct Billing for Violation of This Court's Permanent Injunction Order* MOTION for Default Judgment against Direct Billing by Plaintiff Lexmark International, Inc.. (Shull, Jason) (Entered: 02/06/2014) |
| 02/06/2014 | [577](#) | Motion for Contempt *against Direct Billing and Michael Gardner for Violation of This Court's Permanent Injunction Order (Memorandum filed under seal)* by Plaintiff Lexmark International, Inc.. (Attachments: # [1](#) Exhibit A - Bankruptcy Order, # [2](#) Exhibit B - Gardner Declaration (filed under seal), # [3](#) Exhibit C - Reinholtz Declaration, Part 1, # [4](#) Exhibit C - Reinholtz Declaration, Part 2, # [5](#) Exhibit C - Reinholtz Declaration, Part 3, # [6](#) Exhibit C - Reinholtz Declaration, Part 4, # [7](#) Exhibit C - Reinholtz Declaration, Part 5, # [8](#) Exhibit C - Reinholtz Declaration, Part 6, # [9](#) Exhibit C - Reinholtz Declaration, Part 7, # [10](#) Exhibit D - Breseman Declaration (filed under seal), # [11](#) Exhibit E - Cease and Desist Order, # [12](#) Exhibit F - Shull Declaration, # [13](#) Exhibit G - Settlement Agreement (filed |

| | | under seal), # 14 Text of Proposed Order) (Shull, Jason) (Entered: 02/06/2014) |
|---|---|---|
| 02/06/2014 | 578 | MOTION for Default Judgment against Direct Billing and Memorandum in Support by Plaintiff Lexmark International, Inc.. Responses due by 3/3/2014 (Attachments: # 1 Exhibit A - Gardner Declaration (filed under seal), # 2 Exhibit B - Breseman Declaration (filed under seal), # 3 Exhibit C - Shull Declaration, # 4 Text of Proposed Order) (Shull, Jason) (Entered: 02/06/2014) |
| 02/11/2014 | 581 | ORDER granting 575 Joint MOTION for Extension of Time *and Briefing Schedule for Rule 12 Motions* filed by Eco Service Sp. z o.o; 2/21/14 deadline for Eco Service Poland and Recyca to respond to 463 Second Amended Complaint including the filing of any Rule 12 motions; 3/17/14 deadline for Lexmark to file oppositions to any Rule 12 motions filed by Interseroh, Eco Service Poland and Recyca; 3/31/14 deadline for Interseroh, Eco Service Poland and Recyca to file their replies to any Rule 12 motions; the Motion hearing set for 3/27/14 is CONVERTED to a Status Conference and will remain set for 3/27/2014 at 09:30 AM and will be conducted by teleconference before Judge Michael R. Barrett. Signed by Judge Michael R. Barrett on 2/11/14. (ba1) (Entered: 02/11/2014) |
| 02/13/2014 | 582 | MOTION To Institute Contempt Proceedings To Determine Violation Of Permanent Injunction Order By Benigno Adeva And His Companies *And Memorandum in Support* by Plaintiff Lexmark International, Inc.. (Attachments: # 1 Declaration of Audra C. Eidem Heinze, # 2 Declaration of Timothy C. Meece, # 3 Declaration of Jason S. Shull (filed under seal), # 4 Declaration of Ronald Hanson, # 5 Text of Proposed Order) (Eidem Heinze, Audra) (Entered: 02/13/2014) |
| 02/17/2014 | 584 | Application to Clerk for entry of default against Zhuhai Aicon Image Co, Ltd. . (Attachments: # 1 Declaration of Jason S. Shull, # 2 Text of Proposed Order) (Shull, Jason) (Entered: 02/17/2014) |
| 02/18/2014 | 585 | Clerk's ENTRY OF DEFAULT as to Defendant Zhuhai Aicon Image Co., Ltd. (ba1) (Entered: 02/18/2014) |
| 02/19/2014 | 586 | ORDER TO SHOW CAUSE; Show Cause Response due 7 days from the filing of this Order. Signed by Judge Michael R. Barrett on 2/19/14. (ba1) (Entered: 02/19/2014) |
| 02/19/2014 | 587 | STIPULATED PERMANENT INJUNCTION AS TO Tonerland. Signed by Judge Michael R. Barrett on 2/17/14. (ba1) (Entered: 02/19/2014) |
| 02/19/2014 | 588 | FINAL JUDGMENT AND DISMISSAL WITH PREJUDICE as to TonerLand. Signed by Judge Michael R. Barrett on 2/19/14. (ba1) (Entered: 02/19/2014) |
| 02/19/2014 | 589 | ORDER finding as moot 573 Motion for Extension of Time to Answer as to TonerLand. Signed by Judge Michael R. Barrett on |

