FORM 8.  Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Lexmark International, Inc.    v.   Ink Technologies Printer

No. 14-1617, 1619

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3.  Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se    [✓] As counsel for:   Lexmark International, Inc.
                                    Name of party

I am, or the party I represent is (select one):

[ ] Petitioner   [ ] Respondent   [ ] Amicus curiae   [✓] Cross Appellant
[ ] Appellant    [ ] Appellee     [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant    [ ] Respondent or appellee

My address and telephone are:

Name: Timothy C. Meece
Law firm: Banner & Witcoff, Ltd.
Address: 10 S. Wacker Drive, Suite 3000
City, State and ZIP: Chicago, Illinois 60606
Telephone: 312-463-5000
Fax #: 312-463-5001
E-mail address: tmeece@bannerwitcoff.com

Statement to be completed by counsel only (select one):

[✓] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[ ] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): September 13, 1996

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes    [✓] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

07.15.14                                    *Jim Meece* (signature)
Date                                        Signature of pro se or counsel

cc: _____

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of July, 2014, I electronically filed the foregoing Entry of Appearance of Timothy C. Meece using the Court's CM/ECF system, which will send notification to all registered users.

/s/ Timothy C. Meece