**FORM 8.  Entry of Appearance**

## UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Lexmark International, Inc.          v. Ink Technologies Printer

No. 14-1617, 1619

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3.  Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se          [✓] As counsel for:          Lexmark International, Inc.
                                                          Name of party

I am, or the party I represent is (select one):

[ ] Petitioner     [ ] Respondent     [ ] Amicus curiae     [✓] Cross Appellant

[ ] Appellant     [ ] Appellee     [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant     [ ] Respondent or appellee

My address and telephone are:

Name:                    Audra C. Eidem Heinze
Law firm:                Banner & Witcoff, Ltd.
Address:                 10 S. Wacker Drive, Suite 3000
City, State and ZIP:     Chicago, Illinois 60606
Telephone:               312-463-5000
Fax #:                   312-463-5001
E-mail address:          aheinze@bannerwitcoff.com

Statement to be completed by counsel only (select one):

[ ]  I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ]  I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[✓]  I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): August 27, 2010

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes     [✓] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

7/17/2014                                      s/ Audra C. Eidem Heinze
Date                                           Signature of pro se or counsel

cc: _____

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of July, 2014, I electronically filed the foregoing Entry of Appearance of Audra C. Eidem Heinze using the Court's CM/ECF system, which will send notification to all registered users.

/s/ Audra C. Eidem Heinze