**Form 9**

**FORM 9.  Certificate of Interest**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Lexmark International, Inc.   v. Ink Technologies Printer

No. 14-1617, -1619

# CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party) **Lexmark International, Inc.** certifies the following (use "None" if applicable; use extra sheets if necessary):

1. The full name of every party or amicus represented by me is:
Lexmark International, Inc.

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:
N/A

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:
None

4. ☑ The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:
See attachment

7/17/2014
Date

/s/ Audra C. Eidem Heinze
Signature of counsel

Audra C. Eidem Heinze
Printed name of counsel

Please Note: All questions must be answered
cc: _____

## **ATTACHMENT TO CERTIFICATE OF INTEREST**

  The names of all law firms and the partners or associates that appeared for Lexmark International, Inc. in the trial court or are expected to appear in this court are as follows:

BANNER & WITCOFF, LTD.
 Timothy C. Meece
 V. Bryan Medlock
 Matthew P. Becker
 Jason Shull
 Audra C. Eidem Heinze
 Neil C. Trueman

SIDLEY AUSTIN LLP
 Constantine Trela, Jr.
 Benjamin Beaton

STOLL KENNON OGDEN PLLC
 P. Douglas Barr
 William J. Hunter, Jr.
 Steven B. Loy
 Anthony J. Phelps

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of July, 2014, I electronically filed the foregoing Certificate of Interest using the Court's CM/ECF system, which will send notification to all registered users.

/s/ Audra C. Eidem Heinze