**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Lexmark International, Inc.    v.   Ink Technologies Printer

No. 14-1617, 1619

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se    [✔] As counsel for:    Lexmark International, Inc.
                                     Name of party

I am, or the party I represent is (select one):

[ ] Petitioner  [ ] Respondent  [ ] Amicus curiae  [✔] Cross Appellant
[ ] Appellant   [ ] Appellee    [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant    [ ] Respondent or appellee

My address and telephone are:

Name:              Jason S. Shull
Law firm:          Banner & Witcoff, Ltd.
Address:           10 S. Wacker Drive, Suite 3000
City, State and ZIP: Chicago, Illinois 60606
Telephone:         312-463-5000
Fax #:             312-463-5001
E-mail address:    jshull@bannerwitcoff.com

Statement to be completed by counsel only (select one):

[ ] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[✔] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): March 4, 2004

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes   [✔] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

7/18/2014                                  *[signature]*
  Date            Signature          nature of pro se or counsel

cc: _____

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of July, 2014, I electronically filed the foregoing Entry of Appearance for Jason S. Shull using the Court's CM/ECF system, which will send notification to all registered users.

/s/ Jason S. Shull