**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Lexmark International, Inc.　v.　Ink Technologies Printer

No. 14-1617, -1619

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se　　☑ As counsel for: Lexmark International, Inc.
　　　　　　　　　　　　　　　　　　Name of party

I am, or the party I represent is (select one):

☐ Petitioner　☐ Respondent　☐ Amicus curiae　☑ Cross Appellant
☐ Appellant　☐ Appellee　☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant　　☐ Respondent or appellee

My address and telephone are:

　　Name:　　　　　　　　Constantine L. Trela, Jr.
　　Law firm:　　　　　　Sidley Austin LLP
　　Address:　　　　　　One South Dearborn Street
　　City, State and ZIP:　Chicago, IL  60603
　　Telephone:　　　　　312-853-7000
　　Fax #:　　　　　　　312-853-7036
　　E-mail address:　　　ctrela@sidley.com

Statement to be completed by counsel only (select one):

☐ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☑ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 11/10/82

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☐ Yes　☑ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

　July 21, 2014　　　　　　　　　　/s/Constantine L. Trela, Jr.
　　　Date　　　　　　　　　　　　Signature of pro se or counsel

cc: _____

## CERTIFICATE OF SERVICE

     I hereby certify that on the 21st day of July, 2014, I electronically filed the foregoing Entry of Appearance of Constantine L. Trela, Jr. using the Court's CM/ECF system, which will send notification to all registered users.

                                      /s/ Constantine L. Trela, Jr.