**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Lexmark International, Inc.  v.  Ink Technologies Printer

No. 14-1617, 1619

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se   ☑ As counsel for:   Lexmark International, Inc.
                                Name of party

I am, or the party I represent is (select one):

☐ Petitioner   ☐ Respondent   ☐ Amicus curiae   ☑ Cross Appellant
☐ Appellant    ☐ Appellee     ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant   ☐ Respondent or appellee

My address and telephone are:

Name: V. Bryan Medlock, Jr.
Law firm: Banner & Witcoff, Ltd.
Address: 10 S. Wacker Drive, Suite 3000
City, State and ZIP: Chicago, Illinois 60606
Telephone: 312-463-5000
Fax #: 312-463-5001
E-mail address: bmedlock@bannerwitcoff.com

Statement to be completed by counsel only (select one):

☐ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☑ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 2/2/1970

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☐ Yes   ☑ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

7/21/2014                    /s/ V. Bryan Medlock, Jr.
Date                         Signature of pro se or counsel

cc: _____

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 21th day of July, 2014, I electronically filed the foregoing Entry of Appearance for V. Bryan Medlock, Jr. using the Court's CM/ECF system, which will send notification to all registered users.

/s/ V. Bryan Medlock, Jr.