**FORM 26. Docketing Statement**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

No. 14-1617, -1619

Lexmark International, Inc.
_____

v.

Ink Technologies Printer
_____

# DOCKETING STATEMENT

This Docketing Statement must be completed by all counsel and filed with the court within 14 days of the date of docketing. When the United States or its officer or agency is a party, this Docketing Statement must be completed by all counsel and filed with the court within 30 days of docketing. All questions must be answered or the statement will be rejected.

Name of the party you represent  Lexmark International, Inc.

Party is (select one)　　☐ Appellant/Petitioner　　☑ Cross-Appellant
　　　　　　　　　　　　☐ Appellee/Respondent　　☐ Intervenor

Tribunal appealed from and Case No. U.S. District Court for the Southern District of Ohio, 10-564

Date of Judgment/Order 6/24/2014; 3/27/2014　Type of Case patent infringement

Relief sought on appeal Affirmance of infringement judgment; reversal of non-infringement judgmen

Relief awarded below (if damages, specify)
Judgment of infringement and Stipulated Permanent Injunction enjoining infringement; judgment of non-infringement

Briefly describe the judgment/order appealed from
The district court entered a Stipulated Final Judgment finding infringement with respect to accused cartridges first sold outside of the U.S. and non-infringement with respect to accused cartridges subject to a Return Program condition and first sold in the U.S. based on prior rulings on motions to dismiss and joint motion for entry of stipulated order

**Form 26**

**FORM 26.  Docketing Statement (continued)**

Nature of judgment (select one)

☑ Final Judgment, 28 USC 1295

☐ Rule 54(b)

☐ Interlocutory Order (specify type) _____

☐ Other (explain; *see* Fed. Cir. R. 28(a)(5)) _____

Name and docket number of any related cases pending before this court plus the name of the writing judge if an opinion was issued
None

Brief statement of the issues to be raised on appeal
Whether the district court correctly decided that patent exhaustion is not a defense to infringement with respect to accused cartridges first sold outside of the U.S.; whether the district court erred in deciding that patent exhaustion is a defense to infringement with respect to accused cartridges subject to a Return Program condition and first sold in the U.S.

Have there been discussions with other parties relating to settlement of this case?

☑ Yes  ☐ No

If "yes," when were the last such discussions?

☐ Before the case was filed below?

☑ During the pendency of the case below?

☐ Following the judgment/order appealed from?

If "yes," were the settlement discussions mediated?  ☐ Yes  ☑ No

If they were mediated, by whom? _____

**FORM 26. Docketing Statement (continued)**

Do you believe that this case may be amenable to mediation?   ☐ Yes   ☑ No

If you answered no, explain why not
Lexmark does not believe the case is likely to be resolved at this time through mediation.  Prior discussions between the parties, although conducted in good faith, were unsuccessful and the parties remain far apart because the differences between them turn entirely upon purely legal questions, and nothing that has occurred since the prior discussions makes a negotiated resolution any more likely at this time.

Provide any other information relevant to the inclusion of this case in the court's mediation program.
None

I certify that I filed an original and one copy of this Docketing Statement with the Clerk of the United States Court of Appeals for the Federal Circuit and served a copy on counsel of record, this 23 day of July, 2014

by: CM/ECF
(manner of service)

Audra C. Eidem Heinze                    /s/ Audra C. Eidem Heinze
Name of Counsel                          Signature of Counsel

Law Firm  Banner & Witcoff, Ltd.

Address  10 S. Wacker Drive, Suite 3000

City, State, ZIP  Chicago, IL 60606

Telephone Number  312-463-5000

FAX Number  312-463-5001

E-mail Address  aheinze@bannerwitcoff.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 23[th] day of July, 2014, I electronically filed the foregoing Docketing Statement using the Court's CM/ECF system, which will send notification to all registered users.

/s/ Audra C. Eidem Heinze