**FORM 8.** Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Lexmark International, Inc. v. Ink Technologies Printer

No. 14-1617

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se  ☑ As counsel for: Impression Products, Inc.
Name of party

I am, or the party I represent is (select one):

☐ Petitioner  ☐ Respondent  ☐ Amicus curiae  ☐ Cross Appellant
☑ Appellant  ☐ Appellee  ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant  ☐ Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Edward F. O'Connor |
| Law firm: | The Eclipse Group LLP |
| Address: | 550 West C Street, Suite 2040 |
| City, State and ZIP: | San Diego, CA 92101 |
| Telephone: | (619) 239-4340 |
| Fax #: | (619) 239-0116 |
| E-mail address: | efo@eclipsegrp.com |

Statement to be completed by counsel only (select one):

☑ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 1993

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☐ Yes  ☑ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

| | |
|---|---|
| July 25, 2014 | /s/ Edward F. O'Connor |
| Date | Signature of pro se or counsel |

cc: Timothy C. Meece

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of July, 2014, I electronically filed the foregoing Entry of Appearance using the Court's CM/ECF system, which will send notification to all registered users.

/s/Edward F. O'Connor