FORM 9. Certificate of Interest

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Lexmark International, Inc.   v. Ink Technologies Printer

No. 14-1617

## CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party) Impression Products, Inc. certifies the following (use "None" if applicable; use extra sheets if necessary):

1.  The full name of every party or amicus represented by me is:

Impression Products, Inc.

2.  The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

None

3.  All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

None

4.  ☑ The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

Edward F. O'Connor
THE ECLIPSE GROUP LLP, 550 West C Street, Suite 2040, San Diego, CA 92101

July 25, 2014                              /s/ Edward F. O'Connor
       Date                                   Signature of counsel
                                           Edward F. O'Connor
                                           Printed name of counsel

Please Note: All questions must be answered
cc: Timothy C. Meece

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of July, 2014, I electronically filed the foregoing Certificate of Interest using the Court's CM/ECF system, which will send notification to all registered users.

/s/Edward F. O'Connor