**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Lexmark International, Inc.    v.   Ink Technologies Printer

No. 14-1617, -1619

# ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se   ☑ As counsel for:   Lexmark International, Inc.
                                Name of party

I am, or the party I represent is (select one):

☐ Petitioner   ☐ Respondent   ☐ Amicus curiae   ☑ Cross Appellant
☐ Appellant   ☐ Appellee   ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant   ☐ Respondent or appellee

My address and telephone are:

Name: Benjamin Beaton
Law firm: Sidley Austin LLP
Address: 1501 K Street, NW
City, State and ZIP: Washington, DC 20005
Telephone: 202-736-8344
Fax #: 202-736-8711
E-mail address: bbeaton@sidley.com

Statement to be completed by counsel only (select one):

☐ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☑ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 07/23/2014

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☑ Yes   ☐ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

8/8/14                         /s/ Benjamin Beaton
Date                           Signature of pro se or counsel

cc: _____

## CERTIFICATE OF SERVICE

      I hereby certify that on the 8th day of August, 2014, I electronically filed the foregoing Entry of Appearance of Benjamin Beaton using the Court's CM/ECF system, which will send notification to all registered users.

      /s/ *Benjamin Beaton*