**FORM 8.  Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Lexmark International, Inc.    v.  Ink Technologies Printer

No. 14-1617, 1619

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3.  Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se    [✔] As counsel for:    Lexmark International, Inc.
                                     Name of party

I am, or the party I represent is (select one):

[ ] Petitioner    [ ] Respondent    [ ] Amicus curiae    [✔] Cross Appellant

[ ] Appellant    [ ] Appellee    [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant    [ ] Respondent or appellee

My address and telephone are:

Name: Steven B. Loy
Law firm: Stoll Keenon Ogden PLLC
Address: 300 West Vine Street, Suite 2100
City, State and ZIP: Lexington, Kentucky 40507
Telephone: 859-231-3000
Fax #: 859-246-3678
E-mail address: steven.loy@skofirm.com

Statement to be completed by counsel only (select one):

[ ]  I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ]  I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[✔]  I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): July 29, 2014

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[✔] Yes    [ ] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

8/13/2014                           /s/Steven B. Loy
Date                                Signature of pro se or counsel

cc: _____

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of August, 2014, I electronically filed the forgoing Entry of Appearance of Steven B. Loy using the Court's CM/ECF system, which will send notification to all registered users.

/s/Steven B. Loy
Steven B. Loy