Nos. 2014-1617, -1619

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

———————

LEXMARK INTERNATIONAL, INC.,
      *Plaintiff-Cross Appellant*,

v.

INK TECHNOLOGIES PRINTER,
      *Defendant-Appellant.*

———————

Appeal from the United States District Court for the
Southern District of Ohio in Case No. 10-CV-564,
Judge Michael R. Barrett

———————

# CERTIFICATE OF COMPLIANCE WITH RULE 11(d) BY PLAINTIFF-CROSS APPELLANT LEXMARK INTERNATIONAL, INC.

———————

TIMOTHY C. MEECE
V. BRYAN MEDLOCK
JASON S. SHULL
AUDRA C. EIDEM HEINZE
BANNER & WITCOFF, LTD.
Ten South Wacker Drive
Suite 3000
Chicago, IL 60606
Telephone: (312) 463-5000
Facsimile: (312) 463-5001

CONSTANTINE L. TRELA, JR.
SIDLEY AUSTIN LLP
One South Dearborn St.
Chicago, IL 60603
Telephone: (312) 853-7293
Facsimile: (312) 853-7036
ctrela@sidley.com

STEVEN B. LOY
STOLL KEENON OGDEN PLLC
300 West Vine Street
Suite 2100
Lexington, KY
Telephone: (859) 231-3000
Facsimile: (859) 253-1093

BENJAMIN BEATON
SIDLEY AUSTIN LLP
1501 K STREET, NW
Washington, DC 20005
Telephone: (202) 736-8344
Facsimile: (202) 736-8711

*Counsel for Lexmark International, Inc.*

Pursuant to Federal Circuit Rule 11(d), Plaintiff-Cross Appellant Lexmark International, Inc. ("Lexmark") has reviewed the record and determined that the relevant portions of the record that are subject to the Protective Order entered in the District Court should remain protected on appeal. Lexmark hereby certifies compliance with Federal Circuit Rule 11(d).

    Respectfully submitted,

    /s/ Audra C. Eidem Heinze

| | |
|---|---|
| TIMOTHY C. MEECE | Constantine L. Trela, Jr. |
| V. BRYAN MEDLOCK | Benjamin Beaton |
| JASON S. SHULL | Sidley Austin llp |
| AUDRA C. EIDEM HEINZE | One South Dearborn St. |
| BANNER & WITCOFF, LTD. | Chicago, IL 60603 |
| TEN SOUTH WACKER DRIVE | Telephone: (312) 853-7293 |
| SUITE 3000 | Facsimile: (312) 853-7036 |
| CHICAGO, IL 60606 | ctrela@sidley.com |
| | bbeaton@sidley.com |

TELEPHONE: (312) 463-5000
FACSIMILE: (312) 463-5001
tmeece@bannerwitcoff.com
bmedlock@bannerwitcoff.com
jshull@bannerwitcoff.com
aheinze@bannerwitcoff.com

STEVEN B. LOY
STOLL KEENON OGDEN PLLC
300 WEST VINE STREET
SUITE 2100
LEXINGTON, KY
TELEPHONE: (859) 231-3000
FACSIMILE: (859) 253-1093
steven.loy@skofirm.com

*Counsel for Lexmark International, Inc.*

# CERTIFICATE OF INTEREST

Counsel for Plaintiff-Cross-Appellant certifies the following:

1. The full name of every party represented by me is:

   Lexmark International, Inc.

2. The name of the real party in interest represented by me is:

   Lexmark International, Inc.

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

   None

4. The names of all law firms and the partners or associates who appeared for Kimberly-Clark Worldwide, Inc. and Kimberly-Clark Global Sales, LLC in proceedings before the United States District Court for the Eastern District of Wisconsin, or are expected to appear in this Court, are:

SIDLEY AUSTIN LLP
Constantine L. Trela, Jr.; Benjamin Beaton

BANNER & WITCOFF LTD
Timothy C. Meece; V. Bryan Medlock; Matthew P. Becker; Jason Shull; Audra C. Eidem Heinze; Neil C. Trueman

STOLL KEENON OGEN PLLC
P. Douglas Barr; William J. Hunter, Jr.; Steven B. Loy; Anthony J. Phelps


DATE: August 28, 2014          /s/ Audra C. Eidem Heinze
                                  AUDRA C. EIDEM HEINZE

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of August, 2014, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Federal Circuit through the Court's CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

/s/ Audra C. Eidem Heinze
AUDRA C. EIDEM HEINZE