# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

_____

## LEXMARK INTERNATIONAL, INC.,
*Plaintiff-Cross-Appellant*,

v.

## INK TECHNOLOGIES PRINTER,
*Defendant-Appellant.*

_____

## 2014-1617, -1619

_____

Appeals from the United States District Court for the
Southern District of Ohio in Case No. 10-CV-564,
Judge Michael R. Barrett

## DEFENDANT-APPELLANT IMPRESSION PRODUCTS, INC.'S CERTIFICATE OF COMPLIANCE WITH FEDERAL CIRCUIT RULE 11(d)

_____

EDWARD F. O'CONNOR, ESQ.
THE ECLIPSE GROUP LLP
550 West C Street
Suite 2040
San Diego, CA 92101
(619) 239-4340

*Counsel for Defendant-Appellant*

Pursuant to Federal Circuit Rule 11(d), Defendant-Appellant Impression Products, Inc. ("Impression") has reviewed the record and determined that the relevant portions of the record that are subject to the Protective Order entered in the District Court should remain protected on appeal.  Impression hereby certifies compliance with Federal Circuit Rule 11(d).


Respectfully submitted,

Dated: August 28, 2014

/s/ Edward F. O'Connor
Edward F. O'Connor
THE ECLIPSE GROUP LLP
550 West C Street, Suite 2040
San Diego, California  92101
Tel:  619.239.4340
Fax:  619.239.0116
Email: efo@eclipsegrp.com


*Attorneys for Defendant-Appellant*
*Impression Products, Inc.*

## CERTIFICATE OF INTEREST

Counsel for Defendant-Appellant certifies the following:

1.      The full name of every party represented by me is:

        Impression Products, Inc.

2.      The name of the real party in interest represented by me is:

        None

3.      All parent corporations and any publicly held companies that own 10

percent or more of the stock of the party or amicus curiae represented by me are:

        None

4.      The names of all law firms and the partners or associates who appeared for

the party represented by me in the trial court or agency or are expected to appear in

this court are:

        Edward F. O'Connor
        THE ECLIPSE GROUP LLP

DATE:  August 28, 2014                    /s/ Edward F. O'Connor
                                          Edward F. O'Connor

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 28, 2014, the foregoing document was filed via the CM/ECF system and was served on all counsel of record by the CM/ECF system.

Dated:  August 28, 2014

/s/ Edward F. O'Connor
Edward F. O'Connor
THE ECLIPSE GROUP LLP
550 West C Street, Suite 2040
San Diego, California  92101
Tel:      619.239.4340
Fax:      619.239.0116
Email: efo@eclipsegrp.com

*Attorneys for Defendant-Appellee*
*Catheter Connection, Inc.*