

| | | | |
|---|---|---|---|
| SIDLEY AUSTIN LLP<br>ONE SOUTH DEARBORN STREET<br>CHICAGO, IL 60603<br>(312) 853 7000<br>(312) 853 7036 FAX | BEIJING<br>BOSTON<br>BRUSSELS<br>CHICAGO<br>DALLAS<br>GENEVA | HONG KONG<br>HOUSTON<br>LONDON<br>LOS ANGELES<br>NEW YORK<br>PALO ALTO | SAN FRANCISCO<br>SHANGHAI<br>SINGAPORE<br>SYDNEY<br>TOKYO<br>WASHINGTON, D.C. |
| ctrela@sidley.com<br>(312) 853 7293 | FOUNDED 1866 | | |

October 21, 2014

**Via ECF**

Adm. Daniel E. O'Toole
Circuit Executive & Clerk of Court
U.S. Court of Appeals for the Federal Circuit
717 Madison Place, N.W.
Washington, D.C. 20439

        Re:    Lexmark International, Inc. v. Impression Products, Inc.,
               Nos. 14-1617, -1619

Dear Admiral O'Toole:

    I am counsel for Lexmark International, Inc. in the above-referenced appeals. I respectfully request that you allow the filing of a corrected version of the opening brief filed yesterday in this matter.

    The brief as filed uses an incorrect citation format for four references to a transcript in the district court below. The proposed corrected version, which I will file separately via ECF, corrects these four citations, found on pages 10, 11, and 13. It also fixes small typographical errors found on pages ii, 29, and 49, and updates the cross-references to reflect changes in the pagination caused by these corrections. The corrected brief contains no substantive changes.

    Thank you for your consideration.

                                              Very truly yours,

                                             /s/ Constantine L. Trela, Jr.

                                             Constantine L. Trela, Jr.

CLT:car

cc: Edward F. O'Connor, Esq.