Nos. 14-1617, -1619

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

LEXMARK INTERNATIONAL, INC.,
*Plaintiff-Cross Appellant*,

v.

IMPRESSION PRODUCTS, INC.,
*Defendant-Appellant,*

QUALITY CARTRIDGES, INC., JOHN DOES, 1–20, BLUE TRADING LLC, EXPRINT INTERNATIONAL, INC., LD PRODUCTS, INC., PRINTRONIC CORPORATION, TESEN DEVELOPMENT (HONG KONG) CO. LTD., BENIGNO ADEVA AND HIS COMPANIES,
*Defendants.*

Appeals from the United States District Court for the
Southern District of Ohio in Case No. 10-CV-564
Judge Michael R. Barrett

## UNOPPOSED MOTION OF PLAINTIFF-CROSS APPELLANT LEXMARK INTERNATIONAL, INC. FOR ENLARGEMENT OF TIME TO FILE ITS REPLY BRIEF

TIMOTHY C. MEECE
V. BRYAN MEDLOCK, JR.
JASON S. SHULL
AUDRA C. EIDEM HEINZE
BANNER & WITCOFF, LTD.
Ten South Wacker Drive
Chicago, IL 60606
Telephone: (312) 463-5420
Facsimile:  (312) 463-5720
tmeece@bannerwitcoff.com

STEVEN B. LOY
STOLL KEENON OGDEN PLLC
300 W. Vine Street
Lexington, KY 40507

CONSTANTINE L. TRELA, JR.
SIDLEY AUSTIN LLP
One South Dearborn St.
Chicago, IL 60603
Telephone: (312) 853-7293
Facsimile: (312) 853-7036
ctrela@sidley.com

BENJAMIN J. BEATON
SIDLEY AUSTIN LLP
1501 K Street, NW
Washington, DC 20005

*Counsel for Lexmark International, Inc.*

Plaintiff-Cross Appellant Lexmark International, Inc., by its counsel, hereby moves this Court pursuant to Federal Rule of Appellate Procedure 26(b) for an extension of fourteen (14) days, from December 1, 2014, to December 15, 2014, to file its reply brief in this matter. In support of this motion, Lexmark states as follows:

1. This is an appeal from a final judgment in a patent infringement action. Judgment was entered on June 24, 2014. The appeal was docketed in this Court on July 14, 2014. Impression Products, Inc. filed its opening brief on September 5, 2014. Lexmark filed its opening brief on October 23, 2014. Impression filed its reply/response brief 20 days later, on November 12, 2014, making Lexmark's reply brief due on December 1, 2014.

2. Constantine L. Trela, Jr. is counsel for Lexmark and is primarily responsible for Lexmark's reply brief in this appeal. As detailed in Mr. Trela's attached declaration, Mr. Trela's professional commitments limit his ability to devote the necessary time to the preparation of Lexmark's reply brief. Moreover, it is expected that additional time will be required to prepare Lexmark's reply brief because of the need to respond to the amicus brief filed by the International Imaging Technology Council, Auto Care Association, and Automotive Parts Remanufacturers Association on November 19, 2014. For these reasons, Lexmark requires an extension of fourteen (14) days for the submission of its reply brief.

3. Neither Lexmark nor Impression has previously sought an extension of time to file their opening or reply briefs.

4. Counsel for Lexmark has conferred with counsel for Impression, who has indicated that Impression does not oppose the requested extension of time.

WHEREFORE, for the foregoing reasons, Plaintiff-Cross Appellant Lexmark International, Inc. respectfully requests that this Court grant an extension of fourteen (14) days, from December 1, 2014, to December 15, 2014, for Lexmark to file its reply brief in this appeal. A proposed order granting the relief requested is attached to this motion.

Dated: November 21, 2014

Respectfully submitted,

/s/ Constantine L. Trela, Jr.

TIMOTHY C. MEECE
V. BRYAN MEDLOCK, JR.
JASON S. SHULL
AUDRA C. EIDEM HEINZE
BANNER & WITCOFF, LTD.
Ten South Wacker Drive
Chicago, IL 60606
Telephone: (312) 463-5420
Facsimile: (312) 463-5720
tmeece@bannerwitcoff.com

CONSTANTINE L. TRELA, JR.
SIDLEY AUSTIN LLP
One South Dearborn St.
Chicago, IL 60603
Telephone: (312) 853-7293
Facsimile: (312) 853-7036
ctrela@sidley.com

STEVEN B. LOY
STOLL KEENON OGDEN PLCC
300 W. Vine Street
Lexington, KY 40507
Telephone: (859) 231-3000

BENJAMIN J. BEATON
SIDLEY AUSTIN LLP
1501 K Street, NW
Washington, DC 20005
Telephone: (202) 736-8344
Facsimile: (202) 736-8711

*Counsel for Lexmark International, Inc.*

# CERTIFICATE OF INTEREST

Counsel for Plaintiff-Cross Appellant certifies the following:

1. The full name of every party represented by me is:

   Lexmark International, Inc.

