NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LEXMARK INTERNATIONAL, INC.,**
*Plaintiff-Cross-Appellant,*

v.

**IMPRESSION PRODUCTS, INC.,**
*Defendant-Appellant,*

AND

**QUALITY CARTRIDGES, INC., JOHN DOES, 1-20, BLUE TRADING LLC, EXPRINT INTERNATIONAL, INC., LD PRODUCTS, INC., PRINTRONIC CORPORATION, TESEN DEVELOPMENT (HONG KONG) CO. LTD.,** AND **BENIGNO ADEVA AND HIS COMPANIES,**
*Defendants.*

---

2014-1617, -1619

---

Appeals from the United States District Court for the Southern District of Ohio in No. 1:10-cv-00564-MRB, Judge Michael R. Barrett.

---

**ON MOTION**

---

# ORDER

International Imaging Technology Council, Auto Care Association, and Automotive Parts Remanufacturers Association move for leave to file a brief amicus curiae. The motion is unopposed.

Because the motion is thus on consent, leave is not required and the brief is allowed. Fed. Cir. R. 29(c).

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s31