NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LEXMARK INTERNATIONAL, INC.,**
*Plaintiff - Cross-Appellant*

v.

**IMPRESSION PRODUCTS, INC.,**
*Defendant - Appellant*

**QUALITY CARTRIDGES, INC., JOHN DOES, 1-20, BLUE TRADING LLC, EXPRINT INTERNATIONAL, INC., LD PRODUCTS, INC., PRINTRONIC CORPORATION, TESEN DEVELOPMENT (HONG KONG) CO. LTD., BENIGNO ADEVA AND HIS COMPANIES,**
*Defendants*

---

14-1617

---

Appeal from the United States District Court for the Southern District of Ohio in case no. 1:10-cv-00564-MRB United States District Judge Michael R. Barrett

---

ON MOTION

Case: 14-1617    Document: 40    Page: 2    Filed: 11/24/2014

2  Lexmark International, Inc. v. Impression Products, Inc.

## O R D E R

Upon consideration of the Cross-Appellant's, Lexmark International, Inc., unopposed motion to extend time to file a reply brief until December 15, 2014,

IT IS ORDERED THAT:

The motion is granted.

           FOR THE COURT

November 24, 2014    /s/ Daniel E. O'Toole
           Daniel E. O'Toole
           Clerk of Court