**FORM 8.** Entry of Appearance

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

_____ v. _____

No. _____

**ENTRY OF APPEARANCE**

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

_____Pro Se   _____As counsel for:   _____
                                     Name of party

I am, or the party I represent is (select one):

_____Petitioner   _____Respondent   _____Amicus curiae   _____Cross Appellant

_____Appellant   _____Appellee   _____Intervenor

As amicus curiae or intervenor, this party supports (select one):

_____Petitioner or appellant   _____Respondent or appellee

My address and telephone are:

Name: _____
Law firm: _____
Address: _____
City, State and ZIP: _____
Telephone: _____
Fax #: _____
E-mail address: _____

Statement to be completed by counsel only (select one):

_____ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

_____ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

_____ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): _____

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

_____Yes   _____No

_____A courtroom accessible to the handicapped is required if oral argument is scheduled.

Nov. 24, 2014                           /s/ Seth D. Greenstein
_____                        _____
    Date                                Signature of pro se or counsel

cc: _____

## NAME OF PARTY (Attachment to Form 8)

International Imaging Technology Council, Auto Care Association, Automotive Parts Remanufacturers Association

# CERTIFICATE OF SERVICE

I certify that on November 25, 2014 the foregoing Notice of Appearance of Seth D. Greenstein was served on all parties or their counsel of record through the CM/ECF system.

/s/ Seth D. Greenstein
SETH D. GREENSTEIN
CONSTANTINE CANNON LLP
1001 Pennsylvania Ave., N.W.
Suite 1300N
Washington, D.C. 20004
(202) 204-3500

*Counsel for Amicus Curiae*

November 25, 2014