Nos. 14-1617, -1619

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

———————

LEXMARK INTERNATIONAL, INC.,
*Plaintiff-Cross Appellant*,

v.

IMPRESSION PRODUCTS, INC.,
*Defendant-Appellant,*

QUALITY CARTRIDGES, INC., JOHN DOES, 1–20, BLUE TRADING LLC, EXPRINT INTERNATIONAL, INC., LD PRODUCTS, INC., PRINTRONIC CORPORATION, TESEN DEVELOPMENT (HONG KONG) CO. LTD., BENIGNO ADEVA AND HIS COMPANIES,
*Defendants.*

———————

Appeals from the United States District Court for the
Southern District of Ohio in Case No. 10-CV-564
Judge Michael R. Barrett

———————

# FEDERAL CIRCUIT RULE 33
# JOINT STATEMENT OF COMPLIANCE

———————

Pursuant to Rule 33(a), Fed. Cir. R., Counsel for Plaintiff-Cross-Appellant, Lexmark International, Inc., and Counsel for Defendant-Appellant, Impression Products, Inc., have conferred, but were unable to reach agreement on the matters set forth in this appeal.

Respectfully submitted,

/s/Constantine L. Trela, Jr.
CONSTANTINE L. TRELA, JR.
SIDLEY AUSTIN LLP
One South Dearborn St.
Chicago, IL 60603
Telephone: (312) 853-7293
Facsimile: (312) 853-7036
ctrela@sidley.com

BENJAMIN J. BEATON
SIDLEY AUSTIN LLP
1501 K Street, NW
Washington, DC 20005
Telephone: (202) 736-8344
Facsimile: (202) 736-8711

TIMOTHY C. MEECE
V. BRYAN MEDLOCK, JR.
JASON S. SHULL
AUDRA C. EIDEM HEINZE
BANNER & WITCOFF, LTD.
Ten South Wacker Drive
Chicago, IL 60606
Telephone: (312) 463-5420
Facsimile: (312) 463-5720
tmeece@bannerwitcoff.com

/s/Edward F. O'Connor
EDWARD F. O'CONNOR
THE ECLIPSE GROUP LLP
2020 MAIN STREET, SUITE 600
IRVINE, CA 92614
TELEPHONE: (949) 851-5000
FACSIMILE:  (949) 851-5051
efo@eclipsegrp.com

*Counsel for Impression Products, Inc.*

STEVEN B. LOY
STOLL KEENON OGDEN PLLC
300 W. Vine Street
Lexington, KY 40507

*Counsel for Lexmark International, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of December, 2014, I caused the foregoing Federal Circuit Rule 33 Joint Statement of Compliance to be electronically filed with the Clerk of the Court for the United States Court of Appeals for the Federal Circuit through the Court's CM/ECF system.

/s/ Edward F. O'Connor