2014-1617, -1619

# United States Court of Appeals for the Federal Circuit

LEXMARK INTERNATIONAL, INC.,

*Plaintiff-Cross-Appellant*

*v.*

IMPRESSION PRODUCTS, INC.,

*Defendant-Appellant*

QUALITY CARTRIDGES, INC., JOHN DOES, 1-20, BLUE TRADING LLC, EXPRINT INTERNATIONAL, INC., LD PRODUCTS, INC., PRINTRONIC CORPORATION, TESEN DEVELOPMENT (HONG KONG) CO. LTD., and BENIGNO ADEVA AND HIS COMPANIES,

*Defendants.*

*Appeals from the United States District Court for the Southern District of Ohio in Case No. 1:10-CV-00564-MRB, Judge Michael R. Barrett*

## NOTICE OF CORRECTION TO JOINT APPENDIX

EDWARD F. O'CONNOR, ESQ.
THE ECLIPSE GROUP LLP
550 West C Street, Suite 2040
San Diego, California 92101
(619) 239-4340
*Counsel for Appellant*

DECEMBER 30, 2014

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

*Lexmark International, Inc. v. Ink Technologies Printer*, 2014-1617, -1619

## CERTIFICATE OF INTEREST

Counsel for the Appellant, Impression Products, Inc. certifies the following (use "None" if applicable; use extra sheets if necessary):

1. The full name of every party or amicus represented by me is:

      Impression Products, Inc.

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

      None

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

      None

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

      Edward F. O'Connor
      THE ECLIPSE GROUP LLP

| | |
|---|---|
| <u>December 30, 2014</u> | <u>/s/ Edward F. O'Connor</u> |
| Date | Edward F. O'Connor |
| | Counsel for Appellant |

Pursuant to the Practice Note to Federal Circuit Rule 32, Appellant files this Notice of Correction to the Joint Appendix dated December 23, 2014. This correction is necessary because the Joint Appendix inadvertently contained confidential materials subject to a protective order. To correct this issue two versions of the appendix will be refiled with the following changes:

1. Pages A2553-A2566 [Joint Stipulation (Doc No 661)] will be removed from the public version of the Joint Appendix

2. A statement regarding the confidential materials will be added to the table of contents for the public version of the Joint Appendix.

3. Pages A2553-A2566 [Joint Stipulation (Doc No 661)] will be marked confidential with brackets in the confidential version of the Joint Appendix.

4. The relevant protective order will be inserted in the confidential version.

5. The covers and certificates of service will be updated to reflect a corrected filing.

No changes or additions were made beyond those above listed needed to create two versions of the Joint Appendix.

Appellant respectfully requests that the Court remove the originally filed Joint Appendix and replace it with the concurrently filed corrected Confidential and Non-Confidential versions of the Joint Appendix.

Dated: December 30, 2014            /s/ Edward F. O'Connor
                                    EDWARD F. O'CONNOR, ESQ.

THE ECLIPSE GROUP LLP
550 West C Street, Suite 2040
San Diego, California 92101
(619) 239-4340
*Counsel for Appellant*

**United States Court of Appeals
for the Federal Circuit**

*Lexmark International, Inc. v. Ink Technologies Printer*, 2014-1617, -1619

**CERTIFICATE OF SERVICE**

I, John C. Kruesi, Jr., being duly sworn according to law and being over the age of 18, upon my oath depose and say that:

Counsel Press was retained by THE ECLIPSE GROUP LLP, Attorneys for Appellant to print this document. I am an employee of Counsel Press.

On **December 30, 2014** counsel for Appellant has authorized me to electronically file the foregoing **Notice of Correction to Joint Appendix** with the Clerk of Court using the CM/ECF System, which will serve via e-mail notice of such filing to all counsel registered as CM/ECF users, including any of the following:

| | |
|---|---|
| Timothy Colin Meece<br>(principal counsel)<br>Auda Carol Eidem Heinze<br>Bryan Medlock, Jr.<br>Jason S. Shull<br>Banner & Witcoff, Ltd.<br>Ten South Wacker Drive<br>Chicago, IL 60606<br>312-463-5420<br>tmeece@bannerwitcoff.com<br>aheinze@bannerwitcoff.com<br>bmedlock@bannerwitcoff.com<br>jshull@bannerwitcoff.com | Benjamin Beaton<br>Sidley Austin LLP<br>1501 K Street, NW<br>Washington, DC 20005<br>202-736-8000<br>bbeaton@sidley.com |

| | |
|---|---|
| Steven B. Loy | Constantine L. Trela, Jr. |
| Stoll Keenon Ogden, PLLC | Sidley Austin LLP |
| 300 West Vine Street, Suite 2100 | Bank One Plaza |
| Lexington, KY 40507-1380 | 1 South Dearborn Street |
| 859-231-3000 | Chicago, IL 60603 |
| steven.loy@skofirm.com | 312-853-7000 |
| | ctrela@sidley.com |

The corrected Joint Appendix (confidential and non-confidential versions) will also be e-filed today. Two paper corrected confidential copies will be emailed and the above counsel and mailed to the principal counsel on this date. The Joint Appendix was originally filed and served on December 23, 2014.

Upon acceptance by the Court of the e-filed document, six corrected confidential paper copies will filed with the Court within the time provided in the Court's rules.

December 30, 2014                              /s/ John C. Kruesi, Jr.
                                                Counsel Press