NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

LEXMARK INTERNATIONAL, INC.,
*Plaintiff-Cross-Appellant,*

**v.**

IMPRESSION PRODUCTS, INC.,
*Defendant-Appellant,*

AND

QUALITY CARTRIDGES, INC., JOHN DOES, 1-20, BLUE TRADING LLC, EXPRINT INTERNATIONAL, INC., LD PRODUCTS, INC., PRINTRONIC CORPORATION, TESEN DEVELOPMENT (HONG KONG) CO. LTD., AND BENIGNO ADEVA AND HIS COMPANIES,
*Defendants.*

2014-1617, -1619

Appeals from the United States District Court for the Southern District of Ohio in No. 1:10-cv-00564-MRB, Judge Michael R. Barrett.

**ON MOTION**

2  LEXMARK INTERNATIONAL, INC. v. IMPRESSION PRODUCTS, INC.

**O R D E R**

International Imaging Technology Council, Auto Care Association, and Automotive Parts Remanufacturers Association (Amici) move for leave to participate in oral argument, and requests the court to allot more than 15 minutes per side to the argument. The Amici parties state that Lexmark does not consent and intends to file an opposition.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is deferred to the merits panel assigned to hear this case.  A copy of this order, the motion and any responses shall be transmitted to the merits panel assigned to hear this case.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s21