NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LEXMARK INTERNATIONAL, INC.,**
*Plaintiff - Cross-Appellant*

v.

**IMPRESSION PRODUCTS, INC.,**
*Defendant - Appellant*

**QUALITY CARTRIDGES, INC., JOHN DOES, 1-20, BLUE TRADING LLC, EXPRINT INTERNATIONAL, INC., LD PRODUCTS, INC., PRINTRONIC CORPORATION, TESEN DEVELOPMENT (HONG KONG) CO. LTD., BENIGNO ADEVA AND HIS COMPANIES,**
*Defendants*

---

14-1617

---

Appeal from the United States District Court for the Southern District of Ohio in case no. 1:10-cv-00564-MRB United States District Judge Michael R. Barrett

---

ON MOTION

Per Curiam

O R D E R

Upon consideration of the Amici Curiae's, Automotive Parts Remanufacturers Association , International Imaging Technology Council, and Auto Care Association, motion to participate in oral argument.

IT IS ORDERED THAT:

The motion is denied.

                      FOR THE COURT

January 30, 2015        /s/ Daniel E. O'Toole
                                Daniel E. O'Toole
                                Clerk of Court

cc: Benjamin Beaton
Seth David Greenstein
Audra Carol Eidem Heinze
Steven B. Loy
Bryan Medlock Jr.
Timothy Colin Meece
Edward F. O'Connor
Jason Steven Shull
Constantine L. Trela Jr.