

| | | | |
|---|---|---|---|
| SIDLEY AUSTIN LLP<br>ONE SOUTH DEARBORN STREET<br>CHICAGO, IL 60603<br>(312) 853 7000<br>(312) 853 7036 FAX | BEIJING<br>BOSTON<br>BRUSSELS<br>CHICAGO<br>DALLAS<br>GENEVA | HONG KONG<br>HOUSTON<br>LONDON<br>LOS ANGELES<br>NEW YORK<br>PALO ALTO | SAN FRANCISCO<br>SHANGHAI<br>SINGAPORE<br>SYDNEY<br>TOKYO<br>WASHINGTON, D.C. |
| ctrela@sidley.com<br>(312) 853 7293 | FOUNDED 1866 | | |

March 9, 2015

**Via ECF**

Adm. Daniel E. O'Toole
Circuit Executive & Clerk of Court
U.S. Court of Appeals for the Federal Circuit
717 Madison Place, N.W.
Washington, D.C. 20439

      Re:    Re: *Lexmark International, Inc. v. Impression Products, Inc.*, Nos. 14-1617, -1619

Dear Admiral O'Toole:

      Oral argument in this case was held on March 6, 2015. During the argument, there was a discussion regarding the extent and scope of confidentiality of various portions of a stipulation in the Joint Appendix at A2554–66. For the convenience of the Court, the parties have agreed to jointly waive confidentiality with respect to these pages in the record. In the event that the Court has similar questions regarding any other record materials, please let us know, and the parties will do their best to assist the Court.

      The stipulation at A2554–66 is currently covered by a protective order issued by the U.S. District Court for the Southern District of Ohio. The parties will promptly contact the District Court to seek to remove the confidentiality designation for the cited pages. The parties do not expect that the District Court will have any issue with the parties agreeing to waive confidentiality of their own information. We will report back to this Court as soon as the de-designation has been accomplished.

                                    Very truly yours,

                                    /s/ Constantine L. Trela, Jr.

                                  Constantine L. Trela, Jr.

cc: Edward F. O'Connor, Esq.