**FORM 8.** Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Lexmark International, Inc.    v.   Ink Technologies Printer

No. 14-1617

AMENDED **ENTRY OF APPEARANCE**

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se    [✓] As counsel for:   Impression Products, Inc.
                                     Name of party

I am, or the party I represent is (select one):

[ ] Petitioner   [ ] Respondent   [ ] Amicus curiae   [ ] Cross Appellant
[✓] Appellant    [ ] Appellee     [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant    [ ] Respondent or appellee

My address and telephone are:

Name:              Edward F. O'Connor
Law firm:          AVYNO LAW, P.C.
Address:           6345 Balboa Blvd., Suite 190
City, State and ZIP:   Encino, CA 91316
Telephone:         818.654.8840
Fax #:             818.332.4205
E-mail address:    efo@avynolaw.com

Statement to be completed by counsel only (select one):

[✓] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[ ] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 1993

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes    [✓] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

April 13, 2015                    /s/ Edward F. O'Connor
     Date                         Signature of pro se or counsel

cc: Timothy C. Meece

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of April, 2015, I electronically filed the foregoing Amended Entry of Appearance using the Court's CM/ECF system, which will send notification to all registered users.

/s/Edward F. O'Connor