# EXHIBIT A

| OEM Family | Lexmark Cartridge Family Equivalent |
|---|---|
|  | E220 |
|  | E230, E232, E234, E238, E330 |
|  | E230, E232, E234, E238, E330 |
|  | E230, E232, E234, E238, E330 |
|  | E230, E232, E234, E238, E330 |
|  | E230, E232, E234, E238, E330, E332, E340, E342 |
|  | E230, E232, E234, E238, E330, E332, E340, E342 |
|  | E250, 350, 352, 450 |
|  | E250, 350, 352, 450 |
|  | E250, 350, 352, 450 |
|  | E250, 350, 352, 450 |
|  | E250, 350, 352, 450 |
|  | E260, E360, E460, X460 |
|  | E460, X460 |
|  | E260 |
|  | E260, E360 |
|  | X460 |
|  | E460 |
|  | E260, E460 |
|  | E320,E321,E322,E323 |
|  | E320,E321,E322,E323 |
|  | T520, T522 |
|  | T520, T522 |
|  | T520, T522 |
|  | T520, T522 |
|  | T520, T522 |
|  | T620, T622 |
|  | T620, T622 |
|  | T620, T622 |
|  | T620, T622 |
|  | T620, T622 |
|  | T630, T632, T634 |
|  | T630, T632, T634 |
|  | T630, T632, T634 |

**A2569**

| | |
|---|---|
| ▓ | T630, T632, T634 |
| ▓ | T630, T632, T634 |
| ▓ | T640, T642, T644 |
| ▓ | T640, T642, T644 |
| ▓ | T640, T642, T644 |
| ▓ | T640, T642, T644 |
| ▓ | T640, T642, T644 |
| ▓ | T650, T652, T654, T656, X650 |
| ▓ | T650, T652, T654, T656, X651 |
| ▓ | T650, T652, T654, T656, X652 |
| ▓ | T650, T652, T654, T656, X653 |
| ▓ | T650, T652, T654, T656, X654 |
| ▓ | T650, T652, T654, T656, X655 |
| ▓ | T650, T652, T654, T656, X656 |