# EXHIBIT B



**RETURN EMPTY CARTRIDGE TO LEXMARK FOR RECYCLING**

Please read before opening. Opening this package or using the patented cartridge inside confirms your acceptance of the following license agreement. This patented Return Program cartridge is sold at a special price subject to a restriction that it may be used only once. Following this initial use, you agree to return the empty cartridge only to Lexmark for recycling. If you don't accept these terms, return the unopened package to your point of purchase. A regular price cartridge without these terms is available.

⚠️

**DEVUELVA EL CARTUCHO VACÍO A LEXMARK PARA SU RECICLAJE Y REUTILIZACIÓN**

A2571



A2572



A2573

## RETURN EMPTY CARTRIDGE TO LEXMARK FOR RECYCLING

Please read before opening. Opening this package or using the patented cartridge inside confirms your acceptance of the following license agreement. This patented Return Program cartridge is sold at a special price subject to a restriction that it may be used only once. Following this initial use, you agree to return the empty cartridge only to Lexmark for recycling. If you don't accept these terms, return the unopened package to your point of purchase. A regular price cartridge without these terms is available.



## DEVUELVA EL CARTUCHO VACÍO A LEXMARK PARA SU RECICLAJE Y REUTILIZACIÓN

Léase antes de abrir. La apertura de esta caja o la utilización del cartucho patentado que se encuentra en su interior confirma la aceptación de las siguientes condiciones: Este cartucho Retornable ha sido vendido a un precio especial sujeto a la restricción de ser utilizado una sola vez, y que una vez utilizado deberá ser devuelto para su reutilización y reciclaje a Lexmark únicamente. En caso de no aceptar estas condiciones, devuelva sin abrir este producto al proveedor donde lo adquirió. Existen disponibles cartuchos a precios normales que no están sujetos a dichas condiciones.



## DEVOLVA O CARTUCHO VAZIO À LEXMARK PARA RECONDICIONAMENTO E RECICLAGEM

Leia cuidadosamente antes de abrir. A abertura desta embalagem ou a utilização do cartucho patenteado em seu interior confirma sua aceitação do contrato de licença a seguir. Este cartucho patenteado do Programa de devolução é vendido por um preço especial sujeito a uma restrição de que ele pode ser usado apenas uma vez. Depois de sua utilização inicial, você concorda em retornar o cartucho vazio somente para a Lexmark para remanufatura e reciclagem. Se você não aceita essas condições, devolva a embalagem sem abri-la ao seu ponto de compra. Um cartucho com preço normal, sem essas condições, está disponível.



## RENVOYEZ VOTRE CARTOUCHE VIDE A LEXMARK POUR RECYCLAGE ET RECONDITIONNEMENT

Veuillez lire les instructions avant de procéder à l'ouverture. L'ouverture de cet emballage ou l'utilisation de la cartouche brevetée qu'il renferme implique que vous acceptez l'accord de licence suivant. Cette cartouche brevetée du Programme de retour est commercialisée à la condition qu'elle ne serve qu'une seule fois. Une fois la cartouche vide, retournez-la uniquement à Lexmark pour recyclage et reconditionnement. Si vous n'acceptez pas les termes de ce contrat, retournez le produit dans son emballage non ouvert à l'endroit où vous l'avez acheté. Une cartouche à prix normal, non soumise à ces conditions, est également disponible.



## 返回空鼓粉盒给Lexmark用于再生产和回收

在打开前请先阅读。打开此包装箱或使用箱内的专利鼓粉盒即表示您接受下列许可协议。在仅限一次 性使用的条件下，此专利回收计划鼓粉盒以特殊价格出售。在初次使用后，您同意将空鼓粉盒仅返回 给Lexmark用于再生产和回收。如果您不接受这些条款，请将未打开的包装箱返回给您的购买点。您可以购买不带这些条款的正常价格鼓粉盒。



## KEMBALIKAN KARTRID KOSONG KE LEXMARK UNTUK DIPRODUKSI ULANG DAN DIDAUR ULANG

Mohon dibaca sebelum membuka. Dengan membuka kemasan ini atau menggunakan cartridge yang dipatenkan didalam kotak ini mengkonfirmasikan persetujuan Anda atas perjanjian lisensi sebagai berikut. Program Pengembalian cartridge yang dipatenkan yang dijual dengan produk ini memberikan pembatasan penggunaan cartridge tersebut hanya satu kali saja. Dengan mematuhi peraturan penggunaan ini, anda menyetujui untuk mengembalikan cartridge yang sudah kosong hanya ke Lexmark untuk di remanufaktur atau daur ulang. Lexmark memberikan label pengembalian pra-bayar disetiap kemasan pengganti. Jika Anda tidak dapat menerima kondisi ini, jangan membuka kemasan ini dan kembalikanlah ketempat Anda membeli produk ini.

A2574