# EXHIBIT E



# Supplies Marketing Bulletin

**February 13, 2006**

# Announcing Supplies for Lexmark E120n Monochrome Laser Printer

**Lexmark's E120n supplies offer affordable printing in a compact size.**

## LEXMARK™

740 West New Circle Road, Lexington, KY 40550
Lexmark and Lexmark with diamond design are trademarks of Lexmark
International, Inc., registered in the United States and/or other countries.

**www.lexmark.com**

CONFIDENTIAL - OUTSIDE COUNSEL ONLY
LEX 06-022                    Lexmark Confidential Until Announce

A2849

**Announcing Lexmark E120n Supplies**                                              **2**

## Supplies Part Numbers and Compatibility

| Part Number | Description | Yield | E120n |
|---|---|---|---|
| 12015SA | Return Program Toner Cartridge | 2,000 pages* | • |
| 12035SA | Toner Cartridge | 2,000 pages* | • |
| 12026XW | Photoconductor Kit | Up to 25,000 pages** | • |
| 70X7240 | Lexmark Laser Printer Transparencies (letter) | 1 box of 50 sheets | • |
| 12A5010 | Lexmark Laser Printer Transparencies (A4) | 1 box of 50 sheets | • |

\*    Average cartridge yield 2,000 standard pages.  Declared yield value stated in accordance with ISO/IEC 19752.
\*\*    Up to 25,000 pages based on approximately 5% coverage (on letter/A4 plain paper, with an average of 3 pages per job, in an average class B environment)

## Hardware Overview

The Lexmark E120n, continues Lexmark's tradition of offering reliable and versatile products for the home office, small- and medium-size business (SMB), and large enterprise desktop printing needs.  This new printer includes 16MB SDRAM memory, 1200 image quality printing and a paper tray capacity of up to 150 sheets of plain paper.

The Lexmark E120n is an affordable printer with a compact size and smart features.

The Lexmark E120n printer includes a 500-page*** Starter Return Program Toner Cartridge and a Photoconductor Kit with a rated life of 25,000 pages**.  In addition, the E120n printer can offer up to 50 percent toner savings.
\*\*\*    Average cartridge yield 500 standard pages.  Declared yield value stated in accordance with ISO/IEC 19752..

## Supplies Overview

Lexmark supplies are designed for the highest quality output, page after page, at an affordable price.

**Affordable.**
The Lexmark E120n two-piece supplies system offers great results.  Lower toner cartridge prices mean more affordable printing and a lower cost per page.

**Long-lasting.**
Print up to 25,000 pages** with the long-life photoconductor kit.

**Compact.**
The toner cartridge is packaged to fit small spaces which leaves more storage room open for other supplies.

### Return Program Cartridges

The Lexmark E120n toner cartridges are available in Return Program or regular versions.

Return Program cartridges are sold at a discount (versus the price of the corresponding regular cartridge) in exchange for the customer's agreement to use the cartridge only once and return it only to Lexmark for remanufacturing or recycling.  By selling this Return Program cartridge, you, our reseller, likewise are agreeing to comply with these terms and conditions – to return an empty Return Program cartridge only to Lexmark if one comes into your possession.

Regular cartridges without this agreement are also available for customers who do not choose the Return Program cartridge and its terms.

### Empty Cartridge Returns

Used Lexmark cartridges should be returned to Lexmark for appropriate remanufacturing and recycling, at no cost to the customer, through the Lexmark Cartridge Collection Program.  Customers can return spent cartridges either directly to Lexmark or through participating Authorized Lexmark Resellers.

### Returns direct from customers to Lexmark

Free shipping is as easy as 1, 2, 3!  Customers in the continental United States should:

1. Repackage the empty cartridge in the box from the replacement cartridge.  The box top includes tabs that tuck in to secure the box closed.  No tape is needed.

## Announcing Lexmark E120n Supplies                                                    3

2. Complete the return address on the shipping label provided and attach the label to the carton.

3. Drop the package off at an authorized UPS shipping center or give to a UPS carrier during the next UPS delivery.

Customers in Alaska and Hawaii should visit www.lexmark.com/recycle to print a postage-paid US Postal Service label. This convenient e-return service is available anytime, for customers anywhere in the US. Customers without web access may call 1-800-LEXMARK (800-539-6275), ext.108.

For free empty cartridge returns in other countries, customers should visit www.lexmark.com/recycle and select their home country.

**Returns through participating Authorized Resellers**
See details about the Authorized Lexmark Resellers Empty Cartridge Collection Program in the LEX 043-096 announcement, dated July, 7, 2004, which contains revised terms and conditions for the program.

## Pricing

| Part Number | Description | UPC | MSRP[1] | Reseller Price | Minimum Reseller Quantity |
|---|---|---|---|---|---|
| 12015SA | Return Program Toner Cartridge | 7-34646-25532-5 | | | 1 each |
| 12035SA | Toner Cartridge | 7-34646-25537-0 | | | 1 each |
| 12026XW | Photoconductor Kit | 7-34646-25536-3 | | | 1 each |
| 70X7240 | Lexmark Laser Printer Transparencies, letter | 7-34646-03810-2 | | | 1 box |
| 12A5010 | Lexmark Laser Printer Transparencies, A4 | 7-34646-13899-4 | | | 1 box |

[1] MSRP Manufacturer's Suggested Retail Price (MSRP): This price is Lexmark's suggested resale price and is subject to change without notice. This price is for information purposes only. Lexmark's and our Resellers' prices may vary.

## Technical Information
**Toner Cartridge (PN 12015SA and 12035SA)**
- Yield: Up to 2,000 pages*
- Compatible with the Lexmark E120n printer
- Warranty: Limited Lifetime
- Estimated Average Annual Usage: 3-4 each
- Made in Mexico or China

**Photoconductor Kit (PN 12026XW)**
- Yield: up to 25,000 pages**
- Compatible with the Lexmark E120n printer
- Warranty: Limited Lifetime
- Estimated Average Annual Usage: 0-1 each
- Made in China.

**Starter Toner Cartridge**
- Yield: Up to 500 pages***
- Included with the Lexmark E120n printer.
- Not for resale
- Made in China

\*    Average cartridge yield 2,000 standard pages. Declared yield value stated in accordance with ISO/IEC 19752.

\*\*    Up to 25,000 pages based on approximately 5% coverage (on letter/A4 plain paper, with an average of 3 pages per job, in an average class B environment)

\*\*\*    Average cartridge yield 500 standard pages. Declared yield value stated in accordance with ISO/IEC 19752.

CONFIDENTIAL - OUTSIDE COUNSEL ONLY

**Announcing Lexmark E120n Supplies**                                                                            **4**

## Supplies Packaging and Shipping Information

| | Length | Width | Height | Weight |
|---|---|---|---|---|
| **Lexmark Toner Cartridge   (12015SA and 12035SA)** | | | | |
| 1 cartridge (1 each) | 13.78 in. (350 mm) | 3.27 in. (83 mm) | 7.87 in. (200 mm) | 2.018 lb. (0.916 kg) |
| 1 pallet (175 each) | 48.0 in. (1,219 mm) | 40.0 in. (1,016 mm) | 49.02 in. (1,245 mm) | 388 lb. (176 kg) |
| **Lexmark Photoconductor Kit (12026XW)** | | | | |
| 1 photoconductor (1 each) | 15.39 in. (391 mm) | 4.69 in. (119 mm) | 3.94 in. (100 mm) | 1.216 lb. (0.552 kg) |
| 1 photoconductor overpack (12 kits) | 18.9 in. (479 mm) | 15.4 in. (391 mm) | 11.6 in. (295 mm) | 15.6 lb. (7.09 kg) |
| 1 pallet (216 each) | 48 in. (1,219.2 mm) | 40.0 in. (1,016 mm) | 40.75 in. (1,248.7 mm) | 284.26 lb. (128.9 kg) |
| **Lexmark Laser Printer Transparencies (letter)   (70X7240)** | | | | |
| 1 box of 50 transparencies | 11.5 in. (292 mm) | 9 in. (229 mm) | 0.75 in. (19 mm) | 1.2 lb. (0.54 kg) |
| 1 shipping overpack (5 boxes) | 11.8 in. (300 mm) | 9.3 in. (235 mm) | 4.3 in. (109 mm) | 6.65 lb. (3.02 kg) |
| 1 pallet (765 boxes) | 48 in. (1,219 mm) | 40 in. (1,016 mm) | 46.9 in. (1,191 mm) | 991 lb. (449.9 kg) |
| **Lexmark Laser Printer Transparencies (A4)   (12A5010)** | | | | |
| 1 box of 50 transparencies | 12.3 in. (312 mm) | 8.75 in. (22 mm) | 0.5 in. (12.7 mm) | 1.25 lb. (0.57 kg) |
| 1 shipping overpack (5 boxes) | 12.6 in. (320 mm) | 9 in. (229 mm) | 4.1 in. (104 mm) | 6.9 lb. (3.14 kg) |
| 1 pallet (720 boxes) | 48 in. (1,219 mm) | 40 in. (1,016 mm) | 46.9 in. (1,191 mm) | 1,035 lb. (469.89 kg) |

## Administrative Information

### Ordering Information

Reseller customer support is provided by the Lexmark Customer Management Center (CMC).  Orders may be entered through EDI (Electronic Data Interchange) or sent by mail or fax to:

> Lexmark International, Inc.
> Order Management Center
> P.O. Box 11427
> Lexington, KY  40575-1427

### Order Entry

Telephone:  1-800-292-5885
Fax:  1-800-232-9539

### Accounts Receivable

Telephone:  1-800-847-4778
Fax:  1-800-732-9539

### Hours of Operation

Monday through Friday, 8 a.m. to 6 p.m., Eastern time

## Terms and Conditions

### Returns Policy

Supply products are eligible for returns according to the Product Returns section, covering supplies returns, of Lexmark's Authorized Dealer and Distributor Agreements.  Return authorization will be handled according to the Lexmark Returns Policy. A copy of the form is included as Attachment A.

### Lexmark Channels

These products are available to Lexmark resellers under the terms of Lexmark's Authorized Dealer and Distributor Agreements.

## Warranty Service

The items listed in this letter are considered supplies and must be returned before Lexmark processes any supplies warranty claim.  Please refer to Announcement Letter LEX 04-034 dated February 27, 2004.

## Trademarks

Lexmark and Lexmark with diamond design are trademarks of Lexmark International, Inc.

All other trademarks are the properties of their respective owners.



# Supplies Marketing Bulletin

September 3, 2003

## Announcing the Supplies for the Lexmark E220 Monochrome Laser Printer

**Lexmark International, Inc., is announcing supplies for the Lexmark E220 monochrome laser printer.**



# LEXMARK™

740 West New Circle Road, Lexington, KY 40550
Lexmark and Lexmark with diamond design are trademarks of Lexmark
International, Inc., registered in the United States and/or other countries.

CONFIDENTIAL - OUTSIDE COUNSEL ONLY
LEX 03-184                    Lexmark A2853 ntial Until Announce

# Announcing Lexmark E220 Supplies

## Supplies Part Numbers

| Part Number | Description | Yield** |
|---|---|---|
| 12S0300 | Lexmark E220 Print Cartridge | 2,500 pages |
| 12S0400 | Lexmark E220 Return Program Print Cartridge | 2,500 pages |
| 70X7240* | Lexmark Laser Printer Transparencies (letter) | |
| 12A5010* | Lexmark Laser Printer Transparencies (A4) | |

* existing part number
** at approximately 5% coverage

## Hardware Overview

Today Lexmark introduces a new desktop laser printer: the Lexmark E220. This affordable printer provides personal and home office users with professional looking documents and business-class performance in a printer that's easy to use. The Lexmark E220 includes a 1,500-page* starter Return Program Print Cartridge.

*at approximately 5% coverage

## Supplies Overview
### Quality Promise

Lexmark supplies are built around the promise of True Image Always. Our genuine supplies, used together with the Lexmark E220, deliver the highest performance and quality available.

**True** – E220 supplies are exclusively designed for the components and features of the E220. Genuine Lexmark supplies ensure reliable performance and unparalleled quality.

**Image** – At Lexmark, we believe in making great impressions. That's why our supplies are engineered to create documents with the crispness and quality to meet your highest professional standards.

**Always** – Backed by over a decade of printing innovation, we stand behind the dependable performance of our supplies -- 100%!

### Design

The single-element design makes installation a snap. As with all Lexmark supplies, E220 cartridges are designed for the highest quality output, page after page.

### Compatibility

The Lexmark E220 cartridges also work with Lexmark E321 and E323 printers.

## Return Program Cartridges

E220 cartridges are available in Return Program or regular versions.

The E220 Return Program Print Cartridge is sold at a discount (versus the price of regular E220 Print Cartridge) in exchange for the customer's agreement to use the cartridge only once and return it only to Lexmark for remanufacturing or recycling. By selling this Return Program cartridge, you, our reseller, likewise are agreeing to comply with these terms and conditions – to return an empty Return Program cartridge only to Lexmark if one comes into your possession.

Regular cartridges without this agreement are also available for customers who do not choose the Return Program cartridge with its terms.

## Empty Cartridge Returns

Used Lexmark cartridges should be returned to Lexmark for appropriate remanufacturing and recycling, at no cost to the customer, through the Lexmark Cartridge Collection Program (LCCP) or through Authorized Lexmark Resellers participating in the Authorized Reseller Empty Cartridge Collection Program as part of LCCP.

## Lexmark Cartridge Collection Program

The Lexmark Cartridge Collection Program offers a free and simple way to return empty cartridges directly to Lexmark for recycling and remanufacturing.

Free shipping in the continental states is as easy as 1...2...3...! Customers should:

1. Repackage the empty cartridge in the box from the new replacement cartridge and seal it with clear packing tape.
2. Complete the return address information on the provided shipping label and apply the label to the carton.

CONFIDENTIAL - OUTSIDE COUNSEL ONLY
Lexmark Confidential Until Announce

# Announcing Lexmark E220 Supplies                                3

3. Drop the package off at an authorized UPS shipping center or give to a UPS carrier during the next UPS delivery.

For free shipping in all 50 states customers should visit www.lexmark.com/LCCP to print a US Postal Service label. This convenient e-return service is available anytime. Customers without web access may call 1-800-LEXMARK (800-539-6275), ext.108.

For free empty cartridge returns in other countries, customers should visit www.lexmark.com/LCCP and select their home country.

## Pricing

| Part Number | Description | UPC | MSRP[1] | Reseller Price | Minimum Reseller Quantity |
|---|---|---|---|---|---|
| 12S0300 | Lexmark E220 Print Cartridge | 7-34646-38781-1 | | | 1 each |
| 12S0400 | Lexmark E220 Return Program Print Cartridge | 7-34646-38780-4 | | | 1 each |
| 70X7240 | Lexmark Laser Printer Transparencies, letter | 7-34646-03810-2 | | | 1 box |
| 12A5010 | Lexmark Laser Printer Transparencies, A4 | 7-34646-13899-4 | | | 1 box |

[1] MSRP  Manufacturer's Suggested Retail Price (MSRP): This price is Lexmark's suggested resale price and is subject to change without notice. This price is for information purposes only. Lexmark's and our Resellers' prices may vary.

## Technical Information

Lexmark E220 Print Cartridge and Return Program Print Cartridge

- Yield: 2,500 pages at approximately 5% coverage
- Warranty:  Limited Lifetime
- Estimated Average Annual Usage: 1 each
- Made in Korea

**Lexmark E220 starter Return Program Print Cartridge**

- Yield: 1,500 pages at approximately 5% coverage
- Included with E220 printer, not for resale
- Note:  the printer's toner low light will not come on while the starter cartridge is installed

## Supplies Packaging and Shipping Information

Both cartridge SKUs have identical shipping package dimensions and pallet configuration. The dimensions are:

| | Length | Width | Height | Weight |
|---|---|---|---|---|
| **Lexmark E220 Print Cartridge and Return Program Print Cartridge  (12S0300 and 12S0400)** | | | | |
| Single cartridge (1 ea.) | 7.9 (200 mm) | 12.7 (323 mm) | 4.7 in (120 mm) | 3.1 lb. (1.4 kg) |
| Shipping overpack (8 ea.) | NA | NA | NA | NA |
| 1 pallet (336 ea.) | 48 (1,219 mm) | 40 in. (1,016 mm) | 42.4 in (1,077 mm) | 478.3 lb. (217.2 kg) |
| **Lexmark Laser Printer Transparencies (letter) (70X7240)** | | | | |
| 1 box (1 ea.) | 11.5 in. (292 mm) | 9 in. (229 mm) | 0.75 in. (19 mm) | 1.2 lb. (0.54 kg) |
| 1 shipping overpack (5 boxes.) | 11.8 in. (300 mm) | 9.3 in. (236 mm) | 4.3 in. (109 mm) | 6.7 lb. (3.02 kg) |
| 1 pallet (765 boxes) | 48 in. (1,219 mm) | 40 in. (1,016 mm) | 46.9 in. (1,191 mm) | 991 lb. (449.9 kg) |
| **Lexmark Laser Printer Transparencies (A4) (12A5010)** | | | | |
| 1 box | 12.3 in. (312 mm) | 8.8 in. (22 mm) | 0.5 in. (13 mm) | 1.3 lb. (0.6 kg) |
| 1 shipping overpack (5 boxes) | 12.6 in. (320 mm) | 9 in. (229 mm) | 4.1 in. (104 mm) | 6.9 lb. (3.1 kg) |
| 1 pallet (720 boxes) | 48 in. (1,219 mm) | 40 in. (1,016 mm) | 46.9 in. (1,191 mm) | 1,035 lb. (469.9 kg) |

CONFIDENTIAL - OUTSIDE COUNSEL ONLY

**Announcing Lexmark E220 Supplies**                                    **4**

## Administrative Information

### Ordering Information

Reseller customer support is provided by the Lexmark Order Management Center (LOMC). Orders may be entered through EDI (Electronic Data Interchange) or sent by mail or fax to:

> Lexmark International, Inc.
> Order Management Center
> P.O. Box 11427
> Lexington, KY  40575-1427

### Order Entry

Telephone:  1-800-292-5885
Fax:  1-800-232-9539

### Accounts Receivable

Telephone:  1-800-847-4778
Fax:  1-800-732-9539

### Hours of Operation

Monday through Friday, 8 a.m. to 6 p.m., Eastern time

## Terms and Conditions

### Returns Policy

The supply products are eligible for returns according to the Product Returns section, covering supplies returns, of Lexmark's Authorized Dealer and Distributor Agreements. Return authorization will be handled according to the Lexmark Returns Policy. A copy of the form is included as Attachment A.

### Lexmark Channels

These products are available to Lexmark resellers under the terms of Lexmark's Authorized Dealer and Distributor Agreements.

## Warranty Service

The Lexmark E220 Print Cartridge is considered a supply item and is required to be returned prior to the processing of any supplies warranty claim. Please refer to Announcement Letter LEX 02-022 dated February 18, 2002, for complete processing procedures.

## Trademarks

All trademarks are the properties of their respective owners.

CONFIDENTIAL - OUTSIDE COUNSEL ONLY
LEX 03-184                          Lexmark Confidential Until Announce
A2856



# Supplies Marketing Bulletin

June 1, 2004

## Announcing Supplies for Lexmark E232, E232t, E330, E332n and E332tn Printers

**New Lexmark E series supplies offer affordable printing, compact size and smart features.**

**LEXMARK**

740 West New Circle Road, Lexington, KY 40550
Lexmark and Lexmark with diamond design are trademarks of Lexmark
International, Inc., registered in the United States and/or other countries.

CONFIDENTIAL - OUTSIDE COUNSEL ONLY

## Announcing Lexmark E232, E232t, E330, E332n, E332tn Supplies                    2

### Supplies Part Numbers and Compatibility

| Part Number | Description | Yield | E232 | E232t | E330 | E332n | E332tn |
|---|---|---|---|---|---|---|---|
| 12A8400 | Return Program Toner Cartridge | 2,500 pages* | • | • | • | • | • |
| 12A8405 | High Yield Return Program Toner Cartridge | 6,000 pages* | | | • | • | • |
| 12A8300 | Toner Cartridge | 2,500 pages* | • | • | • | • | • |
| 12A8305 | High Yield Toner Cartridge | 6,000 pages* | | | • | • | • |
| 12A8302 | Photoconductor Kit | Up to 30,000 pages* | • | • | • | • | • |
| 70X7240** | Lexmark Laser Printer Transparencies (letter) | 1 box of 50 sheets | • | • | • | • | • |
| 12A5010** | Lexmark Laser Printer Transparencies (A4) | 1 box of 50 sheets | • | • | • | • | • |

\* Estimated yield based on approximately 5% coverage. Actual yield may vary.

\*\* existing part number

### Hardware Overview

The new Lexmark E series of printers, which includes the Lexmark E232, E232t, E330, E332n, and E332tn monochrome laser printers, continues Lexmark's tradition of offering reliable and versatile products for the home office, small- and medium-size business (SMB), and large enterprise desktop printing needs. The new sleek, innovative design features an integrated paper drawer for reliable paper feeding and space consolidation, in addition to a simple, intuitive operating panel. The supplies are designed to maximize customer ease of use with simple-to-install toner cartridges and a long-life photoconductor kit that may never need to be replaced over the life of the printer. All products can be upgraded to ensure the printers grow with the customers' changing needs with options such as networking, an optional 550-sheet paper drawer and memory expansion.

Lexmark E232, E232t and E330 printers each include a 1,500-page* Starter Return Program Toner Cartridge. Lexmark E332n and E332tn printers include a 2,500-page* Return Program Toner Cartridge. Each printer includes the Photoconductor Kit. The new Lexmark E series printers offer up to 50% toner savings.

*at approximately 5% coverage

### Supplies Overview

Lexmark supplies are designed for the highest quality output, page after page. New Lexmark E series supplies bring more affordable printing in a compact size with smart features. With new Lexmark E series

supplies, customers can conserve money, space and resources.

**Affordable.**

The two-piece supplies system for the new Lexmark E series printers offers big results on a small budget. Lower toner cartridge prices, coupled with lower cost-per-page, means more affordable printing.

**Long-lasting.**

Print up to 30,000 pages* with the long-lasting photoconductor kit.

*at approximately 5% coverage

**Compact.**

The toner cartridge is packaged to fit small spaces. In fact, packaged, it takes up 22 percent (22%) less space than the E321/E323 cartridge -- which leaves more room in the storage cabinet for other supplies.

**Smart.**

Supplies low alerts remind the customer when it's time to reorder and replace supplies. The printer's 'supplies' light comes on solid when toner is low*. The same light flashes when the photoconductor approaches the end of its life.

Customers can check supplies status anytime in three convenient places:
- on the printer's menus page
- through the printer's web page
- in MarkVision Professional

LEX-04-030

CONFIDENTIAL - OUTSIDE COUNSEL ONLY

## Announcing Lexmark E232, E232t, E330, E332n, E332tn Supplies                3

Network models offer automatic email alerts when supplies need attention. Customers can enable this handy feature through the printer's resident web page. They can even customize it to contact an individual or a group.

*Toner low indication not available with 1,500-page* starter toner cartridge

### Flexible solutions

When it's time to replace the cartridge, Lexmark offers a solution to fit any business.

- The 2,500-page toner cartridge makes an **excellent choice** for customers with small budgets and moderate print volumes.

- Customers with E330, E332n and E332tn printers can choose the 6,000-page toner cartridge to keep offices **productive** and **efficient** with less ordering and fewer replacements.

- Choose **Return Program** supplies to take advantage of discounted pricing. Each yield is also available without the Return Program agreement for customers who prefer not to accept the terms of this program.

Only Lexmark supplies are custom designed with the printer to **guarantee performance** and keep documents looking good from the first page to last.

### Return Program Cartridges

The new Lexmark E series toner cartridges are available in Return Program or regular versions.

Return Program cartridges are sold at a discount (versus the price of the corresponding regular cartridge) in exchange for the customer's agreement to use the cartridge only once and return it only to Lexmark for remanufacturing or recycling. By selling this Return Program cartridge, you, our reseller, likewise are agreeing to comply with these terms and conditions – to return an empty Return Program cartridge only to Lexmark if one comes into your possession.

Regular cartridges without this agreement are also available for customers who do not choose the Return Program cartridge with its terms.

### Empty Cartridge Returns

Used Lexmark cartridges should be returned to Lexmark for appropriate remanufacturing and recycling, at no cost to the customer, through the Lexmark Cartridge Collection Program. Customers can return spent cartridges either directly to Lexmark or through participating Authorized Lexmark Resellers.

### Returns direct from customers to Lexmark

Free shipping is as easy as 1, 2, 3! Customers in the continental United States should:

1. Repackage the empty cartridge in the box from the replacement cartridge. The box top includes tabs that tuck in to secure the box closed. No tape is needed.

2. Complete the return address on the shipping label provided and attach the label to the carton.

3. Drop the package off at an authorized UPS shipping center or give to a UPS carrier during the next UPS delivery.

Customers in Alaska and Hawaii should visit www.lexmark.com/recycle to print a postage-paid US Postal Service label. This convenient e-return service is available anytime, for customers anywhere in the US. Customers without web access may call 1-800-LEXMARK (800-539-6275), ext.108.

For free empty cartridge returns in other countries, customers should visit www.lexmark.com/recycle and select their home country.



### Returns through participating Authorized Resellers

See details about the Authorized Lexmark Resellers Empty Cartridge Collection Program in the LEX03189 announcement, dated October 1, 2003.

LEX 030 CONFIDENTIAL - OUTSIDE COUNSEL ONLY

## Announcing Lexmark E232, E232t, E330, E332n, E332tn Supplies          **4**

# Packaging
## New Look and Feel

The new Lexmark E series supplies debut the new packaging outlined in the April 23, 2004 Supplies Marketing Bulletin. This new Lexmark packaging design includes a new, high-quality look and feel as well as a different construction. Full-color boxes now give our products the high-quality appearance they deserve. The photography highlights the breadth of Lexmark's offerings – products, solutions and services as diverse as the people using them, and more space is dedicated to environmental messaging.



## Environmental focus

The packaging integrates a three-step improvement in the user experience of product return.

1. A prominent, colorful message on the box flap calls customers to participate by returning empty cartridges to Lexmark.



2. A new enclosure provides return logistics instructions for all participating countries.



3. The box construction lends itself to easy re-packing.

## Product Identification

Find all the vital product information organized in one location, organized in the same place on future boxes so you don't have to search. A corner label on every package includes part number, item description, a list of compatible printer models, a color indicator and a photograph of the cartridge. The part number is large and clear on two adjacent sides of every box so it's easy to read on the pallet. The compatibility list is also repeated on two adjacent panels so it's easy to find in various storage configurations.



## Physical Box Construction

The upright orientation allows for more efficient use of the front panels to improve visual communication and reinforce the value of the Lexmark brand.

The new tear-strip is a two-fold improvement. While acting as the customer's "yes" to the license agreement on Return Program products, it is also a security measure against tampering and counterfeiting.

Once opened, the interior top flap includes tabs that make repackaging a snap (see illustration). To repack, simply fold the tabs and insert them in the slots provided. No tape is needed.



## Quality Promise

Lexmark supplies are built around the promise of **True. Image. Always**. Our genuine supplies, used together with the printer, deliver the highest performance and quality available.

LEX 04-080
CONFIDENTIAL - OUTSIDE COUNSEL ONLY

## Announcing Lexmark E232, E232t, E330, E332n, E332tn Supplies                    5

*True* – Lexmark supplies are exclusively designed for the components and features of each Lexmark printer. That means each authentic product performs with outstanding reliability and unparalleled quality.

*Image* – At Lexmark, we believe in making great impressions. That's why our supplies are engineered to create documents with the crispness and quality to meet the highest professional standards.

*Always* – Backed by over a decade of printing innovation, we stand behind the dependable performance of our supplies.

## Pricing

| Part Number | Description | UPC | MSRP[1] | Reseller Price | Minimum Reseller Quantity |
|---|---|---|---|---|---|
| 12A8300 | Toner Cartridge | 7-34646-38626-5 | | | 1 each |
| 12A8305 | High Yield Toner Cartridge | 7-34646-38628-9 | | | 1 each |
| 12A8400 | Return Program Toner Cartridge | 7-34646-38629-6 | | | 1 each |
| 12A8405 | High Yield Return Program Toner Cartridge | 7-34646-38630-2 | | | 1 each |
| 12A8302 | Photoconductor Kit | 7-34646-38627-2 | | | 1 each |
| 70X7240 | Lexmark Laser Printer Transparencies, letter | 7-34646-03180-2 107-34646-03180-9 | | | 1 box |
| 12A5010 | Lexmark Laser Printer Transparencies, A4 | 7-34646-13899-4 507-34646-13899-9 | | | 1 box |

[1] MSRP  Manufacturer's Suggested Retail Price (MSRP):  This price is Lexmark's suggested resale price and is subject to change without notice.  This price is for information purposes only.  Lexmark's and our Resellers' prices may vary.

## Technical Information

**Toner Cartridge (PN 12A8300 and 12A8400)**
- Yield: 2,500 pages at approximately 5% coverage
- Compatible with E232, E232t, E330, E332n and E332tn
- Warranty:  Limited Lifetime
- Shelf life --- 24 months
- Estimated Average Annual Usage: 3-4 each
- Made in Mexico.

**High Yield Toner Cartridge (PN 12A8305 and 12A8405)**
- Yield: 6,000 pages at approximately 5% coverage
- Compatible with E330, E332n and E332tn
- Warranty:  Limited Lifetime
- Shelf life --- 24 months
- Estimated Average Annual Usage: 1-2 each
- Made in Mexico.

**Photoconductor Kit (PN 12A8302)**
- Yield: up to 30,000 pages at approximately 5% coverage
- Compatible with E232, E232t, E330, E332n and E332tn
- Warranty:  Limited Lifetime
- Shelf life --- 24 months
- Estimated Average Annual Usage: 0-1 each
- Made in China.

**Starter Toner Cartridge**
- Yield: 1,500 pages at approximately 5% coverage
- Included with Lexmark E232, E232t and E330 printers.
- Not for resale
- Made in China

LEX 00N FIDENTIAL - OUTSIDE COUNSEL ONLY

## Announcing Lexmark E232, E232t, E330, E332n, E332tn Supplies    6

### Supplies Packaging and Shipping Information

| | Length | Width | Height | Weight |
|---|---|---|---|---|
| **Lexmark Toner Cartridge   (12A8300 and 12A8400)** | | | | |
| 1 cartridge (1 each) | 4.02 in. (102 mm) | 15.16 in. (385 mm) | 5.71 in. (145 mm) | 1.79 lb. (0.81 kg) |
| 1 pallet (189 each) | 48.0 in. (1,219.2 mm) | 40.0 in. (1,016 mm) | 49.71 in. (1,262.7) | 367.6 lb. (166.7 kg) |
| **Lexmark  High Yield Toner Cartridge   (12A8305 and 12A8405)** | | | | |
| 1 cartridge (1 each) | 4.02 in. (102 mm) | 15.16 in. (385 mm) | 5.71 in. (145 mm) | 2.00 lb. (0.91 kg) |
| 1 pallet (189 each) | 48 in. (1,219.2 mm) | 40.0 in. (1,016 mm) | 49.71 in. (1,262.7 mm) | 407.1 lb. (184.7kg) |
| **Lexmark Photoconductor Kit (12A8302)** | | | | |
| 1 photoconductor (1 each) | 3.7 in. (94 mm) | 12.99 in. (330 mm) | 8.27 in. (210 mm) | 1.86 lb. (0.84 kg) |
| 1 pallet (165 each) | 48 in. (1,219.2 mm) | 40.0 in. (1,016 mm) | 48.96 in. (1,248.7 mm) | 364.8 lb. (165.8 kg) |
| **Lexmark Laser Printer Transparencies (letter) (70X7240)** | | | | |
| 1 box of 50 transparencies | 11.5 in. (292 mm) | 9 in. (229 mm) | 0.75 in. (19 mm) | 1.2 lb. (0.54 kg) |
| 1 shipping overpack (5 boxes) | 11.8 in. (300 mm) | 9.3 in. (235 mm) | 4.3 in. (109 mm) | 6.65 lb. (3.02 kg) |
| 1 pallet (765 boxes) | 48 in. (1,219 mm) | 40 in. (1,016 mm) | 46.9 in. (1,191 mm) | 991 lb. (449.9 kg) |
| **Lexmark Laser Printer Transparencies (A4)  (12A5010)** | | | | |
| 1 box of 50 transparencies | 12.3 in. (312 mm) | 8.75 in. (22 mm) | 0.75 in. (19 mm) | 1.25 lb. (0.57 kg) |
| 1 shipping overpack (5 boxes) | 12.6 in. (320 mm) | 9 in. (229 mm) | 4.1 in. (104 mm) | 6.9 lb. (3.14 kg) |
| 1 pallet (720 boxes) | 48 in. (1,219 mm) | 40 in. (1,016 mm) | 46.9 in. (1,191 mm) | 1,035 lb. (469.89 kg) |

## Administrative Information

### Ordering Information

Reseller customer support is provided by the Lexmark Order Management Center (LOMC).  Orders may be entered through EDI (Electronic Data Interchange) or sent by mail or fax to:

Lexmark International, Inc.
Order Management Center
P.O. Box 11427
Lexington, KY  40575-1427

### Order Entry

Telephone:  1-800-292-5885
Fax:  1-800-232-9539

### Accounts Receivable

Telephone:  1-800-847-4778
Fax:  1-800-732-9539

### Hours of Operation

Monday through Friday, 8 a.m. to 6 p.m., Eastern time

## Terms and Conditions

### Returns Policy

Supply products are eligible for returns according to the Product Returns section, covering supplies returns, of Lexmark's Authorized Dealer and Distributor Agreements.  Return authorization will be handled

according to the Lexmark Returns Policy. A copy of the form is included as Attachment A.

### Lexmark Channels

These products are available to Lexmark resellers under the terms of Lexmark's Authorized Dealer and Distributor Agreements.

## Warranty Service

The items listed in this letter are considered supplies and must be returned before Lexmark processes any supplies warranty claim.  Please refer to Announcement Letter LEX 04-034 dated February 27, 2004.

## Trademarks

Lexmark and Lexmark with diamond design are trademarks of Lexmark International, Inc.

All other trademarks are the properties of their respective owners.

CONFIDENTIAL - OUTSIDE COUNSEL ONLY



# Supplies Marketing Bulletin

**July 1, 2004**

## Announcing Supplies for Lexmark E234 printers

**Existing Lexmark E series supplies also work with new E234 printers.**



**740 West New Circle Road, Lexington, KY 40550**
Lexmark and Lexmark with diamond design are trademarks of Lexmark
International, Inc., registered in the United States and/or other countries.

www.lexmark.com

CONFIDENTIAL - OUTSIDE COUNSEL ONLY

Lex 04-97 DRC                    **A2863**

## Lexmark E234 Supplies                2

### Supplies Part Numbers and Compatibility

| Part Number | Description | Yield | E234 |
|---|---|---|---|
| 12A8400** | Return Program Toner Cartridge | 2,500 pages* | • |
| 12A8300** | Toner Cartridge | 2,500 pages* | • |
| 12A8302** | Photoconductor Kit | Up to 30,000 pages* | • |
| 70X7240** | Lexmark Laser Printer Transparencies (letter) | 1 box of 50 sheets | • |
| 12A5010** | Lexmark Laser Printer Transparencies (A4) | 1 box of 50 sheets | • |

\*   Estimated yield based on approximately 5% coverage.  Actual yield may vary.
\*\* Existing part number

## Hardware Overview

Lexmark E234 printer includes a 1,500-page* Starter Return Program Toner Cartridge** and a Photoconductor Kit.  E234 printers offer up to 50% toner savings.

\* Page yield based on approximately 5% coverage.
\*\* Toner low indication is not available with 1,500-page* starter toner cartridge

## Supplies Overview

E234 printers use the same supplies as Lexmark E230 and E232 printers.  Only Lexmark supplies are custom designed with the printer to guarantee performance and keep documents looking good from first page to last.

### Return Program Cartridges

The E234 toner cartridges are available in Return Program or regular versions.

Return Program cartridges are sold at a discount (versus the price of the corresponding regular cartridge) in exchange for the customer's agreement to use the cartridge only once and return it only to Lexmark for remanufacturing or recycling. By selling this Return Program cartridge, you, our reseller, likewise are agreeing to comply with these terms and conditions – to return an empty Return Program cartridge only to Lexmark if one comes into your possession.

Regular cartridges without this agreement are also available for customers who do not choose the Return Program cartridge with its terms.

### Empty Cartridge Returns

Used Lexmark cartridges should be returned to Lexmark for appropriate remanufacturing and recycling, at no cost to the customer, through the Lexmark Cartridge Collection Program.  Customers can return spent cartridges either directly to Lexmark or through participating Authorized Lexmark Resellers.

### Returns direct from customers to Lexmark

Free shipping is as easy as 1, 2, 3!  Customers in the continental United States should:

1. Repackage the empty cartridge in the box from the replacement cartridge.  The box top includes tabs that tuck in to secure the box closed.  No tape is needed.
2. Complete the return address on the shipping label provided and attach the label to the carton.
3. Drop the package off at an authorized UPS shipping center or give to a UPS carrier during the next UPS delivery.

Customers in Alaska and Hawaii should visit www.lexmark.com/recycle to print a postage-paid US Postal Service label.  This convenient e-return service is available anytime, for customers anywhere in the US. Customers without web access may call 1-800-LEXMARK (800-539-6275), ext.108.
For free empty cartridge returns in other countries, customers should visit www.lexmark.com/recycle and select their home country.

### Returns through participating Authorized Resellers

See details about the Authorized Lexmark Resellers Empty Cartridge Collection Program in the LEX03189 announcement, dated October 1, 2003.

CONFIDENTIAL - OUTSIDE COUNSEL ONLY

# Lexmark E234 Supplies                           3

## Pricing

| Part Number | Description | UPC | MSRP[1] | Reseller Price | Minimum Reseller Quantity |
|---|---|---|---|---|---|
| 12A8300 | Toner Cartridge | 7-34646-38626-5 | | | 1 each |
| 12A8400 | Return Program Toner Cartridge | 7-34646-38629-6 | | | 1 each |
| 12A8302 | Photoconductor Kit | 7-34646-38627-2 | | | 1 each |
| 70X7240 | Lexmark Laser Printer Transparencies, letter | 7-34646-03180-2 107-34646-03180-9 | | | 1 box |
| 12A5010 | Lexmark Laser Printer Transparencies, A4 | 7-34646-13899-4 507-34646-13899-9 | | | 1 box |

[1] MSRP  Manufacturer's Suggested Retail Price (MSRP):  This price is Lexmark's suggested resale price and is subject to change without notice.  This price is for information purposes only.  Lexmark's and our Resellers' prices may vary.

## Technical Information

**Toner Cartridge (PN 12A8300 and 12A8400)**

- Yield: 2,500 pages at approximately 5% coverage
- Compatible with E232, E232t, E234, E330, E332n and E332tn
- Warranty:  Limited Lifetime
- Shelf life --- 24 months
- Estimated Average Annual Usage: 3-4 each
- Made in Mexico for United States, Latin America, Canada
- Made in China for Asia Pacific, Europe, the Middle East and Africa

**Photoconductor Kit (PN 12A8302)**

- Yield: up to 30,000 pages at approximately 5% coverage
- Compatible with E230, E232, E234, E330, E332n and E332tn
- Warranty:  Limited Lifetime
- Shelf life --- 24 months
- Estimated Average Annual Usage: 0-1 each
- Made in China.

**Starter Toner Cartridge**

- Yield: 1,500 pages at approximately 5% coverage
- Included with Lexmark E230, E232, E234 and E330 printers.
- Not for resale
- Made in China

## Supplies Packaging and Shipping Information

| | Length | Width | Height | Weight |
|---|---|---|---|---|
| **Lexmark Toner Cartridge   (12A8300 and 12A8400)** | | | | |
| 1 cartridge (1 ea.) | 4.02 in. 102 mm | 15.16 in. 385 mm | 5.71 in. 145 mm | 1.79 lb. 0.81 kg |
| 1 pallet (189 ea.) | 40.0 in. 1,016 mm | 48 in. 1,219.2 mm | 49.71 in. 1,262.6 mm | 367.6 lb. 166.7 kg |
| **Lexmark Photoconductor Kit (12A8302)** | | | | |
| 1 photoconductor (1 ea) | 12.99 in. 330 mm | 3.70 in. 94 mm | 8.27 in. 210 mm | 1.86 lb. 0.84 kg |
| 1 pallet (165 ea) | 40.0 in. 1,016 mm | 48 in. 1,219.2 mm | 48.96 in. 1,248.7 mm | 364.8 lb. 165.8 kg |
| **Lexmark Laser Printer Transparencies (letter) (70X7240)** | | | | |
| 1 box of 50 transparencies | 11.5 in. (292 mm) | 9 in. (229 mm) | 0.75 in. (19 mm) | 1.25 lb. (0.57 kg) |
| 1 shipping overpack (5 boxes) | 11.8 in. (300 mm) | 9.3 in. (235 mm) | 4.3 in. (109 mm) | 6.9 lb. (3.14 kg) |
| 1 pallet (765 boxes) | 48 in. (1,219 mm) | 40 in. (1,016 mm) | 46.9 in. (1,191 mm) | 991 lb. (449.9 kg) |
| **Lexmark Laser Printer Transparencies (A4) (12A5010)** | | | | |
| 1 box of 50 transparencies | 12.3 in. (312 mm) | 8.75 in. (22 mm) | 0.5 in. (13 mm) | 1.25 lb. (0.57 kg) |
| 1 shipping overpack (5 boxes) | 12.6 in. (320 mm) | 9 in. (229 mm) | 4.1 in. (104 mm) | 6.9 lb. (3.14 kg) |
| 1 pallet (720 boxes) | 48 in. (1,219 mm) | 40 in. (1,016 mm) | 46.9 in. (1,191 mm) | 1,035 lb. (469.89 kg) |

CONFIDENTIAL - OUTSIDE COUNSEL ONLY

## Lexmark E234 Supplies                              4

## Administrative Information
### Ordering Information
Reseller customer support is provided by the Lexmark Order Management Center (LOMC). Orders may be entered through EDI (Electronic Data Interchange) or sent by mail or fax to:

> Lexmark International, Inc.
> Order Management Center
> P.O. Box 11427
> Lexington, KY 40575-1427

### Order Entry
> Telephone: 1-800-292-5885
> Fax: 1-800-232-9539

### Accounts Receivable
> Telephone: 1-800-847-4778
> Fax: 1-800-732-9539

### Hours of Operation
Monday through Friday, 8 a.m. to 8 p.m., Eastern time

## Terms and Conditions
### Returns Policy
Supply products are eligible for returns according to the Product Returns section, covering supplies returns, of Lexmark's Authorized Dealer and Distributor Agreements. Return authorization will be handled according to the Lexmark Returns Policy. A copy of the form is included as Attachment A.

### Lexmark Channels
These products are available to Lexmark resellers under the terms of Lexmark's Authorized Dealer and Distributor Agreements.

## Warranty Service
The items listed in this letter are considered supplies and must be returned before Lexmark processes any supplies warranty claim. Please refer to Announcement Letter LEX 04-034 dated February 27, 2004.

## Trademarks
Lexmark and Lexmark with diamond design are trademarks of Lexmark International, Inc. All other trademarks are the properties of their respective owners.

CONFIDENTIAL - OUTSIDE COUNSEL ONLY



# Supplies Marketing Announcement

October 24, 2005

## Announcing Supplies for Lexmark E238 Printer

Lexmark introduces supplies for the Lexmark E238 monochrome laser printer.

Internal Announcement Only

Retail Only Product

**LEXMARK**™

**740 West New Circle Road, Lexington, KY 40550**
Lexmark and Lexmark with diamond design are trademarks of Lexmark
International, Inc., registered in the United States and/or other countries.

www.lexmark.com

LEX 05-216   CONFIDENTIAL - OUTSIDE COUNSEL ONLY
Lexmark Confidential Until Announce
A2867

## Announcing Lexmark E238 Supplies                    2

## Supplies List

| Part Number | Description | Average Cartridge Yield[1] | E238 |
|---|---|---|---|
| **New Items** | | | |
| 23800SW | Return Program Toner Cartridge | 2,000 standard pages | • |
| 23820SW | Toner Cartridge | 2,000 standard pages | • |
| **Existing Items** | | | |
| 12A8302 | Photoconductor Kit | Up to 30,000 pages[3] | • |
| 70X7240 | Lexmark Laser Printer Transparencies (letter) | 1 box of 50 sheets | • |
| 12A5010 | Lexmark Laser Printer Transparencies (A4) | 1 box of 50 sheets | • |

[1]Declared yield value in accordance with ISO/IEC 19752.
[3]Estimated yield based on approximately 5% coverage. Actual yield may vary.

## Hardware Overview

Lexmark E238 printers are available exclusively through the retail channel.

Lexmark E238 printers offer affordable printing for value-conscious personal users. Lexmark E238 monochrome laser printers deliver better performance with faster engine speeds, faster processing, and quicker time to first page. These easy-to-use printers feature simple front-loading supplies and a simplified driver user interface. The highly reliable 2nd generation engine offers duty cycles from up to 10,000 pages per month. Auto-compensating paper picking helps prevent misfeeds. The robust, stylish design delivers output quickly and reliably. Lexmark E238 printers offer up to 50% toner savings. Lexmark E238 printers each include a 1,500-page* Starter Return Program Toner Cartridge.

\* Average Cartridge Yield in standard pages. Declared yield value in accordance with ISO/IEC 19752.

## Supplies Overview

The new Lexmark E series supplies are designed to make printing great-looking documents easy. The toner cartridges are compact and reliable. The toner cartridge and photoconductor were designed hand-in-hand with the printer to produce the highest quality documents from first page to last. E238 customers will likely never need to replace the photoconductor. It lasts up to 30,000 pages*. The font-loading design of both supplies makes replacement simple.

*Estimated yield based on approximately 5% coverage. Actual yield may vary.

Smart. Supplies low alerts remind the customer when it's time to reorder and replace the toner cartridge or photoconductor. The printer's 'supplies' light comes on solid when toner is low. The same light flashes when the photoconductor approaches the end of its life. The E238 printer even offers low alerts with the starter toner cartridge.

Customers can check supplies status anytime in three convenient places:
- On the printer's menu page
- Through the printer's web page
- In MarkVision Professional

Network models offer automatic email alerts when supplies need attention. Customers can enable this handy feature through the printer's resident web page. They can even customize it to contact an individual or a group.

Only Lexmark supplies are custom designed with the printer to **guarantee performance** and keep documents looking good from first page to last.

## Return Program Cartridges

Lexmark E238 toner cartridges are available in Return Program or regular versions.

Return Program cartridges are sold at a discount (versus the price of the corresponding regular cartridge) in exchange for the customer's agreement to use the cartridge only once and return it only to Lexmark for

LEX 05-210
Lexmark Confidential Until Announce
CONFIDENTIAL - OUTSIDE COUNSEL ONLY

## Announcing Lexmark E238 Supplies                    3

remanufacturing or recycling. By selling this Return Program cartridge, you, our reseller, likewise are agreeing to comply with these terms and conditions – to return an empty Return Program cartridge only to Lexmark if one comes into your possession.

Regular cartridges without this agreement are also available for customers who do not choose the Return Program cartridge with its terms.

### Empty Cartridge Returns

Used Lexmark cartridges should be returned to Lexmark for appropriate remanufacturing and recycling, at no cost to the customer, through the Lexmark Cartridge Collection Program. Customers can return spent cartridges either directly to Lexmark or through participating Authorized Lexmark Resellers.

**Returns direct from customers to Lexmark**

Free shipping is as easy as 1, 2, 3! Customers in the continental United States should:

1. Repackage the empty cartridge in the box from the replacement cartridge. Tuck tabs into the box top to secure the box closed. No tape is needed.
2. Complete the return address on the shipping label provided and attach the label to the carton.
3. Drop the package off at an authorized UPS shipping center or give to a UPS carrier during the next UPS delivery.

Customers in Alaska and Hawaii should visit www.lexmark.com/recycle to print a postage-paid US Postal Service label. This convenient e-return service is available anytime for customers anywhere in the USA.

Customers without web access may call 1-800-LEXMARK (800-539-6275), ext.108.

For free empty cartridge collection in other countries, customers should visit www.lexmark.com/recycle and select their home country.

**Returns through participating Authorized Resellers**

See details about the Authorized Lexmark Resellers Empty Cartridge Collection Program in the LEX 043-096 announcement, dated July, 7, 2004.

### Quality Promise

Lexmark supplies are built around the promise of **True. Image. Always.** Original Lexmark supplies, used together with the printer, deliver the highest performance and quality available.

1. **True.** Lexmark supplies are exclusively designed—from conception—for your Lexmark printer. This means each original product performs reliably with unparalleled quality. Using original Lexmark supplies provides the best value for your investment.
2. **Image.** At Lexmark, we believe in making great impressions. That's why our supplies are engineered to create documents with the crispness and quality to meet the highest professional standards. Lexmark understands the technology and how to make it work for you. Wherever you work, whatever you print, project your character.
3. **Always.** Lexmark supplies are designed to provide dependable performance, page after page, year after year. Rugged, rigorous, demanding test procedures push Lexmark supplies products to the outer limits, ensuring even our most demanding customers experience exceptional, original quality. Count on Lexmark.

### Pricing, UPCs and Minimum Order Quantity

| PN | Description | UPC | MSRP[1] | Reseller Price | Reseller Minimum Order Quantity |
|---|---|---|---|---|---|
| 23800SW | Return Program Toner Cartridge | 7-34646-39926-5 | | | 1 each |
| 23820SW | Toner Cartridge | 7-34646-39927-2 | | | 1 each |
| **Previously Existing Items** | | | | | |
| 12A8302 | Photoconductor Kit | 7-34646-38627-2 | | | 1 box |
| 70X7240 | Lexmark Laser Printer Transparencies, letter | 7-34646-03810-2 | | | 1 box |
| 12A5010 | Lexmark  Laser Printer Transparencies, A4 | 7-34646-13899-4 | | | 1 box |

[1] MSRP  Manufacturer's Suggested Retail Price (MSRP):  This price is Lexmark's suggested resale price and is subject to change without notice. This price is for information purposes only.  Lexmark's and our Resellers' prices may vary.

## Announcing Lexmark E238 Supplies                    4

## Technical Information

| Part Number | Average Cartridge Yield[1] | Warranty | Country of Origin | Est. Annual Usage[2] | Shelf Life |
|---|---|---|---|---|---|
| **New Items** | | | | | |
| 23800SW | 2,000 standard pages | Limited Lifetime | Made in Mexico | 2-3 each | 2 years |
| 23820SW | 2,000 standard pages | Limited Lifetime | Made in Mexico | 2-3 each | 2 years |
| NA (Starter) | 1,500 standard pages | Limited Lifetime | Made in Mexico | NA | NA |
| **Existing Items** | | | | | |
| **Existing Items** | | | | | |
| 12A8302 | Up to 30,000 pages[3] | Limited Lifetime | Made in China | < 1 each | 2 years |
| 70X7240 | 1 box of 50 transparencies | Limited Lifetime | Made in USA | < 1 each | 2 years |
| 12A5010 | 1 box of 50 transparencies | Limited Lifetime | Made in USA | < 1 each | 2 years |

[1] Declared yield value in accordance with ISO/IEC 19752.
[2] These same supplies are also available through the retail channel, so apparent usage may be less.
[3] Based on approximately 5% coverage. Actual yield may vary.

## Packaging and Shipping Information
### Existing Items

| Description | PN | Quantity | Length | Width | Height | Weight |
|---|---|---|---|---|---|---|
| Toner Cartridge | **23800SW** | 1 cartridge (1 ea.) | 4.02 in.<br>102 mm | 15.16 in.<br>385 mm | 5.71 in.<br>145 mm | 1.79 lb.<br>0.81 kg |
| | **23820SW** | 1 pallet (189 ea.) | 48.0 in.<br>1219.2 mm | 40.0 in.<br>1016 mm | 49.71 in.<br>1262.7 mm | 367.6 lb.<br>166.7 kg |

### Existing Items

| Description | PN | Quantity | Length | Width | Height | Weight |
|---|---|---|---|---|---|---|
| Photoconductor Kit | 12A8302 | 1 photoconductor (1 ea.) | 3.70 in.<br>94 mm | 12.99 in.<br>330 mm | 8.27 in.<br>210 mm | 1.86 lb.<br>0.84 kg |
| | | 1 pallet (165 ea.) | 48.0 in.<br>1219.2 mm | 40.0 in.<br>1016 mm | 48.96 in.<br>1248.7 | 364.8 lb.<br>165.8 kg |
| Lexmark Laser Printer Transparencies (letter) | 70X7240 | 1 box of 50 transparencies | 11.5 in.<br>292 mm | 9 in.<br>229 mm | 0.75 in.<br>19 mm | 1.25 lb.<br>0.57 kg |
| | | 1 shipping overpack (5 boxes) | 11.8 in.<br>300 mm | 9.3 in.<br>235 mm | 4.3 in.<br>109 mm | 6.9 lb.<br>3.14 kg |
| | | 1 pallet (765 boxes) | 48 in.<br>1,219 mm | 40 in.<br>1,016 mm | 46.9 in.<br>(1,191 mm) | 991 lb.<br>449.9 kg |
| Lexmark Laser Printer Transparencies (A4) | 12A5010 | 1 box of 50 transparencies | 12.3 in.<br>312 mm | 8.75 in.<br>22 mm | 0.5 in.<br>13 mm | 1.25 lb.<br>0.57 kg |
| | | 1 shipping overpack (5 boxes) | 12.6 in.<br>320 mm | 9 in.<br>229 mm | 4.1 in.<br>104 mm | 6.9 lb.<br>3.14 kg |
| | | 1 pallet (720 boxes) | 48 in.<br>1,219 mm | 40 in.<br>1,016 mm | 46.9 in.<br>1,191 mm | 1,035 lb.<br>469.89 kg |

**Returns through participating Authorized Resellers**
See details about the Authorized Lexmark Resellers Empty Cartridge Collection Program in the LEX 043-096 announcement, dated July 7, 2004, which contains revised terms and conditions for the program.

## Administrative Information
### Ordering Information
Reseller customer support is provided by the Lexmark Customer Management Center (CMC). Orders may be entered through EDI (Electronic Data Interchange) or sent by mail or fax to:

Lexmark International, Inc.
Customer Management Center
P.O. Box 11427
Lexington, KY 40575-1427

**Order Entry**
Telephone: 1-800-292-5885
Fax: 1-800-232-9539

LEX-05-210
CONFIDENTIAL - OUTSIDE COUNSEL ONLY
Lexmark Confidential Until Announce

## Announcing Lexmark E238 Supplies                    5

**Accounts Receivable**
Telephone:  1-800-847-4778
Fax:  1-800-732-9539

**Hours of Operation**
Monday through Friday, 8 a.m. to 6 p.m., Eastern time

## Terms and Conditions

### Returns Policy
Supply products are eligible for returns according to the
Product Returns section, covering supplies returns, of
Lexmark's Authorized Dealer and Distributor
Agreements.  Return authorization will be handled
according to the Lexmark Returns Policy.

**Lexmark Channels**
These products are available to Lexmark resellers under
the terms of Lexmark's Authorized Dealer and Distributor
Agreements.

### Warranty Service
The items listed in this letter are considered supplies and
must be returned before Lexmark processes any
supplies warranty claim.  Please refer to Announcement
Letter LEX 04-034 dated February 27, 2004.

### Trademarks
Lexmark and Lexmark with diamond design are
trademarks of Lexmark International, Inc.  All other
trademarks are the properties of their respective owners.

CONFIDENTIAL - OUTSIDE COUNSEL ONLY



# Supplies Marketing Announcement

October 24, 2005

## Announcing Supplies for Lexmark E240(n), E340, E342n printers

**Lexmark introduces new E series supplies for best quality printing.**

**LEXMARK**™

**740 West New Circle Road, Lexington, KY 40550**
Lexmark and Lexmark with diamond design are trademarks of Lexmark
International, Inc., registered in the United States and/or other countries.

www.lexmark.com

CONFIDENTIAL - OUTSIDE COUNSEL ONLY

## Announcing new Lexmark E Series Supplies                          2

### Supplies List

| Part Number | Description | Average Cartridge Yield[1] | E230 | E232 | E234 | E330 | E332n | E240 E240n | E340 | E342n |
|---|---|---|---|---|---|---|---|---|---|---|
| **New Products** | | | | | | | | | | |
| 24015SA[2] | Return Program Toner Cartridge | 2,500 standard pages | • | | • | | • | • | • | • |
| 34015HA[2] | High Yield Return Program Toner Cartridge | 6,000 standard pages | | | | • | • | | • | |
| 24035SA[2] | Toner Cartridge | 2,500 standard pages | • | • | • | | • | • | • | • |
| 34035HA[2] | High Yield Toner Cartridge | 6,000 standard pages | | | | • | • | | • | |
| **Existing Products** | | | | | | | | | | |
| 12A8302 | Photoconductor Kit | Up to 30,000 pages[3] | • | • | • | • | • | • | • | • |
| 70X7240 | Lexmark Laser Printer Transparencies (letter) | 1 box of 50 sheets | • | • | • | • | • | • | • | • |
| 12A5010 | Lexmark Laser Printer Transparencies (A4) | 1 box of 50 sheets | • | • | • | • | • | • | • | • |

[1] Declared yield value in accordance with ISO/IEC 19752.
[2] Designed for use only in the USA and Canada
[3] Estimated yield based on approximately 5% coverage. Actual yield may vary.

### Hardware Overview

New Lexmark E series monochrome laser printers deliver better performance with faster engine speeds, faster processing, and quicker time to first page. These easy-to-use printers feature simple front-loading supplies, an intuitive LCD panel* with easy-to-understand messages, and a simplified driver user interface. The highly reliable 2nd generation engine offers duty cycles from up to 10,000 to 15,000 pages per month. Auto-compensating paper picking helps prevent mis-feeds. The robust, stylish design delivers output quickly and reliably.

*LCD panel only available on E340 and E342n printers.

Lexmark E240, E340 and E342n printers offer up to 50% toner savings.

- Lexmark E240 and E340 printers each include a 1,500-page* Starter Return Program Toner Cartridge. Lexmark E342n printers include a 2,500-page* Return Program Toner Cartridge. Each printer includes a Photoconductor Kit.

*Average cartridge yield in standard pages. Declared yield value in accordance with ISO/IEC 19752.

### Supplies Overview

The new Lexmark E series supplies are designed to make printing great-looking documents easy. The toner cartridges are compact and reliable. The toner cartridge

and photoconductor were designed hand-in-hand with the printer to produce the highest quality documents from first page to last. The photoconductor may never need to be replaced -- it lasts up to 30,000 pages*. The front-loading design of the supplies (toner cartridge and photoconductor kit) makes replacement simple.

* Estimated yield based on approximately 5% coverage. Actual yield may vary.

### Smart

Supplies low alerts remind the customer when it's time to reorder and replace the toner cartridge or photoconductor. The new E series printers offer supplies low alerts with the starter toner cartridge.

Customers can check supplies status anytime.

- On the printer's menus page

### Flexible Solutions

When it's time to replace the cartridge, Lexmark offers a solution to fit any business.

- The 2,500-page toner cartridge is an **excellent choice** for customers with small budgets and moderate print volumes.
- Customers with E340 and E342n printers can choose the 6,000-page toner cartridge to keep offices **productive** and **efficient** with less ordering and fewer replacements.

CONFIDENTIAL - OUTSIDE COUNSEL ONLY

## Announcing new Lexmark E Series Supplies                     3

- Choose **Return Program** supplies to take advantage of discounted pricing. A cartridge is available for each yield without the Return Program agreement, for customers who prefer not to accept the terms of this program.

Only Lexmark supplies are custom designed with the printer to **guarantee performance** and keep documents looking good from first page to last.

## Return Program Cartridges

The new Lexmark E series toner cartridges are available in Return Program or regular versions.

Return Program cartridges are sold at a discount (versus the price of the corresponding regular cartridge) in exchange for the customer's agreement to use the cartridge only once and return it only to Lexmark for remanufacturing or recycling. By selling this Return Program cartridge, you, our reseller, likewise are agreeing to comply with these terms and conditions – to return an empty Return Program cartridge only to Lexmark if one comes into your possession.

Regular cartridges without this agreement are also available for customers who do not choose the Return Program cartridge with its terms.

## Empty Cartridge Returns

Used Lexmark cartridges should be returned to Lexmark for appropriate remanufacturing and recycling, at no cost to the customer, through the Lexmark Cartridge Collection Program. Customers can return spent cartridges either directly to Lexmark or through participating Authorized Lexmark Resellers.

### Returns direct from customers to Lexmark

Free shipping is as easy as 1, 2, 3! Customers in the continental United States should:

1. Repackage the empty cartridge in the box from the replacement cartridge. Tuck tabs into the box top to secure the box closed. No tape is needed.
2. Complete the return address on the shipping label provided and attach the label to the carton.
3. Drop the package off at an authorized UPS shipping center or give it to a UPS carrier during the next UPS delivery.

Customers in Alaska and Hawaii should visit www.lexmark.com/recycle to print a postage-paid US Postal Service label. This convenient e-return service is available anytime for customers anywhere in the USA. Customers without web access may call 1-800-LEXMARK (800-539-6275), ext. 108.

For free empty cartridge collection in other countries, customers should visit www.lexmark.com/recycle and select their home country.

### Returns through participating Authorized Resellers

See details about the Authorized Lexmark Resellers Empty Cartridge Collection Program in the LEX 043-096 announcement, dated July 7, 2004.

## Region-Specific Supplies

Lexmark E24x and E34x series toner cartridges are region-specific supplies. Four distinct sets of supplies are available to support four world regions:

1. USA and Canada
2. Europe, the Middle East and Africa
3. Asia Pacific Region, including Australia and New Zealand
4. Latin America, including Puerto Rico and the Caribbean

Printers announced in each region work only with the respective supplies designed for and announced in that same region. E24x and E34x series printers purchased for use in the USA or Canada function only with replacement supplies designed for use in the USA and Canada.

### Identification

Order the part numbers listed in this announcement for use in the USA and Canada. For further verification of region, look for a regional statement with other product-specific information on the outside of each Toner Cartridge box. The printer packaging will also indicate the region in which the product is designed to be used.

### Benefits

Region-specific supplies enable Lexmark to tailor offerings to specific markets, protect the resellers value

CONFIDENTIAL - OUTSIDE COUNSEL ONLY

## Announcing new Lexmark E Series Supplies    4

of Lexmark supplies within a region and help to eliminate paths for counterfeit products to enter a region. Region-specific supplies are intended to protect both authorized Lexmark supplies resellers and Lexmark end user customers.

## Quality Promise

Lexmark supplies are built around the promise of **True. Image. Always**. Original Lexmark supplies, used together with the printer, deliver the highest performance and quality available.

1. **True.** Lexmark supplies are exclusively designed—from conception—for your Lexmark printer. This means each original product performs reliably with unparalleled quality. Using original Lexmark supplies provides the best value for your investment.

2. **Image.** At Lexmark, we believe in making great impressions. That's why our supplies are engineered to create documents with the crispness and quality to meet the highest professional standards. Lexmark understands the technology and how to make it work for you. Wherever you work, whatever you print, project your character.

3. **Always.** Lexmark supplies are designed to provide dependable performance, page after page, year after year. Rugged, rigorous, demanding test procedures push Lexmark supplies products to the outer limits, ensuring even our most demanding customers experience exceptional, original quality. Count on Lexmark.

## Pricing, UPCs and Minimum Order Quantity

| Part Number | Description | UPC | MSRP[1] | Reseller Price | Reseller Minimum Order Quantity |
|---|---|---|---|---|---|
| **New Items** | | | | | |
| 24015SA[2] | Return Program Toner Cartridge | 7-34646-39898-5 | | | 1 each |
| 34015HA[2] | High Yield Return Program Toner Cartridge | 7-34646-39904-3 | | | 1 each |
| 24035SA[2] | Toner Cartridge | 7-34646-39901-2 | | | 1 each |
| 34035HA[2] | High Yield Toner Cartridge | 7-34646-39907-4 | | | 1 each |
| **Existing Items** | | | | | |
| 12A8302 | Photoconductor Kit | 7-34646-38627-2 | | | 1 box |
| 70X7240 | Lexmark Laser Printer Transparencies, letter | 7-34646-03810-2 | | | 1 box |
| 12A5010 | Lexmark Laser Printer Transparencies, A4 | 7-34646-13899-4 | | | 1 box |

[1] MSRP Manufacturer's Suggested Retail Price (MSRP): This price is Lexmark's suggested resale price and is subject to change without notice. This price is for information purposes only. Lexmark's and our Resellers' prices may vary.

[2] Designed for use only in the USA and Canada

# Announcing Lexmark E Series Supplies                                          5

## Technical Information

| Part Number | Average Cartridge Yield[1] | Warranty | Country of Origin | Est. Annual Usage | Shelf Life |
|---|---|---|---|---|---|
| **New Items** | | | | | |
| 24015SA[2] | 2,500 standard pages | Limited Lifetime | Mexico | 3-4 each | 2 years |
| 34015HA[2] | 6,000 standard pages | Limited Lifetime | Mexico | 1-2 each | 2 years |
| 24035SA[2] | 2,500 standard pages | Limited Lifetime | Mexico | 3-4 each | 2 years |
| 34035HA[2] | 6,000 standard pages | Limited Lifetime | Mexico | 1-2 each | 2 years |
| N/A (Starter) | 1,500 standard pages | Limited Lifetime | Mexico | NA | NA |
| **Existing Items** | | | | | |
| 12A8302 | Up to 30,000 pages[3] | Limited Lifetime | China | < 1 each | 2 years |
| 70X7240 | 1 box of 50 transparencies | Limited Lifetime | USA | < 1 each | 2 years |
| 12A5010 | 1 box of 50 transparencies | Limited Lifetime | USA | < 1 each | 2 years |

[1] Declared yield value in accordance with ISO/IEC 19752.
[2] Designed for use only in the USA and Canada
[3] Based on approximately 5% coverage. Actual yield may vary.

## Packaging and Shipping Information

| Description | PN | Quantity | Length | Width | Height | Weight |
|---|---|---|---|---|---|---|
| **New Items** | | | | | | |
| Standard Yield Toner Cartridge | 24015SA 24035SA | 1 cartridge (1 ea.) | 4.02 in. 102 mm | 15.16 in. 385 mm | 5.71 in. 145 mm | 1.79 lb. 0.81 kg |
| | | 1 pallet (189 ea.) | 48.0 in. 1219.2 mm | 40.0 in. 1016 mm | 49.71 in. 1262.7 mm | 367.6 lb. 166.7 kg |
| High Yield Toner Cartridge | 24035SA 34035HA | 1 cartridge (1 ea.) | 4.02 in. 102 mm | 15.16 in. 385 mm | 5.71 in. 145 mm | 2.00 lb. 0.91 kg |
| | | 1 pallet (189 ea.) | 48.0 in. 1219.2 mm | 40.0 in. 1016 mm | 49.71 in. 1262.7 mm | 407.1 lb. 184.7kg |
| **Existing Items** | | | | | | |
| Photoconductor Kit | 12A8302 | 1 photoconductor (1 ea.) | 3.70 in. 94 mm | 12.99 in. 330 mm | 8.27 in. 210 mm | 1.86 lb. 0.84 kg |
| | | 1 pallet (180 ea.) | 48.0 in. 1219.2 mm | 40.0 in. 1016 mm | 48.96 in. 1248.7 | 364.8 lb. 165.8 kg |
| Lexmark Laser Printer Transparencies (letter) | 70X7240 | 1 box of 50 transparencies | 11.5 in. 292 mm | 9 in. 229 mm | 0.75 in. 19 mm | 1.25 lb. 0.57 kg |
| | | 1 shipping overpack (5 boxes) | 11.8 in. 300 mm | 9.3 in. 235 mm | 4.3 in. 109 mm | 6.9 lb. 3.14 kg |
| | | 1 pallet (765 boxes) | 48 in. 1,219 mm | 40 in. 1,016 mm | 46.9 in. 1,191 mm | 991 lb. 449.9 kg |
| Lexmark Laser Printer Transparencies (A4) | 12A5010 | 1 box of 50 transparencies | 12.3 in. 312 mm | 8.75 in. 22 mm | 0.5 in. 13 mm | 1.25 lb. 0.57 kg |
| | | 1 shipping overpack (5 boxes) | 12.6 in. 320 mm | 9 in. 329 mm | 4.1 in. 104 mm | 6.9 lb. 3.14 kg |
| | | 1 pallet (720 boxes) | 48 in. 1,219 mm | 40 in. 1,016 mm | 46.9 in. 1,191 mm | 1,035 lb. 469.89 kg |

**Returns through participating Authorized Resellers**
See details about the Authorized Lexmark Resellers
Empty Cartridge Collection Program in the LEX 043-096

announcement, dated July 7, 2004, which contains
revised terms and conditions for the program.

CONFIDENTIAL - OUTSIDE COUNSEL ONLY

## Announcing Lexmark E Series Supplies    **6**

# Administrative Information

### Ordering Information

Reseller customer support is provided by the Lexmark Customer Management Center (LOMC). Orders may be entered through EDI (Electronic Data Interchange) or sent by mail or fax to:

> Lexmark International, Inc.
> Customer Management Center
> P.O. Box 11427
> Lexington, KY  40575-1427

### Order Entry

Telephone:  1-800-292-5885

Fax:  1-800-232-9539

### Accounts Receivable

Telephone:  1-800-847-4778

Fax:  1-800-732-9539

### Hours of Operation

Monday through Friday, 8 a.m. to 6 p.m., Eastern time

# Terms and Conditions

### Returns Policy

Supply products are eligible for returns according to the Product Returns section, covering supplies returns, of Lexmark's Authorized Dealer and Distributor Agreements. Return authorization will be handled according to the Lexmark Returns Policy. A copy of the form is included as Attachment A.

### Lexmark Channels

These products are available to Lexmark resellers under the terms of Lexmark's Authorized Dealer and Distributor Agreements.

# Warranty Service

The items listed in this letter are considered supplies and must be returned before Lexmark processes any supplies warranty claim. Refer to Announcement Letter LEX 04-034 dated February 27, 2004.

# Trademarks

All trademarks are the properties of their respective owners.



# Supplies Marketing Bulletin

## October 23, 2006

## Announcing Supplies for the New Lexmark E250, E350, E352 and E450 Laser Printers

**Today Lexmark announces new supplies for the Lexmark E250, E350, E352 and E450 laser printers.**



740 West New Circle Road, Lexington, KY 40550
Lexmark and Lexmark with diamond design are trademarks of Lexmark
International, Inc., registered in the United States and/or other countries.

www.lexmark.com

CONFIDENTIAL - OUTSIDE COUNSEL ONLY
LEX 06-164                     A2879        Confidential Until Announce

**Announcing Lexmark E250/E350/E352/E450 Supplies**                    **2**

## Supplies
### Toner Cartridges

| Part #'s | Description | Yield | Compatibility | | | |
|---|---|---|---|---|---|---|
| | | | E250 | E350 | E352 | E450 |
| E250A11A[3] | Return Program Toner Cartridge | 3,500[1] | X | X | X | |
| E250A21A[3] | Toner Cartridge | 3,500[1] | X | X | X | |
| E352H11A[3] | High Yield Return Program Toner Cartridge | 9,000[1] | | X | X | |
| E352H21A[3] | High Yield Toner Cartridge | 9,000[1] | | X | X | |
| E450A11A[3] | Return Program Toner Cartridge | 6,000[1] | | | | X |
| E450A21A[3] | Toner Cartridge | 6,000[1] | | | | X |
| E450H11A[3] | High Yield Return Program Toner Cartridge | 11,000[1] | | | | X |
| E450H21A[3] | High Yield Toner Cartridge | 11,000[1] | | | | X |

### Other Supplies

| | | | | | | |
|---|---|---|---|---|---|---|
| E250X22G | Photoconductor Kit | 30,000[2] | X | X | X | X |

### Media

| | | | | | | |
|---|---|---|---|---|---|---|
| 70X7240 | Transparencies (letter) | | X | X | X | X |
| 12A5010 | Transparencies (A4) | | X | X | X | X |

[1] Declared Yield Value in accordance with ISO/IEC 19752
[2] Yield based on approximately 5% coverage. Yield may vary based on individual customer usage.
[3] Designed for use in USA & Canada

## Hardware Overview

The new E series Lexmark printers deliver industry leading technology that maximizes performance, reliability and environmental efficiency. The E series printers include a revolutionary new printhead, which is quicker, smaller, more reliable and quieter. At up to 35 pages per minute, and including standard features like duplex, 366 MHz processors and instant warm-up fusers, the new E series printers use less power, less paper and less time.

## Supplies Overview

The new E series Lexmark printers include new toner cartridges, delivering improved value and more options across the product line. E350, E352 and E450 printers include standard yield and high yield supplies, while all E series printers include Return Program and regular cartridge versions, and consistent high quality output.

## Quality Promise

Lexmark supplies are built around the promise of **True. Image. Always.** Original Lexmark supplies, used together with the printer, deliver the highest performance and quality available.

- **True.** Lexmark supplies are exclusively designed—from conception—for Lexmark printers. This means each original product performs reliably with unparalleled quality. Using original Lexmark supplies provides the best value for the end user.
- **Image.** At Lexmark, we believe in making great impressions. That's why our supplies are engineered to create documents with the crispness and quality to meet the highest professional standards. Lexmark understands the technology and how to make it work.
- **Always.** Lexmark supplies are designed to provide dependable performance, page after page, year after year. Rugged, rigorous, demanding test procedures push Lexmark supplies products to the outer limits, ensuring even our most demanding customers experience exceptional, original quality. Count on Lexmark.

## Return Program Cartridges

E250, E350, E352 and E450 toner cartridges are available in Return Program or regular versions.

Return Program cartridges are sold at a discount (versus the price of the corresponding regular cartridge) in exchange for the customer's agreement to use the cartridge only once and return it only to Lexmark for remanufacturing or recycling. By selling

## Announcing Lexmark E250/E350/E352/E450 Supplies                                      3

this Return Program cartridge, you, our reseller, likewise are agreeing to comply with these terms and conditions – to return an empty Return Program cartridge only to Lexmark if one comes into your possession.

Regular cartridges without this agreement are also available for customers who do not choose the Return Program cartridge with its terms.

### Lexmark Cartridge Collection Program

All Lexmark Supplies are eligible for return under the Lexmark Cartridge Collection program. Used Lexmark cartridges should be returned to Lexmark for appropriate remanufacturing and recycling, at no cost to the customer, through the Lexmark Cartridge Collection Program. Customers can return spent cartridges either directly to Lexmark or through participating Authorized Lexmark Resellers.

### Empty Cartridge Return

Free shipping is as easy as 1, 2, 3! Customers in the continental United States should:

1. Repackage the empty cartridge in the box from the replacement cartridge. The box top includes tabs that tuck to secure the box closed. No tape is needed.
2. Complete the return address on the UPS shipping label provided and attach the label to the carton.
3. Drop the package off at an authorized UPS shipping center or give to a UPS carrier during the next UPS delivery.

Customers in Alaska and Hawaii should visit www.lexmark.com/recycle to print a postage-paid US Postal Service label. This convenient e-return service is available anytime, for customers anywhere in the US. Customers without web access may call 1-800-LEXMARK (800-539-6275), ext.108.

For free empty cartridge returns in other countries, customers should visit www.lexmark.com/recycle and select their home country.

### Returns through participating Lexmark Partners

See details about the Lexmark Partner Empty Cartridge Collection Program in the LEX 06-086 announcement, dated May 30, 2006, which contains revised terms and conditions for the program.

# Pricing

| Part #'s | Description | UPC Code | MSRP* |
|----------|-------------|----------|-------|
| E250A11A | Return Program Toner Cartridge | 7-34646-25800-5 | |
| E250A21A | Toner Cartridge | 7-34646-25804-3 | |
| E352H11A | High Yield Return Program Toner Cartridge | 7-34646-25809-8 | |
| E352H21A | High Yield Toner Cartridge | 7-34646-25812-8 | |
| E450A11A | Return Program Toner Cartridge | 7-34646-25815-9 | |
| E450A21A | Toner Cartridge | 7-34646-25819-7 | |
| E450H11A | High Yield Return Program Toner Cartridge | 7-34646-25823-4 | |
| E450H21A | High Yield Toner Cartridge | 7-34646-25827-2 | |
| Other Supplies | | | |
| E250X22G | Photoconductor Kit | 7-34646-25808-1 | |
| Media | | | |
| 70X7240 | Transparencies (letter) | 7-34646-03810-2 | |
| 12A5010 | Transparencies (A4) | 7-34646-13899-4 | |

\* MSRP (Manufacturer's Suggested Retail Price): This price is Lexmark's suggested resale price and is subject to change without notice. This price is for information purposes only. Lexmark's and our Resellers' prices may vary.

CONFIDENTIAL - OUTSIDE COUNSEL ONLY

## Announcing Lexmark E250/E350/E352/E450 Supplies

**4**

## Technical Information

### Toner Cartridges

| Part #'s | Warranty | Country of Origin | Estimated Annual Usage | Toner Shelf Life[1] |
|----------|----------|-------------------|------------------------|---------------------|
| E250A11A | Limited Lifetime | China | 2-3 Cartridges | Approximately 2 years |
| E250A21A | Limited Lifetime | China | 2-3 Cartridges | Approximately 2 years |
| E352H11A | Limited Lifetime | China | 1-2 Cartridges | Approximately 2 years |
| E352H21A | Limited Lifetime | China | 1-2 Cartridges | Approximately 2 years |
| E450A11A | Limited Lifetime | China | 2-3 Cartridges | Approximately 2 years |
| E450A21A | Limited Lifetime | China | 2-3 Cartridges | Approximately 2 years |
| E450H11A | Limited Lifetime | China | 1-2 Cartridges | Approximately 2 years |
| E450H21A | Limited Lifetime | China | 1-2 Cartridges | Approximately 2 years |

### Other Supplies

| Part #'s | Warranty | Country of Origin | Estimated Annual Usage | Toner Shelf Life |
|----------|----------|-------------------|------------------------|------------------|
| E250X22G | Limited Lifetime | China | 1-2 per printer life | |

## Supplies Packaging and Shipping Information

| Part Number | Each | | | | Pallet | | | | Quantity |
|-------------|------|------|------|------|------|------|------|------|----------|
| | Width | Depth | Height | Weight | Width | Depth | Height | Weight | |
| E250A11A E250A21A | 15.16 in. (385 mm) | 4.02 in. (102 mm) | 5.71 in. (145 mm) | 2.35 lb. (1.07 kg) | 40 in. (1016 mm) | 48 in. (1219 mm) | 49.7 in. (1262 mm) | 479.2 lb. (217.3 kg) | 189 |
| E352H11A E352H21A | 15.16 in. (385 mm) | 4.02 in. (102 mm) | 5.71 in. (145 mm) | 2.65 lb. (1.20 kg) | 40 in. (1016 mm) | 48 in. (1219 mm) | 49.7 in. (1262 mm) | 535.9 lb. (243.1 kg) | 189 |
| E450A11A E450A21A | 15.16 in. (385 mm) | 4.02 in. (102 mm) | 5.71 in. (145 mm) | 2.5 lb. (1.13 kg) | 40 in. (1016 mm) | 48 in. (1219 mm) | 49.7 in. (1262 mm) | 507.5 lb. (230.2 kg) | 189 |
| E450H11A E450H21A | 15.16 in. (385 mm) | 4.02 in. (102 mm) | 5.71 in. (145 mm) | 2.9 lb. (1.32 kg) | 40 in. (1016 mm) | 48 in. (1219 mm) | 49.7 in. (1262 mm) | 583.1 lb. (264.5 kg) | 189 |
| E250X22G | 3.70 in. (94 mm) | 12.24 in. (311 mm) | 8.27 in. (210 mm) | 2.02 lb. (.91 kg) | 40 in. (1016 mm) | 48 in. (1219 mm) | 48.96 in. (1249 mm) | 398.6 lb. (180.8 kg) | 180 |
| 70X7240 Box of 50 Sheets | 11.5 in. (292 mm) | 9 in. (228 mm) | .75 in. (19 mm) | 1.25 lb. (.57 kg) | | | | | |
| 70X7240 Shipping Overpack - 5 Boxes | 11.8 in. (300 mm) | 9.3 in. (236.2 mm) | 4.3 in. (109 mm)) | 6.9 lb. (3.14 kg) | 40 in. (1016 mm) | 48 in. (1219 mm) | 46.9 in. (1191 mm) | 991 lb. (449.9 kg) | 765 boxes |
| 12A5010 Box of 50 Sheets Each | 12.3 in. (312 mm) | 8.75 in. (22 mm) | .5 in. (13 mm) | 1.25 lb. (.57 kg) | | | | | |
| 12A5010 Shipping Overpack - 5 Boxes | 12.6 in. (320 mm) | 9 in. (229 mm) | 4.1 in. (104 mm) | 6.9 lb. (3.14 kg) | 48 in. (1219 mm) | 40 in. (1016 mm) | 46.9 in. (1191 mm) | 1035 lb. (469.9 kg) | 720 boxes |

## Warranty Service

The Lexmark E250, E350, E352 and E450 toner cartridges are considered supply items and are required to be returned prior to the processing of any supplies warranty claim.  Please refer to Announcement Letter LEX 03-087 dated April 7, 2003, for complete processing procedures.

## Trademarks

All trademarks are the properties of their respective owners.

CONFIDENTIAL - OUTSIDE COUNSEL ONLY

**A2882**

Confidential Until Announce



# Supplies Marketing Bulletin

## October 20, 2008

## Announcing Supplies for the New Lexmark E260d, E360d, E460d Mono Laser Printers

Today Lexmark announces new supplies for the Lexmark E260d, E260dn, E360d, E360dn, E460dn and E460dw laser printers.



740 West New Circle Road, Lexington, KY 40550
Lexmark and Lexmark with diamond design are trademarks of Lexmark
International, Inc., registered in the United States and/or other countries.

www.lexmark.com

CONFIDENTIAL - OUTSIDE COUNSEL ONLY
LEX 08-116                    Confidential Until A2883e

## Announcing Lexmark E260/E360/E460 Supplies                                    2

### Supplies

#### Toner Cartridge

| Part #'s | Description | Yield | E260 | E360 | E460 |
|----------|-------------|-------|------|------|------|
| E260A11A[3] | E260, E360, E460 Return Program Toner Cartridge | 3,500[1] | X | X | X |
| E260A21A[3] | E260, E360, E460 Toner Cartridge | 3,500[1] | X | X | X |
| E360H11A[3] | E360, E460 High Yield Return Program Toner Cartridge | 9,000[1] | | X | X |
| E360H21A[3] | E360, E460 High Yield Toner Cartridge | 9,000[1] | | X | X |
| E460X11A[3] | E460 Extra High Yield Return Program Toner Cartridge | 15,000[1] | | | X |
| E460X21A[3] | E460 Extra High Yield Toner Cartridge | 15,000[1] | | | X |

#### Other Supplies

| | | | | | |
|----------|-------------|-------|------|------|------|
| E260X22G | Photoconductor Kit | 30,000[2] | X | X | X |

#### Media

| | | | | | |
|----------|-------------|-------|------|------|------|
| 70X7240 | Transparencies (Letter) | | X | X | X |
| 12A5010 | Transparencies (A4) | | X | X | X |

[1] Declared Yield Value in accordance with ISO/IEC 19752

[2] Yield up to 30,000 pages, based on average 3 page jobs and approximately 5% coverage per page. Yields may vary based on customer usage.

[3] Designed for use in USA & Canada

## Hardware Overview

The new E series Lexmark printers deliver big benefits in a monochrome laser printer. The E260 series, with print speeds up to 35 pages per minute, provide a quick and convenient printer that fits easily on your desktop or within your workspace. The E360 series delivers rapid and reliable laser printing essential for any office, whether it's for an individual desktop user or to be shared in a small-workgroup environment. The E460 series keeps your productivity up and costs way down, a great value for small and medium workgroups with bid workloads and high expectations. The E360 and E460 print at speeds up to 40 pages per minute. With paper-saving duplex printing, Eco-Mode to reduce power consumption, instant warm-up fuser to save energy and Lexmark Cartridge Collection Program for easy recycling, the new E series printers provide responsible printing for your business.

## Supplies Overview

The new E series Lexmark printers include new toner cartridges, delivering improved value and more options across the product line. The standard yield (3,500 pages[1]) toner cartridge works on all models. The E360 and E460 printers support a high yield (9,000[1] pages) toner cartridge. The E460 printer also supports an extra high yield (15,000[1] pages) toner cartridge. The extra high yield toner cartridge gives a lower page cost that is easy on your budget. All E series printers offer multiple darkness levels that can save up to 50% on toner.

The E260, E360 and E460 ship with a 1,000[1] pages, 2,300[1] pages and 7,000[1] pages, respectively, Starter Return Program Toner Cartridge. The new E series photoconductor kit supports up to 30,000[2] pages. The printer ships with a photoconductor installed, and based on average usage, may never need to be replaced. The new E series supplies are not backward compatible with previous E series printers.

## Quality Promise

Lexmark supplies are built around the promise of **True. Image. Always.** Original Lexmark supplies, used together with the printer, deliver the highest performance and quality available.

- **True.** Lexmark supplies are exclusively designed—from conception—for Lexmark printers. This means each original product performs reliably with

CONFIDENTIAL - OUTSIDE COUNSEL ONLY

## Announcing Lexmark E260/E360/E460 Supplies                          3

unparalleled quality. Using original Lexmark supplies provides the best value for the end user.

- **Image.** At Lexmark, we believe in making great impressions. That's why our supplies are engineered to create documents with the crispness and quality to meet the highest professional standards. Lexmark understands the technology and how to make it work.

- **Always.** Lexmark supplies are designed to provide dependable performance, page after page, year after year. Rugged, rigorous, demanding test procedures push Lexmark supplies products to the outer limits, ensuring even our most demanding customers experience exceptional, original quality. Count on Lexmark.

## Region-Specific Supplies

Lexmark continues to offer region-specific supplies for selected products. Four distinct sets of supplies will be available to support the E260, E360, and E460 in four world regions:

1. USA and Canada
2. Europe, the Middle East and Africa
3. Asia Pacific, including Australia and New Zealand
4. Latin America, including Puerto Rico and the Caribbean

Printers installed in each region will work with the respective supplies designed for and announced in that same region. The cartridges that are shipped with the printer include a reorder label directing the customer to the appropriate cartridge part numbers available for use in the customer's region.

### Identification

Order the part numbers listed in this announcement for use in the USA. For further verification of region, look for a regional statement with other product-specific information on the outside of each E260, E360, E460 toner cartridge box.

### Benefits

Region-specific supplies enable Lexmark to tailor offerings to specific markets, protect the resellers value of Lexmark supplies within a region and help to eliminate paths for counterfeit products to enter a region. Region-specific supplies are intended to protect both authorized Lexmark supplies resellers and Lexmark end user customers.

### Return Program Cartridges

E260, E360 and E460 toner cartridges are available in Return Program or regular versions.

Return Program cartridges are sold at a discount (versus the price of the corresponding regular cartridge) in exchange for the customer's agreement to use the cartridge only once and return it only to Lexmark for remanufacturing or recycling. By selling this Return Program cartridge, you, our reseller, likewise are agreeing to comply with these terms and conditions – to return an empty Return Program cartridge only to Lexmark if one comes into your possession.

Regular cartridges without this agreement are also available for customers who do not choose the Return Program cartridge with its terms.

### Lexmark Cartridge Collection Program

All Lexmark Supplies are eligible for return under the Lexmark Cartridge Collection program. Used Lexmark cartridges should be returned to Lexmark for appropriate remanufacturing and recycling, at no cost to the customer, through the Lexmark Cartridge Collection Program. Customers can return spent cartridges either directly to Lexmark or through participating Authorized Lexmark Resellers.

### Empty Cartridge Return

Free shipping is as easy as 1, 2, 3! Customers in the continental United States should:

1. Repackage the empty cartridge in the box from the replacement cartridge. The box top includes tabs that tuck to secure the box closed. No tape is needed.
2. Complete the return address on the UPS shipping label provided and attach the label to the carton.
3. Drop the package off at an authorized UPS shipping center or give to a UPS carrier during the next UPS delivery.

Customers in Alaska and Hawaii should visit www.lexmark.com/recycle to print a postage-paid US Postal Service label. This convenient e-return service

CONFIDENTIAL - OUTSIDE COUNSEL ONLY

**Announcing Lexmark E260/E360/E460 Supplies**          **4**

is available anytime, for customers anywhere in the US.  Customers without web access may call 1-800-LEXMARK (800-539-6275), ext. 108.

For free empty cartridge returns in other countries, customers should visit www.lexmark.com/recycle and select their home country.

**Returns through participating Lexmark Partners**
See details about the Lexmark Partner Empty Cartridge Collection Program in the LEX 06-086 announcement, dated May 30, 2006, which contains revised terms and conditions for the program.

# Pricing

| Part #'s | Description | UPC Code | MSRP* | Reseller Minimum Order Quantity |
|---|---|---|---|---|
| E260A11A[1] | E260, E360, E460 Return Program Toner Cartridge | 7-34646-06459-0 | | 1 |
| E260A21A[1] | E260, E360, E460 Toner Cartridge | 7-34646-06476-7 | | 1 |
| E360H11A[1] | E360, E460 High Yield Return Program Toner Cartridge | 7-34646-06460-6 | | 1 |
| E360H21A[1] | E360, E460 High Yield Toner Cartridge | 7-34646-06477-4 | | 1 |
| E460X11A[1] | E460 Extra High Yield Return Program Toner Cartridge | 7-34646-06461-3 | | 1 |
| E460X21A[1] | E460 Extra High Yield Toner Cartridge | 7-34646-06478-1 | | 1 |
| E260X22G | Photoconductor Kit | 7-34646-06474-3 | | 1 |

**Existing Supplies**
**Media**

| Part #'s | Description | UPC Code | MSRP* | Reseller Minimum Order Quantity |
|---|---|---|---|---|
| 70X7240 | Transparencies (letter) | 7-34646-03810-2 | | 1 |
| 12A5010 | Transparencies (A4) | 7-34646-13899-4 | | 1 |

[1] Designed for use in USA and Canada

* MSRP (Manufacturer's Suggested Retail Price):  This price is Lexmark's suggested resale price and is subject to change without notice.  This price is for information purposes only.  Lexmark's and our Resellers' prices may vary.

# Technical Information

**Toner Cartridges**

| Part #'s | Warranty | Country of Origin | Estimated Annual Usage | Toner Shelf Life[1] |
|---|---|---|---|---|
| E260A11A | Limited Lifetime | China | 2-4 Cartridges | Approximately 2 years |
| E260A21A | Limited Lifetime | China | 2-4 Cartridges | Approximately 2 years |
| E360H11A | Limited Lifetime | China | 1-2 Cartridges | Approximately 2 years |
| E360H21A | Limited Lifetime | China | 1-2 Cartridges | Approximately 2 years |
| E460X11A | Limited Lifetime | China | 1-2 Cartridges | Approximately 2 years |
| E460X21A | Limited Lifetime | China | 1-2 Cartridges | Approximately 2 years |

**Other Supplies**

| Part #'s | Warranty | Country of Origin | Estimated Annual Usage | Toner Shelf Life[1] |
|---|---|---|---|---|
| E260X22G | Limited Lifetime | China | 1-2 per printer life | |

[1] Toner cartridges offer a 2 year shelf life when stored in original packaging, in normal office conditions

CONFIDENTIAL - OUTSIDE COUNSEL ONLY

## Announcing Lexmark E260/E360/E460 Supplies                                          **5**

## Supplies Packaging and Shipping Information

| Part Number | Each | | | | Pallet | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Width | Depth | Height | Weight | Width | Depth | Height | Weight | Quantity |
| E260A11A | 15.7 in. | 5.4 in. | 7.1 in. | 1.75 lb. | 40 in. | 48 in. | 47.76 in. | 259 lb. | 126 |
| E260A21A | (399 mm) | (137 mm) | (181 mm) | (795 gm) | (1016 mm) | (1219 mm) | (1213.1 mm) | (117.2 kg) | |
| E360H11A | 15.7 in. | 5.4 in. | 7.1 in. | 2.01 lb. | 40 in. | 48 in. | 47.76 in. | 291 lb. | 126 |
| E360H21A | (399 mm) | (137 mm) | (181 mm) | (915 gm) | (1016 mm) | (1219 mm) | (1213.1 mm) | (132 kg) | |
| E460X11A | 15.7 in. | 5.4 in. | 7.1 in. | 2.38 lb. | 40 in. | 48 in. | 47.76 in. | 338 lb. | 126 |
| E460X21A | (399 mm) | (137 mm) | (181 mm) | (1080 gm) | (1016 mm) | (1219 mm) | (1213.1 mm) | (153.2 kg) | |
| E260X22G | 12.24 in. | 3.70 in. | 8.27 in. | 2.02 lb. | 40 in. | 48 in. | 48.96 in. | 398.6 lb. | 180 |
| | (311 mm) | (94 mm) | (210 mm)) | (.91 kg) | (1016 mm) | (1219 mm) | (1249 mm) | (180.8 kg) | |
| 70X7240 | 9 in. | 11.5 in. | .75 in. | 1.25 lb. | | | | | |
| Box of 50 Sheets | (229 mm) | (292 mm) | (19 mm)) | (.57 kg) | | | | | |
| 70X7240 | 9.3 in. | 11.8 in. | 4.3 in. | 6.9 lb. | 40 in. | 48 in. | 46.9 in. | 991 lb. | 765 boxes |
| Shipping Overpack - 5 Boxes | (236.2 mm) | (300 mm) | (109 mm)) | (3.14 kg) | (1016 mm) | (1219 mm) | (1191 mm) | (449.9 kg) | |
| 12A5010 | 8.75 in. | 12.3 in. | .5 in. | 1.25 lb. | | | | | |
| Box of 50 Sheets Each | (223 mm) | (312 mm) | (13 mm)) | (.57 kg) | | | | | |
| 12A5010 | 9 in. | 12.6 in. | 4.1 in. | 6.9 lb. | 40 in. | 48 in. | 46.9 in. | 1035 lb. | 720 boxes |
| Shipping Overpack - 5 Boxes | (229 mm) | (320 mm) | (104 mm) | (3.14 kg) | (1016 mm) | (1219 mm) | (1191 mm) | (469.9 kg) | |

## Administrative Information

### Ordering Information

Reseller customer support is provided by the Lexmark Customer Management Center (CMC). Orders may be entered through Electronic Data Interchange (EDI) or sent by mail or fax to:

> Lexmark International, Inc.
> Customer Management Center
> P.O. Box 11427
> Lexington, KY 40575-1427

### Order Entry

Telephone: 1-800-292-5885
Fax: 1-800-232-9539

### Accounts Receivable

Telephone: 1-800-847-4778
Fax: 1-800-732-9539

### Hours of Operation

Monday through Friday, 8 a.m. to 6 p.m., Eastern time

## Terms and Conditions

### Returns Policy

The supply products are eligible for returns according to the Product Returns section, covering supplies returns, of Lexmark's reseller agreements. Return authorization will be handled according to the Lexmark Returns Policy

### Lexmark Channels

These products are available to Lexmark resellers under the terms of Lexmark's Reseller and Distributor agreements.

## Warranty Service

The Lexmark E260, E360, E460 toner cartridges are considered supply items and are required to be returned prior to the processing of any supplies warranty claim. Refer to Announcement Letter LEX 03-087 dated April 7, 2003, for complete processing procedures.

## Trademarks

All trademarks are the properties of their respective owners.

CONFIDENTIAL - OUTSIDE COUNSEL ONLY

                    Confidential Until **A2887**:e

CONFIDENTIAL - OUTSIDE COUNSEL ONLY

# Supplies Marketing Bulletin

**October 29, 2001**

## Lexmark Announces the Supplies for the Lexmark E320 and E322 Printers





**LEXMARK**™

**740 West New Circle Road, Lexington, KY 40550**
Lexmark and Lexmark with diamond design are trademarks of Lexmark
International, Inc., registered in the United States and/or other countries.

CONFIDENTIAL - OUTSIDE COUNSEL ONLY

A2889

# Announcing Lexmark E320 and E322 Supplies                    2

## Supply Part Numbers

| Part Number | Description |
|---|---|
| 08A0476 | Lexmark E320/E322 *Prebate*™ Print Cartridge |
| 08A0478 | Lexmark E320/E322 High Yield *Prebate*™ Print Cartridge |
| 08A0475 | Lexmark E320/E322 Print Cartridge |
| 08A0477 | Lexmark E320/E322 High Yield Print Cartridge |
| 70X7240* | Lexmark Laser Printer Transparencies (letter) |
| 12A5010* | Lexmark Laser Printer Transparencies (A4) |

* existing part number

## Hardware Overview

Today Lexmark introduces two new laser printers: Lexmark E320 and Lexmark E322. The Lexmark E320 is an inexpensive personal laser printer for home or office users needing professional looking documents from a printer that's easy to use. The Lexmark E322 is an excellent desktop printer for business users needing performance, reliability, and network capability in a small size. The E320 ships with a 1,500 page* Starter *Prebate* Print Cartridge and the E322 ships with a 3,000 page* *Prebate* Print Cartridge.

*at approximately 5% coverage

## Supplies Overview

Lexmark E320 and E322 printers share common customer-replaceable supplies to protect your investment. The supplies are designed for easy installation and reliable performance. The single-element, front-load design makes the cartridge a snap to use.

## Compatibility

The Lexmark E320/E322 print cartridges are uniquely designed for E320 and E322 printers; they are not compatible with other Lexmark printers. Likewise, print cartridges intended for use with printers other than the Lexmark E320 or E322 cannot be used.

## Customer Choice

Lexmark enables customers to choose the solutions that best fit their needs by offering a choice of cartridges for the E320 and E322. Lexmark offers standard-yield or high yield cartridges, each available in *Prebate* or non-*Prebate* versions, for a total of four different cartridges to choose from.

The 3,000-page* standard-yield print cartridge makes an excellent choice for cost-sensitive customers. The 6,000 page* high yield print cartridge is a good alternative for customers with high print volume since it reduces the frequency of replenishment.

*at approximately 5% coverage

## Prebate

Like other Lexmark product lines, Lexmark E320 and E322 users can get an up-front discount (a "pre-rebate" or *Prebate*) on Lexmark E320/E322 *Prebate* print cartridges. The discount is at time of purchase, not months after the cartridge is empty, and it applies without cumbersome coupons to track or forms to fill out.

Regular-price cartridges with regular terms and conditions are available for those customers who do not choose the *Prebate* cartridge with its terms.

## Prebate Terms and Conditions

The *Prebate* program conditions are an essential part of the *Prebate* offering. For this "up-front rebate" from Lexmark, the user agrees that this cartridge will be used only once and that the empty cartridge will be returned only to Lexmark for remanufacturing and recycling. By selling this *Prebate* cartridge, you, our reseller, likewise are agreeing to comply with these terms and conditions – to return an empty *Prebate* cartridge only to Lexmark if one comes into your possession.

## Empty Cartridge Returns

Used Lexmark cartridges should be returned to Lexmark for appropriate remanufacturing and recycling, at no cost to the customer, through Lexmark's Operation ReSource[SM] program or through Authorized Lexmark Resellers participating in the Authorized Reseller Empty Cartridge Collection Program.

CONFIDENTIAL - OUTSIDE COUNSEL ONLY
A2890

# Announcing Lexmark E320 and E322 Supplies                                3

## Operation ReSource

Operation ReSource is a free and simple way to return empty cartridges directly to Lexmark for appropriate recycling. Each cartridge carton includes repackaging instructions for the empty cartridge and a return shipping label. Customers should simply repackage the empty cartridge in the box from the new replacement cartridge, reseal with clear packing tape, apply the provided shipping label as indicated, and complete the return address information on the label. For free shipping in the in the USA, customers should drop the package off at a UPS authorized shipping center or give to a UPS carrier during the next UPS delivery. For free shipping in other countries, please follow the instructions provided with the cartridge. For further information, call the Operation ReSource phone number at 1-800-LEXMARK (800-539-6275), ext.108.

## Pricing

| Part Number | Description | UPC | MSRP[1] | Reseller Price | Minimum Reseller Quantity |
|---|---|---|---|---|---|
| 08A0475 | Lexmark E320/E322 Print Cartridge | 7-34646-36872-8 | | | 1 each |
| 08A0477 | Lexmark E320/E322 High Yield Print Cartridge | 7-34646-36874-2 | | | 1 each |
| 08A0476 | Lexmark E320/E322 *Prebate*™ Print Cartridge | 7-34646-36873-5 | | | 1 each |
| 08A0478 | Lexmark E320/E322 High Yield *Prebate*™ Print Cartridge | 7-34646-36875-9 | | | 1 each |
| 70X7240 | Lexmark Laser Printer Transparencies, letter | 7-34646-03180-2 107-34646-03180-9 | | | 1 box |
| 12A5010 | Lexmark Laser Printer Transparencies, A4 | 7-34646-13899-4 507-34646-13899-9 | | | 1 box |

[1] MSRP Manufacturer's Suggested Retail Price (MSRP): This price is Lexmark's suggested resale price and is subject to change without notice. This price is for information purposes only. Lexmark's and our Resellers' prices may vary.

[2] This product is only available for direct end-user sales @ Lexmark Direct, 1-800-438-2468 and www.lexmark.com.

## Technical Information

### Lexmark E320 *Prebate* Starter Print Cartridge
- Yield: 1,500 pages at approximately 5% coverage
- Ships with E320 printer, not available aftermarket

### Lexmark E320/E322 *Prebate* Print Cartridge (08A0476)
- Yield: 3.000 pages at approximately 5% coverage
- Warranty: Lifetime
- Estimated Average Annual Usage: 1-2 each
- Made in Korea

### Lexmark E320/E322 High Yield *Prebate*™ Print Cartridge (08A0478)
- Yield: 6,000 pages at approximately 5% coverage
- Warranty: Lifetime
- Estimated Average Annual Usage: 1 each
- Made in Korea

### Lexmark E320/E322 Print Cartridge (08A0475)
- Yield: 3.000 pages at approximately 5% coverage
- Warranty: Lifetime
- Estimated Average Annual Usage: 1-2 each
- Made in Korea

### Lexmark E320/E322 High Yield Print Cartridge (08A0477)
- Yield: 6,000 pages at approximately 5% coverage
- Warranty: Lifetime
- Estimated Average Annual Usage: 1 each
- Made in Korea

CONFIDENTIAL - OUTSIDE COUNSEL ONLY

## Announcing Lexmark E320 and E322 Supplies                                    4

## Supplies Packaging and Shipping Information

All four cartridge SKUs have identical shipping package dimensions and pallet configuration.  The individual cartridges are packaged 12 per overpack.  Eight (8) overpacks fit to a pallet. The dimensions are as follows.

| | Length | Width | Height | Weight |
|---|---|---|---|---|
| **Lexmark E320, E322 Print Cartridge** | | | | |
| 1 box | 13 in. (330 mm) | 8.7 in. (220 mm) | 6.3 in. (160 mm) | 3.1 lb. (1.4 kg) |
| 1 shipping pack (12 boxes) | 26.2 in. (665 mm) | 17.7 in. (450 mm) | 19.5 in. (495 mm) | 39.5 lb. (17.9 kg) |
| 1 pallet (96 boxes) | 53.2 in. (1,350 mm) | 36.2 in. (920 mm) | 43.8 in. (1,113 mm) | 346 lb. (189.6 kg) |
| **Lexmark Laser Printer Transparencies (letter)  (p/n 70X7240)** | | | | |
| 1 box | 11.5 in. (292 mm) | 9 in. (229 mm) | 0.75 in. (19 mm) | 1.25 lb. (0.57 kg) |
| 1 shipping pack (5 boxes) | 11.8 in. (300 mm) | 9.3 in. (235 mm) | 4.3 in. (109 mm) | 6.9 lb. (3.14 kg) |
| 1 pallet (765 boxes) | 48 in. (1,219 mm) | 40 in. (1,016 mm) | 46.9 in. (1,191 mm) | 991 lb. (449.9 kg) |
| **Lexmark Laser Printer Transparencies (A4)  (p/n 12A5010)** | | | | |
| 1 box | 12.3 in. (312 mm) | 8.75 in. (22 mm) | 0.5 in. (13 mm) | 1.25 lb. (0.57 kg) |
| 1 shipping pack (5 boxes) | 12.6 in. (320 mm) | 9 in. (229 mm) | 4.1 in. (104 mm) | 6.9 lb. (3.14 kg) |
| 1 pallet (720 boxes) | 48 in. (1,219 mm) | 40 in. (1,016 mm) | 46.9 in. (1,191 mm) | 1,035 lb. (469.89 kg) |

## Administrative Information

### Ordering Information

Reseller customer support is provided by the Lexmark Order Management Center (LOMC).  Orders may be entered through EDI (Electronic Data Interchange) or sent by mail or fax to:

> Lexmark International, Inc.
> Order Management Center
> P.O. Box 11427
> Lexington, KY  40575-1427

### Order Entry

Telephone:  1-800-292-5885
Fax:  1-800-232-9539

### Accounts Receivable

Telephone:  1-800-847-4778
Fax:  1-800-732-9539

### Hours of Operation

Monday through Friday, 8 a.m. to 8 p.m., Eastern time

## Terms and Conditions

### Returns Policy

The supply products are eligible for returns according to the Product Returns section, covering supplies returns, of Lexmark's Authorized Reseller and Distributor Agreements.  Return authorization will be handled according to the Lexmark Returns Policy. A copy of the form is included as Attachment A.

### Lexmark Channels

These products are available to Lexmark resellers under the terms of Lexmark's Authorized Reseller and Distributor Agreements.

## Warranty Service

The Lexmark E320/E322 print cartridges are considered supply items and are required to be returned prior to the processing of any supplies warranty claim.  Please refer to Announcement Letter LEX 00-015 dated February 1, 2000, for complete processing procedures.

## Trademarks

*Prebate* is a trademark of Lexmark International, Inc.

Operation ReSource is a service mark of Lexmark International, Inc.

All other trademarks are the properties of their respective owners.

*APPENDIX A*

## Participating Lexmark Reseller Empty Cartridge Collection Program
## Blanket Return Authorization Enrollment Form
*(all sections must be completed for enrollment)*

Reseller Name: _____ Lexmark Customer No.:_____

Reseller Address: _____

_____

_____

Reseller Phone No.: _____ Reseller Fax No.: _____

Reseller Contact: _____


# FAX COMPLETED FORM TO LEXMARK AT 800-232-9539


*(to be completed by Lexmark)*

>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>><<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<

*Empty cartridge blanket Return Authorization Number:* _____

**Lexmark designated freight provider for prepaid pickup and shipping of authorized empty cartridge returns:**

  *Freight Provider:* _____

  *Telephone to arrange pickup:* _____

**Enrolled Dealer RA form sent/faxed on:** _____

>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>><<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<

CONFIDENTIAL - OUTSIDE COUNSEL ONLY

A2893

CONFIDENTIAL - OUTSIDE COUNSEL ONLY

# Supplies Marketing Bulletin

**April 7, 2003**

## Lexmark Announces the Supplies for the Lexmark E321 and E323 Printers







**LEXMARK**

**740 West New Circle Road, Lexington, KY 40550**
Lexmark and Lexmark with diamond design are trademarks of Lexmark
International, Inc., registered in the United States and/or other countries.

CONFIDENTIAL - OUTSIDE COUNSEL ONLY

A2895

## Supply Part Numbers

| Part Number | Description | Yield** |
|---|---|---|
| 12A7400 | Lexmark E321, E323 Prebate™ Print Cartridge | 3,000 pages |
| 12A7405 | Lexmark E321, E323 High Yield Prebate Print Cartridge | 6,000 pages |
| 12A7300 | Lexmark E321, E323 Print Cartridge | 3,000 pages |
| 12A7305 | Lexmark E321, E323 High Yield Print Cartridge | 6,000 pages |
| 70X7240* | Lexmark Laser Printer Transparencies (letter) | |
| 12A5010* | Lexmark Laser Printer Transparencies (A4) | |

\* existing part number

\*\* at approximately 5% coverage

## Hardware Overview

Today Lexmark introduces two new laser printers: Lexmark E321 and Lexmark E323. The Lexmark E321 is an inexpensive personal laser printer for home or office users needing professional looking documents from a printer that's easy to use. The Lexmark E323 is an excellent desktop printer for business users needing performance, reliability, and network capability in a small size. The E321 ships with a 1,500 page* Starter Prebate Print Cartridge and the E323 ships with a 3,000 page* Prebate Print Cartridge.

\*at approximately 5% coverage

## Supplies Overview

Lexmark E321 and E323 printers share common supplies to protect your investment. The supplies are designed for easy customer installation and quality performance, from the first page to the last. The single-element, front-load design makes the cartridge a snap to use. As with all Lexmark supplies, E321/E323 supplies guarantee excellent performance and the highest quality documents, page after page.

## Compatibility

Although the new E321/E321 supplies may look similar to E320/E322 supplies, they're different inside. Lexmark E321, E323 print cartridges are uniquely designed to deliver quality documents at the faster print speeds of the new Lexmark E321 and E323 printers.

Supplies are not compatible between the Lexmark E320/E322 and E321/E323 families. To help customers quickly identify the difference, the new E321/E323 supplies have a two-tone design.

## Customer Choice

Lexmark enables customers to choose the solutions that best fit their needs by offering a choice of cartridges for the E321 and E323. Lexmark offers standard yield or high yield cartridges, each available in Prebate or regular versions, for a total of four different cartridges to choose from.

The 3,000-page* Print Cartridge makes an excellent choice for cost-sensitive customers. The 6,000 page* High Yield Print Cartridge reduces the frequency of replenishment for customers with high print volume.

\*at approximately 5% coverage

## Prebate

Like other Lexmark product lines, Lexmark E321 and E323 users can get an up-front discount (a "pre-rebate" or Prebate) on Lexmark E321, E323 Prebate print cartridges. The discount is at time of purchase, not months after the cartridge is empty, and it applies without cumbersome coupons to track or forms to fill out.

Regular-price cartridges with regular terms and conditions are available for those customers who do not choose the Prebate cartridge with its terms.

## Prebate Terms and Conditions

The Prebate program conditions are an essential part of the Prebate offering. For this "up-front rebate" from Lexmark, the user agrees that this cartridge will be used only once and that the empty cartridge will be returned only to Lexmark for remanufacturing and recycling. By selling this Prebate cartridge, you, our reseller, likewise are agreeing to comply with these terms and conditions – to return an empty Prebate cartridge only to Lexmark if one comes into your possession.

CONFIDENTIAL - OUTSIDE COUNSEL ONLY

**Lexmark E321 and Lexmark E323 Supplies**                                    **3**

## Empty Cartridge Returns

Used Lexmark cartridges should be returned to Lexmark for appropriate remanufacturing and recycling, at no cost to the customer, through Lexmark's Operation ReSource℠ program or through Authorized Lexmark Resellers participating in the Authorized Reseller Empty Cartridge Collection Program.

## Operation ReSource

Operation ReSource is a free and simple way to return empty cartridges directly to Lexmark for appropriate recycling. Customers should simply repackage the empty cartridge in the box from the new replacement cartridge and reseal with clear packing tape, apply the provided shipping label, and complete the return address information on the label.

In the USA, Lexmark offers free return shipping via UPS. Customers should drop the package off at a UPS authorized shipping center or give to a UPS carrier during the next UPS delivery. Customers can visit Operation ReSource online at www.lexmark.com/or to learn more about the program or to print a prepaid US postal service shipping label. Customers may also call the Operation ReSource phone number at 1-800-LEXMARK (800-539-6275), ext.108 to request additional labels or packing materials.

For free shipping in other countries, customers should follow the instructions provided with the cartridge or visit Operation ReSource online at www.lexmark.com/or for further information or to print their country's prepaid return shipping label online.

## Authorized Reseller Empty Cartridge Collection Program

The Lexmark E321/E323 print cartridges are included in the Empty Cartridge Collection Program for Authorized Lexmark Resellers.

Lexmark will arrange for prepaid freight and pay a collection fee (in the form of an account credit) for Authorized Resellers who wish to collect empty Lexmark cartridges as a service for their customers. This is an important service for customers using *Prebate* cartridges that are to be returned only to Lexmark when empty.

To enroll in this program, interested resellers need to complete and fax in a "Participating Lexmark Reseller Empty Cartridge Collection Program" blanket return authorization enrollment form (Appendix A).

Upon receipt of the reseller's enrollment form, Lexmark will assign a "participating reseller empty cartridge Return Authorization (RA) number". This unique blanket RA number will be valid only for empty cartridge returns. Each enrolled participating reseller will receive an enrollment confirmation form containing their unique RA numbers, information on the freight carrier designated by Lexmark for their prepaid returns and instructions for empty cartridge return packaging and shipping requirements.

Cartridges that have been previously remanufactured by a third party are not eligible for return.

## Pricing

| Part Number | Description | UPC | MSRP[1] | Reseller Price | Minimum Reseller Quantity |
|---|---|---|---|---|---|
| 12A7300 | Lexmark E321, E323 Print Cartridge | 7-34646-11887-3 | | | 1 each |
| 12A7305 | Lexmark E321, E323 High Yield Print Cartridge | 7-34646-11888-0 | | | 1 each |
| 12A7400 | Lexmark E321, E323 *Prebate*™ Print Cartridge | 7-34646-11889-7 | | | 1 each |
| 12A7405 | Lexmark E321, E323 High Yield *Prebate*™ Print Cartridge | 7-34646-11890-3 | | | 1 each |
| 70X7240 | Lexmark Laser Printer Transparencies, letter | 7-34646-03810-2 107-34646-03810-9 | | | 1 box |
| 12A5010 | Lexmark  Laser Printer Transparencies, A4 | 7-34646-13899-4 507-34646-13899-9 | | | 1 box |

[1] MSRP  Manufacturer's Suggested Retail Price (MSRP):  This price is Lexmark's suggested resale price and is subject to change without notice.  This price is for information purposes only.  Lexmark's and our Resellers' prices may vary.

[2] This product is only available for direct end-user sales @ Lexmark Direct, 1-800-438-2468 and www.lexmark.com.

CONFIDENTIAL - OUTSIDE COUNSEL ONLY

## Lexmark E321 and Lexmark E323 Supplies                                                    4

### Technical Information
**Lexmark E321, E323 Print Cartridge**
**P/Ns 12A7400 and 12A7300**
- Yield: 3.000 pages at approximately 5% coverage
- Warranty:  Limited Lifetime
- Estimated Average Annual Usage:  2-3 each
- Made in Korea

**Lexmark E321, E323 High Yield Print Cartridge**
**P/Ns 12A7405 and 12A7305**
- Yield: 6,000 pages at approximately 5% coverage
- Warranty:  Limited Lifetime
- Estimated Average Annual Usage:  1-2 each
- Made in Korea

**Lexmark E321 *Prebate* Starter Print Cartridge**
- Yield: 1,500 pages at approximately 5% coverage
- Ships with E321 printer, not available aftermarket

### Supplies Packaging and Shipping Information

All four cartridge SKUs have identical shipping package dimensions and pallet configuration.  Cartridges are stacked with 18 individual cartons per layer and 8 layers per pallet. The dimensions are as follows.

|  | Length | Width | Height | Weight |
|---|---|---|---|---|
| **Lexmark E321, E323 Print Cartridge  (p/n's 12A7300, 12A7400)** | | | | |
| 1 box | 12.7 in.  (323 mm) | 7.9 in.  (200 mm) | 4.7 in.  (120 mm) | 2.7 lb. (1.21 kg) |
| 1 pallet (144 boxes) | 40 in.  (1016 mm) | 48 in.  (1219 mm) | 42.4 in.  (1073 mm) | 413.7 lb. (191.2 kg) |
| **Lexmark E321, E323 High Yield Print Cartridge  (p/n's 12A7405 and 12A7305)** | | | | |
| 1 box | 12.7 in.  (323 mm) | 7.9 in.  (200 mm) | 4.7 in.  (120 mm) | 3.0 lb. (1.36 kg) |
| 1 pallet (144 boxes) | 40 in.  (1016 mm) | 48 in.  (1219 mm) | 42.4 in.  (1073 mm) | 478.3 lb. (217.4 kg) |
| **Lexmark Laser Printer Transparencies (letter)  (p/n 70X7240)** | | | | |
| 1 box | 11.5 in.  (292 mm) | 9 in.  (229 mm) | 0.75 in.  (19 mm) | 1.25 lb. (0.57 kg) |
| 1 shipping pack (5 boxes) | 11.8 in.  (300 mm) | 9.3 in.  (235 mm) | 4.3 in.  (109 mm) | 6.9 lb. (3.14 kg) |
| 1 pallet (765 boxes) | 48 in.  (1,219 mm) | 40 in.  (1,016 mm) | 46.9 in.  (1,191 mm) | 991 lb. (449.9 kg) |
| **Lexmark Laser Printer Transparencies (A4)  (p/n 12A5010)** | | | | |
| 1 box | 12.3 in.  (312 mm) | 8.75 in.  (22 mm) | 0.5 in.  (13 mm) | 1.25 lb. (0.57 kg) |
| 1 shipping pack (5 boxes) | 12.6 in.  (320 mm) | 9 in.  (229 mm) | 4.1 in.  (104 mm) | 6.9 lb. (3.14 kg) |
| 1 pallet (720 boxes) | 48 in.  (1,219 mm) | 40 in.  (1,016 mm) | 46.9 in.  (1,191 mm) | 1,035 lb. (469.89 kg) |

### Administrative Information
**Ordering Information**

Reseller customer support is provided by the Lexmark Order Management Center (LOMC).  Orders may be entered through EDI (Electronic Data Interchange) or sent by mail or fax to:

    Lexmark International, Inc.
    Order Management Center
    P.O. Box 11427
    Lexington, KY  40575-1427

**Order Entry**
Telephone:  1-800-292-5885
Fax:  1-800-232-9539

**Accounts Receivable**
Telephone:  1-800-847-4778
Fax:  1-800-732-9539

**Hours of Operation**
Monday through Friday, 8 a.m. to 8 p.m., Eastern time

### Terms and Conditions
**Returns Policy**

The supply products are eligible for returns according to the Product Returns section, covering supplies returns, of Lexmark's Authorized Reseller and Distributor Agreements.  Return authorization will be handled according to the Lexmark Returns Policy.

**Lexmark Channels**

These products are available to Lexmark resellers under the terms of Lexmark's Authorized Reseller and Distributor Agreements.

CONFIDENTIAL - OUTSIDE COUNSEL ONLY

## Lexmark E321 and Lexmark E323 Supplies                                    5

### Warranty Service

The Lexmark E321, E323 print cartridges are considered supply items and are required to be returned prior to the processing of any supplies warranty claim. Please refer to Announcement Letter LEX 03-087 dated April 7, 2003, for complete processing procedures.

### Trademarks

*Pre*bate is a trademark of Lexmark International, Inc.

Operation ReSource is a service mark of Lexmark International, Inc.

All other trademarks are the properties of their respective owners.

CONFIDENTIAL - OUTSIDE COUNSEL ONLY

*APPENDIX A*

## Participating Lexmark Reseller Empty Cartridge Collection Program Blanket Return Authorization Enrollment Form
### *(all sections must be completed for enrollment)*

*Reseller Name:* _____ *Lexmark Customer No.:*_____

*Reseller Address:* _____

_____

_____

*Reseller Phone No.:* _____ *Reseller Fax No.:* _____

*Reseller Contact:* _____

# *FAX COMPLETED FORM TO LEXMARK AT 800-232-9539*

*(to be completed by Lexmark)*

>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>><<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<

*Empty cartridge blanket Return Authorization Number:* _____

**Lexmark designated freight provider for prepaid pickup and shipping of authorized empty cartridge returns:**

*Freight Provider:* _____

*Telephone to arrange pickup:* _____

**Enrolled Dealer RA form sent/faxed on:** _____

>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>><<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<

CONFIDENTIAL - OUTSIDE COUNSEL ONLY

# Supplies Marketing Bulletin

June 18, 2001

## Announcing the Supplies for the Lexmark T520 and T522 Printers

**Today we are announcing the supplies for the Lexmark T520 and T522 printers, which offer exceptional performance at an outstanding value.**



**740 West New Circle Road, Lexington, KY 40550**
Lexmark and Lexmark with diamond design are trademarks of Lexmark International, Inc., registered in the United States and/or other countries.

CONFIDENTIAL - OUTSIDE COUNSEL ONLY

## Supply Part Numbers

| Part Number | Description |
|---|---|
| 12A6730 | Lexmark T520/T522 Print Cartridge |
| 12A6735 | Lexmark T520/T522 High Yield Print Cartridge |
| 12A6830 | Lexmark T520/T522 *Prebate*™ Print Cartridge |
| 12A6835 | Lexmark T520/T522 High Yield *Prebate* Print Cartridge |
| 12A6839 | Lexmark T520/T522 High Yield *Prebate* Print Cartridge for Label Applications |
| 1053740 | Lexmark Laser Printer Transparencies (letter) |
| 1053741 | Lexmark Laser Printer Transparencies (A4) |

## Hardware Overview

The Lexmark T520 is an easy-to-use, space-saving laser printer that offers exceptional performance at an outstanding value. Fast 20 ppm printing, less than 9-second time-to-first page and a powerful 200 MHz processor all mean jobs get printed fast. The Lexmark T520 is an outstanding value, with an excellent price to performance.

The powerful Lexmark T522 printer optimizes productivity and fills expanding needs at an exceptional value. Fast 25 ppm printing, powerful 250 MHz performance and less than 9 second time to first page all mean work gets done quickly.

Lexmark T520 and T522 are easily expandable with modular paper options, including multiple input capacity, envelope feeder option and duplex option. User-specified print resolution up to 1200 x 1200 dpi produces crisp text and graphics for professional-looking output. Lexmark's multifunction capability can be added to the T520 or T522 to leverage your printer investment to gain copying, scanning and faxing.

## Supplies Overview

The Lexmark T520 and T522 printers share common customer replaceable supplies to protect your investment. The single-element T520/T522 print cartridge is very easy to install. The T520/T522 high

yield print cartridge reduces your total cost of printing as well as your intervention rate.

## Compatibility

The Lexmark T520/T522 print cartridges are unique to T520 and T522 printers. Print cartridges intended for use with printers other than the Lexmark T520 or T522 cannot be used.

## Customer Choice

Lexmark offers a wide choice of cartridges, allowing customers to choose the solutions that best fit their needs. These include *Prebate* and non-*Prebate*, standard-yield and high-yield cartridges as well as a special cartridge with oiled fuser wipers for customers who do a large amount of label printing.

The standard-yield print cartridge is an excellent choice for customers with low print volumes and/or unit price sensitivity. The high-yield print cartridge improves productivity and reduces hidden operating costs by reducing scheduled interventions and ordering. The high-yield cartridge is also good for the environment, requiring fewer cartridges and less packaging.

## *Prebate*

Like the Optra™ S, Optra Se and Optra T product lines, Lexmark T520 and T522 users can get a significant up-front discount (a "pre-rebate" or *Prebate*) on Lexmark T520/T522 *Prebate* print cartridges. The discount is at time of purchase, not months after the cartridge is empty, and it applies without cumbersome coupons to track or forms to fill out.

Regular-price cartridges with regular terms and conditions are available for those customers who do not choose the *Prebate* cartridge with its terms.

## *Prebate* Terms and Conditions

The *Prebate* programs conditions are an essential part of the *Prebate* offering. For this "up-front rebate" from Lexmark, the user agrees that this cartridge will be used

## Announcing Lexmark T520 and T522 Supplies                                    3

only once and that the empty cartridge will be returned only to Lexmark for remanufacturing and recycling.  By selling this *Prebate* cartridge, you, our reseller, likewise are agreeing to comply with these terms and conditions – to return an empty *Prebate* cartridge only to Lexmark if one comes into your possession.

## Empty Cartridge Returns

Used Lexmark cartridges should be returned to Lexmark for appropriate remanufacturing and recycling, at no cost to the customer, through Lexmark's Operation ReSource[SM] program or through Authorized Lexmark Resellers participating in the Authorized Reseller Empty Cartridge Collection Program.  Program details can be obtained by calling 1-800-LEXMARK (800-539-6275), extension 108.

## Operation ReSource

Operation ReSource is a free and simple way to return empty cartridges directly to Lexmark for appropriate recycling.  Each cartridge carton includes repackaging instructions for the empty cartridge and a return shipping label.  Customers should simply repackage the empty cartridge in the box from the new replacement cartridge and reseal with clear packing tape, apply the provided shipping label as indicated, and complete the return address information on the label.  For free shipping in the in the USA, customers should drop the package off at a UPS authorized shipping center or give to a UPS carrier during the next UPS delivery.  For free shipping in other countries, please follow the instructions provided with the cartridge.  For further information, call the Operation ReSource phone number at 1-800-LEXMARK (800-539-6275), ext.108.

## Pricing

| Part Number | Description | UPC | MSRP[1] | Reseller Price | Minimum Reseller Quantity |
|---|---|---|---|---|---|
| 12A6730 | Lexmark T520/T522 Print Cartridge | 7-34646-24471-8 | | | 1 each |
| 12A6735 | Lexmark T520/T522 High Yield Print Cartridge | 7-34646-24472-5 | | | 1 each |
| 12A6830 | Lexmark T520/T522 *Prebate* Print Cartridge | 7-34646-24473-2 | | | 1 each |
| 12A6835 | Lexmark T520/T522 High Yield *Prebate* Print Cartridge | 7-34646-24474-9 | | | 1 each |
| 12A6839 | Lexmark T520/T522 High Yield *Prebate* Print Cartridge for Label Applications | 7-34646-24475-6 | | | 1 each |
| 1053740 | Lexmark Laser Printer Transparencies (letter) | 7-34646-12769-1 | | | 1 box |
| 1053741 | Lexmark  Laser Printer Transparencies (A4) | 7-34646-12770-7 | | | 1 box |

[1] MSRP  Manufacturer's Suggested Retail Price (MSRP):  This price is Lexmark's suggested resale price and is subject to change without notice.  This price is for information purposes only.  Lexmark's and our Resellers' prices may vary.

[2] This product is only available for direct end-user sales @ Lexmark Direct, 1-800-438-2468 and www.lexmark.com.

## Technical Information

### Lexmark T520/T522 Starter Print Cartridge
- Yield: 5,000 pages @ approximately 5% coverage
- Ships with printer, not available aftermarket

### Lexmark T520/T522 Print Cartridge
- Yield: 7,500 pages @ approximately 5% coverage
- Warranty:  Lifetime
- Estimated Average Annual Usage:  1-2 each

### Lexmark T520/T522 High Yield Print Cartridge
- Yield: 20,000 pages @ approximately 5% coverage
- Warranty:  Lifetime
- Estimated Average Annual Usage:  3 each

### Lexmark T520/T522 *Prebate* Print Cartridge
- Yield: 7,500 pages @ approximately 5% coverage
- Warranty:  Lifetime
- Estimated Average Annual Usage:  1-2 each

### Lexmark T520/T522 High Yield Prebate Print Cartridge
- Yield: 20,000 pages @ approximately 5% coverage
- Warranty:  Lifetime
- Estimated Average Annual Usage:  3 each

CONFIDENTIAL - OUTSIDE COUNSEL ONLY

## Announcing Lexmark T520 and T522 Supplies                                4

## Supplies Packaging and Shipping Information

| Printer Supply | Each | | | | Pallet | | | | Quantity |
|---|---|---|---|---|---|---|---|---|---|
| | Length | Width | Height | Weight | Length | Width | Height | Weight | |
| Lexmark T520/T522 Print Cartridge | 13.1 in. (332 mm) | 11.8 in. (299 mm) | 6.4 in. (161 mm) | 5 lb. (2.3 kg) | 48 in. (1,219 mm) | 40 in. (1,016 mm) | 51 in. (1,295 mm) | 460 lb. (209 kg) | 84 |
| Lexmark T520/T522 High Yield Print Cartridge | 13.1 in. (332 mm) | 11.8 in. (299 mm) | 6.4 in. (161 mm) | 5.5 lb. (2.5 kg) | 48 in. (1,219 mm) | 40 in. (1,016 mm) | 51 in. (1,295 mm) | 500 lb. (227 kg) | 84 |
| Lexmark T520/T522 *Prebate* Print Cartridge | 13.1 in. (332 mm) | 11.8 in. (299 mm) | 6.4 in. (161 mm) | 5 lb. (2.3 kg) | 48 in. (1,219 mm) | 40 in. (1,016 mm) | 51 in. (1,295 mm) | 460 lb. (209 kg) | 84 |
| Lexmark T520/T522 High Yield *Prebate* Print Cartridge | 13.1 in. (332 mm) | 11.8 in. (299 mm) | 6.4 in. (161 mm) | 5.5 lb. (2.5 kg) | 48 in. (1,219 mm) | 40 in. (1,016 mm) | 51 in. (1,295 mm) | 500 lb. (227 kg) | 84 |
| Lexmark T520/T522 High Yield *Prebate* Print Cartridge for Label Applications | 13.1 in. (332 mm) | 11.8 in. (299 mm) | 6.4 in. (161 mm) | 5.5 lb. (2.5 kg) | 48 in. (1,219 mm) | 40 in. (1,016 mm) | 51 in. (1,295 mm) | 500 lb. (227 kg) | 84 |
| Lexmark Laser Printer Transparencies (letter) (p/n 1053740) | 11.6 in. (295 mm) | 9 in. (229 mm) | 0.75 in. (19 mm) | 1.15 lb. (0.5 kg) | 12 in. (305 mm) | 9.25 in. (235 mm) | 4.38 in. (111 mm) | 6.2 lb. (2.8 kg) | 5 (overpack) |
| Lexmark Laser Printer Transparencies (A4) (p/n 1053741) | 12.2 in. (310 mm) | 8.67 in. (220 mm) | 0.75 in. (19 mm) | 1.30 lb. (0.6 kg) | 12.5 in. (318 mm) | 9.125 in. (232 mm) | 3.75 in. (95 mm) | 7 lb. (3.2 kg) | 5 (overpack) |

## Service Items

The following items are classified as service items. These are customer-replaceable items. Service and maintenance items are orderable via the Lexmark Parts Center at 1-800-553-9727. These include:

## Service Part Number and Prices

| Part Number | Description | MSRP | Reseller Price |
|---|---|---|---|
| 99A2420 | 110V Maintenance Kit for Lexmark T620(n) | $335.82 | $225.00 |
| 99A2421 | 220V Maintenance Kit for Lexmark T620(n) | $335.82 | $225.00 |

## Administrative Information

### Ordering Information

Reseller customer support is provided by the Lexmark Order Management Center (LOMC). Orders may be entered through EDI (Electronic Data Interchange) or sent by mail or fax to:

Lexmark International, Inc.
Order Management Center
P.O. Box 11427
Lexington, KY 40575-1427

### Order Entry

Telephone: 1-800-292-5885

Fax: 1-800-232-9539

### Accounts Receivable

Telephone: 1-800-847-4778

Fax: 1-800-732-9539

### Hours of Operation

Monday through Friday, 8 a.m. to 8 p.m., Eastern time

## Terms and Conditions

### Returns Policy

The supply products are eligible for returns according to the Product Returns section, covering supplies returns, of Lexmark's Authorized Dealer and Distributor Agreements. Return authorization will be handled according to the Lexmark Returns Policy. A copy of the form is included as Attachment A.

### Lexmark Channels

These products are available to Lexmark resellers under the terms of Lexmark's Authorized Dealer and Distributor Agreements.

CONFIDENTIAL - OUTSIDE COUNSEL ONLY
LEX01-067

## Announcing Lexmark T520 and T522 Supplies                                            5

### Warranty Service

The Lexmark T520/T522 print cartridges are considered supply items and are required to be returned prior to the processing of any supplies warranty claim. Please refer to Announcement Letter LEX 00-015 dated February 1, 2000, for complete processing procedures.

### Trademarks

*Pre*bate and Optra are trademarks of Lexmark International, Inc., registered in the United States and/or other countries.

Operation ReSource is a service mark of Lexmark International, Inc.

All other trademarks are the properties of their respective owners.

CONFIDENTIAL - OUTSIDE COUNSEL ONLY

*APPENDIX A*

## Participating Lexmark Reseller Empty Cartridge Collection Program Blanket Return Authorization Enrollment Form
*(all sections must be completed for enrollment)*

*Reseller Name:* _____ *Lexmark Customer No.:* _____

*Reseller Address:* _____

_____

_____

*Reseller Phone No.:* _____ *Reseller Fax No.:* _____

*Reseller Contact:* _____

# *FAX COMPLETED FORM TO LEXMARK AT 800-232-9539*

*(to be completed by Lexmark)*
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>><<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<

*Empty cartridge blanket Return Authorization Number:* _____

**Lexmark designated freight provider for prepaid pickup and shipping of authorized empty cartridge returns:**

*Freight Provider:* _____

*Telephone to arrange pickup:* _____

**Enrolled Dealer RA form sent/faxed on:** _____

>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>><<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<

CONFIDENTIAL - OUTSIDE COUNSEL ONLY

A2906



# Printer Marketing Bulletin

June 18, 2001

## Lexmark Announces the Lexmark X520 MFP

**Lexmark announces the X520 MFP, an affordable multifunction
solution for small workgroups.  This product includes several
new firmware enhancements to increase performance.**





LEXMARK™

**740 West New Circle Road, Lexington, KY 40550**
Lexmark and Lexmark with diamond design are trademarks of Lexmark
International, Inc., registered in the United States and/or other countries.

CONFIDENTIAL - OUTSIDE COUNSEL ONLY



A2907

## Announcing the Lexmark X520 MFP                                    2

## Part Numbers, UPC Code and Pricing

| Product | Part Number | UPC | MSRP* | Reseller Price | 36-Month Financing Package** | 60-Month Financing Package** |
|---------|-------------|-----|-------|----------------|------------------------------|------------------------------|
| Lexmark X520 MFP | 16C0000 | 7-34646-30900-4 | | | | |

* Manufacturer's Suggested Resale Price (MSRP): This price is Lexmark's Manufacturer's Suggested Resale Price and is subject to change without notice. This price is for information purposes only. Lexmark's and our remarketers' prices may vary.

** The monthly payments are based on 36- or 60-month contracts and include hardware, extended warranty for contract term and installation. All orders subject to credit approval. All pricing subject to change without notice. Additional terms apply. Options or accessories are available at an additional cost.

**Reseller Prices:** Reseller prices are based on full-pallet purchases.

## Product Overview

The Lexmark X520 MFP is an affordable and versatile network multifunction system with high performance print, copy, fax and color network scan in a compact system, for small to medium workgroups.

The Lexmark X520 MFP consists of
- Lexmark T520 printer
  - ➤ 40MB memory
  - ➤ MarkNet™ N2501e internal print server
- Lexmark X242 MFP Option (scan unit)
- Lexmark Document Distributor (standard edition)

## Benefits

### Streamlines Processes

- The Lexmark X520 MFP provides the power and manageability of Lexmark's T520 printer with convenient fax, copy and network scan capabilities

- Adaptable functionality includes fax from workstation, scan to e-mail and FTP. Easy integration into business workflow simplifies hard-copy imaging while streamlining processes

- Optional ImageQuick™ Card provides direct printing of TIFF, PDF and HTML (web pages) for increased integration into workflow processes

- Lexmark Document Distributor, a customizable, centrally-manageable NT Server-based software package streamlines and automates document process workflow. It ships standard with all Lexmark's business-class multifunction products and easily integrates into existing workflow environments. Advanced editions include OCR, ICR, OMR and bar code conversion capability with integration into Lotus Notes, Microsoft® Exchange and ODBC-compliant relational database management systems

### Affordable

- Provides full-function print, copy, fax and network scan capabilities at a very economical price point

- Consolidates supplies for print, copy and fax to simplify stock management and costs

- Scalable application support options keep up with growing business requirements to protect the initial investment

- Print, copy, fax and network scan capabilities provided in an easily distributed footprint save space, helping to reduce costs

- Flash memory lets administrators upgrade firmware when new functions are released so all devices are consistent to protect the investment and reduce help desk costs

- Multi-up printing and optional duplex printing capabilities save paper and supplies

### User Friendly

- Easy to use, intuitive user interface is consistent across the product line, decreasing learning curves and increasing productivity

- Supplies consolidation for print, copy and fax functions and an available high-yield cartridge mean fewer user interventions

- Integrated workflow processes save time while increasing overall satisfaction

- Affordable MFPs, priced to distribute, make common business functions more accessible to users, increasing productivity

- Remote status information saves time by eliminating unnecessary trips

### Network Proven

- Standard 10/100BaseTX Ethernet provides easy network connection and high-performance throughput

- Broad data stream and network protocol support ensure compatibility with existing systems

- Lexmark's commitment to open standards helps ensure that Lexmark's MFPs will work with future technology

CONFIDENTIAL - OUTSIDE COUNSEL ONLY
LEX01-086

# Announcing the Lexmark X520 MFP
4

- Scan to workstation (PC)
- Scan to e-mail
  - ➢ E-mail attachment
  - ➢ Web site
- File format selection
  - ➢ TIFF (BW, gray, or RGB)
  - ➢ JPG (gray or RGB)
  - ➢ PDF (BW, gray, or RGB)
  - ➢ PostScript® Level 2
- Compression selection
  - ➢ TIFF: *
  - ➢ JPG: JPEG
  - ➢ PDF: None, Zlib, JPEG (color, gray), or G4 (black)

  - ➢ PostScript: JPEG (color, gray), or G4 (black)
  (* For Lexmark intelligent agents)
- Resolution selection (from MarkNet web page or Document Distributor)
  - ➢ 75 dpi, 150 dpi, 200 dpi, 300 dpi, 400 dpi, 600 dpi
  (Note: Resolutions that can be selected from operator panel are limited.)
- Darkness Adjustment
- Original document size selection
  - Letter, A4, legal, B5, executive, A5
  - ➢

## Supplies and Options Part Numbers and Pricing

| Description | Part Number | UPC | MSRP* | Reseller Price |
|---|---|---|---|---|
| **Supplies** | | | | |
| T52x Print Cartridge | 12A6730 | 7-34646-24471-8 | | |
| T52x HighYield Print Cartridge | 12A6735 | 7-34646-24472-5 | | |
| T52x Prebate Print Cartridge | 12A6830 | 7-34646-24473-2 | | |
| T52x HighYield Prebate Print Cartridge | 12A6835 | 7-34646-24474-9 | | |
| T52x HighYield Prebate Print Cartridge for Label Applications | 12A6839 | 7-34646-24475-6 | | |
| **Card Solutions** | | | | |
| Lexmark T52x/62x ImageQuick Card | 44H0067 | 7-34646-24455-8 | | |
| Lexmark T52x/62x Bar Code Card | 11K3800 | 7-34646-24481-7 | | |
| Lexmark T52x/62x Card for IPDS and SCS/TNe | 5K00205 | 7-34646-24457-2 | | |
| **Furniture** | | | | |
| MFP Adjustable Stand | 16A0805 | 7-34646-36703-5 | | |

## Previously Announced Lexmark T520 Printer Options and Supplies

| Description | Part Number | UPC | MSRP* | Schedule I | Schedule II | Schedule III |
|---|---|---|---|---|---|---|
| **Paper-Handling Options** | | | | | | |
| 250-Sheet Drawer | 11K0681 | 7-34646-28600-8 | | | | |
| 250-Sheet Tray | 11K1059 | 7-34646-28609-1 | | | | |
| 500-Sheet Drawer | 11K0688 | 7-34646-28601-5 | | | | |
| 500-Sheet Tray | 11K1060 | 7-34646-28610-7 | | | | |
| 2000-Sheet Drawer (Letter) | 11K0718 | 7-34646-28602-2 | | | | |
| 2000-Sheet Drawer (A4) | 11K0719 | 7-34646-28603-9 | | | | |
| 250-Sheet Universally Adjustable Drawer | 11K1878 | 7-34646-28626-8 | | | | |
| 250-Sheet Universally Adjustable Tray | 11K1574 | 7-34646-28625-1 | | | | |
| 400-Sheet Universally Adjustable Drawer | 11K1942 | 7-34646-39706-3 | | | | |
| 400-Sheet Universally Adjustable Tray | 11K1941 | 7-34646-39707-0 | | | | |
| Envelope Feeder | 11K0720 | 7-34646-28604-6 | | | | |
| 250-Sheet Duplex Unit | 11K0721 | 7-34646-28605-3 | | | | |
| 500-Sheet Duplex Unit (T522 only) | 11K0722 | 7-34646-28606-0 | | | | |
| **Memory** | | | | | | |
| 4MB SDRAM | 5K00013 | 7-34646-28612-1 | | | | |
| 8MB SDRAM | 5K00014 | 7-34646-28613-8 | | | | |
| 16MB SDRAM | 5K00015 | 7-34646-28614-5 | | | | |
| 32MB SDRAM | 5K00016 | 7-34646-28615-2 | | | | |
| 64MB SDRAM | 5K00017 | 7-34646-28616-9 | | | | |
| 128MB SDRAM | 5K00119 | 7-34646-28621-3 | | | | |
| 2MB Flash DIMM | 5K00115 | 7-34646-28617-6 | | | | |
| 4MB Flash DIMM | 5K00116 | 7-34646-28618-3 | | | | |
| 8MB Flash DIMM | 5K00117 | 7-34646-28619-0 | | | | |
| 16MB Flash DIMM | 5K00118 | 7-34646-28620-6 | | | | |

CONFIDENTIAL - OUTSIDE COUNSEL ONLY

## Announcing the Lexmark X520 MFP                                   3

- Lexmark's suite of global installation and management tools reduces deployment and support costs while increasing productivity

### Connectivity
- Ethernet 10/100BaseTX
- Parallel

## Firmware Enhancements
- Ability to remotely lock the operator panel's configuration settings
- Lightweight Directory Access Protocol (LDAP) integration through the resident web server
- LDAP profile authentication
- Static password for profile authentication
- Ability to delete temporary profile
- Scanner error reporting on the operator panel
- Separate "modify" and "delete" buttons on destination creation

## Features

### Network Printing
The Lexmark X520 MFP is based on the T520 20 ppm monochrome network laser printer and includes advanced capabilities such as Print and Hold for confidential print.
- Input for Printer
  - ➢ 350 sheets standard
  - ➢ 3,850 pages maximum
- Output
  - ➢ 250 sheets
  - ➢ Optional duplex

### Copying
- Input for scanner originals – Automatic Document Feeder (ADF)
  - ➢ 25-page automatic document feeder
  - ➢ 10 ppm maximum speed for black
  - ➢ Maximum original document size is legal/A4 (flatbed)
- 10 cpm single copy
- 20 cpm scan once, print multiple copies
- Electronic collation
- Up to 4-up multi-up printing
  - ➢ Frame on/off selection
- Enlarge or reduce copies (50% to 200%)
- Darkness adjustment
- Original document type selection – text, mixed, photo

- Original document size selection – letter, A4, legal, B5, executive, A5
- Copy media selection – plain paper, transparency, other
- Transparencies + separators – inserts blank page between transparencies
- Job building
- Account tracking
- Remote copy through scan to FTP
- Copy configuration in MarkNet Resident Web Server

### Faxing
- Modem speed 33.6 Kbps
- Ability to sort by "shortcut number" or "shortcut name" in destination list
- Fax receive and send capability
- Send hard-copy fax from flatbed or automatic document feeder (ADF)
- Send fax from workstation with PostScript 3® emulation Lexmark print driver
- Speed dial/shortcut keys (up to 245)
- Memory send capability
- Internal faxing (scan to FTP)
- Group fax (255 characters including commas)
- Fax resolution selection
  - ➢ Standard: 200 x 100 dpi
  - ➢ Fine: 200: x 200 dpi
  - ➢ Super Fine: 300 x 300 dpi
  - ➢ Ultra Fine: 400 x 400 dpi
- Darkness adjustment
- Original document type selection
  - ➢ Text
  - ➢ Mixed
  - ➢ Photo
- Original document size selection
  - ➢ Letter, A4, legal, B5, executive, A5
- Fax confirmation sheet with copy of first page
- Fax server interoperability
  - ➢ OmTool: Fax Sr. Enterprise
  - ➢ RightFax Enterprise Server v7.0
  - ➢ Biscom: FAXCOM
  - ➢ Tobit: FaxWare 6
  - ➢ Equisys: ZetaFax 7

### Network Scanning
- Scan to FTP
  - ➢ File server
  - ➢ Network printer (ImageQuick Card required to print TIFF, JPEG and PDF files)

CONFIDENTIAL - OUTSIDE COUNSEL ONLY

## Announcing the Lexmark X520 MFP                                    **5**

| Applications Solutions | | |
|---|---|---|
| Optra Forms™ 2MB Flash DIMM | 5K00215 | 7-34646-28715-9 |
| Optra Forms 4MB Flash DIMM | 5K00216 | 7-34646-28716-6 |
| Optra Forms 8MB Flash DIMM | 5K00217 | 7-34646-28717-3 |
| Optra Forms 16MB Flash DIMM | 5K00218 | 7-34646-28718-0 |
| Optra Forms Software | 11N0040 | 7-34646-20731-7 |
| Optra Forms Director | 11N0052 | 7-34646-20732-4 |
| Optra Forms 2-Key Security Option | 43H5841 | 7-34646-17041-3 |
| Optra Forms 3-Key Security Option | 43H5842 | 7-34646-17042-0 |
| Document Distributor | 16A0601 | 7-34646-20701-0 |
| Document Distributor Advanced Edition | 16A0602 | 7-34646-20702-7 |
| **External Print Servers** | | |
| MarkNet X2011e Ethernet 10/100BaseTX | 46D0060 | 7-34646-30316-3 |
| MarkNet X2012e Ethernet 10/100BaseT/10Base2 | 46D0040 | 7-34646-30315-6 |
| MarkNet X2031e Ethernet 10/100BaseTX | 46D0020 | 7-34646-30357-6 |
| MarkNet X2030t Token-Ring | 46D0000 | 7-34646-30313-2 |
| **Cables and Attachment Options** | | |
| 1284 A-C Parallel Cable (3 meters) | 43H5171 | 7-34646-13774-4 |
| Parallel Cable (10 ft.) | 1329605 | 0-87944-09056-4 |
| Parallel Cable (20 ft.) | 1427498 | 7-34646-13068-4 |
| USB Cable (2 meters) | 12A2405 | 7-24646-18340-6 |
| Serial Cable (50 ft.) | 1038693 | 7-34646-21649-4 |
| External Serial Adapter | 1368705 | 7-34646-11309-0 |
| **Furniture** | | |
| T Low-Profile Printer Stand | 43H5250 | 7-34646-13845-1 |
| T Printer Stand with Cabinet | 43H2950 | 7-34646-12679-3 |
| T Printer Stand | 11K2036 | 7-34646-39600-4 |
| Scanner Stand with Cabinet | 11K2037 | 7-34646-13861-1 |
| T Scanner Shelf | 16A0503 | 7-34646-26665-9 |
| MFP Stand | 11K3306 | 7-34646-21008-9 |
| **Media** | | |
| Transparencies (letter-size) | 1053740 | 7-34646-12769-1 |
| Transparencies (A4-size) | 1053741 | 7-34646-12770-7 |

\*    Manufacturer's Suggested Resale Price (MSRP):  This price is Lexmark's Manufacturer's Suggested Resale Price and is subject to change without notice.  This price is for information purposes only.  Lexmark's and our remarketers' prices may vary.

\*\*   This product is only available for direct end-user sales at Lexmark Direct 1-800-438-2468 and www.lexmark.com.

**Reseller Prices:**  Reseller prices are based on full-pallet purchases.

## MFP Functions
### Network Scanning
MFP scanning functions include scan to e-mail, scan to FTP, and scan to PC.  Network TCP/IP protocol support is required for all scan to network operations.

Scanned images can be stored as Adobe™ Acrobat (PDF), Tagged Image File Format (TIFF),  JPEG or PostScript Level 2 file formats.

### Scan to E-mail
Users can electronically send a scanned image to a predefined e-mail address, or group of addresses, to eliminate long distance charges and analog phone lines.

The image can be sent as an attachment or referenced via a web link.  An attached file is scanned, attached to an e-mail and sent.  A referenced file is scanned and stored at a pre-defined web-accessible FTP site and an e-mail, with a hot URL, is sent to selected addresses. When the recipient clicks on the URL, the web browser is launched to download the file, reducing network traffic.

### Scan to E-mail Profile
Scan to e-mail profile allows users to send a document to an e-mail address that has not been predefined by attaching a personal message to a scanned image.

### Scan to FTP
Scan to FTP is an easy way to capture and distribute documents.  The network administrator defines FTP destinations via the MarkNet N2501e resident web server.  The destination can be a file server for archiving applications or the IP address of a network printer.

CONFIDENTIAL - OUTSIDE COUNSEL ONLY

## Announcing the Lexmark X520 MFP                                     6

For a file server destination, the user selects the file server from the MFP operator panel, scans the image and sends it to that file server. A confirmation sheet is printed with the file name and location.

Scan to FTP can be used to scan a document to a network printer that supports PostScript Level 2 or has an ImageQuick Card installed for remote copy or internal fax applications. The administrator assigns a printer's IP address as the FTP destination.

### Scan Back to Workstation
Scan profiles can be used to scan an image and send it to a workstation for simple image capture, without installing additional software. The user submits a profile using his web browser then selects the profile from the MFP operator panel when ready to scan. When the X520 MFP is combined with the Document Distributor ScanBack™ Utility and Lexmark Image Manager software, image manipulation capability is provided.

### Quick Scroll
With Quick Scroll, users can scroll—with letters on the operator panel number pad—rapidly through the list of file servers, e-mail addresses and fax numbers on the MFP operator panel.

### Shortcut Keys
Shortcut keys can be assigned up to 245 destinations for users to access frequently used distribution lists. The user presses the # sign, the defined shortcut (Numbers 1 through 245) then the green "go/send" button.

### Lexmark Document Distributor ScanBack Utility
The Lexmark ScanBack Utility steps the user through profile creation then submits the profile to the MFP for the user to select from the MFP operator panel when he is ready to scan. When the image is received by the ScanBack Utility at a workstation, it will launch Lexmark Image Manager or another application the user chooses. Support is included for compressed TIFF, JPEG, PDF and PostScript files.

### Image Manager
Lexmark Image Manager provides a set of tools for image manipulation such as annotating or deskewing the image or adjusting brightness or contrast. Script

selection and server access is available through Windows® Explorer.

### Document Server
The Document Server, the heart of the document distribution system, receives documents from the X520 or Lexmark Image Manager then processes and distributes them based on a customizable script. "If, then, else" logic enables businesses to direct document workflow based on a set of criteria or parameters to increase the efficiency of business processes. Integration support is provided for Lotus Notes, Microsoft Exchange and ODBC-supported databases, including Microsoft SQL, Access and Oracle.

A Lexmark Document Distributor 10-user license is provided with each MFP. Users can purchase additional licenses in 10-user increments.

## Fax Capabilities
### Speed Dial
Speed dial allows up to 245 shortcut keys to be defined for frequently dialed fax numbers. These can be accessed via the MFP control panel number pad.

### Fax From Workstation
The MFP can be used as an outbound fax server, so there is one interface for printing and faxing. From the PostScript 3 emulation Lexmark driver, the output to be faxed is selected and sent from the user's workstation.

### Fax Server Support
The Lexmark MFP can send faxes utilizing a network fax server instead of the analog modem, giving IT a single point of administration and fax transaction control. This function also provides cost reductions by decreasing the number of analog phone lines required.

## Copy Capabilities
Users can scan a document one time and then print as many copies as necessary. These copies can be printed as fast as the rated speed of the printer.

Electronic collation stores the entire job in memory prior to printing, for collation of sets as they are printed. A

CONFIDENTIAL - OUTSIDE COUNSEL ONLY

**Announcing the Lexmark X520 MFP**                                    **7**

separator page can be automatically inserted to separate the copy sets as they are printed.

When copying, job building is available. A user is prompted to insert another page on the flatbed scanner for continuous copying or collation.

With X520 MFP copy options, paper savings may be realized through duplex printing and/or printing 2-up or 4-up.

Copy configurations such as content, media type, paper saving, duplex, output bin, darkness and original and copy size can be achieved through the MarkNet Resident Web Server.

## Optional Network Attachments

MFP solutions and options come standard with a MarkNet N2501e Ethernet 10/100BaseTX internal print server. Other network attachments are supported through optional external print servers. Network scanning capabilities require that the MarkNet N2501e print server be connected to the network. Lexmark recommends the Ringdale Ethernet-Token Ring Bridge for use with MFPs for network scanning in a Token-Ring environment.

### External Attachment
- MarkNet X2000 series external print servers
  - ➢ MarkNet X2011e Ethernet 10/100BaseTX – 1 port
  - ➢ MarkNet X2012e Ethernet 10/100BaseTX, 10Base2 – 1 port
  - ➢ MarkNet X2031e (3-port) Ethernet 10BaseT/100BaseTX
  - ➢ MarkNet X2030t (3-port) Token-Ring

### Network Protocols and Services
- Multiprotocol: TCP/IP, Novell® IPX/SPX™, AppleTalk™, LexLink (DLC/LLC)
- TCP/IP standard set of application services, including DHCP, DNS, WINS, SNMP, HTTP, LPR/LPD, FTP, TFTP, ping, finger, telnet, BOOTP and RARP
- IPP: Internet Printing Protocol, SLP: Service Location Protocol, NTP: Network Time Protocol

- SLP: Service Location Protocol
- NTP: Network Time Protocol
- MIB (RFC1759) and SNMP MIB II
- A web-resident web page with Microsoft Internet Explorer 4.0 or later and Netscape Navigator 4.5 or later for Windows 95, Windows 98, Windows Me, Windows 2000 or Windows NT®. The remote operator panel is available from MarkNet N2000 internal print servers.
- Network NetPnP 7.1 on Windows NT 4.0 systems.

### Software Compatibility

The Lexmark X520 MFP is compatible with applications running under the following operating systems:

### Apple™ Macintosh™
- Apple Mac OS 8.6 or later with a USB interface, standard Ethernet connection or MarkNet print server (see note)
- **Note:** Download the Lexmark printer PPD file or printer driver from the Lexmark Web site.
- **Note:** Software applications that operate with most Apple LaserWriter printers will generally operate with the T520 or T522. Macintosh 128, 512 and 512e computers are not supported.

### Microsoft Windows
- Microsoft Windows 95 4.00.950 or higher
- Microsoft Windows 98, 2nd Edition
- Microsoft Windows Me
- Microsoft Windows NT 4.00
- Microsoft Windows NT 4.00 Server
- Microsoft Windows 2000 Professional
- Microsoft Windows 2000 Server
- Microsoft Windows 2000 Advanced Server
- **Note:** Download the latest printer driver from the Lexmark Web site.

### Novell
- Novell NetWare® 3.x, 4.x, 5.x (including full NDS and NDPS™ support)
- Novell Distributed Print Service™ (NDPS) 2.0 or later with Lexmark NDPS IP Gateway
- Novell NetWare Enterprise Print Servers™ (NEPS™) with Lexmark NDPS IP Gateway
- **Note:** Download the Lexmark NDPS IP Gateway from the Lexmark Web site.

### Linux
- Caldera eDesktop 2.4
- Red Hat Linux 6.x, 7.0

CONFIDENTIAL - OUTSIDE COUNSEL ONLY

**Announcing the Lexmark X520 MFP**                                                    **8**

- SuSE 6.3, 6.4, 7.0 Linux
- TurboLinux Workstation 6.0, 6.1

**Note:** Download the latest printer drivers from the Lexmark Web site.

## UNIX

- Compaq Tru64 (Digital) UNIX 4.0D
- HP®-UX 10.20, 11.x
- IBM® AIX® 4.2.1 or higher
- SCO OpenServer 5.0.4 or higher
- SGI IRIX™ 6.x
- Sun Solaris™ x86, 2.6, 7, 8
- Sun Solaris 2.6, 7, 8
- UnixWare 7.x

**Note:** Download the latest printer drivers from the Lexmark Web site

## Other

- Virtually any platform supporting TCP/IP
  IBM AS/400® Systems with TCP/IP with OS/400®
  V3R1 or later using OS/400 Host Print
  Transform

## Drivers, MarkVision™ and Utilities CD Includes:

- Drivers in English, French, German, Italian, Spanish, Brazilian Portuguese, Simplified Chinese, Traditional Chinese and Japanese
- Windows 95/98/Me PCL® 6 Lexmark printer driver*
- Windows 95/98/Me PostScript® 3 Lexmark printer driver*
- Windows NT 4.0 PCL 6 Lexmark printer driver*
- Windows NT 4.0 PostScript 3 Lexmark printer driver*
- Windows 2000 PCL 6 Lexmark printer drivers*
- Windows 2000 PostScript 3 Lexmark printer driver*
- Windows 3.1x Interwin Network Printer Utility
- AIX colon files (release 4.x)
- Apple Macintosh PostScript PPD files
- Apple Macintosh screen fonts
- Adobe/Aldus™ Pagemaker PPD files
- MarkVision for Macintosh support
- FontVision™ Utility and Screen Fonts
- Links to the Lexmark Web site for printer registration
- MarkVision Professional** (Windows 9x, Windows NT 4.0, Windows 2000)
- Enhanced Printer Drivers for Sun™, SuSE 6.3, 6.4, Red Hat 6.x and TurboLinux 6.0 Linux systems*
- Links to SAP™ device types and installation instructions for Lexmark T printers on www.lexmark.com

- Soft-copy documentation
  - ➢ Local Printer Install Guide
  - ➢ Network Printer Install Guide
  - ➢ Script Install Guide
  - ➢ Driver Profiler Install Guide
  - ➢ MarkVision Professional Installation and Configuration Guide
  - ➢ Screen Font Installation Instructions
  - ➢ Links to the Lexmark Web site for Card Stock & Label Guide and the Printer Technical Reference

    **Note:** * Printer drivers for Windows 3.1x and OS/2 and Enhanced Printer Drivers for UNIX and Linux systems are available from the Lexmark Web site.

    ** MarkVision Professional for Sun Solaris 2.6, 7, 8, SuSE Linux 6.3, 6.4, 7.0, Red Hat Linux 6.1, 6.2, 7.0, HP-UX, and IBM AIX operating systems are available from the Lexmark Web site.

MarkVision is supported on all Lexmark network print servers and under most operating systems.

### Limitations

The X520 MFP does not support the use of an Optra Forms hard disk for MFP functions or for print job buffering. Optra Forms is supported using the optional Optra Forms flash memory DIMM only.

## Supplies

The X520 MFP uses the same supplies as the T520 printer (see the T520 announcement letter LEX 01-056).

## Furniture

The X520 MFP includes a scanner shelf that supports the scan unit on top of the printer. Alternatively or additionally, one of the following furniture options can be used.

### MFP Adjustable Stand

The Lexmark MFP Adjustable Stand provides a 3-position, height-adjustable solution for the X520 MFP with the scanner residing above the printer and output options.

### MFP Stand

The Lexmark MFP Stand provides a fixed-height solution for the X520 MFP with the scanner residing above the printer and output options.

CONFIDENTIAL - OUTSIDE COUNSEL ONLY

## Announcing the Lexmark X520 MFP

### Scanner Stand with Cabinet

The Scanner Stand with Cabinet can be attached to either the T Printer Stand with Cabinet or the Printer Stand to support an MFP option connected adjacent to the printer. The scanner stand allows an MFP option to be coupled with any combination of printer input and output options, including the maximum-height printer configuration. This can be placed on either the left or right side of the printer stand.

### Low Profile Printer Stand

The T Low Profile Printer Stand is a solution for the following environments

- Where access is usually by an individual sitting down
- Where reduced access height to the printer and output options is desired
- To meet ADA needs

This printer stand is not recommended for the maximum-height printer system configuration.

### Printer Stand with Cabinet

The T Printer Stand with Cabinet is a solution for the following environments

- Where the printer needs to reside approximately at table height
- Where an increased height is desired for input option access
- Where a storage bin is desired

This printer stand is not recommended for the maximum-height printer system configuration.

### Printer Stand

The T Printer Stand is recommended where a maximum height printer system configuration is needed. The printer will reside approximately at table height.

### Printer Stand Recommendations

- Generally, if no duplex option is installed, the printer should reside no more than 1.5 inches above the surface of the printer stand's side shelves after installation
- Generally, if a duplex option is installed, the duplex option should reside no more than 1.5 inches above the surface of the printer stand's side shelves after installation

The following lists recommended limits for input and out options to use with each respective printer stand.

### Maximum Recommended Printer Stand Configurations

| Low-Profile Printer Stand or Printer Stand with Cabinet | Printer Stand |
|---|---|
| Any four 250- or 500-sheet drawers<br>Or<br>A 2,000-sheet drawer plus one 250- or 500-sheet drawer | Any four 250- or 500-sheet drawers<br>Or<br>A 2,000-sheet drawer plus three 250- or 500-sheet drawers |

### Certifications

The Lexmark X520 MFP complies with the global safety standard for Information Technology Equipment, i.e. IEC 60950, and its country equivalents in the markets we serve. The following list highlights approvals and certifications for the X520

- Underwriters Laboratories, Inc., UL 1950, Third Edition, Information Technology Equipment deviations D1 and D2
- U.S. FDA, CDRH registration per 21 CFR Chapter 1, Subchapter J, Section 1040
- Energy Star compliant
- FCC Class B (without network cable) per FCC Rules Parts 2 and 15
- FCC Class A (with network cable)
- Canadian Standards Association CAN/CSA-C22.2 No. 950-95, Third Edition, including deviations D1 and D2
- BSMI
- Official Mexican State Agency approval and import registration standard NOM-019-SCFI-1993 Safety of Data Processing Equipment

### Duty Cycle

- 60,000-page per month maximum for print engine
- 2,000 scans per month for scan unit

### Memory

The following chart shows the memory requirement for the X520 MFP.

| | |
|---|---|
| Total Memory Requirement | 32MB* |
| Base Printer Memory | 8MB |
| Additional Memory Required | 24MB |

*The Lexmark X520 has 40MB total memory from its factory shipment.

CONFIDENTIAL - OUTSIDE COUNSEL ONLY

**Announcing the Lexmark X520 MFP**                                      **10**

## Lexmark T520 MFP Scanner Specifications

### Scanner Type

Flatbed with simplex automatic document feeder (ADF)

### Flatbed Scanning

- Maximum optical resolution:    600 x 600 dpi
- Maximum Original Size:    8 ½" x 11" (A4/letter)

### Automatic Document Feeder

- Maximum optical resolution:    600 x 600 dpi
- Document Capacity:    25 sheets
- Document Size:
    - ➢ Maximum:    8.5 in. x 14 in. (legal)
    - ➢ Minimum:    4.5 in. x 5.5 in.
- Document Thickness:    0.02 in. ~ 0.006 in.
- Media Weight:    14 lb. to 28 lb.

### Acoustics

- Base printer
    - ➢ Printing:    49 dBA
    - ➢ Copying:    52 dBA
    - ➢ Faxing/scanning:    49 dBA
    - ➢ Idle:    30 dBA

### Test Conditions:

- Printing:  Printer prints multiple copies of PostScript fonts @ 600 dpi resolution. Measurements are made for steady state operation using 20 lb. letter-size paper.

- Copying:  Multiple sheets are put into the scanner auto sheet feeder.  One copy of each master is made.  The noise level measured for copying is the loudest of the device's common operations.

- Fax*/Scan:  Multiple sheets are put into the scanner auto sheet feeder.  Sound pressure levels are measured as sheets are scanned into memory. (**Note:** The Lexmark X520 MFP modem version has no FAX capability.)

- Idle:  System is in an idle state.

## Lexmark X520 MFP Performance

### Scanning

| Mode | Flatbed Time to First Copy (seconds) | ADF Time to First Copy (seconds) | ADF Images Per Minute |
|------|------|------|------|
| Text | 14 | 14.5 | 10 |
| Mixed | 16.5 | 16.5 | 9 |
| Photo | 20 | 20.5 | 4 |

## Environment

### Operating Environment

| Temperature | 60° F to 90° F  (16.5° C to 32.2° C) |
|------|------|
| Humidity | 20% to 80% |

### Storage Environment

| Temperature (w/o cartridge) | -40° F to 140° F (-40° C to 60° C) |
|------|------|
| Humidity | 10% to 90% |

## Physical Dimensions and Weights

| | Width | Depth* | Height** | Weight*** |
|------|------|------|------|------|
| **Lexmark X520** | | | | |
| Lexmark X520 MFP (paper stopper installed) | 19.6 in. (498 mm) | 22.8 in. (578 mm) | 27.1 in. (689 mm) | 58 lb. (26.3 kg) |
| Lexmark X520 MFP (no paper stopper installed) | 17.6 in. (447 mm) | 22.8 in. (578 mm) | 27.1 in. (689 mm) | 58 lb. (26.3 kg) |

Cable connectors are not included
** With paper tray fully opened
***Includes power adapter and cables

### Operating Clearances

| | Sides | Top | Front | Rear |
|------|------|------|------|------|
| Lexmark X520 MFP | 12 in. (305 mm) | 15 in. (381 mm) | 20 in. (508 mm) | 12 in. (305 mm) |

## Power and Electrical Specifications

### Power Consumption

Power levels are shown in watts, source is shown in volts and current is given in amperes.

| | Lexmark X520 MFP |
|------|------|
| Scanner Power Source | 110 ~ 240 full range (50 ~ 60 Hz) |
| Scanner Power Adapter Output | 24V 2.5A |
| Printer Power Source Nominal Extreme | 110 ~ 127 (47 ~ 63 Hz) 99 ~ 137 (47 ~ 63 Hz) |
| Average Power While Printing and Scanning | 327 (printer) + 32 or less (scanner) |
| Average Power While Idle Power Saver On | 20 (printer) + 32 or less (scanner) |
| Power Saver Off | 81 (printer) + 32 or less (scanner) |
| Maximum Current While Printing And Scanning | 6.2 (printer) + 1.0 (scanner) |

CONFIDENTIAL - OUTSIDE COUNSEL ONLY

## Announcing the Lexmark X520 MFP                                    11

### Packaging and Shipping Information

| | Individual Unit | | | | | Pallet Specifications | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Width | Depth | Height | Weight | Quantity | Width | Depth | Height | Weight |
| Lexmark X520 | 31 in. (787 mm) | 28 in. (711 mm) | 44 in. (1,117 mm) | 90 lb. (40.8 kg) | 1 | 31 in. (787 mm) | 28 in. (711 mm) | 49 in. (1,245 mm) | 106 lb. (48.1 kg) |

### Package Contents

Lexmark X520 MFP contents

- Box 1 (Printer)
  - Lexmark T520 Printer
    - Additional 32MB RAM
    - MarkNet N2501e 10/100BaseTX Ethernet
  - Quick Reference Card and Plastic Sleeve
  - Setup Guide
  - Publication CD
  - Registration/Fulfillment Card or Envelope
  - Operator Panel Overlay
  - Supplies Program Flyer
  - *Prebate* Print Cartridge
  - Drivers, MarkVision and Utilities CD
  - Power Cord
  - On/Off Switch Cover and Output Stacking Bail
- Box 2 (Scanner)
  - Scanner/ADF Unit with Integrated Operator Panel
  - Power Adapter for the Scanner
  - ADF Spare Pad
- Box 3 (Furniture)
  - Lexmark T Scanner Shelf
  - Shelf Setup Instruction Sheet
- Box 4 (MFP Kit)
  - Operator Panel Overlay Kit
  - RJ11 Telephone Cable
  - SCSI Cable
  - Drivers, MarkVision and Utilities CD
  - Warranty Card
  - Publications and CD Folder
    - Lexmark Document Distributor (LDD) CD
      - Lexmark Document Distributor Application Modules
      - Document Distributor Client Help
      - Document Distributor Server Help
      - Document Distributor Script Samples
      - Hardware Setup and Configuration Guide
      - User's Guide
    - Scanner Setup Guide
    - LDD Server Setup Guide
    - Quick Reference Sheet
    - Cable Sheet

### Warranty and Service
#### Hardware Warranty and Service

| Lexmark X520 MFP | |
|---|---|
| Standard Warranty Period | One Year LexExpress[SM] (Scanner and Printer) |

Following are the additional warranty upgrades that can be purchased for the Lexmark T520 laser printers.

| Upgrade | Warranty Extension Years | | | | Flat Rate |
|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | |
| LexExpress | | | | | |
| | 1LEBU15 | 2LEBU15 | 3LEBU15 | 4LEBU15 | FLEBU15 |
| LexOnSite[SM] Repair Upgrade | | | | | |
| USRBU15 | 1SRBU15 | 2SRBU15 | 3SRBU15 | 4SRBU15 | FORBU15 |
| LexOnSite Exchange Upgrade | | | | | |
| USEBU15 | 1SEBU15 | 2SEBU15 | 3SEBU15 | 4SEBU15 | FOEBU15 |

#### Warranty Reimbursement for Labor

Warranty reimbursement per incident for on-site services is $66 (labor only). Parts replaced during warranty will be reimbursed through the Lexmark warranty reimbursement plan administered by the Lexmark Warranty Claims Center.

#### Installation/Deinstallation Pricing
Installation

**Customer Setup:** Yes

#### Technical Support
The Lexmark Customer Support Center provides support at 1-800-LEXMARK (1-800-539-6275).

### Leasing

Lexmark is making its new products available through an innovative financial product that combines Lexmark hardware, extended warranty and installation services into one, convenient monthly payment for those customers looking to reduce capital expenditures.

CONFIDENTIAL - OUTSIDE COUNSEL ONLY

**Announcing the Lexmark X520 MFP**                                    **12**

The Lexmark Leasing Program will enable customers to stay focused on their business and continually upgrade their hardware to the latest technology without an additional capital investment.

# Administrative Information
## Availability
The Lexmark X520 MFP will be available July 18, 2001. All Lexmark X520 MFPs are assembled to order.

## Demo Plus Program
This product qualifies for the Demo Plus Rebate Program.

| Product | Part Number | Demo Rebate |
|---------|-------------|-------------|
| Lexmark X520 MFP | 16C0000 | |

To utilize the Demo Plus Program, order a qualifying product then apply for a demo product rebate. Use the Demo Plus Rebate Claim Form attached to this announcement to make your rebate claim to Lexmark. You must certify that the claimed demo product will be used only for demonstration purposes for a period of at least six months. A reseller location is limited to one rebate per model during a six-month period.

For complete Demo Plus Program details, please refer to announcement LEX 96-098 or request document number 7506 from LEXFAX<sup>SM</sup> (800) 453-9329.

## Education Rebate Program
This product may qualify for an educational rebate when sold to qualifying schools under the Lexmark Education Rebate Program. For complete program details, please

refer to announcement LEX 99-143 or visit the reseller support section of Lexmark's Web site.

# Terms and Conditions
## Returns Policy
These products are eligible for returns according to the Printer Product Returns section of Lexmark's Reseller and Distributor agreements. Return authorization will be handled according to the Lexmark Printer Returns Policy.

## Price Reduction Credit
This product is eligible for price protection according to the Printer Price Reduction Credit section of Lexmark's Reseller and Distributor Agreements.

## Lexmark Channels
This product is available to Lexmark resellers under the terms of the Lexmark Authorized Reseller and Distributor Agreements.

## Ordering Information
The Lexmark Order Management Center (LOMC) provides reseller customer support. Orders may be entered through EDI (Electronic Data Interchange) or sent by mail or fax to:

> Lexmark Order Management Center
> P.O. Box 11427
> Lexington, KY  40575-1427
> FAX to: 800-232-9539

### Order Entry
Telephone:  1-800-292-5885
Fax:  1-800-232-9539

### Accounts Receivable
Telephone:  1-800-847-4778
Fax:  1-800-732-9539

### Hours of Operation
Monday through Friday 8 a.m. to 8 p.m. - Eastern time.

### Transportation Charges
Transportation terms are FOB remarketer location (Lexmark pays freight).

# Trademarks
FontVision, MarkNet, MarkVision and Optra are trademarks of Lexmark International, Inc., registered in the United States and/or other countries.

CONFIDENTIAL - OUTSIDE COUNSEL ONLY
LEX01-086

## Announcing the Lexmark X520 MFP                                    13

ImageQuick, Optra Forms and ScanBack are
trademarks of Lexmark International, Inc.

LexExpress, LEXFAX and LexOnSite are service marks
of Lexmark International, Inc.

PostScript and PostScript 3 are registered trademark of
Adobe Systems Incorporated.

Adobe and Aldus are trademarks of Adobe Systems
Incorporated.

Apple, Apple Mac, AppleTalk and Macintosh are
trademarks of Apple Computer, Inc.

PCL and HP are registered trademarks of the Hewlett-
Packard Company.

IBM, OS/400, AIX and AS/400 are registered trademarks
of International Business Machines Corporation in the
United States and/or other countries and are used under
license.

Microsoft, Windows NT and Windows are registered
trademarks of the Microsoft Corporation.

Novell and NetWare are registered trademarks of Novell,
Inc., in the United States and other countries.

Novell Distributed Print Service, Novell Enterprise Print
Servers, NDPS, IPX/SPX and NEPS are trademarks of
Novell, Inc

SAP is a trademark of SAP AG.

Solaris, Sun and Sun Solaris are trademarks or
registered trademarks of Sun Microsystems, Inc., in the
United States and/or other countries.

All other trademarks are properties of their respective
owners.

CONFIDENTIAL - OUTSIDE COUNSEL ONLY

# *Lexmark Demo Plus Rebate Claim Form*
**Reseller Information:**

_____          _____
(Reseller Name)                                  (Customer Number) *

_____   (____) _____-_____   (____) _____-_____
(Contact Name)                           (Telephone Number)        (FAX Number)

_____   _____   _____   _____
(Street Address)                         (City)                 (State)    (Zip)

\* You must include your Lexmark Customer Number or a copy of your state reseller tax certificate if you are not currently an Authorized Dealer or Lexmark Partner.

## Demo Plus Information:

A rebate can be collected for the current listing of Lexmark printers purchased for reseller demonstration. A printer unit claimed for a demo rebate must remain in service as a demonstration unit for a period not less than six months. To process a claim complete the information requested on this form. Fax or mail the completed form along with the copy of invoice from an Authorized Distributor, Aggregator or Lexmark. This offer is limited to resellers of Lexmark printers and to one printer of each model per location during a six month period.

| Optra Printers | Part Number | Rebate ** | Printer Serial Number | Amount |
|---|---|---|---|---|
| Optra E312 Laser Printer | 13T0000 | | _____ | |
| Optra E312L Laser Printer | 13E0000 | | _____ | |
| Optra M410 / 410n Laser Printers | 4K00252/ 4K00300 | | _____ | |
| Optra M412 / 412n Laser Printers | 17G0000 /17G0090 | | _____ | |
| Optra M412 / M412n SMALL BUSINESS EDITION Laser Printers | 17G0228 /17G0229 | | _____ | |
| Optra T610 / 610n Laser Printers | 20T1000 / 20T1040 | | _____ | |
| Optra T614 / 614n Laser Printers | 20T3200 / 20T3280 | | _____ | |
| Optra T614nl Laser Printer | 20T3240 | | _____ | |
| Optra T616 / 616n Laser Printers | 20T4000 / 20T4040 | | _____ | |
| Optra W810 / 810n Laser Printers | 12L0102 / 12L0103 | | _____ | |
| Optra W810dn Laser Printer | 12L0105 | | _____ | |

| Business Color Printers | | | | |
|---|---|---|---|---|
| Optra Color 1200 / 1200n Color Lasers | 11F0000 / 11F0001 / 11F0254 | | | |
| Optra Color 1200nl Color Laser | 11F0192 / 11F0255 | | _____ | _____ |
| Optra C710 / C710n Color Lasers | 10E0100 / 10E0101 | | _____ | _____ |
| Optra C710n (Solaris Ready) | 10E0194 | | _____ | _____ |
| Optra C710dn Color Laser | 10E0072 | | _____ | _____ |
| Optra Color 45 / 45n Color Inkjets | 43J8000 / 43J8040 | | _____ | _____ |
| Lexmark C720 / C720n Color Lasers | 15W0003 / 15W0004 | | _____ | _____ |
| Lexmark C720dn | 15W0005 | | _____ | _____ |
| Lexmark J110 / J110tn Color Inkjet | 44J0000 / 44J0040 | | _____ | _____ |

| Monochrome Laser Printers | | | | |
|---|---|---|---|---|
| Lexmark T520  / 520n Laser Printer | 09H0000 / 09H0100 | | _____ | _____ |
| Lexmark T520d /  T520dn Laser Printer | 09H0250 / 09H0350 | | _____ | _____ |
| Lexmark T520 / 520n Printer for Label App. | 09H0062 / 09H0063 | | _____ | _____ |
| Lexmark T522 / T522n Laser Printer | 09H0200 / 09H0300 | | _____ | _____ |
| Lexmark T522dn | 09H0450 | | _____ | _____ |
| Lexmark T522 / T522n Printer for Label App. | 09H0064 / 09H0065 | | _____ | _____ |
| Lexmark T620 / T620n Laser Printer | 20T3600 / 20T3650 | | _____ | _____ |
| Lexmark T620in / T620dn Laser Printer | 20T3700 / 20T3750 | | _____ | _____ |
| Lexmark T620 / T620n Printer for Label App. | 20T3639 / 20T3689 | | _____ | _____ |
| Lexmark T622 / T622n Laser Printer | 20T4400 / 20T4450 | | _____ | _____ |
| Lexmark T622in / T622dn Laser Printer | 20T4500 / 20T4550 | | _____ | _____ |
| Lexmark T622 / T622n Printer for Label App. | 20T4439 / 20T4489 | | _____ | _____ |
| Lexmark W820 / W820n Laser Printer | 12B0100 / 12B0101 | | _____ | _____ |
| Lexmark W820dn Laser Printer | 12B0102 | | _____ | _____ |

CONFIDENTIAL - OUTSIDE COUNSEL ONLY

**A2920**

## Lexmark Demo Plus Rebate Claim Form

| Color Inkjet Printers | Part Number | Rebate ** | Printer Serial Number | Amount |
|---|---|---|---|---|
| Lexmark Z11 Color Jetprinter | 70D0000 | | _____ | _____ |
| Lexmark Z12 Color Jetprinter | 17E0285 / 17E0282 | | _____ | _____ |
| 17E0000 / 17E0064 | | | _____ | _____ |
| Lexmark Z22 Color Jetprinter | 17F0070 / 17F0072 | | _____ | _____ |
| Lexmark Z31 Color Jetprinter | 14M0000 | | _____ | _____ |
| Lexmark Z32 Color Jetprinter | 17F0285 / 17F0282 | | _____ | _____ |
| 17F0000 / 17F0160 | | | _____ | _____ |
| Lexmark Z42 Color Jetprinter | 11P0000 / 11P0282 | | _____ | _____ |
| 11P0285 / 11P0038 | | | _____ | _____ |
| Lexmark Z51 Color Jetprinter | 14R0062 / 14R0002 | | _____ | _____ |
| Lexmark Z52 Color Jetprinter | 14V0000 / 14V0300 | | _____ | _____ |
| Lexmark Z82 Scan/Print/Copy | 13N0000 | | _____ | _____ |

**Impact Printers**

| | | | | |
|---|---|---|---|---|
| 2480 plus Forms Printer | 12T0050 | | _____ | _____ |
| 2481 plus Forms Printer | 12T0100 | | _____ | _____ |
| 2490 plus Forms Printer | 12T0350 | | _____ | _____ |
| 2491 plus Forms Printer | 12T0400 | | _____ | _____ |
| 4227 plus Forms Printer | 13L0001 | | _____ | _____ |

**Attach Products**

| | | | | |
|---|---|---|---|---|
| Lexmark X242 | 16A0470 | | _____ | _____ |
| Lexmark X443 | 16A0533 | | _____ | _____ |
| Lexmark X520 | 16C0000 | | _____ | _____ |
| Lexmark X522 | 16C0030 | | _____ | _____ |
| Lexmark X6100 | 16A0734 | | _____ | _____ |
| Lexmark X720 | 16C0060 | | _____ | _____ |
| OptraImage T610sx Bundle | 16A0433 | | _____ | _____ |
| OptraImage C710sx Bundle | 16A0675 | | _____ | _____ |
| OptraImage T614dx Bundle | 16A0590 | | _____ | _____ |
| OptraImage W810s Bundle | 14B5430 | | _____ | _____ |

**Total Rebate Claimed:** $ _____

** The rebate will be determined by the latest rebate schedule published by Lexmark.

Mail the completed form to:   Lexmark International         or FAX the completed form to: 1-800-232-9539
Demo Rebate Program, LOMC Building 046-1
740 New Circle Road  NW, Lexington, KY 40550

I agree to use the above printer(s) for demonstration for a period of a least six (6) months.  I understand that violation of this program will result in possible loss of Authorization, refunding rebate to Lexmark, rejection of future claims, and/or other appropriate legal action.

_____          _____          _____
(Print Name)                              (Authorized Signature)                         (Date)

CONFIDENTIAL - OUTSIDE COUNSEL ONLY

CONFIDENTIAL - OUTSIDE COUNSEL ONLY



# Printer Marketing Bulletin

## June 18, 2001

## Lexmark Announces the Lexmark X522 MFP

**Lexmark announces the Lexmark X522 MFP, an affordable multifunction solution for small workgroups. This product includes several new enhancements to increase performance.**





**740 West New Circle Road, Lexington, KY 40550**
Lexmark and Lexmark with diamond design are trademarks of Lexmark International, Inc., registered in the United States and/or other countries.

CONFIDENTIAL - OUTSIDE COUNSEL ONLY

## Part Numbers, UPC Code and Pricing

| Product | Part Number | UPC | MSRP* | Reseller Price | 36-Month Financing Package** | 60-Month Financing Package** |
|---|---|---|---|---|---|---|
| Lexmark X522 MFP | 16C0030 | 7-34646-30830-4 | | | | |

\*   Manufacturer's Suggested Resale Price (MSRP):  This price is Lexmark's Manufacturer's Suggested Resale Price and is subject to change without notice.  This price is for information purposes only.  Lexmark's and our remarketers' prices may vary.

\*\*  The monthly payments are based on 36- or 60-month contracts and include hardware, extended warranty for contract term and installation.  All orders subject to credit approval.  All pricing subject to change without notice.  Additional terms apply.  Options or accessories are available at an additional cost.

**Reseller Prices:**  Reseller prices are based on full-pallet purchases.

## Product Overview

The Lexmark X522 MFP is an affordable and versatile network multifunction system with high performance print, copy, fax and color network scan in a compact system, for small to medium workgroups.

The Lexmark X522 MFP consists of

- Lexmark T522 printer
  - ➢ 32MB memory
  - ➢ MarkNet™ N2501e internal print server
  - ➢ Hard drive
- Lexmark X443 MFP Option (scan unit)
- Lexmark Document Distributor (standard edition)
- Scanner Shelf
- Duplex Unit
- MFP Kit

## Benefits
### Streamlines Processes

- The Lexmark X522 MFP provides the power and manageability of Lexmark's T522 printer with convenient fax, copy and network scan capabilities

- Adaptable functionality includes fax from workstation, scan to e-mail and FTP.  Easy integration into business workflow simplifies hard-copy imaging while streamlining processes.

- Optional ImageQuick™ Card provides direct printing of TIFF, PDF and HTML (web pages) for increased integration into workflow processes

- Lexmark Document Distributor, a customizable, centrally-manageable NT Server-based software package streamlines and automates document process workflow.  It ships standard with all multifunction printers and easily integrates into existing workflow environments.  Advanced editions include OCR, ICR, OMR and bar code conversion capability with integration into Lotus Notes, Microsoft® Exchange and ODBC-compliant relational database management systems

### Affordable

- Provides full-function print, copy, fax and network scan capabilities at a very economical price point

- Consolidates supplies for print, copy and fax to simplify stock management and costs

- Scalable application support options keep up with growing business requirements to protect the initial investment

- Print, copy, fax and network scan capabilities provided in an easily distributed footprint save space to reducing costs

- Flash memory lets administrators upgrade firmware when new functions are released so all devices are consistent to protect the investment and reduce help desk costs

- Multi-up printing and optional duplex printing capabilities save paper and supplies

### User Friendly

- Easy to use, intuitive user interface is consistent across the product line, decreasing learning curves and increasing productivity

- Supply consolidation for print, copy and fax functions and an available high-yield cartridge mean fewer user interventions

- Integrated workflow processes save time while increasing overall satisfaction

- Affordable MFPs, priced to distribute, make common business functions more accessible to users, increasing productivity

- Remote status information saves time by eliminating unnecessary trips

### Network Proven

- Standard 10/100BaseTX Ethernet provides easy network connection and high-performance throughput

- Broad data stream and network protocol support ensure compatibility with existing systems

CONFIDENTIAL - OUTSIDE COUNSEL ONLY

## Announcing the Lexmark X522 MFP                                              3

- Lexmark's commitment to open standards helps ensure that Lexmark's MFPs will work with future technology
- Lexmark's suite of global installation and management tools reduces deployment and support costs while increasing the productivity

### Connectivity
- Ethernet 10/100BaseTX
- Parallel
- USB

## Firmware Enhancements
- Operator panel lock to lock configuration settings
- Lightweight Directory Access Protocol (LDAP) integration through the resident web server
- LDAP profile authentication
- Static password for profile authentication
- Ability to delete temporary profile
- Scanner error reporting on the operator panel
- Separate "modify" and "delete" buttons on destination creation

## Features
### Network Printing
The Lexmark X522 MFP is based on the T522 25 ppm monochrome network laser printer and includes advanced capabilities such as Print and Hold for confidential print.
- Input for Printer
  - 600 sheets standard
  - 4,100 pages maximum
- Output
  - 250 sheets

### Copying
- Input for scanner originals -- Automatic Document Feeder (ADF)
  - 25-page automatic document feeder
  - 10 ppm maximum speed for black
  - Maximum original document size is legal/A4 (flatbed)
- 21 cpm single copy
- 25 cpm scan once, print multiple copies
- Electronic collation
- Up to 4-up multi-up printing
  - Frame on/off selection

- Duplex -- 1-pass duplex input
- Enlarge or reduce copies (50% to 200%)
- Darkness adjustment
- Original document type selection – text, mixed, photo
- Original document size selection – letter, A4, legal, B5, executive, A5, folio, statement
- Copy media selection – plain paper, transparency, other
- Transparencies + separators – inserts blank page between transparencies
- Job building
- Account tracking
- Remote copy through scan to FTP
- Copy configuration in MarkNet Resident Web Server

### Faxing
- Modem speed 33.6 Kbps
- Ability to sort by "shortcut number" or "shortcut name" in destination list
- Fax receive and send capability
- Send hard-copy fax from flatbed or automatic document feeder (ADF)
- Send fax from workstation with PostScript 3® emulation Lexmark print driver
- Speed dial/shortcut keys (up to 245)
- Memory send capability
- Internal faxing (scan to FTP)
- Group fax (255 characters including commas)
- Fax resolution selection
  - Standard: 200 x 100 dpi
  - Fine: 200: x 200 dpi
  - Super Fine: 300 x 300 dpi
  - Ultra Fine: 400 x 400 dpi
- Darkness adjustment
- Original document type selection
  - Text
  - Mixed
  - Photo
- Original document size selection
  - Letter, A4, legal, B5, executive, A5
- Fax confirmation sheet with copy of first page
- Fax server interoperability
  - OmTool: Fax Sr. Enterprise
  - RightFax Enterprise Server v7.0
  - Biscom: FAXCOM
  - Tobit: FaxWare 6
  - Equisys

CONFIDENTIAL - OUTSIDE COUNSEL ONLY

**A2925**

**Announcing the Lexmark X522 MFP**                                               **4**

## Network Scanning

- Scan to FTP
  - ➢ File server
  - ➢ Network printer (ImageQuick Card required to print TIFF, JPEG and PDF files)
- Scan to workstation (PC)
- Scan to e-mail
  - ➢ E-mail attachment
  - ➢ Web site
- File format selection
  - ➢ TIFF (BW, gray, or RGB)
  - ➢ JPG (gray or RGB)
  - ➢ PDF (BW, gray, or RGB)
  - ➢ PostScript® Level 2

- Compression selection
  - ➢ TIFF: *
  - ➢ JPG: JPEG
  - ➢ PDF: None, Zlib, JPEG (color, gray), or G4 (black)
  - ➢ PostScript: JPEG (color, gray), or G4 (black)
  - (* For Lexmark intelligent agents)
- Resolution selection (from MarkNet web page or Document Distributor)
  - ➢ 75 dpi, 150 dpi, 200 dpi, 300 dpi, 400 dpi, 600 dpi
  - (Note: Resolutions that can be selected from operator panel are limited.)
- Darkness Adjustment
- Original document size selection
  - ➢ Letter, A4, legal, B5, executive, A5, folio, statement

## Supplies and Options Part Numbers and Pricing

| Description | Part Number | UPC | MSRP* | Reseller Price |
|---|---|---|---|---|
| **Supplies** | | | | |
| T52x Print Cartridge | 12A6730 | 7-34646-24471-8 | | |
| T52x HighYield Print Cartridge | 12A6735 | 7-34646-24472-5 | | |
| T52x Prebate Print Cartridge | 12A6830 | 7-34646-24473-2 | | |
| T52x HighYield Prebate Print Cartridge | 12A6835 | 7-34646-24474-9 | | |
| T52x HighYield Prebate Print Cartridge for Label Applications | 12A6839 | 7-34646-24475-6 | | |
| **Card Solutions** | | | | |
| Lexmark T52x/62x ImageQuick Card | 44H0067 | 7-34646-24455-8 | | |
| Lexmark T52x/62x Bar Code Card | 11K3800 | 7-34646-24481-7 | | |
| Lexmark T52x/62x Card for IPDS and SCS/TNe | 5K00205 | 7-34646-24457-2 | | |
| **Furniture** | | | | |
| MFP Adjustable Stand | 16A0805 | 7-34646-36703-5 | | |

## Previously Announced Lexmark T522 Printer Options and Supplies

| Description | Part Number | UPC | MSRP* | Schedule I | Schedule II | Schedule III |
|---|---|---|---|---|---|---|
| **Paper-Handling Options** | | | | | | |
| 250-Sheet Drawer | 11K0681 | 7-34646-28600-8 | | | | |
| 250-Sheet Tray | 11K1059 | 7-34646-28609-1 | | | | |
| 500-Sheet Drawer | 11K0688 | 7-34646-28601-5 | | | | |
| 500-Sheet Tray | 11K1060 | 7-34646-28610-7 | | | | |
| 2000-Sheet Drawer (Letter) | 11K0718 | 7-34646-28602-2 | | | | |
| 2000-Sheet Drawer (A4) | 11K0719 | 7-34646-28603-9 | | | | |
| 250-Sheet Universally Adjustable Drawer | 11K1878 | 7-34646-28626-8 | | | | |
| 250-Sheet Universally Adjustable Tray | 11K1574 | 7-34646-28625-1 | | | | |
| 400-Sheet Universally Adjustable Drawer | 11K1942 | 7-34646-39706-3 | | | | |
| 400-Sheet Universally Adjustable Tray | 11K1941 | 7-34646-39707-0 | | | | |
| Envelope Feeder | 11K0720 | 7-34646-28604-6 | | | | |
| 500-Sheet Duplex Unit | 11K0722 | 7-34646-28606-0 | | | | |
| Vertical Kiosk Presenter | 11K1343 | 7-34646-18343-7 | | | | |
| Horizontal Kiosk Presenter | 11K1356 | 7-34646-18356-7 | | | | |
| **Memory** | | | | | | |
| 4MB SDRAM | 5K00013 | 7-34646-28612-1 | | | | |
| 8MB SDRAM | 5K00014 | 7-34646-28613-8 | | | | |
| 16MB SDRAM | 5K00015 | 7-34646-28614-5 | | | | |

CONFIDENTIAL - OUTSIDE COUNSEL ONLY

**A2926**

# Announcing the Lexmark X522 MFP                                               5

| | | |
|---|---|---|
| 32MB SDRAM | 5K00016 | 7-34646-28615-2 |
| 64MB SDRAM | 5K00017 | 7-34646-28616-9 |
| 128MB SDRAM | 5K00119 | 7-34646-28621-3 |
| 2MB Flash DIMM | 5K00115 | 7-34646-28617-6 |
| 4MB Flash DIMM | 5K00116 | 7-34646-28618-3 |
| 8MB Flash DIMM | 5K00117 | 7-34646-28619-0 |
| 16MB Flash DIMM | 5K00118 | 7-34646-28620-6 |
| **Applications Solutions** | | |
| Optra Forms™ 2MB Flash DIMM | 5K00215 | 7-34646-28715-9 |
| Optra Forms 4MB Flash DIMM | 5K00216 | 7-34646-28716-6 |
| Optra Forms 8MB Flash DIMM | 5K00217 | 7-34646-28717-3 |
| Optra Forms 16MB Flash DIMM | 5K00218 | 7-34646-28718-0 |
| Optra Forms Software | 11N0040 | 7-34646-20731-7 |
| Optra Forms Director | 11N0052 | 7-34646-20732-4 |
| Optra Forms 2-Key Security Option | 43H5841 | 7-34646-17041-3 |
| Optra Forms 3-Key Security Option | 43H5842 | 7-34646-17042-0 |
| Document Distributor | 16A0601 | 7-34646-20701-0 |
| Document Distributor Advanced Edition | 16A0602 | 7-34646-20702-7 |
| **External Print Servers** | | |
| MarkNet X2011e Ethernet 10/100BaseTX | 46D0060 | 7-34646-30316-3 |
| MarkNet X2012e Ethernet 10/100BaseT/10Base2 | 46D0040 | 7-34646-30315-6 |
| MarkNet X2031e Ethernet 10/100BaseTX | 46D0020 | 7-34646-30357-6 |
| MarkNet X2030t Token-Ring | 46D0000 | 7-34646-30313-2 |
| **Internal Print Servers** | | |
| MarkNet N2000t Token-Ring | 44D0020 | 7-34646-17333-9 |
| MarkNet N2001e 10/100BaseTX | 44D0000 | 7-34646-17332-2 |
| MarkNet N2002e 10BaseT/2 | 44D0050 | 7-34646-17334-6 |
| Coax/Twinax Adapter for SCS | 44H0011 | 7-34646-12699-1 |
| **Cables and Attachment Options** | | |
| Parallel Cable (10 ft.) | 1329605 | 0-87944-09056-4 |
| Parallel Cable (20 ft.) | 1427498 | 7-34646-13068-4 |
| USB Cable (2 meters) | 12A2405 | 7-24646-18340-6 |
| Serial Cable (50 ft.) | 1038693 | 7-34646-21649-4 |
| External Serial Adapter | 1368705 | 7-34646-11309-0 |
| **Multifunction Options** | | |
| Lexmark X242 MFP Option | 16A0470 | 7-34646-26670-3 |
| Lexmark X443 MFP Option | 16A0533 | 7-34646-20597-9 |
| **Furniture** | | |
| T Low-Profile Printer Stand | 43H5250 | 7-34646-13845-1 |
| T Printer Stand with Cabinet | 43H2950 | 7-34646-12679-3 |
| T Printer Stand | 11K2036 | 7-34646-39600-4 |
| Scanner Stand with Cabinet | 11K2037 | 7-34646-13861-1 |
| T Scanner Shelf | 16A0503 | 7-34646-26665-9 |
| MFP Stand | 11K3306 | 7-34646-21008-9 |
| **Media** | | |
| Transparencies (letter-size) | 1053740 | 7-34646-12769-1 |
| Transparencies (A4-size) | 1053741 | 7-34646-12770-7 |

\*    Manufacturer's Suggested Resale Price (MSRP):  This price is Lexmark's Manufacturer's Suggested Resale Price and is subject to change without notice.  This price is for information purposes only.  Lexmark's and our remarketers' prices may vary.

\*\*   This product is only available for direct end-user sales at Lexmark Direct 1-800-438-2468 and www.lexmark.com.

**Reseller Prices:**  Reseller prices are based on full-pallet purchases.

# MFP Functions
## Network Scanning

MFP scanning functions include scan to e-mail, scan to FTP, and scan to PC.  Network TCP/IP protocol support is required for all scan to network operations.

Scanned images can be stored as Adobe™ Acrobat (PDF), Tagged Image File Format (TIFF), JPEG or PostScript Level 2 file formats.

CONFIDENTIAL - OUTSIDE COUNSEL ONLY

## Announcing the Lexmark X522 MFP                                6

### Scan to E-mail

Users can electronically send a scanned image to a predefined e-mail address, or group of addresses, to eliminate long distance charges and analog phone lines.

The image can be sent as an attachment or referenced via a web link. An attached file is scanned, attached to an e-mail and sent. A referenced file is scanned and stored at a pre-defined web-accessible FTP site and an e-mail, with a hot URL, is sent to selected addresses. When the recipient clicks on the URL, the web browser is launched to download the file, reducing network traffic.

### Scan to E-mail Profile

Scan to e-mail profile allows users to send a document to an e-mail address that has not been predefined by attaching a personal message to a scanned image.

### Scan to FTP

Scan to FTP is an easy way to capture and distribute documents. The network administrator defines FTP destinations via the MarkNet N2501e resident web server. The destination can be a file server for archiving applications or the IP address of a network printer.

For a file server destination, the user selects the file server from the MFP operator panel, scans the image and sends it to that file server. Images on a specific server or scanned back to a document management or workflow application. A confirmation sheet is printed with the file name and location.

Scan to FTP can be used to scan a document to a network printer that supports PostScript Level 2 or has an ImageQuick Card installed for remote copy or internal fax applications. The administrator assigns a printer's IP address as the FTP destination.

### Scan Back to Workstation

Scan profiles can be used to scan an image and send it to a workstation for simple image capture, without installing additional software. The user submits a profile using his web browser then selects the profile from the MFP operator panel when ready to scan. When the X522 MFP is combined with the Document Distributor

ScanBack™ Utility and Lexmark Image Manager software, image manipulation capability is provided.

### Quick Scroll

With Quick Scroll, users can scroll--with letters on the operator panel number pad--rapidly through the list of file servers, e-mail addresses and fax numbers on the MFP operator panel.

### Shortcut Keys

Shortcut keys can be assigned up to 245 destinations for users to access frequently used distribution lists. The user presses the # sign, the defined shortcut (Numbers 1 through 245) then the green "go/send" button.

### Lexmark Document Distributor ScanBack Utility

The Lexmark ScanBack Utility steps the user through profile creation then submits the profile to the MFP option for the user to select from the MFP operator panel when he is ready to scan. When the image is received by the ScanBack Utility at a workstation, it will launch Lexmark Image Manager or another application the user chooses. Support is included for compressed TIFF, JPEG, PDF and PostScript files.

### Image Manager

Lexmark Image Manager provides a set of tools for image manipulation such as annotating or deskewing the image or adjusting brightness or contrast. Script selection and server access is available through Windows® Explorer.

### Document Server

The Document Server, the heart of the document distribution system, receives documents from the X522 or Lexmark Image Manager then processes and distributes them based on a customizable script. "If, then, else" logic enables businesses to direct document workflow based on a set of criteria or parameters to increase the efficiency of business processes. Integration support is provided for Lotus Notes, Microsoft Exchange and ODBC-supported databases, including Microsoft SQL, Access and Oracle.

CONFIDENTIAL - OUTSIDE COUNSEL ONLY

**Announcing the Lexmark X522 MFP**                                    7

A Lexmark Document Distributor 10-user license is provided with each MFP. Users can purchase additional licenses in 10-user increments.

## Fax Capabilities
### Speed Dial
Speed dial allows up to 245 shortcut keys to be defined for frequently dialed fax numbers. These can be accessed via the MFP control panel number pad.

### Fax From Workstation
The MFP can be used as an outbound fax server, so there is one interface for printing and faxing. From the PostScript 3 emulation Lexmark driver, the output to be faxed is selected and sent from the user's workstation.

### Fax Server Support
The Lexmark MFP can send faxes utilizing a network fax server instead of the analog modem, giving IT a single point of administration and fax transaction control. This function also provides cost reductions by decreasing the number of analog phone lines required.

## Copy Capabilities
Users can scan a document one time and then print as many copies as necessary. These copies can be printed as fast as the rated speed of the printer.

Electronic collation stores the entire job in memory prior to printing, for collation of sets as they are printed. A separator page can be automatically inserted to separate the copy sets as they are printed.

When copying, job building is available. A user is prompted to insert another page on the flatbed scanner for continuous copying or collation.

With X522 copy options, paper savings may be realized through duplex printing and/or printing 2-up or 4-up.

Copy configurations such as content, media type, paper saving, duplex, output bin, darkness and original and copy size can be achieved through the MarkNet Resident Web Server.

## Optional Network Attachments
MFP solutions and options come standard with a MarkNet N2501e Ethernet 10/100 internal print server. Other network attachments are supported through optional external print servers. Network scanning capabilities require that the MarkNet N2501e print server be connected to the network. Lexmark recommends the Ringdale Ethernet-Token Ring Bridge for use with MFPs for network scanning in a Token-Ring environment.

### External Attachment
- MarkNet X2000 series external print servers
  - MarkNet X2011e Ethernet 10/100BaseTX – 1 port
  - MarkNet X2012e Ethernet 10/100BaseTX, 10Base2 – 1 port
  - MarkNet X2031e (3-port) Ethernet 10BaseT/100BaseTX
  - MarkNet X2030t (3-port) Token-Ring

### Network Protocols and Services
- Multiprotocol: TCP/IP, Novell® IPX/SPX™, AppleTalk™, LexLink (DLC/LLC)
- TCP/IP standard set of application services, including DHCP, DNS, WINS, SNMP, HTTP, LPR/LPD, FTP, TFTP, ping, finger, telnet, BOOTP and RARP
- IPP: Internet Printing Protocol
- SLP: Service Location Protocol
- NTP: Network Time Protocol
- MIB (RFC1759) and SNMP MIB II
- A web-resident web page with Microsoft Internet Explorer 4.0 or later and Netscape Navigator 4.5 or later for Windows 95, Windows 98, Windows Me, Windows 2000 or Windows NT®. The remote operator panel is available from MarkNet N2000 internal print servers.
- Network NetPnP 7.1 on Windows NT 4.0 systems.

### Software Compatibility
The Lexmark T522 MFP is compatible with applications running under the following operating systems:

### Apple™ Macintosh™
- Apple Mac OS 8.6 or later with a USB interface, standard Ethernet connection or MarkNet print server (see note)

CONFIDENTIAL - OUTSIDE COUNSEL ONLY

**Announcing the Lexmark X522 MFP**                                              **8**

**Note:** Download the Lexmark printer PPD file or printer driver from the Lexmark Web site.

**Note:** Software applications that operate with most Apple LaserWriter printers will generally operate with the T522 or T522. Macintosh 128, 512 and 512e computers are not supported.

### Microsoft Windows

- Microsoft Windows 95 4.00.950 or higher
- Microsoft Windows 98, 2nd Edition
- Microsoft Windows Me
- Microsoft Windows NT 4.00
- Microsoft Windows NT 4.00 Server
- Microsoft Windows 2000 Professional
- Microsoft Windows 2000 Server
- Microsoft Windows 2000 Advanced Server

**Note:** Download the latest printer driver from the Lexmark Web site.

### Novell

- Novell NetWare® 3.x, 4.x, 5.x (including full NDS and NDPS™ support)
- Novell Distributed Print Service™ (NDPS) 2.0 or later with Lexmark NDPS IP Gateway
- Novell NetWare Enterprise Print Servers™ (NEPS™) with Lexmark NDPS IP Gateway

**Note:** Download the Lexmark NDPS IP Gateway from the Lexmark Web site.

### Linux

- Caldera eDesktop 2.4
- Red Hat Linux 6.x, 7.0
- SuSE 6.3, 6.4, 7.0 Linux
- TurboLinux Workstation 6.0, 6.1

**Note:** Download the latest printer drivers from the Lexmark Web site.

### UNIX

- Compaq Tru64 (Digital) UNIX 4.0D
- HP®-UX 10.20, 11.x
- IBM® AIX® 4.2.1 or higher
- SCO OpenServer 5.0.4 or higher
- SGI IRIX™ 6.x
- Sun Solaris™ x86, 2.6, 7, 8
- Sun Solaris 2.6, 7, 8
- UnixWare 7.x

**Note:** Download the latest printer drivers from the Lexmark Web site

### Other

- Virtually any platform supporting TCP/IP

IBM AS/400® Systems with TCP/IP with OS/400® V3R1 or later using OS/400 Host Print Transform

### Drivers, MarkVision™ and Utilities CD Includes:

- Drivers in English, French, German, Italian, Spanish, Brazilian Portuguese, Simplified Chinese, Traditional Chinese and Japanese
- Windows 95/98/Me PCL® 6 Lexmark printer driver*
- Windows 95/98/Me PostScript 3 Lexmark printer driver*
- Windows NT 4.0 PCL 6 Lexmark printer driver*
- Windows NT 4.0 PostScript 3 Lexmark printer driver*
- Windows 2000 PCL 6 Lexmark printer drivers*
- Windows 2000 PostScript 3 Lexmark printer driver*
- Windows 3.1x Interwin Network Printer Utility
- AIX colon files (release 4.x)
- Apple Macintosh PostScript PPD files
- Apple Macintosh screen fonts
- Adobe/Aldus™ Pagemaker PPD files
- MarkVision™ for Macintosh support
- FontVision Utility and Screen Fonts
- Links to the Lexmark Web site for printer registration
- MarkVision Professional** (Windows 9x, Windows NT 4.0, Windows 2000)
- Enhanced Printer Drivers for Sun™, SuSE 6.3, 6.4, Red Hat 6.x and TurboLinux 6.0 Linux systems*
- Links to SAP™ device types and installation instructions for Lexmark T printers on www.lexmark.com
- Soft-copy documentation
  - ➢ Local Printer Install Guide
  - ➢ Network Printer Install Guide
  - ➢ Script Install Guide
  - ➢ Driver Profiler Install Guide
  - ➢ MarkVision Professional Installation and Configuration Guide
  - ➢ Screen Font Installation Instructions
  - ➢ Links to the Lexmark Web site for Card Stock & Label Guide and the Printer Technical Reference

  **Note:** * Printer drivers for Windows 3.1x and OS/2 and Enhanced Printer Drivers for UNIX and Linux systems are available from the Lexmark Web site.

  ** MarkVision Professional for Sun Solaris 2.6, 7, 8, SuSE Linux 6.3, 6.4, 7.0, Red Hat Linux 6.1, 6.2, 7.0, HP-UX, and IBM AIX operating systems are available from the Lexmark Web site.

CONFIDENTIAL - OUTSIDE COUNSEL ONLY

## Announcing the Lexmark X522 MFP

### Limitations

Optra Forms is supported using the optional Optra Forms flash memory DIMM only.

## Supplies

The X522 uses the same supplies as the T522 printer (see the T520/T522 announcement letter LEX 01-056).

## Furniture

The X522 MFP includes a scanner shelf that supports the scan unit on top of the printer. Alternatively or additionally, one of the following furniture options can be used.

### MFP Adjustable Stand

The Lexmark MFP Adjustable Stand provides a 3-position, height-adjustable solution for the X522 MFP with the scanner residing above the printer and output options.

### MFP Stand

The Lexmark MFP Stand provides a fixed-height solution for the X522 MFP with the scanner residing above the printer and output options.

### Scanner Stand with Cabinet

The Scanner Stand with Cabinet can be attached to either the T Printer Stand with Cabinet or the Printer Stand to support a MFP option connected adjacent to the printer. The scanner stand allows a MFP option to be coupled with any combination of printer input and output options, including the maximum-height printer configuration. This can be placed on either the left or right side of the printer stand.

### Low Profile Printer Stand

The T Low Profile Printer Stand is a solution for the following environments

- Where access is usually by an individual sitting down
- Where reduced access height to the printer and input options is desired
- To meet ADA needs

This printer stand is not recommended for the maximum-height printer system configuration.

### Printer Stand with Cabinet

The T Printer Stand with Cabinet is a solution for the following environments

- Where the printer needs to reside approximately at table height
- Where an increased height is desired for input option access
- Where a storage bin is desired

This printer stand is not recommended for the maximum-height printer system configuration.

### Printer Stand

The T Printer Stand is recommended where a maximum height printer system configuration is needed. The printer will reside approximately at table height.

#### Printer Stand Recommendations

- Generally, if no duplex option is installed, the printer should reside no more than 1.5 inches above the surface of the printer stand's side shelves after installation
- Generally, if a duplex option is installed, the duplex option should reside no more than 1.5 inches above the surface of the printer stand's side shelves after installation

The following lists recommended limits for input and out options to use with each respective printer stand.

#### Maximum Recommended Printer Stand Configurations

| Low-Profile Printer Stand or Printer Stand with Cabinet | Printer Stand |
| --- | --- |
| Any four 250- or 500-sheet drawers<br>Or<br>A 2,000-sheet drawer plus one 250- or 500-sheet drawer | Any four 250- or 500-sheet drawers<br>Or<br>A 2,000-sheet drawer plus three 250- or 500-sheet drawers |

## Certifications

The Lexmark X522 MFP complies with the global safety standard for Information Technology Equipment, i.e. IEC 60950, and its country equivalents in the markets we serve. The following list highlights approvals and certifications for the X522

CONFIDENTIAL - OUTSIDE COUNSEL ONLY

**Announcing the Lexmark X522 MFP**                                    10

- Underwriters Laboratories, Inc., UL 1950, Third Edition, Information Technology Equipment deviations D1 and D2
- U.S. FDA, CDRH registration per 21 CFR Chapter 1, Subchapter J, Section 1040
- Energy Star compliant
- FCC Class B (without network cable) per FCC Rules Parts 2 and 15
- FCC Class A (with network cable)
- Canadian Standards Association CAN/CSA-C22.2 No. 950-95, Third Edition, including deviations D1 and D2
- BSMI
- Official Mexican State Agency approval and import registration standard NOM-019-SCFI-1993 Safety of Data Processing Equipment

## Duty Cycle

- 120,000 pages per month maximum for Lexmark T522 printer
- 10,000 scans per month for scanner

## Lexmark T522 Scanner Specifications

### Scanner Type

Flatbed with simplex automatic document feeder (ADF)

### Flatbed Scanning

- Maximum optical resolution:  300 x 600 dpi
- Maximum Original Size:  8 ½" x 11" (A4/letter)

### Automatic Document Feeder

- Maximum optical resolution:  300 x 300 dpi
- Document Capacity:  50 sheets
- Document Size:
  - Maximum:  8.5 in. x 14 in. (legal)
  - Minimum:  4.5 in. x 5.5 in.
- Document Thickness:  0.05 mm ~ 0.15 mm
- Media Weight:  14 lb. to 28 lb.

### Acoustics

- Base printer
  - Printing:  50 dBA
  - Copying:  52 dBA
  - Faxing/scanning:  46 dBA
  - Idle:  30 dBA

### Test Conditions:

- Printing:  Printer prints multiple copies of PostScript fonts @ 600 dpi resolution.

Measurements are made for steady state operation using 20 lb. letter-size paper.

- Copying:  Multiple sheets are put into the scanner auto sheet feeder.  One copy of each master is made.  The noise level measured for copying is the loudest of the device's common operations.
- Fax*/Scan:  Multiple sheets are put into the scanner auto sheet feeder.  Sound pressure levels are measured as sheets are scanned into memory. (**Note:**  The Lexmark X522 MFP modem version has no FAX capability.)
- Idle:  System is in an idle state.

## Lexmark X522 MFP Performance

Scanning

| | Flatbed | ADF | ADF |
|---|---|---|---|
| Mode | Time to First Copy (seconds) | | Scans Per Minute |
| Text | 12.5 | 12.5 | 21 |
| Mixed | 12.5 | 12.5 | 21 |
| Photo | 12.5 | 18 | 21 |

## Environment

| Operating Environment | |
|---|---|
| Temperature | 60° F to 90° F  (15.6° C to 32.2° C) |
| Humidity | 20% to 80% |
| Storage Environment | |
| Temperature (w/o cartridge) | -40° F to 140° F (-40° C to 60° C) |
| Humidity | 10% to 90% |

## Physical Dimensions and Weights

| | Width | Depth | Height | Weight* |
|---|---|---|---|---|
| Lexmark X522 MFP (without paper tray) | 22.4 in. (570 mm) | 26 in. (660 mm) | 28.1 in. (715 mm) | 90 lb. (40.8 kg) |
| Lexmark X522 MFP (with paper tray fully extended) | 33.8 in. (910 mm) | 26 in. (660 mm) | 28.1 in. (715 mm) | 90 lb. (40.8 kg) |
| * Cable connectors are not included | | | | |

### Operating Clearances

| | Left | Right | Front | Rear | Top |
|---|---|---|---|---|---|
| Lexmark X522 | 16 in. (406 mm) | 12 in. (305 mm) | 20 in. (508 mm) | 12 in. (305 mm) | 15 in. (381 mm) |

CONFIDENTIAL - OUTSIDE COUNSEL ONLY

**Announcing the Lexmark X522 MFP** 11

## Power and Electrical Specifications
### Power Consumption

Power levels are shown in watts, source is shown in volts and current is given in amperes.

| | Lexmark X522 MFP |
|---|---|
| Scanner Power Source | 110 ~ 240 full range    (50 ~ 60 Hz) |
| Scanner Power Adapter Output | 24V 2.5A |
| Printer Power Source<br>    Nominal<br>    Extreme | <br>110 ~ 127 (47 ~ 63 Hz)<br>99 ~ 137 (47 ~ 63 Hz) |
| Average Power While Printing and Scanning | 435 (printer) +  8.8 (duplex) + 36 or less (scanner) |
| Average Power While Idle<br>    Power Saver On<br><br>    Power Saver Off | <br>12 (printer) +  1.6 (duplex) + 15 or less (scanner)<br>95 (printer) + 3 (duplex) + 27 or less (scanner) |
| Maximum Current While Printing And Scanning | _____ (printer) +  .22 (duplex) +        1.6 (scanner) |

### Memory

The following chart shows the memory requirement for the Lexmark X522 MFP.

| Total Memory Requirement | 32MB* |
|---|---|
| Base Printer Memory | 16MB |
| Additional Memory Required | 16MB |

## Packaging and Shipping Information

| | Individual Unit | | | | Quantity | Pallet Specifications | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Width | Depth | Height | Weight | | Width | Depth | Height | Weight |
| Lexmark X522 MFP | 48 in. (1,219 mm) | 40 in. (1,016 mm) | 30 in. (762 mm) | 148 lb. (67.1 kg) | 1 | 48 in. (1,219 mm) | 40 in. (1,016 mm) | 35 in. (889 mm) | 188 lb. (85.3 kg) |

## Package Contents

Lexmark X522 MFP contents
- Box 1 (Printer)
  - Lexmark T522 Printer
    - Additional 16MB RAM
    - Hard Disk Drive
    - MarkNet N2501e 10/100BaseTX Ethernet
  - Quick Reference Card and Plastic Sleeve
  - Setup Guide
  - Publication CD
  - Registration/Fulfillment Card or Envelope
  - Operator Panel Overlay
  - Supplies Program Flyer
  - *Prebate* Print Cartridge
  - Drivers, MarkVision and Utilities CD
  - Power Cord
  - On/Off Switch Cover and Output Stacking Bail
- Box 2 (Scanner)
  - Scanner/ADF Unit with Integrated Operator Panel
  - Power Adapter for the Scanner
  - ADF Spare Pad
- Box 3 (Furniture)
  - Lexmark T Scanner Shelf

- Shelf Setup Instruction Sheet
- Box 4 (MFP Kit)
  - Operator Panel Overlay Kit
  - RJ11 Telephone Cable
  - SCSI Cable
  - Drivers, MarkVision and Utilities CD
  - Warranty Card
  - Publications and CD Folder
    - Lexmark Document Distributor (LDD) CD
      - Lexmark Document Distributor Application Modules
      - Document Distributor Client Help
      - Document Distributor Server Help
      - Document Distributor Script Samples
      - Hardware Setup and Configuration Guide
      - User's Guide
    - Scanner Setup Guide
    - LDD Server Setup Guide
    - Quick Reference Sheet
    - Cable Sheet
- Box 5
  - Duplex Unit

CONFIDENTIAL - OUTSIDE COUNSEL ONLY

## Announcing the Lexmark X522 MFP    12

## Warranty and Service
### Hardware Warranty and Service

| Lexmark X522 MFP | |
|---|---|
| Standard Warranty Period | One Year LexExpress<sup>SM</sup> (Scanner and Printer) |

The scanner is an exchange unit.

Following are the additional warranty upgrades that can be purchased for the Lexmark T522 laser printers.

### Extended Warranty Prices

| | Warranty Extension Years | | | | Flat |
|---|---|---|---|---|---|
| Upgrade | 1 | 2 | 3 | 4 | Rate |
| LexExpress | | | | | |
| LexOnSite<sup>SM</sup> Repair Upgrade | | | | | |
| LexOnSite Exchange Upgrade | | | | | |

### Warranty Reimbursement for Labor
Warranty reimbursement per incident for on-site services is $66 (labor only). Parts replaced during warranty will be reimbursed through the Lexmark warranty reimbursement plan administered by the Lexmark Warranty Claims Center.

### Installation/Deinstallation Pricing
Install 1 printer

### Customer Setup: Yes

### Technical Support
The Lexmark Customer Support Center provides support at 1-800-LEXMARK (1-800-539-6275).

## Leasing
Lexmark is making its new products available through an innovative financial product that combines Lexmark hardware, extended warranty and installation services into one, convenient monthly payment for those customers looking to reduce capital expenditures. The Lexmark Leasing Program will enable customers to stay focused on their business and continually upgrade their hardware to the latest technology without an additional capital investment.

## Administrative Information
### Availability
The Lexmark X522 MFP is available immediately. All Lexmark X522 MFPs are assembled to order.

### Demo Plus Program
This product qualifies for the Demo Plus Rebate Program.

| Product | Part Number | Demo Rebate |
|---|---|---|
| Lexmark X522 MFP | 16C0030 | |

To utilize the Demo Plus Program, order a qualifying product then apply for a demo product rebate. Use the Demo Plus Rebate Claim Form attached to this announcement to make your rebate claim to Lexmark. You must certify that the claimed demo product will be used only for demonstration purposes for a period of at least six months. A reseller location is limited to one rebate per model during a six-month period.

For complete Demo Plus Program details, please refer to announcement LEX 96-098 or request document number 7506 from LEXFAX<sup>SM</sup> (800) 453-9329.

### Education Rebate Program
This product may qualify for an educational rebate when sold to qualifying schools under the Lexmark Education Rebate Program. For complete program details, please refer to announcement LEX 99-143 or visit the reseller support section of Lexmark's Web site.

## Terms and Conditions
### Returns Policy
These products are eligible for returns according to the Printer Product Returns section of Lexmark's Reseller agreements. Return authorization will be handled according to the Lexmark Printer Returns Policy. In addition to the terms set forth above, the terms of the Lexmark Authorized Reseller and Distributor Agreements apply.

## Announcing the Lexmark X522 MFP

**13**

### Price Reduction Credit

This product is eligible for price protection according to the Printer Price Reduction Credit section of Lexmark's Reseller Agreement.

### Lexmark Channels

This product is available to Lexmark resellers under the terms of the Lexmark Authorized Reseller and Distributor Agreements.

### Ordering Information

Reseller customer support is provided by the Lexmark Order Management Center (LOMC). Orders may be entered through EDI (Electronic Data Interchange) or sent by mail or fax to:

Lexmark Order Management Center
P.O. Box 11427
Lexington, KY 40575-1427
FAX to: 800-232-9539

### Order Entry

Telephone: 1-800-292-5885
Fax: 1-800-232-9539

### Accounts Receivable

Telephone: 1-800-847-4778
Fax: 1-800-732-9539

### Hours of Operation

Monday through Friday 8 a.m. to 8 p.m. - Eastern time.

### Transportation Charges

Transportation terms are FOB remarketer location (Lexmark pays freight).

## Trademarks

FontVision, MarkNet, MarkVision and Optra are trademarks of Lexmark International, Inc., registered in the United States and/or other countries.

ImageQuick, Optra Forms and ScanBack are trademarks of Lexmark International, Inc.

LexExpress, LEXFAX and LexOnSite are service marks of Lexmark International, Inc.

PostScript and PostScript 3 are registered trademark of Adobe Systems Incorporated.

Adobe and Aldus are trademarks of Adobe Systems Incorporated.

Apple, Apple Mac, AppleTalk and Macintosh are trademarks of Apple Computer, Inc.

PCL and HP are registered trademarks of the Hewlett-Packard Company.

IBM, OS/400, AIX and AS/400 are registered trademarks of International Business Machines Corporation in the United States and/or other countries and are used under license.

Microsoft, Windows NT and Windows are registered trademarks of the Microsoft Corporation.

Novell and NetWare are registered trademarks of Novell, Inc., in the United States and other countries.

Novell Distributed Print Service, Novell Enterprise Print Servers, NDPS, IPX/SPX and NEPS are trademarks of Novell, Inc

SAP is a trademark of SAP AG.

Solaris, Sun and Sun Solaris are trademarks or registered trademarks of Sun Microsystems, Inc., in the United States and/or other countries.

All other trademarks are properties of their respective owners.

CONFIDENTIAL - OUTSIDE COUNSEL ONLY

## *Lexmark Demo Plus Rebate Claim Form*

**Reseller Information:**

_____    _____
(Reseller Name)                                          (Customer Number) *

_____    ( ____ ) _____ - _____    ( ____ ) _____ - _____
(Contact Name)                              (Telephone Number)                    (FAX Number)

_____    _____    _____    _____
(Street Address)                                        (City)                      (State)        (Zip)

* You must include your Lexmark Customer Number or a copy of your state reseller tax certificate if you are not currently an Authorized Dealer or Lexmark Partner.

## Demo Plus Information:

A rebate can be collected for the current listing of Lexmark printers purchased for reseller demonstration.  A printer unit claimed for a demo rebate must remain in service as a demonstration unit for a period not less than six months.  To process a claim complete the information requested on this form.  Fax or mail the completed form along with the copy of invoice from an Authorized Distributor, Aggregator or Lexmark.  This offer is limited to resellers of Lexmark printers and to one printer of each model per location during a six month period.

| Optra Printers | Part Number | Rebate ** | Printer Serial Number | Amount |
|---|---|---|---|---|
| Optra E312 Laser Printer | 13T0000 | $ | | |
| Optra E312L Laser Printer | 13E0000 | $ | _____ | |
| Optra M410 / 410n Laser Printers | 4K00252/ 4K00300 | $ | _____ | |
| Optra M412 / 412n Laser Printers | 17G0000 /17G0090 | $ | _____ | |
| Optra M412 / M412n SMALL BUSINESS EDITION Laser Printers | 17G0228 /17G0229 | $ | _____ | |
| Optra T610 / 610n Laser Printers | 20T1000 / 20T1040 | $ | _____ | |
| Optra T614 / 614n Laser Printers | 20T3200 / 20T3280 | $ | _____ | |
| Optra T614nl Laser Printer | 20T3240 | $ | _____ | |
| Optra T616 / 616n Laser Printers | 20T4000 / 20T4040 | $ | _____ | |
| Optra W810 / 810n Laser Printers | 12L0102 / 12L0103 | $ | _____ | |
| Optra W810dn Laser Printer | 12L0105 | $ | _____ | |

| Business Color Printers | | | | |
|---|---|---|---|---|
| Optra Color 1200 / 1200n Color Lasers | 11F0000 / 11F0001 / 11F0254 | $ | | |
| Optra Color 1200nl Color Laser | 11F0192 / 11F0255 | $ | _____ | _____ |
| Optra C710 / C710n Color Lasers | 10E0100 / 10E0101 | $ | _____ | _____ |
| Optra C710n (Solaris Ready) | 10E0194 | $ | _____ | _____ |
| Optra C710dn Color Laser | 10E0072 | $ | _____ | _____ |
| Optra Color 45 / 45n Color Inkjets | 43J8000 / 43J8040 | $ | _____ | _____ |
| Lexmark C720 / C720n Color Lasers | 15W0003 / 15W0004 | $ | _____ | _____ |
| Lexmark C720dn | 15W0005 | $ | _____ | _____ |
| Lexmark J110 / J110tn Color Inkjet | 44J0000 / 44J0040 | $ | _____ | _____ |

| Monochrome Laser Printers | | | | |
|---|---|---|---|---|
| Lexmark T520  / 520n Laser Printer | 09H0000 / 09H0100 | $ | _____ | _____ |
| Lexmark T520d /  T520dn Laser Printer | 09H0250 / 09H0350 | $ | _____ | _____ |
| Lexmark T520 / 520n Printer for Label App. | 09H0062 / 09H0063 | $ | _____ | _____ |
| Lexmark T522 / T522n Laser Printer | 09H0200 / 09H0300 | $ | _____ | _____ |
| Lexmark T522dn | 09H0450 | $ | _____ | _____ |
| Lexmark T522 / T522n Printer for Label App. | 09H0064 / 09H0065 | $ | _____ | _____ |
| Lexmark T620 / T620n Laser Printer | 20T3600 / 20T3650 | $ | _____ | _____ |
| Lexmark T620in / T620dn Laser Printer | 20T3700 / 20T3750 | $ | _____ | _____ |
| Lexmark T620 / T620n Printer for Label App. | 20T3639 / 20T3689 | $ | _____ | _____ |
| Lexmark T622 / T622n Laser Printer | 20T4400 / 20T4450 | $ | _____ | _____ |
| Lexmark T622in / T622dn Laser Printer | 20T4500 / 20T4550 | $ | _____ | _____ |
| Lexmark T622 / T622n Printer for Label App. | 20T4439 / 20T4489 | $ | _____ | _____ |
| Lexmark W820 / W820n Laser Printer | 12B0100 / 12B0101 | $ | _____ | _____ |
| Lexmark W820dn Laser Printer | 12B0102 | $ | _____ | _____ |

CONFIDENTIAL - OUTSIDE COUNSEL ONLY

## *Lexmark Demo Plus Rebate Claim Form*

| Color Inkjet Printers | Part Number | Rebate ** | Printer Serial Number | Amount |
|---|---|---|---|---|
| Lexmark Z11 Color Jetprinter | 70D0000 | $ | _____ | _____ |
| Lexmark Z12 Color Jetprinter | 17E0285 / 17E0282 | | _____ | _____ |
| 17E0000 / 17E0064 | | $ | _____ | _____ |
| Lexmark Z22 Color Jetprinter | 17F0070 / 17F0072 | $ | _____ | _____ |
| Lexmark Z31 Color Jetprinter | 14M0000 | $ | _____ | _____ |
| Lexmark Z32 Color Jetprinter | 17F0285 / 17F0282 | | _____ | _____ |
| 17F0000 / 17F0160 | | $ | _____ | _____ |
| Lexmark Z42 Color Jetprinter | 11P0000 / 11P0282 | | _____ | _____ |
| 11P0285 / 11P0038 | | $ | _____ | _____ |
| Lexmark Z51 Color Jetprinter | 14R0062 / 14R0002 | $ | _____ | _____ |
| Lexmark Z52 Color Jetprinter | 14V0000 / 14V0300 | $ | _____ | _____ |
| Lexmark Z82 Scan/Print/Copy | 13N0000 | $ | _____ | _____ |

| Impact Printers | | | | |
|---|---|---|---|---|
| 2480 plus Forms Printer | 12T0050 | $ | _____ | _____ |
| 2481 plus Forms Printer | 12T0100 | $ | _____ | _____ |
| 2490 plus Forms Printer | 12T0350 | $ | _____ | _____ |
| 2491 plus Forms Printer | 12T0400 | $ | _____ | _____ |
| 4227 plus Forms Printer | 13L0001 | $ | _____ | _____ |

| Attach Products | | | | |
|---|---|---|---|---|
| Lexmark X242 | 16A0470 | $ | _____ | _____ |
| Lexmark X443 | 16A0533 | $ | _____ | _____ |
| Lexmark X520 | 16C0000 | $ | _____ | _____ |
| Lexmark X522 | 16C0030 | $ | _____ | _____ |
| Lexmark X6100 | 16A0734 | $ | _____ | _____ |
| Lexmark X720 | 16C0060 | $ | _____ | _____ |
| OptraImage T610sx Bundle | 16A0433 | $ | _____ | _____ |
| OptraImage C710sx Bundle | 16A0675 | $ | _____ | _____ |
| OptraImage T614dx Bundle | 16A0590 | $ | _____ | _____ |
| OptraImage W810s Bundle | 14B5430 | $ | _____ | _____ |

**Total Rebate Claimed:    $ _____**

** The rebate will be determined by the latest rebate schedule published by Lexmark.

Mail the completed form to:    Lexmark International    or FAX the completed form to: 1-800-232-9539
Demo Rebate Program, LOMC Building 046-1
740 New Circle Road NW, Lexington, KY 40550

I agree to use the above printer(s) for demonstration for a period of a least six (6) months.  I understand that violation of this program will result in possible loss of Authorization, refunding rebate to Lexmark, rejection of future claims, and/or other appropriate legal action.

_____    _____    _____
(Print Name)                                (Authorized Signature)                            (Date)

CONFIDENTIAL - OUTSIDE COUNSEL ONLY

CONFIDENTIAL - OUTSIDE COUNSEL ONLY



# Announcing Supplies for the New Lexmark Optra T Printer Family

Following is a list of the new supplies for the Optra T™ family of printers.

| Part Number | Description |
| --- | --- |
| 12A5740 | Optra T Print Cartridge |
| 12A5840 | Optra T *Prebate* Print Cartridge |
| 12A5745 | Optra T Print Cartridge, High Yield |
| 12A5845 | Optra T *Prebate* Print Cartridge, High Yield |
| 12A5849 | Optra T *Prebate* Print Cartridge for label applications, High Yield |



*Lexmark and Lexmark with diamond design are trademarks of Lexmark International, Inc., registered in the United States and/or other countries. Lexmark International, Inc., 740 West New Circle Road, Lexington, Kentucky 40550 U*

CONFIDENTIAL - OUTSIDE COUNSEL ONLY

## Announcing Optra T Supplies

## Hardware Overview

Lexmark announces the new Optra T family of monochrome laser printers. This outstanding line of printers sets a new standard in price/performance. With printers ranging in speed from 15 to 35 pages per minute, processing power up to 200 MHz, time to first print as low as 9 seconds and high yield supplies, the Optra T family delivers incredible value. The Optra T family enables Lexmark to offer customers a wide range of printing solutions.

## Supplies Overview

Continuing the innovative family cartridge concept introduced with Optra S, Lexmark has designed the Optra T print cartridges to work in all four models of the Optra T printers from the 15 page-per-minute Optra T610 to the 35 page-per-minute OptraT616. This single cartridge solution across such a broad range of products is unique in the industry and provides customers maximum flexibility and the cost savings advantages of ordering and stocking a single cartridge for all their Optra T printing needs.

Lexmark offers a wide choice of cartridges, allowing customers to choose the solution that best fits their needs. These include *Prebate*™ and non-*Prebate* standard yield and high yield cartridges, as well as a special cartridge with oiled fuser wipers for customers who do a large amount of label printing.

The standard Optra T print cartridge has a yield of 10,000 pages and the high yield cartridge is a 25,000 page yield offering.
*(See section on Print Darkness and yield claim for more information on cartridge yield)*

The competitively priced 10,000 page cartridge is an excellent choice for customers with low print volumes and/or unit price sensitivity.

The industry leading 25,000 page capacity of the high yield cartridge means much less operator intervention, inventory and ordering than most competitors' "maximum capacity" cartridges, equating to improved productivity and dramatic savings in hidden operating costs.

The high yields of the Optra T cartridges are good for the environment, requiring fewer cartridges and less packaging. All Optra T print cartridges are included in Lexmark's Operation ReSource℠ program for simple and free return of the empties to Lexmark for remanufacturing and recycling.

## Price Performance

With high capacity and competitive pricing, the Optra T laser print cartridges provide a very attractive price per page. Add the additional up-front discount of Lexmark's innovative *Prebate* program, the cost savings of the single cartridge solution, plus the commanding 25,000 page capacity of the high yield cartridge, and the Optra T laser print cartridges deliver an industry leading total cost of printing solution.

## Toner Savings

The Optra T printer provides ten user-selectable Toner Darkness settings (1-10). This allows customers to easily balance their needs for print darkness and toner savings. Within the range of print darkness settings, customers can achieve, on average, up to 50% toner savings.

### Print Darkness and Yield Claim

The default, "out of box", setting on the Optra T, at print darkness setting 7, is similar to the dark, bold print that customers prefer in the Optra S and Optra Se.

This print darkness is significantly darker than key competition at their default, "out of box", setting.

# Announcing Optra T Supplies                                          3

Historically, some customers and industry analysts may have run comparative yield tests at factory default settings, not taking into account differences in darkness between printers. To facilitate accurate comparison of yield, Lexmark now tests and claims yield at toner darkness setting 5 for Optra T, which is the setting that provides print darkness comparable to Optra T competition.

Our yield claims for Optra T are 10,000 pages and 25,000 pages at approximately 5% coverage at comparable industry settings (print darkness = 5). This claim is designed to give customers an industry standard basis for comparison and to highlight the toner setting that the claim is based upon so they know the yield they can expect at those settings.

This makes it very easy for customers to do equivalent side-by-side testing and comparison of specs.

Yield will vary based on the print darkness setting that is selected and will be less at printer default settings.

## Design
Lexmark has engineered its Optra T print cartridges as an integral component of the Optra T family of laser printers. They are designed and manufactured to meet the extraordinary demands of the Optra T laser printers.

They will produce consistently superb quality throughout their specified life, including 1200 dpi quality printing with super smooth grayscale transitions at print speeds of up to 35 pages per minute, extremely reliable duplexing, and the ability to print on wide varieties of media from xerographic bond and card stock to transparencies and labels.

Also, due to Optra T design advancements, fuser wipers are no longer needed with Optra T print cartridges used in standard applications. Extensive label printing applications do require oiled fuser wipers.

The single element "Clean Hands" design of the print cartridges assures easy, clean installation and removal.

## Service Items
Due to the robust design and long life of key components of the Optra T, some items that were classified as supplies with Optra S/Se are now considered service parts. Service and maintenance items are orderable via the Lexmark Parts Center at 1-800-553-9727. These include:

| | |
|---|---|
| Oiled fuser wiper | 99A0725 |
| Charge roll kit | 99A1017 |

## Compatibility
The Optra T print cartridge is unique to the Optra T family of printers. It should not be used in any prior generation of Lexmark printers.

Existing Lexmark print cartridges, including Optra S and Optra Se print cartridges, should not be used in Optra T printers due to technical incompatibilities.

## Prebate
As with the Optra S/Se printer line, Optra T printer users can get a significant up front discount (a "pre-rebate" or Prebate) on Optra T Prebate Print Cartridges. The discount is at the time of purchase, not months later after the cartridge is empty, and it applies without cumbersome coupons to track or forms to fill out.

Regular price cartridges with regular terms and conditions are available for those customers who do not choose the Prebate cartridge with its terms.

In a manner similar to the way most software is provided, patented Prebate cartridges are packaged with the License Agreement sealing the carton. Opening the carton or using the cartridge signifies the user's agreement to the "use and return empty only to Lexmark" conditions of the license agreement.

CONFIDENTIAL - OUTSIDE COUNSEL ONLY

# Announcing Optra T Supplies

**4**

Lexmark customers have shown that they like *Prebate* and willingly participate in a program that promotes environmental benefits and provides economic value. Based on customer feedback, we have made some enhancements to the *Prebate* license agreement.

The license agreement now highlights and clarifies features of the program that customers have told us were important to them. These include:

- The *Prebate* cartridge is an all new cartridge.

- The cartridge is sold at a special discounted price, and in exchange we ask that the empty cartridge be returned only to Lexmark.

- Returned cartridges are remanufactured and recycled. Empty cartridges supply a remanufacturing program. Those cartridges that cannot be remanufactured are recycled.

## Prebate Terms and Conditions

The *Prebate* program conditions are an essential part of the *Prebate* offering. For this "up-front rebate" from Lexmark, the user agrees that this cartridge will be used only once and that the empty cartridge is to be returned only to Lexmark for remanufacturing and recycling. By selling this *Prebate* cartridge, you, our reseller, likewise are agreeing to comply with these terms and conditions - - to return an empty *Prebate* cartridge only to Lexmark if one comes into your possession.

To facilitate compliance with *Prebate* conditions and to encourage remanufacturing and recycling of all empty Lexmark print cartridges, Lexmark strongly encourages using one of its easy, no-cost methods for returning empty Lexmark cartridges only to Lexmark.

## Empty Cartridge Returns

Used Lexmark cartridges should be returned to Lexmark for appropriate remanufacturing and recycling, at no cost to the customer, through Lexmark's Operation ReSource program or through participating Authorized Lexmark Reseller collecting dealers. Resellers can obtain

program details by calling 1-800-LEXMARK (800-539-6275) extension 108.

## Operation ReSource

Operation ReSource is a free and simple way for an individual user to return any Lexmark empty laser printer cartridge directly to Lexmark for remanufacturing and recycling. Each cartridge carton includes repackaging instructions for the empty cartridge and a prepaid return address flap. The user simply places the empty cartridge in the packaging and carton received with the new replacement cartridge, reseals the carton with the prepaid return address flap on the outside and ships the repackaged empty via the appropriate carrier.

## Authorized Reseller Empty Cartridge Collection Program

The Optra T print cartridges are included in the Empty Cartridge Collection Program for Authorized Lexmark Resellers.

Lexmark will arrange for prepaid freight and pay a collection fee (in the form of an account credit) for Authorized Resellers who wish to collect empty Lexmark cartridges as a service for their customers. This is an important service for customers using *Prebate* cartridges that are to be returned only to Lexmark when empty.

To enroll in this program, interested resellers need to complete and fax in a "Participating Lexmark Reseller Empty Cartridge Collection Program" blanket return authorization enrollment form (Appendix A).

Upon receipt of the reseller's enrollment form, Lexmark will assign a "participating reseller empty cartridge Return Authorization (RA) number". This unique blanket RA number will be valid only for empty cartridge returns. Each enrolled participating reseller will receive an enrollment confirmation form containing their unique RA numbers, information on the freight carrier designated by Lexmark for their prepaid returns and instructions for

CONFIDENTIAL - OUTSIDE COUNSEL ONLY
LEX 99-098

# Announcing Optra T Supplies                                    5

empty cartridge return packaging and shipping requirements.

Cartridges that have been previously remanufactured by a third party are not eligible for return.

Lexmark's determination of eligible returned cartridges is final.

## Pricing

| Part Number | Description | Quantity | MSRP[1] | Reseller Price |
|---|---|---|---|---|
| 12A5740 | Print Cartridge (10K) [2] | 1 | | |
| 12A5840 | *Pre*bate Print Cartridge (10K) [2] | 1 | | |
| 12A5745 | Print Cartridge, High Yield, (25K) [2] | 1 | | |
| 12A5845 | *Pre*bate Print Cartridge, High Yield,  (25K) [2] | 1 | | |
| 12A5849 | *Pre*bate Print Cartridge for Label Applications, High Yield, (25K) [2] | 1 | | |
| 1053740 | Optra SC 1275/Optra T Laser Printer Transparency - Letter | 1 | | |
| 1053741 | Optra SC 1275/Optra T Laser Printer Transparency - A4 | 1 | | |

[1] Manufacturer's Suggested Retail Price (MSRP): This price is Lexmark's suggested resale price and is subject to change without notice.  This price is for information purposes only.  Lexmark's and our remarketers' prices may vary.

[2] At approximately 5% coverage at comparable industry settings (print darkness = 5)

[3] This product is only available for direct end-user sales @ Lexmark Direct, 1-800-438-2468 and www.lexmark.com

CONFIDENTIAL - OUTSIDE COUNSEL ONLY

# Announcing Optra T Supplies                    6

## Technical Information

### Optra T *Prebate* Print Cartridge
### P/N 12A5840

w   Discounted for "use and return empty only to Lexmark" condition of purchase

w   Yield: 10,000 pages at approximately 5% coverage at comparable industry settings (print darkness = 5)

w   Unit of Measure: Each

w   Minimum Order Quantity: One

w   Shelf Life: 2 years

w   Warranty: Lifetime

w   Est. Average Annual Usage: 2

w   UPC Code: 7-34646-22202-0

### Optra T Print Cartridge (non- *Prebate*)
### P/N 12A5740

w   Yield: 10,000 pages at approximately 5% coverage at comparable industry settings (print darkness = 5)

w   Unit of Measure: Each

w   Minimum Order Quantity: One

w   Shelf Life: 2 years

w   Warranty: Lifetime

w   Est. Average Annual Usage: 2

w   UPC Code: 7-34646-22200-6

### Optra T *Prebate* Print Cartridge, High Yield
### P/N 12A5845

w   Discounted for "use and return empty only to Lexmark" condition of purchase

w   Yield: 25,000 pages at approximately 5% coverage at comparable industry settings (print darkness = 5)

w   Unit of Measure: Each

w   Minimum Order Quantity: One

w   Shelf Life: 2 years

w   Warranty: Lifetime

w   Est. Average Annual Usage: 2 - 4

w   UPC Code: 7-34646-22203-7

### Optra T Print Cartridge, High Yield
### P/N 12A5745

w   Yield: 25,000 pages at approximately 5% coverage at comparable industry settings (print darkness = 5)

w   Unit of Measure: Each

w   Minimum Order Quantity: One

w   Shelf Life: 2 years

w   Warranty: Lifetime

w   Est. Average Annual Usage: 2 - 4

w   UPC Code: 7-34646-22201-3

### Optra T *Prebate* Print Cartridge for label applications, High Yield
### P/N 12A5849

w   Discounted for "use and return empty only to Lexmark" condition of purchase

w   Yield: 25,000 pages at approximately 5% coverage at comparable industry settings (print darkness = 5)

w   Unit of Measure: Each

w   Minimum Order Quantity: One

w   Shelf Life: 2 years

w   Warranty: Lifetime

w   Est. Average Annual Usage: 2-4

w   Includes two special label fuser wipers

w   UPC Code: 7-34646-22204-4

### Optra SC 1275/Optra T Laser Printer Transparencies
### P/N 1053740 - Letter
### P/N 1053741 - A4

w   50 sheets per box

w   Unit of Measure: Each

w   Minimum Order Quantity: 1 box

w   Warranty: One year from date of purchase by end user

w   UPC 7-34646-12769-1 letter

      7-34646-12770- 7 A4

CONFIDENTIAL - OUTSIDE COUNSEL ONLY
LEX 99-098

# Announcing Optra T Supplies                                           7

## Packaging Information

### Optra T Print Cartridges

Part Number
12A5740
12A5840

UPC Code
7-34646-22200-6
7-34646-22201-3

| Quantity | Dimensions (LxWxH) | Weights | |
|---|---|---|---|
| 1 | 15.6 x 13.0 x 7.4 inches<br>395.0 x 330.0 x 187.0 mm | 5.4 lb.<br>2.4 kg | |
| 54 | 40.0 x 48.0 x 48.7 inches<br>1016.0 x 1219.0 x 1236.0 mm | 360.8 lb.<br>164.0 kg | |

### Optra T High Yield Print Cartridges

Part Number
12A5745
12A5845
12A5849

UPC Code
7-34646-22202-0
7-34646-22203-7
7-34646-22204-4

| Quantity | Dimensions (LxWxH) | Weights | |
|---|---|---|---|
| 1 | 15.6 x 13.0 x 7.4 inches<br>395.0 x 330.0 x 187.0 mm | 6.0 lb.<br>2.7 kg | |
| 54 | 40.0 x 48.0 x 48.7 inches<br>1016.0 x 1219.0 x 1236.0 mm | 366.2 lb.<br>166.2 kg | |

### Optra SC 1275 / Optra T Laser Printer Transparency   P/N 1053740  (Letter)

| Quantity | Dimensions (LxWxH) | Weights | |
|---|---|---|---|
| 1 | 11.52 x 8.92 x 0.75 inches<br>29.26 x 22.66 x 1.90 cm | 1.10 lb.<br>.50 kg | 7-34646-12769-1 |
| 5 | 12.0 x 9.4 x 4.6 inches<br>30.48 x 23.88 x 11.68 cm | 6.20 lb.<br>2.81 kg | 107-34646-12769-8 |
| 765 | 48 x 40 x 46.9 inches<br>121.92 x 101.60 x 119.13 cm | 999.0 lb.<br>453.55 kg | Pallet |

### Optra SC 1275 / Optra T Laser Printer Transparency   P/N 1053741  (A4)

| Quantity | Dimensions (LxWxH) | Weights | |
|---|---|---|---|
| 1 | 12.2 x 8.67 x 0.75 inches<br>30.99 x 22.02 x 1.90 cm | 1.17 lb.<br>.53 kg | 7-34646-12770-7 |
| 5 | 12.6 x 9.1 x 4.6 inches<br>32.00 x 23.11 x 11.68 cm | 6.55 lb.<br>2.97 kg | 107-34646-12770-4 |
| 720 | 48 x 40 x 46.9 inches<br>121.92 x 101.60 x 119.13 cm | 993.0 lb.<br>450.82 kg | Pallet |

## Administrative Information
### Ordering Information
#### Recommended Product Mix

Lexmark believes the majority of Optra T printer buyers will opt for the lower cost and positive environmental advantages of the *Pre*bate cartridge offerings. Resellers should ensure that adequate inventories of the new offerings are on hand to meet this expected demand.

Resellers may wish to use their current mix of *Pre*bate versus non-*Pre*bate Lexmark cartridges as a guideline when determining Optra T cartridge order mix.

CONFIDENTIAL - OUTSIDE COUNSEL ONLY

## Announcing Optra T Supplies                                                    8

## Terms and Conditions

### Returns Policy

These products are eligible for returns according to the Product Returns section of Lexmark's Remarketer agreements. Return authorization will be handled according to the Lexmark Returns Policy.

In addition to the terms set forth above, the terms of the Lexmark Authorized Dealer Agreement and the Lexmark Authorized Distributor Agreement apply.

### Price Reduction Credit

These products are eligible for price protection according to the Price Reduction Credit section of Lexmark's Remarketer Agreement.

### Lexmark Channels

These products are available to Lexmark resellers under the terms of the Lexmark Authorized Dealer and Distributor Agreements.

## Ordering Information

Reseller customer support is provided by the Lexmark Order Management Center (LOMC). Orders may be entered through EDI (Electronic Data Interchange), or sent to:

Lexmark International, Inc.
Order Management Center
P.O. Box 11427
Lexington, KY  40575-1427

### Order Entry

Telephone:  1-800-292-5885
Fax:  1-800-232-9539

### Accounts Receivable

Telephone:  1-800-847-4778
Fax:  1-800-732-9539

### Hours of Operation

Mon. through Fri:  8:00 a.m. to 8:00 p.m. - Eastern time

## Trademarks

Optra and *Prebate* are trademarks of Lexmark International, Inc., registered in the United States and/or other countries.

Operation ReSource is a service mark of Lexmark International, Inc.

All other trademarks are the properties of their respective owners.

CONFIDENTIAL - OUTSIDE COUNSEL ONLY

*APPENDIX A*

## Participating Lexmark Reseller Empty Cartridge Collection Program Blanket Return Authorization Enrollment Form
*(all sections must be completed for enrollment)*

Reseller Name: _____ Lexmark Customer No.:_____

Reseller Address: _____

_____

_____

Reseller Phone No.: _____ Reseller Fax No.: _____

Reseller Contact: _____


# FAX COMPLETED FORM TO LEXMARK AT 800-232-9539


*(to be completed by Lexmark)*

\>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>><<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<

*Empty cartridge blanket Return Authorization Number:* _____

**Lexmark designated freight provider for prepaid pickup and shipping of authorized empty cartridge returns:**

　　　*Freight Provider:* _____

　　　*Telephone to arrange pickup:* _____

**Enrolled Dealer RA form sent/faxed on:** _____

\>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>><<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<

CONFIDENTIAL - OUTSIDE COUNSEL ONLY

A2947

CONFIDENTIAL - OUTSIDE COUNSEL ONLY

A2948

# Supplies Marketing Bulletin

June 18, 2001

## Announcing the Supplies for the Lexmark T620 and T622 Printers

**Today we are announcing the supplies for the Lexmark T620 and T622 printers, which offer high-speed performance with a variety of paper-handling and finishing options to accommodate complex printing needs.**



**740 West New Circle Road, Lexington, KY 40550**
Lexmark and Lexmark with diamond design are trademarks of Lexmark
International, Inc., registered in the United States and/or other countries.

CONFIDENTIAL - OUTSIDE COUNSEL ONLY

A2949

## Announcing Lexmark T620 and T622 Supplies                    2

### Supply Part Numbers

| Part Number | Description |
|---|---|
| 12A6760 | Lexmark T620/T622 Print Cartridge |
| 12A6765 | Lexmark T620/T622 High Yield Print Cartridge |
| 12A6860 | Lexmark T620/T622 *Prebate*™ Print Cartridge |
| 12A6865 | Lexmark T620/T622 High Yield *Prebate* Print Cartridge |
| 12A6869 | Lexmark T620/T622 High Yield *Prebate* Print Cartridge for Label Applications |
| 11K3188 | Lexmark Staple Cartridges |
| 1053740 | Lexmark Laser Printer Transparencies (letter) |
| 1053741 | Lexmark Laser Printer Transparencies (A4) |

### Hardware Overview

The Lexmark T620 and T622 offer small workgroup users exceptional performance at an outstanding value.

The Lexmark T620 is a versatile laser printer with a variety of paper-handling options and finishing options to accommodate complex printing needs.

The Lexmark T622 high-speed workgroup laser printer with finishing can support high-volume printing needs.

These space-saving Lexmark T620 and T622 laser printers can easily handle routing business processes and be upgraded to a multifunction printer to serve additional needs of individuals in the office. Its revolutionary StapleSmart™ finishing option and offset stacking make business processes more efficiently.

### StapleSmart Finisher Overview

The Lexmark StapleSmart finisher is a smart, compact, modular finishing solution for T620 and T622 printers. The StapleSmart finisher offers single position stapling for A4, letter, legal, or folio paper sizes, stapling up to 25 sheets per set. Lexmark's StapleSmart finisher also offers dual position job offset and high capacity stacking to address high volume network printing demands. The finisher has two convenient storage compartments for storing extra staple cartridges. Smart sensing indicates when the staple supply is low as well as when staples run out.

### Supplies Overview

The Lexmark T620 and T622 printers share common customer replaceable supplies to protect your investment. The single-element print cartridge is very easy to install and keeps printing and operational costs low. The high-yield print cartridge further reduces your total cost of printing, as well as your intervention rate.

### Compatibility

The Lexmark T620/T622 print cartridges are unique to T620 and T622 printers. Print cartridges intended for use with printers other than the Lexmark T620 or T622 cannot be used.

### Customer Choice

Lexmark offers a wide choice of cartridges, allowing customers to choose the solutions that best fit their needs. These include *Prebate* and non-*Prebate*, standard-yield and high-yield cartridges, as well as a special cartridge with oiled fuser wipers for customers who do a large amount of label printing.

The standard-yield print cartridge is an excellent choice for customers with low print volumes and/or unit price sensitivity. The high-yield print cartridge improves productivity and reduces hidden operating costs by reducing scheduled interventions and ordering. The high-yield cartridge is also good for the environment, requiring fewer cartridges and less packaging.

### *Prebate*

Lexmark T620 and T622 users can get a significant up front discount (a "pre-rebate" or *Prebate*) on Lexmark T620/T622 *Prebate* print cartridges. The discount is at time of purchase, not months after the cartridge is empty, and it applies without cumbersome coupons to track or forms to fill out.

Regular-price cartridges with regular terms and conditions are available for those customers who do not choose the *Prebate* cartridge with its terms.

CONFIDENTIAL - OUTSIDE COUNSEL ONLY

## Announcing Lexmark T620 and T622 Supplies                                           3

### Prebate Terms and Conditions

The *Prebate* program's conditions are an essential part of the *Prebate* offering. For this "up-front rebate" from Lexmark, the user agrees that this cartridge will be used only once and that the empty cartridge will be returned only to Lexmark for remanufacturing and recycling. By selling this *Prebate* cartridge, you, our reseller, likewise are agreeing to comply with these terms and conditions – to return an empty *Prebate* cartridge only to Lexmark if one comes into your possession.

### Empty Cartridge Returns

Used Lexmark cartridges should be returned to Lexmark for appropriate remanufacturing and recycling, at no cost to the customer, through Lexmark's Operation ReSource[SM] program or through Authorized Lexmark Resellers participating in the Authorized Reseller Empty Cartridge Collection Program. Program details can be obtained by calling 1-800-LEXMARK (800-539-6275), extension 108.

### Operation ReSource

Operation ReSource is a free and simple way to return empty cartridges directly to Lexmark for appropriate recycling. Each cartridge carton includes repackaging instructions for the empty cartridge and a return shipping label. Customers should simply repackage the empty cartridge in the box from the new replacement cartridge and reseal with clear packing tape, apply the provided shipping label as indicated, and complete the return address information on the label. For free shipping in the USA, customers should drop the package off at a UPS authorized shipping center or give to a UPS carrier during the next UPS delivery. For free shipping in other countries, please follow the instructions provided with the cartridge. For further information, call the Operation ReSource phone number at 1-800-LEXMARK (800-539-6275), ext. 108.

### Pricing

| Part Number | Description | UPC Code | MSRP[1] | Reseller Price | Minimum Reseller Quantity |
|---|---|---|---|---|---|
| 12A6760 | Lexmark T620/T622 Print Cartridge | 7-34646-20577-1 | | | 1 each |
| 12A6765 | Lexmark T620/T622 High Yield Print Cartridge | 7-34646-20578-8 | | | 1 each |
| 12A6860 | Lexmark T620/T622 *Prebate* Print Cartridge | 7-34646-20579-5 | | | 1 each |
| 12A6865 | Lexmark T620/T622 High Yield *Prebate* Print Cartridge | 7-34646-20580-1 | | | 1 each |
| 12A6869 | Lexmark T620/T622 High Yield *Prebate* Print Cartridge for Label Applications | 7-34646-20581-8 | | | 1 each |
| 11K3188 | Lexmark Staple Cartridges | 7-34646-20993-9 | | | 1 box |
| 1053740 | Lexmark Laser Printer Transparencies (letter) | 7-34646-12769-1 | | | 1 box |
| 1053741 | Lexmark Laser Printer Transparencies (A4) | 7-34646-12770-7 | | | 1 box |

[1] MSRP  Manufacturer's Suggested Retail Price (MSRP):  This price is Lexmark's suggested resale price and is subject to change without notice.  This price is for information purposes only.  Lexmark's and our Resellers' prices may vary.

[2] This product is only available for direct end-user sales @ Lexmark Direct, 1-800-438-2468 and www.lexmark.com.

### Technical Information

**Lexmark T620/T622 Print Cartridge**
- Yield: 10,000 pages @ approximately 5% coverage
- Warranty: Lifetime
- Estimated Average Annual Usage: 1-2 each

**Lexmark T620/T622 High Yield Print Cartridge**
- Yield: 30,000 pages @ approximately 5% coverage
- Warranty: Lifetime
- Estimated Average Annual Usage: 2 each

**Lexmark T620/T622 *Prebate* Print Cartridge**
- Yield: 10,000 pages @ approximately 5% coverage
- Warranty: Lifetime
- Estimated Average Annual Usage: 1-2 each

**Lexmark T620/T622 High Yield *Prebate* Print Cartridge**
- Yield: 30,000 pages @ approximately 5% coverage
- Warranty: Lifetime
- Estimated Average Annual Usage: 2 each

CONFIDENTIAL - OUTSIDE COUNSEL ONLY

## Announcing Lexmark T620 and T622 Supplies                                    4

**Lexmark T620/T622 High Yield *Prebate* Print Cartridge for Label Applications**
- Yield: 30,000 pages @ approximately 5% coverage
- Warranty:  Lifetime
- Estimated Average Annual Usage:  2 each

**Lexmark Staple Cartridges (11K3188)**
- 3 cartridges, 3,000 staples per cartridge
- Warranty:  Lifetime
- Estimated Average Annual Usage:  1 each

## Supplies Packaging and Shipping Information

| Printer Supply | Each | | | | Pallet or Overpack | | | | Quantity |
|---|---|---|---|---|---|---|---|---|---|
| | Length | Width | Height | Weight | Length | Width | Height | Weight | |
| Lexmark T620/T622 Print Cartridge | 15.55 in. 395 mm | 13 in. 330 mm | 7.36 in. 187 mm | 5.36 lb. 2.43 kg | 40 in. 1,016 mm | 48 in. 1,219 mm | 48.66 in. 1,236 mm | 329.40 lb. 149.55 kg | 54 |
| Lexmark T620/T622 High Yield Print Cartridge | 15.55 in. 395 mm | 13 in. 330mm | 7.36 in. 187 mm | 5.98 lb. 2.72 kg | 40 in. 1,016 mm | 48 in. 1,219 mm | 48.66 in. 1,236 mm | 411.40 lb. 187 kg | 54 |
| Lexmark T620/T622 *Prebate* Print Cartridge | 15.55 in. 395 mm | 13 in. 330 mm | 7.36 in. 187 mm | 5.36 lb. 2.43 kg | 40 in. 1,016 mm | 48 in. 1,219 mm | 48.66 in. 1,236 mm | 329.40 lb. 149.55 kg | 54 |
| Lexmark T620/T622 High Yield *Prebate* Print Cartridge | 15.55 in. 395mm | 13 in. 330mm | 7.36 in. 187 mm | 5.98 lb. 2.72 kg | 40 in. 1,016 mm | 48 in. 1,219 mm | 48.66 in. 1,236 mm | 411.40 lb. 187 kg | 54 |
| Lexmark T620/T622 High Yield *Prebate* Print Cartridge for Label Applications | 15.55 in. 395 mm | 13 in. 330mm | 7.36 in. 187mm | 5.98 lb. 2.72 kg | 40 in. 101.60 mm | 48 in. 121.92 mm | 48.66 in. 123.60 mm | 411.40 lb. 187 kg | 54 |
| Lexmark Staple Cartridges | 6.77 in. 172 mm | 2.9 in. 74 mm | 1.85 in. 47 mm | .67 lb. .31 kg | 15.25 in. 387 mm | 14.25 in. 362 mm | 7.25 in. 210 mm | 28.5 lb. 12.93 kg | 16 shipping boxes (640 individual boxes) |
| Lexmark Laser Printer Transparencies (letter) | 11.6 in. 295 mm | 9 in. 229 mm | 0.75 in. 19 mm | 1.15 lb. 0.52 kg | 12 in. 305 mm | 9.25 in. 235 mm | 4.38 in. 111 mm | 6.15 lb. 2.79 kg | 5 (overpacks) |
| Lexmark Laser Printer Transparencies (A4) | 12.2 in. 310 mm | 8.67 220 mm | 0.75 19 mm | 1.30 lb. 0.59 kg | 12.5 in. 318 mm | 9.125 in. 232 mm | 3.75 in. 95 mm | 6.95 lb. 3.16 kg | 5 (overpacks) |

## Service Items

The following items are classified as service items. Service and maintenance items are orderable via the Lexmark Parts Center at 1-800-553-9727.  These items are customer replaceable units. Each of these items has a life of up to 300,000 pages, except the label fuser wiper.

## Service Part Number and Prices

| Part Number | Description | MSRP | Reseller Price |
|---|---|---|---|
| 99A2408 | 110V Maintenance Kit for Lexmark T620(n) | | |
| 99A2407 | 220V Maintenance Kit for Lexmark T620(n) | | |
| 99A2411 | 110V Maintenance Kit for Lexmark T622(n) | | |
| 99A2410 | 220V Maintenance Kit for Lexmark T622(n) | | |
| 99A2402 | 110V Fuser for Lexmark T620(n) | | |
| 99A2401 | 220V Fuser for Lexmark T620(n) | | |
| 99A2405 | 110V Fuser for Lexmark T622(n) | | |
| 99A2404 | 220V Fuser for Lexmark T622(n) | | |
| 99A1017 | Charge Roll Kit | | |
| 99A1015 | Transfer Roll Kit | | |
| 99A0725 | Label Fuser Wiper | | |

CONFIDENTIAL - OUTSIDE COUNSEL ONLY

## Announcing Lexmark T620 and T622 Supplies                    5

## Administrative Information

### Ordering Information

Reseller customer support is provided by the Lexmark Order Management Center (LOMC). Orders may be entered through EDI (Electronic Data Interchange) or sent by mail or fax to:

> Lexmark International, Inc.
> Order Management Center
> P.O. Box 11427
> Lexington, KY 40575-1427

### Order Entry

Telephone: 1-800-292-5885
Fax: 1-800-232-9539

### Accounts Receivable

Telephone: 1-800-847-4778
Fax: 1-800-732-9539

### Hours of Operation

Monday through Friday, 8 a.m. to 8 p.m., Eastern time

## Terms and Conditions

### Returns Policy

The supply products are eligible for returns according to the Product Returns section, covering supplies returns, of Lexmark's Authorized Dealer and Distributor Agreements. Return authorization will be handled according to the Lexmark Returns Policy. A copy of the form is included as Attachment A.

### Lexmark Channels

These products are available to Lexmark resellers under the terms of Lexmark's Authorized Dealer and Distributor Agreements.

## Warranty Service

The Lexmark T620/T622 print cartridges are considered supply items and are required to be returned prior to the processing of any supplies warranty claim. Refer to Announcement Letter LEX 00-015 dated February 1, 2000, for complete processing procedures.

## Trademarks

*Prebate* is a trademark of Lexmark International, Inc., registered in the U.S. and or other countries.

StapleSmart is a trademark of Lexmark International, Inc.

Operation ReSource is a service mark of Lexmark International, Inc.

All other trademarks are the properties of their respective owners.

CONFIDENTIAL - OUTSIDE COUNSEL ONLY

*APPENDIX A*

## Participating Lexmark Reseller Empty Cartridge Collection Program Blanket Return Authorization Enrollment Form
*(all sections must be completed for enrollment)*

Reseller Name: _____  Lexmark Customer No.: _____

Reseller Address: _____

_____

_____

Reseller Phone No.: _____  Reseller Fax No.: _____

Reseller Contact: _____

# *FAX COMPLETED FORM TO LEXMARK AT 800-232-9539*

*(to be completed by Lexmark)*
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>><<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<

*Empty cartridge blanket Return Authorization Number:* _____

**Lexmark designated freight provider for prepaid pickup and shipping of authorized empty cartridge returns:**

Freight Provider: _____

Telephone to arrange pickup: _____

**Enrolled Dealer RA form sent/faxed on:** _____

>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>><<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<

CONFIDENTIAL - OUTSIDE COUNSEL ONLY



# Printer Marketing Bulletin

## April 9, 2002

## Announcing the Lexmark X620e MFP

Lexmark announces the Lexmark X620e MFP that provides enhanced copy, fax, scan and e-routing capabilities in an intuitive touch screen, with a small footprint and a small price for the available features.





**740 West New Circle Road, Lexington, KY 40550**
Lexmark and Lexmark with diamond design are trademarks of Lexmark
International, Inc., registered in the United States and/or other countries.

CONFIDENTIAL - OUTSIDE COUNSEL ONLY



A2955

# Announcing Lexmark X620e MFP

**2**

## Part Numbers and Pricing

| Product | Part No. | UPC | MSRP* | Reseller Pricing | 36-Month Financing Package** |
|---------|----------|-----|-------|------------------|------------------------------|
| Lexmark X620e MFP | 16C0201 | 7-34646-37100-1 | | | |

\*   Manufacturer's Suggested Resale Price (MSRP):  This price is Lexmark's Manufacturer's Suggested Resale Price and is subject to change without notice.  This price is for information purposes only.  Lexmark's and our remarketers' prices may vary.

\*\*  The monthly payments are based on Lexmark's Financial Product, Advantage.  Advantage is a monthly lease payment that includes the printer, on-site service for 3 years and installation services.  Advantage offers a lease with budget reliability as the payments are fixed and no overage charges ever apply.  The unlimited usage nature of this financial product also means an easier billing and purchase order process and improved cashflow management.  Lexmark offers a rich portfolio of financial products in addition to Advantage from traditional equipment financing to highly customized options.   Lease contracts are subject to credit approval and rate changes and require appropriate documentation.  All pricing subject to change without notice.  Additional terms apply.  Options or accessories are available at an additional cost.

## Product Overview

The network-ready Lexmark X620e MFP provides enhanced functionalities with a smaller footprint and an excellent price.

### Convenient and Easy to Use

- Easy-to-use interface for all features
- Departmental MFP function in a distributed workgroup size and price
- Easily move information into electronic form

### Convenient and Versatile

- Robust copy, fax, scan to e-mail and print functions standard
- Network-proven architecture with laser printer reliability and cost
- Flexibility to address your business needs:  e-forms, internet and host printing

### Integrates into Business Systems

- Leverage corporate security to control access to functions
- Access fax numbers and e-mail from your existing corporate directories
- Provides a gateway for paper and digital documents into and out of key business applications

### Color touch screen for easy-to-use MFP functions

- Provides access to copy, fax, scan and e-mail and customized profiles for document routing
- Tips are available throughout the user interface for immediate assistance for MFP functions

### Authentication and Directory Lookup

- Corporate directory integration to search for e-mail addresses and fax numbers easily using the Lightweight Directory Access Protocol (LDAP)
- Corporate security is also available using LDAP for network login (same as user/password for PC)
- Corporate security is also available using Windows NT 4.0 authentication for network login (same as user name and password for PC)
- Internal authentication uses an internal list generated by the system administrator.

### Workflow Integration with Document Distributor

- Interactive e-routing from touch screen to intelligently move workflow documents over the network using the optional Lexmark Document Distributor v2.1
- Account number, name, or fax number can be entered to interactively distribute paper and digital documents
- Predefined choices can be listed to simplify repetitive manual processes and reduce errors

## Connectivity

- Ethernet 10/100BaseTX

## Features

- Up to 23 ppm monochrome and 14 ppm color scan
- Single-pass duplex scanning
- X4500 control unit
- Lexmark MFP CD
- Maximum optical scan resolution:  300 x 300 dpi
- Maximum fax resolution: 400 x 400 dpi
- Fax speed: 33.6 Kbps

## Functional Overview
### Copy
#### Job Setup

- Copy Quantity -- set number of copies from 1 to 999 -- scans original only once
- Special Copy Media -- select copy media loaded in the printer
- Reduce or Enlarge -- scale image output from 25% to 400%
- Paper Saver – select 2-up or 4-up and portrait or landscape for output

CONFIDENTIAL - OUTSIDE COUNSEL ONLY
Lexmark Confidential

## Announcing Lexmark X620e MFP

**3**

- ☞ Date and Time Stamp -- puts the date and time on the top of each copy page
- ☞ Message Overlay -- adds a watermark (copy, draft, urgent, or confidential) to each page

### Quality

- ☞ Lighter or Darker -- adjusts the copy output darkness
- ☞ Edge Erase -- eliminates smudges or information around the edge of the original document
- ☞ Content -- sets the scanner mode for text, mixed or photo
- ☞ Grayscale/Color:  Selects black or color output

### Finishing

- ☞ Simple Duplex -- Sets original copy to:  1 to 1, 1 to 2, 2 to 1, 2 to 2
- ☞ Advanced Duplex -- capability available to set binding for landscape or portrait output
- ☞ Collate -- electronically collates copy output
- ☞ Separator Page -- adds a separator page between each copy set
- ☞ Staple -- with the finisher installed, copies can be stapled
- ☞ Margin Shift -- scales image to provide up to a 2-inch left-hand margin for hole punching or binding
- ☞ Create Booklet -- creates a sequence of collated output that, when folded in half, forms a booklet

## Fax
### Job Setup

- Simple Fax -- enter fax numbers from hard button keypad or virtual keypad on touch screen
- Fax Cover Page -- enter "To", "From" and "Message" -- shows completed page before sending for user verification
- Original -- designates original size for auto scaling based on receiving machine's print-size capability
- Sides -- used to select duplex original for one-step faxing
- Advanced Duplex -- set duplex original bindings and orientation
- Fax Shortcuts -- 9999 shortcut numbers to designate individuals or groups
- Address Book – Search LDAP and/or Internal Shortcut directory for names and fax numbers
- Delayed Send -- set time and date for when current job is to be faxed
- Fax Queue -- displays list of outgoing faxes and a current incoming fax if in process

### Quality

- Lighter or Darker -- adjusts the fax output darkness
- Edge Erase -- eliminates smudges or information around the edge of the original document

- Resolution Settings -- set to Standard, Fine, Super Fine or Ultra Fine
- Content -- sets the scanner mode for text, mixed or photo

### Driver Fax

- Outbound fax is supported from the following Lexmark custom PostScript print drivers
  - ➢ Microsoft Windows 9x/NT
  - ➢ Windows 2000
  - ➢ Windows XP

## E-Mail
### Job Setup

- ☞ E-mail -- enter comma separated e-mail addresses or FTP destinations from virtual keyboard on touch screen
- ☞ Shortcut Keys -- 9999 numbers available to designate individuals or groups
- ☞ Address Book -- search LDAP and/or internal shortcut directory for names with associated e-mail addresses
- ☞ Subject -- enter subject via virtual keyboard
- ☞ Message -- enter message via virtual keyboard
- ☞ Format -- select PDF, JPEG, TIFF or PostScript (PDF, TIFF, PS support multi-page images in a single file; JPEG is a single page per file name)
- ☞ Original -- designates original size for scanning
- ☞ Sides -- used to select simplex or duplex and portrait or landscape original

### Quality

- ☞ Lighter or Darker -- adjusts the output for darkness
- ☞ Edge Erase -- eliminates smudges or information around the edge of the original document
- ☞ Resolution -- user selectable image resolution to 75, 150, 200, 300, 400 or 600 dpi
- ☞ Content -- sets the scanner mode for text, mixed or photo
- ☞ Grayscale/Color -- selects black or color output

### Finishing

- ☞ Advanced Duplex – capability to set scanned image duplex binding for landscape or portrait

## Profiles

- ☞ Profiles are loaded from three (3) sources
  - ➢ Temporary profile from a user PC using X620e MFP Web page
  - ➢ Temporary profile from a PC using Lexmark ScanBack utility
  - ➢ Temporary or permanent profile from LDD Server utility
    **(Note: Temporary profiles are deleted after use)**
- Listings -- presents a list of active profiles
- Sort -- sort listings by alphanumeric or time received

CONFIDENTIAL - OUTSIDE COUNSEL ONLY

**Announcing Lexmark X620e MFP**                                                                                4

- Non-interactive Profiles
  - ➢ Select a profile name or profile shortcut number
  - ➢ No user input required
  - ➢ Loaded from Web page, ScanBack or LDD Server
- Advanced Profiles (requires LDD Server)
  - ➢ User input or predefined list of input choices
  - ➢ Static Interactive Profile – user enters up to 16 numeric digits for indexing information
  - ➢ Server Interactive Profile -- user is prompted by LDD server for input
  - ➢ Messaging, e.g., "Enter 10-digit patient number"

## System Administration
### System Configuration
System configuration is performed using the MFP Web pages located in the X620e MFP controller. The Web pages can be accessed at the MFP using the X620e MFP touch screen and virtual keyboard, or remotely from the administrator's PC. Access to the configuration screens can be password protected. It is recommended that once the device has an IP address, the remaining configuration be done from a Web browser by pointing to the IP address of the device. From the System Configuration screen the Administrator can set the following defaults.

- General Setup -- set timeouts, enter a contact name or telephone number for assistance
- Copy Defaults -- set copy presentation, quality, finishing, output bin, etc.
- Fax Setup -- set station name and number, fax queue access, cover page, quality, redial, fax log, etc.
- Scan to Network General Setup -- set quality, file type, confirmation page, etc.
- Scan to E-mail General Setup -- set SMTP gateway, reply address, subject/message, etc.
- Function Access -- set user access for copy, fax, e-mail, and profiles; configuration of internal authentication parameters and LDAP server parameters
- Manage Destinations -- setup shortcuts for e-mail, fax and FTP and delete profiles
- Printer and Print Server -- access to printer Web page
- Update MFP Firmware – allows updates to the MFP controller software
- Create Scan Profiles -- create permanent scan profiles

### NT Domain Setup
Registering the MFP with the NT Domain if NT 4.0 Authentication is desired cannot be done remotely

through the Web pages; it must be done at the MFP and requires administrator's privileges on the domain to be registered. The following information is needed for NT domain registration and are entered through the touch screen and virtual keyboard:
- Domain Name
- Domain PDC Name
- Administrator User ID and Password

**Calibrate Touch Screen**
Used to recalibrate the touch screen if required.

**Print Reports**
Presents the Administrator a list of reports for simple one-touch printing.

## Software Compatibility
### Lexmark MFP CD
This new CD includes the Lexmark ScanBack Utility, a Lexmark Document Distributor Macromedia® Flash™ Demo and Lexmark X Series MFP Publications. The demo includes a link to the Lexmark Web site for information about a Document Distributor v2.1 60-day evaluation CD.

### Lexmark ScanBack Utility
The Lexmark ScanBack Utility is a wizard-based utility for scanning a hard copy document back to your workstation. Desktop shortcuts may be created for process automation. It supports creating JPEGs, Adobe® PDFs and compressed TIFF and PostScript file formats while scanning from a networked Lexmark MFP.

### Lexmark Document Distributor v2.1 Option
Lexmark Document Distributor is a customizable document distribution system, for use with Lexmark MFPs, that automates manual processes to optimize paper and digital workflow. Lexmark Document Distributor enables customers to perform multiple document routing and transformation processes in one easy step, automating processes to meet established business and customer requirements.

### Benefits
Lexmark Document Distributor:
- Reduces process time and cost

CONFIDENTIAL - OUTSIDE COUNSEL ONLY
Lexmark Confidential

## Announcing Lexmark X620e MFP

- Provides easy-to-use, error-proof automation
- Provides efficient document handling
- Accelerates the movement of information
- Sends information to multiple destinations simultaneously
- Indexes and archives documents easily

### Flexible

Lexmark Document Distributor v2.1 keeps your changing environment in mind.

- Supports methods of document distribution (e-mail, fax, print, copy and archive) for a customer's particular business processes
- Scripting feature provides easy customization and adaptability to current document processes
- A ScriptWizard is included to assist the administrator in the scripting process
- Performs multiple tasks in one step, including OCR/OMR, bar coding, e-routing, faxing, printing and integration directly into Microsoft SharePoint Portal and Lotus Domino.docs

### Easy to Integrate

Lexmark Document Distributor v2.1 integrates into an environment's workflow by enabling job processes that can be initiated from a Lexmark MFP or from a user's workstation.

Lexmark Document Distributor v2.1 includes standard capabilities to integrate into the following:

- STMP e-mail servers
- Lotus Notes e-mail and databases
- Microsoft Exchange e-mail and Exchange folders
- Novell GroupWise e-mail and GroupWise folders
- Any ODBC compliant database such as:
  - ➢ Oracle
  - ➢ Microsoft SQL
  - ➢ Microsoft Access

Lexmark Document Distributor v2.1 provides capabilities to integrate OCR/OMR, bar code recognition and integration into EDMS applications (Microsoft SharePoint Portal and Lotus Domino.docs) as optional add-on modules to the Lexmark Document Server.

All of these functions are available for customers to try with a 60-day evaluation version. Lexmark Document

Distributor is sold separately from the Lexmark X Series of MFPs.

For additional information visit:
http://www.lexmark.com/US/solutions/software/docdistrib utor.html

### Fax Server

The X4500 MFP Option is compatible with the following Fax Server software:

- Biscom: FAXCOM
- Equisys: ZetaFax version 7
- OmTool: Fax Sr. Enterprise
- RightFax: RightFax Enterprise Server v7.0, v8.0

For additional information go to
http://www.lexmark.com/US/products/multifunction/faxse rver/index.htm.

### Electronic Document Management Systems (EDMS)

The X620e MFP is compatible with Kofax Ascent Capture version 5 Ricochet Capture and Ricochet Coversheet products. The scan-to-network capability of the MFP can be used to instantly scan documents over the network to Kofax Ricochet Capture or Ricochet Coversheet products. Ascent Capture can recognize, index, quality assure, and release documents into many EDMS applications.

The Ascent Capture application supports systems from many leading EDMS providers, including:

Adobe, Altris Software, A.I.S., Anite Public Sector, asOne, CyLex, Documentum, DocuWARE, Eastman, Excalibur, Fabasoft, FileNET, Full Circle, Gauss Interprise, Hershey Technologies, Hummingbird, Hyland Software, IBM, icomXpress, iMR, InterTech, Kainos, LaserFiche, LizardTech, MDY Advanced Tech, Mobius, Open Text, Optika, OTG, Quest, SolCom, Systemware

For additional information go to
http://www.lexmark.com/US/solutions/partners solutions/kofax/index.html

CONFIDENTIAL - OUTSIDE COUNSEL ONLY

## Announcing Lexmark X620e MFP                                    6

### Additional Part Numbers and Pricing

| Description | Part Number | UPC | MSRP* | Reseller Price |
|---|---|---|---|---|
| **Lexmark Document Distributor v2.1** | | | | |
| Document Distributor 60-Day Evaluation | 16A0877 | 7-34646-26878-3 | | |
| Document Distributor CD | 16A0880 | 7-34646-26879-0 | | |
| OCR for Document Distributor | 16A0883 | 7-34646-26880-6 | | |
| Bar Code for Document Distributor | 16A0886 | 7-34646-26881-3 | | |
| EDMS for Document Distributor | 16A0889 | 7-34646-26882-0 | | |
| **Lexmark T520n, T520dn, T522n, T522dn, T620n, T620dn, T622n, T622dn** | | | | |
| T52x/62x Operator Panel Cover | 11K4065 | 7-34646-24557-9 | | |

### Previously Announced Part Numbers and Pricing

| Description | Part Number | UPC | MSRP* | Reseller Price |
|---|---|---|---|---|
| **Lexmark T520n, T520dn, T522n, T522dn, T620n, T620dn, T622n, T622dn** | | | | |
| MFP Adjustable Stand | 12B0602 | 7-34646-30800-7 | | |

| Description | Part Number | UPC | MSRP* | Schedule I | Schedule II | Schedule III |
|---|---|---|---|---|---|---|
| **Lexmark T520n, T520dn, T522n, T522dn, T620n, T620dn, T622n, T622dn** | | | | | | |
| T52x/62x Printer Stand with Cabinet | 43H2950 | 7-34646-12679-3 | | N/A | N/A | |
| T52x/62x Printer Stand | 11K2036 | 7-34646-39600-4 | | | | |
| Scanner Stand with Cabinet | 11K2037 | 7-34646-39601-1 | | | | |

\*    Manufacturer's Suggested Resale Price (MSRP):  This price is Lexmark's Manufacturer's Suggested Resale Price and is subject to change without notice.  This price is for information purposes only.  Lexmark's and our remarketers' prices may vary.

### Optional Network Attachments

Network scanning capabilities require that the printer be connected to the network.  Lexmark recommends the Ringdale Ethernet Token-Ring Bridge for use with a Lexmark MFP for network scanning in a Token-Ring environment.

#### Printer Compatibility

The Lexmark X4500 MFP Option requires MFP controller code version **902.017B** or higher and the network version of the following printers.  It is not compatible with other model printers or printers using the MarkNet N2000 series Internal Print Servers or the MarkNet X2000 series External Print Servers.

| Printer Model | Required Printer Base Code Version or Higher | Required Printer Network Code Version or Higher |
|---|---|---|
| Lexmark T520n | 542.022 | 542.022 |
| Lexmark T522n | 542.022 | 542.022 |
| Lexmark T620n | 542.022 | 542.022 |
| Lexmark T622n | 542.022 | 542.022 |

The most current code versions are located at http://support.lexmark.com, under Multifunction Printers – Minimum Requirements.

### Furniture
#### MFP Adjustable Stand (P/N 12B0602)

Floor standing unit with casters, adjustable stabilizers and sliding top shelf for MFP scan unit.  Top shelf can be adjusted to four height positions in 3" (76 mm) increments.  Included with X620e MFP.  Can be used with the X242, X443, and X4500 MFP Options.

#### Limitation

Maximum printer height is 32 inches (813 mm)



12B0602

CONFIDENTIAL - OUTSIDE COUNSEL ONLY

**Announcing Lexmark X620e MFP** 7

## Lexmark X620e MFP Physical Dimensions and Weights

| | Width | Depth | Height | Weight |
|---|---|---|---|---|
| Scanner/Control Unit (width is with output tray not extended) | 33 in. (845 mm) | 21.5 in. (521 mm) | 12 in. (305 mm) | 26 lb. (11.8 kg) |
| Lexmark X750e MFP (width is with output tray not extended) | 26.5 in. (673 mm) | 24 in. (610 mm) | 51 in. (1,295 mm) | |
| Power Supply | 6 in. (152 mm) | 3.5 in. (89 mm) | 5.5 in. (140 mm) | 6 lb. (2.7 kg) |



45.5 in.
1232mm

29 in.
737mm

27 in.
686mm

## Recommended Clearances

For ease of operation and to provide the necessary space for printer access, the following clearances are recommended.

Left Side:        14 inches (356 mm)
Right Side:       12 inches (305 mm)
Front:            Must have a clear access for printer paper drawers, etc.
Back:             12 inches (305 mm)
Top:              12 inches (305 mm)

## Additional Furniture
### T52X/T62X Printer Stands (P/N 43H2950 and 11K2036)

Floor standing unit with casters, with and without storage cabinet. It is targeted for an office environment where a maximum-height printer system configuration is needed. The printer resides at approximately table height.

**Limitations**
- Require 11K2037 for the X4500 MFP scanner unit.
- The bottom of the printer or duplex if installed, cannot be more than 1.5 inches above the top surface of the stand.

- Maximum printer configuration: Duplex, plus four 250- or 500-sheet drawer or a 2000-sheet drawer plus one 250- or 500-sheet drawer.

       

43H2950              11K2036

### T52X/T62X Low Profile Printer Stand (P/N 43H5250)

Floor standing unit with casters and without storage cabinet. Approximately half the height of the 11K2036 printer stand to provide lower access height to the printer output bins.

**Limitations**
- Requires P/N 11K2037 for the X4500 MFP scanner unit
- The bottom of the printer or duplex if installed, cannot be more than 1.5 inches above the top surface of the stand.



43H5250

### Scanner Stand w/Cabinet (11K2037)

Floor standing unit with casters and storage cabinet. It can be used to support a X4500 MFP scan unit located to the left or right side of the printer.

**Limitation**
- Must be able to connect the 1.2-meter RJ45 cable between the scan unit and printer

11K2037

## Service Parts

The X4500 MFP Option contains no customer serviceable or replacement parts other than the ADF pad.

## Support

Instructions for installation, information on networking configuration and use are contained in the printer publications and CD-ROM that ship with the printer.

**Announcing Lexmark X620e MFP**                                                  **8**

Lexmark MFP microcode updates are available from the following Lexmark electronic services:

- World Wide Web (http://www.lexmark.com)
- CompuServe (Go LEXMARK)
- Anonymous FTP

## Certifications
### Lexmark X4500 MFP Option

The Lexmark X4500 MFP Option complies with the global standard for Information Technology Equipment, i.e., IEC 60950, and its country equivalents in the markets we serve. The following sections highlight the approvals and certifications for the Lexmark X4500 MFP Option.

- Underwriters Laboratories, Inc. UL 60950, Third Edition, Safety of Information Technology Equipment
- FCC Class A per FCC Rules, Parts 2 and 15, FCC Part 68 (Reg. #2G2USA-27393-FB-E)
- Canadian Standards Association CAN/CSA-C22.2 No. 60950-00, Third Edition, Safety of Information Technology Equipment
- Industry Canada (EMC) Compliance Statement
- Industry Canada Telephony Requirement
- IEC 320, International Standard Electrical Appliance Connectors
- International Electrotechnical Commission IEC 60950 3rd Edition, Safety of Information Technology Equipment
- EN 60950:2000, Safety of Information Equipment
- EN 55022:1994 Class A, A1:1995, A2: 1997
- EN 50082-1:1992
- EN 61000-3-2:1995
- CB Certificate and Test Report to read as follows: A sample of the product was tested and found to be in conformity with IEC 60950 Edition 3; National Deviations AT, AU, BE, CH, CN, CZ, DE, DK, EN, FI, FR, GB, GR, HU, IE, IL, IS, IT, KR, NL, NO, PL, RU, SE, SI, SG, SK, UA, YU and ZA. IEC 60825 shall be included for laser products.
- European Union - CE marking via EU Declaration of Conformity to the EMC (89/336/EEC) and low voltage (73/23/EEC) Directives. (It is also compliant with the telecommunication standard: TBR 21 for use with the PSTN equipment though out the EU, which is permitted by Council Directive 1999/5/EC of the European Parliament and of the Council relating to Radio & Telecommunications Terminal Equipment.)
- TUV "GS"
- SMA "A-tick mark" (Telecom/EMC)

- FIMKO "FI" mark (Power adapter unit)
- SEMKO "S" mark (Power adapter unit)

### Lexmark T620 Printer

Lexmark T620 complies with the global safety standard for Information Technology Equipment, i.e. IEC 60950, and its country equivalents in the markets we serve. The following sections highlight the approvals.

- Underwriters Laboratories, Inc. UL 60950, Third Edition, Information Technology Equipment deviations D1 and D2
- U.S. FDA, CDRH registration per 21 CFR Chapter I, Subchapter J, Section 1040
- FCC Class B (w/o network cable) and FCC Class A (with network cable) per FCC Rules, Parts 2 and 15
- Canadian Standards Association CAN/CSA-C22.2 No. 60950-00, Third Edition, Information Technology Equipment deviations D1 and D2 [Note: This and the UL standard are a single "bi-national" document, published jointly with UL]
- Industry Canada (EMC) Compliance Statement
- IEC 320, International Standard Electrical Appliance Connectors
- BSMI Approval (Taiwan)
- CNS 13438

## Model Number

| | | |
|---|---|---|
| X4500 MFP Option | -- | 4036-304 |
| T620n printer | -- | 4069-52n |

## Duty Cycle

- X4500 MFP -- Up to 10,000 scans per month maximum, based on a single month's usage
- T620 printer -- Up to 150,000 pages per month maximum, based on a single month's usage

## Operating System Support

The Lexmark X620e is compatible with applications running under the following operating systems for either local or network connections. Download the latest printer driver from the Lexmark Web site.

### Apple Macintosh

- Apple Mac OS 8.6 to 9.x
- Apple Mac OS X

**Note:** Download the Lexmark printer PPD file or printer driver from the Lexmark Web site.

**Note:** Software applications that operate with most Apple LaserWriter$^{TM}$ printers will generally operate with the T520n, T522n, T620n, T622n, C750n or C750fn. Macintosh 128, 512 and 512e computers are not supported.

CONFIDENTIAL - OUTSIDE COUNSEL ONLY
Lexmark Confidential

**Announcing Lexmark X620e MFP** 9

**Microsoft Windows**

- Microsoft Windows 95 4.00.950 or higher
- Microsoft Windows 98, 2nd Edition
- Microsoft Windows Me
- Microsoft Windows NT 4.00
- Microsoft Windows NT 4.00 Server
- Microsoft Windows 2000 Professional
- Microsoft Windows 2000 Server
- Microsoft Windows 2000 Advanced Server
- Microsoft Windows XP

Note: Download the latest printer driver from the Lexmark Web site.

Note: The Windows software applications which operate in the operating systems listed above are best suited to run with the drivers supplies with the printer. These drivers take advantage of your printer functions and increase the printer performance whenever possible.

**Novell**

- Novell® NetWare® 3.x, 4.x, 5.x, 6.x (including full NDS™ and NDPS™ support)
- Novell Distributed Print Services™ (NDPS) 2.0 or later with Lexmark NDPS IP Gateway
- Novell NetWare Enterprise Print Servers (NEPS) with Lexmark NDPS IP Gateway

Note: Download the Lexmark NDPS IP Gateway from the Lexmark Web site at www.lexmark.com

**Linux**

- Caldera™ eDesktop™ 2.4
- Red Hat™ Linux 7.0, 7.1, 7.2
- SuSE 7.1, 7.2, 7.3 Linux or later
- TurboLinux Workstation 6.0, 6.1 or later

Note: Download the latest printer drivers from the Lexmark Web site at www.lexmark.com

**UNIX**

- Compaq Tru64 UNIX 4.0F
- Compaq (Digital) UNIX 4.0D
- HP-UX 10.20, 11.0
- IBM AIX 4..2.1, 4.3.x
- SCO OpenServer 5.04, 5.05, 5.06
- SCO UnixWare 7.1, 7.1.1
- SGI IRIX™ 6.5x
- Sun Solaris™ x86, 2.6, 7, 8
- Sun Solaris 2.6, 7, 8

Note: Download the latest printer drivers from the Lexmark Web site at www.lexmark.com

**Other**

- Virtually any platform supporting TCP/IP
- IBM iSeries™, IBM AS/400® Systems with TCP/IP with OS/400® V3R1 or later using OS/400 Host Print Transform

## Printer Memory Requirement for MFP Option

| Printer Model | Memory Included | Memory Required |
|---|---|---|
| Lexmark T620n | 32MB | 32MB |
| Lexmark T620dn | 32MB | 32MB |
| Lexmark T622n | 32MB | 32MB |
| Lexmark T622dn | 32MB | 32MB |

## X620e MFP Ship Group Contents
### Box 1 – T620n printer

- 32MB RAM
- 100-Sheet Input
- 500-Sheet Input Drawer
- 500-Sheet Output
- Ethernet 10/100BaseTX

### Box 2 – X4500 MFP Option

- Scanner/ADF with integrated control unit and touch-screen operator panel
- Scan unit unlocking flyer
- Universal power supply
- 2.1 meter RJ-11 telephone cable
- 1.2 meter RJ-45 Ethernet cable (scan unit to printer) – P/N 16A0874
- Publications folder
  - ➢ Hardware Setup Guide (English, French, Italian, German, Spanish, Brazilian Portuguese)
  - ➢ Quick Reference (English, French, Italian, German, Spanish, Brazilian Portuguese)
  - ➢ Lexmark MFP CD that includes ScanBack Utility and Document Distributor flash demo)
  - ➢ RJ-11 telephone adapter (country specific)

### Box 3 – T620 MFP Stand

- P/N 10B0602
- Installation Instruction Sheet

### Box 4 – T620 Printer Operator Panel Cover

- P/N 11K4065
- Installation Instruction Sheet

### Drivers, MarkVision and Utilities CD

The Drivers, MarkVision and Utilities CD is included with the T620 printer. The following are included on the CD:

CONFIDENTIAL - OUTSIDE COUNSEL ONLY

**Announcing Lexmark X620e MFP**

### MarkVision Professional

MarkVision Professional is a cross-platform print management solution that enables IT administrators to proactively monitor and manage network devices in an enterprise environment via a web browser. It provides IT administrators with real-time device status and information, centralized device setup, remote printer monitoring and management and asset management capabilities.

### MarkVision Messenger

MarkVision Messenger provides real-time notification of printer conditions via e-mail, page or other application and facilitates automated responses to these conditions before they become critical and disruptive to user productivity. MarkVision Messenger enhances administrators' service quality and improves user productivity and satisfaction.

## Setup

The X4500 MFP Option and the X620e MFP are designed for customer setup. The customer should first set up the T620n printer and printer options. A printer Hardware Setup Guide is shipped with the printer. The X620e MFP installation instructions are included with the printer stand and printer operator panel cover kit. The MFP Hardware Setup Guide is included in the MFP publication folder. A hard copy Quick Reference and MFP CD is also included in the MFP publication folder.

## Lexmark X620e Performance

Time to First Copy*
- Flatbed Scanning
  - Black; text or mixed mode — 13 seconds
  - Black; photo mode — 14.5 seconds

Time to First Copy*
- ADF Scanning
  - Black; text or mixed mode — 14 seconds
  - Black; photo mode — 15.5 seconds

ADF Scan Speed**
- Simplex
  - Black; text or mixed mode — 23 pages per minute
  - Black; photo mode — 23 pages per minute
  - Color; mixed mode — 14 pages per minute
  - Color; photo mode — 14 pages per minute

ADF Scan Speed**
- Duplex
  - Black; text or mixed mode — 44 sides per minute
  - Black; photo mode — 44 sides per minute
  - Color; mixed mode — 22 sides per minute
  - Color; photo mode — 22 sides per minute

Note: * Time to first copy is measured with letter-size paper, short-edge feed, ready mode.

** Maximum ADF scan-to-network speed with letter-size paper, short-edge feed, ready mode.

## X620e MFP Acoustics

- Idle: 42 dBA
- Print/Fax Receive: 49 dBA
- Copy: 51 dBA
- Scan/Fax Send: 49 dBA

### Test Conditions:

- Printing: Printer prints multiple copies of the PostScript fonts @600 dpi resolution. Measurements are made for steady state operation using 20 lb. letter paper.
- Copying: multiple sheets are put into the scanner auto sheet feed. One copy of each master is made. The noise level measured for copying is the loudest of most common operation of the device.
- Fax/Scan: Multiple sheets are put into the scanner auto sheet feed. Sound pressure levels are measured as the scanner scans sheets into memory.
- Idle: System is in an idle state.

Note: All measurements are made according to ISO 7779 and reported in conformance with ISO 9296.

## Lexmark X620e MFP Specifications

### Scanner/Control Unit

- Scanner type: Flatbed with ADF
- Scan method: Charged-Coupled Device (CCD)
- Light source: Cold Cathode Fluorescent Lamp (CCFL)
- Image type: 1-, 4- (CMYK), 8-, 24-bit
- Optical resolution: 300 x 300 dpi
- Scan Area – Flatbed: Maximum Letter/A4
- Scanner life: 5 years or 600,000 scans

### ADF (Automatic Document Feeder)

- Type: Single-pass duplex
- Scan area: Maximum 8.5 in. x 14 in. (216 mm x 355 mm)

  Minimum 5.5 in. x 5.5 in. (140 mm x 140 mm)

## Announcing Lexmark X620e MFP

- Document capacity: 50 sheets of 20 lb. (75 g/m²) bond
- Media weight: 16 lb. (60 g/m²) to 32 lb. (120 g/m²)
- Scan speed (letter/A4 portrait):
  - ➢ Black (text): 23 ppm at 300 dpi
  - ➢ Color (mixed): 14 ppm at 300 dpi
- Paper feed: Face-down, portrait

### Maintenance

Pick pad replacement: Every 40,000 scans



### Lexmark X4500 Control Panel
### Display

- 7.7 in. (196 mm) 640 x 480 color VGA touch screen

## User Interface
### Functions and System Administration
### Control Buttons and Indicators

- Start – provides "one touch" copying and starts the job currently set up
- Stop – mechanically stops all scanner and printer functions currently in process
- Number Pad – 1 through 0, *, #
- Backspace – erases previously entered characters from the number pad
- Dial Pause – enters a pause when required for entering a telephone number
- Screen Contrast – adjusts the touch screen contrast
- Clear All – clears all settings and returns user to the welcome screen
- Green LED – indicates power is on

### Welcome Screen

- Copy – enter 1st level copy menu
- Fax – enter 1st level fax menu
- E-mail – enter 1st level scan-to-network menu
- Profiles – enter profile list. (Does not appear unless Lexmark Document Distributor or scanning profiles are loaded.)
- "Key": Access to printer operator panel or administrator settings (password protected)

- Tips: detailed interactive help files replace the need for a separate User's Guide

### Authentication

- Four modes set for each function (copy, fax, e-mail, profiles)
- Function Off – no one has access
- Function On – everyone has access
- User ID – requires user name to access
- User Authentication – requires user name and password to access
- Three sources for authentication (global selection)
  - ➢ LDAP – uses the company's LDAP database directory
  - ➢ NT – uses the company's NT database directory
  - ➢ Internal – uses an internal list stored in the MFP, generated by the system administrator

### Virtual Keyboard

- The keyboard will automatically appear on the touch screen anytime an alphanumeric entry is required.
- There are 11 keyboards – one for each supported language (English, French, Italian, German, Spanish, Brazilian Portuguese, Danish, Dutch, Finnish, Norwegian and Swedish)

### Control Unit

- Processor: 350 MHz x86 processor
- Memory: 128MB DRAM
- Hard file: 10GB or greater
- Fax modem: 33.6 bps

### External Hardware Interfaces

- RJ-11 telephone: Connects modem to user's phone system
- RJ-45 10/100BaseTX Ethernet: Connects control unit to user's network
- RJ-45 100BaseTX Ethernet: Connects control unit to printer
- Power switch: Power on/off for control unit and scanner
- Power conductor: Power adapter for external power supply

CONFIDENTIAL - OUTSIDE COUNSEL ONLY

**Announcing Lexmark X620e MFP**                                                    **12**

## Technical Specifications
### Environment

| Operating | |
|---|---|
| Temperature | 60° F to 90° F (15.6° C to 32.2° C) |
| Relative Humidity | 15% to 80% |
| Altitude | 8,200 ft. (2,500 meters) -- maximum |
| **Shipping (with supplies)** | |
| Temperature | -4° F to 104° F (-20° C to 40° C) |
| Relative Humidity | 10% to 90% |
| Altitude | 34,000 ft. (10,300 meters) -- maximum |
| **Storage** | |
| Temperature | -4° F to 104° F (-20° C to 40° C) |
| Relative Humidity | 10% to 90% |

## Electrical Specifications

| | Lexmark X620e MFP |
|---|---|
| Scanner Power Input Voltage | 110 VAC, 110 ~ 127 VAC, 220 ~ 240 VAC (47 ~ 63 Hz), nominal<br>90 VAC ~ 264 VAC, extreme |
| Scan Unit Power Consumption | Operating: 112 watts maximum @ 254 VAC<br>Standby: 66 watts maximum @ 254 VAC |
| C750 Printer Input Voltage | LV: 110 ~ 127 V (47 ~ 63 Hz), nominal<br>99 ~ 137 V, extreme<br>HV: 220 ~ 240 V (47 ~ 63 Hz), nominal<br>198 ~ 259 V, extreme |
| Average Power While Printing and Scanning | 474 watts or less (printer) + 112 watts or less (scanner and controller) |
| Average Power While Idle | 13 watts or less (printer) + 66 watts or less (scanner and controller) |
| Maximum Current While Printing and Scanning | LV: 9.3 A (printer) + 1.2 A (scanner and controller)<br>HV: 5 A (printer) + 0.6 A (scanner and controller) |

### Energy Star Compliance

The Lexmark X620e is Energy Star compliant.

## Packaging and Shipping Information

| Description | Individual Carton | | | | Pallet | | | | Quantity |
|---|---|---|---|---|---|---|---|---|---|
| | Width | Depth | Height | Weight | Width | Depth | Height | Weight | |
| **Product** | | | | | | | | | |
| Lexmark X620e MFP (Pallet 1 – printer and accessories) | 48 in. (1,219 mm) | 40 in. (1,016 mm) | 41.5 in. (1,054 mm) | 185.7 lb. (84.4 kg) | 48 in. (1,219 mm) | 40 in. (1,016 mm) | 41.5 in. (1,054 mm) | 185.7 lb. (84.4 kg) | 1 |
| Lexmark X620e MFP (Pallet 2 – adjustable stand) | 27 in. (686 mm) | 31 in. (787 mm) | 35 in. (889 mm) | 120 lb. (54.5 kg) | 27 in. (686 mm) | 31 in. (787 mm) | 35 in. (889 mm) | 120 lb. (54.5 kg) | 1 |

## Warranty and Service
### Lexmark X620e MFP Warranty and Service

| Standard Warranty Period | One Year |
|---|---|
| Standard Service | LexOnSite |

The Lexmark X620e MFP is warranted against defects in materials and workmanship for a period of 1 year from the date of purchase.  The purchaser may be required to show proof of purchase in order to qualify for warranty service.

Lexmark Authorized Servicers (Resellers and Third Party Maintainers contracted by Lexmark) will provide the delivery of warranty service.

### Extended Warranty Offerings

Extended X620e warranties are available under terms and conditions defined in the Lexmark Service Support Guide and are available from the Lexmark Customer Support Center at 1-800-LEXMARK (1-800-539-6275)

| | Warranty Extension Years | | | |
|---|---|---|---|---|
| | 1 | 2 | 3 | 4 |
| LexOnSite Repair | | | | |
| USRBU15 | 1SRBU15 | 2SRBU15 | 3SRBU15 | 4SRBU15 |

## Technical Support

The Lexmark Customer Support Center provides support at 859-232-3000 or through Lexmark e-Support at http://support.lexmark.com.

## Maintenance Parts

Recommended maintenance parts may be ordered from the Lexmark Parts Center.  Ordering procedures and terms are described in the Lexmark Service Support Guide.

| Part Number | Description |
|---|---|
| 56P0079 | Pick Pad Assembly |

CONFIDENTIAL - OUTSIDE COUNSEL ONLY

## Announcing Lexmark X620e MFP

### Presales Inquiries

For information on any Lexmark product, contact us at: 1-800-539-6275.

### Leasing

Lexmark is making its new products available through an innovative financial product that combines Lexmark hardware, extended warranty and installation services into one, convenient monthly payment for those customers looking to reduce capital expenditures. The Lexmark Leasing Program will enable customers to stay focused on their business and continually upgrade their hardware to the latest technology without an additional capital investment.

### Administrative Information
#### Availability

The Lexmark X620e MFP is available immediately.

#### Demo Plus Program

This product qualifies for the Demo Plus Rebate Program.

| Product | Part Number | Demo Rebate |
|---------|-------------|-------------|
| Lexmark X620e MFP | 16C0201 | |

To utilize the Demo Plus Program, order a qualifying MFP Option then apply for a rebate. Use the Demo Plus Rebate Claim Form attached to this announcement to make your rebate claim to Lexmark. You must certify that the claimed demo MFP Option will be used only for demonstration purposes for a period of at least six months. A reseller location is limited to one rebate per model during a six-month period.

For complete Demo Plus Program details, please refer to announcement LEX 96-098 or request document number 7506 from LexFax (800) 453-9329.

#### Education Rebate Program

This product may qualify for an educational rebate when sold to qualifying schools under the Lexmark Education Rebate Program. For complete program details, please refer to announcement LEX 99-143 or visit the reseller support section of Lexmark's Web site.

### Terms and Conditions
#### Returns Policy

These products are eligible for returns according to the Product Returns section of Lexmark's Reseller and Distributor Agreements. Return authorization will be handled according to the Lexmark Printer Returns Policy.

#### Price Reduction Credit

This product is eligible for price protection according to the Printer Price Reduction Credit section of Lexmark's Reseller and Distributor Agreements.

#### Lexmark Channels

This product is available to Lexmark resellers under the terms of the Lexmark Authorized Reseller and Distributor Agreements.

#### Ordering Information

Reseller customer support is provided by the Lexmark Order Management Center (LOMC). Orders may be entered through EDI (Electronic Data Interchange) or sent by mail or fax to:

> Lexmark Order Management Center
> P.O. Box 11427
> Lexington, KY 40575-1427
> FAX to: 800-232-9539

#### Order Entry

Telephone: 1-800-292-5885
Fax: 1-800-232-9539

#### Accounts Receivable

Telephone: 1-800-847-4778
Fax: 1-800-732-9539

#### Hours of Operation

Monday through Friday 8 a.m. to 8 p.m. - Eastern time.

#### Transportation Charges

Transportation terms are FOB remarketer location (Lexmark pays freight).

### Trademarks

FontVision, MarkNet and MarkVision are trademarks of Lexmark International, Inc., registered in the United States and/or other countries.

CONFIDENTIAL - OUTSIDE COUNSEL ONLY

**Announcing Lexmark X620e MFP**                                    14

LexOnSite and LexExpress are service marks of
Lexmark International, Inc.

PostScript is a registered trademark of Adobe Systems
Incorporated.

Apple, Mac and Macintosh are trademarks of Apple
Computer, Inc., registered in the U.S. and other
countries.

IBM, AS/400 and OS/400 are registered trademarks of
International Business Machines Corporation in the
United States and/or other countries.

iSeries is a trademark of International Business
Machines Corporation in the United States.

Caldera and eDesktop are trademarks or registered
trademarks of Caldera International, Inc., in the U.S.A.
and other countries.

PCL and HP are registered trademarks of the Hewlett-
Packard Company.

Linux is a registered trademark of Linus Torvalds.

Microsoft and Windows are registered trademarks of
Microsoft Corporation in the United States and/or other
countries.

Windows NT is a trademark of the Microsoft Corporation.

Novell and NetWare are registered trademarks of Novell,
Inc., in the United States and other countries.

Novell Distributed Print Service, IPX/SPX and NEPS are
trademarks of Novell, Inc

Sun, Sun Microsystems and Solaris are trademarks or
registered trademarks of Sun Microsystems, Inc., in the
United States, and other countries, and are used under
license.

All other trademarks are properties of their respective
owners.

CONFIDENTIAL - OUTSIDE COUNSEL ONLY
LEX02-037                         Lexmark Confidential

## *Lexmark Demo Plus Rebate Claim Form*

_____          _____
(Reseller Name)                                          (Customer Number) *

_____   (_____) _____   _____
(Contact Name)                        (Telephone Number)        (FAX Number)

_____   _____   _____   _____
(Street Address)                             (City)                 (State)       (Zip)

\* You must include your Lexmark Customer Number or a copy of your state reseller tax certificate if you are not currently an Authorized Reseller or Lexmark Partner.

## Demo Plus Information:

A rebate can be collected for the current listing of Lexmark printers purchased for reseller demonstration. A printer unit claimed for a demo rebate must remain in service as a demonstration unit for a period not less than six months. To process a claim complete the information requested on this form. Fax or mail the completed form along with the copy of invoice from an Authorized Distributor, Aggregator or Lexmark. This offer is limited to resellers of Lexmark printers and to one printer of each model per location during a six-month period.

| | Part Number | Rebate ** | Printer Serial Number | Amount |
|---|---|---|---|---|
| **Monochrome Laser Printers** | | | | |
| Lexmark E210 Laser Printer | 10S0100 | | _____ | _____ |
| Lexmark E320 / E322 / E322n Laser Printer | 08A0150 / 08A0200 / 08A0300 | | _____ | _____ |
| Lexmark T520 / 520n Laser Printers | 09H0000 / 09H0100 | | _____ | _____ |
| Lexmark T520d / T520dn Laser Printers | 09H0250 / 09H0350 | | _____ | _____ |
| Lexmark T522 / T522n / T522dn Laser Printer | 09H0200 / 09H0300 / 09H0450 | | _____ | _____ |
| Lexmark T520 / T520n Small Business Edition Laser Printer | 09H0098/09H0099 | | _____ | _____ |
| Lexmark T620 / T620n Laser Printers | 20T3600 / 20T3650 | | _____ | _____ |
| Lexmark T620in / T620dn Laser Printers | 20T3700 / 20T3750 | | _____ | _____ |
| Lexmark T622 / T622n Laser Printers | 20T4400 / 20T4450 | | _____ | _____ |
| Lexmark T622in / T622dn Laser Printers | 20T4500 / 20T4550 | | _____ | _____ |
| Lexmark W820 / W820n Laser Printers | 12B0100 / 12B0101 | | _____ | _____ |
| Lexmark W820dn Laser Printer | 12B0102 | | _____ | _____ |
| Optra W810 / 810n W810dn Laser Printers | 12L0102 / 12L0103 / 12L0105 | | _____ | _____ |
| **Business Color Printers** | | | | |
| Optra Color 45 / 45n Color Inkjets | 43J8000 / 43J8040 | | _____ | _____ |
| Lexmark C720 / C720n / C720dn Color Laser Printers | 15W0003 / 15W0004 / 15W0005 | | _____ | _____ |
| Lexmark C750 / C750n / C750dn Color Laser Printers | 13P0000 / 13P0050 / 13P0150 | | _____ | _____ |
| Lexmark C910 / C910n / C910dn Color Laser Printers | 12N0003 / 12N0004 / 12N0006 | | _____ | _____ |
| Lexmark C750in/C750fn Color Laser Printers | 13P0100 / 13P0200 | | _____ | _____ |
| Lexmark C910in/C910fn Color Laser Printers | 12N0005 / 12N0007 | | _____ | _____ |
| **Impact Printers** | | | | |
| 2480 plus Forms Printer | 12T0050 | | _____ | _____ |
| 2481 plus Forms Printer | 12T0100 | | _____ | _____ |
| 2490 plus Forms Printer | 12T0350 | | _____ | _____ |
| 2491 plus Forms Printer | 12T0400 | | _____ | _____ |
| 4227 plus Forms Printer | 13L0001 | | _____ | _____ |
| **MFP Options and Products** | | | | |
| Lexmark X242 MFP Option | 16A0470 | | _____ | _____ |
| Lexmark X443 MFP Option | 16A0533 | | _____ | _____ |
| Lexmark X7500 MFP Option | 16C0130 | | _____ | _____ |
| Lexmark X4500 MFP Option | 16C0100 | | _____ | _____ |
| Lexmark X520 MFP | 16C0000 | | _____ | _____ |
| Lexmark X522 MFP | 16C0030 | | _____ | _____ |
| Lexmark X522s MFP | 16C0040 | | _____ | _____ |
| Lexmark X720 MFP | 16C0060 | | _____ | _____ |
| Lexmark X820e MFP | 16C0150 | | _____ | _____ |
| Lexmark X620e MFP | 16C0201 | | _____ | _____ |
| Lexmark X750e MFP | 16C0240 | | _____ | _____ |
| OptraImage W810s MFP | 14B5430 | | _____ | _____ |

**Total Rebate Claimed:**                                           $_____

\*\* The rebate will be determined by the latest rebate schedule published by Lexmark.

Mail the completed form to:    **Lexmark International**          or FAX the completed form to: 1-800-232-9539
                                **Demo Rebate Program, LOMC Building 046-1**
                                **740 West New Circle Road**
                                **Lexington, KY 40550**

I agree to use the above printer(s) for demonstration for a period of a least six (6) months. I understand that violation of this program will result in possible loss of Authorization, refunding rebate to Lexmark, rejection of future claims, and/or other appropriate legal action.

_____   _____   _____
(Print Name)                        (Authorized Signature)             (Date)

CONFIDENTIAL - OUTSIDE COUNSEL ONLY

CONFIDENTIAL - OUTSIDE COUNSEL ONLY



# Supplies Marketing Bulletin

**April 7, 2003**

## Announcing the Supplies for the Lexmark T630, T632 and T634 Printers

**Today Lexmark announces T630, T632 and T634 print cartridges, offering increased yields, quality performance, and outstanding value.**





LEXMARK™

**740 West New Circle Road, Lexington, KY 40550**
Lexmark and Lexmark with diamond design are trademarks of Lexmark
International, Inc., registered in the United States and/or other countries.



CONFIDENTIAL - OUTSIDE COUNSEL ONLY

A2971

**Announcing Lexmark T630, T632, T634 Supplies**                    **2**

## Supplies Part Numbers

| Part Number | Description | Yield** |
|---|---|---|
| 12A7360 | Lexmark T630, T632 and T634 Print Cartridge | 5,000 pages |
| 12A7362 | Lexmark T630, T632 and T634 High Yield Print Cartridge | 21,000 pages |
| 12A7365 | Lexmark T632 and T634 Extra High Yield Print Cartridge | 32,000 pages |
| 12A7460 | Lexmark T630, T632 and T634 Prebate™ Print Cartridge | 5,000 pages |
| 12A7462 | Lexmark T630, T632 and T634 High Yield Prebate Print Cartridge | 21,000 pages |
| 12A7465 | Lexmark T632 and T634 Extra High Yield Prebate Print Cartridge | 32,000 pages |
| 12A7468 | Lexmark T630, T632 and T634 High Yield Prebate Print Cartridge for Label Applications | 21,000 pages |
| 12A7469 | Lexmark T632 and T634 Extra High Yield Prebate Print Cartridge for Label Applications | 32,000 pages |
| 11K3188* | Lexmark Staple Cartridges | |
| 70X7240* | Lexmark Laser Printer Transparencies (letter) | |
| 12A5010* | Lexmark Laser Printer Transparencies (A4) | |

\* existing part number

\*\* at approximately 5% coverage

## Hardware Overview

The Lexmark T630, T632, and T634 offer medium to large workgroup users exceptional performance. The Lexmark T630 is a powerful workgroup laser printer at an outstanding value. The Lexmark T632 is a versatile laser printer that handles complex output close to your workspace. And the Lexmark T634 is a high-speed workgroup laser printer for high-volume printing. Each model ships with a 21,000-page* High Yield Prebate Print Cartridge to keep workgroups productive.

*at approximately 5% coverage

The Lexmark T630, T632 and T634 are easily expandable with modular paper options, including multiple input and output capacities, envelope feeder option, and duplex option. With its revolutionary StapleSmart™ Finisher, jobs can be automatically stapled and offset stacked, speeding up these processes and separating print jobs. Lexmark's multifunction capability can be added to any of these printers to leverage your printer investment to gain copying, scanning and faxing.

## StapleSmart Finisher Overview

The Lexmark StapleSmart finisher is a smart, compact, modular, finishing solution for the T630, T632, and T634 printers. The StapleSmart finisher offers single-position stapling for A4, letter, legal, or folio paper sizes, stapling up to 25 sheets per set. Lexmark's StapleSmart finisher also offers dual position job offset and high capacity stacking to address high volume network printing demands. The finisher has two convenient storage compartments for storing extra staple cartridges. Smart sensing indicates when the staple supply is low as well as when staples run out.

## Supplies Overview

### Design

The T630 series cartridges use a clean-hands single element design to make installation easy for any user. New, longer lasting yields allow customers to spend more time printing impressive documents and less time changing cartridges. As with all Lexmark supplies, these cartridges are designed for the highest quality output, page after page, thanks to our technical experience, high production standards and rigorous product testing.

### Customer Choice

Lexmark offers a wide choice of cartridges, allowing customers to tailor solutions to fit their business needs. Choices include Prebate and non-Prebate cartridges available in multiple yields as well as special cartridges with oiled fuser wipers for customers who do a large amount of label printing.

Customers can choose a 5,000-page Print Cartridge or a 21,000-page High Yield Print Cartridge to work with any of their T630, T632 or T634 printers. The 5,000-page Print Cartridge is an excellent choice for customers with unit price sensitivity and low print volumes. The 21,000-page High Yield Print Cartridge improves productivity

CONFIDENTIAL - OUTSIDE COUNSEL ONLY

# Announcing Lexmark T630, T632 and T634 Supplies 4

## Pricing

| Part Number | Description | UPC | MSRP[1] | Reseller Price | Minimum Reseller Quantity |
|---|---|---|---|---|---|
| 12A7360 | Lexmark T630, T632 and T634 Print Cartridge | 7-34646-11809-5 | | | 1 each |
| 12A7362 | Lexmark T630, T632 and T634 High Yield Print Cartridge | 7-34646-11810-1 | | | 1 each |
| 12A7365 | Lexmark T632 and T634 Extra High Yield Print Cartridge | 7-34646-11811-8 | | | 1 each |
| 12A7460 | Lexmark T630, T632 and T634 *Prebate* Print Cartridge | 7-34646-11812-5 | | | 1 each |
| 12A7462 | Lexmark T630, T632 and T634 High Yield *Prebate* Print Cartridge | 7-34646-11813-2 | | | 1 each |
| 12A7465 | Lexmark T632 and T634 Extra High Yield *Prebate* Print Cartridge | 7-34646-11814-9 | | | 1 each |
| 12A7468 | Lexmark T630, T632 and T634 High Yield *Prebate* Print Cartridge for Label Applications | 7-34646-11815-6 | | | 1 each |
| 12A7469 | Lexmark T632 and T634 Extra High Yield *Prebate* Print Cartridge for Label Applications | 7-34646-11816-3 | | | 1 each |
| 11K3188 | Lexmark Staple Cartridges | 7-34646-20993-9<br>507-24646-20993-4 | | | 1 box of 3 each |
| 70X7240 | Lexmark Laser Printer Transparencies, letter | 7-34646-03810-2<br>107-34646-03810-9 | | | 1 box |
| 12A5010 | Lexmark Laser Printer Transparencies, A4 | 7-34646-13899-4<br>507-34646-13899-9 | | | 1 box |

[1] MSRP  Manufacturer's Suggested Retail Price (MSRP):  This price is Lexmark's suggested resale price and is subject to change without notice.  This price is for information purposes only.  Lexmark's and our Resellers' prices may vary.

[2] This product is only available for direct end-user sales @ Lexmark Direct, 1-800-438-2468 and www.lexmark.com.

## Technical Information

### Lexmark T630, T632 and T634 Print Cartridge
### PNs 12A7360, 12A7460

- Yield: 5,000 pages at approximately 5% coverage
- Warranty:  Limited Lifetime
- Estimated Average Annual Usage: 6-8 each
- For products distributed to the Americas, the cartridge is Assembled In Mexico.
- For products distributed to Europe, the Middle East, Africa, and Asia Pacific, the cartridge is Made in China.

### Lexmark T630, T632 and T634
### High Yield Print Cartridge
### PNs 12A7362, 12A7462, 12A7468

- Yield: 21,000 pages at approximately 5% coverage
- Warranty:  Limited Lifetime
- Estimated Average Annual Usage:  3 each
- For products distributed to the Americas, the cartridge is Assembled In Mexico.

- For products distributed to Europe, the Middle East, Africa, and Asia Pacific, the cartridge is Made in China.

### Lexmark T632 and T634
### Extra High Yield Print Cartridge
### PNs 12A7365, 12A7465, 12A7469

- Yield: 32,000 pages at approximately 5% coverage
- Warranty:  Limited Lifetime
- Estimated Average Annual Usage:  2-3 each
- For products distributed to the Americas, the cartridge is Assembled In Mexico.
- For products distributed to Europe, the Middle East, Africa, and Asia Pacific, the cartridge is Made in China.

### Lexmark Staple Cartridges
### PN 11K3188

- Individual package includes 3 staple cartridges with 3,000 staples each (totaling 9,000 staples)
- Warranty:  Limited Lifetime
- Estimated Average Annual Usage:  1 each
- Made in Japan

CONFIDENTIAL - OUTSIDE COUNSEL ONLY

## Announcing Lexmark T630, T632, T634 Supplies                                      3

and reduces hidden operating costs by reducing scheduled interventions and ordering. It's also friendlier for the environment, requiring fewer cartridges and less packaging.

T632 and T634 customers have an additional choice of 32,000-page Extra High Yield Print Cartridge to keep printers productive under heavier usage demands and to even further diminish per page costs.

### Compatibility
The Lexmark T630, T632 and T634 print cartridges are not compatible with past generations of Lexmark printers

The Extra High Yield Print Cartridge is compatible with T632 and T634 only. It is not compatible with T630 printers.

## Prebate
Lexmark T630, T632 and T634 users can get a significant up-front discount (a "pre-rebate" or *Prebate*) on Lexmark T630, T632 and T634 *Prebate* print cartridges. The discount is at time of purchase, not months after the cartridge is empty, and it applies without cumbersome coupons to track or forms to fill out.

Regular-price cartridges with regular terms and conditions are available for those customers who do not choose the *Prebate* cartridge with its terms.

## Prebate Terms and Conditions
The *Prebate* program conditions are an essential part of the *Prebate* offering. For this "up-front rebate" from Lexmark, the user agrees that this cartridge will be used only once and that the empty cartridge will be returned only to Lexmark for remanufacturing and recycling. By selling this *Prebate* cartridge, you, our reseller, likewise are agreeing to comply with these terms and conditions

– to return an empty *Prebate* cartridge only to Lexmark if one comes into your possession.

## Empty Cartridge Returns
Used Lexmark cartridges should be returned to Lexmark for appropriate remanufacturing and recycling, at no cost to the customer, through Lexmark's Operation ReSource$^{SM}$ program or through Authorized Lexmark Resellers participating in the Authorized Reseller Empty Cartridge Collection Program. Program details can be obtained by calling 1-800-LEXMARK (800-539-6275), extension 108.

## Operation ReSource
Operation ReSource is a free and simple way to return empty cartridges directly to Lexmark for appropriate recycling. Customers should simply repackage the empty cartridge in the box from the new replacement cartridge and reseal with clear packing tape, apply the provided shipping label, and complete the return address information on the label.

In the USA, Lexmark offers free return shipping via UPS. Customers should drop the package off at a UPS authorized shipping center or give to a UPS carrier during the next UPS delivery. Customers can visit Operation ReSource online at www.lexmark.com/or to learn more about the program or to print a prepaid US postal service shipping label. Customers may also call the Operation ReSource phone number at 1-800-LEXMARK (800-539-6275), ext.108 to request additional labels.

For free shipping in other countries, customers should follow the instructions provided with the cartridge or visit Operation ReSource online at www.lexmark.com/or where they can learn more about Operation ReSource in their area. Some countries now also offer online printing of local prepaid return shipping labels.

CONFIDENTIAL - OUTSIDE COUNSEL ONLY
LEX 03-054

**Announcing Lexmark T630, T632 and T634 Supplies**                                5

## Supplies Packaging and Shipping Information

All eight cartridge SKUs have identical shipping package dimensions and pallet configuration.  Cartridges are stacked with 9 individual cartons per layer and 6 layers per pallet. The dimensions are as follows.

| | Length | Width | Height | Weight |
|---|---|---|---|---|
| **Lexmark T630, T632, T634 Print Cartridge  (p/n 12A7360 and 12A7460)** | | | | |
| 1 box | 13 in.(330 mm) | 15.55 in. (395 mm) | 7.36 in.  (187 mm) | 4 lb. (1.8 kg) |
| 1 pallet (54 boxes) | 40 in.(1,016 mm) | 48 in.(1,219 mm) | 48.66 in. (1,236 mm) | 256 lb.  (116.4 kg) |
| **Lexmark T630, T632, T634 High Yield Print Cartridge   (p/n 12A7362, 12A7462, 12A7468)** | | | | |
| 1 box | 13 in.(330 mm) | 15.55 in. (395 mm) | 7.36 in.  (187 mm) | 4.8 lb. (2.2 kg) |
| 1 pallet (54 boxes) | 40 in.(1,016 mm) | 48 in.(1,219 mm) | 48.66 in. (1,236 mm) | 299.2 lb. (136 kg) |
| **Lexmark T630, T632, T634 Extra High Yield Print Cartridge  (p/n 12A7365, 12A7465, 12A7469)** | | | | |
| 1 box | 13 in.(330 mm) | 15.55 in. (395 mm) | 7.36 in.  (187 mm) | 5.4 lb. (2.5 kg) |
| 1 pallet (54 boxes) | 40 in.(1,016 mm) | 48 in.(1,219 mm) | 48.66 in. (1,236 mm) | 331.6 lb. (150.7 kg) |
| **Lexmark Staples (p/n 11K3188)** | | | | |
| 1 box of 3 each | 6.78 in (172mm) | 2.91 in (74 mm) | 1.85 in. (47 mm) | 0.67 lb. (0.31 kg) |
| 1 shipping overpack (40 boxes) | 15.6 in. (395 mm) | 14.4 in. (365 mm) | 9.1 in. (230 mm) | 28.5 lb. (12.9 kg) |
| 1 pallet (16 shipping overpacks) | 28.5 in (724 mm) | 30.47 in (774 mm) | 33.07 in (840 mm) | 452.8 lb. (207 kg) |
| **Lexmark Laser Printer Transparencies (letter) (p/n 70X7240)** | | | | |
| 1 box | 11.5 in. (292 mm) | 9 in. (229 mm) | 0.75 in. (19 mm) | 1.25 lb. (0.57 kg) |
| 1 shipping overpack (5 boxes) | 11.8 in. (300 mm) | 9.3 in. (235 mm) | 4.3 in. (109 mm) | 6.9 lb. (3.14 kg) |
| 1 pallet (765 boxes) | 48 in. (1,219 mm) | 40 in. (1,016 mm) | 46.9 in. (1,191 mm) | 991 lb. (449.9 kg) |
| **Lexmark Laser Printer Transparencies (A4) (p/n 12A5010)** | | | | |
| 1 box | 12.3 in. (312 mm) | 8.75 in. (22 mm) | 0.5 in. (13 mm) | 1.25 lb. (0.57 kg) |
| 1 shipping overpack (5 boxes) | 12.6 in. (320 mm) | 9 in. (229 mm) | 4.1 in. (104 mm) | 6.9 lb. (3.14 kg) |
| 1 pallet (720 boxes) | 48 in. (1,219 mm) | 40 in. (1,016 mm) | 46.9 in. (1,191 mm) | 1,035 lb. (469.89 kg) |

## Service Items

The following items are classified as service items, and are not customer-replaceable items.  Service and maintenance items are orderable via the Lexmark Parts Center at 1-800-553-9727.

### Service Part Number and Prices

| Part Number | Description |
|---|---|
| 56P1409 | 110V Maintenance Kit for Lexmark T630, T632 |
| 56P1410 | 220V Maintenance Kit  for Lexmark T630, T632 |

## Administrative Information

### Ordering Information

Reseller customer support is provided by the Lexmark Order Management Center (LOMC).  Orders may be entered through EDI (Electronic Data Interchange) or sent by mail or fax to:

　　　Lexmark International, Inc.

Order Management Center
P.O. Box 11427
Lexington, KY  40575-1427

**Order Entry**
Telephone:  1-800-292-5885
Fax:  1-800-232-9539

**Accounts Receivable**
Telephone:  1-800-847-4778
Fax:  1-800-732-9539

**Hours of Operation**
Monday through Friday, 8 a.m. to 8 p.m., Eastern time

## Terms and Conditions
**Returns Policy**

CONFIDENTIAL - OUTSIDE COUNSEL ONLY

## Announcing Lexmark T630, T632 and T634 Supplies                                    6

The supply products are eligible for returns according to the Product Returns section, covering supplies returns, of Lexmark's Authorized Dealer and Distributor Agreements.  Return authorization will be handled according to the Lexmark Returns Policy. A copy of the form is included as Attachment A.

### Lexmark Channels
These products are available to Lexmark resellers under the terms of Lexmark's Authorized Dealer and Distributor Agreements.

## Warranty Service
The Lexmark T630, T632 and T634 Print Cartridges are considered supply items and are required to be returned prior to the processing of any supplies warranty claim. Please refer to Announcement Letter LEX 03-087 dated April 7, 2003, for complete processing procedures.

## Trademarks
*Prebate* and StapleSmart are trademarks of Lexmark International, Inc., registered in the United States and/or other countries.

Operation ReSource is a service mark of Lexmark International, Inc.

All other trademarks are the properties of their respective owners.

CONFIDENTIAL - OUTSIDE COUNSEL ONLY

*APPENDIX A*

## Participating Lexmark Reseller Empty Cartridge Collection Program Blanket Return Authorization Enrollment Form
*(all sections must be completed for enrollment)*

Reseller Name: _____ Lexmark Customer No.: _____

Reseller Address:    _____

_____

_____

Reseller Phone No.: _____ Reseller Fax No.: _____

Reseller Contact: _____

# *FAX COMPLETED FORM TO LEXMARK AT 800-232-9539*

*(to be completed by Lexmark)*
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>><<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<

*Empty cartridge blanket Return Authorization Number:* _____

**Lexmark designated freight provider for prepaid pickup and shipping of authorized empty cartridge returns:**

Freight Provider: _____

Telephone to arrange pickup: _____

**Enrolled Dealer RA form sent/faxed on:** _____

>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>><<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<

CONFIDENTIAL - OUTSIDE COUNSEL ONLY

CONFIDENTIAL - OUTSIDE COUNSEL ONLY



# Supplies Marketing Bulletin

**April 7, 2003**

# Announcing the Supplies for the Lexmark T630, T632 and T634 Printers

**Today Lexmark announces T630, T632 and T634 print cartridges, offering increased yields, quality performance, and outstanding value.**





**740 West New Circle Road, Lexington, KY 40550**
Lexmark and Lexmark with diamond design are trademarks of Lexmark
International, Inc., registered in the United States and/or other countries.

CONFIDENTIAL - OUTSIDE COUNSEL ONLY

## Supplies Part Numbers

| Part Number | Description | Yield** |
|---|---|---|
| 12A7360 | Lexmark T630, T632 and T634 Print Cartridge | 5,000 pages |
| 12A7362 | Lexmark T630, T632 and T634 High Yield Print Cartridge | 21,000 pages |
| 12A7365 | Lexmark T632 and T634 Extra High Yield Print Cartridge | 32,000 pages |
| 12A7460 | Lexmark T630, T632 and T634 *Prebate*™ Print Cartridge | 5,000 pages |
| 12A7462 | Lexmark T630, T632 and T634 High Yield *Prebate* Print Cartridge | 21,000 pages |
| 12A7465 | Lexmark T632 and T634 Extra High Yield *Prebate* Print Cartridge | 32,000 pages |
| 12A7468 | Lexmark T630, T632 and T634 High Yield *Prebate* Print Cartridge for Label Applications | 21,000 pages |
| 12A7469 | Lexmark T632 and T634 Extra High Yield *Prebate* Print Cartridge for Label Applications | 32,000 pages |
| 11K3188* | Lexmark Staple Cartridges | |
| 70X7240* | Lexmark Laser Printer Transparencies (letter) | |
| 12A5010* | Lexmark Laser Printer Transparencies (A4) | |

\* existing part number

\*\* at approximately 5% coverage

## Hardware Overview

The Lexmark T630, T632, and T634 offer medium to large workgroup users exceptional performance. The Lexmark T630 is a powerful workgroup laser printer at an outstanding value. The Lexmark T632 is a versatile laser printer that handles complex output close to your workspace. And the Lexmark T634 is a high-speed workgroup laser printer for high-volume printing. Each model ships with a 21,000-page* High Yield Prebate Print Cartridge to keep workgroups productive.

*at approximately 5% coverage

The Lexmark T630, T632 and T634 are easily expandable with modular paper options, including multiple input and output capacities, envelope feeder option, and duplex option. With its revolutionary StapleSmart™ Finisher, jobs can be automatically stapled and offset stacked, speeding up these processes and separating print jobs. Lexmark's multifunction capability can be added to any of these printers to leverage your printer investment to gain copying, scanning and faxing.

## StapleSmart Finisher Overview

The Lexmark StapleSmart finisher is a smart, compact, modular, finishing solution for the T630, T632, and T634 printers. The StapleSmart finisher offers single-position stapling for A4, letter, legal, or folio paper sizes, stapling up to 25 sheets per set. Lexmark's StapleSmart finisher also offers dual position job offset and high capacity stacking to address high volume network printing demands. The finisher has two convenient storage compartments for storing extra staple cartridges. Smart sensing indicates when the staple supply is low as well as when staples run out.

## Supplies Overview
### Design

The T630 series cartridges use a clean-hands single element design to make installation easy for any user. New, longer lasting yields allow customers to spend more time printing impressive documents and less time changing cartridges. As with all Lexmark supplies, these cartridges are designed for the highest quality output, page after page, thanks to our technical experience, high production standards and rigorous product testing.

### Customer Choice

Lexmark offers a wide choice of cartridges, allowing customers to tailor solutions to fit their business needs. Choices include *Prebate* and non-*Prebate* cartridges available in multiple yields as well as special cartridges with oiled fuser wipers for customers who do a large amount of label printing.

Customers can choose a 5,000-page Print Cartridge or a 21,000-page High Yield Print Cartridge to work with any of their T630, T632 or T634 printers. The 5,000-page Print Cartridge is an excellent choice for customers with unit price sensitivity and low print volumes. The 21,000-page High Yield Print Cartridge improves productivity

## Announcing Lexmark T630, T632, T634 Supplies    **3**

and reduces hidden operating costs by reducing scheduled interventions and ordering. It's also friendlier for the environment, requiring fewer cartridges and less packaging.

T632 and T634 customers have an additional choice of 32,000-page Extra High Yield Print Cartridge to keep printers productive under heavier usage demands and to even further diminish per page costs.

### Compatibility
The Lexmark T630, T632 and T634 print cartridges are not compatible with past generations of Lexmark printers

The Extra High Yield Print Cartridge is compatible with T632 and T634 only. It is not compatible with T630 printers.

## Prebate

Lexmark T630, T632 and T634 users can get a significant up-front discount (a "pre-rebate" or *Prebate*) on Lexmark T630, T632 and T634 *Prebate* print cartridges. The discount is at time of purchase, not months after the cartridge is empty, and it applies without cumbersome coupons to track or forms to fill out.

Regular-price cartridges with regular terms and conditions are available for those customers who do not choose the *Prebate* cartridge with its terms.

## Prebate Terms and Conditions

The *Prebate* program conditions are an essential part of the *Prebate* offering. For this "up-front rebate" from Lexmark, the user agrees that this cartridge will be used only once and that the empty cartridge will be returned only to Lexmark for remanufacturing and recycling. By selling this *Prebate* cartridge, you, our reseller, likewise are agreeing to comply with these terms and conditions

– to return an empty *Prebate* cartridge only to Lexmark if one comes into your possession.

## Empty Cartridge Returns

Used Lexmark cartridges should be returned to Lexmark for appropriate remanufacturing and recycling, at no cost to the customer, through Lexmark's Operation ReSource[SM] program or through Authorized Lexmark Resellers participating in the Authorized Reseller Empty Cartridge Collection Program. Program details can be obtained by calling 1-800-LEXMARK (800-539-6275), extension 108.

## Operation ReSource

Operation ReSource is a free and simple way to return empty cartridges directly to Lexmark for appropriate recycling. Customers should simply repackage the empty cartridge in the box from the new replacement cartridge and reseal with clear packing tape, apply the provided shipping label, and complete the return address information on the label.

In the USA, Lexmark offers free return shipping via UPS. Customers should drop the package off at a UPS authorized shipping center or give to a UPS carrier during the next UPS delivery. Customers can visit Operation ReSource online at www.lexmark.com/or to learn more about the program or to print a prepaid US postal service shipping label. Customers may also call the Operation ReSource phone number at 1-800-LEXMARK (800-539-6275), ext.108 to request additional labels.

For free shipping in other countries, customers should follow the instructions provided with the cartridge or visit Operation ReSource online at www.lexmark.com/or where they can learn more about Operation ReSource in their area. Some countries now also offer online printing of local prepaid return shipping labels.

CONFIDENTIAL - OUTSIDE COUNSEL ONLY

## Announcing Lexmark T630, T632 and T634 Supplies          4

### Pricing

| Part Number | Description | UPC | MSRP[1] | Reseller Price | Minimum Reseller Quantity |
|---|---|---|---|---|---|
| 12A7360 | Lexmark T630, T632 and T634 Print Cartridge | 7-34646-11809-5 | | | 1 each |
| 12A7362 | Lexmark T630, T632 and T634 High Yield Print Cartridge | 7-34646-11810-1 | | | 1 each |
| 12A7365 | Lexmark T632 and T634 Extra High Yield Print Cartridge | 7-34646-11811-8 | | | 1 each |
| 12A7460 | Lexmark T630, T632 and T634 *Prebate* Print Cartridge | 7-34646-11812-5 | | | 1 each |
| 12A7462 | Lexmark T630, T632 and T634 High Yield *Prebate* Print Cartridge | 7-34646-11813-2 | | | 1 each |
| 12A7465 | Lexmark T632 and T634 Extra High Yield *Prebate* Print Cartridge | 7-34646-11814-9 | | | 1 each |
| 12A7468 | Lexmark T630, T632 and T634 High Yield *Prebate* Print Cartridge for Label Applications | 7-34646-11815-6 | | | 1 each |
| 12A7469 | Lexmark T632 and T634 Extra High Yield *Prebate* Print Cartridge for Label Applications | 7-34646-11816-3 | | | 1 each |
| 11K3188 | Lexmark Staple Cartridges | 7-34646-20993-9 507-24646-20993-4 | | | 1 box of 3 each |
| 70X7240 | Lexmark Laser Printer Transparencies, letter | 7-34646-03810-2 107-34646-03810-9 | | | 1 box |
| 12A5010 | Lexmark Laser Printer Transparencies, A4 | 7-34646-13899-4 507-34646-13899-9 | | | 1 box |

[1] MSRP  Manufacturer's Suggested Retail Price (MSRP):  This price is Lexmark's suggested resale price and is subject to change without notice.  This price is for information purposes only.  Lexmark's and our Resellers' prices may vary.

[2] This product is only available for direct end-user sales @ Lexmark Direct, 1-800-438-2468 and www.lexmark.com.

## Technical Information

**Lexmark T630, T632 and T634 Print Cartridge**
**PNs 12A7360, 12A7460**
- Yield: 5,000 pages at approximately 5% coverage
- Warranty:  Limited Lifetime
- Estimated Average Annual Usage: 6-8 each
- For products distributed to the Americas, the cartridge is Assembled In Mexico.
- For products distributed to Europe, the Middle East, Africa, and Asia Pacific, the cartridge is Made in China.

**Lexmark T630, T632 and T634**
**High Yield Print Cartridge**
**PNs 12A7362, 12A7462, 12A7468**
- Yield: 21,000 pages at approximately 5% coverage
- Warranty:  Limited Lifetime
- Estimated Average Annual Usage:  3 each
- For products distributed to the Americas, the cartridge is Assembled In Mexico.

**Lexmark T632 and T634**
**Extra High Yield Print Cartridge**
**PNs 12A7365, 12A7465, 12A7469**
- Yield: 32,000 pages at approximately 5% coverage
- Warranty:  Limited Lifetime
- Estimated Average Annual Usage:  2-3 each
- For products distributed to the Americas, the cartridge is Assembled In Mexico.
- For products distributed to Europe, the Middle East, Africa, and Asia Pacific, the cartridge is Made in China.

**Lexmark Staple Cartridges**
**PN 11K3188**
- Individual package includes 3 staple cartridges with 3,000 staples each (totaling 9,000 staples)
- Warranty:  Limited Lifetime
- Estimated Average Annual Usage:  1 each
- Made in Japan

CONFIDENTIAL - OUTSIDE COUNSEL ONLY

## Announcing Lexmark T630, T632 and T634 Supplies                                   5

### Supplies Packaging and Shipping Information

All eight cartridge SKUs have identical shipping package dimensions and pallet configuration. Cartridges are stacked with 9 individual cartons per layer and 6 layers per pallet. The dimensions are as follows.

| | Length | Width | Height | Weight |
|---|---|---|---|---|
| **Lexmark T630, T632, T634 Print Cartridge** (p/n 12A7360 and 12A7460) | | | | |
| 1 box | 13 in.(330 mm) | 15.55 in. (395 mm) | 7.36 in. (187 mm) | 4 lb. (1.8 kg) |
| 1 pallet (54 boxes) | 40 in.(1,016 mm) | 48 in.(1,219 mm) | 48.66 in. (1,236 mm) | 256 lb. (116.4 kg) |
| **Lexmark T630, T632, T634 High Yield Print Cartridge** (p/n 12A7362, 12A7462, 12A7468) | | | | |
| 1 box | 13 in.(330 mm) | 15.55 in. (395 mm) | 7.36 in. (187 mm) | 4.8 lb. (2.2 kg) |
| 1 pallet (54 boxes) | 40 in.(1,016 mm) | 48 in.(1,219 mm) | 48.66 in. (1,236 mm) | 299.2 lb. (136 kg) |
| **Lexmark T630, T632, T634 Extra High Yield Print Cartridge** (p/n 12A7365, 12A7465, 12A7469) | | | | |
| 1 box | 13 in.(330 mm) | 15.55 in. (395 mm) | 7.36 in. (187 mm) | 5.4 lb. (2.5 kg) |
| 1 pallet (54 boxes) | 40 in.(1,016 mm) | 48 in.(1,219 mm) | 48.66 in. (1,236 mm) | 331.6 lb. (150.7 kg) |
| **Lexmark Staples** (p/n 11K3188) | | | | |
| 1 box of 3 each | 6.78 in (172mm) | 2.91 in (74 mm) | 1.85 in. (47 mm) | 0.67 lb. (0.31 kg) |
| 1 shipping overpack (40 boxes) | 15.6 in. (395 mm) | 14.4 in. (365 mm) | 9.1 in. (230 mm) | 28.5 lb. (12.9 kg) |
| 1 pallet (16 shipping overpacks) | 28.5 in (724 mm) | 30.47 in (774 mm) | 33.07 in (840 mm) | 452.8 lb. (207 kg) |
| **Lexmark Laser Printer Transparencies (letter)** (p/n 70X7240) | | | | |
| 1 box | 11.5 in. (292 mm) | 9 in. (229 mm) | 0.75 in. (19 mm) | 1.25 lb. (0.57 kg) |
| 1 shipping overpack (5 boxes) | 11.8 in. (300 mm) | 9.3 in. (235 mm) | 4.3 in. (109 mm) | 6.9 lb. (3.14 kg) |
| 1 pallet (765 boxes) | 48 in. (1,219 mm) | 40 in. (1,016 mm) | 46.9 in. (1,191 mm) | 991 lb. (449.9 kg) |
| **Lexmark Laser Printer Transparencies (A4)** (p/n 12A5010) | | | | |
| 1 box | 12.3 in. (312 mm) | 8.75 in. (22 mm) | 0.5 in. (13 mm) | 1.25 lb. (0.57 kg) |
| 1 shipping overpack (5 boxes) | 12.6 in. (320 mm) | 9 in. (229 mm) | 4.1 in. (104 mm) | 6.9 lb. (3.14 kg) |
| 1 pallet (720 boxes) | 48 in. (1,219 mm) | 40 in. (1,016 mm) | 46.9 in. (1,191 mm) | 1,035 lb. (469.89 kg) |

### Service Items

The following items are classified as service items, and are not customer-replaceable items. Service and maintenance items are orderable via the Lexmark Parts Center at 1-800-553-9727.

#### Service Part Number and Prices

| Part Number | Description |
|---|---|
| 56P1409 | 110V Maintenance Kit for Lexmark T630, T632 |
| 56P1410 | 220V Maintenance Kit for Lexmark T630, T632 |

### Administrative Information

#### Ordering Information

Reseller customer support is provided by the Lexmark Order Management Center (LOMC). Orders may be entered through EDI (Electronic Data Interchange) or sent by mail or fax to:

Lexmark International, Inc.

Order Management Center
P.O. Box 11427
Lexington, KY 40575-1427

#### Order Entry

Telephone: 1-800-292-5885
Fax: 1-800-232-9539

#### Accounts Receivable

Telephone: 1-800-847-4778
Fax: 1-800-732-9539

#### Hours of Operation

Monday through Friday, 8 a.m. to 8 p.m., Eastern time

### Terms and Conditions

#### Returns Policy

CONFIDENTIAL - OUTSIDE COUNSEL ONLY

## Announcing Lexmark T630, T632 and T634 Supplies                    6

The supply products are eligible for returns according to the Product Returns section, covering supplies returns, of Lexmark's Authorized Dealer and Distributor Agreements.  Return authorization will be handled according to the Lexmark Returns Policy. A copy of the form is included as Attachment A.

**Lexmark Channels**

These products are available to Lexmark resellers under the terms of Lexmark's Authorized Dealer and Distributor Agreements.

## Warranty Service

The Lexmark T630, T632 and T634 Print Cartridges are considered supply items and are required to be returned prior to the processing of any supplies warranty claim. Please refer to Announcement Letter LEX 03-087 dated April 7, 2003, for complete processing procedures.

## Trademarks

*Pre*bate and StapleSmart are trademarks of Lexmark International, Inc., registered in the United States and/or other countries.

Operation ReSource is a service mark of Lexmark International, Inc.

All other trademarks are the properties of their respective owners.

CONFIDENTIAL - OUTSIDE COUNSEL ONLY

*APPENDIX A*

## Participating Lexmark Reseller Empty Cartridge Collection Program Blanket Return Authorization Enrollment Form

*(all sections must be completed for enrollment)*

Reseller Name: _____    Lexmark Customer No.:_____

Reseller Address:    _____

_____

_____

Reseller Phone No.:    _____    Reseller Fax No.: _____

Reseller Contact:    _____

## FAX COMPLETED FORM TO LEXMARK AT 800-232-9539

*(to be completed by Lexmark)*

>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>><<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<

Empty cartridge blanket Return Authorization Number: _____

**Lexmark designated freight provider for prepaid pickup and shipping of authorized empty cartridge returns:**

Freight Provider: _____

Telephone to arrange pickup: _____

**Enrolled Dealer RA form sent/faxed on:** _____

>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>><<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<

CONFIDENTIAL - OUTSIDE COUNSEL ONLY

CONFIDENTIAL - OUTSIDE COUNSEL ONLY

# Supplies Marketing Announcement

June 27, 2005

Announcing Supplies for Lexmark T640, T642 and T644 printers

**For Internal Use Only**

**Lexmark introduces T640 series supplies for best quality results.**



## LEXMARK™

**740 West New Circle Road, Lexington, KY 40550**
Lexmark and Lexmark with diamond design are trademarks of Lexmark
International, Inc., registered in the United States and/or other countries.

www.lexmark.com

CONFIDENTIAL - OUTSIDE COUNSEL ONLY

**Announcing Lexmark T640, T642, T644 Supplies** 2

## T640 Series Supplies List

| SKU | Description | Average Cartridge Yield[1] | T640 | T642 | T644 |
|-----|-------------|---------------------------|------|------|------|
| 64015SA[2] | Return Program Print Cartridge | 6,000 standard pages | • | • | • |
| 64015HA[2] | High Yield Return Program Print Cartridge | 21,000 standard pages | • | • | • |
| 64415XA[2] | Extra High Yield Return Program Print Cartridge | 32,000 standard pages | | | • |
| 64004HA[2] | High Yield Return Program Print Cartridge for Label Applications | 21,000 standard pages | • | • | • |
| 64404XA[2] | Extra High Yield Return Program Print Cartridge for Label Applications | 32,000 standard pages | | | • |
| 64035SA[2] | Print Cartridge | 6,000 standard pages | • | • | • |
| 64035HA[2] | High Yield Toner Cartridge | 21,000 standard pages | • | • | • |
| 64435XA[2] | Extra High Yield Print Cartridge | 32,000 standard pages | | | • |

| SKU | Description | Quantity | T640 | T642 | T644 |
|-----|-------------|----------|------|------|------|
| 11K3188 | Lexmark StapleSmart™ Staples | 3 staple cartridges containing 3,000 staples each **total 9,000 staples** | • | • | • |
| 70X7240 | Lexmark Laser Printer Transparencies (letter) | 1 box of 50 sheets | • | • | • |
| 12A5010 | Lexmark Laser Printer Transparencies (A4) | 1 box of 50 sheets | • | • | • |

[1] Declared yield value in accordance with ISO/IEC 19752.
[2] Designed for use only in the USA and Canada.

For Internal Use Only

### Hardware Overview

Lexmark T640 series printers offer easy, flexible business printing for security-conscious customers.

#### Exceptional Performance

Produce professional output with trouble-free printing. Lexmark T640 series printers offer fast printing with up to 50 pages per minute (letter) and swift first page printing as quickly as 6 seconds.

#### Easy

Business isn't easy, but printing can be. T640 series printers feature intuitive, customizable display panels with "show-me" information and graphics as well as easy-access job cancel.

#### Security is Key

Protect your investment with enhanced security-minded communication. Access locked printer menus for device configuration using personal identification numbers, protect documents on the printer hard drive using 128-bit data encryption*, and restrict output to print only during appropriate business hours*.

*requires optional printer hard drive

### Outstanding Value

Grow your bottom line by reducing printing costs. Lexmark T640 series printers feature easily installed common supplies and paper-handling options as well as more specific diagnostics to help pin point trouble areas faster.

Lexmark T640 and T642 printers each include a Return Program Print Cartridge (Average Cartridge Yield 6,000-standard pages*). Lexmark T644 printers include a High Yield Return Program Print Cartridge (Average Cartridge Yield 21,000 standard pages*). Lexmark T640, T642 and T644 printers offer up to 50% toner savings.

* Declared yield value in accordance with ISO/IEC 19752

### Supplies Overview

Lexmark supplies are designed for the highest quality output, page after page. Only Lexmark supplies are custom designed with the printer to guarantee performance and keep documents looking good from first page to last.

CONFIDENTIAL - OUTSIDE COUNSEL ONLY
LEX 05-152

## Announcing Lexmark T640, T642, T644 Supplies                    3

### Exceptional yield

Replace supplies less often.   T640, T642 and T644 printers offer high-capacity aftermarket cartridges in their class.

\* Declared yield value in accordance with ISO/IEC 19752

### Easy installation, easy management, easy ordering

Lexmark's intuitive, front-loading design makes supplies easy to install.  Simplify inventory management by choosing common supplies that work with all T640, T642 and T644 printers.

T640, T642 and T644 printers feature intuitive, customizable display panels with "show-me" information and graphics with more specific diagnostics to help pinpoint trouble areas faster.  Customers can print device statistics from the printer's interactive display panel.

Supplies low alerts remind the customer when it's time to order and replace supplies. Customers can check supplies status anytime in three convenient places:

* via the printer's interactive display panel
* through the printer's resident web page
* in MarkVision Professional

Network models offer automatic e-mail alerts when supplies need attention.  Customers can enable this handy feature through the printer's resident web page.  They can even customize it to contact an individual or a group.

### Outstanding performance

Lexmark supplies are the key to producing the best quality results with your Lexmark printer.  Lexmark technology works seamlessly together to put toner exactly where you want it – for professional documents every time.  Use Lexmark supplies to avoid costly reprints or worse yet, lost information due to toner that is not properly transferred or fused.  Lexmark's transfer roll, inside the cartridge, is built to perform with a wide range of media.  It's durable enough to withstand rough papers, yet smooth enough so toner won't stick to it.

### Quality Promise

Lexmark supplies are built around the promise of **True. Image. Always**.  Original Lexmark supplies, used together with the printer, deliver the highest performance and quality available.

* **True.**  Lexmark supplies are exclusively designed—from conception—for your Lexmark printer.  This means each original product performs reliably with unparalleled quality.  Using original Lexmark supplies provides the best value for your investment.

* **Image.**  At Lexmark, we believe in making great impressions.  That's why our supplies are engineered to create documents with the crispness and quality to meet the highest professional standards.  Lexmark understands the technology and how to make it work for you.  Wherever you work, whatever you print, project your character.

* **Always.**  Lexmark supplies are designed to provide dependable performance, page after page, year after year.  Rugged, rigorous, demanding test procedures submit Lexmark supplies products to the rigorous testing even our most demanding customers experience exceptional, original quality.  Count on Lexmark.

### Region-Specific Supplies

Lexmark is introducing region-specific supplies for selected products.  Four distinct sets of supplies will be available to support the T640 in four world regions:

1. USA and Canada
2. Europe, the Middle East and Africa
3. Asia Pacific, including Australia and New Zealand
4. Latin America, including Puerto Rico and the Caribbean

Printers announced in each region work only with the respective supplies designed for and announced in that same region.  T640, T642 and T644 printers purchased for use in the USA or Canada function only with replacement supplies designed for use in the USA and Canada.

### Identification

Order the part numbers listed in this announcement for use in the USA.  For further verification of region, look for a regional statement with other product-specific information on the outside of each T640, T642, T644 print cartridge box.   The printer packaging will also indicate the region in which the product is designed to be used.

CONFIDENTIAL - OUTSIDE COUNSEL ONLY

## Announcing Lexmark T640, T642, T644 Supplies                    4

**Benefits**
Region-specific supplies enable Lexmark to tailor
offerings to specific markets, protect the resellers value
of Lexmark supplies within a region and help to
eliminate paths for counterfeit products to enter a
region.  Region-specific supplies are intended to protect
both authorized Lexmark supplies resellers and
Lexmark end user customers.

## Return Program Cartridges

T640 series print cartridges are available in Return
Program or regular versions.

Return Program cartridges are sold at a discount
(versus the price of the corresponding regular
cartridge) in exchange for the customer's agreement
to use the cartridge only once and return it only to
Lexmark for remanufacturing or recycling. By selling
this Return Program cartridge, you, our reseller,
likewise are agreeing to comply with these terms and
conditions – to return an empty Return Program
cartridge only to Lexmark if one comes into your
possession.

Regular cartridges without this agreement are also
available for customers who do not choose the
Return Program cartridge with its terms.

**Empty Cartridge Returns**
Used Lexmark cartridges should be returned to
Lexmark for appropriate remanufacturing and
recycling, at no cost to the customer, through the
Lexmark Cartridge Collection Program.  Customers
can return spent cartridges either directly to Lexmark

or through participating Authorized Lexmark
Resellers.

**Returns direct from customers to Lexmark**
Free shipping is as easy as 1, 2, 3!  Customers in the
continental United States should:

1. Repackage the empty cartridge in the box from
   the replacement cartridge.  The box top includes
   tabs that tuck to secure the box closed.  No tape
   is needed.
2. Complete the return address on the UPS
   shipping label provided and attach the label to
   the carton.
3. Drop the package off at an authorized UPS
   shipping center or give to a UPS carrier during
   the next UPS delivery.

Customers in Alaska and Hawaii should visit
www.lexmark.com/recycle to print a postage-paid US
Postal Service label. This convenient e-return
capability is available anytime, for customers anywhere
in the US. Customers without web access may call
1-800-LEXMARK (800-539-6275), ext. 108.

For requesting cartridge returns in other countries,
customers should visit www.lexmark.com/recycle and
select their home country.

**Returns through participating Authorized
Resellers**
See details about the Authorized Lexmark Resellers
Empty Cartridge Collection Program in the LEX 043-
096 announcement, dated July, 7, 2004, which
contains revised terms and conditions for the
program.

## Pricing, UPCs and Minimum Order Quantity

| PN | Description | UPC | MSRP[1] | Reseller Price | Reseller Minimum Order Quantity |
|---|---|---|---|---|---|
| 64015SA[2] | T640, T642, T644 Return Program Print Cartridge | 7-34646-03550-7 | | | 1 each |
| 64015HA[2] | T640, T642, T644 High Yield Return Program Print Cartridge | 7-34646-03552-1 | | | 1 each |
| 64415XA[2] | T644 Extra High Yield Return Program Print Cartridge | 7-34646-03554-5 | | | 1 each |
| 64004HA[2] | T640, T642, T644 High Yield Return Program Print Cartridge for Label Applications | 7-34646-03556-9 | | | 1 each |
| 64404XA[2] | T644 Extra High Yield Return Program Print Cartridge for Label Applications | 7-34646-03557-6 | | | 1 each |
| 64035SA[2] | T640, T642, T644 Print Cartridge | 7-34646-03551-4 | | | NA |
| 64035HA[2] | T640, T642, T644 High Yield Print Cartridge | 7-34646-03553-8 | | | 1 each |
| 64435XA[2] | T644 Extra High Yield Print Cartridge | 7-34646-03555-2 | | | 1 each |

CONFIDENTIAL - OUTSIDE COUNSEL ONLY

## Announcing Lexmark T640, T642, T644 Supplies                          5

| 11K3188 | Lexmark StapleSmart™ Staples | 7-34646-20993-9 | | 1 box |
| 70X7240 | Lexmark Laser Printer Transparencies, letter | 7-34646-03810-2<br>107-34646-03810-9 | | 1 box |
| 12A5010 | Lexmark Laser Printer Transparencies, A4 | 7-34646-13899-4<br>507-34646-13899-9 | | 1 box |

[1] MSRP  Manufacturer's Suggested Retail Price (MSRP):  This price is Lexmark's suggested resale price and is subject to change without notice.  This price is for information purposes only.  Lexmark's and our Resellers' prices may vary.
[2] Designed for use only in the USA and Canada

## Technical Information

| SKU | Average Cartridge Yield | T | T | T | Warranty | Country of Origin | Est. Annual Usage | S |
|---|---|---|---|---|---|---|---|---|
| 64015SA[2] | 6,000 standard pages | • | • | • | Limited Lifetime | Made in Mexico or China | 6-8 each | 2 |
| 64015HA[2] | 21,000 standard pages | • | • | • | Limited Lifetime | Made in Mexico | 3 each | 2 |
| 64415XA[2] | 32,000 standard pages | | | • | Limited Lifetime | Made in Mexico | 2-3 each | 2 |
| 64004HA[2] | 21,000 standard pages | • | • | • | Limited Lifetime | Made in Mexico | 3 each | 2 |
| 64404XA[2] | 32,000 standard pages | | | • | Limited Lifetime | Made in Mexico | 2-3 each | 2 |
| 64035SA[2] | 6,000 standard pages | • | • | • | Limited Lifetime | Made in Mexico | 6-8 each | 2 |
| 64035HA[2] | 21,000 standard pages | • | • | • | Limited Lifetime | Made in Mexico | 3 each | 2 |
| 64435XA[2] | 32,000 standard pages | | | • | Limited Lifetime | Made in Mexico | 2-3 each | 2 |

| SKU | Quantity | T | T | T | Warranty | Country of Origin | Est. Annual Usage | S |
|---|---|---|---|---|---|---|---|---|
| 11K3188 | 3 staple cartridges of 3,000 staples each -- *total 9,000 staples* | • | • | • | Limited Lifetime | Made in Japan | < 1 each | 2 |
| 70X7240 | 1 box of 50 transparencies | • | • | • | Limited Lifetime | Made in USA | < 1 each | 2 |
| 12A5010 | 1 box of 50 transparencies | • | • | • | Limited Lifetime | Made in USA | < 1 each | 2 |

[1] Declared yield value in accordance with ISO/IEC 19752.
[2] Designed for use only in the USA and Canada

## Packaging and Shipping Information

| Description | PN | Quantity | Length | Width | Height | Weight |
|---|---|---|---|---|---|---|
| Standard Yield Print Cartridge | 64015SA | 1 cartridge (1 ea.) | 15.75 in. (400.1 mm) | 6.5 in. (165.1 mm) | 11.2 in. (285.3 mm) | 4.0 lb. (1.8 kg) |
| | 64035SA | 1 pallet (72 ea.) | 48 in. (1,219 mm) | 40 in. (1,016 mm) | 51.4 in. (1,308 mm) | 328 lb. (149 kg) |
| High Yield Print Cartridge | 64015HA | 1 cartridge (1 ea.) | 15.75 in. (400.1 mm) | 6.5 in. (165.1 mm) | 11.2 in. (285.3 mm) | 4.8 lb. (2.18 kg) |
| | 64035HA<br>64004HA | 1 pallet (72 ea.) | 48 in. (1,219 mm) | 40 in. (1,016 mm) | 51.4 in. (1308 mm) | 386 lb. (175 kg) |
| Extra High Yield Print Cartridge | 64415XA | 1 cartridge (1 ea.) | 15.75 in. (400.1 mm) | 6.5 in. (165.1 mm) | 11.2 in. (285.3 mm) | 5.4 lb. (2.5 kg) |
| | 64435XA<br>64404XA | 1 pallet (72 ea.) | 48 in. (1,219 mm) | 40 in. (1,016 mm) | 51.4 in. (1308 mm) | 429 lb. (195 kg) |

| Lexmark Laser Printer | | 1 box of 50 transparencies | 11.5 in. (292 mm) | 9 in. (229 mm) | 0.75 in. (19 mm) | 1.25 lb. (0.57 kg) |
| | | 1 shipping overpack (5 boxes) | 11.8 in. (300 mm) | 9.3 in. (235 mm) | 4.3 in. (109 mm) | 6.9 lb. (3.14 kg) |

CONFIDENTIAL - OUTSIDE COUNSEL ONLY
LEX 05-152                                A2991

## Announcing Lexmark T640, T642, T644 Supplies                                    6

| | | | | | | |
|---|---|---|---|---|---|---|
| Transparencies (letter) | 70X7240 | 1 pallet (765 boxes) | 48 in. (1,219 mm) | 40 in. (1,016 mm) | 46.9 in. (1,191 mm) | 991 lb. (449.9 kg) |
| Lexmark Laser Printer Transparencies (A4) | 12A5010 | 1 box of 50 transparencies | 12.3 in. (312 mm) | 8.75 in. (22 mm) | 0.5 in. (13 mm) | 1.25 lb. (0.57 kg) |
| | | 1 shipping overpack (5 boxes) | 12.6 in. (320 mm) | 9 in. (229 mm) | 4.1 in. (104 mm) | 6.9 lb. (3.14 kg) |
| | | 1 pallet (720 boxes) | 48 in. (1,219 mm) | 40 in. (1,016 mm) | 46.9 in. (1,191 mm) | 1,035 lb. (469.89 kg) |

## Administrative Information

### Ordering Information

Reseller customer support is provided by the Lexmark Order Management Center (LOMC).  Orders may be entered through EDI (Electronic Data Interchange) or sent by mail or fax to:

Lexmark International, Inc.

Order Management Center

P.O. Box 11427

Lexington, KY  40575-1427

### Order Entry

Telephone:  1-800-292-5885

Fax:  1-800-232-9539

### Accounts Receivable

Telephone:  1-800-847-4778

Fax:  1-800-732-9539

### Hours of Operation

Monday through Friday, 8 a.m. to 8 p.m., Eastern time

## Terms and Conditions

### Returns Policy

Supply products are eligible for returns according to the Product Returns section, covering supplies returns, of Lexmark's Authorized Dealer and Distributor Agreements.  Return authorization will be handled according to the Lexmark Returns Policy. A copy of the form is included as Attachment A.

### Lexmark Channels

These products are available to Lexmark resellers under the terms of Lexmark's Authorized Dealer and Distributor Agreements.

## Warranty Service

The items listed in this letter are considered supplies and must be returned before Lexmark processes any compliance warranty claim.  Please refer to Announcement Letter LEX-159 dated February 27, 2004.

### Trademarks

Lexmark and Lexmark with diamond design are trademarks of Lexmark International, Inc.  All other trademarks are the properties of their respective owners.

For Internal Use Only

CONFIDENTIAL - OUTSIDE COUNSEL ONLY

A2992

# Supplies Marketing Announcement

June 27, 2005

## Announcing Supplies for Lexmark T640, T642 and T644 printers

**Lexmark introduces T640 series supplies for best quality results.**



**LEXMARK** ™

**740 West New Circle Road, Lexington, KY 40550**
Lexmark and Lexmark with diamond design are trademarks of Lexmark
International, Inc., registered in the United States and/or other countries.

www.lexmark.com

CONFIDENTIAL - OUTSIDE COUNSEL ONLY

**Announcing Lexmark T640, T642, T644 Supplies**　　　　**2**

## T640 Series Supplies List

| SKU | Description | Average Cartridge Yield[1] | T640 | T642 | T644 |
|-----|-------------|---------------------------|------|------|------|
| 64015SA[2] | Return Program Print Cartridge | 6,000 standard pages | • | • | • |
| 64015HA[2] | High Yield Return Program Print Cartridge | 21,000 standard pages | • | • | • |
| 64415XA[2] | Extra High Yield Return Program Print Cartridge | 32,000 standard pages | | | • |
| 64004HA[2] | High Yield Return Program Print Cartridge for Label Applications | 21,000 standard pages | • | • | • |
| 64404XA[2] | Extra High Yield Return Program Print Cartridge for Label Applications | 32,000 standard pages | | | • |
| 64035SA[2] | Print Cartridge | 6,000 standard pages | • | • | • |
| 64035HA[2] | High Yield Toner Cartridge | 21,000 standard pages | • | • | • |
| 64435XA[2] | Extra High Yield Print Cartridge | 32,000 standard pages | | | • |

| SKU | Description | Quantity | T640 | T642 | T644 |
|-----|-------------|----------|------|------|------|
| 11K3188 | Lexmark StapleSmart™ Staples | 3 staple cartridges containing 3,000 staples each **total 9,000 staples** | • | • | • |
| 70X7240 | Lexmark Laser Printer Transparencies (letter) | 1 box of 50 sheets | • | • | • |
| 12A5010 | Lexmark Laser Printer Transparencies (A4) | 1 box of 50 sheets | • | • | • |

[1] Declared yield value in accordance with ISO/IEC 19752.
[2] Designed for use only in the USA and Canada

## Hardware Overview

Lexmark T640 series printers offer easy, flexible business printing for security-conscious customers.

### Exceptional Performance

Produce professional output with trouble-free printing. Lexmark T640 series printers offer fast printing with up to 50 pages per minute (letter) and swift first page printing as quickly as 6 seconds.

### Easy

Business isn't easy, but printing can be. T640 series printers feature intuitive, customizable display panels with "show-me" information and graphics as well as easy-access job cancel.

### Security is Key

Protect your investment with enhanced security-minded communication. Access locked printer menus for device configuration using personal identification numbers, protect documents on the printer hard drive using 128-bit data encryption*, and restrict output to print only during appropriate business hours*.

*requires optional printer hard drive

### Outstanding Value

Grow your bottom line by reducing printing costs. Lexmark T640 series printers feature easily installed common supplies and paper-handling options as well as more specific diagnostics to help pin point trouble areas faster.

Lexmark T640 and T642 printers each include a Return Program Print Cartridge (Average Cartridge Yield 6,000-standard pages*). Lexmark T644 printers include a High Yield Return Program Print Cartridge (Average Cartridge Yield 21,000 standard pages*). Lexmark T640, T642 and T644 printers offer up to 50% toner savings.

* Declared yield value in accordance with ISO/IEC 19752

## Supplies Overview

Lexmark supplies are designed for the highest quality output, page after page. Only Lexmark supplies are custom designed with the printer to guarantee performance and keep documents looking good from first page to last.

CONFIDENTIAL - OUTSIDE COUNSEL ONLY
LEX 05-152 IND

## Announcing Lexmark T640, T642, T644 Supplies        3

### Exceptional yield

Replace supplies less often.  T640, T642 and T644 printers offer high-capacity aftermarket cartridges in their class.

\* Declared yield value in accordance with ISO/IEC 19752

### Easy installation, easy management, easy ordering

Lexmark's intuitive, front-loading design makes supplies easy to install.  Simplify inventory management by choosing common supplies that work with all T640, T642 and T644 printers.

T640, T642 and T644 printers feature intuitive, customizable display panels with "show-me" information and graphics with more specific diagnostics to help pinpoint trouble areas faster.  Customers can print device statistics from the printer's interactive display panel.

Supplies low alerts remind the customer when it's time to order and replace supplies. Customers can check supplies status anytime in three convenient places:

- via the printer's interactive display panel
- through the printer's resident web page
- in MarkVision Professional

Network models offer automatic e-mail alerts when supplies need attention.  Customers can enable this handy feature through the printer's resident web page. They can even customize it to contact an individual or a group.

### Outstanding performance

Lexmark supplies are the key to producing the best quality results with your Lexmark printer.  Lexmark technology works seamlessly together to put toner exactly where you want it – for professional documents every time.  Use Lexmark supplies to avoid costly reprints or worse yet, lost information due to toner that is not properly transferred or fused.  Lexmark's transfer roll, inside the cartridge, is built to perform with a wide range of media.  It's durable enough to withstand rough papers, yet smooth enough so toner won't stick to it.

### Quality Promise

Lexmark supplies are built around the promise of **True. Image. Always**.  Original Lexmark supplies, used together with the printer, deliver the highest performance and quality available.

- **True.**  Lexmark supplies are exclusively designed—from conception—for your Lexmark printer.  This means each original product performs reliably with unparalleled quality.  Using original Lexmark supplies provides the best value for your investment.

- **Image.**  At Lexmark, we believe in making great impressions.  That's why our supplies are engineered to create documents with the crispness and quality to meet the highest professional standards.  Lexmark understands the technology and how to make it work for you. Wherever you work, whatever you print, project your character.

- **Always.**  Lexmark supplies are designed to provide dependable performance, page after page, year after year. Rugged, rigorous, demanding test procedures push Lexmark supplies products to the outer limits, ensuring even our most demanding customers experience exceptional, original quality. Count on Lexmark.

### Region-Specific Supplies

Lexmark is introducing region-specific supplies for selected products.  Four distinct sets of supplies will be available to support the T640 in four world regions:

1. USA and Canada
2. Europe, the Middle East and Africa
3. Asia Pacific, including Australia and New Zealand
4. Latin America, including Puerto Rico and the Caribbean

Printers announced in each region work only with the respective supplies designed for and announced in that same region.  T640, T642 and T644 printers purchased for use in the USA or Canada function only with replacement supplies designed for use in the USA and Canada.

### Identification

Order the part numbers listed in this announcement for use in the USA.  For further verification of region, look for a regional statement with other product-specific information on the outside of each T640, T642, T644 print cartridge box.  The printer packaging will also indicate the region in which the product is designed to be used.

CONFIDENTIAL - OUTSIDE COUNSEL ONLY

# Announcing Lexmark T640, T642, T644 Supplies                    4

### Benefits

Region-specific supplies enable Lexmark to tailor offerings to specific markets, protect the resellers value of Lexmark supplies within a region and help to eliminate paths for counterfeit products to enter a region. Region-specific supplies are intended to protect both authorized Lexmark supplies resellers and Lexmark end user customers.

## Return Program Cartridges

T640 series print cartridges are available in Return Program or regular versions.

Return Program cartridges are sold at a discount (versus the price of the corresponding regular cartridge) in exchange for the customer's agreement to use the cartridge only once and return it only to Lexmark for remanufacturing or recycling. By selling this Return Program cartridge, you, our reseller, likewise are agreeing to comply with these terms and conditions – to return an empty Return Program cartridge only to Lexmark if one comes into your possession.

Regular cartridges without this agreement are also available for customers who do not choose the Return Program cartridge with its terms.

### Empty Cartridge Returns

Used Lexmark cartridges should be returned to Lexmark for appropriate remanufacturing and recycling, at no cost to the customer, through the Lexmark Cartridge Collection Program. Customers can return spent cartridges either directly to Lexmark or through participating Authorized Lexmark Resellers.

### Returns direct from customers to Lexmark

Free shipping is as easy as 1, 2, 3! Customers in the continental United States should:

1. Repackage the empty cartridge in the box from the replacement cartridge. The box top includes tabs that tuck to secure the box closed. No tape is needed.
2. Complete the return address on the UPS shipping label provided and attach the label to the carton.
3. Drop the package off at an authorized UPS shipping center or give to a UPS carrier during the next UPS delivery.

Customers in Alaska and Hawaii should visit www.lexmark.com/recycle to print a postage-paid US Postal Service label. This convenient e-return service is available anytime, for customers anywhere in the US. Customers without web access may call 1-800-LEXMARK (800-539-6275), ext.108.

For free empty cartridge returns in other countries, customers should visit www.lexmark.com/recycle and select their home country.

### Returns through participating Authorized Resellers

See details about the Authorized Lexmark Resellers Empty Cartridge Collection Program in the LEX 043-096 announcement, dated July, 7, 2004, which contains revised terms and conditions for the program.

## Pricing and UPCs

| PN | Description | UPC | MSRP[1] |
|---|---|---|---|
| 64015SA[2] | T640, T642, T644 Return Program Print Cartridge | 7-34646-03550-7 | |
| 64015HA[2] | T640, T642, T644 High Yield Return Program Print Cartridge | 7-34646-03552-1 | |
| 64415XA[2] | T644 Extra High Yield Return Program Print Cartridge | 7-34646-03554-5 | |
| 64004HA[2] | T640, T642, T644 High Yield Return Program Print Cartridge for Label Applications | 7-34646-03556-9 | |
| 64404XA[2] | T644 Extra High Yield Return Program Print Cartridge for Label Applications | 7-34646-03557-6 | |
| 64035SA[2] | T640, T642, T644 Print Cartridge | 7-34646-03551-4 | |
| 64035HA[2] | T640, T642, T644 High Yield Print Cartridge | 7-34646-03553-8 | |
| 64435XA[2] | T644 Extra High Yield Print Cartridge | 7-34646-03555-2 | |
| 11K3188 | Lexmark StapleSmart™ Staples | 7-34646-20993-9 | |
| 70X7240 | Lexmark Laser Printer Transparencies, letter | 7-34646-03810-2 | |
| 12A5010 | Lexmark Laser Printer Transparencies, A4 | 7-34646-13899-4 | |

CONFIDENTIAL - OUTSIDE COUNSEL ONLY

## Announcing Lexmark T640, T642, T644 Supplies      5

## Technical Information

| SKU | Average Yield[1] | T | T | T | W | C | E U | S L |
|---|---|---|---|---|---|---|---|---|
| 64015SA[2] | 6,000 standard es | • | • | • | L | Mo | 6 | 2 |
| 64015HA[2] | 21,000 standard es | • | • | • | L | M | 3 | 2 |
| 64415XA[2] | 32,000 standard | | | • | L | M | 2 | 2 |
| 64004HA[2] | 21,000 standard | • | • | • | L | M | 3 | 2 |
| 64404XA[2] | 32,000 standard | | | • | L | M | 2 | 2 |
| 64035SA[2] | 6,000 standard | • | • | • | L | M | 6 | 2 |
| 64035HA[2] | 21,000 standard es | • | • | • | L | M | 3 | 2 |
| 64435XA[2] | 32,000 standard es* | | | • | L | M | 2 | 2 |

| SKU | Quantity | T | T | T | W | C | E U | S |
|---|---|---|---|---|---|---|---|---|
| 11K3188 | 3 staple cartridges ples each **total 9,000** *les* | • | • | • | L | M | < | 2 |
| 70X7240 | 1 box of 50 encies | • | • | • | L | M | < | 2 |
| 12A5010 | 1 box of 50 encies | • | • | • | L | M | < | 2 |

[1] Declared yield value in accordance with ISO/IEC 19752.
[2] Designed for use only in the USA and Canada

## Packaging and Shipping Information

| Description | PN | Quantity | Length | Width | Height | Weight |
|---|---|---|---|---|---|---|
| Standard Yield Print Cartridge | 64015SA | 1 cartridge (1 ea.) | 15.75 in. (400.1 mm) | 6.5 in. (165.1 mm) | 11.2 in. (285.3 mm) | 4.0 lb. (1.8 kg) |
| | 64035SA | 1 pallet (72 ea.) | 48 in. (1,219 mm) | 40 in. (1,016 mm) | 51.4 in. (1,308 mm) | 328 lb. (149 kg) |
| High Yield Print Cartridge | 64015HA 64035HA 64004HA | 1 cartridge (1 ea.) | 15.75 in. (400.1 mm) | 6.5 in. (165.1 mm) | 11.2 in. (285.3 mm) | 4.8 lb. (2.18 kg) |
| | | 1 pallet (72 ea.) | 48 in. (1,219 mm) | 40 in. (1,016 mm) | 51.4 in. (1308 mm) | 386 lb. (175 kg) |
| Extra High Yield Print Cartridge | 64415XA 64435XA 64404XA | 1 cartridge (1 ea.) | 15.75 in. (400.1 mm) | 6.5 in. (165.1 mm) | 11.2 in. (285.3 mm) | 5.4 lb. (2.5 kg) |
| | | 1 pallet (72 ea.) | 48 in. (1,219 mm) | 40 in. (1,016 mm) | 51.4 in. (1308 mm) | 429 lb. (195 kg) |

| | | | | | | |
|---|---|---|---|---|---|---|
| Lexmark Laser Printer Transparencies (letter) | 70X7240 | 1 box of 50 transparencies | 11.5 in. (292 mm) | 9 in. (229 mm) | 0.75 in. (19 mm) | 1.25 lb. (0.57 kg) |
| | | 1 shipping overpack (5 boxes) | 11.8 in. (300 mm) | 9.3 in. (235 mm) | 4.3 in. (109 mm) | 6.9 lb. (3.14 kg) |
| | | 1 pallet (765 boxes) | 48 in. (1,219 mm) | 40 in. (1,016 mm) | 46.9 in. (1,191 mm) | 991 lb. (449.9 kg) |
| Lexmark Laser Printer Transparencies (A4) | 12A5010 | 1 box of 50 transparencies | 12.3 in. (312 mm) | 8.75 in. (22 mm) | 0.5 in. (13 mm) | 1.25 lb. (0.57 kg) |
| | | 1 shipping overpack (5 boxes) | 12.6 in. (320 mm) | 9 in. (229 mm) | 4.1 in. (104 mm) | 6.9 lb. (3.14 kg) |
| | | 1 pallet (720 boxes) | 48 in. (1,219 mm) | 40 in. (1,016 mm) | 46.9 in. (1,191 mm) | 1,035 lb. (469.89 kg) |

CONFIDENTIAL - OUTSIDE COUNSEL ONLY

## Announcing Lexmark T640, T642, T644 Supplies                    6

## Warranty Service

The items listed in this letter are considered supplies and must be returned before Lexmark processes any supplies warranty claim. Please refer to Announcement Letter LEX 04-034 dated February 27, 2004.

## Trademarks

Lexmark and Lexmark with diamond design are trademarks of Lexmark International, Inc. All other trademarks are the properties of their respective owners.

LEX01-152    CONFIDENTIAL - OUTSIDE COUNSEL ONLY

A2998



# Supplies Marketing Bulletin

# October 20, 2008

## Announcing Supplies for the New Lexmark T650, T652, T654 Mono Laser Printers

**Today Lexmark announces new supplies for the Lexmark T650n, T650dn, T650dtn, T652n, T652dn, T652dtn, T654n, T654dn and T654dtn laser printers.**

**LEXMARK**™

740 West New Circle Road, Lexington, KY 40550
Lexmark and Lexmark with diamond design are trademarks of Lexmark
International, Inc., registered in the United States and/or other countries.

www.lexmark.com

CONFIDENTIAL - OUTSIDE COUNSEL ONLY

**Announcing Lexmark T650, T652, T654 Supplies**                    **2**

## Supplies

| Part #'s | Description | Yield | T650 | T652 | T654 |
|----------|-------------|-------|------|------|------|
| T650A11A[2] | T650, T652, T654 Return Program Print Cartridge | 7,000 [1] | X | X | X |
| T650A21A[2] | T650, T652, T654 Print Cartridge | 7,000 [1] | X | X | X |
| T650H11A[2] | T650, T652, T654 High Yield Return Program Print Cartridge | 25,000 [1] | X | X | X |
| T650H21A[2] | T650, T652, T654 High Yield Print Cartridge | 25,000 [1] | X | X | X |
| T650H04A[2] | T650, T652, T654 High Yield Return Program Print Cartridge for Label Applications | 25,000 [1] | X | X | X |
| T654X11A[2] | T654 Extra High Yield Return Program Print Cartridge | 36,000 [1] | | | X |
| T654X21A[2] | T654 Extra High Yield Print Cartridge | 36,000 [1] | | | X |
| T654X04A[2] | T654 Extra High Yield Return Program Print Cartridge for Label Applications | 36,000 [1] | | | X |

| Part #'s | Description | Yield | T650 | T652 | T654 |
|----------|-------------|-------|------|------|------|
| 25A0013 | Staples (3 staple cartridges (3 x 5000) | 15,000 | X | X | X |
| 70X7240 | Transparencies (Letter) | 1 box of 50 sheets | X | X | X |
| 12A5010 | Transparencies (A4) | 1 box of 50 sheets | X | X | X |

[1] Declared yield value in accordance with ISO/IEC 19752.
[2] Designed for use only in the USA and Canada

## Hardware Overview

The new T series Lexmark printers deliver products that have big benefits for the medium to large workgroup. The T650, printing up to 45 ppm, provides durability in space-sensitive applications. The T652, for fully featured needs on a budget, prints up to 50 ppm. With printing speeds up to 55 ppm, the T654 supports heavy volume printing and unique application needs. These printers have paper-saving internal duplex, Eco-Mode to reduce power consumption, noise reducing quiet printing, extra high yield toner capacity and the Lexmark Cartridge Collection Program for easy recycling. The new T series printers provide responsible printing for your business.

## Supplies Overview

Lexmark supplies are designed for the highest quality output, page after page. Only Lexmark supplies are custom designed with the printer to guarantee performance and keep documents looking good from first page to last.

The new T series Lexmark printers include new print cartridges which provide the toner capacity to fit your printing needs. The standard yield (7,000[1] pages) and high yield (25,000[1] pages) print cartridges work on all printer models. The T654 printers also support an extra high yield print cartridge with 36,000[1] standard pages. The extra high yield toner capacity is the highest in its class resulting in reduced user interventions, fewer cartridges to recycle and less packaging. The new T65x print cartridges are not backward compatible.

Lexmark T650 printer includes a standard yield (7,000[1] pages) Return Program Print Cartridge in the box. Lexmark T652 and T654 printers include a 10,000[1] page Starter Return Program Print Cartridge. The Lexmark T65x series printers offer user selectable toner darkness settings which can achieve up to 50% toner savings.

CONFIDENTIAL - OUTSIDE COUNSEL ONLY
Confidential Until Announce
**A3000**

## Announcing Lexmark T650, T652, T654 Supplies                    3

### Quality Promise

Lexmark supplies are built around the promise of **True. Image. Always**. Original Lexmark supplies, used together with the printer, deliver the highest performance and quality available.

- **True.** Lexmark supplies are exclusively designed—from conception—for Lexmark printers. This means each original product performs reliably with unparalleled quality. Using original Lexmark supplies provides the best value for the end user.

- **Image.** At Lexmark, we believe in making great impressions. That's why our supplies are engineered to create documents with the crispness and quality to meet the highest professional standards. Lexmark understands the technology and how to make it work.

- **Always.** Lexmark supplies are designed to provide dependable performance, page after page, year after year. Rugged, rigorous, demanding test procedures push Lexmark supplies products to the outer limits, ensuring even our most demanding customers experience exceptional, original quality. Count on Lexmark.

### Region-Specific Supplies

Lexmark continues to offer region-specific supplies for selected products. Four distinct sets of supplies will be available to support the T650, T652 and T654 in four world regions:

1. USA and Canada
2. Europe, the Middle East and Africa
3. Asia Pacific, including Australia and New Zealand
4. Latin America, including Puerto Rico and the Caribbean

Printers installed in each region will work with the respective supplies designed for and announced in that same region. The cartridges that are shipped with the printer include a reorder label directing the customer to the appropriate cartridge part numbers available for use in the customer's region.

#### Identification

Order the part numbers listed in this announcement for use in the USA. For further verification of region, look for a regional statement with other product-specific information on the outside of each T650, T652, T654 print cartridge box.

### Benefits

Region-specific supplies enable Lexmark to tailor offerings to specific markets, protect the resellers value of Lexmark supplies within a region and help to eliminate paths for counterfeit products to enter a region. Region-specific supplies are intended to protect both authorized Lexmark supplies resellers and Lexmark end user customers.

### Return Program Cartridges

T650, T652 and T654 print cartridges are available in Return Program or regular versions.

Return Program cartridges are sold at a discount (versus the price of the corresponding regular cartridge) in exchange for the customer's agreement to use the cartridge only once and return it only to Lexmark for remanufacturing or recycling. By selling this Return Program cartridge, you, our reseller, likewise are agreeing to comply with these terms and conditions – to return an empty Return Program cartridge only to Lexmark if one comes into your possession.

Regular cartridges without this agreement are also available for customers who do not choose the Return Program cartridge with its terms.

#### Lexmark Cartridge Collection Program

All Lexmark Supplies are eligible for return under the Lexmark Cartridge Collection program. Used Lexmark cartridges should be returned to Lexmark for appropriate remanufacturing and recycling, at no cost to the customer, through the Lexmark Cartridge Collection Program. Customers can return spent cartridges either directly to Lexmark or through participating Authorized Lexmark Resellers.

#### Empty Cartridge Return

Free shipping is as easy as 1, 2, 3! Customers in the continental United States should:

1. Repackage the empty cartridge in the box from the replacement cartridge. The box top includes tabs

**Announcing Lexmark T650, T652, T654 Supplies**                4

that tuck to secure the box closed. No tape is needed.

2. Complete the return address on the UPS shipping label provided and attach the label to the carton.

3. Drop the package off at an authorized UPS shipping center or give to a UPS carrier during the next UPS delivery.

Customers in Alaska and Hawaii should visit www.lexmark.com/recycle to print a postage-paid US Postal Service label. This convenient e-return service is available anytime, for customers anywhere in the US. Customers without web access may call 1-800-

LEXMARK (800-539-6275), ext. 108.

For free empty cartridge returns in other countries, customers should visit www.lexmark.com/recycle and select their home country.

**Returns through participating Lexmark Partners**
See details about the Lexmark Partner Empty Cartridge Collection Program in the LEX 06-086 announcement, dated May 30, 2006, which contains revised terms and conditions for the program.

# Pricing

| Part #'s | Description | UPC Code | MSRP* | Reseller Minimum Order Quantity |
|---|---|---|---|---|
| T650A11A[1] | T650, T652, T654 Return Program Print Cartridge | 7-34646-06429-3 | | 1 |
| T650A21A[1] | T650, T652, T654 Print Cartridge | 7-34646-06443-9 | | NA |
| T650H11A[1] | T650, T652, T654 High Yield Return Program Print Cartridge | 7-34646-06430-9 | | 1 |
| T650H21A[1] | T650, T652, T654 High Yield Print Cartridge | 7-34646-06444-6 | | 1 |
| T650H04A[1] | T650, T652, T654 High Yield Return Program Print Cartridge for Label Applications | 7-34646-09068-1 | | 1 |
| T654X11A[1] | T654 Extra High Yield Return Program Print Cartridge | 7-34646-06431-6 | | 1 |
| T654X21A[1] | T654 Extra High Yield Print Cartridge | 7-34646-06445-3 | | 1 |
| T654X04A[1] | T654 Extra High Yield Return Program Print Cartridge for Label Applications | 7-34646-09072-8 | | 1 |
| **Existing Supplies** | | | | |
| 25A0013 | Staples (3 staple cartridges) | 7-34646-55313-1 | | 1 box |
| 70X7240 | Transparencies (letter) | 7-34646-03810-2 | | 1 box |
| 12A5010 | Transparencies (A4) | 7-34646-13899-4 | | 1 box |

[1] Designed for use in USA and Canada
* MSRP (Manufacturer's Suggested Retail Price): This price is Lexmark's suggested resale price and is subject to change without notice. This price is for information purposes only. Lexmark's and our Resellers' prices may vary.

## Technical Information
### Toner Cartridges

| Part #'s | Warranty | Country of Origin | Estimated Annual Usage | Toner Shelf Life* |
|---|---|---|---|---|
| T650A11A | Limited Lifetime | China | 4-7 Cartridges | Approximately 2 years |
| T650A21A | Limited Lifetime | China | 4-7 Cartridges | Approximately 2 years |
| T650H11A | Limited Lifetime | China | 1-3 Cartridges | Approximately 2 years |
| T650H21A | Limited Lifetime | China | 1-3 Cartridges | Approximately 2 years |
| T650H04A | Limited Lifetime | China | 1-3 Cartridges | Approximately 2 years |
| T654X11A | Limited Lifetime | China | 2 Cartridges | Approximately 2 years |
| T654X21A | Limited Lifetime | China | 2 Cartridges | Approximately 2 years |
| T654X04A | Limited Lifetime | China | 2 Cartridges | Approximately 2 years |

* Print cartridges offer a 2 year shelf life when stored in original packaging, in normal office conditions

CONFIDENTIAL - OUTSIDE COUNSEL ONLY
Confidential Until Announce

**Announcing Lexmark T650, T652, T654 Supplies**                    **5**

## Supplies Packaging and Shipping Information

| Part Number | Each | | | | Pallet | | | | Quantity |
|---|---|---|---|---|---|---|---|---|---|
| | Length | Width | Height | Weight | Length | Width | Height | Weight | |
| T650A11A<br>T650A21A | 15.75 in.<br>(400 mm) | 6.38 in.<br>(162 mm) | 11.82 in.<br>(300 mm) | 4.94 lb.<br>(2.24 kg) | 48 in.<br>(1219 mm) | 40 in.<br>(1016 mm) | 49.67 in.<br>(1262 mm) | 380.8 lb.<br>(172.7 kg) | 70 |
| T650H11A<br>T650H21A<br>T650H04A | 15.75 in.<br>(400 mm) | 6.38 in.<br>(162 mm) | 11.82 in.<br>(300 mm) | 5.95 lb.<br>(2.69 kg) | 48 in.<br>(1219 mm) | 40 in.<br>(1016 mm) | 49.67 in.<br>(1262 mm) | 451.5 lb.<br>(204.8 kg) | 70 |
| T654X11A<br>T654X21A<br>T654X04A | 15.75 in.<br>(400 mm) | 6.38 in.<br>(162 mm) | 11.82 in.<br>(300 mm) | 6.65 lb.<br>(3.02 kg) | 48 in.<br>(1219 mm) | 40 in.<br>(1016 mm) | 49.67 in.<br>(1262 mm) | 500.5 lb.<br>(227.02 kg) | 70 |
| 25A0013 | 4.96 in.<br>(126 mm) | 3.03 in.<br>(77 mm) | 1.97 in.<br>(50 mm)) | | | | | | 1200<br>boxes |
| 70X7240<br>Box of 50 Sheets | 9 in.<br>(229 mm) | 11.5 in.<br>(292 mm) | .75 in.<br>(19 mm)) | 1.25 lb.<br>(.57 kg) | | | | | |
| 70X7240<br>Shipping Overpack - 5 Boxes | 9.3 in.<br>(236.2 mm) | 11.8 in.<br>(300 mm) | 4.3 in.<br>(109 mm) | 6.9 lb.<br>(3.14 kg) | 40 in.<br>(1016 mm) | 48 in.<br>(1219 mm) | 46.9 in.<br>(1191 mm) | 991 lb.<br>(449.9 kg) | 765 boxes |
| 12A5010<br>Box of 50 Sheets Each | 8.75 in.<br>(223 mm) | 12.3 in.<br>(312 mm) | .5 in.<br>(13 mm)) | 1.25 lb.<br>(.57 kg) | | | | | |
| 12A5010<br>Shipping Overpack - 5 Boxes | 9 in.<br>(229 mm) | 12.6 in.<br>(320 mm) | 4.1 in.<br>(104 mm) | 6.9 lb.<br>(3.14 kg) | 40 in.<br>(1016 mm) | 48 in.<br>(1219 mm) | 46.9 in.<br>(1191 mm) | 1035 lb.<br>(469.9 kg) | 720 boxes |

## Administrative Information

### Ordering Information

Reseller customer support is provided by the Lexmark Customer Management Center (CMC). Orders may be entered through Electronic Data Interchange (EDI) or sent by mail or fax to:

> Lexmark International, Inc.
> Customer Management Center
> P.O. Box 11427
> Lexington, KY 40575-1427

### Order Entry

Telephone: 1-800-292-5885
Fax: 1-800-232-9539

### Accounts Receivable

Telephone: 1-800-847-4778
Fax: 1-800-732-9539

### Hours of Operation

Monday through Friday, 8 a.m. to 6 p.m., Eastern time

## Terms and Conditions

### Returns Policy

The supply products are eligible for returns according to the Product Returns section, covering supplies returns, of Lexmark's reseller agreements. Return authorization will be handled according to the Lexmark Returns Policy

### Lexmark Channels

These products are available to Lexmark resellers under the terms of Lexmark's Reseller and Distributor agreements.

## Warranty Service

The Lexmark T650, T652, T654 print cartridges are considered supply items and are required to be returned prior to the processing of any supplies warranty claim. Refer to Announcement Letter LEX 03-087 dated April 7, 2003, for complete processing procedures.

## Trademarks

All trademarks are the properties of their respective owners.

CONFIDENTIAL - OUTSIDE COUNSEL ONLY



# Supplies Marketing Bulletin

# October 6, 2009

## Announcing Supplies for the Lexmark T656dne Mono Laser Printer

**Today Lexmark announces supplies for the Lexmark T656dne laser printer.**



740 West New Circle Road, Lexington, KY 40550
Lexmark and Lexmark with diamond design are trademarks of Lexmark
International, Inc., registered in the United States and/or other countries.

www.lexmark.com

CONFIDENTIAL - OUTSIDE COUNSEL ONLY

ConfidenA3005Announce

# Announcing Lexmark T656dne Supplies                    2

## Supplies

| Part Number | Description | Yield | Compatibility T656dne |
|---|---|---|---|
| T650A11A[2] | T650, T652, T654, T656 Return Program Print Cartridge | 7,000 [1] | X |
| T650A21A[2] | T650, T652, T654, T656 Print Cartridge | 7,000 [1] | X |
| T650H11A[2] | T650, T652, T654, T656 High Yield Return Program Print Cartridge | 25,000 [1] | X |
| T650H21A[2] | T650, T652, T654, T656 High Yield Print Cartridge | 25,000 [1] | X |
| T650H04A[2] | T650, T652, T654, T656 High Yield Return Program Print Cartridge for Label Applications | 25,000 [1] | X |
| T654X11A[2] | T654, T656 Extra High Yield Return Program Print Cartridge | 36,000 [1] | X |
| T654X21A[2] | T654, T656 Extra High Yield Print Cartridge | 36,000 [1] | X |
| T654X04A[2] | T654, T66 Extra High Yield Return Program Print Cartridge for Label Applications | 36,000 [1] | X |
| 25A0013 | Staples (3 staple cartridges (3 x 5,000)) | 15,000 | X |
| 70X7240 | Transparencies (Letter) | 1 box of 50 sheets | X |
| 12A5010 | Transparencies (A4) | 1 box of 50 sheets | X |

[1] Declared yield value in accordance with ISO/IEC 19752.
[2] Designed for use only in the USA and Canada

## Hardware Overview

The Lexmark T656dne is the newest member of the T650 series of printers. This robust family of workgroup laser printers is built to last. With speeds up to 55 ppm, it can keep up with the heaviest print volumes. The T656dne with its color touch screen lets you launch useful Lexmark Solutions with a touch of the finger, providing a gateway to greater ease of use and efficiency.

## Supplies Overview

Lexmark supplies are designed for the highest quality output, page after page. Only Lexmark supplies are custom designed with the printer to guarantee performance and keep documents looking good from first page to last.

The Lexmark T656dne printer supports the existing standard-yield, high-yield and extra-high-yield print cartridges that are currently available on the T65x printer family.

## Quality Promise

Lexmark supplies are built around the promise of **True. Image. Always**. Original Lexmark supplies, used together with the printer, deliver the highest performance and quality available.

- **True.** Lexmark supplies are exclusively designed—from conception—for Lexmark printers. This means each original product performs reliably with unparalleled quality. Using original Lexmark supplies provides the best value for the end user.

- **Image.** At Lexmark, we believe in making great impressions. That's why our supplies are engineered to create documents with the crispness and quality to meet the highest professional standards. Lexmark understands the technology and how to make it work.

- **Always.** Lexmark supplies are designed to provide dependable performance, page after page, year after year. Rugged, rigorous, demanding test procedures push Lexmark supplies products to the outer limits, ensuring even our most demanding customers experience exceptional, original quality. Count on Lexmark.

## Region-Specific Supplies

Lexmark continues to offer region-specific supplies for selected products. Four distinct sets of supplies will be available to support the T656dne in four world regions:
1. USA and Canada
2. Europe, the Middle East and Africa
3. Asia Pacific, including Australia and New Zealand
4. Latin America, including Puerto Rico and the Caribbean

Printers installed in each region will work with the respective supplies designed for and announced in that

# Announcing Lexmark T656dne Supplies                    3

same region. The cartridges that are shipped with the printer include a reorder label directing the customer to the appropriate cartridge part numbers available for use in the customer's region.

## Identification

Order the part numbers listed in this announcement for use in the USA. For further verification of region, look for a regional statement with other product-specific information on the outside of each T656dne print cartridge box.

## Benefits

Region-specific supplies enable Lexmark to tailor offerings to specific markets, protect the resellers value of Lexmark supplies within a region and help to eliminate paths for counterfeit products to enter a region. Region-specific supplies are intended to protect both authorized Lexmark supplies resellers and Lexmark end user customers.

# Return Program Cartridges

T65x print cartridges are available in Return Program or regular versions.

Return Program cartridges are sold at a discount (versus the price of the corresponding regular cartridge) in exchange for the customer's agreement to use the cartridge only once and return it only to Lexmark for remanufacturing or recycling. By selling this Return Program cartridge, you, our reseller, likewise are agreeing to comply with these terms and conditions – to return an empty Return Program cartridge only to Lexmark if one comes into your possession.

Regular cartridges without this agreement are also available for customers who do not choose the Return Program cartridge with its terms.

## Lexmark Cartridge Collection Program

All Lexmark Supplies are eligible for return under the Lexmark Cartridge Collection program. Used Lexmark cartridges should be returned to Lexmark for appropriate remanufacturing and recycling, at no cost to the customer, through the Lexmark Cartridge Collection Program. Customers can return spent cartridges either directly to Lexmark or through participating Authorized Lexmark Resellers.

## Empty Cartridge Return

Free shipping is as easy as 1, 2, 3! Customers in the continental United States should:

1. Repackage the empty cartridge in the box from the replacement cartridge. The box top includes tabs that tuck to secure the box closed. No tape is needed.
2. Complete the return address on the UPS shipping label provided and attach the label to the carton.
3. Drop the package off at an authorized UPS shipping center or give to a UPS carrier during the next UPS delivery.

Customers in Alaska and Hawaii should visit www.lexmark.com/recycle to print a postage-paid US Postal Service label. This convenient e-return service is available anytime, for customers anywhere in the US. Customers without web access may call 1-800-LEXMARK (800-539-6275), ext. 108.

For free empty cartridge returns in other countries, customers should visit www.lexmark.com/recycle and select their home country.

## Returns through participating Lexmark Partners

See details about the Lexmark Partner Empty Cartridge Collection Program in the LEX 06-086 announcement, dated May 30, 2006, which contains revised terms and conditions for the program.

CONFIDENTIAL - OUTSIDE COUNSEL ONLY

**Announcing Lexmark T656dne Supplies**                                    **4**

## Pricing

| Existing Supplies Part #'s | Description | UPC Code | MSRP* | Web Price | Reseller Minimum Order Quantity |
|---|---|---|---|---|---|
| T650A11A[1] | T650, T652, T654, T656 Return Program Print Cartridge | 7-34646-06429-3 | | | 1 |
| T650A21A[1] | T650, T652, T654, T656 Print Cartridge | 7-34646-06443-9 | | | N/A |
| T650H11A[1] | T650, T652, T654, T656 High Yield Return Program Print Cartridge | 7-34646-06430-9 | | | 1 |
| T650H21A[1] | T650, T652, T654, T656 High Yield Print Cartridge | 7-34646-06444-6 | | | 1 |
| T650H04A[1] | T650, T652, T654, T656 High Yield Return Program Print Cartridge for Label Applications | 7-34646-09068-1 | | | 1 |
| T654X11A[1] | T654,T656 Extra High Yield Return Program Print Cartridge | 7-34646-06431-6 | | | 1 |
| T654X21A[1] | T654,T656 Extra High Yield Print Cartridge | 7-34646-06445-3 | | | 1 |
| T654X04A[1] | T654,T656 Extra High Yield Return Program Print Cartridge for Label Applications | 7-34646-09072-8 | | | 1 |
| 25A0013 | Staple (3 staple cartridges of 5,000 each) | 7-34646-55313-1 | | | 1 box |
| 70X7240 | Transparencies (letter) | 7-34646-03810-2 | | | 1 box |
| 12A5010 | Transparencies (A4) | 7-34646-13899-4 | | | 1 box |

[1] Designed for use in USA and Canada

* MSRP  (Manufacturer's Suggested Retail Price):  This price is Lexmark's suggested resale price and is subject to change without notice.  This price is for information purposes only.  Lexmark's and our Resellers' prices may vary.

## Technical Information

### Toner Cartridges

| Part #'s | Warranty | Country of Origin | Estimated Annual Usage | Toner Shelf Life* |
|---|---|---|---|---|
| T650A11A | Limited Lifetime | Mexico | 4-7 Cartridges | Approximately 2 years |
| T650A21A | Limited Lifetime | Mexico | 4-7 Cartridges | Approximately 2 years |
| T650H11A | Limited Lifetime | Mexico | 1-3 Cartridges | Approximately 2 years |
| T650H21A | Limited Lifetime | Mexico | 1-3 Cartridges | Approximately 2 years |
| T650H04A | Limited Lifetime | Mexico | 1-3 Cartridges | Approximately 2 years |
| T654X11A | Limited Lifetime | Mexico | 2-3 Cartridges | Approximately 2 years |
| T654X21A | Limited Lifetime | Mexico | 2-3 Cartridges | Approximately 2 years |
| T654X04A | Limited Lifetime | Mexico | 2-3 Cartridges | Approximately 2 years |

* Print cartridges offer a 2 year shelf life when stored in original packaging, in normal office conditions

## Supplies Packaging and Shipping Information

| Part Number | Each | | | | Pallet | | | | Quantity |
|---|---|---|---|---|---|---|---|---|---|
| | Length | Width | Height | Weight | Length | Width | Height | Weight | |
| T650A11A T650A21A | 15.75 in. (400 mm) | 6.38 in. (162 mm) | 11.82 in. (300 mm) | 4.94 lb. (2.24 kg) | 48 in. (1219 mm) | 40 in. (1016 mm) | 49.67 in. (1262 mm) | 380.8 lb. (172.7 kg) | 70 |
| T650H11A T650H21A T650H04A | 15.75 in. (400 mm) | 6.38 in. (162 mm) | 11.82 in. (300 mm) | 5.95 lb. (2.69 kg) | 48 in. (1219 mm) | 40 in. (1016 mm) | 49.67 in. (1262 mm) | 451.5 lb. (204.8 kg) | 70 |
| T654X11A T654X21A T654X04A | 15.75 in. (400 mm) | 6.38 in. (162 mm) | 11.82 in. (300 mm) | 6.65 lb. (3.02 kg) | 48 in. (1219 mm) | 40 in. (1016 mm) | 49.67 in. (1262 mm) | 500.5 lb. (227.02 kg) | 70 |
| 25A0013 | 4.96 in. (126 mm) | 3.03 in. (77 mm) | 1.97 in. (50 mm)) | | | | | | 1200 boxes |
| 70X7240 Box of 50 Sheets | 9 in. (229 mm) | 11.5 in. (292 mm) | .75 in. (19 mm) | 1.25 lb. (.57 kg) | | | | | |
| 70X7240 Shipping Overpack - 5 Boxes | 9.3 in. (236.2 mm) | 11.8 in. (300 mm) | 4.3 in. (109 mm)) | 6.9 lb. (3.14 kg) | 40 in. (1016 mm) | 48 in. (1219 mm) | 46.9 in. (1191 mm) | 991 lb. (449.9 kg) | 765 boxes |
| 12A5010 | 8.75 in. | 12.3 in. | .5 in. | 1.25 lb. | | | | | |

CONFIDENTIAL - OUTSIDE COUNSEL ONLY
Confidential Until Announce

09-103

A3008

## Announcing Lexmark T656dne Supplies                          5

| Box of 50 Sheets Each | (223 mm) | (312 mm) | (13 mm)) | (.57 kg) | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 12A5010 | 9 in. | 12.6 in. | 4.1 in. | 6.9 lb. | 40 in. | 48 in. | 46.9 in. | 1035 lb. | 720 boxes |
| Shipping Overpack - 5 Boxes | (229 mm) | (320 mm) | (104 mm) | (3.14 kg) | (1016 mm) | (1219 mm) | (1191 mm) | (469.9 kg) | |

## Administrative Information

### Ordering Information

Reseller customer support is provided by the Lexmark
Customer Management Center (CMC).  Orders may be
entered through Electronic Data Interchange (EDI) or
sent by mail or fax to:

      Lexmark International, Inc.
      Customer Management Center
      P.O. Box 11427
      Lexington, KY  40575-1427

### Order Entry

Telephone:  1-800-292-5885
Fax:  1-800-232-9539

### Accounts Receivable

Telephone:  1-800-847-4778
Fax:  1-800-732-9539

### Hours of Operation

Monday through Friday, 8 a.m. to 6 p.m., Eastern time

## Terms and Conditions

### Returns Policy

The supply products are eligible for returns according to
the Product Returns section, covering supplies returns,
of Lexmark's reseller agreements.  Return authorization
will be handled according to the Lexmark Returns Policy

### Lexmark Channels

These products are available to Lexmark resellers under
the terms of Lexmark's Reseller and Distributor
agreements.

## Warranty Service

The Lexmark T656 print cartridges are considered
supply items and are required to be returned prior to the
processing of any supplies warranty claim.  Refer to
Announcement Letter LEX 03-087 dated April 7, 2003,
for complete processing procedures.

## Trademarks

All trademarks are the properties of their respective
owners.

CONFIDENTIAL - OUTSIDE COUNSEL ONLY

CONFIDENTIAL - OUTSIDE COUNSEL ONLY



# Supplies Marketing Bulletin

# October 20, 2008

## Announcing Supplies for the New Lexmark X651, X652, X654, X656, and X658 Mono Laser Multifunction Printers

**Today Lexmark announces new supplies for the Lexmark X65x Series Multifunction Printers.**

**LEXMARK**™

740 West New Circle Road, Lexington, KY 40550
Lexmark and Lexmark with diamond design are trademarks of Lexmark International, Inc., registered in the United States and/or other countries.

www.lexmark.com

CONFIDENTIAL - OUTSIDE COUNSEL ONLY

**A3011**     Confidential Until Announce

**Announcing Lexmark X651, X652, X654, X656, X658 Supplies**                    **2**

## Supplies
### New Items [3]

| Part #'s | Description | Yield | X651 X652 | X654 X656 | X658 |
|---|---|---|---|---|---|
| X651A11A[2] | X651, X652, X654, X656, X658 Return Program Print Cartridge | 7,000 [1] | X | X | X |
| X651A21A[2] | X651, X652, X654, X656, X658 Print Cartridge | 7,000 [1] | X | X | X |
| X651H11A[2] | X651, X652, X654, X656, X658 High Yield Return Program Print Cartridge | 25,000 [1] | X | X | X |
| X651H21A[2] | X651, X652, X654, X656, X658 High Yield Print Cartridge | 25,000 [1] | X | X | X |
| X651H04A[2] | X651, X652, X654, X656, X658 High Yield Return Program Print Cartridge for Label Applications | 25,000 [1] | X | X | X |
| X654X11A[2] | X654, X656, X658 Extra High Yield Return Program Print Cartridge | 36,000 [1] | | X | X |
| X654X21A[2] | X654, X656, X658 Extra High Yield Print Cartridge | 36,000 [1] | | X | X |
| X654X04A[2] | X654, X656, X658 Extra High Yield Return Program Print Cartridge for Label Applications | 36,000 [1] | | X | X |

### Existing Items

| Part #'s | Description | Yield | X651 X652 | X654 X656 | X658 |
|---|---|---|---|---|---|
| 25A0013 | Staples (3 staple cartridges (3 x 5000) | 15,000 | X | X | X |
| 70X7240 | Transparencies (Letter) | 1 box of 50 sheets | X | X | X |
| 12A5010 | Transparencies (A4) | 1 box of 50 sheets | X | X | X |

[1] Declared yield value in accordance with ISO/IEC 19752.
[2] Designed for use only in the USA and Canada
[3] These products will only work on X65x family of printers

## Hardware Overview

The new X65x series monochrome multifunction printers deliver unique solutions for unique business needs. This family of multifunction printers provide ultimate adaptability, unparalleled ease of use, unsurpassed value and uncompromising security. The X651 and X652 provide great features and flexibility for mid-range volumes, printing at speeds up to 45 ppm. The X654 and X656 handle heavy use and support extensive multifunction needs at up to 55 ppm print speeds. The X658, also prints up to 55 ppm and provides for total integration of finishing, workflow, and extensive multifunction capability.

## Supplies Overview

Lexmark supplies are designed for the highest quality output, page after page. Only Lexmark supplies are custom designed with the printer to guarantee performance and keep documents looking good from first page to last.

The new X65x series multifunction printers include new print cartridges which provide the toner capacity to fit your printing needs. The standard yield (7,000[1] pages) and high yield (25,000[1] pages) print cartridges work on all X65x series models. The X654, X656 and X658 multifunction printers support an extra high yield print cartridge with 36,000[1] standard pages. The 36,000 page yield is the largest toner capacity in its class which means fewer interventions, less cartridges to recycle and minimal packaging. The new Lexmark X65x supplies only work on the X65x family of printers.

The Lexmark X651 and X652 includes a standard yield (7,000[1] pages) Return Program Print Cartridge in the

CONFIDENTIAL - OUTSIDE COUNSEL ONLY
Confidential Until Announce

**Announcing Lexmark X651, X652, X654, X656, X658 Supplies** **3**

box. The X654, X656 and X658 printers include an 18,000[1] page Starter Return Program Print Cartridge. The Lexmark X65x series multifunction printers offer user selectable toner darkness settings which can achieve up to 50% toner savings.

## Quality Promise

Lexmark supplies are built around the promise of **True. Image. Always.** Original Lexmark supplies, used together with the printer, deliver the highest performance and quality available.

- **True.** Lexmark supplies are exclusively designed—from conception—for Lexmark printers. This means each original product performs reliably with unparalleled quality. Using original Lexmark supplies provides the best value for the end user.

- **Image.** At Lexmark, we believe in making great impressions. That's why our supplies are engineered to create documents with the crispness and quality to meet the highest professional standards. Lexmark understands the technology and how to make it work.

- **Always.** Lexmark supplies are designed to provide dependable performance, page after page, year after year. Rugged, rigorous, demanding test procedures push Lexmark supplies products to the outer limits, ensuring even our most demanding customers experience exceptional, original quality. Count on Lexmark.

## Region-Specific Supplies

Lexmark continues to offer region-specific supplies for selected products. Four distinct sets of supplies will be available to support the X65x series in four world regions:
1. USA and Canada
2. Europe, the Middle East and Africa
3. Asia Pacific, including Australia and New Zealand
4. Latin America, including Puerto Rico and the Caribbean

Printers installed in each region will work with the respective supplies designed for and announced in that same region. The cartridges that are shipped with the printer include a reorder label directing the customer to the appropriate cartridge part numbers available for use in the customer's region.

**Identification**

Order the part numbers listed in this announcement for use in the USA. For further verification of region, look for a regional statement with other product-specific information on the outside of each X65x series print cartridge box.

**Benefits**

Region-specific supplies enable Lexmark to tailor offerings to specific markets, protect the resellers value of Lexmark supplies within a region and help to eliminate paths for counterfeit products to enter a region. Region-specific supplies are intended to protect both authorized Lexmark supplies resellers and Lexmark end user customers.

## Return Program Cartridges

X65x series print cartridges are available in Return Program or regular versions.

Return Program cartridges are sold at a discount (versus the price of the corresponding regular cartridge) in exchange for the customer's agreement to use the cartridge only once and return it only to Lexmark for remanufacturing or recycling. By selling this Return Program cartridge, you, our reseller, likewise are agreeing to comply with these terms and conditions – to return an empty Return Program cartridge only to Lexmark if one comes into your possession.

Regular cartridges without this agreement are also available for customers who do not choose the Return Program cartridge with its terms.

**Lexmark Cartridge Collection Program**

All Lexmark Supplies are eligible for return under the Lexmark Cartridge Collection program. Used Lexmark cartridges should be returned to Lexmark for appropriate remanufacturing and recycling, at no cost to the customer, through the Lexmark Cartridge Collection Program. Customers can return spent cartridges either directly to Lexmark or through participating Authorized Lexmark Resellers.

CONFIDENTIAL - OUTSIDE COUNSEL ONLY
**A3013**     Confidential Until Announce

**Announcing Lexmark X651, X652, X654, X656, X658 Supplies**   **4**

**Empty Cartridge Return**

Free shipping is as easy as 1, 2, 3!  Customers in the continental United States should:

1. Repackage the empty cartridge in the box from the replacement cartridge.  The box top includes tabs that tuck to secure the box closed.  No tape is needed.
2. Complete the return address on the UPS shipping label provided and attach the label to the carton.
3. Drop the package off at an authorized UPS shipping center or give to a UPS carrier during the next UPS delivery.

Customers in Alaska and Hawaii should visit www.lexmark.com/recycle to print a postage-paid US Postal Service label.  This convenient e-return service is available anytime, for customers anywhere in the US.  Customers without web access may call 1-800-LEXMARK (800-539-6275), ext. 108.

For free empty cartridge returns in other countries, customers should visit www.lexmark.com/recycle and select their home country.

**Returns through participating Lexmark Partners**
See details about the Lexmark Partner Empty Cartridge Collection Program in the LEX 06-086 announcement, dated May 30, 2006, which contains revised terms and conditions for the program.

# Pricing

| Part #'s | Description | UPC Code | MSRP* | Reseller Minimum Order Quantity |
|---|---|---|---|---|
| X651A11A[2] | X651, X652, X654, X656, X658 Return Program Print Cartridge | 7-34646-07370-7 | | 1 |
| X651A21A[2] | X651, X652, X654, X656, X658 Print Cartridge | 7-34646-07384-4 | | NA |
| X651H11A[2] | X651, X652, X654, X656, X658 High Yield Return Program Print Cartridge | 7-34646-07371-4 | | 1 |
| X651H21A[2] | X651, X652, X654, X656, X658 High Yield Print Cartridge | 7-34646-07385-1 | | 1 |
| X651H04A[2] | X651, X652, X654, X656, X658 High Yield Return Program Print Cartridge for Label Applications | 7-34646-08631-8 | | 1 |
| X654X11A[2] | X654, X656, X658 Extra High Yield Return Program Print Cartridge | 7-34646-07372-1 | | 1 |
| X654X21A[2] | X654, X656, X658 Extra High Yield Print Cartridge | 7-34646-07386-8 | | 1 |
| X654X04A[2] | X654, X656, X658 Extra High Yield Return Program Print Cartridge for Label Applications | 7-34646-08636-3 | | 1 |

**Existing Supplies**

| | | | | |
|---|---|---|---|---|
| 25A0013 | Staples  (3 staple  cartridges) | 7-34646-55313-1 | | 1 box |
| 70X7240 | Transparencies (letter) | 7-34646-03810-2 | | 1 box |
| 12A5010 | Transparencies (A4) | 7-34646-13899-4 | | 1 box |

[2] Designed for use in USA and Canada

* MSRP  (Manufacturer's Suggested Retail Price): This price is Lexmark's suggested resale price and is subject to change without notice.  This price is for information purposes only.  Lexmark's and our Resellers' prices may vary.

CONFIDENTIAL - OUTSIDE COUNSEL ONLY    Confidential Until Announce

## Announcing Lexmark X651, X652, X654, X656, X658 Supplies                 5

### Technical Information
#### Toner Cartridges

| Part #'s | Warranty | Country of Origin | Estimated Annual Usage | Toner Shelf Life* |
|---|---|---|---|---|
| X651A11A | Limited Lifetime | China | 5-8 Cartridges | Approximately 2 years |
| X651A21A | Limited Lifetime | China | 5-8 Cartridges | Approximately 2 years |
| X651H11A | Limited Lifetime | China | 2-4 Cartridges | Approximately 2 years |
| X651H21A | Limited Lifetime | China | 2-4 Cartridges | Approximately 2 years |
| X651H04A | Limited Lifetime | China | 2-4 Cartridges | Approximately 2 years |
| X654X11A | Limited Lifetime | China | 2-3 Cartridges | Approximately 2 years |
| X654X21A | Limited Lifetime | China | 2-3 Cartridges | Approximately 2 years |
| X654X04A | Limited Lifetime | China | 2-3 Cartridges | Approximately 2 years |

*  Print cartridges offer a 2 year shelf life when stored in original packaging, in normal office conditions

## Supplies Packaging and Shipping Information

| Part Number | Each | | | | Pallet | | | | Quantity |
|---|---|---|---|---|---|---|---|---|---|
| | Length | Width | Height | Weight | Length | Width | Height | Weight | |
| X651A11A X651A21A | 15.75 in. (400 mm) | 6.38 in. (162 mm) | 11.82 in. (300 mm) | 4.94 lb. (2.24 kg) | 48 in. (1219 mm) | 40 in. (1016 mm) | 49.67 in. (1262 mm) | 380.8 lb. (172.7 kg) | 70 |
| X651H11A X651H21A X651H04A | 15.75 in. (400 mm) | 6.38 in. (162 mm) | 11.82 in. (300 mm) | 5.95 lb. (2.69 kg) | 48 in. (1219 mm) | 40 in. (1016 mm) | 49.67 in. (1262 mm) | 451.5 lb. (204.8 kg) | 70 |
| X654X11A X654X21A X654X04A | 15.75 in. (400 mm) | 6.38 in. (162 mm) | 11.82 in. (300 mm) | 6.65 lb. (3.02 kg) | 48 in. (1219 mm) | 40 in. (1016 mm) | 49.67 in. (1262 mm) | 500.5 lb. (227.02 kg) | 70 |
| 25A0013 | 4.96 in. (126 mm) | 3.03 in. (77 mm) | 1.97 in. (50 mm)) | | | | | | 1200 boxes |
| 70X7240 Box of 50 Sheets | 9 in. (229 mm) | 11.5 in. (292 mm) | .75 in. (19 mm)) | 1.25 lb. (.57 kg) | | | | | |
| 70X7240 Shipping Overpack - 5 Boxes | 9.3 in. (236.2 mm) | 11.8 in. (300 mm) | 4.3 in. (109 mm) | 6.9 lb. (3.14 kg) | 40 in. (1016 mm) | 48 in. (1219 mm) | 46.9 in. (1191 mm) | 991 lb. (449.9 kg) | 765 boxes |
| 12A5010 Box of 50 Sheets Each | 8.75 in. (223 mm) | 12.3 in. (312 mm) | .5 in. (13 mm) | 1.25 lb. (.57 kg) | | | | | |
| 12A5010 Shipping Overpack - 5 Boxes | 9 in. (229 mm) | 12.6 in. (320 mm) | 4.1 in. (104 mm) | 6.9 lb. (3.14 kg) | 40 in. (1016 mm) | 48 in. (1219 mm) | 46.9 in. (1191 mm) | 1035 lb. (469.9 kg) | 720 boxes |

## Administrative Information
### Ordering Information

Reseller customer support is provided by the Lexmark Customer Management Center (CMC). Orders may be entered through Electronic Data Interchange (EDI) or sent by mail or fax to:

    Lexmark International, Inc.
    Customer Management Center
    P.O. Box 11427
    Lexington, KY  40575-1427

### Order Entry

Telephone:  1-800-292-5885
Fax:  1-800-232-9539

### Accounts Receivable

Telephone:  1-800-847-4778
Fax:  1-800-732-9539

### Hours of Operation

Monday through Friday, 8 a.m. to 6 p.m., Eastern time

## Terms and Conditions
### Returns Policy

The supply products are eligible for returns according to the Product Returns section, covering supplies returns, of Lexmark's reseller agreements.  Return authorization will be handled according to the Lexmark Returns Policy

CONFIDENTIAL - OUTSIDE COUNSEL ONLY

## Announcing Lexmark X651, X652, X654, X656, X658 Supplies                    6

**Lexmark Channels**

These products are available to Lexmark resellers under the terms of Lexmark's Reseller and Distributor agreements.

## Warranty Service

The Lexmark X651, X652, X654, X656 and X658 print cartridges are considered supply items and are required to be returned prior to the processing of any supplies warranty claim.  Refer to Announcement Letter LEX 03-087 dated April 7, 2003, for complete processing procedures.

## Trademarks

All trademarks are the properties of their respective owners.

08-128    CONFIDENTIAL - OUTSIDE COUNSEL ONLY              Confidential Until Announce
A3016