# EXHIBIT G



# January 1, 2013

# Lexmark 2013 Universal-Preferred (UP) Program for Lexmark Authorized Distributors

Lexmark's 2013 Universal-Preferred (UP) Program is designed to incent and reward Lexmark Authorized Distributors with rebates for selling select Lexmark Products. Bonus Performance rebates are available for attaining quarterly targets and selling only Lexmark OEM and/or Lexmark Compliant supplies and Genuine Lexmark and/or Compliant parts in North America

Complementary Lexmark Channel programs are designed to incent and reward qualifying Channel Edge Program (Edge), Business Solution Dealer (BSD) and S.T.A.R. Dealers for purchasing Lexmark Hardware, Supplies and Parts via Lexmark Authorized Distributors who sell only Lexmark OEM and/or Compliant Supplies and Parts.

Capture

Manage

Access

www.lexmark.com



740 West New Circle Road, Lexington, KY 40550
Lexmark and Lexmark with diamond design are trademarks of Lexmark International, Inc., registered in the United States and/or other countries.

LEX 13-018

CONFIDENTIAL - OUTSIDE COUNSEL ONLY  A3041



Capture

Manage

Access

www.lexmark.com

This Page Intentionally Left Blank



740 West New Circle Road, Lexington, KY 40550
Lexmark and Lexmark with diamond design are trademarks of Lexmark
International, Inc., registered in the United States and/or other countries.

LEX 13-018

CONFIDENTIAL - OUTSIDE COUNSEL ONLY    A3042

# Lexmark 2013 Universal-Preferred Program for Lexmark -- Authorized Distributors

## Program Overview

- The intent of the **2013 Universal-Preferred (UP) Program** is to reward the Distributor for protecting and growing Lexmark Hardware, Supplies, Parts and Extended Warranty Services revenue. Universal-Preferred program rebate potential is not intended to "subsidize price" in an effort to win business from a fellow Distributor.
- Individual modules (Hardware, Laser Supplies, Laser Parts, Laser Extended Warranty Services, and Ink Jet Supplies) will have separate and distinct rebates and additional Performance (Growth) targets for additional, incremental rebate opportunities. Performance targets and measurements are based on sell-through efforts utilizing Lexmark sell-through data. Laser Supplies module targets and measurements are based on a Lexmark "Calculated" Sell-through basis.
- Performance rebates may be earned on select Products by attaining or exceeding quarterly sell-through targets. Performance rebates and requirements may vary by product module. See individual product module details for specifics.

## 2013 Universal-Preferred Program "At A Glance" – Hardware Module

**Behind the Lines Discount (BTL) –** ▇▇ **on Selected Hardware Sku's (See Attachment 1 for list of eligible hardware part numbers)**

**Performance Rebate:**

| Hardware | Sell-Thru | 100% | 105% | 110% | Of Assigned 2013 Quarterly Sell-through Target on eligible Sku's |
|---|---|---|---|---|---|
| Note : 2013 Hardware Targets are available from your Lexmark Distribution Account Manager | | | | | |
| Quarterly Payout | Earn | | | | On 2013 Eligible Hardware Product Sell-through |

### Hardware Module - Requirements

- Distributor must only sell Lexmark OEM and/or Compliant Laser supplies and only Genuine or Compliant Compatible Parts in **North America** in order to be eligible for the Hardware BTL or Performance rebates.
- Distributor must provide weekly EDI Sell-thru and Inventory Reports to be eligible for Performance rebates.
- Lexmark reserves the right to exclude "selected hardware" sell-through to Lexmark LASF, DFM & Retail accounts.
- Sell-through quarterly minimum of ▇▇▇ of eligible products is necessary to qualify for Performance rebates.
- See Attachment 1 for schedule of "Selected Hardware" Products eligible for BTL and Performance Rebates

## 2013 Universal-Preferred Program "At A Glance" – Laser Supplies Module

**Behind the Lines Discount (BTL) –** ▇▇ **on Selected Laser Supplies if Compliant on Supplies and Parts (See Attachment 3 for list of eligible supplies part numbers)**

**Performance Rebate:**

| Business Supplies | Sell-Thru | 100% | 105% | 110% | Of Assigned 2013 Quarterly Sell-thru Target |
|---|---|---|---|---|---|
| Note : 2013 Business Supplies Targets are available from your Lexmark Account Manager | | | | | |
| Quarterly Payout | Earn | | | | On 2013 Business Supplies Calculated Sell-thru Target |

| Bonus Provisions | | | | | |
|---|---|---|---|---|---|
| Compliant Cartridge Bonus | Earn | | | | Bonus to be Paid on Quarterly Calculated Sell-thru for Minimum Target Attainment |

LEX 13-018

CONFIDENTIAL - OUTSIDE COUNSEL ONLY  **A3043**

# Lexmark 2013 Universal-Preferred Program for Lexmark -- Authorized Distributors

## Laser Supplies Module - Requirements

- Distributor must only sell Lexmark OEM and/or Compliant Laser supplies and only Genuine or Compliant Compatible Parts in **North America** in order to be eligible for the Laser Supplies BTL and Performance rebates.
- Distributor must provide weekly EDI Sell-thru and Inventory Reports to be eligible for BTL and Performance rebate payments.
- Distributor must work with the Lexmark Distributor Account Manager (DAM) to establish and execute a **2013** Business Plan (Attachment 6). The Distributor must provide Lexmark with access to their sales force for training, promotions and incentives.
- **For Reservation of Rights and additional requirements, see Attachment 2.**
- **For a list of all Business Supplies part numbers used to measure calculated sell-thru revenue attainment vs. targets, see Attachment 3.**

## 2013 Universal-Preferred Program "At A Glance" – Laser Parts Module

Behind the Lines Discount (BTL) – ; on Laser Parts

**Performance Rebate:**

| Laser Parts | Sell-Thru | 100% | 105% | 110% | Of Assigned 2013 Quarterly Sell-through Target |
|---|---|---|---|---|---|
| Note : 2013 Laser Parts Targets are available from your Lexmark Distribution Account Manager | | | | | |
| Quarterly Payout | Earn | | | | On 2013 Selected Laser Parts Sell-through |

## Laser Parts Module - Requirements

- Distributor must only sell Lexmark OEM and/or Compliant Laser supplies and only Genuine or Compliant Compatible Parts in **North America** in order to be eligible for the Laser Parts BTL or Performance rebates.
- Distributor must provide weekly EDI Sell-thru and Inventory Reports to be eligible for BTL or Performance rebates.
- Sell-through quarterly minimum of          equired to qualify for BTL or Performance rebates.

## 2013 Universal-Preferred Program "At A Glance" – Laser Extended Warranty Services Module

Behind the Lines Discount (BTL) -     on Laser Extended Warranty Services

**Performance Rebate:**

| Laser Extended Warranty | Sell-Thru | 100% | 105% | 110% | Of Assigned 2013 Quarterly Sell-through Target |
|---|---|---|---|---|---|
| Note : 2013 Extended Warranty Targets are available from your Lexmark Distribution Account Manager | | | | | |
| Quarterly Payout | Earn | | | | On 2013 Extended Warranty Sell-through |

## Laser Extended Warranty Services Module - Requirements

- Distributor must only sell Lexmark OEM and/or Compliant Laser supplies and only Genuine or Compliant Compatible Parts in **North America** in order to be eligible for the Laser Hardware Performance rebates.
- Distributor must provide weekly EDI Sell-thru and Inventory Reports to be eligible for BTL or Performance rebates.
- Sell-through quarterly minimum of          equired to qualify for BTL or Performance rebates.

CONFIDENTIAL - OUTSIDE COUNSEL ONLY  A3044

# Lexmark 2013 Universal-Preferred Program for Lexmark -- Authorized Distributors

## 2013 Universal-Preferred Program "At A Glance" – Ink Jet Supplies Module

Behind the Lines Discount (BTL) -       on Ink Jet Supplies

**Performance Rebate:**

| Ink Jet Supplies | Sell-Thru | 100% | 105% | 110% | Of Assigned 2013 Quarterly Sell-through Target |
|---|---|---|---|---|---|
| Note : 2013 Ink Jet Supplies Targets are available from your Lexmark Distribution Account Manager | | | | | |
| Quarterly Payout | Earn | | | | On 2013 Ink Jet Supplies Sell-through |

## Ink Jet Supplies Module - Requirements

- Distributor must only sell Lexmark OEM and/or Compliant Laser supplies and only Genuine or Compliant Compatible Parts in **North America** in order to be eligible for the Ink Jet Hardware Performance rebates.
- Distributor must provide weekly EDI Sell-thru and Inventory Reports to be eligible for Performance rebate
- Sell-through quarterly minimum o       required to qualify for BTL or Performance rebates.
- Lexmark reserves the right to exclude certain retail accounts from the Ink Jet Supplies Module targets and attainment.  For a list of excluded accounts, contact your Lexmark Distributor Account Manager (DAM)

