# EXHIBIT H

Case: 14-1617 Document: 84-10 Page: 1 Filed: 04/24/2015

*1068*

# Lexmark S.T.A.R. Program for Independent Supplies Dealers

## PROGRAM ENROLLMENT FORM

S.T.A.R. Terms and Conditions must be signed and returned to your Lexmark Territory Sales Manager or to Lexmark HQ by March 31, 2014.

I agree to stated Terms and Conditions and wish to participate in:

Supplies Program [X]

Parts Program [ ]

Dealer Name ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Name (print) ▮▮▮▮▮▮▮▮▮▮

Authorized Signature ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Title ▮▮▮▮

Date 3/7/2014

Dealer Federal Taxpayer Identification Number: ▮▮▮▮▮▮▮▮

Blank Letterhead or Blank Invoice Included [ ]

Email along with a blank letterhead or invoice to your Lexmark Territory Sales Manager.

S.T.A.R. members with revenue over $250,000 are required to complete a business plan which should be emailed to their Lexmark Territory Sales Manager.

Note: Blank letterhead or invoice is only required if you are a new S.T.A.R. member or if your business address has changed.

Decline participation in the 2014 S.T.A.R. Program _____
(please initial on the line and email back to your Lexmark Territory Sales Manager.

CONFIDENTIAL - OUTSIDE COUNSEL ONLY A3062