# EXHIBIT J

*7680*

# Lexmark Supplies Program for DMR Resellers

## PROGRAM ENROLLMENT FORM

Reseller acknowledges receipt and understanding of all 2014 DMR Program Terms and Conditions as contained in announcement LEX 12-025.

DMR Terms and Conditions must be signed and returned to your Lexmark Sales Representative or to Lexmark HQ by March 31, 2014.

I agree to stated Term and Conditions and wish to participate in:

Supplies Program [✓]

Parts Program [✓]

Reseller Name ███████████████

Name (print) ███████████████

Authorized Signature ███████████

Title ███████████

Date  3/18/2014

Reseller Federal Taxpayer Identification Number: ███████████

Blank Letterhead or Blank Invoice Included [✓]

Email a scanned blank copy of your company letter head or blank invoice to your Lexmark Sales Representative.

8

CONFIDENTIAL - OUTSIDE COUNSEL ONLY

A3100