# EXHIBIT K




# Supplies Product Announcement

## January 2, 2012

## Lexmark Announces the 2012 Platinum Preferred Program for Direct Marketing Resellers (DMRs)

**Lexmark's is announcing a unique rebate program to motivate and reward Direct Marketing Resellers for selling Lexmark Toner Supplies and Lexmark Genuine Parts purchased from Lexmark Authorized Supplies and Parts Distributors.**

LEXMARK

740 West New Circle Road, Lexington, KY 40550

Lexmark and Lexmark with diamond design are trademarks of Lexmark International, Inc., registered in the United States and/or other countries.

# Lexmark Supplies Program for DMR Resellers

## Program Highlights

- DMR with 2011 net purchases o[redacted] or greater in Lexmark Toner Supplies purchased from Lexmark Authorized Distributors are eligible to join the DMR Program for either Supplies or Parts or both.
- Rebates can be earned on select Lexmark branded Toner Supplies and Lexmark Genuine Parts purchased from Lexmark Authorized Supplies Distributors by meeting assigned revenue targets
- The intent of the program is to reward the reseller for protecting and growing Lexmark toner Cartridge and Lexmark Genuine Parts revenue.
- DMR Program rebate is not intended to "subsidize price" in an effort to win business back from a fellow reseller
- Earned rebates may be redeemed toward the purchase of Lexmark printers.
- Program reflects Lexmark strategic business objectives.

*Calculated Sell-in – Purchases less rebates and returns For a list of all Toner Supplies and Lexmark Genuine Parts part numbers and a revenue credit schedule used to measure purchase objectives that determine qualification for rebates, see Attachment 2.

Sell-in reporting received from Lexmark Authorized Supplies Distributors and Lexmark Authorized Parts Distributors will be aggregated and used to measure attainment vs. targets.

Your Lexmark Territory Sales Manager (TSM) will perform various audits and use other methods to confirm Toner Cartridge and Parts loyalty and these findings will be the sole determining factor in the final loyalty position for each DMR.

All DRMs will be required to enroll by returning a signed copy of Attachment 5 to your Lexmark Territory Sales Manager.

### 2012 DMR Platinum Preferred Program for Business Supplies "At A Glance"

| Performance Rebate: | | | | | | |
|---|---|---|---|---|---|---|
| Business Supplies | Sell-Thru | <100% | 100% | 110% | 120% | Of Assigned 2012 Quarterly Toner Supplies Sell-in Target |
| Note : 2012 Business Supplies Targets are available from your Lexmark Territory Sales Manager | | | | | | |
| Revenue Attainment | Earn | | | | | On 2012 Toner Supplies Sell-in Revenue Attainment |
| Bonus Provisions | | | | | | |
| Compliant Cartridge Bonus | Earn | | | | | Bonus to be Paid on Quarterly Toner Calculated Sell-in* for Minimum Target Attainment. Must sell only Lexmark Genuine Service Parts and Lexmark Supplies to be eligible |
| TOTAL | Earn | | | | | On 2012 Toner Supplies Calculated Sell-in* Target |

See Attachment for a complete list of eligible Toner Supplies included in the 2012 Platinum Preferred Program.

### 2012 DMR Platinum Preferred Program for Lexmark Genuine Service Parts "At A Glance"

| Performance Rebate: | | | |
|---|---|---|---|
| Lexmark Genuine Service Parts | Revenue Target | | |
| Quarterly Payout | Earn | | On 2012 Lexmark Genuine Service Parts Sell-in Target |

See Attachment for a complete list of eligible Lexmark Genuine Service parts included in the 2012 Platinum Preferred Program.

*Calculated Sell-in – Purchases less rebates and returns

## Reservation of Rights

Lexmark reserves the right to:

- Modify or withdraw the terms and conditions (attached) of the DMR Program without notice.
- Select the month against which product returns will be deducted.
- Audit compliance with the terms and conditions and Cartridge loyalty compliance.
- Reject a transaction or disqualify a reseller from participation in the program, at Lexmark's discretion, should Lexmark perceive there to be non-compliance with the terms and conditions of this program.
- Modify targets to reflect the movement of an end user account of [redacted] annualized cartridge revenue from one reseller to another.

Lexmark and its fulfillment companies shall not be liable for any injury, damage, loss, expense, accident, delay, inconvenience or irregularity arising from the use of any funds earned in the program.





CONFIDENTIAL - OUTSIDE COUNSEL ONLY A3103

# Attachment 1

1. For DMR to be eligible for the DMR Platinum Preferred Program,

   a. Resellers must have purchased in 2011 a minimum net total of $[redacted] in Lexmark Toner Supplies from Lexmark Authorized Distributor or be granted an exception by Lexmark sales management. Proof of eligible Lexmark Toner Supplies and Lexmark Genuine Parts purchases will be based on reporting from Lexmark Authorized Distributors to Lexmark. If you have any questions on whether you are purchasing from an Authorized Supplies Distributor, see Attachment 3.

   b. DMR cannot be a Lexmark Authorized Dealer (eligible to purchase direct from Lexmark) or be owned by or a subsidiary of a Lexmark Authorized Dealer. Resellers who purchase Lexmark Toner Supplies and Genuine Lexmark Parts for resale to other resellers are not eligible to join the DMR Program.

   c. The participating DMR is also expected to honor ALL Lexmark obligations including marketing of Lexmark Supplies and Lexmark Genuine Parts only in designated/intended geographies (U.S. for resale or internal use) and not purchasing and/or selling gray market (i.e., Lexmark Supplies and Lexmark Genuine Parts originally sold by Lexmark for use outside of the United States) or counterfeit supplies. Lexmark shall determine at its discretion whether such goods qualify as gray market or counterfeit supplies.

      The DMR Program is designed to foster sales and marketing teamwork and to that end, the participating reseller agrees to respond in a timely fashion to Lexmark sales representative phone calls and/or emails as well as requests for sales meetings, training, education, planning sessions or strategy sessions designed to identify 3rd party competitive winback opportunities. If sales training or education is provided by a Lexmark sales representative, the Reseller agrees to insure at least 75% of eligible sales/marketing/staff personnel for that particular location are in attendance.

      Lexmark reserves the right to withhold earned DMR rebates if the Reseller does not make a good faith effort to comply with the above stated conditions.

   d. Reseller must fulfill all empty Cartridge return requirements defined in Lexmark special bid contracts. Reseller is also reminded that the "Return Program Cartridge" (formerly Prebate) conditions are an essential part of the Return Program Cartridge offering. For this "up-front rebate" from Lexmark, the user agrees that this Cartridge will be used only once and that the empty Cartridge will be returned only to Lexmark for remanufacturing and recycling. By selling this Return Program Cartridge, you, the Reseller, likewise are agreeing to comply with these terms and conditions – and as a participating Reseller expressly agree to return an empty Return Program Cartridge only to Lexmark if one comes into participating Reseller's possession or possession of an agent, affiliate, subsidiary or contractor of Reseller. In addition, participating Reseller expressly agrees that it, or any of its subsidiaries, affiliates or agents, shall not sell or otherwise market repair, used or remanufactured Lexmark Return Cartridges (other than remanufactured Lexmark branded Cartridges sold by Lexmark to participating Reseller for specific consumer through Lexmark Authorized Distributor). Regular-price Cartridges with regular terms and conditions are available for those customers who do not choose the Return Program Cartridge with its terms.

   e. Resellers must provide a copy of their current blank letterhead or a copy of a blank invoice and the Reseller Federal Taxpayer Identification Number for accounting purposes. These conditions are an express obligation of receiving any performance rebates. In the event of non-compliance, intentionally or unintentionally, of these conditions or any other conditions of this DMR program participating Reseller shall lose any future performance rebates immediately upon Lexmark's discovery of such violation unless otherwise agreed in writing by Lexmark at Lexmark's discretion. In addition, participating Reseller shall immediately refund any Performance rebates paid to Participating Reseller in the month(s) in which the condition(s)

## Attachment 1

was not met. Failure to insist on strict performance of any and all of the conditions of this DMR program shall not operate as a waiver of Lexmark's rights to insist on strict performance in the future.

2. 2012 Toner Supplies and a Lexmark Genuine Parts quarterly purchase targets will be established by Lexmark using 2011 Sell-in data provided by Lexmark Authorized Supplies and Parts Distributors plus a plan uplift. Credit for purchases of DMR eligible Toner Supplies and Lexmark Genuine Parts will be made according to the revenue credit schedule shown in Attachment 2. Applicable Special Bid payments and returns will be deducted according to the revenue credited in the month the payment is calculated.

