2014-1617, -1619

# United States Court of Appeals for the Federal Circuit

LEXMARK INTERNATIONAL, INC.,

*Plaintiff-Cross-Appellant*

*v.*

IMPRESSION PRODUCTS, INC.,

*Defendant-Appellant*

QUALITY CARTRIDGES, INC., JOHN DOES, 1-20, BLUE TRADING LLC, EXPRINT INTERNATIONAL, INC., LD PRODUCTS, INC., PRINTRONIC CORPORATION, TESEN DEVELOPMENT (HONG KONG) CO. LTD., and BENIGNO ADEVA AND HIS COMPANIES,

*Defendants.*

*Appeal from the United States District Court for the Southern District of Ohio in Case No. 1:10-CV-00564-MRB, Judge Michael R. Barrett*

**DEFENDANT-APPELLANT IMPRESSION PRODUCTS, INC.'S UNOPPOSED MOTION TO EXTEND TIME TO FILE ITS *EN BANC* BRIEF**

## I.  RELIEF SOUGHT

Pursuant to Federal Circuit Rules 27(a), Defendant-Appellant Impression Products, Inc. ("Appellant") respectfully submits this Unopposed Motion to extend the deadline to file its *En Banc* brief by 14 days from May 29, 2015 to and including June 12, 2015.  This is the first request for a 14-day extension in this appeal. The motion is based on good cause, as explained below.

## II.  GROUNDS FOR MOTION

An extension is necessary because of the complexity of the issues involved and because of the number of amicus briefs which require additional briefing time.  Therefore, Appellant request (and Appellee Lexmark International, Inc. does not oppose) 14 additional days to prepare and file their brief.

## III.  STATEMENT OF CONSENT

In compliance with Federal Circuit Rule 27(a)(5), the undersigned has discussed this Motion with counsel for Lexmark International, Inc. agree to the extension.

For the foregoing reasons, Appellant respectfully requests that this Court grant this Motion to Extend Time extending Appellant's *En Banc* brief June 12, 2015.

                                                Respectfully submitted,

Dated: May 21, 2015                /s/ Edward F. O'Connor
                                              Edward F. O'Connor
                                              AVYNO LAW, P.C.
                                              6345 Balboa Blvd., Suite 190
                                              Encino, California 91316
                                              Tel: (949) 291-2894
                                              Fax: (818) 332-4205


# CERTIFICATE OF SERVICE

I, Rebecca Meegan hereby certify that a copy of the foregoing **DEFENDANT-APPELLANT IMPRESSION PRODUCTS, INC.'S UNOPPOSED MOTION TO EXTEND TIME TO FILE ITS *EN BANC* BRIEF** including the Declaration of Edward F. O'Connor, Certificate of Interest, and [Proposed] Order to be filed with the clerk of the U.S. Court of Appeals for the Federal Circuit, using the CM/ECF filing system, which caused a copy to be electronically mailed to the following CM/ECF Participant(s) noted below:

P. Douglas Barr: douglas.barr@skofirm.com
Benjamin Beaton: bbeaton@sidley.com
Director, Commercial Litigation Branch, Civil Division, U.S. Department of Justice, -: c-natcourts.appeals@usdoj.gov
Mr. Seth David Greenstein: sgreenstein@constantinecannon.com
Audra Carol Eidem Heinze: aheinze@bannerwitcoff.com, bwlitdocket@bannerwitcoff.com
Steven B. Loy: steven.loy@skofirm.com, molly.loy@skofirm.com, brenda.neal@skofirm.com
Bryan Medlock, Jr.: bmedlock@bannerwitcoff.com
Mr. Timothy Colin Meece: tmeece@bannerwitcoff.com, thaugh@bannerwitcoff.com, BWLitdocket@bannerwitcoff.com
Mr. Jason Steven Shull, Attorney: jshull@bannerwitcoff.com, thaugh@bannerwitcoff.com
Mr. Constantine L. Trela, Jr., -: ctrela@sidley.com, efilingnotice@sidley.com, dcefilingnotice@sidley.com

Dated:   May 21, 2015

/s/ Rebecca Meegan