2014-1617, -1619

# United States Court of Appeals for the Federal Circuit

LEXMARK INTERNATIONAL, INC.,

*Plaintiff-Cross-Appellant*

*v.*

IMPRESSION PRODUCTS, INC.,

*Defendant-Appellant*

QUALITY CARTRIDGES, INC., JOHN DOES, 1-20, BLUE TRADING LLC, EXPRINT INTERNATIONAL, INC., LD PRODUCTS, INC., PRINTRONIC CORPORATION, TESEN DEVELOPMENT (HONG KONG) CO. LTD., and BENIGNO ADEVA AND HIS COMPANIES,

*Defendants.*

*Appeal from the United States District Court for the Southern District of Ohio in Case No. 1:10-CV-00564-MRB, Judge Michael R. Barrett*

**DECLARATION OF EDWARD F. O'CONNOR IN SUPPORT OF DEFENDANT-APPELLANT IMPRESSION PRODUCTS, INC.'S UNOPPOSED MOTION TO EXTEND TIME TO FILE ITS *EN BANC* BRIEF**

I, Edward F. O'Connor, declare and state as follows:

1. I am an attorney with Avyno Law, P.C. and am counsel for Defendant-Appellant ("Appellant") in the above-captioned action. I have personal knowledge of the facts stated herein, and if called as a witness, I could and would testify competently thereto.

2. I file this Declaration in support of Appellant's accompanying Unopposed Motion to Extend Time for Appellant to file its *En Banc* brief. This is the first request for a 14-day extension in this appeal.

3. The requested fifteen (14) days extension is requested for good cause, because an extension is necessary because of the complexity of the issues involved and because of the number of amicus briefs which require additional briefing time.

I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct.

Executed on May 21, 2015, at Los Angeles, California.

/s/ Edward F. O'Connor
Edward F. O'Connor