**2014-1617, -1619**

# United States Court of Appeals for the Federal Circuit

LEXMARK INTERNATIONAL, INC.,

*Plaintiff-Cross-Appellant*

*v.*

IMPRESSION PRODUCTS, INC.,

*Defendant-Appellant*

QUALITY CARTRIDGES, INC., JOHN DOES, 1-20, BLUE TRADING LLC, EXPRINT INTERNATIONAL, INC., LD PRODUCTS, INC., PRINTRONIC CORPORATION, TESEN DEVELOPMENT (HONG KONG) CO. LTD., and BENIGNO ADEVA AND HIS COMPANIES,

*Defendants.*

*Appeal from the United States District Court for the Southern District of Ohio in Case No. 1:10-CV-00564-MRB, Judge Michael R. Barrett*

[PROPOSED] ORDER

Upon consideration of Defendant-Appellant Unopposed Motion To Extend Time To File Its *En Banc* brief.

IT IS HEREBY ORDERED THAT the unopposed motion for an extension of time for Defendant-Appellant to file its *En Banc* brief is GRANTED. Accordingly, the time for Defendant0-Appellant to file its *En Banc* brief is HEREBY EXTENDED by fourteen (14) days, thereby extending the Defendant-Appellant *En Banc* brief from May 29, 2015 to June 12, 2015.

_____ _____
Date                                                           Circuit Judge
                                                               United States Court of Appeals for the
                                                               Federal Circuit


_____ _____
Date                                                           Clerk
                                                               United States Court of Appeals for the
                                                               Federal Circuit