UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

CERTIFICATE OF INTEREST

NO. 2014-1617,-1619

Counsel for the Defendant-Appellant certifies the following:

1. The full name of every party or amicus represented by me is Impression Products, Inc.

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

    None.

3. The parent companies, subsidiaries (except wholly owned subsidiaries), and affiliates that have issued shares to the public, of the party of amicus represented by me is:

    None.

4. The name of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

    Edward F. O'Connor, Esq.
    Avyno Law, P.C.
    6345 Balboa Blvd., Suite 190
    Encino, CA 91316

May 21, 2015            /s/ Edward F. O'Connor
                        Edward F. O'Connor
                        *Counsel for Defendant-Appellant Impression Products, Inc.*