NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LEXMARK INTERNATIONAL, INC.,**
*Plaintiff-Cross-Appellant*

v.

**IMPRESSION PRODUCTS, INC.,**
*Defendant-Appellant*

**QUALITY CARTRIDGES, INC., JOHN DOES, 1-20, BLUE TRADING LLC, EXPRINT INTERNATIONAL, INC., LD PRODUCTS, INC., PRINTRONIC CORPORATION, TESEN DEVELOPMENT (HONG KONG) CO. LTD., BENIGNO ADEVA AND HIS COMPANIES,**
*Defendants*

---

2014-1617, 2014-1619

---

Appeals from the United States District Court for the Southern District of Ohio in No. 1:10-cv-00564-MRB, Judge Michael R. Barrett.

---

**ON MOTION**

---

Before PROST, *Chief Judge,* NEWMAN, LOURIE, DYK, MOORE, O'MALLEY, REYNA, WALLACH, TARANTO, CHEN, AND HUGHES, *Circuit Judges.*

PER CURIAM.

# O R D E R

Upon consideration of defendant-appellant Impression Products, Inc. unopposed motion to extend time to file its En Banc brief until June 12, 2015.

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

|  |  |
|---|---|
| May 26, 2015 | /s/ Daniel E. O'Toole |
| Date | Daniel E. O'Toole |
|  | Clerk of Court |