FORM 8. Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Lexmark International, Inc.  v. Impression Products, Inc.

No. 2014-1617

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se     [✓] As counsel for:  American Intellectual Property Law Association
                                    Name of party

I am, or the party I represent is (select one):

[ ] Petitioner   [ ] Respondent   [✓] Amicus curiae   [ ] Cross Appellant
[ ] Appellant    [ ] Appellee     [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant     [ ] Respondent or appellee

My address and telephone are:

Name: Tihua Huang
Law firm: Cadwalader, Wickersham & Taft LLP
Address: 700 Sixth Street, N.W.
City, State and ZIP: Washington, D.C. 20001
Telephone: 202-862-2200
Fax #: 202-862-2400
E-mail address: Tihua.Huang@cwt.com

Statement to be completed by counsel only (select one):

[ ] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[✓] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): July 9, 2010

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[✓] Yes     [ ] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

6/3/2015                                    _____
Date                                        Signature of pro se or counsel

cc: Counsel of Record