Form 8

FORM 8. Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Lexmark International, Inc. v. Impression Products, Inc.

No. 2014-1617

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se    ☑ As counsel for: American Intellectual Property Law Association
                                Name of party

I am, or the party I represent is (select one):

☐ Petitioner    ☐ Respondent    ☑ Amicus curiae    ☐ Cross Appellant
☐ Appellant     ☐ Appellee      ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant    ☐ Respondent or appellee

My address and telephone are:

Name: Kristin L. Yohannan
Law firm: Cadwalader, Wickersham & Taft LLP
Address: 700 Sixth Street, N.W.
City, State and ZIP: Washington, D.C. 20001
Telephone: 202-862-2200
Fax #: 202-862-2400
E-mail address: Kristin.Yohannan@cwt.com

Statement to be completed by counsel only (select one):

☑ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): June 3, 1996

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☐ Yes    ☑ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

6/3/15                                    /s/ Kristin L. Yoh
Date                                      Signature of pro se or counsel

cc: Counsel of Record

123