FORM 8.   Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

LEXMARK INTERNATIONAL, INC. v. IMPRESSION PRODUCTS, INC.

No. 2014-1617, -19

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3.  Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se     ☑ As counsel for:   Association of the Bar of the City of New York
                                  Name of party

I am, or the party I represent is (select one):

☐ Petitioner   ☐ Respondent   ☑ Amicus curiae   ☐ Cross Appellant

☐ Appellant    ☐ Appellee     ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant     ☐ Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Aaron L. J. Pereira |
| Law firm: | Buchanan Ingersoll & Rooney PC |
| Address: | 1290 Avenue of the Americas, 30th Floor |
| City, State and ZIP: | New York, NY 10104-3001 |
| Telephone: | (212) 440-4400 |
| Fax #: | (212) 440-4401 |
| E-mail address: | aaron.pereira@bipc.com |

Statement to be completed by counsel only (select one):

☐ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☑ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 06/18/2013

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☑ Yes     ☐ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

| June 9, 2015 | /s/ Aaron L. J. Pereira |
|---|---|
| Date | Signature of pro se or counsel |

cc: _____

Form 30

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on
by:

Jun 9, 2015

☐ US mail
☐ Fax
☐ Hand
☒ Electronic Means
   (by email or CM/ECF)

Aaron L. J. Pereira

Name of Counsel

/s/ Aaron L. J. Pereira

Signature of Counsel

Law Firm   Buchanan Ingersoll & Rooney PC

Address   1290 Avenue of the Americas, 30th Floor

City, State, ZIP   New York, NY 10104-3001

Telephone Number   212-440-4468

FAX Number   212-440-4401

E-mail Address   aaron.pereira@bipc.com

NOTE: For attorneys filing documents electronically, the name of the filer
under whose log-in and password a document is submitted must be preceded
by an "/s/" and typed in the space where the signature would otherwise appear.
Graphic and other electronic signatures are discouraged.