Form 8

**FORM 8. Entry of Appearance**

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

Lexmark International, Inc. v. Impression Products, Inc.

No. 14-1617, 14-1619

**ENTRY OF APPEARANCE**

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se  ☑ As counsel for: United States of America
Name of party

I am, or the party I represent is (select one):

☐ Petitioner  ☐ Respondent  ☑ Amicus curiae  ☐ Cross Appellant
☐ Appellant  ☐ Appellee  ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant  ☐ Respondent or appellee

My address and telephone are:

Name: Melissa N. Patterson
Law firm: U.S. Department of Justice
Address: 950 Pennsylvania Ave NW
City, State and ZIP: Washington, DC 20530
Telephone: (202) 514-1201
Fax #: (202) 514-7964
E-mail address: melissa.patterson@usdoj.gov

Statement to be completed by counsel only (select one):

☑ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): _____

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☐ Yes  ☑ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

6/12/2015    /s/Melissa N. Patterson
Date    Signature of pro se or counsel

cc: counsel by CM/ECF

123