**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Lexmark International, Inc. v. Impression Products, Inc.

No. 14-1617, 14-1619

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se ✓ As counsel for: United States of America
Name of party

I am, or the party I represent is (select one):

☐ Petitioner ☐ Respondent ✓ Amicus curiae ☐ Cross Appellant
☐ Appellant ☐ Appellee ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant ☐ Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Mark R. Freeman |
| Law firm: | U.S. Department of Justice |
| Address: | 950 Pennsylvania Ave NW |
| City, State and ZIP: | Washington, DC 20530 |
| Telephone: | (202) 514-5714 |
| Fax #: | (202) 514-7964 |
| E-mail address: | mark.freeman2@usdoj.gov |

Statement to be completed by counsel only (select one):

☐ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

✓ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): _____

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☐ Yes ✓ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

| | |
|---|---|
| 6/12/2015 | /s/ Mark R. Freeman |
| Date | Signature of pro se or counsel |

cc: counsel by CM/ECF