Form 8

**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

LEXMARK INTERNATIONAL, INC. v. IMPRESSION PRODUCTS, INC.

No. 2014-1617, -1619

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se    ☑ As counsel for:    Association of the Bar of the City of New York
                                  Name of party

I am, or the party I represent is (select one):

☐ Petitioner   ☐ Respondent   ☑ Amicus curiae   ☐ Cross Appellant
☐ Appellant    ☐ Appellee     ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant    ☐ Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | James R. Klaiber |
| Law firm: | Pryor Cashman LLP |
| Address: | 7 Times Square |
| City, State and ZIP: | New York, NY, 10036 |
| Telephone: | (212) 326-0425 |
| Fax #: | (212) 798-6343 |
| E-mail address: | jklaiber@pryorcashman.com |

Statement to be completed by counsel only (select one):

☑ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): June 1997

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☐ Yes   ☑ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

*12 June 2015*
Date

Signature of pro se or counsel

cc: _____