Form 30

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on | June 12, 2014 |
by:

- ☐ US mail
- ☐ Fax
- ☐ Hand
- ☒ Electronic Means
  (by email or CM/ECF)

| James R. Klaiber | | /s/James R. Klaiber |
|---|---|---|
| Name of Counsel | | Signature of Counsel |

Law Firm | Pryor Cashman LLP |

Address | 7 Times Square |

City, State, ZIP | New York, NY, 10036 |

Telephone Number | (212)326-0425 |

FAX Number | (212) 798-6343 |

E-mail Address | jklaiber@pryorcashman.com |

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.