# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

LEXMARK INTERNATIONAL, INC. v.    IMPRESSION PRODUCTS, INC.

No. 2014-1617, -19

# ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Fed. Cir. R. 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

_____ Pro Se    __X__ As counsel for:  Association of the Bar of the City of New York
                                         Name of party

I am, or the party I represent is (select one):

_____ Petitioner    _____ Respondent    __X__ Amicus curiae    _____ Cross Appellant
_____ Appellant    _____ Appellee    _____ Intervenor

As amicus curiae or intervenor, this party supports (select one):

_____ Petitioner or appellant    _____ Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Timothy P. Heaton |
| Law firm: | Troutman Sanders LLP |
| Address: | 875 Third Ave |
| City, State and ZIP: | New York, NY 10022 |
| Telephone: | (212) 704-6000 |
| Fax #: | (212) 704-6288 |
| E-mail address: | timothy.heaton@troutmansanders.com |

Statement to be completed by counsel only (select one):

_____ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

_____ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

__X__ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 4/11/2002

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):
_____ Yes    __X__ No

_____ A courtroom accessible to the handicapped is required if oral argument is scheduled.

| | |
|---|---|
| June 16, 2015 | /s/ Timothy P. Heaton |
| Date | Signature of pro se or counsel |

May 1, 2004 Edition

Form 30

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on Jun 16, 2015 by:

☐ US mail
☐ Fax
☐ Hand
☒ Electronic Means
    (by email or CM/ECF)

| | |
|---|---|
| Timothy P. Heaton | /s/ Timothy P. Heaton |
| Name of Counsel | Signature of Counsel |

Law Firm: Troutman Sanders LLP
Address: 405 Lexington Avenue
City, State, ZIP: New York, New York 10174
Telephone Number: (212) 704-6000
FAX Number: (212) 704-8341
E-mail Address: timothy.heaton@troutmans

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.