Form 8

**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Lexmark International, Inc. v. Impression Products, Inc.

No. 2014-1617

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se  [✓] As counsel for: Licensing Executives Society (U.S.A. and Canada), Inc.
Name of party

I am, or the party I represent is (select one):

[ ] Petitioner  [ ] Respondent  [✓] Amicus curiae  [ ] Cross Appellant
[ ] Appellant  [ ] Appellee  [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant  [ ] Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Daniel S. Stringfield |
| Law firm: | Steptoe & Johnson LLP |
| Address: | 115 S. LaSalle Street, Suite 3100 |
| City, State and ZIP: | Chicago, IL 60603 |
| Telephone: | 312-577-1267 |
| Fax #: | 312-577-1370 |
| E-mail address: | dstringfield@steptoe.com |

Statement to be completed by counsel only (select one):

[✓] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[ ] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 6-17-2015

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[✓] Yes  [ ] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

6/18/2015                            /s/ Daniel S. Stringfield
Date                                 Signature of pro se or counsel

cc: _____

123

Form 30

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on Jun 18, 2015 by:

- ☐ US mail
- ☐ Fax
- ☐ Hand
- ☒ Electronic Means
  (by email or CM/ECF)

| Daniel S. Stringfield | /s/Daniel S. Stringfield |
|---|---|
| Name of Counsel | Signature of Counsel |

Law Firm: Steptoe & Johnson LLP
Address: 115 S. LaSalle Street, Suite 3100
City, State, ZIP: Chicago, IL 60603
Telephone Number: 312-577-1267
FAX Number: 312-577-1370
E-mail Address: dstringfield@steptoe.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.