Form 30

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  Jun 18, 2015
by:

☐ US mail
☐ Fax
☐ Hand
☒ Electronic Means
　(by email or CM/ECF)

| Merritt R. Blakeslee | /s/Merritt R. Blakeslee |
|---|---|
| Name of Counsel | Signature of Counsel |

Law Firm  The Blakeslee Law Firm

Address  1250 Connecticut Ave., N.W., Suite 700

City, State, ZIP  Washington, D.C. 20036

Telephone Number  (202) 419-1535

FAX Number

E-mail Address  mrb@blakeslee-law.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.