Nos. 2014-1617, -1619

# UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT

---

LEXMARK INTERNATIONAL, INC.,
*Plaintiff-Cross-Appellant,*

v.

IMPRESSION PRODUCTS, INC.,
*Defendant-Appellant,*

QUALITY CARTRIDGES, INC., JOHN DOES, 1–20, BLUE TRADING LLC,
EXPRINT INTERNATIONAL, INC., LD PRODUCTS, INC. PRINTRONIC
CORPORATION, TESEN DEVELOPMENT (HONG KONG) CO. LTD.,
BENIGNO ADEVA AND HIS COMPANIES,
*Defendants.*

---

On Appeal from the United States District Court for the Southern District of Ohio,
Case No. 1:10-cv-00564-MRB, Judge Michael R. Barrett

---

## CERTIFICATE OF INTEREST FOR THE COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION

---

Matthew Levy
*Counsel of Record*
Computer & Communications
 Industry Association
900 17th Street NW, Suite 1100
Washington, DC 20006
(202) 783-0070
mlevy@ccianet.org
*Counsel of Record*

June 19, 2015

# CERTIFICATE OF INTEREST

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure and Federal Circuit Rule 47.4, Matthew Levy, counsel for *amicus curiae* the Computer & Communications Industry Association certifies the following:

1. The full name of the party represented by me is the Computer & Communications Industry Association.

2. The name of the real party in interest represented by me is the Computer & Communications Industry Association.

3. The Computer & Communications Industry Association is not a subsidiary of any corporation and has issued no stock.

4. The names of all law firms and attorneys that appeared for the party now represented by me in this proceeding are Matthew Levy, see below.

June 19, 2015

/s/ Matthew Levy
Matthew Levy
Patent Counsel
Computer & Communications
 Industry Association
900 17th Street NW, Suite 1100
Washington, DC 20006
(202) 783-0070
mlevy@ccianet.org
*Counsel of Record*

1

# CERTIFICATE OF SERVICE

I hereby certify, that on this 19th day of June 2015, a true and correct copy of the foregoing Certificate of Interest for the Computer & Communications Industry Association was timely filed electronically with the Clerk of the Court using CM/ECF, which will send notification to all counsel registered to receive electronic notices.

/s/ Matthew Levy
Computer & Communications
 Industry Association
900 17th Street NW, Suite 1100
Washington, DC 20006
(202) 783-0070
mlevy@ccianet.org
*Counsel of Record*