FORM 8. Entry of Appearance

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

_____ v. _____

No. _____

**ENTRY OF APPEARANCE**

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

_____Pro Se  _____As counsel for:  _____
　　　　　　　　　　　　　　　　　　　Name of party

I am, or the party I represent is (select one):

_____Petitioner  _____Respondent  _____Amicus curiae  _____Cross Appellant

_____Appellant  _____Appellee  _____Intervenor

As amicus curiae or intervenor, this party supports (select one):

_____Petitioner or appellant  _____Respondent or appellee

My address and telephone are:

　Name: _____
　Law firm: _____
　Address: _____
　City, State and ZIP: _____
　Telephone: _____
　Fax #: _____
　E-mail address: _____

Statement to be completed by counsel only (select one):

_____ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

_____ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

_____ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): _____

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

_____Yes  _____No

_____A courtroom accessible to the handicapped is required if oral argument is scheduled.

　June 19, 2015　　　　　　　　　　　　/s/ Matthew A. Levy
　_____　　　　　　　　　　　　_____
　　Date　　　　　　　　　　　　　　　Signature of pro se or counsel

cc: _____