Form 8

FORM 8. Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Lexmark International, Inc. v. Impression Products, Inc.

No. 2014-1617, 2014-1619

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se   [✓] As counsel for: Association of Medical Device Reprocessors
Name of party

I am, or the party I represent is (select one):

[ ] Petitioner   [ ] Respondent   [✓] Amicus curiae   [ ] Cross Appellant
[ ] Appellant   [ ] Appellee   [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[✓] Petitioner or appellant   [ ] Respondent or appellee

My address and telephone are:

Name: Christopher M. Scharff
Law firm: McAndrews Held & Malloy, Ltd.
Address: 500 West Madison Street, 34th Floor
City, State and ZIP: Chicago, Illinois 60661
Telephone: 312-775-8000
Fax #: 312-775-8100
E-mail address: cscharff@mcandrews-ip.com

Statement to be completed by counsel only (select one):

[ ] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[✓] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): February 2, 2010

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes   [✓] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

June 19, 2015                           /s/Christopher M. Scharff
_____                          _____
Date                                     Signature of pro se or counsel

cc: Counsel of Record

Form 30

FORM 30. Certificate of Service

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on June 19, 2015 by:

☐ US mail
☐ Fax
☐ Hand
☒ Electronic Means
  (by email or CM/ECF)

| Christopher M. Scharff | /s/Christopher M. Scharff |
|---|---|
| Name of Counsel | Signature of Counsel |

Law Firm: McAndrews, Held & Malloy, Ltd.

Address: 500 W. Madison, 34th Floor

City, State, ZIP: Chicago, IL 60661

Telephone Number: 312-775-8000

FAX Number: 312-775-8100

E-mail Address: cscharff@mcandrews-ip.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.