FORM 9.  Certificate of Interest

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Lexmark International, Inc.    v.   Impression Products, Inc.

No. 14-1617, -1619

## CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party) Cross appellant certifies the following (use "None" if applicable; use extra sheets if necessary):

1. The full name of every party or amicus represented by me is:

Lexmark International, Inc.

_____

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

N/A

_____

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

None

_____

4. ☑ The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

See attachment

_____

   June 19, 2015                                    /s/ Constantine L. Trela, Jr.
         Date                                            Signature of counsel
                                                         Constantine L. Trela, Jr.
                                                        Printed name of counsel

Please Note: All questions must be answered
cc: Counsel of record

## **ATTACHMENT TO AMENDED CERTIFICATE OF INTEREST**

The names of all law firms and the partners or associates that appeared for Lexmark International, Inc. in the trial court or are expected to appear in this court are as follows:

BANNER & WITCOFF, LTD.

    Timothy C. Meece
    V. Bryan Medlock
    Matthew P. Becker
    Jason Shull
    Audra C. Eidem Heinze
    Neil C. Trueman

SIDLEY AUSTIN LLP

    Constantine Trela, Jr.
    Robert N. Hochman
    Benjamin Beaton
    Joshua J. Fougere

STOLL KENNON OGDEN PLLC

    P. Douglas Barr
    William J. Hunter, Jr.
    Steven B. Loy
    Anthony J. Phelps

Form 30

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  Jun 19, 2015
by:

☐ US mail
☐ Fax
☐ Hand
☒ Electronic Means
   (by email or CM/ECF)

| | |
|---|---|
| Constantine L. Trela, Jr. | /s/ Constantine L. Trela, Jr. |
| Name of Counsel | Signature of Counsel |

Law Firm  Sidley Austin LLP

Address  One South Dearborn

City, State, ZIP  Chicago, IL 60603

Telephone Number  (312) 853-7000

FAX Number  (312) 853-7036

E-mail Address  ctrela@sidley.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.