**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Lexmark International, Inc.　　v.　Impression Products, Inc.

No. 14-1617, -1619

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se　　✓ As counsel for: Lexmark International, Inc.
　　　　　　　　　　　　　　　　　Name of party

I am, or the party I represent is (select one):

☐ Petitioner　　☐ Respondent　　☐ Amicus curiae　　✓ Cross Appellant
☐ Appellant　　☐ Appellee　　☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant　　☐ Respondent or appellee

My address and telephone are:

　Name:　　　　　　　　Robert N. Hochman
　Law firm:　　　　　　Sidley Austin LLP
　Address:　　　　　　 One South Dearborn
　City, State and ZIP:　Chicago, IL 60603
　Telephone:　　　　　 (312) 853-7000
　Fax #:　　　　　　　 (312) 853-7036
　E-mail address:　　　rhochman@sidley.com

Statement to be completed by counsel only (select one):

☐ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

✓ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 2/5/2003

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☐ Yes　　✓ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

　6/19/2015　　　　　　　　　　　　　/s/ Robert N. Hochman
　　Date　　　　　　　　　　　　　 Signature of pro se or counsel

cc: Counsel of record

**Form 30**

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  Jun 19, 2015  by:

☐ US mail
☐ Fax
☐ Hand
☒ Electronic Means
   (by email or CM/ECF)

| Robert N. Hochman | /s/ Robert N. Hochman |
|---|---|
| Name of Counsel | Signature of Counsel |

Law Firm: Sidley Austin LLP
Address: One South Dearborn
City, State, ZIP: Chicago, IL 60603
Telephone Number: (312) 853-7000
FAX Number: (312) 853-7036
E-mail Address: rhochman@sidley.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.