**FORM 8.  Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

LEXMARK INTERNATIONAL v. IMPRESSION PRODUCTS, INC.

No. 2014-1617

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3.  Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se     ☑ As counsel for: Conejo Valley Bar Association
                              Name of party

I am, or the party I represent is (select one):

☐ Petitioner    ☐ Respondent    ☑ Amicus curiae    ☐ Cross Appellant
☐ Appellant     ☐ Appellee      ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant    ☐ Respondent or appellee

My address and telephone are:

Name:                Steven C. Sereboff
Law firm:            SoCal IP Law Group LLP
Address:             310 N. Westlake Blvd., Suite 120
City, State and ZIP: Westlake Village, CA 91362
Telephone:           (805) 230-1350
Fax #:               (805) 230-1355
E-mail address:      ssereboff@socalip.com

Statement to be completed by counsel only (select one):

☐ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☑ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): August 7, 1992

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☐ Yes    ☑ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

June 19, 2015                              [signature]
    Date                         Signature of pro se or counsel

cc: _____

# CERTIFICATE OF FILING AND SERVICE

I hereby certify that on this 19th day of June, 2015, I caused this Entry of Appearance to be filed electronically with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF users:

Edward F. O'Connor, I
AVYNO LAW, P.C.
6345 Balboa Boulevard, Suite 190
Encino, California  91316
(949) 291-2894
eoconnor@avynolaw.com

*Counsel for Defendant – Appellant*

Timothy Colin Meece
Audra Carol Eidem Heinze
Bryan Medlock, Jr.
Jason Steven Shull
BANNER & WITCOFF, LTD.
Ten South Wacker Drive
Chicago, Illinois  60606
(312) 463-5420
tmeece@bannerwitcoff.com
aheinze@bannerwitcoff.com
bmedlock@bannerwitcoff.com
jshull@bannerwitcoff.com

Benjamin Beaton
SIDLEY AUSTIN LLP
1501 K Street, NW
Washington, DC 20005
(202) 736-8000
bbeaton@sidley.com

Steven B. Loy
STOLL, KEENON & PARK, LLP
300 West Vine Street, Suite 2100
Lexington, Kentucky 40507
(859) 231-3000
steven.loy@skofirm.com

Constantine L. Trela, Jr.
SIDLEY AUSTIN LLP
Bank One Plaza
1 South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000
ctrela@sidley.com

*Counsel for Plaintiff – Cross-Appellant*

Any counsel for Amici Curiae appearing at the time of this filing will be served via the email notice from the CM/ECF system.

                                             /s/ Steven C. Sereboff
                                             *Counsel for Amicus Curiae*