Form 8

**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Lexmark International, Inc. v. Impression Products, Inc.

No. 2014-1617

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se    [✓] As counsel for: New York Intellectual Property Law Association
                                  Name of party

I am, or the party I represent is (select one):

[ ] Petitioner  [ ] Respondent  [✓] Amicus curiae  [ ] Cross Appellant
[ ] Appellant   [ ] Appellee    [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant    [ ] Respondent or appellee

My address and telephone are:

- Name: Walter E. Hanley, Jr.
- Law firm: Kenyon & Kenyon LLP
- Address: 1 Broadway
- City, State and ZIP: New York, NY
- Telephone: (212) 425-7200
- Fax #: (212) 425-5288
- E-mail address: whanley@kenyon.com

Statement to be completed by counsel only (select one):

[ ] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[✓] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): March 24, 1986

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes    [✓] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

06/19/2015                    /s/ Walter E. Hanley, Jr.
Date                          Signature of pro se or counsel

cc: Counsel of Record

123

# CERTIFICATE OF FILING AND SERVICE

# United States Court of Appeals for the Federal Circuit

*Lexmark International, Inc. v. Impression Products, Inc., et al.,* 2014-1617,-1619

## **CERTIFICATE OF SERVICE**

I, Maryna Sapyelkina, being duly sworn according to law and being over the age of 18, upon my oath depose and say that:

Counsel Press was retained by SIMPSON THACHER & BARTLETT LLP, Attorneys for *Amicus Curiae* The New York Intellectual Property Law Association to print this document. I am an employee of Counsel Press.

On the **19th Day of June, 2015**, counsel for Amicus Curiae has authorized me to electronically file the within document with the Clerk of the Court using the CM/ECF System, which will serve via e-mail notice of such filing to any of the following counsel registered as CM/ECF users:

Banner & Witcoff, Ltd.
Timothy Colin Meece
Audra Carol Eidem Heinze
Bryan Medlock Jr.
Jason Steven Shull
Ten South Wacker Drive
Chicago, IL 60606
312-463-5420
tmeece@bannerwitcoff.com
aheinze@bannerwitcoff.com
bmedlock@bannerwitcoff.com
jshull@bannerwitcoff.com

Sidley Austin LLP
Benjamin Beaton
1501 K Street, NW
Washington, DC 20005
202-736-8000
bbeaton@sidley.com

Sidley Austin LLP
Constantine L. Trela Jr.
Bank One Plaza
1 South Dearborn Street
Chicago IL 60603
312-853-7000
ctrela@sidley.com

Stoll, Keenon & Park, LLP
Steven B. Loy
300 West Vine Street Suite 2100
Lexington KY 40507-1380
859-231-3000
steven.loy@skofirm.com

Avyno Law, P.C.
Edward F. O'Connor I
6345 Balboa Boulevard Suite 190
Encino CA 91316
949-291-2894
eoconnor@avynolaw.com

June 19, 2015 /s/ Maryna Sapyelkina
Maryna Sapyelkina
Counsel Press