# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Nos. 14-1617, 14-1619

LEXMARK INTERNATIONAL, INC. v. IMPRESSION PRODUCTS, INC.

## ENTRY OF APPEARANCE

Please enter my appearance:

[ ] Pro Se

[X] As counsel for: **Public Knowledge, the Electronic Frontier Foundation, the Open Source Hardware Association, the Digital Right to Repair Coalition, and Public Citizen, Inc.**

I am, or the party I represent is:

[ ] Petitioner   [ ] Respondent   [X] Amicus curiae   [ ] Cross Appellant
[ ] Appellant    [ ] Appellee      [ ] Intervenor

As amicus curiae or intervenor, this party supports:

[X] Petitioner or appellant   [ ] Respondent or appellee

My name and telephone are:

| | |
|---|---|
| Name: | Charles Duan |
| Law firm: | Public Knowledge |
| Address: | 1818 N Street NW Suite 410 |
| City, State, ZIP: | Washington, DC 20036 |
| Telephone: | (202) 861-0020 |
| Fax #: | (202) 861-0040 |
| E-mail address: | cduan@publicknowledge.org |

*(Continued next page)*

Statement to be completed by counsel only:

☒  I am the principal attorney for this party in this case and will accept all service for the party.  I agree to inform all other counsel in this case of the matters served upon me.

☐  I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐  I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): **November 28, 2011**

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☐ Yes  ☒ No

☐  A courtroom accessible to the handicapped is required if oral argument is scheduled.

Dated: June 19, 2015        */s/ Charles Duan* _____
                            Charles Duan
                            *Counsel for amici curiae*

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2015, I caused the foregoing **Entry of Appearance** to be electronically filed with the Clerk of the Court using CM/ECF, which will automatically send email notification of such filing to the following counsel of record:

| | |
|---|---|
| Timothy Colin Meece | tmeece@bannerwitcoff.com |
| Audra Carol Eidem Heinze | aheinze@bannerwitcoff.com |
| Bryan Medlock, Jr. | bmedlock@bannerwitcoff.com |
| Jason Steven Shull | jshull@bannerwitcoff.com |
| BANNER & WITCOFF, LTD. | |
| | |
| Benjamin Beaton | bbeaton@sidley.com |
| Constantine L. Trela, Jr. | ctrela@sidley.com |
| SIDLEY AUSTIN LLP | |
| | |
| Steven B. Loy | steven.loy@skofirm.com |
| STOLL, KEENON & PARK, LLP | |
| | |
| Edward F. O'Connor | eoconnor@avynolaw.com |
| AVYNO LAW, P.C. | |

Dated: June 19, 2015          */s/ Charles Duan*
                              Charles Duan
                              *Counsel for amici curiae*