FORM 8. Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Lexmark International, Inc.　v.　Impression Products, Inc.

No. 14-1617

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se　　[✔] As counsel for: Quanta Computer, Inc. and Acer, Inc.
　　　　　　　　　　　　　　　　　Name of party

I am, or the party I represent is (select one):

[ ] Petitioner　[ ] Respondent　[✔] Amicus curiae　[ ] Cross Appellant
[ ] Appellant　[ ] Appellee　[ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[✔] Petitioner or appellant　[ ] Respondent or appellee

My address and telephone are:

Name: Peter J. Wied
Law firm: Lee Tran & Liang LLP
Address: 601 S. Figueroa St., Suite 3900
City, State and ZIP: Los Angeles, CA 90017
Telephone: (213) 612-8900
Fax #: (213) 612-3773
E-mail address: peter.wied@ltlattorneys.com

Statement to be completed by counsel only (select one):

[✔] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[ ] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): Feb. 2, 2005

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes　[✔] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

6/19/2015　　　　　　　　　　/s/ Peter J. Wied
Date　　　　　　　　　　　　Signature of pro se or counsel

cc: _____

**Form 30**

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on June 19, 2015 by:

☐ US mail
☐ Fax
☐ Hand
☒ Electronic Means
　(by email or CM/ECF)

| | |
|---|---|
| Peter J. Wied | /s/ Peter J. Wied |
| Name of Counsel | Signature of Counsel |

Law Firm: Lee Tran & Liang LLP

Address: 601 S. Figueroa St., Suite 3900

City, State, ZIP: Los Angeles, CA  90017

Telephone Number: (213) 612-8900

FAX Number: (213) 612-3773

E-mail Address: peter.wied@ltlattorneys.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.