Form 8

**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Lexmark International, Inc. v. Impression Products, Inc.

No. 14-1617

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se    [✔] As counsel for:   Quanta Computer, Inc. and Acer, Inc.
                                    Name of party

I am, or the party I represent is (select one):

[ ] Petitioner   [ ] Respondent   [✔] Amicus curiae   [ ] Cross Appellant
[ ] Appellant    [ ] Appellee     [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[✔] Petitioner or appellant    [ ] Respondent or appellee

My address and telephone are:

Name: Vincent K. Yip
Law firm: Lee Tran & Liang LLP
Address: 601 S. Figueroa St., Suite 3900
City, State and ZIP: Los Angeles, CA 90017
Telephone: (213) 612-8900
Fax #: (213) 612-3773
E-mail address: vincent.yip@ltlattorneys.com

Statement to be completed by counsel only (select one):

[ ] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[✔] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): Feb. 2, 2005

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes   [✔] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

6/19/2015                              _____
Date                                   Signature of pro se or counsel

cc: _____

123

**Form 30**

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on June 19, 2015 by:

☐ US mail
☐ Fax
☐ Hand
☒ Electronic Means
　　(by email or CM/ECF)

| | |
|---|---|
| Peter J. Wied | /s/ Peter J. Wied |
| Name of Counsel | Signature of Counsel |

Law Firm: Lee Tran & Liang LLP

Address: 601 S. Figueroa St., Suite 3900

City, State, ZIP: Los Angeles, CA  90017

Telephone Number: (213) 612-8900

FAX Number: (213) 612-3773

E-mail Address: peter.wied@ltlattorneys.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.