FORM 8. Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Lexmark International, Inc. v. Impression Products, Inc., et al.

No. 14-1617, 14-1619

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se ☑ As counsel for: Public Knowledge, (cont. on addendum)
Name of party

I am, or the party I represent is (select one):

☐ Petitioner ☐ Respondent ☑ Amicus curiae ☐ Cross Appellant
☐ Appellant ☐ Appellee ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☑ Petitioner or appellant ☐ Respondent or appellee

My address and telephone are:

Name: Vera Ranieri
Law firm: Electronic Frontier Foundation
Address: 815 Eddy Street
City, State and ZIP: San Francisco, California 94109
Telephone: (415) 436-9333
Fax #: (415) 436-9993
E-mail address: vera@eff.org

Statement to be completed by counsel only (select one):

☐ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing ______________ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☑ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 08/16/2011

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☐ Yes ☑ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

6/19/2015
Date

/s/ Vera Ranieri
Signature of pro se or counsel

cc: ______________________________

**Addendum to Entry of Appearance**

Counsel for:

Electronic Frontier Foundation, the Open Source Hardware Association, the Digital Right to Repair Coalition, and Public Citizen, Inc.

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on Jun 19, 2015 by:

- ☐ US mail
- ☐ Fax
- ☐ Hand
- ☒ Electronic Means (by email or CM/ECF)

Vera Ranieri
Name of Counsel

/s/ Vera Ranieri
Signature of Counsel

Law Firm: Electronic Frontier Foundation

Address: 815 Eddy Street

City, State, ZIP: San Francisco, CA 94109

Telephone Number: (415) 436-9333

FAX Number: (415) 436-9993

E-mail Address: vera@eff.org

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.