# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Nos. 14-1617, 14-1619

---

LEXMARK INTERNATIONAL, INC. v. IMPRESSION PRODUCTS, INC.

---

## ENTRY OF APPEARANCE

Please enter my appearance:

☐ Pro Se

☒ As counsel for: **Public Knowledge, the Electronic Frontier Foundation, the Open Source Hardware Association, the Digital Right to Repair Coalition, and Public Citizen, Inc.**

I am, or the party I represent is:

☐ Petitioner   ☐ Respondent   ☒ Amicus curiae   ☐ Cross Appellant
☐ Appellant    ☐ Appellee     ☐ Intervenor

As amicus curiae or intervenor, this party supports:

☒ Petitioner or appellant   ☐ Respondent or appellee

My name and telephone are:

| | |
|---|---|
| Name: | Sherwin Siy |
| Law firm: | Public Knowledge |
| Address: | 1818 N Street NW Suite 410 |
| City, State, ZIP: | Washington, DC 20036 |
| Telephone: | (202) 861-0020 |
| Fax #: | (202) 861-0040 |
| E-mail address: | ssiy@publicknowledge.org |

*(Continued next page)*

Statement to be completed by counsel only:

☐ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☒ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): **Admission Pending**

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☒ Yes    ☐ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Dated: June 19, 2015         /s/ Charles Duan
                             Sherwin Siy
                             *Counsel for amici curiae*

## AUTHORIZATION TO SIGN

Per the Federal Circuit Administrative Order, Rule ECF-3(B), I represent that I have the consent of other parties in this document to sign on their behalf.

Dated: June 19, 2015 /s/ *Charles Duan*
Charles Duan
*Counsel for amici curiae*

# CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2015, I caused the foregoing **Entry of Appearance** to be electronically filed with the Clerk of the Court using CM/ECF, which will automatically send email notification of such filing to the following counsel of record:

| | |
|---|---|
| Timothy Colin Meece | tmeece@bannerwitcoff.com |
| Audra Carol Eidem Heinze | aheinze@bannerwitcoff.com |
| Bryan Medlock, Jr. | bmedlock@bannerwitcoff.com |
| Jason Steven Shull | jshull@bannerwitcoff.com |
| BANNER & WITCOFF, LTD. | |
| | |
| Benjamin Beaton | bbeaton@sidley.com |
| Constantine L. Trela, Jr. | ctrela@sidley.com |
| SIDLEY AUSTIN LLP | |
| | |
| Steven B. Loy | steven.loy@skofirm.com |
| STOLL, KEENON & PARK, LLP | |
| | |
| Edward F. O'Connor | eoconnor@avynolaw.com |
| AVYNO LAW, P.C. | |

Dated: June 19, 2015        */s/ Charles Duan*
                            Charles Duan
                            *Counsel for amici curiae*