# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Nos. 14-1617, 14-1619

———————————

LEXMARK INTERNATIONAL, INC. v. IMPRESSION PRODUCTS, INC.

———————————

## ENTRY OF APPEARANCE

Please enter my appearance:

[ ] Pro Se

[X] As counsel for: **Public Knowledge, the Electronic Frontier Foundation, the Open Source Hardware Association, the Digital Right to Repair Coalition, and Public Citizen, Inc.**

I am, or the party I represent is:

[ ] Petitioner  [ ] Respondent  [X] Amicus curiae  [ ] Cross Appellant
[ ] Appellant  [ ] Appellee  [ ] Intervenor

As amicus curiae or intervenor, this party supports:

[X] Petitioner or appellant  [ ] Respondent or appellee

My name and telephone are:

Name: Mohammed Raza Panjwani
Law firm: Public Knowledge
Address: 1818 N Street NW Suite 410
City, State, ZIP: Washington, DC 20036
Telephone: (202) 861-0020
Fax #: (202) 861-0040
E-mail address: raza@publicknowledge.org

*(Continued next page)*

Statement to be completed by counsel only:

☐ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☒ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): **Admission Pending**

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☒ Yes    ☐ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Dated: June 19, 2015          */s/ Charles Duan* _____
                              Mohammed Raza Panjwani
                              *Counsel for amici curiae*

## AUTHORIZATION TO SIGN

Per the Federal Circuit Administrative Order, Rule ECF-3(B), I represent that

I have the consent of other parties in this document to sign on their behalf.


Dated: June 19, 2015          */s/ Charles Duan*
                              Charles Duan
                              *Counsel for amici curiae*

# CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2015, I caused the foregoing **Entry of Appearance** to be electronically filed with the Clerk of the Court using CM/ECF, which will automatically send email notification of such filing to the following counsel of record:

| | |
|---|---|
| Timothy Colin Meece | tmeece@bannerwitcoff.com |
| Audra Carol Eidem Heinze | aheinze@bannerwitcoff.com |
| Bryan Medlock, Jr. | bmedlock@bannerwitcoff.com |
| Jason Steven Shull | jshull@bannerwitcoff.com |
| BANNER & WITCOFF, LTD. | |
| | |
| Benjamin Beaton | bbeaton@sidley.com |
| Constantine L. Trela, Jr. | ctrela@sidley.com |
| SIDLEY AUSTIN LLP | |
| | |
| Steven B. Loy | steven.loy@skofirm.com |
| STOLL, KEENON & PARK, LLP | |
| | |
| Edward F. O'Connor | eoconnor@avynolaw.com |
| AVYNO LAW, P.C. | |

Dated: June 19, 2015

/s/ *Charles Duan*
_____
Charles Duan
*Counsel for amici curiae*