**FORM 8. Entry of Appearance**

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

<u>Lexmark International, Inc.</u>   v.   <u>Impression Products, Inc.</u>

No. <u>14-1617, 14-1619</u>

**ENTRY OF APPEARANCE**

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se   ☑ As counsel for:   <u>See Addendum</u>
Name of party

I am, or the party I represent is (select one):

☐ Petitioner   ☐ Respondent   ☑ Amicus curiae   ☐ Cross Appellant
☐ Appellant   ☐ Appellee   ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☑ Petitioner or appellant   ☐ Respondent or appellee

My address and telephone are:

Name: Jamie B. Beaber
Law firm: Mayer Brown LLP
Address: 1999 K Street NW
City, State and ZIP: Washington, DC 20006
Telephone: 202-263-3153
Fax #: 202-263-5209
E-mail address: jbeaber@mayerbrown.com

Statement to be completed by counsel only (select one):

☐ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☑ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): <u>6/27/2003</u>

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☐ Yes   ☑ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

<u>6/19/2015</u>                                 <u>/s/ Jamie B. Beaber</u>
Date                                                Signature of pro se or counsel

cc: <u>Counsel of Record</u>

# ADDENDUM

LG Electronics, Inc.

Dell Inc.

Google Inc.

Intel Corporation

L Brands Inc.

Newegg Inc.

Ninestar Image Tech Limited

QVC, Inc.

Samsung Electronics Co., Ltd.

SAS Institute, Inc.

Xilinx, Inc.

**Form 30**

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on    6/19/2015
by:

☐ US mail
☐ Fax
☐ Hand
☒ Electronic Means
   (by email or CM/ECF)

| Jamie B. Beaber | /s/ Jamie B. Beaber |
|---|---|
| Name of Counsel | Signature of Counsel |

Law Firm     Mayer Brown LLP

Address      1999 K Street, NW

City, State, ZIP    Washington, D.C. 20006

Telephone Number    (202) 263-3153

FAX Number    (202) 263-5209

E-mail Address    jbeaber@mayerbrown.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.