Form 8

FORM 8. Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Lexmark International, Inc. _v._ Impression Products, Inc.

No. 14-1617, -1619

# ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se ☑ As counsel for: SK hynix Inc.
Name of party

I am, or the party I represent is (select one):

☐ Petitioner ☐ Respondent ☑ Amicus curiae ☐ Cross Appellant

☐ Appellant ☐ Appellee ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☑ Petitioner or appellant ☐ Respondent or appellee

My address and telephone are:

Name: Susan van Keulen
Law firm: O'Melveny & Myers LLP
Address: 2765 Sand Hill Road
City, State and ZIP: Menlo Park, CA 94025
Telephone: (650) 473-2600
Fax #: (650) 473-2601
E-mail address: svankeulen@omm.com

Statement to be completed by counsel only (select one):

☐ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☑ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 11/16/1999

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☐ Yes ☑ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

| 6/19/2015 | /s/ Susan van Keulen |
|---|---|
| Date | Signature of pro se or counsel |

cc: All counsel by CM/ECF

Form 30

FORM 30. Certificate of Service

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on
by:

06/19/2015

☐ US mail
☐ Fax
☐ Hand
☒ Electronic Means
   (by email or CM/ECF)

Susan van Keulen

/s/ Susan van Keulen

Name of Counsel

Signature of Counsel

Law Firm    O'Melveny & Myers LLP

Address    2765 Sand Hill Road

City, State, ZIP    Menlo Park, CA  94025

Telephone Number    650-473-2600

FAX Number    650-473-2601

E-mail Address    svankeulen@omm.com

NOTE: For attorneys filing documents electronically, the name of the filer
under whose log-in and password a document is submitted must be preceded
by an "/s/" and typed in the space where the signature would otherwise appear.
Graphic and other electronic signatures are discouraged.