**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Lexmark International, Inc.    v.    Impression Products, Inc.

No. 14-1617, 14-1619

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se    ☑ As counsel for:    See Addendum
                                                                           Name of party

I am, or the party I represent is (select one):

☐ Petitioner    ☐ Respondent    ☑ Amicus curiae    ☐ Cross Appellant
☐ Appellant    ☐ Appellee    ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☑ Petitioner or appellant    ☐ Respondent or appellee

My address and telephone are:

    Name: Paul W. Hughes
    Law firm: Mayer Brown LLP
    Address: 1999 K St. NW
    City, State and ZIP: Washington, DC 20006
    Telephone: 202-263-3147
    Fax #: 202-263-5347
    E-mail address: phughes@mayerbrown.com

Statement to be completed by counsel only (select one):

☐ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☑ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 6/27/2011

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☐ Yes    ☑ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

  6/19/2015                                           /s/ Paul W. Hughes
    Date                                           Signature of pro se or counsel

cc: Counsel of Record

## ADDENDUM

LG Electronics, Inc.

Dell Inc.

Google Inc.

Intel Corporation

L Brands Inc.

Newegg Inc.

Ninestar Image Tech Limited

QVC, Inc.

Samsung Electronics Co., Ltd.

SAS Institute, Inc.

Xilinx, Inc.

**Form 30**

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  6/19/2015
by:

☐ US mail
☐ Fax
☐ Hand
☒ Electronic Means
    (by email or CM/ECF)

| Paul W. Hughes | /s/ Paul W. Hughes |
|---|---|
| Name of Counsel | Signature of Counsel |

Law Firm  Mayer Brown LLP

Address  1999 K Street, NW

City, State, ZIP  Washington, D.C. 20006

Telephone Number  (202) 263-3147

FAX Number  (202) 263-5347

E-mail Address  phughes@mayerbrown.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.