Form 8

**FORM 8. Entry of Appearance**

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

Lexmark International, Inc.    v.    Impression Products

No. 14-1617, 14-1619

**ENTRY OF APPEARANCE**

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se    [✓] As counsel for:    LG Electronics, Inc.
                                      Name of party

I am, or the party I represent is (select one):

[ ] Petitioner    [ ] Respondent    [✓] Amicus curiae    [ ] Cross Appellant
[ ] Appellant     [ ] Appellee      [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[✓] Petitioner or appellant    [ ] Respondent or appellee

My address and telephone are:

Name:               James Suh
Law firm:           LG Electronics, Inc. Intellectual Property Center
Address:            19, Yangjae-daero 11gil, Seocho-gu
City, State and ZIP: Seoul, Korea 137-130
Telephone:          +82 (0)2 6912 6515
Fax #:              (202) 263-5347
E-mail address:     james.suh@lge.com

Statement to be completed by counsel only (select one):

[ ] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[✓] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): January 21, 2015

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes    [✓] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

6/19/2015                              /s/ James Suh
Date                                   Signature of pro se or counsel

cc: Counsel of Record

123

**Form 30**

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on 6/19/2015 by:

☐ US mail
☐ Fax
☐ Hand
☒ Electronic Means
    (by email or CM/ECF)

| James Suh | /s/ James Suh |
|---|---|
| Name of Counsel | Signature of Counsel |

Law Firm: LG Electronics, Inc. Intellectual Property Center

Address: 19, Yangjae-daero 11gil, Seocho-gu

City, State, ZIP: Seoul, Korea 137-130

Telephone Number: +82 (0)2 6912 6515

FAX Number: (202) 263-5347

E-mail Address: james.suh@lge.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.