**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Lexmark International, Inc.    v.    Impression Products

No. 14-1617, 14-1619

# ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se    ✓ As counsel for:    Intel Corporation
                                 Name of party

I am, or the party I represent is (select one):

☐ Petitioner    ☐ Respondent    ✓ Amicus curiae    ☐ Cross Appellant
☐ Appellant     ☐ Appellee      ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

✓ Petitioner or appellant    ☐ Respondent or appellee

My address and telephone are:

Name: Matthew R. Hulse
Law firm: Intel Corporation
Address: 2200 Mission College Blvd, RNB-4-150
City, State and ZIP: Santa Clara, CA 95054
Telephone: (408) 653-6570
Fax #: (408) 765-7723
E-mail address: matthew.hulse@intel.com

Statement to be completed by counsel only (select one):

☐ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

✓ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 4/13/2015

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

✓ Yes    ☐ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

6/19/2015                        /s/ Matthew R. Hulse
Date                             Signature of pro se or counsel

cc: Counsel of Record

**Form 30**

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on    6/19/2015    by:

☐ US mail
☐ Fax
☐ Hand
☒ Electronic Means
   (by email or CM/ECF)

| | |
|---|---|
| Matthew R. Hulse | /s/ Matthew R. Hulse |
| Name of Counsel | Signature of Counsel |

Law Firm: Intel Corporation
Address: 2200 Mission College Blvd, RNB-4-150
City, State, ZIP: Santa Clara, CA 95054
Telephone Number: (408) 653-6570
FAX Number: (408) 765-7723
E-mail Address: matthew.hulse@intel.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.