# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Nos. 14-1617, 14-1619

LEXMARK INTERNATIONAL, INC.

v.

IMPRESSION PRODUCTS, INC.

## ENTRY OF APPEARANCE

Please enter my appearance (select one):

      Pro Se     x  As counsel for:  Costco Wholesale Corporation and
   \_\_\_       \_\_\_            Retail Litigation Center, Inc.
                                Name of parties

I am, or the party I represent is (select one):

\_\_\_ Petitioner  \_\_\_ Respondent  x Amicus curiae  \_\_ Cross Appellants

\_\_\_ Appellant  \_\_\_ Appellee  \_\_\_ Intervenor

As amicus curiae or intervenor, this party supports (select one):

  X  Petitioner or appellant     \_\_\_ Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Matthew J. Moore |
| Law firm: | Latham & Watkins LLP |
| Address: | 555 Eleventh Street NW, Suite 1000 |
| City, State and ZIP: | Washington, DC 20004-1304 |
| Telephone: | (202) 637-2200 |
| Fax #: | (202) 637-2201 |
| E-mail address: | matthew.moore@lw.com |

Statement to be completed by counsel only (select one):

 x  I am the principal attorney for this party in this case and will accept all service for the party.  I agree to inform all other counsel in this case of the matters served upon me.

___ I am replacing _____ as the principal attorney who will/will not remain on the case.  [Government attorneys only.]

___ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only):  June 10, 1997

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

___ Yes                    x  No

___ A courtroom accessible to the handicapped is required if oral argument is scheduled.

| June 19, 2015 | /s/ Matthew J. Moore |
|---|---|
| Date | Signature of counsel |

cc:  Counsel of Record (*see* Certificate of Service)

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of June, 2015, I caused a copy of the foregoing to be served by electronic means via the Court's CM/ECF system, which will send notice of such filing to all registered CM/ECF users.

I further certify that this same day hard copies of the foregoing were served via U.S. mail, postage prepaid, upon the following counsel who are not registered CM/ECF users:

       Frederick M. Abbott
       Florida State University College of Law
       425 West Jefferson Street
       Tallahassee, FL  32301

       Margreth Barrett
       University of California - Hastings College of Law
       PO Box 347
       The Sea Ranch, CA  95497

                  */s/ Matthew J. Moore*
                  Matthew J. Moore