**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

Nos. 14-1617, 14-1619

LEXMARK INTERNATIONAL, INC.

v.

IMPRESSION PRODUCTS, INC.

**ENTRY OF APPEARANCE**

Please enter my appearance (select one):

    ___ Pro Se     _x_ As counsel for: Costco Wholesale Corporation and Retail Litigation Center, Inc.
                                                                                       Name of parties

I am, or the party I represent is (select one):

    ___ Petitioner    ___ Respondent    _x_ Amicus curiae    ___ Cross Appellants

    ___ Appellant    ___ Appellee    ___ Intervenor

As amicus curiae or intervenor, this party supports (select one):

    _X_ Petitioner or appellant      ___ Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | J. Scott Ballenger |
| Law firm: | Latham & Watkins LLP |
| Address: | 555 Eleventh Street NW, Suite 1000 |
| City, State and ZIP: | Washington, DC 20004-1304 |
| Telephone: | (202) 637-2200 |
| Fax #: | (202) 637-2201 |
| E-mail address: | scott.ballenger@lw.com |

Statement to be completed by counsel only (select one):

___ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

___ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

_x_ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): November 13, 2003

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

___ Yes     _x_ No

___ A courtroom accessible to the handicapped is required if oral argument is scheduled.

| June 19, 2015 | /s/ J. Scott Ballenger |
|---|---|
| Date | Signature of counsel |

cc:  Counsel of Record (*see* Certificate of Service)

# CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of June, 2015, I caused a copy of the foregoing to be served by electronic means via the Court's CM/ECF system, which will send notice of such filing to all registered CM/ECF users.

I further certify that this same day hard copies of the foregoing were served via U.S. mail, postage prepaid, upon the following counsel who are not registered CM/ECF users:

Frederick M. Abbott
Florida State University College of Law
425 West Jefferson Street
Tallahassee, FL  32301

Margreth Barrett
University of California - Hastings College of Law
PO Box 347
The Sea Ranch, CA  95497

*/s/ J. Scott Ballenger*
J. Scott Ballenger