**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

<u>LEXMARK INTERNATIONAl, INC</u> v. <u>IMPRESSION PRODUCTS, INC.</u>

No. <u>14-1617, -1619</u>

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se　　[✓] As counsel for:　<u>TEXAS INSTRUMENTS INC.</u>
　　　　　　　　　　　　　　　　　Name of party

I am, or the party I represent is (select one):

[ ] Petitioner　　[ ] Respondent　　[✓] Amicus curiae　　[ ] Cross Appellant
[ ] Appellant　　[ ] Appellee　　[ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant　　[ ] Respondent or appellee

My address and telephone are:

　Name:　　　　　　　<u>Ranganath Sudarshan</u>
　Law firm:　　　　　　<u>Covington & Burling LLP</u>
　Address:　　　　　　<u>One CityCenter, 850 Tenth Street, NW</u>
　City, State and ZIP:　<u>Washington, DC 20001-4956</u>
　Telephone:　　　　　<u>202.662.5346</u>
　Fax #:　　　　　　　<u>202.778.5346</u>
　E-mail address:　　　<u>rsudarshan@cov.com</u>

Statement to be completed by counsel only (select one):

　[ ] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

　[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

　[✓] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): <u>08/03/2009</u>

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

　[ ] Yes　　[✓] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

<u>　6/19/2015　</u>　　　　　　　　　　<u>　/s/ Ranganath Sudarshan　</u>
　　　Date　　　　　　　　　　　　　　Signature of pro se or counsel

cc: _____

**Form 30**

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  Jun 19, 2015  by:

☐ US mail
☐ Fax
☐ Hand
☒ Electronic Means
   (by email or CM/ECF)

| | |
|---|---|
| Ranganath Sudarshan | /s/ Ranganath Sudarshan |
| Name of Counsel | Signature of Counsel |

Law Firm: Covington & Burling LLP

Address: One CityCenter, 850 Tenth Street, NW

City, State, ZIP: Washington, DC 20001-4956

Telephone Number: 202.662.5346

FAX Number: 202.778.5346

E-mail Address: rsudarshan@cov.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.