**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

LEXMARK INTERNATIONAl, INC  v. IMPRESSION PRODUCTS, INC.

No. 14-1617, -1619

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se      [✓] As counsel for:    TEXAS INSTRUMENTS INC.
                                       Name of party

I am, or the party I represent is (select one):

[ ] Petitioner   [ ] Respondent   [✓] Amicus curiae   [ ] Cross Appellant

[ ] Appellant    [ ] Appellee     [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant      [ ] Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Nathan Shaffer |
| Law firm: | Covington & Burling LLP |
| Address: | 333 Twin Dolphin Drive, Suite 700 |
| City, State and ZIP: | Redwood Shores, CA 94065 |
| Telephone: | 650.632.4700 |
| Fax #: | 650.632.4800 |
| E-mail address: | nshaffer@cov.com |

Statement to be completed by counsel only (select one):

[ ] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[✓] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 06/17/2015

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[✓] Yes     [ ] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

| | |
|---|---|
| June 19, 2015 | /s/ Nathan Shaffer |
| Date | Signature of pro se or counsel |

cc: _____

**Form 30**

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on Jun 19, 2015 by:

☐ US mail
☐ Fax
☐ Hand
☒ Electronic Means
   (by email or CM/ECF)

| Nathan Shaffer | /s/ Nathan Shaffer |
|---|---|
| Name of Counsel | Signature of Counsel |

Law Firm: Covington & Burling LLP

Address: 333 Twin Dolphin Drive, Suite 700

City, State, ZIP: Redwood Shores, CA 94065

Telephone Number: 650.632.4700

FAX Number: 650.632.4800

E-mail Address: nshaffer@cov.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.