**FORM 8.** Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

LEXMARK INTERNATIONAL, INC. v. IMPRESSION PRODUCTS, INC.

No. 14-1617, 14-1619

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se     [✓] As counsel for: Amici Curiae listed on attachment
Name of party

I am, or the party I represent is (select one):

[ ] Petitioner    [ ] Respondent    [✓] Amicus curiae    [ ] Cross Appellant
[ ] Appellant    [ ] Appellee    [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[✓] Petitioner or appellant    [ ] Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Jeffrey T. Pearlman |
| Law firm: | Juelsgaard Intellectual Property and Innovation Clinic |
| Address: | Mills Legal Clinic, Stanford Law School    559 Nathan Abbott Way |
| City, State and ZIP: | Stanford, Californa 94305-8610 |
| Telephone: | (650) 497-9443 |
| Fax #: | (650) 723-4426 |
| E-mail address: | jef@law.stanford.edu |

Statement to be completed by counsel only (select one):

[ ] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[✓] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): June 5, 2015

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes    [✓] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

June 19, 2015                /s/ Jeffrey T. Pearlman
Date                                Signature of pro se or counsel

cc: _____

Attachment to Entry of Appearance
**NAMES OF AMICI CURIAE REPRESENTED**

American Antitrust Institute
Jeremy W. Bock
Irene Calboli
Michael A. Carrier
Andrew Chin
Samuel Ernst
Shubha Ghosh
Ariel Katz
Mark A. Lemley
Yvette Joy Liebesman
Brian J. Love
Mark P. McKenna
Michael J. Meurer
Tyler T. Ochoa
Mark R. Patterson
Aaron Perzanowski
Sarah R. Wasserman Rajec
John A. Rothchild
Pamela Samuelson
Sharon K. Sandeen
Kurt M. Saunders
Christopher B. Seaman
Katherine J. Strandburg
Jennifer M. Urban
Ryan Vacca