**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Lexmark International, Inc.   v.   Impression Products, Inc.

No. 2014-1617, -1619

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se    [✓] As counsel for:   SanDisk Corporation
                                     Name of party

I am, or the party I represent is (select one):

[ ] Petitioner   [ ] Respondent   [✓] Amicus curiae   [ ] Cross Appellant
[ ] Appellant    [ ] Appellee     [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[✓] Petitioner or appellant    [ ] Respondent or appellee

My address and telephone are:

- Name: Robert A. Van Nest
- Law firm: Keker & Van Nest LLP
- Address: 633 Battery Street
- City, State and ZIP: San Francisco, CA 94111
- Telephone: 415 391-5400
- Fax #: 415 397-7188
- E-mail address: rvannest@kvn.com

Statement to be completed by counsel only (select one):

[ ] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[✓] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 6/29/2001

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes    [✓] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

| 06/19/2015 | /s/ Robert A. Van Nest |
|---|---|
| Date | Signature of pro se or counsel |

cc: COS Attached

# United States Court of Appeals for the Federal Circuit

*Lexmark International, Inc. v. Ink Technologies Printer*, 2014-1617, -1619

**CERTIFICATE OF SERVICE**

I, Elissa Matias, being duly sworn according to law and being over the age of 18, upon my oath depose and say that:

Counsel Press was retained by Keker & Van Nest LLP, Attorneys for Amicus Curiae, SanDisk to print this document. I am an employee of Counsel Press.

On **June 19, 2015,** counsel has authorized me to electronically file the foregoing **Entry of Appearance** with the Clerk of Court using the CM/ECF System, which will serve via e-mail notice of such filing to all counsel registered as CM/ECF users, including any of the following:

| | |
|---|---|
| Edward F. O'Connor (principal counsel) AVYNO LAW P.C. 6345 Balboa Boulevard Suite 190 Encino, California 91316 (818) 488.8140 *Counsel for Appellant* | Timothy Colin Meece (principal counsel) Auda Carol Eidem Heinze Bryan Medlock, Jr. Jason S. Shull Banner & Witcoff, Ltd. Ten South Wacker Drive Chicago, IL 60606 312-463-5420 tmeece@bannerwitcoff.com aheinze@bannerwitcoff.com bmedlock@bannerwitcoff.com jshull@bannerwitcoff.com *Counsel for Cross-Appellant* |

| | |
|---|---|
| Steven B. Loy<br>Stoll, Keenon & Park, LLP<br>300 West Vine Street, Suite 2100<br>Lexington, KY 40507-1380<br>859-231-3000<br>steven.loy@skofirm.com<br>*Counsel for Cross-Appellant* | Constantine L. Trela, Jr.<br>Sidley Austin LLP<br>Bank One Plaza<br>1 South Dearborn Street<br>Chicago, IL 60603<br>312-853-7000<br>ctrela@sidley.com<br>*Counsel for Cross-Appellant* |
| Benjamin Beaton<br>Sidley Austin LLP<br>1501 K Street, NW<br>Washington, DC 20005<br>202-736-8000<br>bbeaton@sidley.com<br>*Counsel for Cross-Appellant* | |

   Any counsel for Amici Curiae appearing at the time of this filing will be also be served via the email notice from the CM/ECF system.

June 19, 2015                         /s/ Elissa Matias
                                               Counsel Press