# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

LEXMARK INTERNATIONAL, INC. v. IMPRESSION PRODUCTS, INC.
Nos. 14-1617, 14-1619

## CERTIFICATE OF INTEREST

Pursuant to Federal Circuit Rules 29(a) and 47.4, counsel for Amici Curiae certifies that:

1. The full name of every party or amicus represented by me is:

*24 Intellectual Property Professors (See Attachment)*
*American Antitrust Institute*

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

*None*

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

*None*

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

*Phillip R. Malone and Jef Pearlman*
*Juelsgaard Intellectual Property and Innovation Clinic*
*Mills Legal Clinic, Stanford Law School*

Dated: June 19, 2015

                                      Phillip R. Malone
                                      Juelsgaard Intellectual Property and
                                          Innovation Clinic
                                      Mills Legal Clinic at Stanford Law School
                                      559 Nathan Abbott Way
                                      Stanford, CA 94305
                                      Telephone: 650-725-6369
                                      Fax: 650-723-4426

                                      *Attorney for Amici Curiae*

**ATTACHMENT TO CERTIFICATE OF INTEREST**
**LIST OF LAW PROFESSOR AMICI CURIAE**
(In alphabetical order)

Jeremy W. Bock
Irene Calboli
Michael A. Carrier
Andrew Chin
Samuel Ernst
Shubha Ghosh
Ariel Katz
Mark A. Lemley
Yvette Joy Liebesman
Brian J. Love
Mark P. McKenna
Michael J. Meurer
Tyler T. Ochoa
Mark R. Patterson
Aaron Perzanowski
Sarah R. Wasserman Rajec
John A. Rothchild
Pamela Samuelson
Sharon K. Sandeen
Kurt M. Saunders
Christopher B. Seaman
Katherine J. Strandburg
Jennifer M. Urban
Ryan Vacca