Nos. 14-1617, -1619

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

LEXMARK INTERNATIONAL, INC.,
    *Plaintiff-Cross Appellant*,

v.

IMPRESSION PRODUCTS, INC.,
    *Defendant-Appellant,*

QUALITY CARTRIDGES, INC., JOHN DOES, 1–20, BLUE TRADING LLC, EXPRINT INTERNATIONAL, INC., LD PRODUCTS, INC., PRINTRONIC CORPORATION, TESEN DEVELOPMENT (HONG KONG) CO. LTD., BENIGNO ADEVA AND HIS COMPANIES,
    *Defendants.*

Appeals from the United States District Court for the
Southern District of Ohio in Case No. 10-CV-564
Judge Michael R. Barrett

## UNOPPOSED MOTION OF PLAINTIFF-CROSS APPELLANT LEXMARK INTERNATIONAL, INC. FOR ENLARGEMENT OF TIME TO FILE ITS EN BANC BRIEF

TIMOTHY C. MEECE
V. BRYAN MEDLOCK, JR.
JASON S. SHULL
AUDRA C. EIDEM HEINZE
BANNER & WITCOFF, LTD.
Ten South Wacker Drive
Chicago, IL 60606
Telephone: (312) 463-5420
Facsimile:  (312) 463-5720
tmeece@bannerwitcoff.com

STEVEN B. LOY
STOLL KEENON OGDEN PLLC
300 W. Vine Street
Lexington, KY 40507

CONSTANTINE L. TRELA, JR.
ROBERT N. HOCHMAN
SIDLEY AUSTIN LLP
One South Dearborn St.
Chicago, IL 60603
Telephone: (312) 853-7293
Facsimile: (312) 853-7036
ctrela@sidley.com

BENJAMIN BEATON
JOSHUA J. FOUGERE
SIDLEY AUSTIN LLP
1501 K Street, NW
Washington, DC 20005

*Counsel for Lexmark International, Inc.*

Plaintiff-Cross Appellant Lexmark International, Inc., by its counsel, hereby moves this Court pursuant to Federal Rule of Appellate Procedure 26(b) for an extension of forty-five (45) days, from July 13, 2015, to August 27, 2015, to file its *en banc* brief in this matter. In support of this motion, Lexmark states as follows:

1. Counsel for Lexmark has conferred with counsel for Defendant-Appellant Impression Products, Inc., who has indicated that Impression does not oppose the requested extension of time.

2. This is an appeal from a final judgment in a patent infringement action. The case was briefed and argued to a panel of this Court on March 6, 2015. On April 14, 2015, this Court *sua sponte* ordered the case to be heard *en banc*. Impression filed its opening brief on June 12, 2015. So far, 21 *amicus* briefs have been filed, and the United States' *amicus* brief is due on June 29, 2015. Lexmark's brief is currently due on July 13, 2015. The Court today scheduled oral argument for October 2, 2015.

3. Constantine L. Trela, Jr. is counsel for Lexmark and is primarily responsible for Lexmark's *en banc* brief in this appeal. As detailed in Mr. Trela's attached declaration, his and his colleagues' professional commitments limit their ability to devote the necessary time to the preparation of Lexmark's brief. Additional time is also required in light of the substantial number of *amicus* briefs that have been filed and the extended filing date granted to the United States.

Lexmark therefore respectfully requests an extension of forty-five (45) days for the submission of its *en banc* brief.

    4.    Impression sought and received a 14-day extension to file its opening brief. The United States sought and received a 10-day extension to file its *amicus* brief. This is Lexmark's first request for an extension of time at the *en banc* stage.

    WHEREFORE, for the foregoing reasons, Plaintiff-Cross Appellant Lexmark International, Inc. respectfully requests that this Court grant an extension of forty-five (45) days, from July 13, 2015, to August 27, 2015, for Lexmark to file its *en banc* brief in this appeal. A proposed order granting the relief requested is attached to this motion.

Dated: June 22, 2015

Respectfully submitted,

/s/ Constantine L. Trela, Jr.

| | |
|---|---|
| TIMOTHY C. MEECE | CONSTANTINE L. TRELA, JR. |
| V. BRYAN MEDLOCK, JR. | ROBERT N. HOCHMAN |
| JASON S. SHULL | SIDLEY AUSTIN LLP |
| AUDRA C. EIDEM HEINZE | One South Dearborn St. |
| BANNER & WITCOFF, LTD. | Chicago, IL 60603 |
| Ten South Wacker Drive | Telephone: (312) 853-7293 |
| Chicago, IL 60606 | Facsimile: (312) 853-7036 |
| Telephone: (312) 463-5420 | ctrela@sidley.com |
| Facsimile: (312) 463-5720 | |
| tmeece@bannerwitcoff.com | |
| | BENJAMIN BEATON |
| STEVEN B. LOY | JOSHUA J. FOUGERE |
| STOLL KEENON OGDEN PLCC | SIDLEY AUSTIN LLP |
| 300 W. Vine Street | 1501 K Street, NW |
| Lexington, KY 40507 | Washington, DC 20005 |
| Telephone: (859) 231-3000 | Telephone: (202) 736-8344 |
| | Facsimile: (202) 736-8711 |

