# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Nos. 14-1617, 14-1619

LEXMARK INTERNATIONAL, INC. v. IMPRESSION PRODUCTS, INC.

## CERTIFICATE OF INTEREST

Pursuant to Rules 29(a) and 47.4 of the Federal Circuit Rules of Practice, counsel of record certifies as follows:

(1) The full name of every party or amicus represented by counsel to this brief is **Public Knowledge, the Electronic Frontier Foundation, the Open Source Hardware Association, the Digital Right to Repair Coalition, and Public Citizen, Inc.**

(2) The above-identified parties are the real parties in interest.

(3) The corporate disclosure statement of Rule 26.1 of the Federal Rules of Appellate Procedure is as follows: There is no parent corporation to or any corporation that owns 10% or more of stock in the above-identified parties or amici curiae.

(4) The names of all law firms and the partners and associates that have appeared for the party in the lower tribunal or are expected to appear for the party in this court are: **Charles Duan, Sherwin Siy, and Raza Panjwani, Public Knowledge, Washington, DC; and Vera Ranieri, Electronic Frontier Foundation, San Francisco, CA**.

Dated: June 24, 2015          */s/ Charles Duan*
                              Charles Duan
                              *Counsel for amici curiae*

# CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2015, I caused the foregoing **Certificate of Interest** to be electronically filed with the Clerk of the Court using CM/ECF, which will automatically send email notification of such filing to the following counsel of record:

| | |
|---|---|
| Timothy Colin Meece | tmeece@bannerwitcoff.com |
| Audra Carol Eidem Heinze | aheinze@bannerwitcoff.com |
| Bryan Medlock, Jr. | bmedlock@bannerwitcoff.com |
| Jason Steven Shull | jshull@bannerwitcoff.com |
| BANNER & WITCOFF, LTD. | |
| | |
| Benjamin Beaton | bbeaton@sidley.com |
| Constantine L. Trela, Jr. | ctrela@sidley.com |
| SIDLEY AUSTIN LLP | |
| | |
| Steven B. Loy | steven.loy@skofirm.com |
| STOLL, KEENON & PARK, LLP | |
| | |
| Edward F. O'Connor | eoconnor@avynolaw.com |
| AVYNO LAW, P.C. | |

Dated: June 24, 2015        */s/ Charles Duan*
                            Charles Duan
                            *Counsel for amici curiae*