# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

14-1617 - Lexmark International, Inc. v. Impression Products, Inc.

Amici Curiae

## ORDER

The foregoing, having been received and examined is not in compliance with the rules of this court and is therefore rejected for filing at this time.

A corrected brief or appendix must be filed within 14 days from the date of this order or there could be adverse consequences. **Please read this letter carefully as some of the items may not apply to your appeal.**

The deficiencies are set forth in the attached listing. <u>The following shall apply when making corrections</u>:

1. The corrected brief must have the word "CORRECTED" on the cover.
2. The corrected version must be served on all counsel.
3. The corrected version must be accompanied by a new proof of service.
4. The deficiencies cited in this order must be the only changes made to the brief or appendix.

Calculation for the next filing starts from the mail service date of the original version, not the corrected version.

FOR THE COURT

June 24, 2015

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

cc: Frederick M. Abbott
John R. Alison III
Christa M. Anderson
James Scott Ballenger
Margreth Barrett
Jamie B. Beaber
Benjamin Beaton
Merritt Blakeslee
Gino Cheng
Charles Duan
Mark R. Freeman
Walter E. Hanley Jr.
Robert T. Haslam
Timothy P. Heaton
Audra Carol Eidem Heinze
Steven A. Hirsch
Tihua Huang
Paul Whitfield Hughes
Katherine H. Johnson
Lisa K. Jorgenson
William Douglas Kari
James R. Klaiber
Leo L. Lam
Noah Leibowitz

Kfir Levy
Matthew A. Levy
Charles Lifland
Steven B. Loy
Phillip R. Malone
Bryan Medlock Jr.
Timothy Colin Meece
Matthew J. Moore
Edward F. O'Connor I
Brian P. O'Shaughnessy
Mohammed Raza Panjwani
Melissa N. Patterson
Jeffrey Theodore Pearlman
Aaron Ligoury Joseph Pereira
Andrew John Pincus
Vera Ranieri
Susan Roeder
David F. Ryan
Meenakshi Kala Sarvaiya
Christopher M. Scharff
Steven C. Sereboff
Nathan Shaffer
Melissa Arbus Sherry
Jason Steven Shull
Owais Ahmed Siddiqui
Sherwin Siy
Daniel Stringfield
Ranganath Sudarshan
James Suh
Robert Anthony Surrette
Constantine L. Trela Jr.
Susan Van Keulen
Robert A. Van Nest
Peter James Wied
Vincent K. Yip
Kristin Leigh Yohannan Moore

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## 14-1617 - Lexmark International, Inc. v. Impression Products, Inc.

The Amici Curiae has been rejected for following reasons:

- The amicus brief does not contain a certificate of interest. Fed. Cir. R.29(a); Fed. R. App. P. 29(c)(1)