# United States Court of Appeals
# for the Federal Circuit

---

**LEXMARK INTERNATIONAL, INC.,**
*Plaintiff-Cross-Appellant,*

v.

**IMPRESSION PRODUCTS, INC.,**
*Defendant-Appellant,*
*et al.*

---

2014-1617, 2014-1619

---

Appeals from the United States District Court for the Southern District of Ohio in No. 1:10-cv00564-MRB, Judge Michael R. Barrett

---

**CERTIFICATE OF INTEREST**

---

        W. Douglas Kari, Esq.
        Principal in ASCDI Member
        Arbitech, LLC
        15330 Barranca Parkway
        Irvine, California 92618
        Telephone:  (949) 936-2302
        Facsimile:  949-936-2402
        doug.kari@arbitech.com

        Counsel for *Amici Curiae*

## CERTIFICATE OF INTEREST

Pursuant to Rules 29(a) and 47.4 of the Federal Circuit Rules of Practice, counsel of record certifies:

(1) The full name of every party or *amicus curiae* represented by counsel to this brief are **Association of Service and Computer Dealers International, Inc.** and **Owners' Rights Initiative**.

(2) The parties identified above are the real parties in interest.

(3) The corporate disclosure statement of Rule 26.1 of the Federal Rules of Appellate Procedure is: There is no parent corporation to or any corporation that owns 10% or more of the stock of the parties or *amici curiae* set forth in (1) above.

The only attorney who has appeared for the parties or *amici curiae* set forth in (1) above or is expected to appear from them in this court is **W. Douglas Kari.**

Dated: June 18, 2015                    /s/ W. Douglas Kari
                                        W. Douglas Kari
                                        Counsel for *Amici Curiae*

**Form 30**

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on June 19, 2015 by:

☐ US mail
☐ Fax
☐ Hand
☒ Electronic Means
(by email or CM/ECF)

| W. Douglas Kari | /s/ W. Douglas Kari |
|---|---|
| Name of Counsel | Signature of Counsel |

Law Firm:
Address: 366 Plaza Estival
City, State, ZIP: San Clemente, CA 92672
Telephone Number: 213-369-3100
FAX Number: 949-936-2402
E-mail Address: doug.kari@arbitech.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.