## CORRECTED CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2015, a true and correct copy of the Entry of Appearance for Association of Service and Computer Dealers International, Inc. and Owners' Rights Initiative to be served on the below-listed counsel by CM/ECF and email:

Timothy Colin Meece
Banner & Witcoff, Ltd.
Ten South Wacker Drive
Chicago, IL 60606
tmeece@bannerwitcoff.com
Attorneys for Plaintiff-Cross-Appellant Lexmark International, Inc.

Benjamin Beaton
Sidley Austin LLP
1501 K Street, NW
Washington, DC 20005
bbeaton@sidley.com
Attorneys for Plaintiff-Cross-Appellant Lexmark International, Inc.

Audra Carol Eidem Heinze
Banner & Witcoff, Ltd.
Ten South Wacker Drive
Chicago, IL 60606
aheinze@bannerwitcoff.com
Attorneys for Plaintiff-Cross-Appellant Lexmark International, Inc.

Steven B. Loy
Stoll, Keenon & Park, LLP
300 West Vine Street
Suite 2100
Lexington, KY 40507-1380
steven.loy@skofirm.com
Attorneys for Plaintiff-Cross-Appellant Lexmark International, Inc.

Bryan Medlock Jr.
Banner & Witcoff, Ltd.
Suite 3000
Ten South Wacker Drive
Chicago, IL 60606
bmedlock@bannerwitcoff.com
Attorneys for Plaintiff-Cross-Appellant Lexmark International, Inc.

Jason Steven Shull, Attorney
Banner & Witcoff, Ltd.
Ten South Wacker Drive
Chicago, IL 60606
jshull@bannerwitcoff.com
Attorneys for Plaintiff-Cross-Appellant Lexmark International, Inc.

Constantine L. Trela Jr., Esq., -
Sidley Austin LLP
Bank One Plaza
1 South Dearborn Street
Chicago, IL 60603
ctrela@sidley.com
Attorneys for Plaintiff-Cross-Appellant Lexmark International, Inc.

Edward F. O'Connor I, Esq., Attorney
Avyno Law, P.C.
Suite 190
6345 Balboa Boulevard
Encino, CA 91316
eoconnor@avynolaw.com
Attorneys for Defendant-Appellant Impression Products, Inc.

Kristin Leigh Yohannan Moore
Cadwalader, Wickersham & Taft LLP
700 6th Street NW
Washington, DC 20001
kristin.yohannan@cwt.com
Attorneys for Amicus Curiae American Intellectual Property Law Association

Tihua Huang, Esq., -
Cadwalader, Wickersham & Taft LLP
700 6th Street NW
Washington, DC 20001
Tihua.Huang@cwt.com
Attorneys for Amicus Curiae American Intellectual Property Law Association

Lisa K. Jorgenson, Esq., -
American Intellectual Property Law Association
241 18th Street, South
Suite 700
Arlington, VA 22202
ljorgenson@aipla.org
Attorney for Amicus Curiae American Intellectual Property Law Association

Melissa N. Patterson, Attorney
Department of Justice
Appellate Staff, Civil Division
Room 7230
950 Pennsylvania Avenue, NW
Washington, DC 20530
melissa.patterson@usdoj.gov
Attorneys for Amicus Curiae United States of America

Mark R. Freeman, Attorney
Department of Justice
Appellate Staff, Civil Division
950 Pennsylvania Avenue, NW
Washington, DC 20530
mark.freeman2@usdoj.gov
Attorneys for Amicus Curiae United States of America

Seth David Greenstein
Constantine Cannon LLP
Suite 1300N
1001 Pennsylvania Avenue, NW
Washington, DC 20004
sgreenstein@constantinecannon.com
Attorneys for Amicus Curiae International Imaging Technology Council
and Amicus Curiae Auto Care Association

I hereby certify that I am over the age of 18 years and not a party to this case and that on June 19, 2015, I caused a true and correct copy of the Entry of Appearance for Association of Service and Computer Dealers International, Inc. and Owners' Rights Initiative to be served on the below-listed counsel by United States Mail, postage prepaid:

Margreth Barrett
Amicus Curiae
University of California - Hastings College of Law
PO Box 347
The Sea Ranch, CA 95497

Frederick M. Abbott
Amicus Curiae
Florida State University College of Law
425 West Jefferson Street
Tallahassee, FL 32301

Dated: June 19, 2015

/s/ W. Douglas Kari
W. Douglas Kari
Counsel for *Amici Curiae*