FORM 9.  Certificate of Interest

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Lexmark Int'l Inc.    v.    Impression Products, Inc.

No. 14-1617

# CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (<u>amicus</u>) (name of party) <u>Seth D. Greenstein</u> certifies the following (use "None" if applicable; use extra sheets if necessary):

1. The full name of every party or amicus represented by me is:

Auto Care Ass'n, Automotive Parts Remanufacturers Ass'n, and International Imaging Technology Council

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

    N/A

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are: _____ _____

    N/A

4. ☑ The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

Constantine Cannon, LLP, Seth D. Greenstein

| 6/24/2015 | /s/ Seth D. Greenstein |
|---|---|
| Date | Signature of counsel |
|  | Seth D. Greenstein |
|  | Printed name of counsel |

Please Note: All questions must be answered
cc: <u>All Counsel by CM/ECF</u>