Form 9

FORM 9. Certificate of Interest

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Lexmark International, Inc. v. Impression Products, Inc.

No. 2014-1617 & 2014-1619

## CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party) Amicus certifies the following (use "None" if applicable; use extra sheets if necessary):

1. The full name of every party or amicus represented by me is:

Association of Medical Device Reprocessors

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

Association of Medical Device Reprocessors

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

None

4. ☐ The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

McAndrews, Held & Malloy, Ltd: Robert A. Surrette and Christopher M. Scharff

| 6/24/2015 | /s/ Robert A. Surrette |
| Date | Signature of counsel |
| | Robert A. Surrette |
| | Printed name of counsel |

Please Note: All questions must be answered
cc: All counsel by CM/ECF

124

Form 30

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on June 24, 2015 by:

☐ US mail
☐ Fax
☐ Hand
☒ Electronic Means
     (by email or CM/ECF)

| | |
|---|---|
| Robert A. Surrette | /s/Robert A. Surrette |
| Name of Counsel | Signature of Counsel |

Law Firm: McAndrews, Held & Malloy, Ltd.
Address: 500 W. Madison Street, 34th Floor
City, State, ZIP: Chicago, IL 60661
Telephone Number: 312-775-8000
FAX Number: 312-775-8100
E-mail Address: bsurrette@mcandrews-ip.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.