## UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Lexmark International, Inc.   v.   Impression Products, Inc.

Nos.   14-1617, -1619

### CERTIFICATE OF INTEREST

Counsel for amici curiae Costco Wholesale Corporation and Retail Litigation Center, Inc. certifies the following:

1.  The full name of every party or amicus curiae represented by me is:

    Costco Wholesale Corporation and Retail Litigation Center, Inc.

2.  The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

    Costco Wholesale Corporation and Retail Litigation Center, Inc.

3.  All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

    None.

4.  The names of all law firms and the partners or associates that appeared for the party or amicus curiae now represented by me in the trial court or agency or are expected to appear in this court are:

    **Latham & Watkins LLP**: Matthew J. Moore, J. Scott Ballenger, Melissa Arbus Sherry.

June 25, 2015

/s/ *Matthew J. Moore*
Matthew J. Moore
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC  20004

*Counsel for Amici Curiae*

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2015, I caused a copy of the foregoing to be

served by electronic means through the Court's CM/ECF system on counsel for all

parties, who are registered CM/ECF users.

I further certify that this same day hard copies of the foregoing were served

via U.S. mail, postage prepaid, upon the following counsel who are not registered

CM/ECF users:

Frederick M. Abbott
Florida State University College of Law
425 West Jefferson Street
Tallahassee, FL  32301

Margreth Barrett
University of California - Hastings College of Law
PO Box 347
The Sea Ranch, CA  95497

/s/ *Matthew J. Moore*
Matthew J. Moore