Appeal Nos. 2014-1617 and 2014-1619

LEXMARK INTERNATIONAL, INC., v. IMPRESSION PRODUCTS, INC., et al

# CERTIFICATE OF INTEREST

Counsel for the amicus curiae Association of the Bar of the City of New York, certifies the following:

1. The full name of every party or amicus represented by me is:

    Association of the Bar of the City of New York

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

    Association of the Bar of the City of New York

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the amicus curiae represented by me are:

    None

4. The names of all law firms and the partners or associates that appeared for the amicus now represented by me in the trial court or are expected to appear in this court are:

| | |
|---|---|
| JAMES R. KLAIBER<br>PRYOR CASHMAN LLP<br>7 Times Square<br>New York, NY 10036 | AARON L. J. PEREIRA<br>BUCHANAN INGERSOLL &<br>ROONEY PC<br>1290 Avenue of the Americas<br>New York, NY 10104 |
| | TIMOTHY P. HEATON<br>TROUTMAN SANDERS LLP<br>875 Third Avenue<br>New York, New York 10022<br>(212) 704-6417 |

Date: June 25, 2015                              s/ JAMES R. KLAIBER
                                                 Signature of Counsel

United States Court of Appeals
for the Federal Circuit

# CERTIFICATE OF SERVICE

I, Simone Cintron, being duly sworn according to law and being over the age of 18, upon my oath depose and say that:

Counsel Press was retained by Counsel for Amicus Curiae Association of the Bar of the City of New York to print this document. I am an employee of Counsel Press.

On June 25, 2015, Counsel for Amicus Curiae authorized me to electronically file the foregoing Certificate of Interest with the Clerk of Court using the CM/ECF System, which will send notice of such filing to all registered CM/ECF users.

/s/ Simone Cintron
Simone Cintron