# CONSTANTINE CANNON LLP

**Seth D. Greenstein**
Attorney at Law
202-204-3514
sgreenstein@constantinecannon.com

WASHINGTON | NEW YORK | SAN FRANCISCO | LONDON

June 25, 2015

<u>**VIA ECF**</u>

Adm. Daniel E. O'Toole
Circuit Executive and Clerk of the Court
U.S. Court of Appeals for the Federal Circuit
717 Madison Place, N.W.
Washington, D.C. 20439

    Re:    <u>Lexmark Int'l Inc. v. Impression Products, Inc., et al.</u>, Nos. 14-1617 and 1619

Dear Admiral O'Toole:

    *Amici curiae* International Imaging Technology Council, Auto Care Association, and Automotive Parts Remanufacturers Association (the "Remanufacturing Associations") are filing today a corrected version of their Corrected Brief Amicus Curiae in support of Defendant-Appellant, originally filed June 24, 2015. The filing corrects technical errors in the Table of Contents occurring in the portable document format (".pdf") version of the brief; specifically, to insert in the Table of Contents the page number for the Table of Contents (in lieu of an error message), and to remove a hyperlink from the Table of Authorities (the citation remains the same). No other changes to the brief were made other than to provide an updated certificate of service for the corrected version being sent today to all counsel via ECF.

    Please feel free to contact me with any questions. We apologize for any inconvenience.

                        Respectfully yours,

                        */s/ Seth D. Greenstein*

                        Seth D. Greenstein

cc:  All Counsel of Record

1001 PENNSYLVANIA AVE. N.W., WASHINGTON, D.C. 20004-2595   TELEPHONE: (202) 204-3500   FACSIMILE: (202) 204-3501   WWW.CONSTANTINECANNON.COM
A LIMITED LIABILITY PARTNERSHIP