# United States Court of Appeals for the Federal Circuit

*Lexmark International, Inc. v. Impression Products, Inc.*
2014-1617, -1619

## CERTIFICATE OF INTEREST

Pursuant to Fed. Cir. R. 29 and 47.4, counsel for *amicus curiae* New York Intellectual Property Law Association certifies the following:

1. The full name of the parties I represent: New York Intellectual Property Law Association

2. The name of the real parties in interest I represent: New York Intellectual Property Law Association

3. All parent corporations and any publicly held companies that own 10 percent of more of the stock of the parties I represent: N/A

4. The names of all law firms and the partners or associates that appeared for the party now represented by me who appeared in the trial court or are expected to appear in this Court:

Simpson Thacher & Bartlett LLP – Noah M. Leibowitz

Kenyon & Kenyon LLP – Walter Hanley

Law Offices Of David F. Ryan – David F. Ryan

Dated: June 25, 2015

/s/ *Noah M. Leibowitz*
Noah M. Leibowitz
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
(212) 455-2000
*Attorney for Amicus Curiae New York Intellectual Property Law Association*

# CERTIFICATE OF FILING AND SERVICE

## United States Court of Appeals for the Federal Circuit

*Lexmark International, Inc. v. Impression Products, Inc., et al.*, 2014-1617,-1619

### CERTIFICATE OF SERVICE

I, Maryna Sapyelkina, being duly sworn according to law and being over the age of 18, upon my oath depose and say that:

Counsel Press was retained by SIMPSON THACHER & BARTLETT LLP, Attorneys for *Amicus Curiae* The New York Intellectual Property Law Association to print this document. I am an employee of Counsel Press.

On the **25th Day of June, 2015**, counsel for Amicus Curiae has authorized me to electronically file the within document with the Clerk of the Court using the CM/ECF System, which will serve via e-mail notice of such filing to any of the following counsel registered as CM/ECF users:

Banner & Witcoff, Ltd.
Timothy Colin Meece
Audra Carol Eidem Heinze
Bryan Medlock Jr.
Jason Steven Shull
Ten South Wacker Drive
Chicago, IL 60606
312-463-5420
tmeece@bannerwitcoff.com
aheinze@bannerwitcoff.com
bmedlock@bannerwitcoff.com
jshull@bannerwitcoff.com

Sidley Austin LLP
Benjamin Beaton
1501 K Street, NW
Washington, DC 20005
202-736-8000
bbeaton@sidley.com

Sidley Austin LLP
Constantine L. Trela Jr.
Bank One Plaza
1 South Dearborn Street
Chicago IL 60603
312-853-7000
ctrela@sidley.com

Stoll, Keenon & Park, LLP
Steven B. Loy
300 West Vine Street Suite 2100
Lexington KY 40507-1380
859-231-3000
steven.loy@skofirm.com

Avyno Law, P.C.
Edward F. O'Connor I
6345 Balboa Boulevard Suite 190
Encino CA 91316
949-291-2894
eoconnor@avynolaw.com

June 25, 2015 /s/ Maryna Sapyelkina
Maryna Sapyelkina
Counsel Press