NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LEXMARK INTERNATIONAL, INC.,**
*Plaintiff-Cross-Appellant*

v.

**IMPRESSION PRODUCTS, INC.,**
*Defendant-Appellant*

**QUALITY CARTRIDGES, INC., JOHN DOES, 1-20, BLUE TRADING LLC, EXPRINT INTERNATIONAL, INC., LD PRODUCTS, INC., PRINTRONIC CORPORATION, TESEN DEVELOPMENT (HONG KONG) CO. LTD., BENIGNO ADEVA AND HIS COMPANIES,**
*Defendants*

---

2014-1617, 2014-1619

---

Appeals from the United States District Court for the Southern District of Ohio in No. 1:10-cv-00564-MRB, Judge Michael R. Barrett.

---

**ON MOTION**

---

Before PROST, *Chief Judge,* NEWMAN, LOURIE, DYK, MOORE, O'MALLEY, REYNA, WALLACH, TARANTO, CHEN, AND HUGHES, *Circuit Judges.*

PER CURIAM.

# O R D E R

Upon consideration of Lexmark International, Inc.'s unopposed motion to extend time to file their en banc brief.

IT IS ORDERED THAT:

The motion is granted to the extent that the time to file is extended by thirty days. The brief is due August 12, 2015. The parties should expect that no further extensions will be granted.

FOR THE COURT

June 26, 2015              /s/ Daniel E. O'Toole
   Date                    Daniel E. O'Toole
                           Clerk of Court