# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
### 717 MADISON PLACE, N.W.
### WASHINGTON, D.C. 20439

DANIEL E. O'TOOLE
CLERK OF COURT

TELEPHONE: 202-275-8000

August 13, 2015

To: Mark Schonfeld

Re:  14-1617 - Lexmark International, Inc. v. Impression Products, Inc.

## NOTICE OF REJECTION

Dear Counsel:

Your recently submitted document(s) cannot be filed for the following reason(s):

- The party listed on the Entry of Appearance is not participating in the appeal. Amicus parties must seek leave of court (or file a brief on consent) to participate. (FRAP 29/FCR 29)

- All PDFs submitted to the Court must be text-searchable. ECF-7(B)

If you have any questions or need assistance, please contact the Clerk's Office.

FOR THE COURT

/s/ Daniel E. O'Toole

Daniel E. O'Toole
Clerk of Court


cc: Frederick M. Abbott
John R. Alison III
Christa M. Anderson
James Scott Ballenger
Margreth Barrett
Jamie B. Beaber
Benjamin Beaton
Merritt Blakeslee
Gino Cheng

Charles Duan
Joshua John Fougere
Mark R. Freeman
Seth David Greenstein
Walter E. Hanley Jr.
Robert T. Haslam
Timothy P. Heaton
Audra Carol Eidem Heinze
Steven A. Hirsch
Robert N. Hochman
Tihua Huang
Paul Whitfield Hughes
Matthew R. Hulse
Katherine H. Johnson
Lisa K. Jorgenson
William Douglas Kari
James R. Klaiber
Leo L. Lam
Noah Leibowitz
Kfir Levy
Matthew A. Levy
Charles Lifland
Steven B. Loy
Phillip R. Malone
Bryan Medlock Jr.
Timothy Colin Meece
Matthew J. Moore
Edward F. O'Connor I
Brian P. O'Shaughnessy
Mohammed Raza Panjwani
Melissa N. Patterson
Jeffrey Theodore Pearlman
Aaron Ligoury Joseph Pereira
Andrew John Pincus
Vera Ranieri
Susan Roeder
David F. Ryan
Meenakshi Kala Sarvaiya
Christopher M. Scharff
Steven C. Sereboff
Nathan Shaffer
Melissa Arbus Sherry
Jason Steven Shull

Owais Ahmed Siddiqui
Sherwin Siy
Daniel Stringfield
Ranganath Sudarshan
James Suh
Robert Anthony Surrette
Constantine L. Trela Jr.
Susan Van Keulen
Robert A. Van Nest
Peter James Wied
Vincent K. Yip
Kristin Leigh Yohannan Moore