# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Lexmark International, Inc.    v.    Impression Products, Inc.

No. 14-1617, 1619

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

- ☐ Pro Se
- ☒ As counsel for: Imaging Supplies Coalition
      Name of party

I am, or the party I represent is (select one):

- ☐ Petitioner   ☐ Respondent   ☒ Amicus curiae   ☐ Cross Appellant
- ☐ Appellant   ☐ Appellee   ☐ Intervenor

As amicus curia or intervenor, this party supports (select one):

- ☐ Petitioner or appellant   ☒ Respondent or appellee

Name: Sara Beccia
Law Firm: Burns & Levinson LLP
Address: 125 Summer Street
City, State and Zip: Boston, MA 02110
Telephone: 617-345-3000
Fax #: 617-345-3299
E-mail address: sbeccia@burnslev.com

Statement to be completed by counsel only (select one):

- ☐ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.
- ☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]
- ☒ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 8/14/1

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):
☒ Yes   ☐ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date 8/18/2015    Signature of pro se or counsel /s/ Sara Beccia

cc: _____

Reset Fields