**FORM 9.  Certificate of Interest**

## UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Lexmark International, Inc.     **v.**     Impression Products, Inc.

Case No.    14-1617, 1619

## CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party)

Mark Schonfeld     certifies the following (use "None" if applicable; use extra sheets if necessary):

1.     The full name of every party or amicus represented by me is:

Imaging Supplies Coalition

2.     The name of the real party in interest (Please only include any real party in interest NOT identified in Question 3. below) represented by me is:

Imaging Supplies Coalition

3.     All parent corporations and any publicly held companies that own 10 percent of the stock of the party or amicus curiae represented by me are listed below. (Please list each party or amicus curiae represented with the parent or publicly held company that owns 10 percent or more so they are distinguished separately.)

None.

4. ☒   The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court (and who have not or will not enter an appearance in this case) are:

Mark Schonfeld and Sara Beccia of Burns & Levinson LLP

8/18/2015                     /s/ Mark Schonfeld

        Date                            Signature of counsel

Please Note: All questions must be answered

                            Mark Schonfeld

cc:                                Printed name of counsel

Reset Fields