## UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Lexmark International, Inc.          v.     Impression Products, Inc.

No.   14-1617, 1619⊞

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se          ☒ As counsel for:     Imaging Supplies Coalition

Name of party

I am, or the party I represent is (select one):

☐ Petitioner          ☐ Respondent          ☒ Amicus curiae          ☐ Cross Appellant

☐ Appellant          ☐ Appellee          ☐ Intervenor

As amicus curia or intervenor, this party supports (select one):

☐ Petitioner or appellant          ☒ Respondent or appellee

| | |
|---|---|
| Name: | Mark Schonfeld |
| Law Firm: | Burns & Levinson LLP |
| Address: | 125 Summer Street |
| City, State and Zip: | Boston, MA 02110 |
| Telephone: | 617-345-3000 |
| Fax #: | 617-345-3299 |
| E-mail address: | mschonfeld@burnslev.com |

Statement to be completed by counsel only (select one):

☒ I am the principal attorney for this party in this case and will accept all service for the party.  I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 8/7/15

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☒ Yes    ☐ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date   8/18/2015          Signature of pro se or counsel   /s/ Mark Schonfeld

cc: _____

Reset Fields

## <u>CERTIFICATE OF FILING AND SERVICE</u>

I hereby certify that on this 18th day of August, 2015, I caused the Amended

Certificate of Interest to be filed electronically with the Clerk of the Court using

the CM/ECF System, which will send notice of such filing to the following

registered CM/ECF users:

Edward F. O'Connor, I
AVYNO LAW, P.C.
6345 Balboa Boulevard, Suite 190
Encino, California  91316
(949) 291-2894
eoconnor@avynolaw.com

*Counsel for Defendant – Appellant*

Timothy Colin Meece
Audra Carol Eidem Heinze
Bryan Medlock, Jr.
Jason Steven Shull
BANNER & WITCOFF, LTD.
Ten South Wacker Drive
Chicago, Illinois  60606
(312) 463-5420
tmeece@bannerwitcoff.com
aheinze@bannerwitcoff.com
bmedlock@bannerwitcoff.com
jshull@bannerwitcoff.com

Benjamin Beaton
Joshua J. Fougere
SIDLEY AUSTIN LLP
1501 K Street, NW
Washington, DC 20005
(202) 736-8000
bbeaton@sidley.com
jfougere@sidley.com

Steven B. Loy
STOLL, KEENON & PARK, LLP
300 West Vine Street, Suite 2100
Lexington, Kentucky 40507
(859) 231-3000
steven.loy@skofirm.com

Constantine L. Trela, Jr.
Robert N. Hochman
SIDLEY AUSTIN LLP
Bank One Plaza
1 South Dearborn Street
Chicago, Illinois  60603
(312) 853-7000
ctrela@sidley.com
rhochman@sidley.com

*Counsel for Plaintiff – Cross-Appellant*

Any counsel for Amici Curiae appearing at the time of this filing will be

served via the email notice from the CM/ECF system.

/s/ Mark Schonfeld
*Counsel for Imaging Supplies Coalition*