# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Lexmark International, Inc.  v.  Impression Products, Inc.

No. 2014-1617 -19

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se  ☒ As counsel for: Dolby Laboratories, Inc.
Name of party

I am, or the party I represent is (select one):

☐ Petitioner  ☐ Respondent  ☒ Amicus curiae  ☐ Cross Appellant

☐ Appellant  ☐ Appellee  ☐ Intervenor

As amicus curia or intervenor, this party supports (select one):

☒ Petitioner or appellant  ☐ Respondent or appellee

Name: Garrard R. Beeney
Law Firm: Sullivan & Cromwell LLP
Address: 125 Broad St.
City, State and Zip: New York, NY 10004
Telephone: 212-558-4000
Fax #: 212-558-3588
E-mail address: Beeneyg@sullcrom.com

Statement to be completed by counsel only (select one):

☒ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 10/1/1987

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):
☐ Yes  ☒ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date August 19, 2015  Signature of pro se or counsel /s/ Garrard R. Beeney

cc:

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  August 19, 2015
by:

- ☐ U.S. Mail
- ☐ Fax
- ☐ Hand
- ☒ Electronic Means (by E-mail or CM/ECF)

| Garrard R. Beeney | /s/ Garrard R. Beeney |
|---|---|
| Name of Counsel | Signature of Counsel |

| | |
|---|---|
| Law Firm | Sullivan & Cromwell LLP |
| Address | 125 Broad St |
| City, State, Zip | New York, NY 10004 |
| Telephone Number | 212-558-4000 |
| Fax Number | 212-558-3588 |
| E-Mail Address | Beeneyg@sullcrom.com |

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.