**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Lexmark International, Inc. v. Impression Products, Inc. et al

No. 14-1617, 1619

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rules 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se     ☑ As counsel for: Intellectual Property Owners Association
                                Name of party

I am, or the party I represent is (select one):

☐ Petitioner   ☐ Respondent   ☑ Amicus curiae   ☐ Cross Appellant
☐ Appellant    ☐ Appellee     ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☑ Petitioner or appellant     ☐ Respondent or appellee

My address and telephone are:

Name: Robert P. Taylor
Law firm: RPT Legal Strategies PC
Address: 2443 Fillmore Street, #332
City, State and ZIP: San Francisco, CA 94115
Telephone: (415) 447-3975
Fax #: (415) 400-4148
E-mail address: robert.taylor@rptstrategies.com

Statement to be completed by counsel only (select one):

☑ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 1985

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☐ Yes     ☑ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

July 30, 2015                              /s/ Robert P. Taylor
Date                                       Signature of pro se or counsel

cc: see attached

# United States Court of Appeals for the Federal Circuit

*Lexmark International, Inc. v. Ink Technologies Printer*, 2014-1617, -1619

## CERTIFICATE OF SERVICE

I, Robyn Cocho, being duly sworn according to law and being over the age of 18, upon my oath depose and say that:

Counsel Press was retained by counsel for Amicus Curiae, Intellectual Property Owners Association, to print this document. I am an employee of Counsel Press.

On **August 19, 2015,** counsel has authorized me to electronically file the foregoing **Entry of Appearance** with the Clerk of Court using the CM/ECF System, which will serve via e-mail notice of such filing to all counsel registered as CM/ECF users, including any of the following:

| | |
|---|---|
| Edward F. O'Connor (principal counsel) AVYNO LAW P.C. 6345 Balboa Boulevard Suite 190 Encino, California 91316 (818) 488.8140 *Counsel for Appellant* | Timothy Colin Meece (principal counsel) Auda Carol Eidem Heinze Bryan Medlock, Jr. Jason S. Shull Banner & Witcoff, Ltd. Ten South Wacker Drive Chicago, IL 60606 312-463-5420 tmeece@bannerwitcoff.com aheinze@bannerwitcoff.com bmedlock@bannerwitcoff.com jshull@bannerwitcoff.com *Counsel for Cross-Appellant* |

| | |
|---|---|
| Steven B. Loy<br>Stoll, Keenon & Park, LLP<br>300 West Vine Street, Suite 2100<br>Lexington, KY 40507-1380<br>859-231-3000<br>steven.loy@skofirm.com<br>*Counsel for Cross-Appellant* | Constantine L. Trela, Jr.<br>Sidley Austin LLP<br>Bank One Plaza<br>1 South Dearborn Street<br>Chicago, IL 60603<br>312-853-7000<br>ctrela@sidley.com<br>*Counsel for Cross-Appellant* |

Benjamin Beaton
Joshua J. Fougere
Sidley Austin LLP
1501 K Street, NW
Washington, DC 20005
202-736-8000
bbeaton@sidley.com

*Counsel for Cross-Appellant*

   Any counsel for Amici Curiae appearing at the time of this filing will be also be served via the email notice from the CM/ECF system.

August 19, 2015                                    /s/ Robyn Cocho
                                                             Counsel Press