**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Lexmark International, Inc.  v.  Impression Products, Inc. et al

No. 14-1617, 1619

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rules 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se    [✓] As counsel for: Intellectual Property Owners Association
                                    Name of party

I am, or the party I represent is (select one):

[ ] Petitioner    [ ] Respondent    [✓] Amicus curiae    [ ] Cross Appellant
[ ] Appellant    [ ] Appellee    [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[✓] Petitioner or appellant    [ ] Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Philip S. Johnson |
| Law firm: | Johnson & Johnson |
| Address: | One Johnson & Johnson Plaza |
| City, State and ZIP: | New Brunswick, NJ 08933-002 |
| Telephone: | 732-524-2368 |
| Fax #: | 732-524-2138 |
| E-mail address: | PJohnso4@its.jnj.com |

Statement to be completed by counsel only (select one):

[ ] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[✓] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): June 17, 1983

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes    [✓] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

| | |
|---|---|
| June 22, 2015 | /s/ Philip S. Johnson |
| Date | Signature of pro se or counsel |

cc: see attached

**United States Court of Appeals
for the Federal Circuit**

*Lexmark International, Inc. v. Ink Technologies Printer*, 2014-1617, -1619

## CERTIFICATE OF SERVICE

I, Robyn Cocho, being duly sworn according to law and being over the age of 18, upon my oath depose and say that:

Counsel Press was retained by counsel for Amicus Curiae, Intellectual Property Owners Association, to print this document. I am an employee of Counsel Press.

On **August 19, 2015,** counsel has authorized me to electronically file the foregoing **Entry of Appearance** with the Clerk of Court using the CM/ECF System, which will serve via e-mail notice of such filing to all counsel registered as CM/ECF users, including any of the following:

| | |
|---|---|
| Edward F. O'Connor<br>(principal counsel)<br>AVYNO LAW P.C.<br>6345 Balboa Boulevard<br>Suite 190<br>Encino, California 91316<br>(818) 488.8140<br>*Counsel for Appellant* | Timothy Colin Meece<br>(principal counsel)<br>Auda Carol Eidem Heinze<br>Bryan Medlock, Jr.<br>Jason S. Shull<br>Banner & Witcoff, Ltd.<br>Ten South Wacker Drive<br>Chicago, IL 60606<br>312-463-5420<br>tmeece@bannerwitcoff.com<br>aheinze@bannerwitcoff.com<br>bmedlock@bannerwitcoff.com<br>jshull@bannerwitcoff.com<br>*Counsel for Cross-Appellant* |

| | |
|---|---|
| Steven B. Loy<br>Stoll, Keenon & Park, LLP<br>300 West Vine Street, Suite 2100<br>Lexington, KY 40507-1380<br>859-231-3000<br>steven.loy@skofirm.com<br>*Counsel for Cross-Appellant* | Constantine L. Trela, Jr.<br>Sidley Austin LLP<br>Bank One Plaza<br>1 South Dearborn Street<br>Chicago, IL 60603<br>312-853-7000<br>ctrela@sidley.com<br>*Counsel for Cross-Appellant* |

Benjamin Beaton
Joshua J. Fougere
Sidley Austin LLP
1501 K Street, NW
Washington, DC 20005
202-736-8000
bbeaton@sidley.com

*Counsel for Cross-Appellant*

   Any counsel for Amici Curiae appearing at the time of this filing will be also be served via the email notice from the CM/ECF system.

August 19, 2015                                   /s/ Robyn Cocho
                                                                  Counsel Press