**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Lexmark International, Inc. v. Impression Products, Inc. et al

No. 14-1617, 1619

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rules 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se    [✓] As counsel for: Intellectual Property Owners Association
                                   Name of party

I am, or the party I represent is (select one):

[ ] Petitioner  [ ] Respondent  [✓] Amicus curiae  [ ] Cross Appellant
[ ] Appellant   [ ] Appellee    [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[✓] Petitioner or appellant    [ ] Respondent or appellee

My address and telephone are:

Name: Kevin H. Rhodes
Law firm: 3M Innovative Properties Co.
Address: P.O. Box 33427
City, State and ZIP: St. Paul, MN 55133-3427
Telephone: 651-736-4533
Fax #: 651-732-9980
E-mail address: krhodes@mmm.com

Statement to be completed by counsel only (select one):

[ ] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[✓] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): May 1, 1995

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes  [✓] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

June 22, 2015                          /s/ Kevin H. Rhodes
Date                                   Signature of pro se or counsel

cc: see attached

# United States Court of Appeals for the Federal Circuit

*Lexmark International, Inc. v. Ink Technologies Printer*, 2014-1617, -1619

## CERTIFICATE OF SERVICE

I, Robyn Cocho, being duly sworn according to law and being over the age of 18, upon my oath depose and say that:

Counsel Press was retained by counsel for Amicus Curiae, Intellectual Property Owners Association, to print this document. I am an employee of Counsel Press.

On **August 19, 2015,** counsel has authorized me to electronically file the foregoing **Entry of Appearance** with the Clerk of Court using the CM/ECF System, which will serve via e-mail notice of such filing to all counsel registered as CM/ECF users, including any of the following:

| | |
|---|---|
| Edward F. O'Connor (principal counsel) AVYNO LAW P.C. 6345 Balboa Boulevard Suite 190 Encino, California 91316 (818) 488.8140 *Counsel for Appellant* | Timothy Colin Meece (principal counsel) Auda Carol Eidem Heinze Bryan Medlock, Jr. Jason S. Shull Banner & Witcoff, Ltd. Ten South Wacker Drive Chicago, IL 60606 312-463-5420 tmeece@bannerwitcoff.com aheinze@bannerwitcoff.com bmedlock@bannerwitcoff.com jshull@bannerwitcoff.com *Counsel for Cross-Appellant* |

Steven B. Loy
Stoll, Keenon & Park, LLP
300 West Vine Street, Suite 2100
Lexington, KY 40507-1380
859-231-3000
steven.loy@skofirm.com
*Counsel for Cross-Appellant*

Constantine L. Trela, Jr.
Sidley Austin LLP
Bank One Plaza
1 South Dearborn Street
Chicago, IL 60603
312-853-7000
ctrela@sidley.com
*Counsel for Cross-Appellant*

Benjamin Beaton
Joshua J. Fougere
Sidley Austin LLP
1501 K Street, NW
Washington, DC 20005
202-736-8000
bbeaton@sidley.com

*Counsel for Cross-Appellant*

   Any counsel for Amici Curiae appearing at the time of this filing will be also be served via the email notice from the CM/ECF system.

| | |
|---|---|
| August 19, 2015 | /s/ Robyn Cocho |
| | Counsel Press |