**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Lexmark International, Inc.  v.  Impression Products, Inc.

No. 2014-1617, 2014-1619

# ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

_____ Pro Se      ✔ As counsel for: Pharmaceutical Research and Manufacturers of America (PhRMA)
                                    Name of party

I am, or the party I represent is (select one):

_____ Petitioner   _____ Respondent   ✔ Amicus curiae   _____ Cross Appellant
_____ Appellant    _____ Appellee     _____ Intervenor

As amicus curiae or intervenor, this party supports (select one):

_____ Petitioner or appellant      ✔ Respondent or appellee

My address and telephone are:

Name: John E. Nilsson
Law firm: Arnold & Porter LLP
Address: 555 Twelfth Street, NW
City, State and ZIP: Washington, DC 20004
Telephone: (202) 942-5776
Fax #: (202) 942-5999
E-mail address: john.nilsson@aporter.com

Statement to be completed by counsel only (select one):

✔ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

_____ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

_____ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): May 24, 2010

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

_____ Yes      ✔ No

_____ A courtroom accessible to the handicapped is required if oral argument is scheduled.

August 19, 2015                         /s/ John E. Nilsson
    Date                              Signature of pro se or counsel

cc: _____

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of August, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on all counsel of record via electronic delivery through the Court's CM/ECF system.

/s/ John E. Nilsson
John E. Nilsson