**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Lexmark International, Inc. v. Impression Products, Inc.

No. 2014-1617, 2014-1619

# ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

_____ Pro Se      ✔ As counsel for: Pharmaceutical Research and Manufacturers of America
                                    Name of party

I am, or the party I represent is (select one):

_____ Petitioner    _____ Respondent    ✔ Amicus curiae    _____ Cross Appellant

_____ Appellant    _____ Appellee    _____ Intervenor

As amicus curiae or intervenor, this party supports (select one):

_____ Petitioner or appellant    ✔ Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Samuel Drezdzon |
| Law firm: | Arnold & Porter LLP |
| Address: | 555 Twelfth Street, NW |
| City, State and ZIP: | Washington, DC 20004 |
| Telephone: | (202) 942-5000 |
| Fax #: | (202) 942-5999 |
| E-mail address: | samuel.drezdzon@aporter.com |

Statement to be completed by counsel only (select one):

_____ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

_____ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

✔ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): January 22, 2015

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

✔ Yes    _____ No

_____ A courtroom accessible to the handicapped is required if oral argument is scheduled.

| | |
|---|---|
| August 19, 2015 | /s/ Samuel Drezdzon |
| Date | Signature of pro se or counsel |

cc: _____

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of August, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on all counsel of record via electronic delivery through the Court's CM/ECF system.

/s/ Samuel Drezdzon
Samuel Drezdzon