FORM 8. Entry of Appearance                                                                 Form 8

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Lexmark International, Inc.    v.    Impression Products, Inc.

No. 2014-1617; 1619

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se    [x] As counsel for: Qualcomm Incorporated
                                Name of party

I am, or the party I represent is (select one):

☐ Petitioner    ☐ Respondent    [x] Amicus curiae    ☐ Cross Appellant

☐ Appellant    ☐ Appellee    ☐ Intervenor

As amicus curia or intervenor, this party supports (select one):

☐ Petitioner or appellant    [x] Respondent or appellee

Name: Roger G. Brooks
Law Firm: Cravath, Swaine & Moore LLP
Address: 825 Eighth Avenue
City, State and Zip: New York, NY 10019
Telephone: (212) 474-1000
Fax #: (212) 474-3700
E-mail address: rgbrooks@cravath.com

Statement to be completed by counsel only (select one):

[x] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 10/24/2000

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):
☐ Yes    [x] No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date 08/19/2015    Signature of pro se or counsel /s/ Roger G. Brooks

cc: _____

Reset Fields