**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

LEXMARK INTERNATIONAL, INC.    v.    IMPRESSION PRODUCTS, INC.

No. 2014-1617, -1619

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se      [X] As counsel for: Nokia Technologies Oy and Nokia USA Inc.
                                    Name of party

I am, or the party I represent is (select one):

☐ Petitioner    ☐ Respondent    [X] Amicus curiae    ☐ Cross Appellant

☐ Appellant    ☐ Appellee    ☐ Intervenor

As amicus curia or intervenor, this party supports (select one):

☐ Petitioner or appellant    [X] Respondent or appellee

Name: John D. Haynes
Law Firm: Alston & Bird LLP
Address: One Atlantic Center, 1201 West Peachtree Street NW
City, State and Zip: Atlanta, GA 30309
Telephone: 404-881-7000
Fax #: 404-881-7777
E-mail address: john.haynes@alston.com

Statement to be completed by counsel only (select one):

[X] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 12/3/01

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☐ Yes    [X] No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date Aug. 19, 2015    Signature of pro se or counsel /s/ John D. Haynes

cc: Counsel of Record

Reset Fields

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

*Lexmark International, Inc. v. Impression Products, Inc.*, 2014-1617, -1619

## CERTIFICATE OF SERVICE

Undersigned counsel hereby certifies that on August 19, 2015, the foregoing ENTRY OF APPEARANCE FOR JOHN D. HAYNES was filed using the Court's CM/ECF system, which will send notice of such filing to all registered CM/ECF users.

        By: /s/John D. Haynes
            John D. Haynes
            ALSTON & BIRD LLP
            *Attorney for Amici Curiae Nokia*
            *Technologies Oy and Nokia USA Inc.*