**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Lexmark International, Inc.    v.   Impression Products, Inc.

No. 2014-1617, 2014-1619

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

\_\_\_\_\_Pro Se      ✔ As counsel for:  Pharmaceutical Research and Manufacturers of America
                                         Name of party

I am, or the party I represent is (select one):

\_\_\_\_\_Petitioner   \_\_\_\_\_Respondent   ✔ Amicus curiae   \_\_\_\_\_Cross Appellant

\_\_\_\_\_Appellant    \_\_\_\_\_Appellee     \_\_\_\_\_Intervenor

As amicus curiae or intervenor, this party supports (select one):

\_\_\_\_\_Petitioner or appellant       ✔ Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Willow White Noonan |
| Law firm: | Arnold & Porter LLP |
| Address: | Three Embarcadero Center, 10th Floor |
| City, State and ZIP: | San Francisco, CA 94111 |
| Telephone: | (415) 471-3100 |
| Fax #: | (415) 471-3400 |
| E-mail address: | willow.noonan@aporter.com |

Statement to be completed by counsel only (select one):

\_\_\_\_\_ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

\_\_\_\_\_ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

✔ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): April 5, 2013

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

\_\_\_\_\_Yes    ✔ No

\_\_\_\_\_A courtroom accessible to the handicapped is required if oral argument is scheduled.

| | |
|---|---|
| August 19, 2015 | /s/ Willow White Noonan |
| Date | Signature of pro se or counsel |

cc: _____

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of August, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on all counsel of record via electronic delivery through the Court's CM/ECF system.

                /s/ Willow White Noonan
                    Willow White Noonan