**FORM 8.** Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Lexmark International, Inc.    v.    Impression Products, Inc.

No. 2014-1617, 2014-1619

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

_____ Pro Se        ✔ As counsel for: Pharmaceutical Research and Manufacturers of America (PhRMA)
                                        Name of party

I am, or the party I represent is (select one):

_____ Petitioner   _____ Respondent   ✔ Amicus curiae   _____ Cross Appellant
_____ Appellant    _____ Appellee     _____ Intervenor

As amicus curiae or intervenor, this party supports (select one):

_____ Petitioner or appellant      ✔ Respondent or appellee

My address and telephone are:

Name: Kristan L. Lansbery
Law firm: Arnold & Porter LLP
Address: 555 Twelfth Street, NW
City, State and ZIP: Washington, DC 20004
Telephone: (202) 942-5186
Fax #: (202) 942-5999
E-mail address: kristan.lansbery@aporter.com

Statement to be completed by counsel only (select one):

_____ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

_____ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

✔ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): September 8, 2008

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

_____ Yes    ✔ No

_____ A courtroom accessible to the handicapped is required if oral argument is scheduled.

August 19, 2015              /s/ Kristan L. Lansbery
Date                         Signature of pro se or counsel

cc: _____

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of August, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on all counsel of record via electronic delivery through the Court's CM/ECF system.

/s/ Kristan L. Lansbery
Kristan L. Lansbery