**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Lexmark International, Inc.    v.    Impression Products, Inc.

No. 2014-1617, -1619

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se    ☑ As counsel for: Medical Device Manufacturers Association
Name of party

I am, or the party I represent is (select one):

☐ Petitioner    ☐ Respondent    ☑ Amicus curiae    ☐ Cross Appellant
☐ Appellant    ☐ Appellee    ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☑ Petitioner or appellant    ☐ Respondent or appellee

My address and telephone are:

Name: Joseph S. Cianfrani
Law firm: Knobbe, Martens, Olson & Bear, LLP
Address: 2040 Main Street, 14th Floor
City, State and ZIP: Irvine, CA 92614
Telephone: 949-760-0404
Fax #: 949-760-9502
E-mail address: joe.cianfrani@knobbe.com

Statement to be completed by counsel only (select one):

☑ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 7/9/1998

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☐ Yes    ☑ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Aug. 19, 2015                    /s/ Joseph S. Cianfrani
Date                              Signature of pro se or counsel

cc: All Counsel of Record

# CERTIFICATE OF SERVICE

In Re:  **ENTRY OF APPEARANCE - JOSEPH S. CIANFRANI**

Caption: *Lexmark International, Inc. v. Impression Products, Inc.*,
2014-1614, -1619

Filed:  United States Court of Appeals for the Federal Circuit

STATE OF CALIFORNIA         )
                            ) ss:
COUNTY OF ORANGE            )

I am a citizen of the United States and a resident of or employed in the County of Orange; I am over the age of eighteen years and not a party to the within action; my business address is: 2040 Main Street, 14th Floor, Irvine, California 92614. On August 19, 2015, I caused to be served two copies of the above-entitled document on the persons interested in said action by Federal Express Standard Overnight sealed envelope addressed as follows:

Timothy Meece
tmeece@bannerwitcoff.com
Audra Heinze
aheinze@bannerwitcoff.com
Bryan Medlock, Jr.
bmedlock@bannerwitcoff.com
Jason Shull
jshull@bannerwitcoff.com
BANNER & WITCOFF, LTD.
Ten South Wacker Drive, Suite 3000
Chicago, IL  60606
Phone: (312)463-5420; Fax: (312)463-5720

Benjamin Beaton
bbeaton@sidley.com
Joshua Fougere
jfougere@sidleny.com
SIDLEY AUSTIN LLP
1501 K Street, NW
Washington, DC  20005
Phone: (202)736-8000; Fax: (202)736-8711

Robert Hochman
rhochman@sidley.com
Constantine Trela
ctrela@sidley.com
SIDLEY AUSTIN LLP
Bank One Plaza
1 South Dearborn Street
Chicago, IL  60603
Phone: (312)853-7000; Fax: (312)853-7036

Steven Loy
Steven.loy@skofirm.com
STOLL, KEENON & PARK LLP
300 West Vine Street, Suite 2100
Lexington, KY  40507
Phone: (859)231-3000; Fax: (859)253-1093

**Attorneys for Plaintiff/Cross-Appellant,
LEXMARK INTERNATIONAL, INC.**


Edward F. O'Connor, I
eoconnor@avynolaw.com
AVYNO LAW, P.C.
6345 Balboa Blvd., Suite 190
Encino, CA  91316
Phone: (949)291-2894; Fax: (818)332-4205

**Attorney for Defendant/Appellant
IMPRESSION PRODUCTS, INC.**

I declare under penalty of perjury that the foregoing is true and correct. Service executed on August 19, 2015, at Irvine, California.

*Linda Dunn*
Linda Dunn