# CERTIFICATE OF INTEREST

Pursuant to Fed. Cir. R. 47.4 and Fed. R. App. P. 26.1, counsel for *Amicus Curiae* Dolby Laboratories, Inc. certifies the following:

1. The full name of every party represented by me is: Dolby Laboratories, Inc.

2. The name of the real party in interest represented by me is: N/A.

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the parties represented by me are: None.

4. The names of all law firms and the partners or associates that appeared for the party now represented by me and that are expected to appear in this court are: Sullivan & Cromwell LLP – Garrard R. Beeney and Adam R. Brebner.

/s/ Garrard R. Beeney
Garrard R. Beeney
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004-2498

*Counsel of Record for* Amicus Curiae *Dolby Laboratories, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2015, I caused this certificate to be electronically filed with the Clerk of the Court for the United States Court of Appeals for the Federal Circuit by using the appellate CM/ECF system.

Dated: August 19, 2015

        */s/ Garrard R. Beeney*
        Garrard R. Beeney

        *Counsel for* Amicus Curiae *Dolby Laboratories, Inc.*