UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

LEXMARK INTERNATIONAL, INC. V. IMPRESSION PRODUCTS, INC. V. QUALITY
CARTRIDGES, INC., JOHN DOES, 1-20, BLUE TRADING LLC, EXPRINT INTERNATIONAL, INC., LD
PRODUCTS, INC., PRINTRONIC CORPORATION, TESEN DEVELOPMENT (HONG KONG) CO. LTD., AND
BENIGNO ADEVA AND HIS COMPANIES

Nos. 14-1617, -1619

<u>Entry of Appearance</u>

(<u>INSTRUCTIONS</u>: Counsel should refer to Fed. Cir. R. 47 3.  Pro se petitioners and appellants should
read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants.  File this form with the clerk
within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se            ☒ As counsel for:    Biotechnology Industry Organization and
                                          CropLife International
                                          Name of party

I am, or the party I represent is (select one):

☐ Petitioner        ☐ Respondent        ☒ Amicus curiae        ☐ Cross Appellant
☐ Appellant         ☐ Appellee          ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☒ Petitioner or appellant        ☐ Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Barbara A. Fiacco |
| Law firm: | Foley Hoag LLP |
| Address: | 155 Seaport Blvd. |
| City, State and ZIP: | Boston, MA  02210-2600 |
| Telephone: | 617-832-1227 |
| Fax #: | 617-832-7000 |
| E-mail address: | bfiacco@foleyhoag.com |

Statement to be completed by counsel only (select one):

☒ I am the principal attorney for this party in this case and will accept all service for the party.  I
agree to inform all other counsel in this case on the matters served upon me.

☐I am replacing _____ as principal attorney who will/will not remain on
the case. [Government attorneys only.]

☐I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only):        03/21/01

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel
only):

☐ Yes            ☒ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

08/19/15                                /s/ Barbara A. Fiacco
    Date                                Signature of pro se or counsel

cc:    see attached Certificate of Service

**CERTIFICATE OF SERVICE**

I certify that I filed this Entry of Appearance with the Clerk of the United States Court of Appeals for the Federal Circuit via the CM/ECF system and served a copy on counsel of record, this 19[h] day of August, 2015, by the CM/ECF system.

Barbara A. Fiacco                                    /s/ Barbara A. Fiacco
Name of Counsel                                      Signature of Counsel


Law firm:          Foley Hoag LLP
Address:           155 Seaport Boulevard
City, State, Zip:  Boston, MA 02210-2600
Telephone:         617-832-1000
Fax:               617-832-7000
E-mail:            bfiacco@foleyhoag.com


Dated:  August 19, 2015