UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

LEXMARK INTERNATIONAL, INC. V. IMPRESSION PRODUCTS, INC. V. QUALITY CARTRIDGES, INC., JOHN DOES, 1-20, BLUE TRADING LLC, EXPRINT INTERNATIONAL, INC., LD PRODUCTS, INC., PRINTRONIC CORPORATION, TESEN DEVELOPMENT (HONG KONG) CO. LTD., AND BENIGNO ADEVA AND HIS COMPANIES

Nos. 14-1617, -1619

Entry of Appearance

(INSTRUCTIONS: Counsel should refer to Fed. Cir. R. 47 3.  Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants.  File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se    ☒ As counsel for: Biotechnology Industry Organization and CropLife International
Name of party

I am, or the party I represent is (select one):

☐ Petitioner    ☐ Respondent    ☒ Amicus curiae    ☐ Cross Appellant
☐ Appellant    ☐ Appellee    ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☒ Petitioner or appellant    ☐ Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Sarah S. Burg |
| Law firm: | Foley Hoag LLP |
| Address: | 155 Seaport Blvd. |
| City, State and ZIP: | Boston, MA  02210-2600 |
| Telephone: | 617-832-1249 |
| Fax #: | 617-832-7000 |
| E-mail address: | sburg@foleyhoag.com |

Statement to be completed by counsel only (select one):

☐ I am the principal attorney for this party in this case and will accept all service for the party.  I agree to inform all other counsel in this case on the matters served upon me.

☐ I am replacing _____ as principal attorney who will/will not remain on the case. [Government attorneys only.]

☒ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only):    03/06/2014

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☐ Yes    ☒ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

| 08/19/15 | /s/ Sarah S. Burg |
|---|---|
| Date | Signature of pro se or counsel |

cc:    see attached Certificate of Service

## CERTIFICATE OF SERVICE

      I certify that I filed this Entry of Appearance with the Clerk of the United States Court of Appeals for the Federal Circuit via the CM/ECF system and served a copy on counsel of record, this 19$^h$ day of August, 2015, by the CM/ECF system.

| | |
|---|---|
| <u>Sarah S. Burg</u> | <u>/s/ Sarah S. Burg</u> |
| Name of Counsel | Signature of Counsel |

| | |
|---|---|
| Law firm: | Foley Hoag LLP |
| Address: | 155 Seaport Boulevard |
| City, State, Zip: | Boston, MA 02210-2600 |
| Telephone: | 617-832-1000 |
| Fax: | 617-832-7000 |
| E-mail: | sburg@foleyhoag.com |

Dated:  August 19, 2015