FORM 8. Entry of Appearance                                                                 Form 8

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Lexmark International Inc.   v.   Impression Products, Inc.

No. 14-1617, 1619

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):
- ☐ Pro Se
- ☒ As counsel for: InterDigital, Inc.
  Name of party

I am, or the party I represent is (select one):
- ☐ Petitioner   ☐ Respondent   ☒ Amicus curiae   ☐ Cross Appellant
- ☐ Appellant    ☐ Appellee     ☐ Intervenor

As amicus curia or intervenor, this party supports (select one):
- ☒ Petitioner or appellant   ☐ Respondent or appellee

Name: David S. Steuer
Law Firm: Wilson Sonsini Goodrich & Rosati
Address: 650 Page Mill Road
City, State and Zip: Palo Alto, CA 94304
Telephone: (650) 493-9300
Fax #: (650) 565-5100
E-mail address: dsteuer@wsgr.com

Statement to be completed by counsel only (select one):
- ☒ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.
- ☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]
- ☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 3/8/02

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):
☐ Yes   ☒ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date August 19, 2015          Signature of pro se or counsel  /s/ David S. Steuer

cc: _____

[Reset Fields]