FORM 8. Entry of Appearance                                               Form 8

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Lexmark International Inc.     v.     Impression Products, Inc.

No. 14-1617, 1619

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

- [ ] Pro Se      [x] As counsel for:    InterDigital, Inc.

Name of party

I am, or the party I represent is (select one):

- [ ] Petitioner    [ ] Respondent    [x] Amicus curiae    [ ] Cross Appellant
- [ ] Appellant    [ ] Appellee    [ ] Intervenor

As amicus curia or intervenor, this party supports (select one):

- [x] Petitioner or appellant    [ ] Respondent or appellee

| | |
|---|---|
| Name: | Maura L. Rees |
| Law Firm: | Wilson Sonsini Goodrich & Rosati |
| Address: | 650 Page Mill Road |
| City, State and Zip: | Palo Alto, CA 94304 |
| Telephone: | (650) 493-9300 |
| Fax #: | (650) 565-5100 |
| E-mail address: | mrees@wsgr.com |

Statement to be completed by counsel only (select one):

- [ ] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.
- [ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]
- [x] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 11/99

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):
- [ ] Yes    [x] No

- [ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date   August 19, 2015      Signature of pro se or counsel    /s/ Maura Rees

cc: _____

Reset Fields