# United States Court of Appeals for the Federal Circuit

*Lexmark International, Inc. v. Ink Technologies Printer*, 2014-1617, -1619

## CERTIFICATE OF INTEREST

Counsel for the Intellectual Property Owners Association certifies the following:

1. The full name of every party or amicus represented by me is:

   **INTELLECTUAL PROPERTY OWNERS ASSOCIATION**

2. The name of the real party in interest represented by me is:

   **INTELLECTUAL PROPERTY OWNERS ASSOCIATION**

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

   **INTELLECTUAL PROPERTY OWNERS ASSOCIATION**

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

   **PHILIP S. JOHNSON, KEVIN H. RHODES, & HERBERT C. WAMSLEY**
   **INTELLECTUAL PROPERTY OWNERS ASSOCIATION**

   **ROBERT P. TAYLOR and**
   **RPT LEGAL STRATEGIES PC**

Date: August 20, 2015              /s/ Robert P. Taylor
                                   Robert P. Taylor

# United States Court of Appeals
# for the Federal Circuit

*Lexmark International, Inc. v. Ink Technologies Printer*, 2014-1617, -1619

## CERTIFICATE OF SERVICE

I, Elissa Matias, being duly sworn according to law and being over the age of 18, upon my oath depose and say that:

Counsel Press was retained by counsel for Amicus Curiae, Intellectual Property Owners Association, to print this document. I am an employee of Counsel Press.

On **August 20, 2015,** counsel has authorized me to electronically file the foregoing **Certificate of Interest** with the Clerk of Court using the CM/ECF System, which will serve via e-mail notice of such filing to all counsel registered as CM/ECF users, including any of the following:

Edward F. O'Connor
(principal counsel)
AVYNO LAW P.C.
6345 Balboa Boulevard
Suite 190
Encino, California 91316
(818) 488.8140
*Counsel for Appellant*

Timothy Colin Meece
(principal counsel)
Auda Carol Eidem Heinze
Bryan Medlock, Jr.
Jason S. Shull
Banner & Witcoff, Ltd.
Ten South Wacker Drive
Chicago, IL 60606
312-463-5420
tmeece@bannerwitcoff.com
aheinze@bannerwitcoff.com
bmedlock@bannerwitcoff.com
jshull@bannerwitcoff.com
*Counsel for Cross-Appellant*

| | |
|---|---|
| Steven B. Loy<br>Stoll, Keenon & Park, LLP<br>300 West Vine Street, Suite 2100<br>Lexington, KY 40507-1380<br>859-231-3000<br>steven.loy@skofirm.com<br>*Counsel for Cross-Appellant* | Constantine L. Trela, Jr.<br>Sidley Austin LLP<br>Bank One Plaza<br>1 South Dearborn Street<br>Chicago, IL 60603<br>312-853-7000<br>ctrela@sidley.com<br>*Counsel for Cross-Appellant* |

Benjamin Beaton
Joshua J. Fougere
Sidley Austin LLP
1501 K Street, NW
Washington, DC 20005
202-736-8000
bbeaton@sidley.com

*Counsel for Cross-Appellant*

| | |
|---|---|
| August 20, 2015 | /s/ Elissa Matias<br>Counsel Press |