## CERTIFICATE OF INTEREST

Pursuant to Rules 26.1 and 29(c)(1) of the Federal Rules of Appellate Procedure and Rule 47.4(a) of this Court's Rules, counsel for *amicus curiae* Qualcomm Incorporated certifies the following:

1.   The full name of every party or *amicus* represented by me is:

     Qualcomm Incorporated

2.   The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

     Qualcomm Incorporated

3.   All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or *amicus curiae* represented by me are:

     None

4.   The names of all law firms and the partners or associates that appeared for the party or *amicus* now represented by me in the trial court or agency or are expected to appear in this Court are:

     David J. Kappos, Cravath, Swaine & Moore LLP
     Roger G. Brooks, Cravath, Swaine & Moore LLP

Dated:  August 19, 2015

by  /s/ *Roger G. Brooks*
                   **Roger G. Brooks**

## CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2015, I caused a copy of the

Certificate of Interest of *Amicus Curiae* Qualcomm Incorporated to be

electronically filed with the Clerk of the Court using the Court's CM/ECF system,

which will automatically send e-mail notification of such filing to counsel who are

registered in this appeal for electronic service through CM/ECF.  I also caused

copies to be e-mailed to each of the below-listed pro se *amicus curiae* who are not

registered for electronic service through CM/ECF.

I certify under the penalty of perjury that the foregoing is true and

correct.

Executed on August 20, 2015.

Margreth Barrett
University of California Hastings College of Law
P.O. Box 347
The Sea Ranch, CA 95497
barrettm@uchastings.edu

Frederick M. Abbott
Florida State University College of Law
425 West Jefferson Street
Tallahassee, FL32301
fabbott@law.fsu.edu

_____
Robert E. Novick