FORM 9.  Certificate of Interest

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Lexmark International, Inc.    v.    Impression Products, Inc.

No. 2014-1617, -1619

## CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party) iBiquity Digital Corporation certifies the following (use "None" if applicable; use extra sheets if necessary):

1. The full name of every party or amicus represented by me is:

iBiquity Digital Corporation

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

Not applicable.

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

Bank of America Corporation, a publicly traded company, holds an equitable interest in iBiquity Digital Corporation that could be deemed to exceed a 10 percent interest in certain scenarios.

4. ☐ The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

IBIQUITY DIGITAL CORPORATION: Kathi A. Cover

| August 20, 2015 | /s/ Kathi A. Cover |
|---|---|
| Date | Signature of counsel |
| | Kathi A. Cover |
| | Printed name of counsel |

Please Note: All questions must be answered
cc: Counsel of Record (via ECF)