**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

Lexmark International, Inc.    v.    Impression Products, Inc.

Case No. 14-1617, 1619

**CERTIFICATE OF INTEREST**

Counsel for the (petitioner) (appellant) (respondent) (appellee) **(amicus)** (name of party) InterDigital, Inc. certifies the following (use "None" if applicable; use extra sheets if necessary):

1. The full name of every party or amicus represented by me is:

InterDigital, Inc.

2. The name of the real party in interest (Please only include any real party in interest NOT identified in Question 3. below) represented by me is:

InterDigital, Inc.

3. All parent corporations and any publicly held companies that own 10 percent of the stock of the party or amicus curiae represented by me are listed below. (Please list each party or amicus curiae represented with the parent or publicly held company that owns 10 percent or more so they are distinguished separately.)

None

4. ☒ The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court (and who have not or will not enter an appearance in this case) are:

WILSON SONSINI GOODRICH & ROSATI
David Steuer, Michael Levin, Maura Rees

August 20, 2015                                /s/ David S. Steuer
Date                                           Signature of counsel

Please Note: All questions must be answered

David S. Steuer

cc:   Counsel of Record (via ECF)              Printed name of counsel

Reset Fields