Nos. 14-1617, -1619

# United States Court of Appeals for the Federal Circuit

LEXMARK INTERNATIONAL, INC.,
*Plaintiff-Cross Appellant*,

v.

IMPRESSION PRODUCTS, INC.,
*Defendant-Appellant,*

QUALITY CARTRIDGES, INC., JOHN DOES, 1–20, BLUE TRADING LLC, EXPRINT INTERNATIONAL, INC., LD PRODUCTS, INC., PRINTRONIC CORPORATION, TESEN DEVELOPMENT (HONG KONG) CO. LTD., BENIGNO ADEVA AND HIS COMPANIES,
*Defendants.*

Appeals from the United States District Court for the Southern District of Ohio, Case No. 10-CV-564, Judge Michael R. Barrett

**SUPPLEMENTAL CERTIFICATE OF SERVICE**

DAVID S. STEUER
MICHAEL B. LEVIN
MAURA L. REES
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

*Counsel for InterDigital, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of August, 2015, I caused the **Brief of InterDigital, Inc. as Amicus Curiae in Support of Plaintiff-Cross Appellant** to be electronically filed with the Clerk of the Court for the United States Court of Appeals for the Federal Circuit through the Court's CM/ECF system.  Additionally, because they do not receive notice through the Court's CM/ECF system, the following people were served by mail.

Meenakshi Kala Sarvaiya
SoCal IP Law Group LLP
310 N Westlake Boulevard
Suite 120
Westlake Village, CA 91362

Owais Ahmed Siddiqui
Winston & Strawn LLP
8361 Orange Haven Place
San Diego, CA 92129

Margreth Barrett
University of California - Hastings College of Law
PO Box 347
The Sea Ranch, CA 95497

Kevin H. Rhodes
3M Innovative Properties Company
PO Box 33427
St. Paul, MN 55133

David F. Ryan
1214 Albany Post Road
Croton-On-Hudson, NY 10529

Frederick M. Abbott
Florida State University College of Law
425 West Jefferson Street
Tallahassee, FL 32301


/s/ David S. Steuer
David S. Steuer