Form 9

FORM 9.  Certificate of Interest

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Lexmark International, Inc.  v.  Impression Products, Inc.

No. 2014-1617, 2014-1619

# CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party) Pharmaceutical Research and Manufacturers of America certifies the following (use "None" if applicable; use extra sheets if necessary):

1. The full name of every party or amicus represented by me is:
 Pharmaceutical Research and Manufacturers of America

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:
 N/A

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:
 None.

4. ☐ The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:
 John E. Nilsson, Kristan L. Lansbery, Willow Noonan, Samuel Drezdzon
 Arnold & Porter LLP

August 21, 2015                     /s/ John E. Nilsson
     Date                          Signature of counsel
                                   John E. Nilsson
                                   Printed name of counsel

Please Note: All questions must be answered
cc: _____

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of August, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on all counsel of record via electronic delivery through the Court's CM/ECF system.

/s/ John E. Nilsson
John E. Nilsson