UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

*Lexmark International, Inc. v. Impression Products, Inc.*, No. 14-1617, -1619

## CERTIFICATE OF INTEREST

Counsel for *amici curiae* Nokia Technologies Oy and Nokia USA Inc. certifies the following:

**1.　The full name of every party or amicus represented by me is:**

Nokia Technologies Oy and Nokia USA Inc.

**2.　The real name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:**

Not Applicable.

**3.　All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:**

Nokia Technologies Oy's and Nokia USA Inc.'s parent corporation is Nokia Corporation. Nokia Corporation owns 100 percent of the stock in Nokia Technologies Oy and Nokia USA Inc.

**4.　The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this Court are:**

Alston & Bird LLP: John D. Haynes.

Dated: August 21, 2015　　　　　　　　　*/s/ John D. Haynes*_____
　　　　　　　　　　　　　　　　　　　　John D. Haynes

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

*Lexmark International, Inc. v. Impression Products, Inc., No. 14-1617, -1619*

## CERTIFICATE OF SERVICE

Undersigned counsel hereby certifies that on August 21, 2015, the foregoing CERTIFICATE OF INTEREST was filed using the Court's CM/ECF system, which will send notice of such filing to all registered CM/ECF users.

By:   */s/ John D. Haynes*
      John D. Haynes
      ALSTON & BIRD LLP

      *Attorney for Amici Curiae Nokia*
      *Technologies Oy and Nokia USA Inc.*