# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

*LEXMARK INTERNATIONAL, INC. v. IMPRESSION PRODUCTS*, et al.
Case No. 2014-1617, 1619

## CERTIFICATE OF INTEREST

Pursuant to Fed. Cir. R. 47.4 and Fed. R. App. P. 26.1, counsel for *Amicus Curiae* Medical Device Manufacturers Association certifies the following:

1. The full name of every party represented by me:

   **Medical Device Manufacturers Association.**

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me:

   **N/A.**

3. All parent corporations and any publicly held companies that own more than 10 percent or more of the stock of the party represented by me:

   **None.**

4. The name of all law firms and the partners or associates that appeared for the party now represented by me who appeared in the trial court or are expected to appear in this Court:

   Joseph S. Cianfrani and Kent N. Shum of KNOBBE, MARTENS, OLSON & BEAR, LLP.

                              Respectfully submitted,

                              KNOBBE, MARTENS, OLSON & BEAR, LLP

Date: August 21, 2015        By: */s/ Joseph S. Cianfrani*
                                 Joseph S. Cianfrani

                              *Attorney for Amicus Curiae*
                              *Medical Device Manufacturers Association*

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on August 21, 2015, the foregoing CERTIFICATE OF INTERESET was filed using the Court's CM/ECF system, which will send notice of such filing to all registered CM/ECF users.

                            KNOBBE, MARTENS, OLSON & BEAR, LLP

Date: August 21, 2015      By: */s/ Joseph S. Cianfrani*
                                        Joseph S. Cianfrani

                                  *Attorney for Amicus Curiae*
                                  *Medical Device Manufacturers Association*

21415673