2014-1617, 2014-1619

IN THE UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

LEXMARK INTERNATIONAL, INC.,

Plaintiff-Cross-Appellant,

v.

IMPRESSION PRODUCTS, INC.,

Defendant-Appellee,

QUALITY CARTRIDGES, INC.; JOHN DOES, 1-20; BLUE TRADING LLC; EXPRINT INTERNATIONAL, INC.; LD PRODUCTS, INC.; PRINTRONIC CORPORATION; TESEN DEVELOPMENT (HONG KONG) CO. LTD.; BENIGNO ADEVA AND HIS COMPANIES,

Defendants.

APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF OHIO, No. 1:10-cv-00564 (Judge Michael R. Barrett)

**MOTION OF *AMICUS CURIAE* THE UNITED STATES
FOR LEAVE TO PARTICIPATE IN ORAL ARGUMENT**

Pursuant to Federal Rule of Appellate Procedure 27 and Federal Circuit Rule 27, the United States of America hereby respectfully moves for leave to participate in the oral argument in this matter.  At the Court's invitation, the United States filed a brief in this matter as *amicus curiae*, and both parties disagree with aspects of the government's analysis of the questions presented.  The United States therefore

respectfully asks that the Court enlarge the time for argument to permit the government to present ten minutes of argument in support of neither party. The reasons for this motion are as follows.

    1. En banc oral argument in the above-captioned case is set for October 2, 2015. Each side has been allotted 30 minutes.

    2. This Court *sua sponte* ordered this case heard en banc. The Court directed the parties to file new briefs addressing questions regarding international and domestic patent exhaustion. This Court "invite[d] the United States Department of Justice to file a brief expressing the views of the United States as amicus curiae." Order of April 14, 2015, at 4. The United States filed an amicus brief in support of neither party on June 29, 2015.

    3. As explained in its amicus brief, the United States has a substantial interest in the Court's resolution of this case. *See* Gov't Amicus Br. at 3. The United States therefore seeks leave to participate in the oral argument.

    4. The Court has allotted 30 minutes of argument time per side. Given the importance and complexity of the issues presented by this case, we respectfully request that the Court enlarge argument time by 10 minutes to permit the United States to present argument in this case. Both parties disagree with portions of the United States' arguments in this case. *See, e.g.,* Lexmark Br. at 24, 35; Impression Product Reply Br. at 16. Counsel for both Impression Products and Lexmark have declined share time to the United States.

5.  Counsel for Impression Products, Ed O'Connor, and counsel for Lexmark, Timothy Meece, do not object to this motion.

## CONCLUSION

For the foregoing reasons, the Court should grant leave to the United States as amicus curiae to participate in the oral argument and enlarge the time for argument by ten minutes.

    Respectfully submitted,

    BENJAMIN C. MIZER
      *Principal Deputy Assistant*
      *Attorney General*

    MARK R. FREEMAN
    /s/ Melissa N. Patterson
    MELISSA N. PATTERSON
      *(202) 514-1201*
      *Attorneys, Appellate Staff*
      *Civil Division, Room 7230*
      *U.S. Department of Justice*
      *950 Pennsylvania Ave., N.W.*
      *Washington, D.C.  20530*

SEPTEMBER 2015

# CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2015, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system.

I certify that the participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system, except for the following, who will be served via U.S. Mail:

> Frederick M. Abbott
> Florida State University College of Law
> 425 West Jefferson Street
> Tallahassee, FL 32301
>
> Margreth Barrett
> University of California - Hastings College of Law
> PO Box 347
> The Sea Ranch, CA 95497
>
> Tihua Huang
> Cadwalader, Wickersham & Taft LLP
> 700 6th Street NW
> Washington, DC 20001
>
> Lisa K. Jorgenson
> American Intellectual Property Law Association
> 241 18th Street, South
> Suite 700
> Arlington, VA 22202
>
> David F. Ryan
> 1214 Albany Post Road
> Croton-On-Hudson, NY 10529
>
> Kevin H. Rhodes
> 3M Innovative Properties Company
> PO Box 33427
> St. Paul, MN 55133

Owais Ahmed Siddiqui
Winston & Strawn LLP
8361 Orange Haven Place
San Diego, CA 92129

Meenakshi Kala Sarvaiya
SoCal IP Law Group LLP
310 N Westlake Boulevard
Suite 120
Westlake Village, CA 91362

Robert P. Taylor
Arnold & Porter, LLP
One Embarcadero Center
22nd Floor
San Francisco, CA 94111

/s/ Melissa N. Patterson
MELISSA N. PATTERSON