# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Lexmark International, Inc.    v.    Impression Products, Inc.

No. 14-1617

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se    ☒ As counsel for: Impression Products, Inc.
                              Name of party

I am, or the party I represent is (select one):

☐ Petitioner    ☐ Respondent    ☐ Amicus curiae    ☐ Cross Appellant

☒ Appellant    ☐ Appellee    ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant    ☐ Respondent or appellee

Name: Jennifer H. Hamilton
Law Firm: Avyno Law P.C.
Address: 6345 Balboa Blvd., Suite 190
City, State and Zip: Encino, CA 91316
Telephone: 818.654.8841
Fax #: 818.332.4205
E-mail address: jhh@avynolaw.com

Statement to be completed by counsel only (select one):

☐ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☒ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 9/2/15

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):
☒ Yes    ☐ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date 09/03/2015    Signature of pro se or counsel /s/ Jennifer H. Hamilton

cc: Timothy C. Meece

Reset Fields

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of September, 2015, I electronically filed the foregoing Entry of Appearance using the Court's CM/ECF system, which will send notification to all registered users.

/s/Jennifer H. Hamilton