# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Lexmark International, Inc.　　**v.**　　Impression Products, Inc.

Case No.　14-1617

## CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party) Impression Products, Inc. certifies the following (use "None" if applicable; use extra sheets if necessary):

1. The full name of every party or amicus represented by me is:

Impression Products, Inc.

2. The name of the real party in interest (Please only include any real party in interest NOT identified in Question 3. below) represented by me is:

None

3. All parent corporations and any publicly held companies that own 10 percent of the stock of the party or amicus curiae represented by me are listed below. (Please list each party or amicus curiae represented with the parent or publicly held company that owns 10 percent or more so they are distinguished separately.)

None

4. ☒ The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court (and who have not or will not enter an appearance in this case) are:

Edward F. O'Connor and Jennifer H. Hamilton
AVYNO LAW P.C.

| September 3, 2015 | /s/ Jennifer H. Hamilton |
|---|---|
| Date | Signature of counsel |

Please Note: All questions must be answered

cc: Timothy C. Meece

Jennifer H. Hamilton
Printed name of counsel

Reset Fields

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of September, 2015, I electronically filed the foregoing Certificate of Interest using the Court's CM/ECF system, which will send notification to all registered users.

/s/Jennifer H. Hamilton