Nos. 14-1617, -1619

# United States Court of Appeals
# for the Federal Circuit

LEXMARK INTERNATIONAL, INC.,

*Plaintiff-Cross Appellant*,

v.

IMPRESSION PRODUCTS, INC.,

*Defendant-Appellant,*

QUALITY CARTRIDGES, INC., JOHN DOES, 1-20, BLUE TRADING LLC, EXPRINT INTERNATIONAL, INC., LD PRODUCTS, INC., PRINTRONIC CORPORATION, TESEN DEVELOPMENT (HONG KONG) CO. LTD., BENIGNO ADEVA AND HIS COMPANIES,

*Defendants.*

Appeals from the United States District Court for the Southern District of Ohio, Case No. 10-CV-564, Judge Michael R. Barrett

## OPPOSITION TO MOTION OF LG ELECTRONICS, INC., ET AL. FOR LEAVE TO PARTICIPATE IN ORAL ARGUMENT

TIMOTHY C. MEECE
V. BRYAN MEDLOCK
JASON S. SHULL
AUDRA C. EIDEM HEINZE
BANNER & WITCOFF, LTD.
Ten South Wacker Drive
Chicago, IL 60606
Telephone: (312) 463-5000
Facsimile:  (312) 463-5720
tmeece@bannerwitcoff.com

STEVEN B. LOY
STOLL KEENON OGDEN PLLC
300 W. Vine Street, Suite 2100
Lexington, KY 40507
Telephone: (859) 231-3000

CONSTANTINE L. TRELA, JR.
ROBERT N. HOCHMAN
SIDLEY AUSTIN LLP
One South Dearborn St.
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
ctrela@sidley.com

BENJAMIN BEATON
JOSHUA J. FOUGERE
SIDLEY AUSTIN LLP
1501 K Street, NW
Washington, DC 20005
Telephone: (202) 736-8000
Facsimile: (202) 736-8711

*Counsel for Lexmark International, Inc.*

Plaintiff-Cross Appellant Lexmark International, Inc., by its counsel, hereby opposes the motion of LG Electronics, Inc., *et al*., for leave to participate in oral argument. (Dkt. 326)  The Court is scheduled to hear oral argument from both parties and from the United States.  There is no reasonable or fair way to allocate the oral argument time among the many *amici* on all sides of the two questions presented.  Moreover, unlike the United States, the legal position articulated by the LG Electronics group of *amici* does not set forth any additional or unique position not presented by appellant Impression Products, and so granting leave to the LG group would simply mean that an additional lawyer is presenting the same position as one of the parties.  The motion should be denied.

1.    Oral argument is currently scheduled for October 2, 2015, with 30 minutes allotted to Impression, 10 minutes to the United States, and 30 minutes to Lexmark.

2.    There have been over 30 *amicus* briefs filed in this case on behalf of many companies, industry groups, associations, and individuals.  Those briefs have been filed in support of Lexmark, of Impression, and of neither party.

3.    *Amici* LG Electronics, *et al*., request 10 minutes of Impression's allotted 30 minutes because, they contend, they represent "a broad cross-section of leading technology companies, consumer electronics manufacturers, and retailers" and "many of the different types of businesses that will be affected by the Court's decision."  Motion at ¶¶ 3–4.  In truth, however, these *amici* represent not a broad

cross-section, but present only one approach to the issues adopted by a few companies in the computer and technology industry. Nor can they even purport to represent the interests of the computer and technology industry as a whole; technology companies like Qualcomm, Nokia, iBiquity, Dolby, and InterDigital have filed briefs *in support of Lexmark*.

4.     It should come as no surprise, therefore, that *amici* who filed briefs in support of Lexmark have expressed serious concerns about the pending motion and the possibility of a subset of technology companies presenting argument. *Amici* in the pharmaceutical and life sciences industries, for example, have quite sensibly said that they would also want their interests to be separately represented at oral argument if the Court were to grant the LG motion and would seek leave to participate as well if the Court were to make that opportunity available to some *amici*.

5.     Once one *amicus* or group of *amici* are allowed to argue, there is no logical, reasonable, or fair stopping point in this case for allowing *amici* to participate in oral argument. LG and the other movants, like all other *amicus* groups, have already made their position clear to the Court through briefing setting out their particular views on the issues presented. The best and most sensible course for the oral argument is to keep the time allocated as it is and to decline to open it up to a subset of additional *amici* and interest groups, particularly *amicus*

groups, like the LG group here, which offer nothing not already presented by their *amicus* brief or the party they support.

WHEREFORE, for the foregoing reasons, Plaintiff-Cross Appellant Lexmark International, Inc., respectfully requests that the Court deny *amici*'s motion.

Dated:  September 18, 2015

Respectfully submitted,

/s/ Constantine L. Trela, Jr.

| | |
|---|---|
| TIMOTHY C. MEECE | CONSTANTINE L. TRELA, JR. |
| V. BRYAN MEDLOCK | ROBERT N. HOCHMAN |
| JASON S. SHULL | SIDLEY AUSTIN LLP |
| AUDRA C. EIDEM HEINZE | One South Dearborn St. |
| BANNER & WITCOFF, LTD. | Chicago, IL 60603 |
| Ten South Wacker Drive | Telephone: (312) 853-7000 |
| Chicago, IL 60606 | Facsimile: (312) 853-7036 |
| Telephone: (312) 463-5000 | ctrela@sidley.com |
| tmeece@bannerwitcoff.com | |
| | |
| STEVEN B. LOY | BENJAMIN BEATON |
| STOLL KEENON OGDEN PLCC | JOSHUA J. FOUGERE |
| 300 W. Vine Street, Suite 2100 | SIDLEY AUSTIN LLP |
| Lexington, KY 40507 | 1501 K Street, NW |
| Telephone: (859) 231-3000 | Washington, DC 20005 |
| | Telephone: (202) 736-8000 |
| | Facsimile: (202) 736-8711 |

*Counsel for Lexmark International, Inc.*

## CERTIFICATE OF INTEREST

Counsel for Plaintiffs-Appellants certifies the following:

1.      The full name of every party represented by me is:

Lexmark International, Inc.

2.      The name of the real party in interest represented by me is:

Lexmark International, Inc.

3.      All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

None

4.      The names of all law firms and the partners or associates who appeared for Lexmark International, Inc. in proceedings before the United States District Court for the Southern District of Ohio, or are expected to appear in this Court, are:

SIDLEY AUSTIN LLP
Constantine L. Trela, Jr., Robert N. Hochman, Benjamin Beaton, Joshua J. Fougere

BANNER & WITCOFF LTD
Timothy C. Meece, V. Bryan Medlock, Jason S. Shull, Audra Eidem Heinze, Matthew P. Becker, Neil C. Trueman

STOLL KEENON OGDEN PLLC
P. Douglas Barr, William J. Hunter, Jr., Steven B. Loy, Anthony J. Phelps

DATE:  September 18, 2015          /s/ Constantine L. Trela, Jr.
                                   CONSTANTINE L. TRELA, JR.

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of September, 2015, I caused the foregoing Opposition to Motion of LG Electronics, Inc., et al., to Participate in Oral Argument to be electronically filed with the Clerk of the Court for the United States Court of Appeals for the Federal Circuit through the Court's CM/ECF system. Participants in this case who are registered CM/ECF users will be served by t he appellate CM/ECF system.

/s/ Constantine L. Trela, Jr.
CONSTANTINE L. TRELA, JR.