NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LEXMARK INTERNATIONAL, INC.,**
*Plaintiff-Cross-Appellant*

v.

**IMPRESSION PRODUCTS, INC.,**
*Defendant-Appellant*

**QUALITY CARTRIDGES, INC., JOHN DOES, 1-20, BLUE TRADING LLC, EXPRINT INTERNATIONAL, INC., LD PRODUCTS, INC., PRINTRONIC CORPORATION, TESEN DEVELOPMENT (HONG KONG) CO. LTD., BENIGNO ADEVA AND HIS COMPANIES,**
*Defendants*

---

2014-1617, 2014-1619

---

Appeals from the United States District Court for the Southern District of Ohio in No. 1:10-cv-00564-MRB, Judge Michael R. Barrett.

---

**ON MOTION**

---

PER CURIAM.

# O R D E R

Amici Curiae Biotechnology Industry Organization and CropLife International move unopposed to participate in the oral argument scheduled for October 2, 2015 and to expedite the decision or ruling on the motion to allow argument.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted. Amici Curiae, Biotechnology Industry Organization, et al. is allotted 5 minutes of the 30 minutes previously allotted to Lexmark International, Inc. Counsel for the amici curiae should docket the Response to Oral Argument Order event, by 3:00 p.m. Thursday, September 24, 2015 advising the court of the name of the attorney who will present its argument.

FOR THE COURT

September 24, 2015  /s/ Daniel E. O'Toole
Date  Daniel E. O'Toole
 Clerk of Court