FORM 9. Certificate of Interest                                    Form 9

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Lexmark International, Inc.    v.    Impression Products, Inc.

Case No.    14-1617

## CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (**amicus**) (name of party) iBiquity Digital Corporation certifies the following (use "None" if applicable; use extra sheets if necessary):

1. The full name of every party or amicus represented by me is:

   iBiquity Digital Corporation

2. The name of the real party in interest (Please only include any real party in interest NOT identified in Question 3, below) represented by me is:

   Not applicable.

3. All parent corporations and any publicly held companies that own 10 percent of the stock of the party or amicus curiae represented by me are listed below. (Please list each party or amicus curiae represented with the parent or publicly held company that owns 10 percent or more so they are distinguished separately.)

   On Oct. 1, 2015 or thereafter, iBiquity may become 100% owned by DTS, Inc.

4. ☐ The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court (and who have not or will not enter an appearance in this case) are:

   iBiquity Digital Corporation - Kathi A. Cover

September 30, 2015                          /s/ Kathi A. Cover
Date                                        Signature of counsel

Please Note: All questions must be answered
                                            Kathi A. Cover
cc:                                         Printed name of counsel

Reset Fields