# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

14-1617, 14-1619

**LEXMARK INTERNATIONAL, INC.,**

*Plaintiff - Cross-Appellant*

v.

**IMPRESSION PRODUCTS, INC.,**

*Defendant - Appellant*

**QUALITY CARTRIDGES, INC., JOHN DOES, 1-20, BLUE TRADING LLC, EXPRINT INTERNATIONAL, INC., LD PRODUCTS, INC., PRINTRONIC CORPORATION, TESEN DEVELOPMENT (HONG KONG) CO. LTD., BENIGNO ADEVA AND HIS COMPANIES,**

*Defendants*

Appeal from the United States District Court for the Southern District of Ohio in case no. 1:10-cv-00564-MRB United States District Judge Michael R. Barrett

## MANDATE

In accordance with the judgment of this Court, entered February 12, 2016, and pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

cc: Clerk of Court, Southern District of Ohio (Cincinnati)