# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

February 3, 2017

Scott S. Harris
Clerk of the Court
(202) 479-3011

RECEIVED
FEB 13 2017
United States Court of Appeals
For The Federal Circuit

Clerk
United States Court of Appeals for the Federal Circuit
717 Madison Place, NW, Room 401
Washington, DC 20439

Re:   No. 15-1189   Impression Products, Inc. v. Lexmark International, Inc.
      (Your No. 2014-1617, 2014-1619)

Dear Clerk:

Pursuant to Rule 12.7 of the Rules of the Supreme Court of the United States, you are requested to certify and transmit immediately the entire record (including transcripts) in the above case to this office. Please indicate in this transmittal all exhibits, lodgings, and <u>briefs that have been filed</u>. **You must also transmit a numbered list specifically identifying each document transmitted.** All cassettes, disks, tapes and any article of a similar material must be sent via commercial carrier, not via the United States mail.

Please be certain to <u>include a transmittal letter</u> referencing this Court's docket number. It is critical that you note if the record, or any portion of the record, has been sealed or contains confidential information. If this type of information is contained in the record, these documents must be enclosed in a separate envelope or box and marked accordingly.

If your court is not in possession of the lower court record, please forward a copy of this letter and a request for the lower court to transmit its record directly to this office.

Hard copies of record materials available electronically do not need to be transmitted. Instead you should provide this office with the web address where the materials are available.

If you have any questions, please contact me. Your prompt attention to this matter will be greatly appreciated. Kindly acknowledge receipt of this letter.

Sincerely,

Scott S. Harris, Clerk

by *Laurie Gray*

Laurie Gray
Administrative Assistant to the Clerk
(202) 479-3294

cc:  Counsel of Record



OFFICE OF THE CLERK
SUPREME COURT OF THE UNITED STATES
WASHINGTON, DC 20543-0001
OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

CAP DISTRICT
ND 207
03 FEB '17
PM 7 L



FIRST-CLASS MAIL
US POSTAGE $000.46⁰
US OFFICIAL MAIL
$300 Penalty
For Private Use
20543
04 1120021

RECEIVED
2017 FEB -9 AM 8:20
U.S. COURT OF APPEALS
FEDERAL CIRCUIT

20439-