# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

**PETER R. MARKSTEINER**
**CLERK OF COURT**

**TELEPHONE: 202-275-8000**
**FAX: 202-275-9678**

February 14, 2017

Laurie Gray
Office of the Clerk
Supreme Court of the United States
Washington, DC 20443-0001

RE:   **Record Request**
      **No. 15-1189, Impression Products, Inc. v. Lexmark International, Inc.**
      **(CAFC Appeal No. 2014-1617, 2014-1619)**

Dear Ms. Gray

I am responding to your letter of February 3, 2017 requesting the record in the matter identified above. The complete Federal Circuit record is available electronically via PACER. The docket sheet identifying each item in the record is enclosed. The joint appendix in this matter contains confidential material, and will be sent to you under separate cover.

I have forwarded your request for the record of the trial court to the U.S. District Court for the Southern District of Ohio

Please let us know if we can be of further assistance.

Very truly yours,

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court
(by Cristina Behen, Case Manager)