| | | |
|---|---|---|
| | | 2/19/14. (ba1) (Entered: 02/19/2014) |
| 02/20/2014 | 590 | MOTION for Entry of Stipulated Permanent Injunction, Final Judgment and Dismissal with Prejudice *with respect to Hock Group, LLC.* by Plaintiff Lexmark International, Inc.. (Attachments: # 1 x. 1 - Proposed Stipulated Permanent Injunction, # 2 Ex. 2 - Proposed Final Judgment and Dismissal with Prejudice) (Shull, Jason) (Entered: 02/20/2014) |
| 02/21/2014 | 591 | MOTION to Dismiss *For Lack Of Subject Matter Jurisdiction, For Lack Of Personal Jurisdiction, Improper Venue, For Failure To State A Claim, Or In The Alternative A Motion For Summary Judgment And Incorporated Memorandum Of Law* by Defendant Eco Service Sp. z o.o.. Responses due by 3/17/2014 (Attachments: # 1 Exhibit 1 - Declaration of Adamski, # 2 Exhibit 2 - Centrafarm v. Sterling Drug 15-74) (Bellamy, Glenn) (Entered: 02/21/2014) |
| 02/21/2014 | 592 | NOTICE of Appearance by Glenn Dean Bellamy for Defendant Core Servicios Informaticos S.I. (Bellamy, Glenn) (Entered: 02/21/2014) |
| 02/21/2014 | 593 | Corporate Disclosure Statement by Defendant Core Servicios Informaticos S.I.. (Bellamy, Glenn) (Entered: 02/21/2014) |
| 02/21/2014 | 594 | MOTION for Entry of Stipulated Permanent Injunction, Consent Judgment and Dismissal with Prejudice *with respect to Recyca BVBA* by Plaintiff Lexmark International, Inc.. (Attachments: # 1 Ex. 1 - Proposed Stipulated Permanent Injunction, # 2 Ex. 2 - Proposed Judgment and Dismissal with Prejudice) (Shull, Jason) (Entered: 02/21/2014) |
| 02/24/2014 | 595 | NOTICE by Plaintiff Lexmark International, Inc *of Supplement to Certificate of Service to Motion to Institute Contempt Proceedings to Determine Violation of Permanent Injunction Order by Benigno Adeva and His Companies* (Eidem Heinze, Audra) (Entered: 02/24/2014) |
| 02/24/2014 | 596 | Joint MOTION to Set Aside re 570 Clerk's Entry of Default *Against Core Servicios and Stipulation Regarding Core Servicios Response to Lexmarks Second Amended Complaint* by Plaintiff Lexmark International, Inc.. (Shull, Jason) (Entered: 02/24/2014) |
| 02/25/2014 | 597 | MOTION *for Entry of Stipulated Permanent Injunction and Dismissal with Prejudice with respect to OnlineTechStores.com, Inc.* by Plaintiff Lexmark International, Inc.. (Attachments: # 1 Ex. 1 - Proposed Stipulated Permanent Injunction and Dismissal) (Shull, Jason) (Entered: 02/25/2014) |
| 02/26/2014 | 598 | MOTION for Default Judgment against Zhuhai Aicon Image Co. Ltd. and Memorandum in Support by Plaintiff Lexmark International, Inc.. Responses due by 3/24/2014 (Attachments: # 1 Exhibit A - Gardner Declaration (file under seal), # 2 Exhibit B - Breseman Declaration (file under seal), # 3 Exhibit C - Shull |

| | | |
|---|---|---|
| | | Declaration, # 4 Exhibit D - Text of Proposed Order) (Shull, Jason) (Entered: 02/26/2014) |
| 02/28/2014 | 600 | MOTION for Leave to Appear Pro Hac Vice of Andre A. Gibson (Filing fee $ 200, receipt number 0648-4465663) by Defendant Core Servicios Informaticos S.I.. (Attachments: # 1 Certificate of Good Standing, # 2 Order Granting Motion for Admission) (Bellamy, Glenn) (Entered: 02/28/2014) |
| 03/03/2014 | 601 | MOTION to Dismiss *For Lack Of Subject Matter Jurisdiction, For Lack Of Personal Jurisdiction, Improper Venue, For Failure To State A Claim, Or In The Alternative A Motion For Summary Judgment And Incorporated Memorandum Of Law* by Defendant Core Servicios Informaticos S.I.. Responses due by 3/27/2014 (Attachments: # 1 Exhibit 1 - Declaration of Mr. Pablo Conde-Pumpido Garcia, # 2 Exhibit 2 - EOS - customs, # 3 Exhibit 3 - Centrafarm v. Sterling Drug 15-74) (Bellamy, Glenn) (Entered: 03/03/2014) |
| 03/04/2014 | 🔒 602 | NOTICE: Please be aware that a Telephone Conference is set for 3/27/2014 at 09:30 AM by teleconference before Judge Michael R. Barrett; YOU MUST ACCESS THIS DOCUMENT TO OBTAIN CONFERENCING INFORMATION. PLEASE BE AWARE THAT YOU MUST BE LOGGED INTO CM/ECF THROUGH THE COURTS WEBSITE (NOT PACER) AT WWW.OHSD.USCOURTS.GOV USING YOUR OWN PASSWORD BEFORE RETRIEVING THIS DOCUMENT THROUGH THE NOTICE OF ELECTRONIC FILING. (ba1) (Entered: 03/04/2014) |
| 03/04/2014 | 603 | ORDER granting 600 Motion for Leave to Appear Pro Hac Vice of Andre A. Gibson for Defendant Core Servicios Informaticos S.I.. Signed by Judge Michael R. Barrett on 3/4/14. (ba1) (Entered: 03/04/2014) |
| 03/06/2014 | 604 | FINAL JUDGMENT AND DISMISSAL WITH PREJUDICE at to Hock Group LLC d/b/a ProfessorInk.com. Signed by Judge Michael R. Barrett on 3/6/14. (ba1) (Entered: 03/06/2014) |
| 03/06/2014 | 605 | STIPULATED PERMANENT INJUNCTION AS TO Hock Group LLC. Signed by Judge Michael R. Barrett on 3/6/14. (ba1) (Entered: 03/06/2014) |
| 03/10/2014 | 606 | Consent MOTION for Extension of Time to File Response/Reply as to 582 MOTION To Institute Contempt Proceedings To Determine Violation Of Permanent Injunction Order By Benigno Adeva And His Companies *And Memorandum in Support* New date requested 3/31/2014. by Plaintiff Lexmark International, Inc.. (Attachments: # 1 Text of Proposed Order) (Eidem Heinze, Audra) (Entered: 03/10/2014) |
| 03/17/2014 | 607 | RESPONSE in Opposition re 566 MOTION to Dismiss for Lack of Jurisdiction filed by Plaintiff Lexmark International, Inc.. |