2. The name of the real party in interest represented by me is:

   Lexmark International, Inc.

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

   None

4. The names of all law firms and the partners or associates who appeared for Lexmark International, Inc. in proceedings before the United States District Court for the Southern District of Ohio, or are expected to appear in this Court, are:

SIDLEY AUSTIN LLP
Constantine L. Trela, Jr., Benjamin J. Beaton

BANNER & WITCOFF LTD
Timothy C. Meece, V. Bryan Medlock, Jason S. Shull, Audra C. Eidem Heinze, Matthew P. Becker, Neil C. Trueman

STOLL KEENON OGDEN PLLC
P. Douglas Barr, William J. Hunter, Jr., Steven B. Loy, Anthony J. Phelps


DATE: November 21, 2014          /s/ Constantine L. Trela, Jr.
                                 CONSTANTINE L. TRELA, JR.

# **DECLARATION OF CONSTANTINE L. TRELA, JR.**

CONSTANTINE L. TRELA, JR. declares:

1. I am counsel for Plaintiff-Cross Appellant Lexmark International, Inc. in Appeal Nos. 14-1617 & 14-1619. I am primarily responsible for the preparation of Lexmark's reply brief in these appeals.

2. I make this Declaration in support of Lexmark's unopposed motion for a 14-day extension of time to file its reply brief, from December 1, 2014 to December 15, 2014.

3. Defendant-Appellant Impression Products, Inc. filed its opening brief in its appeal on September 5, 2014. Lexmark filed its opening brief as cross-appellant and response brief as appellee on October 23, 2014; no extension of time was sought or obtained in connection with that brief. Impression filed its reply/response brief 20 days later, on November 12, 2014, making Lexmark's reply brief due on December 1, 2014. In addition, on November 19, 2014, the International Imaging Industry Council, Auto Care Association, and Automotive Parts Remanufacturers Association filed a brief as *amici curiae* in support of Impression Products as cross appellee. Thus, Lexmark's reply brief must address not only Impression's arguments in opposition to Lexmark's cross-appeal, but also the arguments of its *amici*.

4. In addition to the need to respond to two briefs, other professional commitments, as well as the Thanksgiving holiday, have limited and will continue to limit the time available for preparation of Lexmark's reply brief. For example, I am counsel for Microsoft Corporation in *Microsoft Corp. v. Motorola, Inc.*, No. 14-35393 (9th Cir.), and was responsible for filing Microsoft's brief as appellee on November 17, 2014; I am counsel for SynQor, Inc. in *SynQor, Inc. v. Artesyn Techs., Inc.* No. 2014-1459 (Fed. Cir.), and am responsible for filing SynQor's reply brief in this Court on November 25, 2014; and I am counsel for appellees AstraZeneca AB and affiliated companies in *AstraZeneca AB v. Apotex Corp.*, No. 2014-1221 (Fed. Cir.), and will be presenting the oral argument on AstraZeneca's behalf in this Court on December 1, 2014.

5. For these reasons, Lexmark requests an extension of 14 days, to December 15, 2014, to file its reply brief as cross appellant.

6. Counsel for Defendant-Appellant Impression Products, Inc. has indicated that Impression does not oppose this request.

/s/ Constantine L. Trela, Jr.

Nos. 14-1617, -1619

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

LEXMARK INTERNATIONAL, INC.,
      *Plaintiff-Cross Appellant*,

v.

IMPRESSION PRODUCTS, INC.,
      *Defendant-Appellant,*

QUALITY CARTRIDGES, INC., JOHN DOES, 1–20, BLUE TRADING LLC, EXPRINT INTERNATIONAL, INC., LD PRODUCTS, INC., PRINTRONIC CORPORATION, TESEN DEVELOPMENT (HONG KONG) CO. LTD., BENIGNO ADEVA AND HIS COMPANIES,
      *Defendants.*

Appeals from the United States District Court for the
Southern District of Ohio in Case No. 10-CV-564
Judge Michael R. Barrett

## ORDER

Based on the motion and supporting declarations filed by Plaintiff-Cross Appellant, it is

ORDERED that the time for filing Plaintiff-Cross Appellant's reply brief is extended to December 15, 2014.

FOR THE COURT

_____

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of November, 2014, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Federal Circuit through the Court's CM/ECF system.

Participants in this case who are registered CM/ECF users will be served by the appellate CM/ECF system.

/s/ Constantine L. Trela, Jr.

CONSTANTINE L. TRELA, JR.