CONFIDENTIAL - OUTSIDE COUNSEL ONLY    A3045

# Lexmark 2013 Universal-Preferred Program for Lexmark -- Authorized Distributors

## Eligible Hardware Part Numbers -- Attachment 1

| Part Number | Product |
| --- | --- |
| 3001385 | Lexmark X543dn Color Laser MFP |
| 3001389 | Lexmark X544dn Color Laser MFP |
| 3044503 | Lexmark X544n Color Laser MFP |
| 10Z0320 | Lexmark C782n  XL Printer |
| 10Z0351 | Lexmark C782dn  XL Printer |
| 10Z0374 | Lexmark C782dtn XL Printer |
| 13B0500 | Lexmark X264dn Mono Laser MFP |
| 13B0501 | Lexmark X363dn Mono Laser MFP |
| 13B0502 | Lexmark X364dn Mono Laser MFP |
| 13B0503 | Lexmark X364dw Mono Laser MFP |
| 13C1100 | Lexmark X463de Mono Laser MFP |
| 13C1101 | Lexmark X464de Mono Laser MFP |
| 13C1102 | Lexmark X466dte Mono Laser MFP |
| 13C1104 | Lexmark X466dwe Mono Laser MFP |
| 13C1265 | Lexmark X466de Mono Laser MFP |
| 14A1010 | Lexmark X560n MFP |
| 21J0429 | Lexmark X782e MFP |
| 21J0700 | Lexmark X782e XL MFP |
| 25A0450 | Lexmark C736n Printer |
| 25A0451 | Lexmark C736dn Printer |
| 25A0452 | Lexmark C736dtn Printer |
| 25C0350 | Lexmark C734n Printer |
| 25C0351 | Lexmark C734dn Printer |
| 25C0352 | Lexmark C734dtn Printer |
| 25C0353 | Lexmark C734dw Printer |
| 26A0000 | Lexmark C540n Color Laser Printer |
| 26B0000 | Lexmark C543dn Color Laser Printer |
| 26C0000 | Lexmark C544dn Color Laser Printer |
| 26C0050 | Lexmark C544n Color Laser Printer |
| 26C0100 | Lexmark C544dtn Color Laser Printer |
| 26C0104 | Lexmark C546dtn Printer |
| 26C0150 | Lexmark C544dw Wireless Color Laser |

LEX 13-018

CONFIDENTIAL - OUTSIDE COUNSEL ONLY   A3046

## Lexmark 2013 Universal-Preferred Program for Lexmark -- Authorized Distributors

|          | Printer                          |
|----------|----------------------------------|
|          | Printer                          |
| 26C0235  | Lexmark X546dtn MFP              |
| 26C0400  | Lexmark X544dw Color Laser MFP   |
| 26G0100  | Lexmark X548dte Color MFP        |
| 26G0120  | Lexmark X548de Color MFP         |
| 28C0000  | Lexmark CS310n                   |
| 28C0050  | Lexmark CS310dn                  |
| 28C0500  | Lexmark CX310n (new model)       |
| 28C0550  | Lexmark CX310dn                  |
| 28D0000  | Lexmark CS410n                   |
| 28D0050  | Lexmark CS410dn                  |
| 28D0100  | Lexmark CS410dtn                 |
| 28D0100  | Lexmark CS410dtn                 |
| 28D0500  | Lexmark CX410e                   |
| 28D0550  | Lexmark CX410de                  |
| 28D0600  | Lexmark CX410dte                 |
| 28E0050  | Lexmark CS510de                  |
| 28E0100  | Lexmark CS510dte                 |
| 28E0500  | Lexmark CX510de                  |
| 28E0550  | CX510dthe                        |
| 28E0615  | CX510dhe                         |
| 28E0615  | Lexmark CX510dhe                 |
| 34S0100  | Lexmark E260d Printer            |
| 34S0300  | Lexmark E260dn Printer           |
| 34S0400  | Lexmark E360d Printer            |
| 34S0500  | Lexmark E360dn Printer           |
| 34S0600  | Lexmark E460dw Printer           |
| 34S0700  | Lexmark E460dn Printer           |
| 34S0800  | Lexmark E462dtn Printer          |
| 35S0050  | Lexmark MS310d                   |
| 35S0100  | Lexmark MS310dn                  |
| 35S0150  | Lexmark MS410d                   |
| 35S0200  | Lexmark MS410dn                  |
| 35S0300  | Lexmark MS510dn                  |
| 35S0400  | Lexmark MS610dn                  |
| 35S5700  | Lexmark MX310dn                  |
| 35S5701  | Lexmark MX410de                  |

CONFIDENTIAL - OUTSIDE COUNSEL ONLY    A3047

# Lexmark 2013 Universal-Preferred Program for Lexmark -- Authorized Distributors

| | |
|---|---|
| 35S5702 | Lexmark MX510de |
| 35S5703 | Lexmark MX511de |
| 35S5704 | Lexmark MX511dhe |
| 35S5941 | Lexmark MX511dte |
| 47B0000 | Lexmark C792e Color Laser Printer |
| 47B0001 | Lexmark C792de Color Laser Printer |
| 47B0002 | Lexmark C792dte Color Laser Printer |
| 47B0003 | Lexmark C792dhe Color Laser Printer |
| 47B1000 | Lexmark X792de Color Laser MFP |
| 47B1001 | Lexmark X792dte Color Laser MFP |
| 47B1002 | Lexmark X792dtfe Color Laser MFP |
| 47B1120 | Lexmark X792dtpe Color Laser MFP |
| 47B1121 | Lexmark X792dtme Color Laser MFP |
| 47B1122 | Lexmark X792dtse Color Laser MFP |
| 52G0027 | Lexmark X204n MFP Mono LV |
| MS00300 | Lexmark X734de MFP |
| MS00301 | Lexmark X736de MFP |
| MS00321 | Lexmark X738de MFP |
| MS00322 | Lexmark X738dte MFP |

**BSD Models**

| | |
|---|---|
| 13C1266 | Lexmark XS463de MFP |
| 16M0258 | Lexmark XS652de MFP |
| 16M1794 | Lexmark XS654de MFP |
| 16M1795 | Lexmark XS658dfe MFP |
| 16M1796 | Lexmark XS658dme MFP |
| 19Z0187 | Lexmark XS860de 4 MFP |
| 19Z0188 | Lexmark XS862de 4 MFP |
| 19Z0189 | Lexmark XS864de 4 MFP |
| 21Z0580 | Lexmark XC940e MFP |
| 21Z0590 | Lexmark XC945e MFP |
| 22Z0022 | Lexmark XS955dhe |
| 24T8350 | Lexmark XM7155x (MX810) |
| 24T8351 | Lexmark XM7163x (MX811) |
| 24T8352 | Lexmark XM7170x (MX812) |
| 24T8400 | Lexmark XM5163 (MX710) |

LEX 13-018

CONFIDENTIAL - OUTSIDE COUNSEL ONLY   A3048

## Lexmark 2013 Universal-Preferred Program for Lexmark -- Authorized Distributors

| | |
|---|---|
| 24T8401 | Lexmark XM5170 (MX711) |
| 24T8402 | Lexmark XM7155 (MX810) |
| 24T8403 | Lexmark XM7163 (MX811) |
| 24T8404 | Lexmark XM7170 (MX812) |
| 24Z0127 | Lexmark XS925de |
| 24Z0387 | Lexmark XS925de 4 |
| 24Z0712 | Lexmark XS925de 4 MFP |
| 25A0490 | Lexmark CS736dn Laser Printer |
| 30G0115 | Lexmark TS654dn Laser Printer |
| 30G0415 | Lexmark TS656dne Laser Printer |
| 30G0984 | Lexmark TS652dn |
| 34S0750 | Lexmark ES460dn Laser Printer |
| 34T5123 | Lexmark XS748de MFP |
| 35S0040 | Lexmark M1145 (MS510) |
| 35S0041 | Lexmark M3150 (MS610) |
| 35S5705 | Lexmark XM1145 (MX511) |
| 35S6830 | Lexmark XM3150 (MX611) |
| 40G0720 | Lexmark M5155 (MS810) |
| 40G0730 | Lexmark M5163 (MS811) |
| 40G0740 | Lexmark M5170 (MS812) |
| 41H0150 | Lexmark CS748de Color Laser |
| 47B0005 | Lexmark CS796de |
| 47B1215 | Lexmark XS796de |
| 47B1216 | Lexmark XS796dte |
| 47B1287 | Lexmark XS795dte |
| 47B1290 | Lexmark XS798dte |
| MS00837 | Lexmark XS734de MFP |
| MS00838 | Lexmark XS736de MFP |

Additional products may be added as they are introduced.

CONFIDENTIAL - OUTSIDE COUNSEL ONLY    A3049

## Lexmark 2013 Universal-Preferred Program for Lexmark -- Authorized Distributors

**Reservation of Rights –**

Lexmark reserves the right to:

- Modify or withdraw the terms and conditions of the Universal-Preferred Program without notice.
- Select the month against which product returns will be deducted.
- Audit compliance with the terms and conditions.
- Reject a transaction or disqualify a Distributor from participation in the program, should Lexmark perceive there to be non-compliance with the terms and conditions of this program or your Distributor agreement.
- Lexmark and its fulfillment companies shall not be liable for any injury, damage, loss, expense, accident, delay, inconvenience or irregularity arising from the use of any funds earned in the program.