3. Your specific 2012 purchase targets will be provided by your Lexmark Territory Sales Manager.

4. Performance will be measured quarterly and Performance Rebates will be paid quarterly to the Reseller on the following schedule:

| Measurement Period | Payment Period |
|---|---|
| Quarter 1 (January – March) | May 31, 2012 |
| Quarter 2 (April – June) | August 31, 2012 |
| Quarter 3 (July – September) | October 31, 2012 |
| Quarter 4 (October – December) | February 28, 2012 |

Any rebate less than $50 will be held until the amount is greater or until the reseller leaves the program, whichever occurs first. DMR Performance Rebate claims for incorrect payment must be submitted within six months from the date of the incorrect rebate payment. Any claims for DMR Performance Rebates after six months from the date of the DMR Performance Rebate are expressly waived. DMR Performance Rebate claims for incorrect payment must be made to Lexmark in writing. No further DMR Performance Rebates will be due and owing for any purchase of eligible Lexmark Toner supplies and Lexmark Genuine Parts upon the effective date of termination or expiration of this program except for those DMR Performance Rebates earned prior to the effective date of termination or expiration of this program.

5. To qualify for the Lexmark Compliant Cartridge bonus, the Dealer must either offer only new Lexmark-branded cartridges, Lexmark-branded cartridges that have been remanufactured by Lexmark, 3rd party remanufactured cartridges produced from Lexmark Regular (non-Return Program) Cartridges, or non-Lexmark branded Compliant Cartridges. Purchase of Toner Supplies from Compliant Distributors will be reviewed quarterly.

6. Participating DMRs must provide a Business Plan and monthly sell-thru and inventory reports within 30 days of the close of each month in order to qualify and be eligible to receive any earned Program rebates. The preferred process for this data exchange is via EDI. Monthly reporting should be submitted no later than 30 days after the end of the preceding month to be eligible for payment of any rebates earned in the DMR Program. Failure to submit monthly reports will result in the forfeiture of any rebates or bonuses that have been earned. If a Reseller does not currently have EDI capability, the Reseller must forward inventory reporting monthly via soft copy, ie. Excel spreadsheet. Inventory reports must include transmission date, Lexmark part number and on hand quantity at the date of reporting. .

7. The Platinum Preferred Program may be terminated, with or without cause at any time by Lexmark without notice to you. In no event shall Lexmark be liable for any lost profits, loss of savings, or incidental or consequential damages, special damages, indirect damages or punitive damages arising out of, or relating to this program. Lexmark also reserves the right to modify DMR targets to reflect the movement of an end user account of [redacted] annualized Toner Cartridge revenue or [redacted] f Lexmark Genuine Parts revenue from one reseller to another.

# Attachment 1

8, Reseller agrees to allow Lexmark to perform onsite inspections (for cause and with notice) of Lexmark product inventory and Lexmark Toner Supplies and Lexmark Genuine Parts sales records during 2012.

9. Toner Supplies and Lexmark Genuine Parts part numbers announced in 2012 will be included in the 2012 DMR Program.

10. You may choose to receive your earned rebates on your program attainment in the form of cash or uplift the earned rebate dollars by [redacted] towards the purchase of Lexmark mono or color laser printers at the current Lexmark Web price. The printers must be ordered directly from Lexmark by providing written confirmation to your Lexmark Territory Sales Manager. Lexmark will absorb any applicable sales/use taxes, shipping and handling.

The list of eligible printers will be provided at the time the rebate is processed as the Lexmark product line may change over time. Printers must be ordered on a single order and one shipment will be made directly to your location.

Example: Quarter target attainment @ 105% results in a rebate equal to $1500.00. You can take the $1500.00 in the form of cash or $1950.00 towards the purchase of Lexmark laser printers directly from Lexmark at the current Lexmark Web price.

**Attachment 2**

# Eligible Part Numbers / Price Table Listing
## Lexmark Products

| PART NUMBER | PART_DESC | DMR Value |
|---|---|---|
| 08A0475 | CARTRDG ASLXK REGULAR E320 | |
| 08A0476 | CARTRDG ASLXK 3K LRP E32X | |
| 08A0477 | CARTRDG ASLXK 6K REGULAR E32X | |
| 08A0478 | CARTRDG ASLXK 6K LRP E32X | |
| 1040864 | RIBBON ASMDAKOTA-E | |
| 10B031C | CARTRDG ASLXK CYN SY BAU AM | |
| 10B031K | CARTRDG ASLXK BLK SY BAU AM | |
| 10B031M | CARTRDG ASLXK MGT SY BAU AM | |
| 10B031Y | CARTRDG ASLXK YLO SY BAU AM | |
| 10B032C | CARTRDG ASLXK CYN HY BAU AM | |
| 10B032K | CARTRDG ASLXK BLK HY BAU AM | |
| 10B032M | CARTRDG ASLXK MGT HY BAU AM | |
| 10B032Y | CARTRDG ASLXK YLO HY BAU AM | |
| 10B041C | CARTRDG ASLXK CYN SY UAR AM | |
| 10B041K | CARTRDG ASLXK BLK SY UAR AM | |
| 10B041M | CARTRDG ASLXK MGT SY UAR AM | |
| 10B041Y | CARTRDG ASLXK YLO SY UAR AM | |
| 10B042C | CARTRDG ASLXK CYN HY UAR AM | |
| 10B042K | CARTRDG ASLXK BLK HY UAR AM | |
| 10B042M | CARTRDG ASLXK MGT HY UAR AM | |
| 10B042Y | CARTRDG ASLXK YLO HY UAR AM | |
| 10B3100 | BOTTLE ASMC750 WASTE TONER | |
| 10B642C | CARTRDG ASC759 GSA CYAN | |
| 10B642K | CARTRDG ASC750 GSA BLACK | |
| 10B642M | CARTRDG ASC750 GSA MAGENTA | |
| 10B642Y | CARTRDG ASC750 GSA YELLOW | |
| 10E0040 | CARTRIDGE CYAN PRINT 5016001 | |
| 10E0041 | CARTRIDGE MAGENTA PRINT 5016 | |
| 10E0042 | CARTRIDGE YELLOW PRINT 5016001 | |
| 10E0043 | CARTRIDGE BLACK PRINT 5016001 | |
| 10E0044 | FUSER COATING ROLL | |
| 10E0045 | KIT TRANSFER | |
| 10S0150 | CARTRIDGE E210 2K RE-ORDER | |
| 11A3540 | RIBBON 24XX/23XX STD RE-INK | |
| 11A3550 | RIBBON 24XX HI YIELD RE-INK | |
| 11A4096 | UNIT ASM CD UNIT PRINT UNIT | |
| 11A4097 | CARTRIDGE TONER(2PACK) | |
| 11A7469 | CARTRIDGE TONER CARTRIDGE | |
| 11K2892 | CARTRIDGE IMOD 25K TONER CART | |
| 11K2952 | CARTRIDGE IMOD 25K TONR CRT AF | |
| 11K3188 | CARTRDG ASSTAPLER REORDER# | |
| 12015SA | CARTRIDGE 2K AM TONER LRP AMER | |
| 12026XW | KIT PHOTOCONDUCTOR UNIT | |
| 12035SA | CARTRIDGE E120 2K AM BAU AMER | |
| 12A0150 | CARTRIDGE 17.6K REMAN PREBATE | |
| 12A0350 | CARTRIDGE 17.6K REM PRE (LAB) | |
| 12A0540 | SPECIALTY MEDIA OC1200FOIL LTR | |