*Counsel for Lexmark International, Inc.*

# CERTIFICATE OF INTEREST

Counsel for Plaintiff-Cross Appellant certifies the following:

1. The full name of every party represented by me is:

   Lexmark International, Inc.

2. The name of the real party in interest represented by me is:

   Lexmark International, Inc.

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

   None

4. The names of all law firms and the partners or associates who appeared for Lexmark International, Inc. in proceedings before the United States District Court for the Southern District of Ohio, or are expected to appear in this Court, are:

SIDLEY AUSTIN LLP
Constantine L. Trela, Jr., Robert N. Hochman, Benjamin Beaton, Joshua J. Fougere

BANNER & WITCOFF LTD
Timothy C. Meece, V. Bryan Medlock, Jason S. Shull, Audra Eidem Heinze; Matthew P. Becker; Neil C. Trueman

STOLL KEENON OGDEN PLLC
P. Douglas Barr, William J. Hunter, Jr., Steven B. Loy, Anthony J. Phelps


DATE: June 22, 2015                    /s/ Constantine L. Trela, Jr.
                                       CONSTANTINE L. TRELA, JR.

# DECLARATION OF CONSTANTINE L. TRELA, JR.

CONSTANTINE L. TRELA, JR. declares:

1. I am counsel for Lexmark International, Inc. ("Lexmark") in Appeal Nos. 2014-1617, 2014-1619, pending before the *en banc* Court. I am primarily responsible for the preparation of Lexmark's *en banc* brief.

2. I make this Declaration in support of Lexmark's unopposed motion for a 45-day extension of time to file Lexmark's brief, from July 13, 2015 to August 27, 2015. The requested extension is needed for the following reasons.

3. The Court has granted extensions of time totaling 24 days to appellant Impression Products and to the United States as *amicus curiae*. The latter extension will result in the United States filing its brief, which the *en banc* Court invited it to file, on June 29, only two weeks before Lexmark's current July 13 due date, and shortly before the intervening July 4 holiday.

4. My professional commitments in other matters have limited and will continue to limit my ability to devote the necessary time to the preparation of Lexmark's response brief. In addition, prior business travel commitments required that I be away from my office from June 18 through June 19 and will require that I be away between June 24 and June 27.

5. Similarly my colleagues, Benjamin Beaton and Joshua Fougere will also be limited in their ability to devote the necessary time to the preparation of the

brief due to professional commitments, including substantial briefing in other matters currently due on June 29, June 30, July 13, and July 17, as well as a trial date of July 27.

6. Counsel for Impression has indicated that it does not oppose a 45-day extension of time for Lexmark to file its brief.

7. The Court issued an order today scheduling oral argument for October 2, 2015. The requested extension would not interfere with that oral argument date.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 22, 2015.

/s/ Constantine L. Trela, Jr.

Nos. 14-1617, -1619

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

————————

LEXMARK INTERNATIONAL, INC.,
　　　　　　　　　　　　*Plaintiff-Cross Appellant*,

v.

IMPRESSION PRODUCTS, INC.,
　　　　　　　　　　　　*Defendant-Appellant,*

QUALITY CARTRIDGES, INC., JOHN DOES, 1–20, BLUE TRADING LLC, EXPRINT INTERNATIONAL, INC., LD PRODUCTS, INC., PRINTRONIC CORPORATION, TESEN DEVELOPMENT (HONG KONG) CO. LTD., BENIGNO ADEVA AND HIS COMPANIES,
　　　　　　　　　　　　*Defendants.*

————————

Appeals from the United States District Court for the
Southern District of Ohio in Case No. 10-CV-564
Judge Michael R. Barrett

---

**ORDER**

---

Based on the motion and supporting declarations filed by Plaintiff-Cross Appellant, it is

ORDERED that the time for filing Plaintiff-Cross Appellant's *en banc* brief is extended to August 27, 2015.

　　　　　　　　　　　　　　　　　　　FOR THE COURT

　　　　　　　　　　　　　　　　　　　————————————

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of June, 2015, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Federal Circuit through the Court's CM/ECF system.

Participants in this case who are registered CM/ECF users will be served by the appellate CM/ECF system.

/s/ Constantine L. Trela, Jr.
CONSTANTINE L. TRELA, JR.