|  |  | (Attachments: # 1 Declaration of Audra C. Eidem Heinze (Ex A filed under seal), # 2 Declaration of Andrew Gardner, # 3 Text of Proposed Order) (Eidem Heinze, Audra) (Entered: 03/17/2014) |
|---|---|---|
| 03/17/2014 | 608 | RESPONSE in Opposition re 601 MOTION to Dismiss *For Lack Of Subject Matter Jurisdiction, For Lack Of Personal Jurisdiction, Improper Venue, For Failure To State A Claim, Or In The Alternative A Motion For Summary Judgment And Incorporated Memorandum Of Law* filed by Plaintiff Lexmark International, Inc.. (Attachments: # 1 Declaration of Audra C. Eidem Heinze (Ex A filed under seal), # 2 Declaration of Andrew Gardner, # 3 Declaration of Ron Hanson, # 4 Text of Proposed Order) (Eidem Heinze, Audra) (Entered: 03/17/2014) |
| 03/17/2014 | 609 | RESPONSE in Opposition re 591 MOTION to Dismiss *For Lack Of Subject Matter Jurisdiction, For Lack Of Personal Jurisdiction, Improper Venue, For Failure To State A Claim, Or In The Alternative A Motion For Summary Judgment And Incorporated Memorandum Of Law* filed by Plaintiff Lexmark International, Inc.. (Attachments: # 1 Declaration of Audra C. Eidem Heinze (Ex A filed under seal), # 2 Declaration of Andrew Gardner, # 3 Text of Proposed Order) (Eidem Heinze, Audra) (Entered: 03/17/2014) |
| 03/18/2014 | 610 | ORDER granting 606 Motion for Extension of Time to File Response/Reply re 582 MOTION To Institute Contempt Proceedings To Determine Violation Of Permanent Injunction Order By Benigno Adeva And His Companies *And Memorandum in Support*; Responses due by 3/31/2014. Signed by Judge Michael R. Barrett on 3/18/14. (ba1) (Entered: 03/18/2014) |
| 03/27/2014 | 614 | ORDER granting 440 Motion for Leave to File Surreply re 395 Motion to Dismiss. Signed by Judge Michael R. Barrett on 3/26/14. (ba1) (Entered: 03/27/2014) |
| 03/27/2014 | 615 | ORDER granting 395 Motion to Dismiss for Failure to State a Claim as to Defendant Impression Products, Inc. Signed by Judge Michael R. Barrett on 3/26/14. (ba1) (Entered: 03/27/2014) |
| 03/27/2014 | 616 | ORDER denying 378 Motion for Leave to File to file surrepy. Signed by Judge Michael R. Barrett on 3/26/14. (ba1) (Entered: 03/27/2014) |
| 03/27/2014 | 617 | ORDER denying 335 Motion to Dismiss for Failure to State a Claim as to Defendant Impression Products, Inc. Signed by Judge Michael R. Barrett on 3/26/14. (ba1) (Entered: 03/27/2014) |
| 03/27/2014 | 618 | ORDER finding as moot 571 Motion for Default Judgment; granting 596 Motion to set aside entry of default as to Core Servicios; 570 Clerk's entry of default is withdrawn; Core Servicios shall answer 463 Section Amended Complaint on or before 3/3/14; Plaintiff shall file it opposition to Core Servicios' 601 Motion to Dismiss on or before 3/17/14; Core Servicios shall file its reply on or before 3/31/14. Signed by Judge Michael R. Barrett on 3/26/14. (ba1) |

|  |  | (Entered: 03/27/2014) |
|---|---|---|
| 03/27/2014 | 619 | STIPULATED PERMANENT INJUNCTION and Dismissal with Prejudice with respect to OnlineTechStores.com, Inc. filed by Lexmark International, Inc. Signed by Judge Michael R. Barrett on 3/26/14. (ba1) (Entered: 03/27/2014) |
| 03/27/2014 | 620 | STIPULATED PERMANENT INJUNCTION AND DISMISSAL WITH PREJUDICE with respect to Recyca BVBA filed by Lexmark International, Inc. Signed by Judge Michael R. Barrett on 3/26/14. (ba1) (Entered: 03/27/2014) |
| 03/27/2014 | 621 | DISMISSAL WITH PREJUDICE re 620 Permanent Injunction as to Recyca BVBA granting 594 Motion for entry of consent judgment and dismissal with prejudice. Signed by Judge Michael R. Barrett on 3/26/14. (ba1) (Entered: 03/27/2014) |
| 03/27/2014 | 622 | ORDER finding as moot 259 Motion to Dismiss for Failure to State a Claim; finding as moot 259 Motion to Dismiss for Lack of Jurisdiction; finding as moot 259 Motion to Change Venue. Signed by Judge Michael R. Barrett on 3/26/14. (ba1) (Entered: 03/27/2014) |
| 03/27/2014 |  | Minute Entry for proceedings held before Judge Michael R. Barrett: Status Conference held on 3/27/2014; Tim Meece and Jason Shull appeared for Plaintiff; Glenn Bellamy and Andre Gibson appeared for Defendant Core Servicios; Edward O'Connor appeared for Defendant Impression Products; Will Hutchins appeared for Defendant LD Products; David Kern appeared for Interseroh Products; motions hearing set 4/29/14 at 1:00 pm before the Honorable Michael R. Barrett, Courtroom 109 re 591 MOTION to Dismiss, 566 MOTION to Dismiss and 601 Motion to Dismiss (ba1) (Entered: 03/27/2014) |
| 03/28/2014 | 623 | NOTICE of Appearance by Gregory Frederick Ahrens for Defendant John Does (Ahrens, Gregory) (Entered: 03/28/2014) |
| 03/28/2014 | 624 | Unopposed MOTION for Extension of Time to File Response/Reply as to 582 MOTION To Institute Contempt Proceedings To Determine Violation Of Permanent Injunction Order By Benigno Adeva And His Companies *And Memorandum in Support* New date requested 4/14/2014. by Defendant John Does. (Ahrens, Gregory) (Entered: 03/28/2014) |
| 03/28/2014 | 625 | Corporate Disclosure Statement by Defendant John Does. (Ahrens, Gregory) (Entered: 03/28/2014) |
| 03/31/2014 | 626 | MOTION for Entry of Stipulated Permanent Injunction and Dismissal with Prejudice as to N&L Global Corp. by Plaintiff Lexmark International, Inc.. (Attachments: # 1 Ex 1 - Stipulated Permanent Injunction and Dismissal with Prejudice as to N&L Global) (Shull, Jason) (Entered: 03/31/2014) |
| 03/31/2014 | 627 | MOTION for Entry of Stipulated Permanent Injunction and |