1. For Distributors to be eligible for the Laser Supplies module of the Universal-Preferred Program...

    a. Distributors must have purchased a net minimum total of ▇▇▇▇▇ in **2012** of Lexmark laser supplies directly from Lexmark to qualify for the Universal-Preferred Program or approved as an exception by Lexmark Business Supplies Sales Management. Net purchases are defined as purchases less any credits issued to the Distributor. If approved as an exception by Business Supplies Sales Management, Distributor must purchase at Distributor Price from a Lexmark authorized source.

    b. The participating Distributor is also expected to honor ALL Lexmark contractual obligations including marketing of Lexmark supplies only in designated/intended geographies and not purchasing and/or selling gray-market (i.e., Lexmark Supplies originally sold by Lexmark for use outside of the United States) or counterfeit supplies. Lexmark shall determine whether such goods qualify as gray-market or counterfeit supplies

    c. Distributor is reminded that the "Return Program Cartridge" (formally *Prebate*) conditions are essential part of the Return Program Cartridge offering. For this "up-front rebate" from Lexmark, the user agrees that this cartridge will be used only once and that the empty cartridge will be returned only to Lexmark for remanufacturing and recycling. By selling this Return Program Cartridge, you, our Distributor, likewise are agreeing to comply with these terms and conditions – and as a participating Distributor, expressly agree to return an empty Return Program Cartridge only to Lexmark if one comes into participating Distributor's possession. In addition, participating Distributor expressly agrees that it, or any of its subsidiaries, affiliates or agents, shall not sell or otherwise market, repair, used or remanufactured Lexmark Return cartridges (other than remanufactured Lexmark cartridges sold directly by Lexmark to participating Distributor). Regular-price cartridges with regular terms and conditions are available for those customers who do not choose the Return Program Cartridge with its terms

    d. Distributor must be able to scan serial numbers of Lexmark toner cartridges upon shipment of product. Failure to do so will result in the Distributor forfeiting the opportunity to earn Performance rebates.

    e. Distributor must only use Lexmark OEM toner or approved compatibles in internally deployed Lexmark devices in order to be eligible for UP program rebates.

    These conditions are an express obligation of receiving any performance rebates. In the event of non-compliance, intentionally or unintentionally, of these conditions or any other conditions of this Universal-Preferred Program participating Distributor shall lose any future performance rebates immediately upon Lexmark's discovery of such violation unless otherwise agreed in writing by Lexmark. In addition, participating Distributor shall immediately refund any performance rebates paid to participating Distributor in the month(s) in which the condition(s) was not met. Failure to insist on strict performance of any and all of the conditions of this Universal-Preferred Program shall not operate as a waiver of Lexmark's rights to insist on strict performance in the future

2. **2013** Universal-Preferred rebates will be paid on Business Supplies listed in Attachment 3. In addition, Business Supplies announced in **2013** will be included in the **2013** Universal-Preferred Program.

LEX 13-018

CONFIDENTIAL - OUTSIDE COUNSEL ONLY   A3050

# Lexmark 2013 Universal-Preferred Program for Lexmark -- Authorized Distributors

3.  Lexmark will use Lexmark calculated sell-thru as a basis for payment for the Laser Supplies Module.  Lexmark will use Distributor-reported EDI calculations for determining payments for all other modules.

4.  **2013** quarterly sell-thru targets will be developed using **2012** calculated sell-thru results plus a current year Plan uplift for the Laser Supplies Module.  2013 quarterly sell-thru targets will be developed using 2012 distributor-reported sell-thru results plus a current year Plan uplift for all other modules or quarterly minimums may apply for each category.

5.  Distributor must provide weekly EDI sales out and product inventory reports in order to qualify to receive, if earned, Universal-Preferred rebates. Failure to submit weekly reports will result in the forfeiture of any bonus rebates that have been earned in the Universal-Preferred Program for the applicable quarterly period. EDI reporting requires sell-through information which must include transmission date, transaction date or invoice date, sold-to name, sold-to address (street, city, state, zip), invoice number or order number or purchase order number, ship-to name if different from sold-to name, ship-to address (street, city, state, zip) if different from sold-to address, Lexmark part number and quantity sold, shipped or returned. Inventory reports must include transmission date, Lexmark part number and on-hand quantity as of that reporting date.

6.  Performance rebates will be paid, by credit memo, to the Distributor:  Quarter 1, quarter 2, quarter 3 and quarter 4 will be paid within 60 days of the close of the quarter

7.  Lexmark will pay a ▮▮▮ Compliant Cartridge bonus rebate on net, quarterly Business Supplies calculated sell-thru regardless of whether a quarterly or annual target is attained (BTL). To qualify for the Lexmark Compliant Cartridge bonus, the Distributor must either offer only new Lexmark branded cartridges, Lexmark branded cartridges that have been remanufactured by Lexmark, offer 3rd party remanufactured cartridges produced from Lexmark Regular (non-Return Program) Cartridges or offer non-Lexmark branded Compliant Cartridges

8.  Lexmark reserves the right to select the month against which product returns will be deducted.

9.  Lexmark reserves the right to change or modify the rebate structure and program without notice. Lexmark reserves the right to modify Universal-Preferred targets to reflect the movement of significantly a reseller account of ▮▮▮▮ of annualized cartridge revenue from one Distributor to another.

10. The Distributor's Business Plan must be completed by the Distributor and approved by your Lexmark DAM. Distributor agrees to work with the DAM to develop and execute a comprehensive revenue growth plan during Q1 of 2013. The plan will include, but not be limited to, sales education and training, promotional loyalty growth activities, (i.e. competitive win-back programs, and sales representative incentive programs)

11. Lexmark reserves the right to withhold earned Universal-Preferred rebates if the Distributor is not in compliance with Lexmark payment terms

12. To be eligible for the Universal-Preferred Supplies Performance Rebate for Lexmark Business Supplies, the Distributor must submit a Loyalty Report.  The Loyalty Report must be completed by the Distributor and approved by the Lexmark DAM.