## Attachment 2

| | |
|---|---|
| 12A0725 | CARTRIDGE 23K AFTMKT(LEX REP) |
| 12A0825 | CARTRIDGE 23K OPTRA SE LRP |
| 12A0829 | CARTRIDGE 23K OPTRA SE LRP LBL |
| 12A1450 | ASSEMBLY OP 1200 BLK PHOTOCON |
| 12A1451 | ASSEMBLY OP 1200 MAGENTA TONE |
| 12A1452 | ASSEMBLY OP 1200 CYAN TONER |
| 12A1453 | ASSEMBLY OP 1200 YELLOW TONER |
| 12A1454 | ASSEMBLY OP 1200 BLACK TONER |
| 12A1455 | ASSEMBLY OP 1200 3 CLR PHOTO |
| 12A2260 | CARTRIDGE 20K REMAN GEMINI |
| 12A2360 | CARTRIDGE 6K E321 REMAN |
| 12A3160 | CARTRIDGE 20K REMAN GEMINI |
| 12A3360 | CARTRIDGE 20K LBL REMAN GEMINI |
| 12A3710 | CARTRDG ASLXK X422 6K REGULAR |
| 12A3715 | CARTRDG ASLXK 12K REGULAR X422 |
| 12A4605 | CARTRIDGE SINGLE PACK OPTRA K |
| 12A4710 | CARTRDG ASLXK X422 6K LRP |
| 12A4715 | CARTRDG ASLXK X422 12K LRP |
| 12A5140 | CARTRIDGE 25K REMAN |
| 12A5340 | CARTRIDGE 25K REMAN (LABEL) |
| 12A5361 | CARTRIDGE 20K T52X GSA |
| 12A5740 | CARTRIDGE 10K REGULAR T61X |
| 12A5745 | CARTRIDGE 25K REGULAR T61X |
| 12A5840 | CARTRIDGE 10K LRP OPTRA T |
| 12A5845 | CARTRIDGE 25K LRP OPTRA T |
| 12A5849 | CARTRIDGE 25K LRP (LABEL) WED |
| 12A5850 | CARTRIDGE 25K 4069 LABEL RPQ |
| 12A6160 | CARTRIDGE REMAN STINGRAY |
| 12A6360 | CARTRIDGE LABEL REMAN STING |
| 12A6591 | CARTRIDGE 17.6K 4059 LRP GSA |
| 12A6592 | CARTRIDGE 25K 4069 GSA |
| 12A6730 | CARTRIDGE 7.5K BAU T52X |
| 12A6735 | CARTRIDGE 20K BAU T52X |
| 12A6760 | CARTRIDGE 10K BAU T62X |
| 12A6765 | CARTRIDGE 30K BAU T62X |
| 12A6830 | CARTRIDGE 7.5K LRP T52X |
| 12A6835 | CARTRIDGE 20K LRP T52X |
| 12A6839 | CARTRIDGE 20K LRP T52X LABEL |
| 12A6860 | CARTRIDGE 10K LRP T620 |
| 12A6865 | CARTRIDGE 30K LRP T620 |
| 12A6869 | CARTRIDGE 30K LRP T620 LABEL |
| 12A7300 | CARTRDG ASLXK 3K NONPRE E321 |
| 12A7305 | CARTRDG ASLXK 6K REGULAR E321 |
| 12A7310 | CARTRDG ASLXK 5K REGULAR T420 |
| 12A7315 | CARTRDG ASLXK 10K REGULAR T420 |
| 12A7360 | CARTRDG AS5K BAU APA AFM |
| 12A7362 | CARTRDG AS21K BAU APA AFM |
| 12A7365 | CARTRDG AS32K REGULAR T634 |
| 12A7400 | CARTRDG ASLXK 3K LRP E321 |
| 12A7405 | CARTRDG ASLXK 6K LRP E321 |
| 12A7410 | CARTRDG ASLXK 5K LRP T420 |
| 12A7415 | CARTRDG ASLXK 10K LRP T420 |
| 12A7460 | CARTRDG AS5K LRP T63X |
| 12A7462 | CARTRDG AS21K LRP T63X |

## Attachment 2

| | |
|---|---|
| 12A7465 | CARTRDG AS32K LRP T632 |
| 12A7468 | CARTRDG AS21K LRP (LABEL) T63X |
| 12A7469 | CARTRDG AS32K LRP T63X (LABEL) |
| 12A7610 | CARTRIDGE LXK T63X HI YD REMAN |
| 12A7612 | CARTRIDGE LXK T63X MID YD RMAN |
| 12A7612ABL | CARTRIDGE LXK T63X MID YD RMAN for SP RICHARDS/ABLES LAND |
| 12A7630 | CARTRIDGE LXK T63X HI LB REMAN |
| 12A7632 | CARTRIDGE LXK T63X MID LB RMAN |
| 12A7700 | CARTRIDGE LXK T63X HI DUP RMAN |
| 12A7720 | CARTRDG AST63X 21K DUP LB REM |
| 12A7727 | CARTRDG AST63X 21K BULK REMAN |
| 12A7730 | CARTRIDGE 20K DUP LBL REM T520 |
| 12A7740 | CARTRIDGE 25K REMAN DUP LABEL |
| 12A7750 | CARTRIDGE 17.6K REM DPLX RPQ |
| 12A7760 | CARTRIDGE DUP LBL REMAN T620 |
| 12A7775 | CARTRIDGE T430 12K LRP GSA |
| 12A8300 | CARTRIDGE LX 3K E330 BAU TONER |
| 12A8302 | KIT LXK E330 PC |
| 12A8305 | CARTRIDGE LX 6K E330 BAU TONER |
| 12A8320 | CARTRIDGE T430 6K LXK BAU |
| 12A8325 | CARTRIDGE T430 12K LXK BAU |
| 12A8400 | CARTRIDGE LX 3K E330 UAR TONER |
| 12A8405 | CARTRDG ASLX 6K E330 UAR TONER |
| 12A8420 | CARTRIDGE T430 6K LXK UAR |
| 12A8425 | CARTRIDGE T430 12K LXK UAR |
| 12A9684 | CARTRIDGE 30K LRP T620 GSA/TAA |
| 12A9685 | CARTRDG AS21K LRP T63X GSA/TAA |
| 12A9686 | CARTRDG AS32K LRP T632 GSA/TAA |
| 12B0090 | CARTRIDGE W820 PRINT CARTRIDGE |
| 12L0250 | CARTRIDGE TONER |
| 12L0251 | KIT PHOTOCONDUCTOR |
| 12L0252 | STAPLES 3 PACK |
| 12N0768 | CARTRIDGE C910 CYAN TONER |
| 12N0769 | CARTRIDGE C910 MAGENTA TONER |
| 12N0770 | CARTRIDGE C910 YELLOW TONER |
| 12N0771 | CARTRIDGE C910 BLACK TONER |
| 12N0772 | DEVELOPER C91X PHOTODEV28K |
| 12N0773 | DEVELOPER C910 BLACK PHOTO |
| 12N0868 | CARTRIDGE USGOV CYAN TONER CRT |
| 12N0869 | CARTRIDGE USGOV MAG TONER CRT |
| 12N0870 | CARTRIDGE USGOV YEL TONER CRT |
| 12N0871 | CARTRIDGE USGOV BLK TONER CRT |
| 12N0872 | DEVELOPER USGOV COLOR PHOTO |
| 12N0873 | DEVELOPER USGOV BLACK PHOTO |
| 12S0300 | CARTRDG ASLXK 2.5K E220 |
| 12S0400 | CARTRDG ASLXK 2.5K LRP E220 |
| 1361750 | PC UNIT 5040 PC KIT |
| 1361751 | TONER ASM 5040 BLACK |
| 1361752 | TONER ASM 5040 CYAN |
| 1361753 | TONER ASM 5040 MAGENTA |
| 1361754 | TONER ASM 5040 YELLOW |
| 1380200 | CARTRIDGE IBM 7K |
| 1380520 | CARTRIDGE E.P. IBM 9.5K |
| 1380850 | CARTRIDGE STD JEDI 7K |

**Attachment 2**

| | |
|---|---|
| 1380950 | CARTRIDGE TRI 12.8K STD |
| 1382100 | CARTRIDGE EP 7K CUST REORDER |
| 1382150 | CARTRIDGE EP AUGUSTA REORDER |
| 1382227 | PART FINISHER STAPLE CART |
| 1382620 | CARTRIDGE 7.5K AFTMKT |
| 1382625 | CARTRIDGE 17.6K AFTMKT |
| 1382920 | CARTRIDGE 7.5K OPTRA-S LRP |
| 1382925 | CARTRIDGE 17.6K LRP OPTRA S |
| 1382926 | CARTRIDGE 17.6K LRP RPQ SPC AP |
| 1382929 | CARTRIDGE 17.6K LRP (LABEL) |
| 1382960 | CARTRIDGE 17.6K LEX LRP IM RPQ |
| 13L0034 | CARTRIDGE RIBBON 4227-200 ORD# |
| 13T0101 | CARTRIDGE E310/E312 6K TONER |
| 13T0301 | CARTRIDGE E310/2/2L 3K TONER |
| 14K0050 | CARTRIDGE W812 AFTRMKT CART |
| 15G031C | CARTRIDGE C752 C PC |
| 15G031K | CARTRIDGE C752 K PC |
| 15G031M | CARTRIDGE C752 M PC |
| 15G031Y | CARTRIDGE C752 Y PC |
| 15G032C | CARTRIDGE C752 C HY PC |
| 15G032K | CARTRIDGE C752 K HY PC |
| 15G032M | CARTRIDGE C752 M HY PC |
| 15G032Y | CARTRIDGE C752 Y HY PC |
| 15G041C | CARTRIDGE C752 C LRP PC |
| 15G041K | CARTRIDGE C752 K LRP PC |
| 15G041M | CARTRIDGE C752 M LRP PC |
| 15G041Y | CARTRIDGE C752 Y LRP PC |
| 15G042C | CARTRIDGE C752 C HY LRP PC |
| 15G042K | CARTRIDGE C752 K HY LRP PC |
| 15G042M | CARTRIDGE C752 M HY LRP PC |
| 15G042Y | CARTRIDGE C752 Y LRP PC |
| 15G642C | CARTRIDGE C752 GSA HY C |
| 15G642K | CARTRIDGE C752 GSA HY K |
| 15G642M | CARTRIDGE C752 GSA HY M |
| 15G642Y | CARTRIDGE C752 GSA HY YELLOW |
| 15W0900 | CARTRIDGE C720 CYAN TONER |
| 15W0901 | CARTRIDGE C720 MAGENTA TONER |
| 15W0902 | CARTRIDGE C720 YELLOW TONER |
| 15W0903 | CARTRIDGE C720 BLACK TONER |
| 15W0904 | KIT C720 OPC AFTERMARKET |
| 15W0905 | ROLLER C720 FUSER CLEANING |
| 15W0906 | BOTTLE C720 OIL |
| 15W0907 | BOTTLE C720 WASTE TONER |
| 15W0908 | KIT C720 FUSR LV OZON FI |
| 15W0918 | CHARGE ASMREPLACEMENT CORONA |
| 17G0152 | CARTRIDGE 40452XX 5K |
| 17G0154 | CARTRIDGE 40452XX 15K |
| 18S0090 | CARTRIDGE AFTERMARKET CARTRIDG |
| 20K0500 | CARTRIDGE C510 CYAN TONER |
| 20K0501 | CARTRIDGE C510 MAGENTA TONER |
| 20K0502 | CARTRIDGE C510 YELLOW TONER |
| 20K0503 | CARTRIDGE C510 BLACK TONER |
| 20K0504 | CARTRIDGE C510 PHOTODEVELOPER |
| 20K0505 | BOTTLE C510 WASTE TONER |