| | | |
|---|---|---|
| | | Dismissal with Prejudice as to OW Supplies by Plaintiff Lexmark International, Inc.. (Attachments: # 1 Ex 1 - Stipulated Permanent Injunction and Dismissal with Prejudice as to OW Supplies) (Shull, Jason) (Entered: 03/31/2014) |
| 03/31/2014 | 628 | MOTION to Strike 609 Response in Opposition to Motion,, *Exhibit A* by Defendant Core Servicios Informaticos S.I.. Responses due by 4/21/2014 (Bellamy, Glenn) (Entered: 03/31/2014) |
| 03/31/2014 | 629 | MOTION to Strike 608 Response in Opposition to Motion,, *Exhibit A* by Defendant Eco Service Sp. z o.o.. Responses due by 4/21/2014 (Bellamy, Glenn) (Entered: 03/31/2014) |
| 03/31/2014 | 630 | REPLY to Response to Motion re 591 MOTION to Dismiss *For Lack Of Subject Matter Jurisdiction, For Lack Of Personal Jurisdiction, Improper Venue, For Failure To State A Claim, Or In The Alternative A Motion For Summary Judgment And Incorporated Memorandum Of Law* filed by Defendant Eco Service Sp. z o.o.. (Attachments: # 1 Exhibit Exhibit 1) (Bellamy, Glenn) (Entered: 03/31/2014) |
| 03/31/2014 | 631 | REPLY to Response to Motion re 601 MOTION to Dismiss *For Lack Of Subject Matter Jurisdiction, For Lack Of Personal Jurisdiction, Improper Venue, For Failure To State A Claim, Or In The Alternative A Motion For Summary Judgment And Incorporated Memorandum Of Law* filed by Defendant Core Servicios Informaticos S.I.. (Attachments: # 1 Exhibit Exhibit A) (Bellamy, Glenn) (Entered: 03/31/2014) |
| 03/31/2014 | 632 | Amended Reply to Response to Motion re 630 Reply to Response to Motion, *To Dismiss For Lack Of Subject Matter Jurisdiction, For Lack of Personal Jurisdiction, Improper Venue, For Failure To State A Claim, Or In The Alternative A Motion For Summary Judgment And Incorporated Memorandum Of Law* by Defendant Eco Service Sp. z o.o.. (Attachments: # 1 Exhibit 1 - Declaration of Mr. Adamski) (Bellamy, Glenn) Modified docket text on 4/1/2014 (eh1). (Entered: 03/31/2014) |
| 03/31/2014 | 633 | Unopposed MOTION for Extension of Time to File Response/Reply New date requested 4/7/2014. by Defendant Interseroh Product Cycle GmbH. (Kern, David) (Entered: 03/31/2014) |
| 04/02/2014 | | NOTICE of Hearing on Motions re 591 MOTION to Dismiss, 566 MOTION to Dismiss and 601 MOTION to Dismiss; Please be aware the motion hearing set for 4/29/14 is RESET from 4/29/14 to 4/30/2014 and remains set at 01:00 PM in Courtroom 109 - Cincinnati before Judge Michael R. Barrett. (ba1) (Entered: 04/02/2014) |
| 04/03/2014 | 634 | ORDER granting 633 Motion for Extension of Time to File Response/Reply re 566 MOTION to Dismiss for Lack of Jurisdiction ; Replies due by 4/7/2014. Signed by Judge Michael R. Barrett on 4/3/14. (ba1) (Entered: 04/03/2014) |

| | | |
|---|---|---|
| 04/03/2014 | 635 | STIPULATED PERMANENT INJUNCTION AND DISMISSAL WITH PREJUDICE as to OW Supplies. Signed by Judge Michael R. Barrett on 4/3/14. (ba1) (Entered: 04/03/2014) |
| 04/03/2014 | 636 | STIPULATED PERMANENT INJUNCTION AND DISMISSAL WITH PREJUDICE as to N&L Global Corp. Signed by Judge Michael R. Barrett on 4/3/14. (ba1) (Entered: 04/03/2014) |
| 04/03/2014 | 637 | ORDER granting 624 Motion for Extension of Time to File Response/Reply re 582 MOTION To Institute Contempt Proceedings To Determine Violation Of Permanent Injunction Order By Benigno Adeva And His Companies *And Memorandum in Support*; Responses due by 4/14/2014. Signed by Judge Michael R. Barrett on 4/3/14. (ba1) (Entered: 04/03/2014) |
| 04/07/2014 | 638 | REPLY to Response to Motion re 566 MOTION to Dismiss for Lack of Jurisdiction filed by Defendant Interseroh Product Cycle GmbH. (Kern, David) (Entered: 04/07/2014) |
| 04/10/2014 | 639 | MOTION for Entry of Stipulated Permanent Injunction, Final Judgment and Dismissal with Prejudice as to Sinotime Technologies by Plaintiff Lexmark International, Inc.. (Attachments: # 1 Ex 1 - Stipulated Injunction and Judgment and Dismissal - Sinotime Technologies) (Shull, Jason) (Entered: 04/10/2014) |
| 04/10/2014 | 640 | MOTION for Leave to Appear Pro Hac Vice of William E. Thomson (Filing fee $ 200, receipt number 0648-4520830) by Defendant Benigno Adeva And His Companies. (Attachments: # 1 Exhibit Certificate of Good Standing) (Ahrens, Gregory) (Entered: 04/10/2014) |
| 04/14/2014 | 641 | MOTION for Entry of Stipulated Permanent Injunction, Final Judgment and Dismissal with Prejudice as to Tech Optics, Inc. by Plaintiff Lexmark International, Inc.. (Attachments: # 1 Ex 1 - Stipulated Injunction and Judgment and Dismissal - Tech Optics) (Shull, Jason) (Entered: 04/14/2014) |
| 04/14/2014 | 642 | RESPONSE in Opposition re 582 MOTION To Institute Contempt Proceedings To Determine Violation Of Permanent Injunction Order By Benigno Adeva And His Companies *And Memorandum in Support* filed by Defendant Benigno Adeva And His Companies. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5) (Ahrens, Gregory) (Entered: 04/14/2014) |
| 04/15/2014 | 643 | ORDER granting 640 Motion for Leave to Appear Pro Hac Vice of William Thomson for Defendants Tonerboss, LLC, All Color Imaging, ABD Office Machines, Inc., ACI Supplies, LLC, and Mr. Benigno Adevain. Signed by Judge Michael R. Barrett on 4/11/14. (ba1) (Entered: 04/15/2014) |
| 04/17/2014 | 644 | MOTION for Entry of Stipulated Permanent Injunction and Dismissal with Prejudice as to LD Products, Inc by Plaintiff Lexmark International, Inc.. (Attachments: # 1 Ex 1 - Stipulated |