CONFIDENTIAL - OUTSIDE COUNSEL ONLY    A3051

# Lexmark 2013 Universal-Preferred Program for Lexmark -- Authorized Distributors

## Attachment 3
## Lexmark Part Number List for 2013 Universal-Preferred Rebate Eligibility*

| Part Number | Product |
|---|---|
| 08A0475 | CARTRDG ASLXK REGULAR E320 |
| 08A0476 | CARTRDG ASLXK 3K LRP E32X |
| 08A0477 | CARTRDG ASLXK 6K REGULAR E32X |
| 08A0478 | CARTRDG ASLXK 6K LRP E32X |
| 1040864 | RIBBON ASMDAKOTA-E |
| 10B031C | CARTRDG ASLXK CYN SY BAU AM |
| 10B031K | CARTRDG ASLXK BLK SY BAU AM |
| 10B031M | CARTRDG ASLXK MGT SY BAU AM |
| 10B031Y | CARTRDG ASLXK YLO SY BAU AM |
| 10B032C | CARTRDG ASLXK CYN HY BAU AM |
| 10B032K | CARTRDG ASLXK BLK HY BAU AM |
| 10B032M | CARTRDG ASLXK MGT HY BAU AM |
| 10B032Y | CARTRDG ASLXK YLO HY BAU AM |
| 10B041C | CARTRDG ASLXK CYN SY UAR AM |
| 10B041K | CARTRDG ASLXK BLK SY UAR AM |
| 10B041M | CARTRDG ASLXK MGT SY UAR AM |
| 10B041Y | CARTRDG ASLXK YLO SY UAR AM |
| 10B042C | CARTRDG ASLXK CYN HY UAR AM |
| 10B042K | CARTRDG ASLXK BLK HY UAR AM |
| 10B042M | CARTRDG ASLXK MGT HY UAR AM |
| 10B042Y | CARTRDG ASLXK YLO HY UAR AM |
| 10B3100 | BOTTLE ASMC750 WASTE TONER |
| 10B642C | CARTRDG ASC769 GSA CYAN |
| 10B642K | CARTRDG ASC750 GSA BLACK |
| 10B642M | CARTRDG ASC750 GSA MAGENTA |
| 10B642Y | CARTRDG ASC750 GSA YELLOW |
| 10E0040 | CARTRIDGE CYAN PRINT 5016001 |
| 10E0041 | CARTRIDGE MAGENTA PRINT 5016 |
| 10E0042 | CARTRIDGE YELLOW PRINT 5016001 |
| 10E0043 | CARTRIDGE BLACK PRINT 5016001 |
| 10E0044 | FUSER COATING ROLL |
| 10E0045 | KIT TRANSFER |
| 10S0150 | CARTRIDGE E210 2K RE-ORDER |
| 11A3540 | RIBBON 24XX/23XX STD RE-INK |
| 11A3550 | RIBBON 24XX HI YIELD RE-INK |
| 11A4096 | UNIT ASM CD UNIT PRINT UNIT |
| 11A4097 | CARTRIDGE TONER(2PACK) |
| 11A7469 | CARTRIDGE TONER REORDER |
| 11K2892 | CARTRIDGE IMOD 25K TONER CART |
| 11K2952 | CARTRIDGE IMOD 25K TONR CRT AF |
| 11K3188 | CARTRDG ASSTAPLER REORDER# |
| 12015SA | CARTRDG 2K AM TONER LRP AMER |
| 12026XW | KIT   PHOTOCONDUCTOR UNIT |
| 12035SA | CARTRIDGE E120 2K AM BAU AMER |
| 12A0160 | CARTRIDGE 17.6K REMAN PREBATE |
| 12A0360 | CARTRIDGE 17.6K REM PRE (LAB) |
| 12A0540 | SPECIALTY MEDIA OC1200FOIL LTR |
| 12A0725 | CARTRIDGE 23K AFTMKT(LEX REP) |
| 12A0825 | CARTRIDGE 23K OPTRA SE LRP |
| 12A0829 | CARTRIDGE 23K OPTRA SE LRP LBL |
| 12A1450 | ASSEMBLY OP 1200 BLK PHOTOCON |
| 12A1451 | ASSEMBLY OP 1200 MAGENTA TONE |
| 12A1452 | ASSEMBLY OP 1200 CYAN TONER |
| 12A1463 | ASSEMBLY OP 1200 YELLOW TONER |
| 12A1464 | ASSEMBLY OP 1200 BLACK TONER |
| 12A1465 | ASSEMBLY OP 1200 3 CLR PHOTO |
| 12A2260 | CARTRIDGE 20K REMAN GEMINI |
| 12A2360 | CARTRIDGE 6K E321 REMAN |
| 12A3160 | CARTRIDGE 20K REMAN GEMINI |
| 12A3360 | CARTRIDGE 20K LBL REMAN GEMINI |
| 12A3710 | CARTRDG ASLXK X422 6K REGULAR |
| 12A3715 | CARTRDG ASLXK 12K REGULAR X422 |
| 12A4605 | CARTRIDGE SINGLE PACK OPTRA K |
| 12A4710 | CARTRDG ASLXK X422 6K LRP |
| 12A4715 | CARTRDG ASLXK X422 12K LRP |
| 12A5140 | CARTRIDGE 25K REMAN |
| 12A5340 | CARTRIDGE 25K REMAN (LABEL) |
| 12A5361 | CARTRIDGE 20K T62X GSA |
| 12A5740 | CARTRIDGE 10K REGULAR T61X |
| 12A5745 | CARTRIDGE 25K REGULAR T61X |
| 12A6840 | CARTRIDGE 10K LRP OPTRA T |
| 12A5845 | CARTRIDGE 25K LRP OPTRA T |
| 12A5849 | CARTRIDGE 25K LRP (LABEL) WED |
| 12A5850 | CARTRIDGE 25K 4069 LABEL RPQ |
| 12A6160 | CARTRIDGE REMAN STINGRAY |
| 12A6360 | CARTRIDGE LABEL REMAN STING |
| 12A6591 | CARTRIDGE 17.6K 4059 LRP GSA |
| 12A6592 | CARTRIDGE 25K 4069 GSA |
| 12A6730 | CARTRIDGE 7.6K BAU T62X |
| 12A6735 | CARTRIDGE 20K BAU T62X |
| 12A6760 | CARTRIDGE 10K BAU T62X |
| 12A6765 | CARTRIDGE 30K BAU T62X |
| 12A6830 | CARTRIDGE 7.6K LRP T62X |
| 12A6835 | CARTRIDGE 20K LRP T62X |
| 12A6839 | CARTRIDGE 20K LRP T52X LABEL |
| 12A6860 | CARTRIDGE 10K LRP T620 |
| 12A6865 | CARTRIDGE 30K LRP T620 |
| 12A6869 | CARTRIDGE 30K LRP T620 LABEL |
| 12A7300 | CARTRDG ASLXK 3K NONPRE E321 |
| 12A7305 | CARTRDG ASLXK 6K REGULAR E321 |
| 12A7310 | CARTRDG ASLXK 6K REGULAR T420 |
| 12A7315 | CARTRDG ASLXK 10K REGULAR T420 |
| 12A7360 | CARTRDG AS6K BAU APA AFM |
| 12A7362 | CARTRDG AS21K BAU APA AFM |
| 12A7365 | CARTRDG AS32K REGULAR T634 |
| 12A7400 | CARTRDG ASLXK 3K LRP E321 |
| 12A7405 | CARTRDG ASLXK 6K LRP E321 |
| 12A7410 | CARTRDG ASLXK 6K LRP T420 |
| 12A7415 | CARTRDG ASLXK 10K LRP T420 |
| 12A7460 | CARTRDG AS6K LRP T63X |
| 12A7462 | CARTRDG AS21K LRP T63X |
| 12A7465 | CARTRDG AS32K LRP T632 |
| 12A7468 | CARTRDG AS21K LRP (LABEL) T63X |
| 12A7469 | CARTRDG AS32K LRP T63X (LABEL) |
| 12A7610 | CARTRDG LXK T63X HI YD REMAN |
| 12A7612 | CARTRDG LXK T63X MID YD RMAN |
| 12A7612ABL | CARTRDG LXK T63X MID YD RMAN for SP RICHARDS/ABLES LAND |
| 12A7630 | CARTRIDGE LXK T63X HI LB RMAN |
| 12A7632 | CARTRIDGE LXK T63X MID LB RMAN |
| 12A7700 | CARTRIDGE LXK T63X HI DUP RMAN |
| 12A7720 | CARTRDG AST63X 21K DUP LB REM |
| 12A7727 | CARTRDG AST63X 21K BULK REMAN |
| 12A7730 | CARTRIDGE 20K DUP LBL REM T520 |
| 12A7740 | CARTRIDGE 26K REMAN DUP LABEL |
| 12A7750 | CARTRIDGE 17.6K REM DPLX RPQ |
| 12A7760 | CARTRIDGE DUP LBL REMAN T620 |
| 12A7776 | CARTRIDGE T430 12K LRP GSA |
| 12A8300 | CARTRIDGE LX 3K E330 BAU TONER |
| 12A8302 | KIT LXK E330 PC |
| 12A8305 | CARTRIDGE LX 6K E330 BAU TONER |
| 12A8320 | CARTRIDGE T430 6K LXK BAU |
| 12A8326 | CARTRIDGE LX 12K LXK BAU |
| 12A8400 | CARTRIDGE LX 3K E330 UAR TONER |
| 12A8405 | CARTRDG ASLX 6K E330 UAR TONER |
| 12A8420 | CARTRIDGE T430 6K LXK UAR |
| 12A8426 | CARTRIDGE T430 12K LXK UAR |
| 12A9684 | CARTRIDGE 30K LRP T620 GSA/TAA |
| 12A9685 | CARTRDG AS21K LRP T63X GSA/TAA |
| 12A9686 | CARTRDG AS32K LRP T632 GSA/TAA |
| 12B0090 | CARTRIDGE W820 PRINT CARTRIDGE |
| 12L0250 | CARTRIDGE TONER |
| 12L0251 | KIT PHOTOCONDUCTOR |
| 12L0252 | STAPLES 3 PACK |
| 12N0768 | CARTRIDGE C910 CYAN TONER |
| 12N0769 | CARTRIDGE C910 MAGENTA TONER |