# Attachment 2

| | |
|---|---|
| 20K0506 | FUSER C510 LV |
| 20K1400 | CARTRIDGE CYAN HY TONER CART |
| 20K1401 | CARTRIDGE MAGNTA HY TONER CART |
| 20K1402 | CARTRIDGE YELLOW HY TONER CART |
| 20K1403 | CARTRIDGE BLACK HY TONER CART |
| 20K1440 | CARTRIDGE GSA HI YIELD BLACK |
| 20K1441 | CARTRIDGE GSA HI YIELD CYAN |
| 20K1442 | CARTRIDGE GSA HI YIELD MAGENTA |
| 20K1443 | CARTRIDGE GSA HI YIELD YELLOW |
| 20K1452 | CARTRIDGE GSA PHOTODEVELOPER |
| 23800SW | CARTRDG ASLX 2K E238 UAR TONER |
| 23820SW | CARTRIDGE LX 2K E238 BAU TNR |
| 24015SA | CARTRIDGE LX 2.5K E340 UAR TNR |
| 24035SA | CARTRIDGE LX 2.5K E340 BAU TNR |
| 24060SW | CARTRIDGE LX 2.5K E240 GSA TNR |
| 24B1424 | CARTRIDGE OPTRA-S LRP GSA/TAA |
| 24B1429 | CARTRIDGE OPTRA T LRP GSA/TAA |
| 24B1434 | CARTRIDGE STD T620 LRP GSA/TAA |
| 24B1439 | CARTRDG AST63X STD LRP GSA/TAA |
| 24B6710 | CARTRDG AST630 REMAN |
| 250A11A | CARTRIDGE LX E350 LRP TNR A |
| 25A0013 | SUPPLY STAPLE PACK |
| 260A11A | CARTRIDGE LX E260 LRP TNR A |
| 34015HA | CARTRDG ASLX 6K E340 UAR TONER |
| 34035HA | CARTRIDGE LX 6K E340 BAU TONER |
| 34060HW | CARTRIDGE LX 6K E340 GSA TONER |
| 4K00199 | CARTRIDGE 10K TONER 4045 |
| 64004HA | CARTRDG AST64X HY LRP LAPS AM |
| 64015HA | CARTRDG AST64X HY LRP AMER |
| 64015SA | CARTRDG AST64X LRP AMER |
| 64019HG | T64X 21K RPQ RET PROG CART |
| 64035HA | CARTRDG AST64X HY BAU AMER |
| 64035SA | CARTRDG AST64X BAU AMER - NA $ |
| 64075HA | CARTRDG AST64X HY LRP GSA TAA |
| 64075SW | CARTRDG AST64X STD LRP GSA |
| 64080HW | CARTRDG AST64X 21K REMAN |
| 64080HWABL | CARTRDG AST64X 21K REMAN for SP RICHARDS/ABLES LAND |
| 64080XW | CARTRIDGE T640 REMAN |
| 64084HW | CARTRDG AST64X 21K LABEL REMAN |
| 64087HW | CARTRDG AST64X 21K DUPLEX |
| 64404XA | CARTRDG AST64X HY LRP LAPS AM |
| 64415XA | CARTRIDGE T644 XHY LRP AMER |
| 64419XG | CARTRIDGE T644 XHY LRP RPQ - W |
| 64435XA | CARTRIDGE T644 XHY BAU AMER |
| 64440XW | CARTRIDGE T644 32K C |
| 64475XA | CARTRIDGE T644 XHY LRP GSA TAA |
| 64480XW | CARTRIDGE T644 32K REMAN |
| 64484XW | CARTRIDGE T644 32K LABEL REMAN |
| 64487XW | CARTRIDGE T644 32K DUPLEX |
| 69G8256 | ASM TONER CARTRIDGE |
| 69G8257 | ASM PHOTOCONDUCTOR UNIT |
| C500H2CG | CARTRIDGE C500 CYAN HI YIELD |
| C500H2KG | CARTRIDGE C500 BLK HI YIELD |
| C500H2MG | CARTRIDGE C500 MAG HI YIELD |

## Attachment 2

| | |
|---|---|
| C500H2YG | CARTRIDGE C500 YEL HI YIELD |
| C500H6CG | CARTRIDGE C500 CYAN HY GSA |
| C500H6KG | CARTRIDGE C500 BLACK HY GSA |
| C500H6MG | CARTRIDGE C500 MAGENTA HY GSA |
| C500H6YG | CARTRIDGE C500 YELLOW HY GSA |
| C500S2CG | CARTRIDGE C500 CYAN STANDARD |
| C500S2KG | CARTRIDGE C500 BLACK STANDARD |
| C500S2MG | CARTRIDGE C500 MAG STANDARD |
| C500S2YG | CARTRIDGE C500 YELLOW STANDARD |
| C500X26G | CARTRIDGE C500 PHOTODEVELOPER |
| C500X27G | BOTTLE C500 WASTE TONER |
| C500X28G | FUSER C500/C510 LV |
| C5200CS | CARTRIDGE C520 LRP CTG CYAN |
| C5200KS | CARTRIDGE C520 LRP CTG BLACK |
| C5200MS | CARTRIDGE C520 LRP CTG MAGENTA |
| C5200YS | CARTRIDGE C520 LRP CTG YELLOW |
| C52025X | BOTTLE ASMC52X WASTE TONER |
| C5202CS | CARTRIDGE C520 BAU CTG CYAN |
| C5202KS | CARTRIDGE C520 BAU CTG BLACK |
| C5202MS | CARTRIDGE C520 BAU CTG MAGENTA |
| C5202YS | CARTRIDGE C520 BAU CTG YELLOW |
| C52030X | PC UNIT C520 PC UNIT AM |
| C52034X | PC UNIT C520 PC UNIT MULT-PK |
| C52074X | PC UNIT C520 TAA PC MULTI PK |
| C5220CS | CARTRIDGE C522 LRP CTG CYAN |
| C5220KS | CARTRIDGE C522 LRP CTG BLACK |
| C5220MS | CARTRIDGE C522 LRP CTG MAGENTA |
| C5220YS | CARTRIDGE C522 LRP CTG YELLOW |
| C5222CS | CARTRIDGE C522 BAU CTG CYAN |
| C5222KS | CARTRIDGE C522 BAU CTG BLACK |
| C5222MS | CARTRIDGE C522 BAU CTG MAGENTA |
| C5222YS | CARTRIDGE C522 BAU CTG YELLOW |
| C5226CS | CARTRIDGE C522 LRP TAA CTG C |
| C5226KS | CARTRIDGE C522 LRP TAA CTG B |
| C5226MS | CARTRIDGE C522 LRP TAA CTG M |
| C5226YS | CARTRIDGE C522 LRP TAA CTG Y |
| C5240CH | CARTRIDGE C524 HY LRP CTG C |
| C5240KH | CARTRIDGE C524 HY LRP CTG K |
| C5240MH | CARTRIDGE C524 HY LRP CTG M |
| C5240YH | CARTRIDGE C524 HY LRP CTG Y |
| C5242CH | CARTRIDGE C524 HY BAU CTG C |
| C5242KH | CARTRIDGE C524 HY BAU CTG K |
| C5242MH | CARTRIDGE C524 HY BAU CTG M |
| C5242YH | CARTRIDGE C524 HY BAU CTG Y |
| C5246CH | CARTRIDGE C524 HYLRP TAA CTG C |
| C5246KH | CARTRIDGE C524 HYLRP TAA CTG K |
| C5246MH | CARTRIDGE C524 HYLRP TAA CTG M |
| C5246YH | CARTRIDGE C524 HYLRP TAA CTG Y |
| C53030X | PC UNIT C530 PC UNIT AM |
| C53034X | PC UNIT C530 PC UNIT MULT-PK |
| C53074X | PC UNIT C530 TAA PC MULTI PK |
| C5340CX | CARTRIDGE C534 EHY LRP CTG C |
| C5340MX | CARTRIDGE C534 EHY LRP CTG M |
| C5340YX | CARTRIDGE C534 EHY LRP CTG Y |