| | | |
|---|---|---|
| | | Permanent Injunction and Dismissal with Prejudice as to LD Products) (Shull, Jason) (Entered: 04/17/2014) |
| 04/24/2014 | 645 | RESPONSE in Opposition re 628 MOTION to Strike 609 Response in Opposition to Motion,, *Exhibit A* filed by Plaintiff Lexmark International, Inc.. (Eidem Heinze, Audra) (Entered: 04/24/2014) |
| 04/24/2014 | 646 | RESPONSE in Opposition re 629 MOTION to Strike 608 Response in Opposition to Motion,, *Exhibit A* filed by Plaintiff Lexmark International, Inc. (Eidem Heinze, Audra) (Entered: 04/24/2014) |
| 04/29/2014 | 647 | STIPULATED PERMANENT INJUNCTION Dismissal with Prejudice as to LD Products, Inc filed by Lexmark International, Inc. Signed by Judge Michael R. Barrett on 4/28/14. (ba1) (Entered: 04/29/2014) |
| 04/29/2014 | 648 | STIPULATED PERMANENT INJUNCTION as to Sinotime Technologies, Inc. Signed by Judge Michael R. Barrett on 4/28/14. (ba1) (Entered: 04/29/2014) |
| 04/29/2014 | 649 | FINAL JUDGMENT AND DISMISSAL WITH PREJUDICE as to Sinotime Technologies, Inc. Signed by Judge Michael R. Barrett on 4/28/14. (ba1) (Entered: 04/29/2014) |
| 04/29/2014 | 650 | STIPULATED PERMANENT INJUNCTION as to Tech Optics, Inc. Signed by Judge Michael R. Barrett on 4/28/14. (ba1) (Entered: 04/29/2014) |
| 04/29/2014 | 651 | FINAL JUDGMENT AND DISMISSAL WITH PREJUDICE as to Tech Optics, Inc. Signed by Judge Michael R. Barrett on 4/28/14. (ba1) (Entered: 04/29/2014) |
| 04/30/2014 | 652 | Minute Entry for proceedings held before Judge Michael R. Barrett: Motion Hearing held on 4/30/2014 re 566 MOTION to Dismiss, 591 MOTION to Dismiss, and 601 MOTION to Dismiss. Jason Shull and Audra Heinze appeared for Plaintiff; David Kern appeared for Defendant Interseroh Product Cycle; Glenn Bellamy and Andre Gibson appeared for Defendants Core Servicios Informaticos S.I and Eco Service Sp. z o.o. Discovery issues discussed; arguments on motions heard; motions taken under advisement; order to follow. (eh) (Entered: 04/30/2014) |
| 04/30/2014 | 653 | Unopposed MOTION for Extension of Time to File Response/Reply as to 582 MOTION To Institute Contempt Proceedings To Determine Violation Of Permanent Injunction Order By Benigno Adeva And His Companies *And Memorandum in Support* New date requested 5/9/2014. by Plaintiff Lexmark International, Inc.. (Attachments: # 1 Text of Proposed Order) (Eidem Heinze, Audra) (Entered: 04/30/2014) |
| 05/02/2014 | 654 | ORDER granting 653 Motion for Extension of Time to File Reply re 582 MOTION To Institute Contempt Proceedings. Lexmark shall have until May 9, 2014, to file its reply in support of the Motion. |

| | | |
|---|---|---|
| | | Signed by Judge Michael R. Barrett on 5/2/14. (eh) (Entered: 05/02/2014) |
| 05/09/2014 | 655 | Unopposed MOTION for Extension of Time to File Response/Reply as to 582 MOTION To Institute Contempt Proceedings To Determine Violation Of Permanent Injunction Order By Benigno Adeva And His Companies *And Memorandum in Support* New date requested 5/23/2014. by Plaintiff Lexmark International, Inc.. (Attachments: # 1 Text of Proposed Order) (Eidem Heinze, Audra) (Entered: 05/09/2014) |
| 05/14/2014 | 656 | ORDER granting 655 Motion for Extension of Time to File Response/Reply re 582 MOTION To Institute Contempt Proceedings To Determine Violation Of Permanent Injunction Order By Benigno Adeva And His Companies *And Memorandum in Support*; Replies due by 5/23/2014. Signed by Judge Michael R. Barrett on 5/14/14. (ba1) (Entered: 05/14/2014) |
| 05/23/2014 | 657 | Joint MOTION For Entry Of Stipulated Permanent Injunction And Stipulated Order For Contempt As To The Adeva Entities by Plaintiff Lexmark International, Inc.. (Attachments: # 1 Ex 1 - Stipulated Permanent Injunction, # 2 Ex 2 - Stipulated Order for Contempt) (Shull, Jason) (Entered: 05/23/2014) |
| 05/23/2014 | | NOTICE of Hearing on Motion re 578 MOTION for Default Judgment against Direct Billing and Memorandum in Support and 598 MOTION for Default Judgment against Zhuhai Aicon Image Co. Ltd. and Memorandum in Support; Please be aware that a Motion Hearing is set for 6/23/2014 at 02:00 PM in Courtroom 109 - Cincinnati before Judge Michael R. Barrett; Plaintiff's Counsel is responsible for notifying the Defendant of the date and time of this setting. (ba1) (Entered: 05/23/2014) |
| 05/29/2014 | 658 | NOTICE of Voluntary Dismissal as to Defendant Eco Service Sp. Z o.o. by Plaintiff Lexmark International, Inc. (Eidem Heinze, Audra) Modified to include defendant on 5/30/2014 (eh1). (Entered: 05/29/2014) |
| 05/29/2014 | 659 | NOTICE of Voluntary Dismissal as to Defendant Core Servicios Informaticos, S.L. by Plaintiff Lexmark International, Inc. (Eidem Heinze, Audra) Modified to include defendant on 5/30/2014 (eh1). (Entered: 05/29/2014) |
| 05/29/2014 | 660 | NOTICE of Voluntary Dismissal as to Defendant Interseroh Product Cycle GmbH by Plaintiff Lexmark International, Inc. (Eidem Heinze, Audra) Modified to include defendant on 5/30/2014 (eh1). (Entered: 05/29/2014) |
| 06/03/2014 | | NOTICE of Hearing: Please be aware that a Status Conference is set for 6/9/2014 at 04:45 PM by teleconference before Judge Michael R. Barrett; parties shall initiate contact with the Court by calling 513-564-7660 five minutes prior to 4:45 pm (ba1) (Entered: 06/03/2014) |