LEX 13-018

CONFIDENTIAL - OUTSIDE COUNSEL ONLY   A3052

## Lexmark 2013 Universal-Preferred Program for Lexmark -- Authorized Distributors

| | | | | |
|---|---|---|---|---|
| 12N0770 | CARTRIDGE C910 YELLOW TONER | | 20K1400 | CARTRIDGE CYAN HY TONER CART |
| 12N0771 | CARTRIDGE C910 BLACK TONER | | 20K1401 | CARTRIDGE MAGNTA HY TONER CART |
| 12N0772 | DEVELOPER C91X PHOTODEV28K | | 20K1402 | CARTRIDGE YELLOW HY TONER CART |
| 12N0773 | DEVELOPER C910 BLACK PHOTO | | 20K1403 | CARTRIDGE BLACK HY TONER CART |
| 12N0868 | CARTRIDGE USGOV CYAN TONER CRT | | 20K1440 | CARTRIDGE GSA HI YIELD BLACK |
| 12N0869 | CARTRIDGE USGOV MAG TONER CRT | | 20K1441 | CARTRIDGE GSA HI YIELD CYAN |
| 12N0870 | CARTRIDGE USGOV YEL TONER CRT | | 20K1442 | CARTRIDGE GSA HI YIELD MAGENTA |
| 12N0871 | CARTRIDGE USGOV BLK TONER CRT | | 20K1443 | CARTRIDGE GSA HI YIELD YELLOW |
| 12N0872 | DEVELOPER USGOV COLOR PHOTO | | 20K1452 | CARTRIDGE GSA PHOTODEVELOPER |
| 12N0873 | DEVELOPER USGOV BLACK PHOTO | | 2380055W | CARTRIDGE ASLX 2K E238 UAR TONER |
| 12S0300 | CARTRDG ASLXK 2.5K E220 | | 23820SW | CARTRIDGE LX 2K E238 BAU TNR |
| 12S0400 | CARTRDG ASLXK 2.6K LRP E220 | | 240155A | CARTRIDGE LX 2.6K E340 UAR TNR |
| 1361750 | PC UNIT 5040 PC KIT | | 24035SA | CARTRIDGE LX 2.6K E340 BAU TNR |
| 1361751 | TONER ASM 5040 BLACK | | 24060SW | CARTRIDGE LX 2.6K E240 GSA TNR |
| 1361752 | TONER ASM 5040 CYAN | | 24B1424 | CARTRIDGE OPTRA-S LRP GSA/TAA |
| 1361753 | TONER ASM 5040 MAGENTA | | 24B1429 | CARTRIDGE OPTRA T LRP GSA/TAA |
| 1361754 | TONER ASM 5040 YELLOW | | 24B1434 | CARTRIDGE STD T620 LRP GSA/TAA |
| 1380200 | CARTRIDGE IBM 7K | | 24B1439 | CARTRDG AST63X STD LRP GSA/TAA |
| 1380520 | CARTRIDGE E.P. IBM 9.5K | | 24B6710 | CARTRDG AST630 REMAN |
| 1380850 | CARTRIDGE STD JEDI 7K | | 250A11A | CARTRIDGE LX E350 LRP TNR A |
| 1380950 | CARTRIDGE TRI 12.8K STD | | 25A0013 | SUPPLY STAPLE PACK |
| 1382100 | CARTRIDGE EP 7K CUST REORDER | | 260A11A | CARTRIDGE LX E260 LRP TNR A |
| 1382150 | CARTRIDGE EP AUGUSTA REORDER | | 34015HA | CARTRDG ASLX 6K E340 UAR TONER |
| 1382227 | PART    FINISHER STAPLE CART | | 34035HA | CARTRIDGE LX 6K E340 BAU TONER |
| 1382620 | CARTRIDGE 7.6K AFTMKT | | 34060HW | CARTRIDGE LX 6K E340 GSA TONER |
| 1382625 | CARTRIDGE 17.6K AFTMKT | | 4K00199 | CARTRIDGE 10K TONER 4045 |
| 1382920 | CARTRIDGE 7.6K OPTRA-S LRP | | 64004HA | CARTRDG AST64X HY LRP LAPS AM |
| 1382925 | CARTRIDGE 17.6K LRP OPTRA S | | 64015HA | CARTRDG AST64X HY LRP AMER |
| 1382926 | CARTRIDGE 17.6K LRP RPQ SPC AP | | 64015SA | CARTRIDGE AST64X LRP AMER |
| 1382929 | CARTRIDGE 17.6K LRP (LABEL) | | 64019HG | T64X 21K RPQ RET PROG CART |
| 1382960 | CARTRIDGE 17.6K LEX LRP IM RPQ | | 64035HA | CARTRDG AST64X HY BAU AMER |
| 13L0034 | CARTRIDGE RIBBON 4227-200 ORD# | | 640355A | CARTRDG AST64X BAU AMER - NA $ |
| 13T0101 | CARTRIDGE E310/E312 6K TONER | | 64075HA | CARTRDG AST64X HY LRP GSA TAA |
| 13T0301 | CARTRIDGE E310/2/2L 3K TONER | | 64075SW | CARTRDG AST64X STD LRP GSA |
| 14K0080 | CARTRIDGE W812 AFTRMKT CART | | 64080HW | CARTRDG AST64X 21K REMAN |
| 15G031C | CARTRIDGE C762 C PC | | 64080HWABL | CARTRIDGE AST64X 21K REMAN for SP RICHARDS/ABLES LAND |
| 15G031K | CARTRIDGE C762 K PC | | | |
| 15G031M | CARTRIDGE C752 M PC | | 64080XW | CARTRIDGE T640 REMAN |
| 15G031Y | CARTRIDGE C752 Y PC | | 64084HW | CARTRDG AST64X 21K LABEL REMAN |
| 15G032C | CARTRIDGE C762 C HY PC | | 64087HW | CARTRDG AST64X 21K DUPLEX |
| 15G032K | CARTRIDGE C762 K HY PC | | 64404XA | CARTRDG AST64X HY LRP LAPS AM |
| 15G032M | CARTRIDGE C752 M HY PC | | 64415XA | CARTRIDGE T644 XHY LRP AMER |
| 15G032Y | CARTRIDGE C752 Y HY PC | | 64419XG | CARTRIDGE T644 XHY LRP RPQ - W |
| 15G041C | CARTRIDGE C762 C LRP PC | | 64435XA | CARTRIDGE T644 XHY BAU AMER |
| 15G041K | CARTRIDGE C752 K LRP PC | | 64440XW | CARTRIDGE T644 32K C |
| 15G041M | CARTRIDGE C762 M LRP PC | | 64475XA | CARTRIDGE T644 XHY LRP GSA TAA |
| 15G041Y | CARTRIDGE C752 Y LRP PC | | 64480XW | CARTRIDGE T644 32K REMAN |
| 15G042C | CARTRIDGE C762 C HY LRP PC | | 64484XW | CARTRIDGE T644 32K LABEL REMAN |
| 15G042K | CARTRIDGE C752 K HY LRP PC | | 64487XW | CARTRIDGE T644 32K DUPLEX |
| 15G042M | CARTRIDGE C752 M HY LRP PC | | 69G8256 | ASM TONER CARTRIDGE |
| 15G042Y | CARTRIDGE C752 Y LRP PC | | 69G8257 | ASM PHOTOCONDUCTOR UNIT |
| 15G642C | CARTRIDGE C762 GSA HY C | | C500H2CG | CARTRIDGE C600 CYAN HI YIELD |
| 15G642K | CARTRIDGE C752 GSA HY K | | C500H2KG | CARTRIDGE C500 BLK HI YIELD |
| 15G642M | CARTRIDGE C752 GSA HY M | | C500H2MG | CARTRIDGE C500 MAG HI YIELD |
| 15G642Y | CARTRIDGE C752 GSA HY YELLOW | | C500H2YG | CARTRIDGE C500 YEL HI YIELD |
| 15W0900 | CARTRIDGE C720 CYAN TONER | | C500H6CG | CARTRIDGE C500 CYAN HY GSA |
| 15W0901 | CARTRIDGE C720 MAGENTA TONER | | C500H6KG | CARTRIDGE C500 BLACK HY GSA |
| 15W0902 | CARTRIDGE C720 YELLOW TONER | | C500H6MG | CARTRIDGE C500 MAGENTA HY GSA |
| 15W0903 | CARTRIDGE C720 BLACK TONER | | C500H6YG | CARTRIDGE C500 YELLOW HY GSA |
| 15W0904 | KIT C720 OPC AFTERMARKET | | C500S2CG | CARTRIDGE C500 CYAN STANDARD |
| 15W0906 | ROLLER C720 FUSER CLEANING | | C500S2KG | CARTRIDGE C500 BLACK STANDARD |
| 15W0906 | BOTTLE C720 OIL | | C500S2MG | CARTRIDGE C500 MAG STANDARD |
| 15W0907 | BOTTLE C720 WASTE TONER | | C500S2YG | CARTRIDGE C500 YELLOW STANDARD |
| 15W0908 | KIT C720 FUSR LV OZON FI | | C500X26G | CARTRIDGE C500 PHOTODEVELOPER |
| 15W0918 | CHARGE ASMREPLACEMENT CORONA | | C500X27G | BOTTLE    C500 WASTE TONER |
| 17G0152 | CARTRIDGE 40452XX 6K | | C500X28G | FUSER    C600/C510 LV |
| 17G0164 | CARTRIDGE 40452XX 15K | | C5200CS | CARTRIDGE C620 LRP CTG CYAN |
| 18S0090 | CARTRIDGE AFTERMARKET CARTRIDG | | C5200KS | CARTRIDGE C520 LRP CTG BLACK |
| 20K0500 | CARTRIDGE C510 CYAN TONER | | C5200MS | CARTRIDGE C520 LRP CTG MAGENTA |
| 20K0501 | CARTRIDGE C510 MAGENTA TONER | | C5200YS | CARTRIDGE C520 LRP CTG YELLOW |
| 20K0502 | CARTRIDGE C510 YELLOW TONER | | C62025X | BOTTLE ASMC52X WASTE TONER |
| 20K0503 | CARTRIDGE C510 BLACK TONER | | C6202CS | CARTRIDGE C520 BAU CTG CYAN |
| 20K0504 | CARTRIDGE C510 PHOTODEVELOPER | | C5202KS | CARTRIDGE C520 BAU CTG BLACK |
| 20K0505 | BOTTLE C510 WASTE TONER | | C6202MS | CARTRIDGE C520 BAU CTG MAGENTA |
| 20K0506 | FUSER C510 LV | | C5202YS | CARTRIDGE C520 BAU CTG YELLOW |