**Attachment 2**

| | |
|---|---|
| C5342CX | CARTRIDGE C534 EHY BAU CTG C |
| C5342MX | CARTRIDGE C534 EHY BAU CTG M |
| C5342YX | CARTRIDGE C534 EHY BAU CTG Y |
| C5346CX | CARTRIDGE C534 EHY LRP TAA C |
| C5346MX | CARTRIDGE C534 EHY LRP TAA M |
| C5346YX | CARTRIDGE C534 EHY LRP TAA Y |
| C540A1CG | LSR CRTRDG1K CYAN RETURN |
| C540A1KG | LSR CRTRDG1K BLACK RETURN |
| C540A1MG | LSR CRTRDG1K MAGENTA RETURN |
| C540A1YG | LSR CRTRDG1K YELLOW RETURN |
| C540A4CG | LASR PCARTC54X TAA/GSA UAR CAR |
| C540A4KG | LASR PCARTC54X TAA/GSA UAR CAR |
| C540A4MG | LASR PCARTC54X TAA/GSA UAR CAR |
| C540A4YG | LASR PCARTC54X TAA/GSA UAR CAR |
| C540H1CG | LSR CRTRDG2K CYAN RETURN |
| C540H1KG | LSR CRTRDG2.5K BLACK RETURN |
| C540H1MG | LSR CRTRDG2K MAGENTA RETURN |
| C540H1YG | LSR CRTRDG2K YELLOW RETURN |
| C540H2CG | LSR CRTRDG2K CYAN REGULAR |
| C540H2KG | LSR CRTRDG2.5K BLACK REGULAR |
| C540H2MG | LSR CRTRDG2K MAGENTA REGULAR |
| C540H2YG | LSR CRTRDG2K YELLOW REGULAR |
| C540H4CG | LASR PCARTC54X TAA/GSA HY UAR |
| C540H4KG | LASR PCARTC54X TAA/GSA HY UAR |
| C540H4MG | LASR PCARTC54X TAA/GSA HY UAR |
| C540H4YG | LASR PCARTC54X TAA/GSA HY UAR |
| C540X31G | DEVELOPER C54X BLACK DEVELOPER |
| C540X32G | DEVELOPER C54X CYAN DEVELOPER |
| C540X33G | DEVELOPER C54X MAGENTA DEVELOP |
| C540X34G | DEVELOPER C54X YELLOW DEVELOPE |
| C540X35G | CLEANER C54X PHOTOCONDUCTOR |
| C540X41G | LASR PCARTC54X TAA/G |
| C540X42G | LASR PCARTC54X TAA/G |
| C540X43G | LASR PCARTC54X TAA/G |
| C540X44G | LASR PCARTC54X TAA/G |
| C540X45G | PHOTOCOND C54X TAA/GSA PHOTOC |
| C540X71G | LSR CRTRDGC54X BLACK IMAGING K |
| C540X74G | LSR CRTRDGC54X BLACK AND COLOR |
| C540X75G | WAST TONERBOTTLE |
| C540X84G | IMAGNG UNTC54X TAA/GSA IMAGING |
| C544X1CG | LSR CRTRDG4K CYAN RETURN |
| C544X1KG | LSR CRTRDG6K BLACK RETURN |
| C544X1MG | LSR CRTRDG4K MAGENTA RETURN |
| C544X1YG | LSR CRTRDG4K YELLOW RETURN |
| C544X2CG | LSR CRTRDG4K CYAN REGULAR |
| C544X2KG | LSR CRTRDG6K BLACK REGULAR |
| C544X2MG | LSR CRTRDG4K MAGENTA REGULAR |
| C544X2YG | LSR CRTRDG4K YELLOW REGULAR |
| C544X4CG | LASR PCARTC54X TAA/GSA XHY UAR |
| C544X4KG | LASR PCARTC54X TAA/GSA XHY UAR |
| C544X4MG | LASR PCARTC54X TAA/GSA XHY UAR |
| C544X4YG | LASR PCARTC54X TAA/GSA XHY UAR |
| C546U1KG | LASR PCARTC546 BLACK |
| C546U2KG | LASR PCARTC546 BLACK |

**Attachment 2**

| | |
|---|---|
| C734A1CG | CARTRIDGE C734 LRP CTG C |
| C734A1KG | CARTRIDGE C734 LRP CTG K |
| C734A1MG | CARTRIDGE C734 LRP CTG M |
| C734A1YG | CARTRIDGE C734 LRP CTG Y |
| C734A2CG | CARTRIDGE C734 BAU CTG C |
| C734A2KG | CARTRIDGE C734 BAU CTG K |
| C734A2MG | CARTRIDGE C734 BAU CTG M |
| C734A2YG | CARTRIDGE C734 LRP BAU Y |
| C734A4CG | CARTRIDGE C734 LRP TAA CTG C |
| C734A4KG | CARTRIDGE C734 LRP TAA CTG K |
| C734A4MG | CARTRIDGE C734 LRP TAA CTG M |
| C734A4YG | CARTRIDGE C734 LRP TAA CTG Y |
| C734X20G | PC UNIT C734 PC UNIT AM |
| C734X24G | PC UNIT C734 MULTI PK PCUNIT |
| C734X44G | PC UNIT C734 TAA MULTI PK |
| C734X77G | WAST TONERC734/C736 |
| C736H1CG | LASR PCARTC736 HY LRP CARTRIDG |
| C736H1KG | CARTRDG ASC736 HY LRP CTG K |
| C736H1MG | LASR PCARTC736 HY LRP CARTRIDG |
| C736H1YG | LASR PCARTC736 HY LRP CARTRIDG |
| C736H2CG | LASR PCARTC736 HY BAU CARTRIDG |
| C736H2KG | CARTRDG ASC736 HY BAU CTG K |
| C736H2MG | LASR PCARTC736 HY BAU CARTRIDG |
| C736H2YG | LASR PCARTC736 YELLOW HY BAU C |
| C736H4CG | LASR PCARTC736 CYAN HY TAA LRP |
| C736H4KG | CARTRDG ASC736 HY LRP TAACTG K |
| C736H4MG | LASR PCARTC736 MAGENTA HY TAA |
| C736H4YG | LASR PCARTC736 YELLOW HY TAA L |
| C7700CH | CARTRIDGE C77X C HY LRP PC |
| C7700CS | CARTRIDGE C77X C LRP PC |
| C7700KH | CARTRIDGE C77X K HY LRP PC |
| C7700KS | CARTRIDGE C77X K LRP PC |
| C7700MH | CARTRIDGE C77X M HY LRP PC |
| C7700MS | CARTRIDGE C77X M LRP PC |
| C7700YH | CARTRIDGE C77X Y HY LRP PC |
| C7700YS | CARTRIDGE C77X Y LRP PC |
| C7702CH | CARTRIDGE C77X C HY PC |
| C7702CS | CARTRIDGE C77X C PC |
| C7702KH | CARTRIDGE C77X K HY PC |
| C7702KS | CARTRIDGE C77X K PC |
| C7702MH | CARTRIDGE C77X M HY PC |
| C7702MS | CARTRIDGE C77X M PC |
| C7702YH | CARTRIDGE C77X Y HY PC |
| C7702YS | CARTRIDGE C77X Y PC |
| C7706CH | CARTRIDGE C77X GSA C HY LRP PC |
| C7706KH | CARTRIDGE C77X GSA K HY LRP PC |
| C7706MH | CARTRIDGE C77X GSA M HY LRP PC |
| C7706YH | CARTRIDGE C77X GSA Y HY LRP PC |
| C7720CX | CARTRIDGE C772 C EHY LRP PC |
| C7720KX | CARTRIDGE C772 K EHY LRP PC |
| C7720MX | CARTRIDGE C772 M EHY LRP PC |
| C7720YX | CARTRIDGE C772 Y EHY LRP PC |
| C7722CX | CARTRIDGE C772 C EHY PC |
| C7722KX | CARTRIDGE C772 K EHY PC |