| | | |
|---|---|---|
| 06/09/2014 | | Minute Entry for proceedings held before Judge Michael R. Barrett: Status Conference held on 6/9/2014; Timothy Meece appeared for Plaintiff; David Kern appeared for Defendant Quality Cartridges; Glenn Bellamy and Andre Gibson appeared for Core Servicios Informaticos S.I. and Eco Service Sp. z o.o.; Edward O'Connor appeared for Impression Products; matter reported resolved; parties to provide entry. (ba1) Modified to correct party names on 6/10/2014 (jee). (Entered: 06/10/2014) |
| 06/17/2014 | 662 | STIPULATED PERMANENT INJUNCTION as to Benigno (Benny) Adeva; ACI Supplies, LLC; All Color Imaging, Inc.; ABD Office Machines, Inc. d/b/a ABD Office Machines, Inc., ABD Office Solutions, InkTonerDepot.com, ABD Office Solutions; and TonerBoss LLC d/b/a TonerOfEarth, TonerGreen, JustGreenStuff.com, Inkjet Universe, RoboToner, ColorToner Expert, TonerFarm. Signed by Judge Michael R. Barrett on 6/17/14. (ba1) (Entered: 06/17/2014) |
| 06/17/2014 | 663 | STIPULATED ORDER FOR CONTEMPT as to Benigno (Benny) Adeva; ACI Supplies, LLC; All Color Imaging, Inc.; ABD Office Machines, Inc. d/b/a ABD Office Machines, Inc., ABD Office Solutions, InkTonerDepot.com, ABD Office Solutions; and TonerBoss LLC d/b/a TonerOfEarth, TonerGreen, JustGreenStuff.com, Inkjet Universe, RoboToner, ColorToner Expert, TonerFarm. Signed by Judge Michael R. Barrett on 6/17/14. (ba1) (Entered: 06/17/2014) |
| 06/17/2014 | 664 | ORDER finding as moot 582 Motion to Institute Contempt Proceedings. Signed by Judge Michael R. Barrett on 6/17/14. (ba1) (Entered: 06/17/2014) |
| 06/23/2014 | 665 | Minute Entry for proceedings held before Judge Michael R. Barrett: Motion Hearing held on 6/23/2014 re 578 MOTION for Default Judgment against Direct Billing and Memorandum in Support filed by Lexmark International, Inc. and 598 MOTION for Default Judgment against Zhuhai Aicon Image Co. Ltd. and Memorandum in Support filed by Lexmark International, Inc; Counsel for plaintiff appeared; no appearance by defendants; motions to be granted; order to follow (Court Reporter Maryann Maffia, Official.) (ba1) (Entered: 06/23/2014) |
| 06/23/2014 | 666 | ORDER granting 578 Motion for Default Judgment against Direct Billing International Incorporated d/b/a Office Supply Outfitters. Signed by Judge Michael R. Barrett on 6/23/14. (ba1) (Entered: 06/23/2014) |
| 06/23/2014 | 667 | ORDER granting 598 Motion for Default Judgment against Zhuhai Aicon Image Co. Ltd. Signed by Judge Michael R. Barrett on 6/23/14. (ba1) (Entered: 06/23/2014) |
| 06/24/2014 | 668 | STIPULATED PERMANENT INJUNCTION as to Impression Products, Inc. Signed by Judge Michael R. Barrett on 6/23/14. (ba1) |

| | | |
|---|---|---|
| | | (Entered: 06/24/2014) |
| 06/24/2014 | 669 | ORDER granting 661 SEALED MOTION filed by Impression Products, Inc., Lexmark International, Inc. Signed by Judge Michael R. Barrett on 6/23/14. (ba1) (Entered: 06/24/2014) |
| 06/24/2014 | 670 | STIPULATED FINAL JUDGMENT. Signed by Judge Michael R. Barrett on 6/23/14. (ba1) (Entered: 06/24/2014) |
| 06/26/2014 | 671 | NOTICE OF APPEAL as to 670 Judgment by Defendant Impression Products, Inc.. Filing fee $ 505, receipt number 0648-4628231. (Attachments: # 1 Exhibit A) (O'Connor, Edward) (Entered: 06/26/2014) |

Case: 14-1617     Document: 1-2     Page: 99     Filed: 07/14/2014

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**CINCINNATI DIVISION**

LEXMARK INTERNATIONAL, INC.

    Plaintiff,

        v.

INK TECHNOLOGIES PRINTER SUPPLIES, LLC, ET AL.

    Defendants.

Civil Action No.
1:10-CV-564-MRB

## STIPULATED FINAL JUDGMENT

This matter is before the Court on Plaintiff Lexmark International, Inc.'s ("Lexmark's") and Defendant Impression Products, Inc.'s ("Impression's") Joint Motion For Entry Of Stipulated Order Regarding Supplementation Of Record, Limited Reconsideration To The Extent Necessary To Preserve Appellate Rights, For Non-Infringement With Respect To Toner Cartridges First Sold Inside The United States, For Infringement For Toner Cartridges First Sold Outside The United States, And For Entry Of Final Judgment ("Joint Motion"), and the Court having considered the Joint Motion and being otherwise sufficiently advised,

    **IT IS HEREBY FOUND, ORDERED, ADJUDGED** that:

    1.    Judgment is entered in favor of Lexmark and against Impression on Count I of Lexmark's Second Amended Complaint with respect to accused cartridges first sold outside of the United States.