CONFIDENTIAL - OUTSIDE COUNSEL ONLY   A3053

## Lexmark 2013 Universal-Preferred Program for Lexmark -- Authorized Distributors

| | | | |
|---|---|---|---|
| C52030X | PC UNIT  C520 PC UNIT AM | C544X1MG | LSR CRTRDG4K MAGENTA RETURN |
| C52034X | PC UNIT  C520 PC UNIT MULT-PK | C544X1YG | LSR CRTRDG4K YELLOW RETURN |
| C62074X | PC UNIT  C620 TAA PC MULTI PK | C544X2CG | LSR CRTRDG4K CYAN REGULAR |
| C5220CS | CARTRIDGE C522 LRP CTG CYAN | C544X2KG | LSR CRTRDG6K BLACK REGULAR |
| C5220KS | CARTRIDGE C522 LRP CTG BLACK | C544X2MG | LSR CRTRDG4K MAGENTA REGULAR |
| C5220MS | CARTRIDGE C522 LRP CTG MAGENTA | C544X2YG | LSR CRTRDG4K YELLOW REGULAR |
| C5220YS | CARTRIDGE C522 LRP CTG YELLOW | C544X4CG | LASR PCARTC54X TAA/GSA XHY UAR |
| C5222CS | CARTRIDGE C522 BAU CTG CYAN | C544X4KG | LASR PCARTC54X TAA/GSA XHY UAR |
| C5222KS | CARTRIDGE C522 BAU CTG BLACK | C544X4MG | LASR PCARTC54X TAA/GSA XHY UAR |
| C5222MS | CARTRIDGE C522 BAU CTG MAGENTA | C544X4YG | LASR PCARTC54X TAA/GSA XHY UAR |
| C5222YS | CARTRIDGE C522 BAU CTG YELLOW | C546U1KG | LASR PCARTC546 BLACK |
| C5226CS | CARTRIDGE C522 LRP TAA CTG C | C546U2KG | LASR PCARTC646 BLACK |
| C5226KS | CARTRIDGE C522 LRP TAA CTG B | C734A1CG | CARTRIDGE C734 LRP CTG C |
| C5226MS | CARTRIDGE C522 LRP TAA CTG M | C734A1KG | CARTRIDGE C734 LRP CTG K |
| C5226YS | CARTRIDGE C522 LRP TAA CTG Y | C734A1MG | CARTRIDGE C734 LRP CTG M |
| C5240CH | CARTRIDGE C524 HY LRP CTG C | C734A1YG | CARTRIDGE C734 LRP CTG Y |
| C5240KH | CARTRIDGE C524 HY LRP CTG K | C734A2CG | CARTRIDGE C734 BAU CTG C |
| C5240MH | CARTRIDGE C524 HY LRP CTG M | C734A2KG | CARTRIDGE C734 BAU CTG K |
| C5240YH | CARTRIDGE C524 HY LRP CTG Y | C734A2MG | CARTRIDGE C734 BAU CTG M |
| C5242CH | CARTRIDGE C524 HY BAU CTG C | C734A2YG | CARTRIDGE C734 LRP BAU Y |
| C5242KH | CARTRIDGE C524 HY BAU CTG K | C734A4CG | CARTRIDGE C734 LRP TAA CTG C |
| C5242MH | CARTRIDGE C524 HY BAU CTG M | C734A4KG | CARTRIDGE C734 LRP TAA CTG K |
| C5242YH | CARTRIDGE C524 HY BAU CTG Y | C734A4MG | CARTRIDGE C734 LRP TAA CTG M |
| C5246CH | CARTRIDGE C524 HYLRP TAA CTG C | C734A4YG | CARTRIDGE C734 LRP TAA CTG Y |
| C5246KH | CARTRIDGE C524 HYLRP TAA CTG K | C734X20G | PC UNIT  C734 PC UNIT AM |
| C5246MH | CARTRIDGE C524 HYLRP TAA CTG M | C734X24G | PC UNIT  C734 MULTI PK PCUNIT |
| C5246YH | CARTRIDGE C524 HYLRP TAA CTG Y | C734X44G | PC UNIT  C734 TAA MULTI PK |
| C53030X | PC UNIT  C630 PC UNIT AM | C734X77G | WAST TONERC734/C736 |
| C53034X | PC UNIT  C630 PC UNIT MULT-PK | C736H1CG | LASR PCARTC736 HY LRP CARTRIDG |
| C53074X | PC UNIT  C630 TAA PC MULTI PK | C736H1KG | CARTRDG ASC736 HY LRP CTG K |
| C5340CX | CARTRIDGE C534 EHY LRP CTG C | C736H1MG | LASR PCARTC736 HY LRP CARTRIDG |
| C5340MX | CARTRIDGE C534 EHY LRP CTG M | C736H1YG | LASR PCARTC736 HY LRP CARTRIDG |
| C5340YX | CARTRIDGE C534 EHY LRP CTG Y | C736H2CG | LASR PCARTC736 HY BAU CARTRIDG |
| C5342CX | CARTRIDGE C534 EHY BAU CTG C | C736H2KG | CARTRDG ASC736 HY BAU CTG K |
| C5342MX | CARTRIDGE C534 EHY BAU CTG M | C736H2MG | LASR PCARTC736 HY BAU CARTRIDG |
| C5342YX | CARTRIDGE C534 EHY BAU CTG Y | C736H2YG | LASR PCARTC736 YELLOW HY BAU C |
| C5346CX | CARTRIDGE C534 EHY LRP TAA C | C736H4CG | LASR PCARTC736 CYAN HY TAA LRP |
| C5346MX | CARTRIDGE C534 EHY LRP TAA M | C736H4KG | CARTRDG ASC736 HY LRP TAACTG K |
| C5346YX | CARTRIDGE C534 EHY LRP TAA Y | C736H4MG | LASR PCARTC736 MAGENTA HY TAA |
| C540A1CG | LSR CRTRDG1K CYAN RETURN | C736H4YG | LASR PCARTC736 YELLOW HY TAA L |
| C540A1KG | LSR CRTRDG1K BLACK RETURN | C7700CH | CARTRIDGE C77X C HY LRP PC |
| C540A1MG | LSR CRTRDG1K MAGENTA RETURN | C7700CS | CARTRIDGE C77X C LRP PC |
| C540A1YG | LSR CRTRDG1K YELLOW RETURN | C7700KH | CARTRIDGE C77X K HY LRP PC |
| C540A4CG | LASR PCARTC54X TAA/GSA UAR CAR | C7700KS | CARTRIDGE C77X K LRP PC |
| C540A4KG | LASR PCARTC54X TAA/GSA UAR CAR | C7700MH | CARTRIDGE C77X M HY LRP PC |
| C540A4MG | LASR PCARTC54X TAA/GSA UAR CAR | C7700MS | CARTRIDGE C77X M LRP PC |
| C540A4YG | LASR PCARTC54X TAA/GSA UAR CAR | C7700YH | CARTRIDGE C77X Y HY LRP PC |
| C540H1CG | LSR CRTRDG2K CYAN RETURN | C7700YS | CARTRIDGE C77X Y LRP PC |
| C540H1KG | LSR CRTRDG2.5K BLACK RETURN | C7702CH | CARTRIDGE C77X C HY PC |
| C540H1MG | LSR CRTRDG2K MAGENTA RETURN | C7702CS | CARTRIDGE C77X C PC |
| C540H1YG | LSR CRTRDG2K YELLOW RETURN | C7702KH | CARTRIDGE C77X K HY PC |
| C540H2CG | LSR CRTRDG2K CYAN REGULAR | C7702KS | CARTRIDGE C77X K PC |
| C540H2KG | LSR CRTRDG2.5K BLACK REGULAR | C7702MH | CARTRIDGE C77X M HY PC |
| C540H2MG | LSR CRTRDG2K MAGENTA REGULAR | C7702MS | CARTRIDGE C77X M PC |
| C540H2YG | LSR CRTRDG2K YELLOW REGULAR | C7702YH | CARTRIDGE C77X Y HY PC |
| C540H4CG | LASR PCARTC54X TAA/GSA HY UAR | C7702YS | CARTRIDGE C77X Y PC |
| C540H4KG | LASR PCARTC54X TAA/GSA HY UAR | C7706CH | CARTRIDGE C77X GSA C HY LRP PC |
| C540H4MG | LASR PCARTC54X TAA/GSA HY UAR | C7706KH | CARTRIDGE C77X GSA K HY LRP PC |
| C540H4YG | LASR PCARTC54X TAA/GSA HY UAR | C7706MH | CARTRIDGE C77X GSA M HY LRP PC |
| C540X31G | DEVELOPER C64X BLACK DEVELOPER | C7706YH | CARTRIDGE C77X GSA Y HY LRP PC |
| C540X32G | DEVELOPER C64X CYAN DEVELOPER | C7720CX | CARTRIDGE C772 C EHY LRP PC |
| C540X33G | DEVELOPER C64X MAGENTA DEVELOP | C7720KX | CARTRIDGE C772 K EHY LRP PC |
| C540X34G | DEVELOPER C64X YELLOW DEVELOPE | C7720MX | CARTRIDGE C772 M EHY LRP PC |
| C540X35G | CLEANER  C64X PHOTOCONDUCTOR | C7720YX | CARTRIDGE C772 Y EHY LRP PC |
| C540X41G | LASR PCARTC54X TAA/G | C7722CX | CARTRIDGE C772 C EHY PC |
| C540X42G | LASR PCARTC54X TAA/G | C7722KX | CARTRIDGE C772 K EHY PC |
| C540X43G | LASR PCARTC54X TAA/G | C7722MX | CARTRIDGE C772 M EHY PC |
| C540X44G | LASR PCARTC54X TAA/G | C7722YX | CARTRIDGE C772 Y EHY PC |
| C540X45G | PHOTOCOND C64X TAA/GSA PHOTOC | C7726CX | CARTRIDGE C772 GSA C EHY LRP |
| C540X71G | LSR CRTRDGC54X BLACK IMAGING K | C7726KX | CARTRIDGE C772 GSA K EHY LRP |
| C540X74G | LSR CRTRDGC54X BLACK AND COLOR | C7726MX | CARTRIDGE C772 GSA M EHY LRP |
| C540X75G | WAST TONERBOTTLE | C7726YX | CARTRIDGE C772 GSA Y EHY LRP |
| C540X84G | IMAGING UNITC54X TAA/GSA IMAGING | C780A1CG | CARTRIDGE C78X LY LRP AM PC C |
| C544X1CG | LSR CRTRDG4K CYAN RETURN | C780A1KG | CARTRIDGE C78X LY LRP AM PC K |
| C544X1KG | LSR CRTRDG6K BLACK RETURN | C780A1MG | CARTRIDGE C78X LY LRP AM PC M |