**Attachment 2**

| | |
|---|---|
| C7722MX | CARTRIDGE C772 M EHY PC |
| C7722YX | CARTRIDGE C772 Y EHY PC |
| C7726CX | CARTRIDGE C772 GSA C EHY LRP |
| C7726KX | CARTRIDGE C772 GSA K EHY LRP |
| C7726MX | CARTRIDGE C772 GSA M EHY LRP |
| C7726YX | CARTRIDGE C772 GSA Y EHY LRP |
| C780A1CG | CARTRIDGE C78X LY LRP AM PC C |
| C780A1KG | CARTRIDGE C78X LY LRP AM PC K |
| C780A1MG | CARTRIDGE C78X LY LRP AM PC M |
| C780A1YG | CARTRIDGE C78X LY LRP AM PC Y |
| C780A2CG | CARTRIDGE C78X LY REG AM PC C |
| C780A2KG | CARTRIDGE C78X LY REG AM PC K |
| C780A2MG | CARTRIDGE C78X LY REG AM PC M |
| C780A2YG | CARTRIDGE C78X LY REG AM PC Y |
| C780H1CG | CARTRIDGE C78X MY LRP AM PC C |
| C780H1KG | CARTRIDGE C78X MY LRP AM PC K |
| C780H1MG | CARTRIDGE C78X MY LRP AM PC M |
| C780H1YG | CARTRIDGE C78X MY LRP AM PC Y |
| C780H2CG | CARTRIDGE C78X MY REG AM PC C |
| C780H2KG | CARTRIDGE C78X MY REG AM PC K |
| C780H2MG | CARTRIDGE C78X MY REG AM PC M |
| C780H2YG | CARTRIDGE C78X MY REG AM PC Y |
| C780H4CG | CARTRIDGE C78X GSA HY LRP AM C |
| C780H4KG | CARTRIDGE C78X GSA HY LRP AM K |
| C780H4MG | CARTRIDGE C78X GSA HY LRP AM M |
| C780H4YG | CARTRIDGE C78X GSA HY LRP AM Y |
| C782U1CG | LASR PCARTC782 XL XHY UAR CYAN |
| C782U1KG | LASR PCARTC782 XL XHY UAR BLA |
| C782U1MG | LASR PCARTC782 XL XHY UAR MAGE |
| C782U1YG | LASR PCARTC782 XL XHY UAR YELL |
| C782U2CG | LASR PCARTC782 XL XHY CYAN CAR |
| C782U2KG | LASR PCARTC782 XL XHY BLACK CA |
| C782U2MG | LASR PCARTC782 XL XHY MAGENTA |
| C782U2YG | LASR PCARTC782 XL XHY YELLOW C |
| C782U4CG | LASR PCARTC782 XL XHY UAR TAA |
| C782U4KG | LASR PCARTC782 XL XHY UAR TAA |
| C782U4MG | LASR PCARTC782 XL XHY UAR TAA |
| C782U4YG | LASR PCARTC782 XL XHY UAR TAA |
| C782X1CG | CARTRIDGE C78X HY LRP AM PC C |
| C782X1KG | CARTRIDGE C78X HY LRP AM PC K |
| C782X1MG | CARTRIDGE C78X HY LRP AM PC M |
| C782X1YG | CARTRIDGE C78X HY LRP AM PC Y |
| C782X2CG | CARTRIDGE C78X HY REG AM PC C |
| C782X2KG | CARTRIDGE C78X HY REG AM PC K |
| C782X2MG | CARTRIDGE C78X HY REG AM PC M |
| C782X2YG | CARTRIDGE C78X HY REG AM PC Y |
| C782X4CG | CARTRIDGE C78X GSA EHYLRP AM C |
| C782X4KG | CARTRIDGE C78X GSA EHYLRP AM K |
| C782X4MG | CARTRIDGE C78X GSA EHYLRP AM M |
| C782X4YG | CARTRIDGE C78X GSA EHYLRP AM Y |
| C792A1CG | LASR PCARTCYAN STND |
| C792A1KG | LASR PCARTBLACK STND |
| C792A1MG | LASR PCARTMAGENTA ST |
| C792A1YG | LASR PCARTYELLOW STN |

# Attachment 2

| | |
|---|---|
| C792X1CG | LASR PCARTCYAN EXTRA |
| C792X1KG | LASR PCARTBLACK EXTR |
| C792X1MG | LASR PCARTMAGENTA EX |
| C792X1YG | LASR PCARTYELLOW EXT |
| C792X2CG | LASR PCARTCYAN EXTRA |
| C9202CH | CARTRIDGE CYAN 14K TONER |
| C9202KH | CARTRIDGE BLACK 15K TONER |
| C9202MH | CARTRIDGE MAGENTA 14K TONER |
| C9202YH | CARTRIDGE YELLOW 14K TONER |
| C92035X | ROLLER OIL COATING 15K |
| C9206CH | CARTRIDGE CYAN 14K TONER GSA |
| C9206KH | CARTRIDGE BLACK 15K TONER GSA |
| C9206MH | CARTRIDGE MAG 14K TONER GSA |
| C9206YH | CARTRIDGE YEL 14K TONER GSA |
| C925H2CG | TONER CARTC925/X925 |
| C925H2KG | TONER CARTC925/X925 |
| C925H2MG | TONER CARTC925/X925 |
| C925H2YG | TONER CARTC925/X925 |
| C925X72G | IMAGNG UNTC925/X925 |
| C925X73G | IMAGNG UNTC925/X925 |
| C930H2CG | SUPPLY C93X CYAN HY CARTRI. |
| C930H2KG | SUPPLY C93X BLACK HY CARTRI |
| C930H2MG | SUPPLY C93X MAGEN HY CARTRI |
| C930H2YG | SUPPLY C93X YELLOW HY CART. |
| C930X72G | Lexmark C935/X940/X945 Photoconductor Unit |
| C930X73G | Lexmark C935/X940/X945 Color Photoconductor Kit (3) |
| C930X76G | Lexmark C935/X940/X945 Waste Toner Bottle |
| C930X82G | SUPPLY TAA PC KIT SINGLE UN |
| C930X83G | SUPPLY TAA PC KIT THREE PAC |
| E250A11A | CARTRIDGE LX E350 LRP TNR A |
| E250A21A | CARTRIDGE LX E350 BAU TNR A |
| E250A41G | CARTRIDGE LX E350 GSA TNR |
| E250A80G | LASR PCARTE250 REMAN CARTRIDGE |
| E250X22G | KIT LXK E350 PC |
| E250X42G | KIT LXK E350 PC GSA |
| E260A11A | CARTRIDGE LX E260 LRP TNR A |
| E260A21A | CARTRIDGE LX E260 TNR A |
| E260A41G | CARTRIDGE LX E260 GSA |
| E260X22G | KIT LXK E360 PC |
| E260X42G | KIT LXK E360 PC |
| E350H61G | CARTRIDGE LX E350 RPQ HY |
| E350H80G | LASR PCARTE350 REMAN CARTRIDGE |
| E352H11A | CARTRIDGE LX E352 LRP TNR A |
| E352H21A | CARTRIDGE LX E352 BAU TNR A |
| E352H41G | CARTRIDGE LX E352 GSA UAR |
| E360H11A | CARTRIDGE LX E360 LRP TNR A |
| E360H16G | LASR PCARTE360 HY PR |
| E360H21A | CARTRIDGE LX E360 TNR A |
| E360H41G | CARTRIDGE LX E360 GSA |
| E450A11A | CARTRIDGE LX E450 LRP TNR A |
| E450A21A | CARTRIDGE LX E450 BAU TNR A |
| E450H11A | CARTRIDGE LX E450 LRP A |
| E450H21A | CARTRIDGE LX E450 BAU A |
| E450H41G | CARTRIDGE LX E450 GSA TNR |

## Attachment 2

| | |
|---|---|
| E460X11A | CARTRIDGE LX E460 LRP TNR A |
| E460X21A | CARTRIDGE LX E460 TNR A |
| E460X41G | CARTRIDGE LX E460 GSA |
| E462U11A | LASR PCARTE462 UHY L |
| E462U21G | LASR PCARTE462 UHY B |
| EG460X11 | TONER CARTEG460 XHY |
| EG460X21 | TONER CARTEG460 XHY |
| GSA0478 | CARTRDG ASLXK GSA 6K LRP E320 |
| GSA4715 | CARTRDG ASX422 12K LRP GSA |
| GSA7405 | CARTRDG ASLXK GSA 6K LRP E321 |
| GSA7415 | CARTRDG ASLXK GSA 10K LRP T420 |
| GSA8302 | KIT LXK E330 PC |
| GSA8400 | CARTRIDGE LX 2.5K E330 GSA TNR |
| GSA8405 | CARTRIDGE LX 6K E330 GSA TONER |
| T650A11A | CARTRDG AST650 LRP AMER |
| T650A21A | CARTRDG AST65X BAU AMER |
| T650A41G | CARTRDG AST650 STD LRP GSA |
| T650H04A | LASR PCARTT650 25K LABEL APPS |
| T650H11A | CARTRDG AST65X HY LRP AMER |
| T650H21A | CARTRDG AST65X HY BAU AMER |
| T650H41G | CARTRDG AST65X HY LRP GSA |
| T650H80G | LASR PCARTT650 REMAN CARTRIDGE |
| T650H84G | LASR PCARTT650 LABEL APPS REMA |
| T650H87G | LASR PCARTT650 HY DU |
| T654X04A | LASR PCARTT654 LABEL APPS CART |
| T654X11A | CARTRIDGE T654 XHY LRP AMER |
| T654X21A | CARTRIDGE T654 XHY BAU AMER |
| T654X31G | CARTRIDGE T654 XHY CORP |
| T654X41G | CARTRIDGE T654 XHY LRP GSA |
| T654X80G | LASR PCARTT654 REMAN CARTRIDGE |
| T654X84G | LASR PCARTT654 LABEL APPS REMA |
| T654X87G | LASR PCARTT654 XHY R |
| TG654X11 | LASR PCARTT654 XHY L |
| W82060H | CARTRIDGE W820 GSA TONER CART. |
| W84020H | SUPPLY TONER CARTRIDGE |
| W84030H | SUPPLY PHOTOCONDUCTOR KIT |
| W84060H | SUPPLY W840 GSA TONER CARTR |
| W850H21G | TONER CARTW850 HIGH |
| W850H22G | PHOTOCOND W850 PHOTO |
| X203A11G | LASR PCARTX203 LRP T |
| X203A21G | LASR PCARTLXK X203 B |
| X203H22G | LASR PCARTX203 PC KI |
| X264A11G | LASR PCARTX264 / X36 |
| X264A21G | LASR PCARTX264 / X36 |
| X264H11G | LASR PCARTX264 / X36 |
| X264H21G | LASR PCARTX264 / X36 |
| X264H41G | LASR PCARTX264 / X36 |
| X340A11G | CARTRIDGE LX 2.5K X340 LRP TNR |
| X340A21G | CARTRIDGE LX 2.5K X340 BAU TNR |
| X340H11G | CARTRDG ASLX 6K X340 UAR TONER |
| X340H21G | CARTRIDGE LX 6K X340 BAU TONER |
| X340H22G | KIT LXK X340 PC |
| X340H41G | CARTRDG ASLX 6K X340 GSA TONER |
| X340H42G | KIT LXK X340 PC GSA |