    2.    Judgment is entered in favor of Impression and against Lexmark on Count I of Lexmark's Second Amended Complaint with respect to accused cartridges that are subject to the Return Program condition (*i.e.*, Return Program Cartridges) and first sold in the United States.

Case: 14-1617    Document: 1-2    Page: 100    Filed: 07/14/2014

3.      This Stipulated Entry of Final Judgment resolves all questions of liability as between Lexmark and Impression and is final, except for an accounting within the meaning of 28 U.S.C.§ 1292(c)(2).

4.      Any claims Lexmark may have against unidentified John Doe Defendants are hereby dismissed without prejudice.

5.      Subject to paragraph 3 *supra*, all claims against each of the named Defendants in this action are now resolved.

6.      This Stipulated Entry of Final Judgment is subject to any appeal that Impression or Lexmark may take based on the Court's Opinions and Orders of March 27, 2014 (ECF Nos. 615, 617), regarding whether Lexmark's United States patent rights are exhausted in (1) accused cartridges first sold outside of the United States and (2) accused cartridges that are subject to the Return Program condition (*i.e.*, Return Program cartridges) and first sold inside the United States.

7.      Lexmark and Impression make this Stipulated Entry of Final Judgment to promote judicial economy and expressly reserve all of their applicable rights (including all claims and defenses) on remand, if any.

Date: June 23, 2014                         s/ Michael R. Barrett
                                            United States District Judge

HAVING BEEN SEEN AND AGREED TO ON MAY 29 2014, by:

P. Douglas Barr (Ohio Bar No. 20868)        Edward F. O'Connor
Steven B. Loy                               *ADMITTED PRO HAC VICE*
Anthony J. Phelps                           THE ECLIPSE GROUP LLP
STOLL KEENON OGDEN PLLC                      2020 Main Street, Suite 600
300 West Vine Street, Suite 2100            Irvine, California 92614
Lexington, KY 40507                         Phone: (619) 239-4340

2

Telephone: (859) 231-3000
Facsimile: (859) 253-1093

William J. Hunter, Jr.
STOLL KEENON OGDEN PLLC
2000 PNC Plaza
500 West Jefferson Street
Louisville, KY 40202
Telephone: (502) 333-6000
Facsimile: (502) 333-6099

Timothy C. Meece
V. Bryan Medlock
Jason S. Shull
Audra Eidem Heinze
BANNER & WITCOFF LTD.
10 South Wacker Drive, Suite 3000
Chicago, Illinois 60606
Telephone: (312) 463-5000

*Attorneys for Plaintiff,*
*Lexmark International, Inc.*

Fax: (619) 239-0116
Email: efo@eclipsegrp.com

Crystal L. Maluchnik (0077875)
George H. Carr (0069372)
JANIK L.L.P.
3200 South Hill Blvd., Suite 300
Cleveland, Ohio 44147
440.838.7600
Fax: 440.838.7601
crystal.maluchnik@janiklaw.com
george.carr@janiklaw.com

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# CINCINNATI DIVISION

| | |
|---|---|
| **LEXMARK INTERNATIONAL, INC.** | **Case No. 1:10-CV-564-MRB** |
| **Plaintiff,** | **JUDGE MICHAEL BARRETT** |
| **v.** | |
| **INK TECHNOLOGIES PRINTER SUPPLIES, LLC, ET AL.** | **NOTICE OF APPEAL** |
| **Defendants.** | |

Notice is hereby given that Defendant Impression Products, Inc. ("Impression") hereby appeals to the United States Court of Appeals for the Federal Circuit from this Court's Stipulated Final Judgment dated and entered in this action on June 24, 2014 [Dkt. 670] a copy of which is attached hereto as Exhibit A.

Dated: June 26, 2014             Respectfully submitted,

*/s/ Edward F. O'Connor*
Edward F. O'Connor
*ADMITTED PRO HAC VICE*
THE ECLIPSE GROUP LLP
2020 Main Street, Suite 600
Irvine, California 92614
Phone: (619) 239-4340
Fax: (619) 239-0116
Email: efo@eclipsegrp.com

1

and


Crystal l. Maluchnik (0077875)
George h. Carr (0069372)
JANIK L.L.P.
3200 South Hill Blvd., Suite 300
Cleveland, Ohio 44147
440.838.7600
Fax: 440.838.7601
crystal.maluchnik@janiklaw.com
george.carr@janiklaw.com

*Attorneys for Defendant*
*Impressions Product, Inc.*

Case: 14-1617 Document: 12 Page: 104 Filed: 07/14/2014

## CERTIFICATE OF SERVICE

This is to confirm that a copy of the foregoing was electronically filed on June 26, 2014.

A true and accurate copy of the foregoing will be served electronically to designated

CM/ECF participant counsel through the Court's electronic filing system.

/s/ Edward F. O'Connor_____

*Attorney for Impression Products, Inc.*

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
CINCINNATI DIVISION

LEXMARK INTERNATIONAL, INC.

    Plaintiff,

        v.

INK TECHNOLOGIES PRINTER SUPPLIES, LLC, ET AL.

    Defendants.

Civil Action No.
1:10-CV-564-MRB

## STIPULATED FINAL JUDGMENT

    This matter is before the Court on Plaintiff Lexmark International, Inc.'s ("Lexmark's") and Defendant Impression Products, Inc.'s ("Impression's") Joint Motion For Entry Of Stipulated Order Regarding Supplementation Of Record, Limited Reconsideration To The Extent Necessary To Preserve Appellate Rights, For Non-Infringement With Respect To Toner Cartridges First Sold Inside The United States, For Infringement For Toner Cartridges First Sold Outside The United States, And For Entry Of Final Judgment ("Joint Motion"), and the Court having considered the Joint Motion and being otherwise sufficiently advised,

    **IT IS HEREBY FOUND, ORDERED, ADJUDGED** that:

    1.    Judgment is entered in favor of Lexmark and against Impression on Count I of Lexmark's Second Amended Complaint with respect to accused cartridges first sold outside of the United States.