CONFIDENTIAL - OUTSIDE COUNSEL ONLY  A3054

## Lexmark 2013 Universal-Preferred Program for Lexmark -- Authorized Distributors

| Code | Description | Code | Description |
|---|---|---|---|
| C780A1YG | CARTRIDGE C78X LY LRP AM PC Y | E250A21A | CARTRIDGE LX E350 BAU TNR A |
| C780A2CG | CARTRIDGE C78X LY REG AM PC C | E250A41G | CARTRIDGE LX E350 GSA TNR |
| C780A2KG | CARTRIDGE C78X LY REG AM PC K | E250A80G | LASR PCARTE250 REMAN CARTRIDGE |
| C780A2MG | CARTRIDGE C78X LY REG AM PC M | E250X22G | KIT    LXK E350 PC |
| C780A2YG | CARTRIDGE C78X LY REG AM PC Y | E250X42G | KIT    LXK E350 PC GSA |
| C780H1CG | CARTRIDGE C78X MY LRP AM PC C | E260A11A | CARTRIDGE LX E260 LRP TNR A |
| C780H1KG | CARTRIDGE C78X MY LRP AM PC K | E260A21A | CARTRIDGE LX E260 TNR A |
| C780H1MG | CARTRIDGE C78X MY LRP AM PC M | E260A41G | CARTRIDGE LX E260 GSA |
| C780H1YG | CARTRIDGE C78X MY LRP AM PC Y | E260X22G | KIT    LXK E360 PC |
| C780H2CG | CARTRIDGE C78X MY REG AM PC C | E260X42G | KIT    LXK E360 PC |
| C780H2KG | CARTRIDGE C78X MY REG AM PC K | E350H61G | CARTRIDGE LX E350 RPQ HY |
| C780H2MG | CARTRIDGE C78X MY REG AM PC M | E350H90G | LASR PCARTE350 REMAN CARTRIDGE |
| C780H2YG | CARTRIDGE C78X MY REG AM PC Y | E352H11A | CARTRIDGE LX E352 LRP TNR A |
| C780H4CG | CARTRIDGE C78X GSA HY LRP AM C | E352H21A | CARTRIDGE LX E352 BAU TNR A |
| C780H4KG | CARTRIDGE C78X GSA HY LRP AM K | E352H41G | CARTRIDGE LX E352 GSA UAR |
| C780H4MG | CARTRIDGE C78X GSA HY LRP AM M | E360H11A | CARTRIDGE LX E360 LRP TNR A |
| C780H4YG | CARTRIDGE C78X GSA HY LRP AM Y | E360H16G | LASR PCARTE360 HY PR |
| C782U1CG | LASR PCARTC782 XL XHY AM CYAN | E360H21A | CARTRIDGE LX E360 TNR A |
| C782U1KG | LASR PCARTC782 XL XHY UAR BLA | E360H41G | CARTRIDGE LX E360 GSA |
| C782U1MG | LASR PCARTC782 XL XHY UAR MAGE | E450A11A | CARTRIDGE LX E450 LRP TNR A |
| C782U1YG | LASR PCARTC782 XL XHY UAR YELL | E460A21A | CARTRIDGE LX E460 BAU TNR A |
| C782U2CG | LASR PCARTC792 XL XHY CYAN CAR | E450H11A | CARTRIDGE LX E450 LRP A |
| C782U2KG | LASR PCARTC782 XL XHY BLACK CA | E460H21A | CARTRIDGE LX E460 BAU A |
| C782U2MG | LASR PCARTC792 XL XHY MAGENTA | E450H41G | CARTRIDGE LX E450 GSA TNR |
| C782U2YG | LASR PCARTC782 XL XHY YELLOW C | E460H11A | CARTRIDGE LX E460 LRP TNR A |
| C782U4CG | LASR PCARTC782 XL XHY UAR TAA | E460X21A | CARTRIDGE LX E460 TNR A |
| C782U4KG | LASR PCARTC782 XL XHY UAR TAA | E460X41G | CARTRIDGE LX E460 GSA |
| C782U4MG | LASR PCARTC782 XL XHY UAR TAA | E462U11A | LASR PCARTE462 UHY L |
| C782U4YG | LASR PCARTC782 XL XHY UAR TAA | E462U21G | LASR PCARTE462 UHY B |
| C782X1CG | CARTRIDGE C78X HY LRP AM PC C | EG460X11 | TONER CARTEG460 XHY |
| C782X1KG | CARTRIDGE C78X HY LRP AM PC K | EG460X21 | TONER CARTEG460 XHY |
| C782X1MG | CARTRIDGE C78X HY LRP AM PC M | GSA0478 | CARTRDG ASLXK GSA 6K LRP E320 |
| C782X1YG | CARTRIDGE C78X HY LRP AM PC Y | GSA4716 | CARTRDG ASX422 12K LRP GSA |
| C782X2CG | CARTRIDGE C78X HY REG AM PC C | GSA7405 | CARTRDG ASLXK GSA 6K LRP E321 |
| C782X2KG | CARTRIDGE C78X HY REG AM PC K | GSA7416 | CARTRDG ASLXK GSA 10K LRP T420 |
| C782X2MG | CARTRIDGE C78X HY REG AM PC M | GSA8302 | KIT LXK E330 PC |
| C782X2YG | CARTRIDGE C78X HY REG AM PC Y | GSA8400 | CARTRIDGE LX 2.6K E330 GSA TNR |
| C782X4CG | CARTRIDGE C78X GSA EHYLRP AM C | GSA8405 | CARTRIDGE LX 6K E330 GSA TONER |
| C782X4KG | CARTRIDGE C78X GSA EHYLRP AM K | T650A11A | CARTRDG AST650 LRP AMER |
| C782X4MG | CARTRIDGE C78X GSA EHYLRP AM M | T650A21A | CARTRDG AST65X BAU AMER |
| C782X4YG | CARTRIDGE C78X GSA EHYLRP AM Y | T650A41G | CARTRDG AST650 STD LRP GSA |
| C792A1CG | LASR PCARTCYAN STND | T650H00A | LASR PCART650 25K LABEL APPS |
| C792A1KG | LASR PCARTBLACK STND | T650H11A | CARTRDG AST65X HY LRP AMER |
| C792A1MG | LASR PCARTMAGENTA ST | T650H21A | CARTRDG AST65X HY BAU AMER |
| C792A1YG | LASR PCARTYELLOW STN | T650H41G | CARTRDG AST65X HY LRP GSA |
| C792X1CG | LASR PCARTCYAN EXTRA | T650H80G | LASR PCART650 REMAN CARTRIDGE |
| C792X1KG | LASR PCARTBLACK EXTR | T650H84G | LASR PCART650 LABEL APPS REMA |
| C792X1MG | LASR PCARTMAGENTA EX | T650H87G | LASR PCART650 HY DU |
| C792X1YG | LASR PCARTYELLOW EXT | T654X04A | LASR PCART654 LABEL APPS CART |
| C792X2CG | LASR PCARTCYAN EXTRA | T654X11A | CARTRIDGE T654 XHY LRP AMER |
| C9202CH | CARTRIDGE CYAN 14K TONER | T654X21A | CARTRIDGE T654 XHY BAU AMER |
| C9202KH | CARTRIDGE BLACK 15K TONER | T654X31G | CARTRIDGE T654 XHY CORP |
| C9202MH | CARTRIDGE MAGENTA 14K TONER | T654X41G | CARTRIDGE T654 XHY LRP GSA |
| C9202YH | CARTRIDGE YELLOW 14K TONER | T654X80G | LASR PCART654 REMAN CARTRIDGE |
| C92035X | ROLLER OIL COATING 15K | T654X84G | LASR PCART654 LABEL APPS REMA |
| C9206CH | CARTRIDGE CYAN 14K TONER GSA | T654X87G | LASR PCART654 XHY R |
| C9206KH | CARTRIDGE BLACK 16K TONER GSA | TG654X11 | LASR PCART654 XHY L |
| C9206MH | CARTRIDGE MAG 14K TONER GSA | W82050H | CARTRIDGE W820 GSA TONER CART. |
| C9206YH | CARTRIDGE YEL 14K TONER GSA | W84020H | SUPPLY TONER CARTRIDGE |
| C925H2CG | TONER CARTC925/X925 | W84030H | SUPPLY PHOTOCONDUCTOR KIT |
| C925H2KG | TONER CARTC925/X926 | W84050H | SUPPLY    W840 GSA TONER CARTR |
| C925H2MG | TONER CARTC925/X926 | W850H21G | TONER CARTW850 HIGH |
| C925H2YG | TONER CARTC925/X925 | W850H22G | PHOTOCOND W850 PHOTO |
| C925X72G | IMAGNG UNTC925/X926 | X203A11G | LASR PCARTX203 LRP T |
| C925X73G | IMAGNG UNTC925/X926 | X203A21G | LASR PCARTLXK X203 B |
| C930H2CG | SUPPLY    C93X CYAN HY CARTRI. | X203H20G | LASR PCARTX203 PC KI |
| C930H2KG | SUPPLY    C93X BLACK HY CARTRI | X264A11G | LASR PCARTX264 / X36 |
| C930H2MG | SUPPLY    C93X MAGEN HY CARTRI | X264A21G | LASR PCARTX264 / X36 |
| C930H2YG | SUPPLY    C93X YELLOW HY CART. | X264H11G | LASR PCARTX264 / X36 |
| C930X72G | Lexmark C935/X940/X945 Photoconductor Unit | X264H21G | LASR PCARTX264 / X36 |
| C930X73G | Lexmark C935/X940/X545 Color Photoconductor Kit [3] | X264H41G | LASR PCARTX264 / X36 |
| C930X76G | Lexmark C935/X940/X945 Waste Toner Bottle | X340A11G | CARTRIDGE LX 2.5K X340 LRP TNR |
| C930X82G | SUPPLY    TAA PC KIT SINGLE UN | X340A21G | CARTRIDGE LX 2.5K X340 BAU TNR |
| C930X83G | SUPPLY    TAA PC KIT THREE PAC | X340H11G | CARTRDG ASLX 6K X340 UAR TONER |
| E260A11A | CARTRIDGE LX E350 LRP TNR A | X340H21G | CARTRIDGE LX 6K X340 BAU TONER |