## Attachment 2

| | |
|---|---|
| X463A11G | LASR PCARTX46X RETUR |
| X463A21G | LASR PCARTX46X TONER |
| X463H11G | LASR PCARTX46X HIGH |
| X463H21G | LASR PCARTX46X HIGH |
| X463H41G | LASR PCARTX46X HIGH |
| X463X11G | LASR PCARTX46X EXTRA |
| X463X21G | LASR PCARTX46X EXTRA |
| X463X41G | LASR PCARTX46X EXTRA |
| X560A2CG | X560 CYAN STD YIELD TONER CART |
| X560A2MG | X560 MAG STD YIELD TONER CART |
| X560A2YG | X560 YEL STD YIELD TONER CART |
| X560H2CG | CARTRIDGE X560N C HY PRT CART |
| X560H2KG | X560 BLACK HI YIELD TONER CART |
| X560H2MG | X560 MAG HIGH YIELD TONER CART |
| X560H2YG | X560 YEL HIGH YIELD TONER CART |
| X644A11A | CARTRDG ASX644 LRP AMER |
| X644A21A | CARTRDG ASX644 BAU AMER |
| X644H01A | CARTRDG ASX644 HY LRP LAPS AME |
| X644H11A | CARTRDG ASX644 HY LRP AMER |
| X644H21A | CARTRDG ASX644 HY BAU AMER |
| X644H41G | CARTRDG ASX644 HY LRP GSA WW |
| X644X01A | CARTRIDGE X644 XHY LRP LAPS A |
| X644X11A | CARTRIDGE X644 XHY LRP AMER |
| X644X21A | CARTRIDGE X644 XHY BAU AMER |
| X644X41G | CARTRIDGE X644 XHY LRP GSA WW |
| X651A11A | CARTRDG ASX651 LRP AMER |
| X651A21A | CARTRDG ASX651 BAU AMER |
| X651A41G | CARTRDG ASX651 LRP GSA |
| X651H04A | LASR PCARTX651 LABEL APPS CART |
| X651H11A | CARTRDG ASX651 HY LRP AMER |
| X651H21A | CARTRDG ASX651 HY BAU AMER |
| X651H41G | CARTRDG ASX651 HY LRP GSA |
| X654X04A | LASR PCARTX654 LABEL APPS CART |
| X654X11A | CARTRIDGE X654 XHY LRP AMER |
| X654X21A | CARTRIDGE X654 XHY BAU AMER |
| X654X31G | CARTRIDGE X654 XHY CORP |
| X654X41G | CARTRIDGE X654 XHY LRP GSA |
| X8302KH | CARTRIDGE 4025 PRINT CARTRIDGE |
| X850H21G | CARTRIDGE X85X TONER CARTRIDGE |
| X850H22G | SUPPLY X85X PC UNIT |
| X860H21G | TONER CARTX860, X862 |
| X860H22G | PHOTOCOND X860, X862 |
| X945X2CG | Lexmark X940/X945 Black High Yield Toner Cartridge |
| X945X2KG | Lexmark X940/X945 Cyan High Yield Toner Cartridge |
| X945X2MG | Lexmark X940/X945 Magenta High Yield Toner Cartridge |
| X945X2YG | Lexmark X940/X945 Yellow High Yield Toner Cartridge |

# Attachment 2

| Part Number | Description | DMR Value |
|---|---|---|
| 12G4062 | Transfer Roller Assembly | |
| 12G4182 | Maintenance Kit 110-127V | |
| 12G4184 | Fuser 110-127V | |
| 12G6301 | Fuser 110V | |
| 12G6496 | Maintenance Kit 110-127V | |
| 12G6866 | Separator pad | |
| 12G6878 | ADF Maintenance Kit | |
| 40X0100 | Maintenance Kit 110-127V | |
| 40X0127 | Charge Roll Assembly | |
| 40X0130 | Transfer Roll Assembly | |
| 40X0197 | Maintenance Kit 110V | |
| 40X0342 | ITU MK | |
| 40X0343 | ITU MK | |
| 40X0394 | Maintenance Kit 110-127V | |
| 40X0450 | ADF Maintenance Kit | |
| 40X0453 | ADF Pickup Assembly | |
| 40X0594 | Feed / Pick / Separation Roll Kit | |
| 40X0616 | Transfer Roller Assembly | |
| 40X0647 | Fuser 110-127V | |
| 40X0956 | Maintenance Kit 110-127V | |
| 40X1041 | Transfer Belt Maintenance Kit | |
| 40X1056 | Fuser 110V | |
| 40X1249 | Maintenance Kit 110-127V | |
| 40X1401 | Transfer Belt Asssembly | |
| 40X1678 | Second Transfer Roll | |
| 40X1831 | Maintenance Kit 110-127V | |
| 40X1886 | Transfer Roll Assembly | |
| 40X1958 | Transfer Belt | |
| 40X2254 | Maintenance Kit 110-127V | |
| 40X2263 | Duplex Reference Edge Guide | |
| 40X2273 | Separation Roll Guide Assembly | |
| 40X2280 | ADF Feed / Pick Roll Assembly | |
| 40X2503 | Fuser 110-127V | |
| 40X2540 | Pick Roller Assembly | |
| 40X2592 | Fuser 110-127V | |
| 40X2734 | ADF Maintenance Kit | |
| 40X2800 | Fuser 110-127V | |
| 40X2822 | Transfer Roll Assembly | |
| 40X2834 | Media Exit Guide Assembly | |
| 40X2847 | Maintenance Kit 110-127V | |
| 40X3412 | Transfer unit | |
| 40X3418 | Transfer roller assembly | |
| 40X3569 | Maintenance Kit 110-127V | |
| 40X3572 | Transfer Belt Assembly | |
| 40X3698 | Transfer Roll Assembly | |
| 40X3732 | Transfer Belt Unit Assembly | |
| 40X3733 | Transfer Belt Cleaner Assembly | |

## Attachment 2

| | |
|---|---|
| 40X3742 | Developer Unit Assembly |
| 40X3743 | Developer Carrier - Black |
| 40X3744 | Developer Carrier - Yellow |
| 40X3745 | Developer Carrier - Magenta |
| 40X3746 | Developer Carrier - Cyan |
| 40X3747 | Fuser 110-127V |
| 40X3887 | ADF Feed / Pick Roll Assembly |
| 40X4031 | Maintenance Kit 110-127V |
| 40X4032 | 600K Maintenance Kit |
| 40X4033 | ADF Maintenance Kit |
| 40X4308 | Pick Roll Assembly |
| 40X4418 | Fuser 110-127V |
| 40X4540 | ADF feed / pick roll assembly |
| 40X4605 | ADF separator roll and guide |
| 40X4656 | Paper Feed |
| 40X4702 | ADF Pick roll, separator roll assembly |
| 40X4703 | ADF separator pad |
| 40X4724 | Maintenance Kit 110-127V (Type 1) |
| 40X4767 | Maintenance Kit 110-127V (Type 2) |
| 40X4769 | ADF maintenance kit |
| 40X4860 | Fuser 110V |
| 40X4862 | MPF Separator Roll Kit |
| 40X4865 | MPF Feeder Feed Kit |
| 40X4866 | Feed Roll Kit |
| 40X4868 | Transfer Belt Assembly |
| 40X4924 | ADF Maintenance Kit |
| 40X5093 | Fuser Assembly 110V |
| 40X5187 | ADF separator pad |
| 40X5188 | ADF pick roll assembly |
| 40X5189 | ADF pick pad |
| 40X5344 | Fuser 110V |
| 40X5364 | Transfer Roll Assembly |
| 40X5400 | Maintenance Kit 110-127V |
| 40X5403 | Image Transfer Unit |
| 40X5406 | Fuser 110V |
| 40X5451 | Pick Roll |
| 40X5471 | ADF Separator roll |
| 40X5472 | ADF Separator pad |
| 40X5807 | ADF maintenance kit |
| 40X5852 | Charge Roll Assembly |
| 40X5854 | Fuser 110-127V |
| 40X6011 | Transfer Belt w/ 2nd roll |
| 40X6013 | Fuser 110V |
| 40X6327 | ADF Pick Arm |
| 40X6328 | ADF Separator Roll |
| 40X6401 | Transfer module |
| 40X7100 | Fuser 110V |
| 40X7103 | Transfer Module |
| 56P0640 | Charge Roll |