    2.    Judgment is entered in favor of Impression and against Lexmark on Count I of Lexmark's Second Amended Complaint with respect to accused cartridges that are subject to the Return Program condition (*i.e.*, Return Program Cartridges) and first sold in the United States.

1

3.    This Stipulated Entry of Final Judgment resolves all questions of liability as between Lexmark and Impression and is final, ~~except for an accounting within the meaning of 28 U.S.C.§ 1292(c)(2)~~.

4.    Any claims Lexmark may have against unidentified John Doe Defendants are hereby dismissed without prejudice.

5.    Subject to paragraph 3 *supra*, all claims against each of the named Defendants in this action are now resolved.

6.    This Stipulated Entry of Final Judgment is subject to any appeal that Impression or Lexmark may take based on the Court's Opinions and Orders of March 27, 2014 (ECF Nos. 615, 617), regarding whether Lexmark's United States patent rights are exhausted in (1) accused cartridges first sold outside of the United States and (2) accused cartridges that are subject to the Return Program condition (*i.e.*, Return Program cartridges) and first sold inside the United States.

7.    Lexmark and Impression make this Stipulated Entry of Final Judgment to promote judicial economy and expressly reserve all of their applicable rights (including all claims and defenses) on remand, if any.

Date: June 23, 2014                          s/ Michael R. Barrett
_____                          _____
                                                  United States District Judge

HAVING BEEN SEEN AND AGREED TO ON MAY 29, 2014, by:

_____                          *Edward O'Connor w/pls.*

P. Douglas Barr (Ohio Bar No. 20868)          Edward F. O'Connor
Steven B. Loy                                  *ADMITTED PRO HAC VICE*
Anthony J. Phelps                              THE ECLIPSE GROUP LLP
STOLL KEENON OGDEN PLLC                   2020 Main Street, Suite 600
300 West Vine Street, Suite 2100              Irvine, California 92614
Lexington, KY 40507                            Phone: (619) 239-4340

Case: 14-1617    Document: 1-2    Page: 108    Filed: 07/14/2014

Telephone: (859) 231-3000
Facsimile: (859) 253-1093

Fax: (619) 239-0116
Email: efo@eclipsegrp.com

William J. Hunter, Jr.
STOLL KEENON OGDEN PLLC
2000 PNC Plaza
500 West Jefferson Street
Louisville, KY 40202
Telephone: (502) 333-6000
Facsimile: (502) 333-6099

Crystal L. Maluchnik (0077875)
George H. Carr (0069372)
JANIK L.L.P.
3200 South Hill Blvd., Suite 300
Cleveland, Ohio 44147
440.838.7600
Fax: 440.838.7601
crystal.maluchnik@janiklaw.com
george.carr@janiklaw.com

Timothy C. Meece
V. Bryan Medlock
Jason S. Shull
Audra Eidem Heinze
BANNER & WITCOFF LTD.
10 South Wacker Drive, Suite 3000
Chicago, Illinois 60606
Telephone: (312) 463-5000

*Attorneys for Plaintiff,*
*Lexmark International, Inc.*

3

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# CINCINNATI DIVISION

LEXMARK INTERNATIONAL, INC.

     Plaintiff,

        v.

INK TECHNOLOGIES PRINTER SUPPLIES, LLC, ET AL.

     Defendants.

Civil Action No.
1:10-CV-564-MRB

## ORDER ON JOINT MOTION FILED UNDER SEAL ON MAY 29, 2014

This matter is before the Court on the Joint Motion, filed under seal on May 29, 2014, by Plaintiff Lexmark International, Inc. ("Lexmark") and Defendant Impression Products, Inc. ("Impression Products"), for Entry of Stipulated Order Regarding Supplementation of Record, Limited Reconsideration to the Extent Necessary to Preserve Appellate Rights, for Non-Infringement with respect to Toner Cartridges First Sold Outside the United States, and for Entry of Final Judgment ("Joint Motion"). (Doc. 661).

**IT IS HEREBY FOUND, ORDERED, ADJUDGED** that:

1.     The Joint Motion is granted.

2.     In accordance with the Joint Motion, the district court record is hereby supplemented with the stipulations and agreements contained in the Joint Motion as well as the documents attached thereto (collectively, "the Supplemented Record").

3.     Lexmark's and Impression Products' joint motion for reconsideration—of the Court's order (Doc. 615) regarding Impression Products' Second Motion to Dismiss regarding the invalidity of Lexmark's Return Program under patent law—is granted based on the Supplemented Record.

4.      As stated in the Court's order, the "issue presented" in Impression Products' Second Motion to Dismiss was "whether the Return Program is invalid as a matter of law. Having considered the relevant caselaw and briefings of the parties, the Court finds that Lexmark's patent infringement [based on the Return Program] are barred as a matter of law by the doctrine of patent exhaustion and must be dismissed." (Doc. 615, p. 4).

5.      Based on the Supplemented Record, the following portion of the Court' order (Doc. 615, p. 11) is vacated.

> Lexmark does not allege that the authority of the sellers of the Return Program cartridges were restricted or conditioned in any way. In other words, the facts alleged by Lexmark do not suggest that the sellers had anything other than full authority to sell the Return Cartridges that practiced Lexmark's patents.

6.      After reconsidering Impression Products' Second Motion to Dismiss (Doc. 615) in view of the Supplemented Record, the Court again finds that Lexmark's patent infringement claims based on its Return Program are barred as a matter of law by the doctrine of patent exhaustion and must be dismissed based on the same analysis of patent law set forth in the Court's order of March 27, 2014.  (Doc. 615)

　
　

                                        s/Michael R. Barrett
Date: June 23, 2014                     MICHAEL R. BARRETT, Judge
                                        United States District Court