CONFIDENTIAL - OUTSIDE COUNSEL ONLY  A3055

# Lexmark 2013 Universal-Preferred Program for Lexmark -- Authorized Distributors

| | | | | |
|---|---|---|---|---|
| X340H22G | KIT     LXK X340 PC | | X644X11A | CARTRIDGE X644 XHY LRP AMER |
| X340H41G | CARTRDG ASLX 6K X340 GSA TONER | | X644X21A | CARTRIDGE X644 XHY BAU AMER |
| X340H42G | KIT     LXK X340 PC GSA | | X644X41G | CARTRIDGE X644 XHY LRP GSA WW |
| X463A11G | LASR PCARTX46X RETUR | | X651A11A | CARTRDG ASX651 LRP AMER |
| X463A21G | LASR PCARTX46X TONER | | X651A21A | CARTRDG ASX651 BAU AMER |
| X463H11G | LASR PCARTX46X HIGH | | X651A41G | CARTRDG ASX651 LRP GSA |
| X463H21G | LASR PCARTX46X HIGH | | X651H04A | LASR PCARTX651 LABEL APPS CART |
| X463H41G | LASR PCARTX46X HIGH | | X651H11A | CARTRDG ASX651 HY LRP AMER |
| X463X11G | LASR PCARTX46X EXTRA | | X651H21A | CARTRDG ASX651 HY BAU AMER |
| X463X21G | LASR PCARTX46X EXTRA | | X651H41G | CARTRDG ASX651 HY LRP GSA |
| X463X41G | LASR PCARTX46X EXTRA | | X654X04A | LASR PCARTX654 LABEL APPS CART |
| X560A2CG | X560 CYAN STD YIELD TONER CART | | X654X11A | CARTRIDGE X654 XHY LRP AMER |
| X560A2MG | X560 MAG STD YIELD TONER CART | | X654X21A | CARTRIDGE X654 XHY BAU AMER |
| X560A2YG | X560 YEL STD YIELD TONER CART | | X654X31G | CARTRIDGE X654 XHY CORP |
| X560H2CG | CARTRIDGE X560N C HY PRT CART | | X654X41G | CARTRIDGE X654 XHY LRP GSA |
| X560H2KG | X560 BLACK HI YIELD TONER CART | | X8302KH | CARTRIDGE 4025 PRINT CARTRIDGE |
| X560H2MG | X560 MAG HIGH YIELD TONER CART | | X850H21G | CARTRIDGE X85X TONER CARTRIDGE |
| X560H2YG | X560 YEL HIGH YIELD TONER CART | | X850H22G | SUPPLY X85X PC UNIT |
| X644A11A | CARTRDG ASX644 LRP AMER | | X860H21G | TONER CARTX860, X862 |
| X644A21A | CARTRDG ASX644 BAU AMER | | X860H22G | PHOTOCOND X860, X862 |
| X644H01A | CARTRDG ASX644 HY LRP LAPS AME | | X945X2CG | Lexmark X940/X945 Black High Yield Toner Cartridge |
| X644H11A | CARTRDG ASX644 HY LRP AMER | | X945X2KG | Lexmark X940/X945 Cyan High Yield Toner Cartridge |
| X644H21A | CARTRDG ASX644 HY BAU AMER | | X945X2MG | Lexmark X940/X945 Magenta High Yield Toner Cartridge |
| X644H41G | CARTRDG ASX644 HY LRP GSA WW | | X945X2YG | Lexmark X940/X945 Yellow High Yield Toner Cartridge |
| X644X01A | CARTRIDGE X644 XHY LRP LAPS A | | | |

*Lexmark special bid part numbers may also qualify

## Trademarks

Optra is a trademark of Lexmark International, Inc., registered in the United States and/or other countries.

WinWriter is a trademark of Lexmark International, Inc. All other trademarks are the properties of their respective owners.

LEX 13-018

CONFIDENTIAL - OUTSIDE COUNSEL ONLY   A3056

# Lexmark 2013 Universal-Preferred Program for Lexmark Authorized Distributors

### Attachment 5

### 2013 Universal-Preferred Program Distributor Acknowledgement Form

Distributor acknowledges receipt and understanding of all **2013** Universal-Preferred Program Terms and Conditions as contained in announcement LEX12-018.

_____

Distributor Name


_____

Representative Printed Name


_____

Signature


_____

Date

CONFIDENTIAL - OUTSIDE COUNSEL ONLY  A3057

# Lexmark 2013 Universal-Preferred Program for Lexmark Authorized Distributors

## Attachment 6

## Executive Overview

Provide a written overview here of your **2013** Sales Plans and Programs which will help you achieve your **2013** Universal-Preferred objectives.

| 2010 Total LXK Supplies Revenue | 2010 Total Business Supplies Revenue | 2010 Competitive Business Supplies Revenue | 2013 Business Supplies Forecasted Revenue | 2010 Total LXK Printer Revenue | 2013 Forecasted Printer Revenue |
|---|---|---|---|---|---|
| Q1: $K | Q1: $K | Q1: $K | Q1: $K | Q1: $K | Q1: $K |
| Q2: $K | Q2: $K | Q2: $K | Q2: $K | Q2: $K | Q2: $K |
| Q3: $K | Q3: $K | Q3: $K | Q3: $K | Q3: $K | Q3: $K |
| Q4: $K | Q4: $K | Q4: $K | Q4: $K | Q4: $K | Q4: $K |

**2013 Initiatives** – Describe the initiatives and supporting actions to increase Lexmark's Business Supplies (toner) revenue and/or Sell-thru. **The following information is provided as a guide or example only.**

**Initiative 1: Increase Business Supplies Revenue by xx%.**

| Actions to Support Initiative | Who | By When |
|---|---|---|
| Conduct executive call to gain agreement to introduce NAM to sales team | | |
| Acquire list of xx sales team | | |
| Gain agreement to conduct monthly and/or ongoing communications program to include email blasts, emails, phone calls and attend select sales meetings | | |
| Schedule and roll out an in-house sales rep Supplies Training Program | | |
| Enroll sales reps in Partner Source | | |
| Launch a Joint Call Program to win back third party reman business | | |

LEX 13-018

CONFIDENTIAL - OUTSIDE COUNSEL ONLY    A3058

| Identify and close 5 winback opportunities | | |
|---|---|---|
| | | |

**Initiative 2: Increase Supplies Loyalty by xx%.**

| Actions to Support Initiative | Who | By When |
|---|---|---|
| | | |
| | | |

**Initiative 3: Increase Hardware Revenue by XX%**

| Actions to Support Initiative | Who | By When |
|---|---|---|
| Strategize around and establish a printer sales strategy for 2013 | | |
| Conduct hardware lunch and learn sessions for sales reps | | |
| Review all marketing material to insure Lexmark printers are prominently featured | | |
| | | |

**Initiative 4: As required**

| Actions to Support Initiative | Who | By When |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

**Lexmark Sales Representative**          **Distributor Representative**


**Date**          **Date**

LEX 13-018

CONFIDENTIAL - OUTSIDE COUNSEL ONLY  A3059

## Lexmark 2013 Universal-Preferred Program for Lexmark Authorized Distributors

### Attachment 7

**Quarterly DAM Sign off sheet for Toner & Parts Loyalty.**

**Distributor Name**

_____

**Check boxes below
Yes or No for
validation**

**I have confirmed for this quarter that the above Distributor sells only
Lexmark Toner and/or Lexmark Compliant Toner and Lexmark Genuine Parts
and/or Lexmark authorized Parts and is eligible for all BTL & Performance rebates.**

**Lexmark Distributor Account Manager**

**Date**

LEX 13-018

CONFIDENTIAL - OUTSIDE COUNSEL ONLY    A3060