## Attachment 2

| | |
|---|---|
| 56P0643 | Transfer Roll Assembly |
| 56P0648 | Fuser 110-127V |
| 56P0656 | Paper Feed Roll |
| 56P0884 | Maintenance Kit 110-127V |
| 56P1296 | ITU Maintenance Kit |
| 56P1409 | Maintenance Kit 110-127V |
| 56P1651 | Transfer Unit |
| 56P1820 | Paper feed |
| 56P1855 | Maintenance Kit 110-127V |
| 56P2036 | Maintenance Kit 110-127V |
| 56P2302 | Rear Cover Assembly |
| 56P2311 | Lower MPF Housing Assembly |
| 56P2329 | Transfer Roll |
| 56P2330 | Fuser 110-127V |
| 56P2333 | Maintenance Kit 110-127V |
| 56P2352 | Tray 1 Paper Feed Roll |
| 56P2542 | Fuser 110-127V |
| 56P2545 | Fuser 110-127V |
| 56P2848 | ITU Maintenance Kit |
| 56P2910 | Maintenance Kit 110-127V |
| 56P9751 | Fuser 110V |
| 56P9900 | Maintenance Kit 110-127V |
| 56P9903 | Transfer Belt Maintenance Kit |
| 99A0179 | Transfer Roll |
| 99A0394 | Lubricant Nyogel 744 |
| 99A0966 | Fuser 110-127V |
| 99A0967 | Maintenance Kit 110-127V |
| 99A1015 | Transfer Roll Assembly |
| 99A1017 | Charge Roll Assembly |
| 99A1190 | Fuser 110-127V |
| 99A1192 | Fuser 110-127V |
| 99A1195 | Maintenance Kit 110-127V |
| 99A1197 | Maintenance Kit 110-127V |
| 99A1969 | Fuser 110-127V |
| 99A1970 | Maintenance Kit 110-127V |
| 99A1977 | Fuser 110-127V |
| 99A1978 | Maintenance Kit 110-127V |
| 99A2402 | Fuser 110-127V |
| 99A2405 | Fuser 110-127V |
| 99A2408 | Maintenance Kit 110-127V |
| 99A2411 | Maintenance Kit 110-127V |
| 99A2420 | Maintenance Kit 110-127V |
| 99A2423 | Fuser 110-127V |

**Trademarks**

Optra is a trademark of Lexmark International, Inc., registered in the United States and/or other countries.

IBM is a registered trademark of International Business Machines in the United States and/or other countries and is used under license.

All other trademarks are the properties of their respective owners.

## Attachment 3

### Authorized Supplies Distributor List – Headquarters Locations
### ** Indicates Lexmark Compliant Distributor as of 1/1/2012

**Note:** The list of Compliant Distributors is subject to change. Contact your Lexmark Territory Sales Manager if you have a question in regard to the distributors selling exclusively Lexmark Compliant Cartridges.



# Attachment 4

## 2012 Lexmark Business Plan

### Executive Overview (Sample Plan and Data)

The XX Reseller Company vision is to provide comprehensive technology solutions that allow organizations of any size to improve competitiveness, gain better control over computing environments and reduce total computing costs. Over the last 20 years, that vision has remained the same, although the services the XX Reseller Company offers have grown substantially.

XX Reseller Company employs approximately 100 individuals, more than half of whom are sales representatives, and maintains regional Sales and Distribution facilities in Alabama, Arkansas, and Georgia.

| 2012 Total LXK Supplies Revenue | 2011 Total Business Supplies (Toner) Revenue | 2011 Competitive Business Supplies (Toner) Revenue | 2012 Business Supplies (Toner) Forecasted Revenue | 2011 Total LXK Printer Revenue | 2012 Forecasted Printer Revenue |
|---|---|---|---|---|---|
| Q1: $K | Q1: $K | Q1: $K | Q1: $K | Q1: $K | Q1: $K |
| Q2: $K | Q2: $K | Q2: $K | Q2: $K | Q2: $K | Q2: $K |
| Q3: $K | Q3: $K | Q3: $K | Q3: $K | Q3: $K | Q3: $K |
| Q4: $K | Q4: $K | Q4: $K | Q4: $K | Q4: $K | Q4: $K |

2012 **Initiatives – Describe the initiatives and supporting actions to increase Lexmark's Business Supplies (toner) revenue and/or Sell-in.** **List as many initiatives and supporting actions as needed.**

**Initiative 1: Increase Business Supplies Revenue by xx%.**

| Actions to Support Initiative | Who | By When |
|---|---|---|
| Conduct executive call to gain agreement to introduce TSM to sales team | | |
| Acquire list of XX Reseller Company's sales team | | |
| Gain agreement to conduct monthly and/or ongoing communications program to include email blasts, emails, phone calls and attend select sales meetings | | |
| Schedule and roll out an in-house sales rep Supplies Training Program | | |
| Launch Lexmark Supplies and Parts Program to sales representatives | | |
| Launch a Joint Call Program to win back third party reman business | | |
| Identify and close 5 winback opportunities | | |
| | | |

**Initiative 2: Increase Supplies Loyalty by xx%.**

| Actions to Support Initiative | Who | By When |
|---|---|---|
| | | |

# Attachment 4

| | | |
|---|---|---|
| | | |

**Initiative 3: Hardware Revenue by XX %**

| Actions to Support Initiative | Who | By When |
|---|---|---|
| Present Lexmark Printer programs. Train/educate on program details. | | |
| Create printer sales strategy and execute. | | |
| Conduct hardware lunch and learn sessions for sales reps. | | |
| | | |

**Initiative 4: As Required**

| Actions to Support Initiative | Who | By When |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

**Initiative 5: As Required**

| Actions to Support Initiative | Who | By When |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

**Lexmark Sales Representative** **Reseller Representative**

**Date** **Date**

## Attachment 5

**Reseller acknowledges receipt and understanding of all 2012 DMR Program Terms and Conditions as contained in announcement LEX 11-020.**

**DMR Terms and Conditions must be signed and returned to your Lexmark Sales Representative or to Lexmark HQ by March 31, 2012.**

**I agree to stated Term and Conditions and wish to prarticipate in Supplies ☐ Parts ☐ Program.**

Reseller Name ______________________________

**Name (print)** ______________________________

**Authorized Signature** ______________________________

**Title** ______________________________

**Date** ______________

**Reseller Federal Taxpayer Identification Number:** ______________

**Blank Letterhead or Blank Invoice Included** ☐

**Fax Attachment 5 along with blank letterhead or invoice to Lexmark International, Inc. 1-859-232-2011 or email a scanned copy to your Lexmark Sales Representative.**

**DMR members should fax a copy of their Business Plan (Attachment 4) to 1-859-232-2011 or email a scanned copy to their Lexmark Sales Representative.**

**Note: Blank letterhead or invoice is only required if you are a new DMR member or if your business address has changed.**

**Decline participation in the 2012 DMR Program ______________**
**(please initial on the line and fax back to 1-859-232-2011)**

**Attachment 6**

## Quarterly sign off sheet for Toner and Parts Loyalty

**Reseller Name** ______________________________

**Check boxes below Yes or No for validation**

**I have confirmed for this quarter that the above Dealer sells only Lexmark Toner or Lexmark Compliant Toner and is eligible for all Compliant Bonus payments for Toner Supplies.** ☐

**I have confirmed for this quarter that the above Dealer only purchased supplies from a Compliant Distributor.** ☐

**I have confirmed for this quarter that the above Dealer has provided monthly sell-thru and inventory reports within 30 days of the close of each month.** ☐

______________________________

**Lexmark Sales Representative**

__________

**Date**

**Fax Attachment 5 to Lexmark International, Inc. 1-859-232-2011 or email a scanned copy to your Lexmark Representative.**

**Attachment 7**

## 2012 Platinum Preferred Program for Direct Marketing Resellers

**The following is a current list of compliant brands which are eligible for the compliant bonus element of the 2012 Platinum Preferred Program for Direct Marketing Resellers (DMRs)
rebate program.**

