**General Docket**
**United States Court of Appeals for the Federal Circuit**

| | |
|---|---|
| **Court of Appeals Docket #:** 14-1617 | **Docketed:** 07/14/2014 |
| **Nature of Suit:** 830 Patent Infringement (Fed. Question) | **Termed:** 02/12/2016 |
| Lexmark International, Inc. v. Impression Products, Inc. | |
| **Appeal From:** United States District Court for the Southern District of Ohio | |
| **Fee Status:** fee paid | |

**Case Type Information:**
  **1)** Civil Private
  **2)** -
  **3)** -

**Originating Court Information:**
  **District:** 0648-1 : 1:10-cv-00564-MRB
  **Trial Judge:** Michael R. Barrett, United States District Judge
  **Date Filed:** 08/20/2010

| **Date NOA Filed:** | **Date Rec'd COA:** |
|---|---|
| 06/26/2014 | 06/27/2014 |

**Prior Cases:**
  None

**Current Cases:**

| | Lead | Member | Start | End |
|---|---|---|---|---|
| Cross-appeal | | | | |
| | 14-1617 | 14-1619 | 07/14/2014 | |

LEXMARK INTERNATIONAL, INC.
      Plaintiff - Cross-Appellant

Timothy Colin Meece
Direct: 312-463-5420
Email: tmeece@bannerwitcoff.com
Fax: 312-463-5720
[LD NTC Retained]
Banner & Witcoff, Ltd.
Ten South Wacker Drive
Chicago, IL 60606

Benjamin Beaton
Direct: 202-736-8000
Email: bbeaton@sidley.com
[COR NTC Retained]
Sidley Austin LLP
Firm: 202-736-8000
1501 K Street, NW
Washington, DC 20005

Joshua John Fougere
Direct: 202-736-8000
Email: jfougere@sidley.com
Fax: 202-736-8711
[COR NTC Retained]
Sidley Austin LLP
Firm: 202-736-8000
1501 K Street, NW
Washington, DC 20005

Audra Carol Eidem Heinze
Direct: 312-463-5000
Email: aheinze@bannerwitcoff.com
[COR NTC Retained]
Banner & Witcoff, Ltd.
Ten South Wacker Drive
Chicago, IL 60606

Robert N. Hochman, Attorney
Direct: 312-853-7000
Email: rhochman@sidley.com
Fax: 312-853-7036
[COR NTC Retained]
Sidley Austin LLP
Bank One Plaza
1 South Dearborn Street
Chicago, IL 60603

Steven B. Loy
Direct: 859-231-3000
Email: steven.loy@skofirm.com
Fax: 859-253-1093
[COR NTC Retained]
Stoll, Keenon & Park, LLP
300 West Vine Street
Suite 2100
Lexington, KY 40507-1380

Bryan Medlock, Jr.
Direct: 312-463-5000
Email: bmedlock@bannerwitcoff.com
[COR NTC Retained]
Banner & Witcoff, Ltd.
Suite 3000
Ten South Wacker Drive
Chicago, IL 60606

Jason Steven Shull, Attorney
Direct: 312-463-5000
Email: jshull@bannerwitcoff.com
Fax: 312-463-5001
[COR NTC Retained]
Banner & Witcoff, Ltd.
Ten South Wacker Drive
Chicago, IL 60606

Constantine L. Trela, Jr., Esq., -
Email: ctrela@sidley.com
[COR NTC Retained]
Sidley Austin LLP
Bank One Plaza
1 South Dearborn Street
Chicago, IL 60603

v.

IMPRESSION PRODUCTS, INC.                    Edward F. O'Connor, I, Esq., Attorney
              Defendant - Appellant          Direct: 949-291-2894
                                             Email: eoconnor@avynolaw.com
                                             Fax: 818-332-4205
                                             [LD NTC Retained]
                                             Avyno Law, P.C.
                                             Suite 190
                                             6345 Balboa Boulevard
                                             Encino, CA 91316

                                             Jennifer Herbst Hamilton, Esq.
                                             Direct: 818-654-8841
                                             Email: jhh@avynolaw.com
                                             Fax: 818-332-4205
                                             [COR NTC Retained]
                                             Avyno Law, P.C.
                                             Suite 190
                                             6345 Balboa Boulevard
                                             Encino, CA 91316

QUALITY CARTRIDGES, INC.
              Defendant

JOHN DOES, 1-20
              Defendant

BLUE TRADING LLC
              Defendant

EXPRINT INTERNATIONAL, INC.
              Defendant

LD PRODUCTS, INC.
              Defendant

PRINTRONIC CORPORATION
              Defendant

TESEN DEVELOPMENT (HONG KONG) CO. LTD.
              Defendant

BENIGNO ADEVA AND HIS COMPANIES
              Defendant
------------------------------

MARGRETH BARRETT                             Margreth Barrett, -
              Amicus Curiae                  Direct: 650-619-3143
                                             [NTC]
                                             University of California - Hastings College of Law
                                             PO Box 347
                                             The Sea Ranch, CA 95497

FREDERICK M. ABBOTT                          Frederick M. Abbott, -
              Amicus Curiae                  Direct: 850-644-1572
                                             [NTC]
                                             Florida State University College of Law
                                             425 West Jefferson Street
                                             Tallahassee, FL 32301

AMERICAN INTELLECTUAL PROPERTY LAW ASSOCIATION
      Amicus Curiae

Kristin Leigh Yohannan Moore
Direct: 202-862-2275
Email: kristin.yohannan@cwt.com
Fax: 202-862-2400
[COR LD NTC Retained]
Cadwalader, Wickersham & Taft LLP
700 6th Street NW
Washington, DC 20001

Tihua Huang, Esq., -
Email: Tihua.Huang@cwt.com
[COR NTC Retained]
Cadwalader, Wickersham & Taft LLP
700 6th Street NW
Washington, DC 20001

Lisa K. Jorgenson, Esq., -
Email: ljorgenson@aipla.org
[COR NTC Retained]
American Intellectual Property Law Association
241 18th Street, South
Suite 700
Arlington, VA 22202

UNITED STATES
      Amicus Curiae

Melissa N. Patterson, Attorney
Direct: 202-514-1201
Email: melissa.patterson@usdoj.gov
Fax: 202-514-7964
[LD NTC Government]
Department of Justice
Appellate Staff, Civil Division
Room 7230
950 Pennsylvania Avenue, NW
Washington, DC 20530

Mark R. Freeman, Attorney
Direct: 202-514-5714
Email: mark.freeman2@usdoj.gov
Fax: 202-514-9405
[COR NTC Government]
Department of Justice
Appellate Staff, Civil Division
950 Pennsylvania Avenue, NW
Washington, DC 20530

CONEJO VALLEY BAR ASSOCIATION
      Amicus Curiae

Meenakshi Kala Sarvaiya, Esq., -
Direct: 805-230-1350
Fax: 805-230-1355
[LD NTC Retained]
SoCal IP Law Group LLP
310 N Westlake Boulevard
Suite 120
Westlake Village, CA 91362

Steven C. Sereboff, Attorney
Direct: 805-230-1350
Email: ssereboff@socalip.com
Fax: 805-230-1355

|  | [COR NTC Retained]<br>SoCal IP Law Group LLP<br>310 N Westlake Boulevard<br>Suite 120<br>Westlake Village, CA 91362 |
|---|---|
| NEW YORK INTELLECTUAL PROPERTY LAW ASSOCIATION<br>      Amicus Curiae | Noah Leibowitz, Esq.<br>Direct: 212-455-2000<br>Email: nleibowitz@stblaw.com<br>[LD NTC Retained]<br>Simpson Thacher & Bartlett, LLP<br>425 Lexington Avenue<br>New York, NY 10017 |
|  | Walter E. Hanley, Jr., Attorney<br>Direct: 212-908-6263<br>Email: walterhanley@andrewskurthkenyon.com<br>Fax: 212-425-5288<br>[COR NTC Retained]<br>Andrews Kurth Kenyon LLP<br>One Broadway<br>New York, NY 10004 |
|  | David F. Ryan<br>Email: dfrhawley@optonline.net<br>[COR NTC Retained]<br>1214 Albany Post Road<br>Croton-On-Hudson, NY 10529 |
| PUBLIC KNOWLEDGE<br>      Amicus Curiae | Charles Duan, Attorney<br>Direct: 202-861-0020<br>Email: cduan@publicknowledge.org<br>[LD NTC Retained]<br>Public Knowledge<br>1818 N Street, NW<br>Suite 410<br>Washington, DC 20036 |
|  | Mohammed Raza Panjwani<br>Direct: 202-861-0020<br>Email: raza@publicknowledge.org<br>[COR NTC Retained]<br>Public Knowledge<br>1818 N Street, NW<br>Suite 410<br>Washington, DC 20036 |
|  | Vera Ranieri<br>Direct: 415-436-9333<br>Email: vera@eff.org<br>[COR NTC Retained]<br>Electronic Frontier Foundation<br>815 Eddy Street<br>San Francisco, CA 94109 |
|  | Sherwin Siy<br>Direct: 202-861-0020<br>Email: ssiy@publicknowledge.org |

[COR NTC Retained]
Public Knowledge
1818 N Street, NW
Suite 410
Washington, DC 20036

ELECTRONIC FRONTIER FOUNDATION
    Amicus Curiae

Charles Duan, Attorney
Direct: 202-861-0020
[LD NTC Retained]
(see above)

Mohammed Raza Panjwani
Direct: 202-861-0020
[COR NTC Retained]
(see above)

Vera Ranieri
Direct: 415-436-9333
[COR NTC Retained]
(see above)

Sherwin Siy
Direct: 202-861-0020
[COR NTC Retained]
(see above)

OPEN SOURCE HARDWARE ASSOCIATION
    Amicus Curiae

Charles Duan, Attorney
Direct: 202-861-0020
[LD NTC Retained]
(see above)

Mohammed Raza Panjwani
Direct: 202-861-0020
[COR NTC Retained]
(see above)

Vera Ranieri
Direct: 415-436-9333
[COR NTC Retained]
(see above)

Sherwin Siy
Direct: 202-861-0020
[COR NTC Retained]
(see above)

DIGITAL RIGHT TO REPAIR COALITION
    Amicus Curiae

Charles Duan, Attorney
Direct: 202-861-0020
[LD NTC Retained]
(see above)

Mohammed Raza Panjwani
Direct: 202-861-0020
[COR NTC Retained]
(see above)

Vera Ranieri
Direct: 415-436-9333

[COR NTC Retained]
(see above)

Sherwin Siy
Direct: 202-861-0020
[COR NTC Retained]
(see above)

PUBLIC CITIZEN, INC.
    Amicus Curiae

Charles Duan, Attorney
Direct: 202-861-0020
[LD NTC Retained]
(see above)

Mohammed Raza Panjwani
Direct: 202-861-0020
[COR NTC Retained]
(see above)

Vera Ranieri
Direct: 415-436-9333
[COR NTC Retained]
(see above)

Sherwin Siy
Direct: 202-861-0020
[COR NTC Retained]
(see above)

QUANTA COMPUTER, INC.
    Amicus Curiae

Peter James Wied, -
Direct: 213-612-8900
Email: peter.wied@ltlattorneys.com
[LD NTC Retained]
LTL Attorneys LLP
14th Floor
300 South Grand Avenue
Los Angeles, CA 90071

Vincent K. Yip, Attorney
Direct: 213-426-2629
Email: vincent.yip@ltlattorneys.com
[COR NTC Retained]
Lee Tran Liang & Wang LLP
Suite 4100
601 S Figueroa Street
Suite 3900
Los Angeles, CA 90017

ACER, INC.
    Amicus Curiae

Peter James Wied, -
Direct: 213-612-8900
[LD NTC Retained]
(see above)

Vincent K. Yip, Attorney
Direct: 213-426-2629
[COR NTC Retained]
(see above)

HTC CORP.
    Amicus Curiae

John R. Alison, III
Direct: 202-282-5283
Email: jalison@winston.com
Fax: 202-282-5100
[LD NTC Retained]
Winston & Strawn LLP
1700 K Street, NW
Washington, DC 20006

Gino Cheng, Attorney
Direct: 213-615-1700
Email: gcheng@winston.com
Fax: 213-615-1750
[COR NTC Retained]
Winston & Strawn LLP
333 South Grand Avenue
38th Floor
Los Angeles, CA 90071

Owais Ahmed Siddiqui, Esq., -
[COR NTC Retained]
Winston & Strawn LLP
8361 Orange Haven Place
San Diego, CA 92129

HTC AMERICA, INC.
    Amicus Curiae

John R. Alison, III
Direct: 202-282-5283
[LD NTC Retained]
(see above)

Gino Cheng, Attorney
Direct: 213-615-1700
[COR NTC Retained]
(see above)

Owais Ahmed Siddiqui, Esq., -
[COR NTC Retained]
(see above)

SK HYNIX INC
    Amicus Curiae

Charles Lifland
Direct: 213-430-6665
Email: clifland@omm.com
[LD NTC Retained]
O'Melveny & Myers LLP
Suite 1800
400 South Hope Street
Los Angeles, CA 90071

Susan Roeder, -
Direct: 650-473-2600
Email: sroeder@omm.com
Fax: 650-473-2601
[COR NTC Retained]
O'Melveny & Myers LLP
2765 Sand Hill Road
Menlo Park, CA 94025

Susan Van Keulen

Direct: 650-473-2600
Email: svankeulen@omm.com
[COR NTC Retained]
O'Melveny & Myers LLP
2765 Sand Hill Road
Menlo Park, CA 94025

LG ELECTRONICS, INC.
     Amicus Curiae

Andrew John Pincus, Esq.
Email: apincus@mayerbrown.com
[LD NTC Retained]
Mayer Brown LLP
1999 K Street, NW
Washington, DC 20006

Jamie B. Beaber, Esq.
Email: jbeaber@mayerbrown.com
[COR NTC Retained]
Mayer Brown LLP
1999 K Street, NW
Washington, DC 20006

Paul Whitfield Hughes, -
Direct: 202-263-3000
Email: phughes@mayerbrown.com
Fax: 202-263-5347
[COR NTC Retained]
Mayer Brown LLP
1999 K Street, NW
Washington, DC 20006

Kfir Levy
Email: klevy@mayerbrown.com
[COR NTC Retained]
Mayer Brown LLP
1999 K Street, NW
Washington, DC 20006

James Suh
Direct: +820269126515
Email: james.suh@lge.com
[COR NTC Retained]
LG Electronics Inc.
Intellectual Property Center
137-130 19, Yangjae-daero
11gil, Seocho-gu
Seoul, Seoul, 137-130
Korea

THE ASSOCIATION OF THE BAR OF THE CITY OF
NEW YORK
     Amicus Curiae

James R. Klaiber
Direct: 212-326-0425
Email: jklaiber@pryorcashman.com
[LD NTC Retained]
Pryor Cashman LLP
7 Times Square
New York, NY 10036

Timothy P. Heaton, Esq.
Direct: 212-704-6417

Email: timothy.heaton@troutmansanders.com
Fax: 212-704-8383
[COR NTC Retained]
Troutman Sanders LLP
875 Third Avenue
New York, NY 10022

Aaron Ligoury Joseph Pereira, Esq., Attorney
Direct: 212-440-4468
Email: apereir1@gmail.com
Fax: 212-440-4401
[COR NTC Retained]
Buchanan Ingersoll & Rooney PC
1290 Avenue of the Americas
30th Floor
New York, NY 10104

SANDISK CORPORATION
Amicus Curiae

Steven A. Hirsch, Attorney
Direct: 415-391-5400
Email: shirsch@kvn.com
Fax: 415-397-7188
[LD NTC Retained]
Keker & Van Nest, LLP
633 Battery Street
San Francisco, CA 94111

Christa M. Anderson
Direct: 415-391-5400
Email: canderson@kvn.com
Fax: 415-397-7188
[COR NTC Retained]
Keker & Van Nest, LLP
633 Battery Street
San Francisco, CA 94111

Leo L. Lam
Direct: 415-391-5400
Email: llam@kvn.com
[COR NTC Retained]
Keker & Van Nest, LLP
633 Battery Street
San Francisco, CA 94111

Robert A. Van Nest, Esq.
Direct: 415-391-5400
Email: rvannest@kvn.com
Fax: 415-397-7188
[COR NTC Retained]
Keker & Van Nest, LLP
633 Battery Street
San Francisco, CA 94111

TEXAS INSTRUMENTS, INC.
Amicus Curiae

Robert T. Haslam, Attorney
Direct: 650-632-4700
Email: rhaslam@cov.com
Fax: 650-632-4800
[LD NTC Retained]
Covington & Burling LLP

Suite 700
333 Twin Dolphin Drive
Redwood Shores, CA 94065

Nathan Shaffer
Direct: 650-632-4700
Email: nshaffer@orrick.com
Fax: 650-632-4800
[COR NTC Retained]
Covington & Burling LLP
Suite 700
333 Twin Dolphin Drive
Redwood Shores, CA 94065

Ranganath Sudarshan, Esq., Attorney
Direct: 202-662-5346
Email: rsudarshan@cov.com
Fax: 202-778-5346
[COR NTC Retained]
Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001

COSTCO WHOLESALE CORP.
Amicus Curiae

Matthew J. Moore, Esq., -
Direct: 202-637-2278
Email: matthew.moore@lw.com
Fax: 202-637-2201
[LD NTC Retained]
Latham & Watkins LLP
555 11th Street NW
Washington, DC 20004

James Scott Ballenger, -
Direct: 202-637-2200
Email: Scott.Ballenger@lw.com
Fax: 202-637-2201
[COR NTC Retained]
Latham & Watkins LLP
Suite 1000
555 11th Street NW
Washington, DC 20004

Melissa Arbus Sherry
Direct: 202-637-3386
Email: melissa.sherry@lw.com
[COR NTC Retained]
Latham & Watkins LLP
555 11th Street NW
Washington, DC 20004

AMERICAN ANTITRUST INSTITUTE
Amicus Curiae

Phillip R. Malone, Attorney
Email: pmalone@law.stanford.edu
[LD NTC Retained]
Stanford Law School
Juelsgaard Intellectual Property and Innovation Clinic,
Mills Legal Clinic
559 Nathan Abbott Way

Stanford, CA 94305

Jeffrey Theodore Pearlman
Email: pacer_account@jef-pearlman.net
[COR NTC Retained]
Stanford Law School
Juelsgaard Intellectual Property and Innovation Clinic,
Mills Legal Clinic
559 Nathan Abbott Way
Stanford, CA 94305

JEREMY W. BOCK, Esq.                    Phillip R. Malone, Attorney
    Amicus Curiae                         [LD NTC Retained]
                                        (see above)

                                        Jeffrey Theodore Pearlman
                                        [COR NTC Retained]
                                        (see above)

IRENE CALBOLI                           Phillip R. Malone, Attorney
    Amicus Curiae                         [LD NTC Retained]
                                        (see above)

                                        Jeffrey Theodore Pearlman
                                        [COR NTC Retained]
                                        (see above)

MICHAEL A. CARRIER                      Phillip R. Malone, Attorney
    Amicus Curiae                         [LD NTC Retained]
                                        (see above)

                                        Jeffrey Theodore Pearlman
                                        [COR NTC Retained]
                                        (see above)

ANDREW CHIN                             Phillip R. Malone, Attorney
    Amicus Curiae                         [LD NTC Retained]
                                        (see above)

                                        Jeffrey Theodore Pearlman
                                        [COR NTC Retained]
                                        (see above)

SAMUEL ERNST                            Phillip R. Malone, Attorney
    Amicus Curiae                         [LD NTC Retained]
                                        (see above)

                                        Jeffrey Theodore Pearlman
                                        [COR NTC Retained]
                                        (see above)

SHUBHA GHOSH                            Phillip R. Malone, Attorney
    Amicus Curiae                         [LD NTC Retained]
                                        (see above)

                                        Jeffrey Theodore Pearlman
                                        [COR NTC Retained]
                                        (see above)

ARIEL KATZ
      Amicus Curiae

Phillip R. Malone, Attorney
[LD NTC Retained]
(see above)

Jeffrey Theodore Pearlman
[COR NTC Retained]
(see above)

MARK A. LEMLEY
      Amicus Curiae

Phillip R. Malone, Attorney
[LD NTC Retained]
(see above)

Jeffrey Theodore Pearlman
[COR NTC Retained]
(see above)

YVETTE JOY LIEBESMAN
      Amicus Curiae

Phillip R. Malone, Attorney
[LD NTC Retained]
(see above)

Jeffrey Theodore Pearlman
[COR NTC Retained]
(see above)

BRIAN J. LOVE
      Amicus Curiae

Phillip R. Malone, Attorney
[LD NTC Retained]
(see above)

Jeffrey Theodore Pearlman
[COR NTC Retained]
(see above)

MARK P. MCKENNA
      Amicus Curiae

Phillip R. Malone, Attorney
[LD NTC Retained]
(see above)

Jeffrey Theodore Pearlman
[COR NTC Retained]
(see above)

MICHAEL J. MEURER
      Amicus Curiae

Phillip R. Malone, Attorney
[LD NTC Retained]
(see above)

Jeffrey Theodore Pearlman
[COR NTC Retained]
(see above)

TYLER T. OCHOA
      Amicus Curiae

Phillip R. Malone, Attorney
[LD NTC Retained]
(see above)

Jeffrey Theodore Pearlman
[COR NTC Retained]
(see above)

MARK R. PATTERSON, Esq.
      Amicus Curiae

Phillip R. Malone, Attorney
[LD NTC Retained]
(see above)

|  | Jeffrey Theodore Pearlman<br>[COR NTC Retained]<br>(see above) |
|---|---|
| AARON PERZANOWSKI<br>Amicus Curiae | Phillip R. Malone, Attorney<br>[LD NTC Retained]<br>(see above) |
|  | Jeffrey Theodore Pearlman<br>[COR NTC Retained]<br>(see above) |
| JOHN A. ROTHCHILD<br>Amicus Curiae | Phillip R. Malone, Attorney<br>[LD NTC Retained]<br>(see above) |
|  | Jeffrey Theodore Pearlman<br>[COR NTC Retained]<br>(see above) |
| PAMELA SAMUELSON<br>Amicus Curiae | Phillip R. Malone, Attorney<br>[LD NTC Retained]<br>(see above) |
|  | Jeffrey Theodore Pearlman<br>[COR NTC Retained]<br>(see above) |
| SHARON K. SANDEEN<br>Amicus Curiae | Phillip R. Malone, Attorney<br>[LD NTC Retained]<br>(see above) |
|  | Jeffrey Theodore Pearlman<br>[COR NTC Retained]<br>(see above) |
| KURT M. SAUNDERS<br>Amicus Curiae | Phillip R. Malone, Attorney<br>[LD NTC Retained]<br>(see above) |
|  | Jeffrey Theodore Pearlman<br>[COR NTC Retained]<br>(see above) |
| CHRISTOPHER B. SEAMAN<br>Amicus Curiae | Phillip R. Malone, Attorney<br>[LD NTC Retained]<br>(see above) |
|  | Jeffrey Theodore Pearlman<br>[COR NTC Retained]<br>(see above) |
| KATHERINE J. STRANDBURG<br>Amicus Curiae | Phillip R. Malone, Attorney<br>[LD NTC Retained]<br>(see above) |
|  | Jeffrey Theodore Pearlman |

|  | [COR NTC Retained]<br>(see above) |
|---|---|
| JENNIFER M. URBAN, Esq.<br>    Amicus Curiae | Phillip R. Malone, Attorney<br>[LD NTC Retained]<br>(see above) |
|  | Jeffrey Theodore Pearlman<br>[COR NTC Retained]<br>(see above) |
| RYAN VACCA<br>    Amicus Curiae | Phillip R. Malone, Attorney<br>[LD NTC Retained]<br>(see above) |
|  | Jeffrey Theodore Pearlman<br>[COR NTC Retained]<br>(see above) |
| DELL INC.<br>    Amicus Curiae | Andrew John Pincus, Esq.<br>[LD NTC Retained]<br>(see above) |
|  | Jamie B. Beaber, Esq.<br>[COR NTC Retained]<br>(see above) |
|  | Paul Whitfield Hughes, -<br>Direct: 202-263-3000<br>[COR NTC Retained]<br>(see above) |
|  | Kfir Levy<br>[COR NTC Retained]<br>(see above) |
| GOOGLE INC.<br>    Amicus Curiae | Andrew John Pincus, Esq.<br>[LD NTC Retained]<br>(see above) |
|  | Jamie B. Beaber, Esq.<br>[COR NTC Retained]<br>(see above) |
|  | Paul Whitfield Hughes, -<br>Direct: 202-263-3000<br>[COR NTC Retained]<br>(see above) |
|  | Kfir Levy<br>[COR NTC Retained]<br>(see above) |
| INTEL CORPORATION<br>    Amicus Curiae | Andrew John Pincus, Esq.<br>[LD NTC Retained]<br>(see above) |
|  | Jamie B. Beaber, Esq. |

[COR NTC Retained]
(see above)

Paul Whitfield Hughes, -
Direct: 202-263-3000
[COR NTC Retained]
(see above)

Matthew R. Hulse
Direct: 408-653-6570
Email: matthew.hulse@intel.com
[COR NTC Retained]
Intel Corporation
RNB 4-150
2200 Mission College Boulevard
Santa Clara, CA 95052

Kfir Levy
[COR NTC Retained]
(see above)

L BRANDS INC.
          Amicus Curiae

Andrew John Pincus, Esq.
[LD NTC Retained]
(see above)

Jamie B. Beaber, Esq.
[COR NTC Retained]
(see above)

Paul Whitfield Hughes, -
Direct: 202-263-3000
[COR NTC Retained]
(see above)

Kfir Levy
[COR NTC Retained]
(see above)

NEWEGG, INC.
          Amicus Curiae

Andrew John Pincus, Esq.
[LD NTC Retained]
(see above)

Jamie B. Beaber, Esq.
[COR NTC Retained]
(see above)

Paul Whitfield Hughes, -
Direct: 202-263-3000
[COR NTC Retained]
(see above)

Kfir Levy
[COR NTC Retained]
(see above)

NINESTAR IMAGE TECH LIMITED
          Amicus Curiae

Andrew John Pincus, Esq.
[LD NTC Retained]
(see above)

Jamie B. Beaber, Esq.
[COR NTC Retained]
(see above)

Paul Whitfield Hughes, -
Direct: 202-263-3000
[COR NTC Retained]
(see above)

Kfir Levy
[COR NTC Retained]
(see above)

QVC, INC.
          Amicus Curiae

Andrew John Pincus, Esq.
[LD NTC Retained]
(see above)

Jamie B. Beaber, Esq.
[COR NTC Retained]
(see above)

Paul Whitfield Hughes, -
Direct: 202-263-3000
[COR NTC Retained]
(see above)

Kfir Levy
[COR NTC Retained]
(see above)

SAMSUNG ELECTRONIC CO., LTD.
          Amicus Curiae

Andrew John Pincus, Esq.
[LD NTC Retained]
(see above)

Jamie B. Beaber, Esq.
[COR NTC Retained]
(see above)

Paul Whitfield Hughes, -
Direct: 202-263-3000
[COR NTC Retained]
(see above)

Kfir Levy
[COR NTC Retained]
(see above)

SAS INSTITUTE, INC.
          Amicus Curiae

Andrew John Pincus, Esq.
[LD NTC Retained]
(see above)

Jamie B. Beaber, Esq.
[COR NTC Retained]
(see above)

Paul Whitfield Hughes, -
Direct: 202-263-3000

|  |  |
|---|---|
|  | [COR NTC Retained]<br>(see above) |
|  | Kfir Levy<br>[COR NTC Retained]<br>(see above) |
| XILINX, INC.<br>        Amicus Curiae | Andrew John Pincus, Esq.<br>[LD NTC Retained]<br>(see above) |
|  | Jamie B. Beaber, Esq.<br>[COR NTC Retained]<br>(see above) |
|  | Paul Whitfield Hughes, -<br>Direct: 202-263-3000<br>[COR NTC Retained]<br>(see above) |
|  | Kfir Levy<br>[COR NTC Retained]<br>(see above) |
| RETAIL LITIGATION CENTER, INC.<br>        Amicus Curiae | Matthew J. Moore, Esq., -<br>Direct: 202-637-2278<br>[LD NTC Retained]<br>(see above) |
|  | James Scott Ballenger, -<br>Direct: 202-637-2200<br>[COR NTC Retained]<br>(see above) |
|  | Melissa Arbus Sherry<br>Direct: 202-637-3386<br>[COR NTC Retained]<br>(see above) |
| SARAH R. WASSERMAN-RAJEC<br>        Amicus Curiae | Phillip R. Malone, Attorney<br>[LD NTC Retained]<br>(see above) |
|  | Jeffrey Theodore Pearlman<br>[COR NTC Retained]<br>(see above) |
| ASSOCIATION OF MEDICAL DEVICE<br>REPROCESSORS<br>        Amicus Curiae | Robert Anthony Surrette, Attorney<br>Direct: 312-775-8000<br>Email: bsurrette@mcandrews-ip.com<br>Fax: 312-775-8100<br>[LD NTC Retained]<br>McAndrews, Held & Malloy, Ltd.<br>34th Floor<br>Firm: 312-775-8000<br>500 West Madison Street<br>Chicago, IL 60661 |

Christopher M. Scharff
Direct: 312-775-8000
Email: cscharff@mcandrews-ip.com
Fax: 312-775-8100
[COR NTC Retained]
McAndrews, Held & Malloy, Ltd.
34th Floor
Firm: 312-775-8000
500 West Madison Street
Chicago, IL 60661

ASCDI
    Amicus Curiae

William Douglas Kari, Esq., Counsel
Email: doug.kari@arbitech.com
[LD NTC Retained]
366 Plaza Estival
San Clemente, CA 92672

ORI
    Amicus Curiae

William Douglas Kari, Esq., Counsel
[LD NTC Retained]
(see above)

COMPUTER & COMMUNICATIONS INDUSTRY
ASSOCIATION
    Amicus Curiae

Matthew A. Levy
Direct: 202-470-3622
Email: mlevy@ccianet.org
[LD NTC Retained]
Computer & Communications Industry Association
900 17th Street, NW
Suite 1100
Washington, DC 20006

LICENSING EXECUTIVE SOCIETY (U.S.A. AND
CANADA), INC.
    Amicus Curiae

Daniel Steven Stringfield, Attorney
Direct: 312-577-1267
Email: dstringfield@steptoe.com
Fax: 312-577-1370
[LD NTC Retained]
Steptoe & Johnson, LLP
Suite 3100
115 S LaSalle Street
Chicago, IL 60603

Katherine H. Johnson, Esq., Attorney
Direct: 312-577-1261
Email: kjohnson@steptoe.com
Fax: 312-577-1370
[COR NTC Retained]
Steptoe & Johnson, LLP
Suite 3100
115 S LaSalle Street
Chicago, IL 60603

Brian P. O'Shaughnessy, Attorney
Direct: 202-808-7365
Email: boshaughnessy@ratnerprestia.com
Fax: 610-407-0701
[COR NTC Retained]
Ratner Prestia
Suite 1000

| | |
|---|---|
| | 1250 I Street NW<br>Washington, DC 20005 |
| RECYCLING TIMES MEDIA CORPORATION<br>Amicus Curiae | Merritt Blakeslee<br>Direct: 202-419-1535<br>Email: mrb@blakeslee-law.com<br>[LD NTC Retained]<br>The Blakeslee Law Firm<br>Suite 700<br>1250 Connecticut Avenue NW<br>Washington, DC 20036 |
| ASSOCIATION OF SERVICE AND COMPUTER<br>DEALERS INTERNATIONAL, INC.<br>Amicus Curiae | William Douglas Kari, Esq., Counsel<br>[LD NTC Retained]<br>(see above) |
| OWNERS' RIGHTS INITIATIVE<br>Amicus Curiae | William Douglas Kari, Esq., Counsel<br>[LD NTC Retained]<br>(see above) |
| IMAGING SUPPLIES COALITION<br>Amicus Curiae | Mark Schonfeld, Esq., Attorney<br>Direct: 617-345-3329<br>Email: mschonfeld@burnslev.com<br>Fax: 617-345-3299<br>[LD NTC Retained]<br>Burns & Levinson, LLP<br>125 Summer Street<br>Boston, MA 02110<br><br>Sara Beccia<br>Direct: 617-345-3000<br>Email: sbeccia@burnslev.com<br>[COR NTC Retained]<br>Burns & Levinson, LLP<br>125 Summer Street<br>Boston, MA 02110 |
| DOLBY LABORATORIES, INC.<br>Amicus Curiae | Garrard R. Beeney<br>Direct: 212-558-3737<br>Email: beeneyg@sullcrom.com<br>Fax: 212-291-9007<br>[LD NTC Retained]<br>Sullivan & Cromwell LLP<br>2720<br>125 Broad Street<br>New York, NY 10004-2498<br><br>Adam R. Brebner<br>Direct: 212-558-4000<br>Email: brebnera@sullcrom.com<br>[COR NTC Retained]<br>Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, NY 10004-2498 |
| INTELLECTUAL PROPERTY OWNERS<br>ASSOCIATION<br>Amicus Curiae | Robert P. Taylor<br>Direct: 415-356-3084<br>Email: robert.taylor@aporter.com<br>Fax: 415-356-3099 |

[LD NTC Retained]
Arnold & Porter, LLP
One Embarcadero Center
22nd Floor
San Francisco, CA 94111

Philip Staton Johnson
Direct: 732-524-2368
Email: Pjohnso4@its.jnj.com
Fax: 732-524-2138
[COR NTC Retained]
Johnson & Johnson
WH 2233
One Johnson & Johnson Plaza
New Brunswick, NJ 08933

Kevin H. Rhodes
Direct: 651-736-4533
Email: krhodes@mmm.com
Fax: 651-732-9980
[COR NTC Retained]
3M Innovative Properties Company
PO Box 33427
St. Paul, MN 55133

Herbert Clare Wamsley, Jr.
Direct: 202-507-4500
Email: rmuthig@ipo.org
Fax: 202-507-4500
[COR NTC Retained]
Intellectual Property Owners Association
1501 M Street, NW
Suite 1150
Washington, DC 20005

NOKIA TECHNOLOGIES OY          John D. Haynes, Esq.
          Amicus Curiae        Direct: 404-881-7000
                               Email: john.haynes@alston.com
                               Fax: 404-881-7777
                               [LD NTC Retained]
                               Alston & Bird LLP
                               1201 West Peachtree Street
                               One Atlantic Center
                               Atlanta, GA 30309

NOKIA USA INC.                 John D. Haynes, Esq.
          Amicus Curiae        Direct: 404-881-7000
                               [LD NTC Retained]
                               (see above)

IBIQUITY DIGITAL CORPORATION   Kathi A. Cover
          Amicus Curiae        Direct: 443-539-4310
                               Email: cover@ibiquity.com
                               [LD NTC Retained]
                               iBiquity Digital Corporation
                               Suite 500
                               6711 Columbia Gateway Drive
                               Columbia, MD 20833

MEDICAL DEVICE MANUFACTURERS          Joseph S. Cianfrani, Esq.
ASSOCIATION                           Direct: 949-760-0404
     Amicus Curiae          Email: jcianfrani@kmob.com
                                      Fax: 949-760-9502
                                      [LD NTC Retained]
                                      Knobbe, Martens, Olson & Bear, LLP
                                      2040 Main Street
                                      Irvine, CA 92614

                                      Kent N. Shum
                                      Direct: 949-760-0404
                                      Email: kent.shum@knobbe.com
                                      [COR NTC Retained]
                                      Knobbe, Martens, Olson & Bear, LLP
                                      2040 Main Street
                                      Irvine, CA 92614

QUALCOMM INCORPORATED                 Roger Brooks
     Amicus Curiae          Direct: 212-474-1000
                                      Email: rbrooks@cravath.com
                                      Fax: 212-474-3700
                                      [LD NTC Retained]
                                      Cravath Swaine & Moore LLP
                                      825 Eighth Avenue
                                      Worldwide Plaza
                                      New York, NY 10019-7475

                                      David J. Kappos
                                      Direct: 212-474-1000
                                      Email: dkappos@cravath.com
                                      Fax: 212-474-3700
                                      [COR NTC Retained]
                                      Cravath Swaine & Moore LLP
                                      825 Eighth Avenue
                                      Worldwide Plaza
                                      New York, NY 10019-7475

PHARMACEUTICAL RESEARCH AND           John Nilsson
MANUFACTURERS OF AMERICA              Direct: 202-942-5776
     Amicus Curiae          Email: john.nilsson@apks.com
                                      Fax: 202-942-5999
                                      [LD NTC Retained]
                                      Arnold & Porter Kaye Scholer LLP
                                      601 Massachusetts Avenue, NW
                                      Washington, DC 20001-3743

                                      Samuel Drezdzon, Attorney
                                      Direct: 202-942-5000
                                      Email: samuel.drezdzon@aporter.com
                                      [COR NTC Retained]
                                      Arnold & Porter LLP
                                      555 12th Street NW
                                      Washington, DC 20004

                                      Kristan Lynn Lansbery, -
                                      Direct: 202-942-5000
                                      Email: kristan.lansbery@aporter.com
                                      [COR NTC Retained]

4815 Cloister Drive
Rockville, MD 20852

Willow White Noonan
Direct: 415-471-3100
Email: willow.noonan@apks.com
[COR NTC Retained]
Arnold & Porter LLP
3 Embarcadero Center
10th Floor
San Francisco, CA 94111

THEODORE LAWRENCE FIELD
    Amicus Curiae

Theodore Lawrence Field, -
Direct: 713-646-1770
Email: tfield@stcl.edu
[NTC]
South Texas College of Law
Room 624T
1303 San Jacinto Street
Houston, TX 77339

BIOTECHNOLOGY INDUSTRY ORGANIZATION
    Amicus Curiae

Barbara A. Fiacco, Attorney
Direct: 617-832-1227
Email: bfiacco@foleyhoag.com
Fax: 617-832-7000
[LD NTC Retained]
Foley Hoag LLP
155 Seaport Boulevard
Seaport World Trade Center West
Boston, MA 02210

Sarah Burg
Direct: 617-832-1249
Email: sburg@foleyhoag.com
Fax: 617-832-7000
[COR NTC Retained]
Foley Hoag LLP
155 Seaport Boulevard
Seaport World Trade Center West
Boston, MA 02210

CROPLIFE INTERNATIONAL
    Amicus Curiae

Barbara A. Fiacco, Attorney
Direct: 617-832-1227
[LD NTC Retained]
(see above)

Sarah Burg
Direct: 617-832-1249
[COR NTC Retained]
(see above)

INTERDIGITAL, INC.
    Amicus Curiae

David S. Steuer, Attorney
Direct: 650-493-9300
Email: dsteuer@wsgr.com
Fax: 650-565-5100
[LD NTC Retained]
Wilson, Sonsini, Goodrich & Rosati, PC
650 Page Mill Road

Palo Alto, CA 94304

Michael Brett Levin
Direct: 650-493-9300
Email: mlevin@wsgr.com
Fax: 650-565-5100
[COR NTC Retained]
Wilson, Sonsini, Goodrich & Rosati, PC
650 Page Mill Road
Palo Alto, CA 94304

Maura L. Rees, Attorney
Direct: 650-493-9300
Email: mrees@wsgr.com
Fax: 650-493-6811
[COR NTC Retained]
Wilson, Sonsini, Goodrich & Rosati, PC
650 Page Mill Road
Palo Alto, CA 94304

| | |
|---|---|
| INTERNATIONAL IMAGING TECHNOLOGY COUNCIL<br>　　　　Amicus Curiae | Seth David Greenstein<br>Direct: 202-204-3514<br>Email: sgreenstein@constantinecannon.com<br>Fax: 202-204-3501<br>[LD NTC Retained]<br>Constantine Cannon LLP<br>Suite 1300N<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004 |
| AUTO CARE ASSOCIATION<br>　　　　Amicus Curiae | Seth David Greenstein<br>Direct: 202-204-3514<br>[LD NTC Retained]<br>(see above) |
| AUTOMOTIVE PARTS REMANUFACTURERS ASSOCIATION<br>　　　　Amicus Curiae | Seth David Greenstein<br>Direct: 202-204-3514<br>[LD NTC Retained]<br>(see above) |

LEXMARK INTERNATIONAL, INC.,

　　　　Plaintiff - Cross-Appellant

v.

IMPRESSION PRODUCTS, INC.,

　　　　Defendant - Appellant

QUALITY CARTRIDGES, INC., JOHN DOES, 1-20, BLUE TRADING LLC, EXPRINT INTERNATIONAL, INC., LD PRODUCTS, INC., PRINTRONIC CORPORATION, TESEN DEVELOPMENT (HONG KONG) CO. LTD., BENIGNO ADEVA AND HIS COMPANIES,

　　　　Defendants

| 07/14/2014 | 1 | Appeal docketed. Received: 06/27/2014. [167073] Entry of Appearance due 07/28/2014. Certificate of Interest is due on 07/28/2014. Docketing Statement due 07/28/2014. Appellant's brief is due 09/12/2014. |
|---|---|---|
| 07/14/2014 | 2 | Note to file: The following cases are associated:14-1617 Lead with 14-1619. FURTHER ENTRIES WILL BE ADDED TO THE LEAD APPEAL ONLY. [167244] [14-1617, 14-1619] |
| 07/15/2014 | 3 | Entry of appearance for Timothy C. Meece as principal counsel for Cross-Appellant Lexmark International, Inc.. Service: 07/15/2014 by email. [167675] |
| 07/17/2014 | 4 | Entry of appearance for Audra C. Eidem Heinze as of counsel for Cross-Appellant Lexmark International, Inc.. Service: 07/17/2014 by email. [168506] |
| 07/17/2014 | 5 | Certificate of Interest for the Cross-Appellant Lexmark International, Inc.. Service: 07/17/2014 by email. [168509] |
| 07/18/2014 | 6 | Entry of appearance for Jason S. Shull as of counsel for Cross-Appellant Lexmark International, Inc.. Service: 07/18/2014 by email. [168817] |
| 07/21/2014 | 7 | Entry of appearance for Constantine L. Trela, Jr. as of counsel for Cross-Appellant Lexmark International, Inc.. Service: 07/21/2014 by email. [169063] |
| 07/21/2014 | 8 | Entry of appearance for V. Bryan Medlock as of counsel for Cross-Appellant Lexmark International, Inc.. Service: 07/21/2014 by email. [169227] |
| 07/23/2014 | 9 | Docketing Statement for the Cross-Appellant Lexmark International, Inc.. Service: 07/23/2014 by email. [169837] |
| 07/25/2014 | 10 | Entry of appearance for Edward F. O'Connor as principal counsel for Appellant Impression Products, Inc.. Service: 07/25/2014 by email. [170549] |
| 07/25/2014 | 11 | Docketing Statement for the Appellant Impression Products, Inc.. Service: 07/25/2014 by email. [170551] |
| 07/25/2014 | 12 | Certificate of Interest for the Appellant Impression Products, Inc.. Service: 07/25/2014 by email. [170553] |
| 08/08/2014 | 13 | Entry of appearance for Benjamin Beaton as of counsel for Cross-Appellant Lexmark International, Inc.. Service: 08/08/2014 by email. [173876] |
| 08/08/2014 | 14 | NOTICE OF DEFICIENCY: The attorney entry of appearance Docket No. [13] filed by Cross-Appellant Lexmark International, Inc. in 14-1617 is not text searchable and therefore cannot be accepted for filing at this time. You are being afforded the opportunity to correct the deficiency. At the discretion of the court, the corrected document may be accepted for filing if received before midnight (EST) on the date of this notice. [173890] |
| 08/08/2014 | 15 | Corrected Entry of appearance for Benjamin Beaton as of counsel for Cross-Appellant Lexmark International, Inc.. Service: 08/08/2014 by email. [173993] |
| 08/13/2014 | 16 | Entry of appearance for Steven B. Loy as of counsel for Cross-Appellant Lexmark International, Inc.. Service: 08/13/2014 by email. [174970] |
| 08/28/2014 | 17 | Certificate of Compliance with Fed. Cir. R. 11(d) (Trial Court) for Cross-Appellant Lexmark International, Inc.. Service: 08/28/2014 by email. [178922] |
| 08/28/2014 | 18 | Certificate of Compliance with Fed. Cir. R. 11(d) (Trial Court) for Appellant Impression Products, Inc.. Service: 08/28/2014 by email. [178961] |
| 09/04/2014 | 19 | Official caption revised Correct Error. The official caption is reflected on the electronic docket under the listing of the parties and counsel. Service as of this date by Clerk of Court. [180006] |
| 09/05/2014 | 20 | TENDERED from Appellant Impression Products, Inc.. Title: OPENING BRIEF. Service: 09/05/2014 by email. [180350] |

| | | |
|---|---|---|
| 09/05/2014 | 21 | **REMINDER**: All counsel of record are reminded of their responsibility per Fed. Cir. R. 47.4(a), Fed. Cir. R. 47.3 and ECF-2(E) to promptly submit an amended Certificate of Interest (COI) and/or Entry of Appearance (EOA) as information changes during the pendency of the appeal. Failure to comply with these Rules may delay the timely processing of your case or result in adverse action. [180382] |
| 09/05/2014 | 22 | BRIEF FILED for Appellant Impression Products, Inc. [20]. Title: OPENING BRIEF. Number of Pages: 9. Service: 09/05/2014 by email. Pursuant to ECF-10, filer is directed to file six copies of the brief in paper format. The paper copies of the brief should be received by the court on or before 09/10/2014. Cross-Appellant Lexmark International, Inc. brief is due 10/20/2014. [180388] |
| 09/11/2014 | 23 | 6 paper copies of the 1st brief Brief [22] received from Appellant Impression Products, Inc.. [181786] |
| 10/20/2014 | 24 | TENDERED from Cross-Appellant Lexmark International, Inc.This brief has been withdrawn. Title: OPENING BRIEF. Service: 10/20/2014 by email. [191170] |
| 10/20/2014 | 25 | This brief has been withdrawn. BRIEF FILED for Cross-Appellant Lexmark International, Inc. [24]. Title: OPENING BRIEF. Number of Pages: 57. Service: 10/20/2014 by email. Pursuant to ECF-10, filer is directed to file six copies of the brief in paper format. The paper copies of the brief should be received by the court on or before 10/27/2014. Appellant's reply brief is due 12/04/2014. [191325] |
| 10/21/2014 | 26 | Notice of Correction to the Brief Doc No. [24] for Cross-Appellant Lexmark International, Inc.. Service: 10/21/2014 by email. [191466] |
| 10/21/2014 | 27 | TENDERED from Cross-Appellant Lexmark International, Inc.. Title: CORRECTED OPENING BRIEF. Service: 10/21/2014 by email. [191467] |
| 10/23/2014 | 28 | BRIEF FILED for Cross-Appellant Lexmark International, Inc. [27]. Title: CORRECTED OPENING BRIEF. Number of Pages: 57. Service: 10/21/2014 by email. Pursuant to ECF-10, filer is directed to file six copies of the brief in paper format. The paper copies of the brief should be received by the court on or before 10/28/2014. [191863] |
| 10/23/2014 | 29 | The previously filed brief filed by Cross-Appellant Lexmark International, Inc. in 14-1617 [25], filed by Cross-Appellant Lexmark International, Inc. in 14-1617 [24] is withdrawn. [191864] |
| 10/24/2014 | 30 | 6 paper copies of the Opening Response Brief [28] received from Cross-Appellant Lexmark International, Inc.. [192311] |
| 10/30/2014 | 31 | Citation of Supplemental Authority pursuant to Fed. R. App. P. 28(j) for Cross-Appellant Lexmark International, Inc.. Service: 10/30/2014 by email. [193957] |
| 11/12/2014 | 32 | TENDERED from Appellant Impression Products, Inc.. Title: REPLY BRIEF. Service: 11/12/2014 by email. [196859] |
| 11/12/2014 | 33 | REPLY BRIEF FILED for Appellant Impression Products, Inc. [32]. Number of Pages: 20. Service: 11/12/2014 by email. Pursuant to ECF-10, filer is directed to file six copies of the brief in paper format. The paper copies of the brief should be received by the court on or before 11/24/2014. Cross-Appellant's reply brief is due 12/01/2014. [198243] |
| 11/19/2014 | 34 | Entry of appearance for Seth D. Greenstein as principal counsel for International Imaging Industry Council, Auto Care Association, Automotive Parts Remanufacturers Association. Service: 11/19/2014 by email. [198760] |
| 11/19/2014 | 35 | MOTION of International Imaging Industry Council, Auto Care Association, Automotive Parts Remanufacturers Association for leave to file an amicus curiae brief. Response/Opposition is due 12/04/2014 [Consent: unopposed]. Service: 11/19/2014 by email. [198805] |
| 11/19/2014 | 36 | |

|  |  |  |
|---|---|---|
|  |  | 6 paper copies of the Reply Brief [33] received from Appellant Impression Products, Inc.. [198835] |
| 11/19/2014 | 37 | TENDERED from International Imaging Industry Council, Auto Care Association, Automotive Parts Remanufacturers Association Title: AMICUS CURIAE BRIEF. Service: 11/19/2014 by email. [198863]. This brief has been rejected. See Doc No. [41] |
| 11/21/2014 | 38 | MOTION of Cross-Appellant Lexmark International, Inc. to extend the time to 12/15/2014 to file the reply brief. Response/Opposition is due 12/04/2014 [Consent: unopposed]. Service: 11/21/2014 by email. [199259] |
| 11/21/2014 | 39 | ORDER granting motion for leave to file an amicus curiae brief [35] filed by International Imaging Technology Council, Auto Care Association, and Automotive Parts Remanufacturers Association. Service: 11/21/2014 by clerk. [199360] |
| 11/24/2014 | 40 | ORDER granting motion to extend time to file cross-appellant's reply brief [38] filed by Cross-Appellant Lexmark International, Inc. Cross-Appellant's reply brief due 12/15/2014.. Service as of this date by Clerk of Court. [199498] |
| 11/24/2014 | 41 | NOTICE OF REJECTION: The brief of Amici Curiae Auto Care Association, Automotive Parts Remanufacturers Association and International Imaging Technology Council, Amicus Curiae Brief [37], is not in compliance with the rules of this court and is therefore rejected for filing. amicus brief due 12/08/2014. Service as of this date by Clerk of Court. [199744] |
| 11/24/2014 | 42 | NOTICE OF DEFICIENCY: The attorney entry of appearance Docket No. [34] does not list all represented parties therefore cannot be accepted for filing at this time. You are being afforded the opportunity to correct the deficiency. At the discretion of the court, the corrected document may be accepted for filing if received before midnight (EST) on the date of this notice. (if needed attach list of all represented parties to corrected EOA) [199756] |
| 11/24/2014 | 43 | Corrected Entry of appearance for Seth D. Greenstein as principal counsel for Amici Curiae Auto Care Association, Automotive Parts Remanufacturers Association and International Imaging Technology Council. Service: 11/24/2014 by email. [199806] |
| 11/24/2014 | 44 | Notice of Correction to the Brief Doc No. [37] for Amici Curiae Auto Care Association, Automotive Parts Remanufacturers Association and International Imaging Technology Council. Service: 11/24/2014 by email. [199808] |
| 11/25/2014 | 45 | NOTICE OF DEFICIENCY: The brief submitted as a Notice of Correction Docket No. [44] filed by Amici Curiae Automotive Parts Remanufacturers Association, International Imaging Technology Council and Auto Care Association in 14-1617 is submitted using the incorrect event and therefore cannot be accepted for filing at this time. The corrected brief must be submitted using the brief tendered event. A notice of correction is not required. You are being afforded the opportunity to correct the deficiency. At the discretion of the court, the corrected document may be accepted for filing if received before midnight (EST) on the date of this notice. [200128] |
| 11/25/2014 | 46 | NOTICE OF DEFICIENCY: The attorney entry of appearance Docket No. [43] filed by Amici Curiae Automotive Parts Remanufacturers Association, International Imaging Technology Council and Auto Care Association in 14-1617 is without a proper/complete proof of service and therefore cannot be accepted for filing at this time. You are being afforded the opportunity to correct the deficiency. At the discretion of the court, the corrected document may be accepted for filing if received before midnight (EST) on the date of this notice. (when resubmitting attach list of representing parties to EOA) [200135] |
| 11/25/2014 | 47 | TENDERED from Amici Curiae Auto Care Association, Automotive Parts Remanufacturers Association and International Imaging Technology Council. Title: CORRECTED AMICUS CURIAE BRIEF. Service: 11/25/2014 by email. [200146] |

| | | |
|---|---|---|
| 11/25/2014 | 48 | Entry of appearance for Seth D. Greenstein as principal counsel for Amici Curiae Auto Care Association, Automotive Parts Remanufacturers Association and International Imaging Technology Council. Service: 11/25/2014 by email. [200148] |
| 11/25/2014 | 49 | NOTICE OF DEFICIENCY: The attorney entry of appearance Docket No. [48] filed by Amici Curiae Automotive Parts Remanufacturers Association, International Imaging Technology Council and Auto Care Association in 14-1617 is without a proper/complete proof of service and is illegible due to the small font used to indicate the name of party(s) being represented. Please submit a separate attachment with the Entry of Appearance form that lists the names of the parties being represented. At this time the entry of appearance cannot be accepted for filing. You are being afforded the opportunity to correct the deficiency. At the discretion of the court, the corrected document may be accepted for filing if received before midnight (EST) on the date of this notice. [200178] |
| 11/25/2014 | 50 | Entry of appearance for Seth D. Greenstein as principal counsel for Amici Curiae Auto Care Association, Automotive Parts Remanufacturers Association and International Imaging Technology Council. Service: 11/25/2014 by email. [200221] |
| 11/25/2014 | 51 | AMICUS BRIEF FILED for Auto Care Association, Automotive Parts Remanufacturers Association and International Imaging Technology Council [47]. Number of Pages: 27. Service: 11/25/2014 by email. Pursuant to ECF-10, filer is directed to file six copies of the brief in paper format. The paper copies of the brief should be received by the court on or before 12/01/2014. [200304] |
| 12/01/2014 | 52 | 6 paper copies of the amicus Brief [51] received from Amici Curiae Auto Care Association, Automotive Parts Remanufacturers Association and International Imaging Technology Council. [200699] |
| 12/12/2014 | 53 | Statement of Compliance with Fed. Cir. R. 33 for Appellant Impression Products, Inc.. Service: 12/12/2014 by email. [203802] |
| 12/15/2014 | 54 | TENDERED from Cross-Appellant Lexmark International, Inc.. Title: REPLY BRIEF. Service: 12/15/2014 by email. [204188] |
| 12/15/2014 | 55 | REPLY BRIEF FILED for Cross-Appellant Lexmark International, Inc. [54]. Number of Pages: 24. Service: 12/15/2014 by email. Pursuant to ECF-10, filer is directed to file six copies of the brief in paper format. The paper copies of the brief should be received by the court on or before 12/22/2014. Appendix is due 12/29/2014. [204753] |
| 12/18/2014 | 56 | 6 paper copies of the Reply Brief [55] received from Cross-Appellant Lexmark International, Inc.. [205138] |
| 12/23/2014 | 57 | TENDERED from Appellant Impression Products, Inc. and Cross-Appellant Lexmark International, Inc.. Title: JOINT APPENDIX. Service: 12/23/2014 by email. [205929] This brief has been replaced. See Doc No. [64] |
| 12/23/2014 | 58 | APPENDIX FILED for Impression Products, Inc. [57]. Number of Pages: 641. Service: 12/23/2014 by email. Pursuant to ECF-10, filer is directed to file six copies of the brief in paper format. The paper copies of the brief should be received by the court on or before 01/05/2015. [206577] This brief has been replaced. See doc No. [64] |
| 12/30/2014 | 59 | Notice of Correction to the Brief Doc No. [57] for Appellant Impression Products, Inc.. Service: 12/30/2014 by email. [206748] |
| 12/30/2014 | 60 | TENDERED from Appellant Impression Products, Inc.. Title: CORRECTED JOINT APPENDIX. Service: 12/30/2014 by email. [206749] |
| 12/30/2014 | 61 | TENDERED from Appellant Impression Products, Inc.. Title: CORRECTED CONFIDENTIAL JOINT APPENDIX Service: 12/30/2014 by email, US mail. [206750] |
| 12/30/2014 | 63 | |

|            |      |                                                                                                                                                                                                                                                                              |
|------------|------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |      | CONFIDENTIAL JOINT APPENDIX FILED for Impression Products, Inc. [61]. Number of Pages: 656. Service: 12/30/2014 by email. Pursuant to ECF-10 six paper copies should be filed of the confidential version only. [207149]                                                       |
| 12/30/2014 | 64   | CORRECTED APPENDIX FILED for Impression Products, Inc. [60]. Number of Pages: 628. Service: 12/30/2014 by email. Pursuant to ECF-10, filer is directed to file six copies of the brief in paper format. The paper copies of the brief should be received by the court on or before 01/12/2015. [207151] |
| 01/05/2015 | 62   | MOTION of Amici Curiae Auto Care Association, Automotive Parts Remanufacturers Association and International Imaging Technology Council to allow argument. Response/Opposition is due 01/20/2015 [Consent: partial consent]. Service: 01/04/2015 by email. [206964]            |
| 01/07/2015 | 65   | 6 paper copies of the appendix Brief [63] received from Appellant Impression Products, Inc.. [207861]                                                                                                                                                                        |
| 01/09/2015 | 66   | MOTION of Amici Curiae Auto Care Association, Automotive Parts Remanufacturers Association and International Imaging Technology Council for additional time at oral argument. Response/Opposition is due 01/23/2015, to allow argument. Response/Opposition is due 01/23/2015 [Consent: partial consent]. Service: 01/09/2015 by email. [208675] |
| 01/13/2015 | 67   | ORDER deferring motion to allow argument [62] [66] and deferring motion to seek more time for argument [66] to the merits panel assigned to hear this case. A copy of this order, the motion and any responses shall be transmitted to the merits panel assigned to hear this case.; - FOR CALENDAR. Service: 01/13/2015 by clerk. [209414] |
| 01/15/2015 | 68   | RESPONSE of Cross-Appellant Lexmark International, Inc. to the motion to seek more time for argument [66] filed by Amici Curiae Automotive Parts Remanufacturers Association, International Imaging Technology Council and Auto Care Association in 14-1617 , motion to allow argument [66] filed by Amici Curiae Automotive Parts Remanufacturers Association, International Imaging Technology Council and Auto Care Association in 14-1617. Service: 01/15/2015 by email. [210312] |
| 01/21/2015 | 69   | NOTICE OF CALENDARING. Panel: 1503J. Case scheduled Mar 05, 2015 10:00 a.m. at the United States Court of Appeals for the Federal Circuit (Howard T. Markey National Courts Building, 717 Madison Place, N.W. Washington, DC 20439), Courtroom 201. Response to oral argument order due: 02/17/2015. Counsel should check-in 30 minutes prior to the opening of the session. Please review the Oral Argument Order. [211185] **THIS NOTICE APPLIES TO CASE(S):** [14-5134, 14-1475, 14-1617, 14-1546] |
| 01/23/2015 | 70   | RESPONSE of Amici Curiae Auto Care Association, Automotive Parts Remanufacturers Association and International Imaging Technology Council to the motion to seek more time for argument [66] filed by Amici Curiae Automotive Parts Remanufacturers Association, International Imaging Technology Council and Auto Care Association in 14-1617 , motion to allow argument [66] filed by Amici Curiae Automotive Parts Remanufacturers Association, International Imaging Technology Council and Auto Care Association in 14-1617. Service: 01/23/2015 by email. [212012] |
| 01/30/2015 | 71   | ORDER filed denying [66] motion to seek more time for argument filed by Automotive Parts Remanufacturers Association, International Imaging Technology Council and Auto Care Association; denying [66] motion to allow argument filed by Automotive Parts Remanufacturers Association, International Imaging Technology Council and Auto Care Association. By: Merits Panel (Per Curiam). Service as of this date by Clerk of Court. [214017] |
| 02/05/2015 | 72   | Response to oral argument order from the Cross-Appellant Lexmark International, Inc.. designating Timothy C. Meece as arguing attorney. Designated time for                                                                                                                   |

| | | |
|---|---|---|
| | | argument: 15 minutes. Designated time for rebuttal: 0 minutes. Service of other counsel by Notice of Docket Activity from this entry. [215388] |
| 02/05/2015 | 73 | Response to oral argument order from the Appellant Impression Products, Inc.. designating Edward F. O'Connor as arguing attorney. Designated time for argument: 5 minutes. Designated time for rebuttal: 10 minutes. Service of other counsel by Notice of Docket Activity from this entry. [215486] |
| 03/05/2015 | 74 | Clerk's Note to the File: Clerk's Note to the File: The court is rescheduling counsels' March 5, 2015 oral arguments for Friday, March 6, 2015 starting at 2 p.m. Please refer to the website for updates regarding weather related delays. (Ref: calendar notice , [69]) [221760] [14-5134, 14-1617, 14-1546] |
| 03/06/2015 | 75 | Submitted after ORAL ARGUMENT by Mr. Edward F. O'Connor for Impression Products, Inc. and Mr. Timothy Colin Meece for Lexmark International, Inc.. Panel: Judge: Prost , Judge: Mayer , Judge: O'Malley. [222107] |
| 03/09/2015 | 76 | Letter from Cross-Appellant Lexmark International, Inc. regarding confidentiality designation. Service: 03/09/2015 by email. [222487] |
| 03/13/2015 | 77 | Clerk's Notice to the United States District Court for the Southern District of Ohio to transmit the Record [ SEALED Docket #661 Exhibit # (s) A-O Joint Motion for Entry of Stipulated Order Regarding Supplementation of Record, Limited Reconsideration to the Extent Necessary to Preserve Appellate Rights, for Non-Infringement with Respect to Toner Cartridges First Sold Outside the United States, and for Entry of Final Judgment. Exhibits A-O are attached to the document.]. The record/exhibit is due to the CAFC on or before 03/23/2015. Service as of this date by Clerk of Court. [223888] |
| 03/18/2015 | 78 | Letter from Cross-Appellant Lexmark International, Inc. regarding confidentiality designation. Service: 03/18/2015 by email. [225187] |
| 04/01/2015 | 79 | Record, Received from on 04/01/2015. item(s) [CD Rom]. [228736] |
| 04/13/2015 | 80 | **REMINDER**: All counsel of record [Edward F. O'Connor] are reminded of their responsibility per Fed. Cir. R. 47.4(a), Fed. Cir. R. 47.3 and ECF-2(E) to promptly submit an amended Certificate of Interest (COI) and/or Entry of Appearance (EOA) as information changes during the pendency of the appeal. Failure to comply with these Rules may delay the timely processing of your case or result in adverse action. [232264] |
| 04/13/2015 | 81 | Amended Certificate of Interest for the Appellant Impression Products, Inc.. Service: 04/13/2015 by email. [232313] |
| 04/13/2015 | 82 | Amended Entry of appearance for Edward F. O'Connor as principal counsel for Appellant Impression Products, Inc.. Service: 04/13/2015 by email. [232315] |
| 04/14/2015 | 83 | PRECEDENTIAL ORDER filed. The court sua sponte orders that this case be heard en banc. The parties are requested to file new briefs addressing the issues listed in the order. Appellant's brief is due 05/29/2015. Therefore, the court further orders that the parties file a copy of the stipulation with the court within 10 days of this order. By: En Banc (Per Curiam). Service as of this date by Clerk of Court. [232586] [14-1617, 14-1619] |
| 04/24/2015 | 84 | SUBMISSION OF RECORD MATERIALS PURSUANT TO APRIL 14, 2015 EN BANC ORDER (D.E. 83) for Cross-Appellant Lexmark International, Inc.. Service: 04/24/2015 by email. [235640] |
| 05/21/2015 | 85 | MOTION of Appellant Impression Products, Inc. to extend time until 06/12/2015 to file (Defendant-Appellant's En Banc Brief). Response/Opposition is due 06/04/2015 [Consent: unopposed]. Service: 05/21/2015 by email. [242820] |
| 05/21/2015 | 86 | TENDERED from Amici Curiae Frederick M. Abbott and Margreth Barrett. Title: AMICUS CURIAE BRIEF. [243255] This brief has been rejected. See Doc No. [87] |

| | | |
|---|---|---|
| 05/26/2015 | 87 | NOTICE OF REJECTION: The brief of Amici Curiae Frederick M. Abbott and Margreth Barrett, AMICUS CURIAE BRIEF [86], is not in compliance with the rules of this court and is therefore rejected for filing. Amicus brief due 06/09/2015. Service as of this date by Clerk of Court. [243259] |
| 05/26/2015 | 89 | ORDER filed granting motion to extend time to file (other) [85] filed by Appellant Impression Products, Inc. The En Banc Brief of Appellant is due on or before 06/12/2015. By: En Banc (Per Curiam). Service as of this date by Clerk of Court. [243406] |
| 06/03/2015 | 90 | Entry of appearance for Kristin L. Yohannan as principal counsel for American Intellectual Property Law Association. Service: 06/03/2015 by email, US mail. [245607] |
| 06/03/2015 | 91 | Entry of appearance for Tihua Huang as of counsel for American Intellectual Property Law Association. Service: 06/03/2015 by email, US mail. [245611] |
| 06/04/2015 | 92 | CLERK'S OFFICE QUALITY CONTROL MESSAGE: re:attorney entry of appearance Docket No. [91], attorney entry of appearance Docket No. [90], ERROR: Entry of appearance filed for American Intellectual Property Law Association who are not parties in this case. CORRECTION: File proper relief to add parties to the appeal if this is what you intend. THIS MESSAGE IS FOR INFORMATIONAL PURPOSES ONLY. [245934] |
| 06/05/2015 | 93 | Entry of appearance for Kristin L. Yohannan as principal counsel for American Intellectual Property Law Association. Service: 06/05/2015 by email, US mail. [246331] |
| 06/05/2015 | 94 | Entry of appearance for Tihua Huang as of counsel for American Intellectual Property Law Association. Service: 06/05/2015 by email, US mail. [246332] |
| 06/05/2015 | 95 | Entry of appearance for Lisa K. Jorgenson as of counsel for American Intellectual Property Law Association. Service: 06/05/2015 by email, US mail. [246333] |
| 06/05/2015 | 96 | TENDERED from American Intellectual Property Law Association Title: AMICUS CURIAE BRIEF. Service: 06/05/2015 by email. [246336] |
| 06/05/2015 | 99 | AMICUS BRIEF FILED for AIPLA [96]. Number of Pages: 30. Service: 06/05/2015 by email. Pursuant to the court's order the filer is directed to file 31 copies of the brief in paper format. The paper copies of the brief should be received by the court on or before 06/15/2015. [246817] |
| 06/05/2015 | 100 | TENDERED from Amici Curiae Frederick M. Abbott and Margreth Barrett. Title: CORRECTED AMICUS CURIAE BRIEF. [246967] |
| 06/05/2015 | 101 | CORRECTED AMICUS BRIEF FILED for Frederick M. Abbott and Margreth Barrett [100]. Number of Pages: 16. Service: 06/05/2015 by US mail. Pursuant to ECF-10, filer is directed to file six copies of the brief in paper format.. [246968] |
| 06/05/2015 | 102 | 32 paper copies of the amicus Brief [101] received from Amici Curiae Frederick M. Abbott and Margreth Barrett. [246970] |
| 06/09/2015 | 97 | NOTICE OF DEFICIENCY: The attorney entry of appearance Document No. [95] is without a proper/complete proof of service and therefore cannot be accepted for filing at this time. You are being afforded the opportunity to correct the deficiency. At the discretion of the court, the corrected document may be accepted for filing if received before midnight (EST) on the date of this notice. [246803] |
| 06/09/2015 | 98 | NOTICE OF DEFICIENCY: The attorney entry of appearance Document No. [95] is without a proper/complete proof of service and therefore cannot be accepted for filing at this time. You are being afforded the opportunity to correct the deficiency. At the discretion of the court, the corrected document may be accepted for filing if received before midnight (EST) on the date of this notice. [246806] |
| 06/09/2015 | 103 | |

|  |  |  |
|---|---|---|
|  |  | Entry of appearance for ASSOCIATION OF THE BAR OF THE CITY OF NEW YORK as of counsel for Aaron L.J. Pereira. Service: 06/09/2015 by email, US mail. [246985] |
| 06/10/2015 | 104 | 31 paper copies of the amicus Brief [99] received from Amicus Curiae AIPLA. [247307] |
| 06/12/2015 | 105 | TENDERED from Appellant Impression Products, Inc.. Title: OPENING BRIEF. Service: 06/12/2015 by email. [247878] |
| 06/12/2015 | 106 | Entry of appearance for Melissa N. Patterson as principal counsel for United States of America. Service: 06/12/2015 by email, US mail. [247886] |
| 06/12/2015 | 107 | Entry of appearance for Mark R Freeman as of counsel for United States of America. Service: 06/12/2015 by email, US mail. [248048] |
| 06/12/2015 | 108 | MOTION of United States of America to extend the time to 06/29/2015 at 11:59 pm to file the amicus curiae brief. Response/Opposition is due 06/25/2015 [Consent: unopposed]. Service: 06/12/2015 by email, US mail. [248054] |
| 06/12/2015 | 109 | Entry of appearance for James R. Klaiber as principal counsel for Association of the Bar of the City of New York. Service: 06/12/2015 by email. [248076] |
| 06/12/2015 | 110 | CORRECTED certificate of service Association of the Bar of the City of New York for attorney entry of appearance , Doc No. [109]. Service: 06/12/2015 by email. [248079] |
| 06/12/2015 | 111 | BRIEF FILED for Appellant Impression Products, Inc. [105]. Number of Pages: 23. Service: 06/12/2015 by email. Pursuant to court order, filer is directed to file original and 30 copies of the brief in paper format. The paper copies of the brief should be received by the court on or before 06/22/2015. Cross-Appellant Lexmark International, Inc. brief is due 07/13/2015. [248177]--[Edited 06/15/2015 by SJ to correct number of paper copies due] |
| 06/16/2015 | 112 | ORDER filed granting motion to extend time to file amicus brief for U.S. [108]. By: En Banc (Per Curiam). Service as of this date by Clerk of Court. [248662] |
| 06/16/2015 | 113 | 31 paper copies of the Opening Brief [111] received from Appellant Impression Products, Inc. [248829] |
| 06/16/2015 | 114 | Entry of appearance for Timothy P. Heaton as of counsel for Association of the Bar of the City of New York. Service: 06/16/2015 by email, US mail. [248995] |
| 06/18/2015 | 115 | Entry of appearance for Daniel S. Stringfield as principal counsel for Licensing Executives Society (U.S.A. and Canada), Inc.. Service: 06/18/2015 by email, US mail. [249702] |
| 06/18/2015 | 116 | Entry of appearance for Katherine H. Johnson as of counsel for Licensing Executives Society (U.S.A. and Canada), Inc.. Service: 06/18/2015 by email, US mail. [249706] |
| 06/18/2015 | 117 | Entry of appearance for Brian P. O'Shaughnessy as of counsel for Licensing Executives Society (U.S.A. and Canada), Inc.. Service: 06/18/2015 by email, US mail. [249709] |
| 06/18/2015 | 118 | Entry of appearance for Merritt R. Blakeslee as principal counsel for Recycling Times Media Corporation. Service: 06/18/2015 by email. [249765] |
| 06/18/2015 | 119 | TENDERED from Recycling Times Media Corporation Title: AMICUS CURIAE BRIEF. Service: 06/18/2015 by email. [249768] |
| 06/18/2015 | 184 | AMICUS BRIEF FILED for Recycling Times Media Corporation [119]. Number of Pages: 25. Service: 06/18/2015 by email. Pursuant to ECF-10, filer is directed to file six copies of the brief in paper format. The paper copies of the brief should be received by the court on or before 06/29/2015. [251037] |
| 06/19/2015 | 120 |  |

| | | TENDERED from Computer & Communications Industry Association Title: AMICUS CURIAE BRIEF. Service: 06/19/2015 by email. [249887] |
|---|---|---|
| 06/19/2015 | 121 | Entry of appearance for Matthew Levy as principal counsel for Computer & Communications Industry Asssociation. Service: 06/19/2015 by email, US mail. [249888] |
| 06/19/2015 | 122 | Entry of appearance for W. Douglas Kari, Esq. as principal counsel for Association of Service and Computer Dealers International, Inc. and Owners' Rights Initiative. Service: 06/19/2015 by email, US mail. [249889] |
| 06/19/2015 | 123 | TENDERED from Association of Service and Computer Dealers International, Inc. and Owners' Rights Initiative Title: AMICUS CURIAE BRIEF. Service: 06/19/2015 by email. [249946] |
| 06/19/2015 | 124 | TENDERED from Licensing Executives Society (U.S.A. and Canada), Inc. Title: OPENING BRIEF. Service: 06/19/2015 by email. [249961] |
| 06/19/2015 | 125 | Entry of appearance for Robert A. Surrette as principal counsel for Association of Medical Device Reprocessors. Service: 06/19/2015 by email, US mail. [249989] |
| 06/19/2015 | 126 | Entry of appearance for Christopher M. Scharff as of counsel for Association of Medical Device Reprocessors. Service: 06/19/2015 by email, US mail. [249991] |
| 06/19/2015 | 127 | Amended Certificate of Interest for the Cross-Appellant Lexmark International, Inc.. Service: 06/19/2015 by email, US mail. [249997] |
| 06/19/2015 | 128 | TENDERED from Association of Medical Device Reprocessors Title: AMICUS CURIAE BRIEF. Service: 06/19/2015 by email. [249998] |
| 06/19/2015 | 129 | Entry of appearance for Robert N. Hochman as of counsel for Cross-Appellant Lexmark International, Inc.. Service: 06/19/2015 by email, US mail. [249999] |
| 06/19/2015 | 130 | Entry of appearance for Joshua J. Fougere as of counsel for Cross-Appellant Lexmark International, Inc.. Service: 06/19/2015 by email, US mail. [250006] |
| 06/19/2015 | 131 | Entry of appearance for Steven C. Sereboff as of counsel for Conejo Valley Bar Association. Service: 06/19/2015 by email. [250007] |
| 06/19/2015 | 132 | Entry of appearance for M. Kala Sarvaiya as principal counsel for Conejo Valley Bar Association. Service: 06/19/2015 by email. [250010] |
| 06/19/2015 | 133 | TENDERED from Conejo Valley Bar Association Title: AMICUS CURIAE BRIEF. Service: 06/19/2015 by email. [250015] |
| 06/19/2015 | 134 | TENDERED from THE NEW YORK INTELLECTUAL PROPERTY LAW ASSOCIATION Title: AMICUS CURIAE BRIEF. Service: 06/19/2015 by email. [250030] |
| 06/19/2015 | 135 | TENDERED from Amici Curiae Auto Care Association, Automotive Parts Remanufacturers Association and International Imaging Technology Council. Title: AMICUS CURIAE BRIEF. Service: 06/19/2015 by email. [250032] This brief has been rejected. See Doc No. [190] |
| 06/19/2015 | 136 | Entry of appearance for Noah M. Leibowitz as principal counsel for THE NEW YORK INTELLECTUAL PROPERTY LAW ASSOCIATION. Service: 06/19/2015 by email, US mail. [250034] |
| 06/19/2015 | 137 | Entry of appearance for David F. Ryan as of counsel for THE NEW YORK INTELLECTUAL PROPERTY LAW ASSOCIATION. Service: 06/19/2015 by email, US mail. [250040] |
| 06/19/2015 | 138 | Entry of appearance for Walter E. Hanley, Jr. as of counsel for THE NEW YORK INTELLECTUAL PROPERTY LAW ASSOCIATION. Service: 06/19/2015 by email, US mail. [250041] |
| 06/19/2015 | | |

| | 139 | Entry of appearance for Charles Duan as principal counsel for Public Knowledge, the Electronic Frontier Foundation, the Open Source Hardware Association, the Digital Right to Repair Coalition, and Public Citizen, Inc.. Service: 06/19/2015 by email. [250050] |
|---|---|---|
| 06/19/2015 | 140 | Entry of appearance for Peter J. Wied as principal counsel for Quanta Computer, Inc., Acer, Inc.. Service: 06/19/2015 by email. [250055] |
| 06/19/2015 | 141 | Entry of appearance for Vincent K. Yip as of counsel for Quanta Computer, Inc., Acer, Inc.. Service: 06/19/2015 by email. [250057] |
| 06/19/2015 | 142 | Entry of appearance for Vera Ranieri as of counsel for Public Knowledge, Electronic Frontier Foundation, the Open Source Hardware Association, the Digital Right to Repair Coalition, and Public Citizen, Inc.. Service: 06/19/2015 by email, US mail. [250060] |
| 06/19/2015 | 143 | TENDERED from Quanta Computer, Inc., Acer, Inc. Title: AMICUS CURIAE BRIEF. Service: 06/19/2015 by email. [250062] |
| 06/19/2015 | 144 | Entry of appearance for Sherwin Siy as of counsel for Public Knowledge, the Electronic Frontier Foundation, the Open Source Hardware Association, the Digital Right to Repair Coalition, and Public Citizen, Inc.. Service: 06/19/2015 by email, US mail. [250064] |
| 06/19/2015 | 145 | Entry of appearance for John R. Alison as principal counsel for HTC Corporation and HTC America, Inc.. Service: 06/19/2015 by email, US mail. [250065] |
| 06/19/2015 | 146 | TENDERED from LG Electronic, Inc., Dell Inc., Google Inc., Intel Corporation, L Brands Inc., Newegg Inc., Ninestar Image Tech Limited, QVC, Inc., Samsung Electronics Co., Ltd., SAS Institute, Inc., Xilinx, Inc. Title: AMICUS CURIAE BRIEF. Service: 06/19/2015 by email. [250067] |
| 06/19/2015 | 147 | Entry of appearance for Gino Cheng as of counsel for HTC Corporation and HTC America, Inc.. Service: 06/19/2015 by email, US mail. [250072] |
| 06/19/2015 | 148 | TENDERED from Association of the Bar of the City of New York Title: AMICUS CURIAE BRIEF. Service: 06/19/2015 by email. [250075] |
| 06/19/2015 | 149 | Entry of appearance for Owais Siddiqui as of counsel for HTC Corporation and HTC America, Inc.. Service: 06/19/2015 by email, US mail. [250079] |
| 06/19/2015 | 150 | Entry of appearance for Andrew J. Pincus as principal counsel for LG Electronics, Inc., Dell Inc., Google Inc., Intel Corporation, L Brands Inc., Newegg Inc., Ninestar Image Tech Limited, QVC, Inc., Samsung Electronics Co., Ltd., SAS Institute, Inc., Xilinx, Inc.. Service: 06/19/2015 by email, US mail. [250083] |
| 06/19/2015 | 151 | TENDERED from HTC Corporation and HTC America, Inc. Title: AMICUS CURIAE BRIEF. Service: 06/19/2015 by email, US mail. [250086] |
| 06/19/2015 | 152 | Entry of appearance for Raza Panjwani as of counsel for Public Knowledge, the Electronic Frontier Foundation, the Open Source Hardware Association, the Digital Right to Repair Coalition, and Public Citizen, Inc.. Service: 06/19/2015 by email. [250087] |
| 06/19/2015 | 153 | Entry of appearance for Jamie B. Beaber as of counsel for LG Electronics, Inc., Dell Inc., Google Inc., Intel Corporation, L Brands Inc., Newegg Inc., Ninestar Image Tech Limited, QVC, Inc., Samsung Electronics Co., Ltd., SAS Institute, Inc., Xilinx, Inc.. Service: 06/19/2015 by email, US mail. [250090] |
| 06/19/2015 | 154 | Entry of appearance for Kfir B. Levy as of counsel for LG Electronics, Inc., Dell Inc., Google Inc., Intel Corporation, L Brands Inc., Newegg Inc., Ninestar Image Tech Limited, QVC, Inc., Samsung Electronics Co., Ltd., SAS Institute, Inc., Xilinx, Inc.. Service: 06/19/2015 by email, US mail. [250100] |
| 06/19/2015 | 155 | |

| | | |
|---|---|---|
| | | Entry of appearance for Susan van Keulen as of counsel for SK hynix Inc.. Service: 06/19/2015 by email, US mail. [250106] |
| 06/19/2015 | 156 | Entry of appearance for Paul W. Hughes as of counsel for LG Electronics, Inc., Dell Inc., Google Inc., Intel Corporation, L Brands Inc., Newegg Inc., Ninestar Image Tech Limited, QVC, Inc., Samsung Electronics Co., Ltd., SAS Institute, Inc., Xilinx, Inc.. Service: 06/19/2015 by email, US mail. [250107] |
| 06/19/2015 | 157 | Entry of appearance for Susan Roeder as of counsel for SK hynix Inc.. Service: 06/19/2015 by email, US mail. [250111] |
| 06/19/2015 | 158 | Entry of appearance for Charles C. Lifland as principal counsel for SK hynix Inc.. Service: 06/19/2015 by email, US mail. [250114] |
| 06/19/2015 | 159 | Entry of appearance for James Suh as of counsel for LG Electronics, Inc.. Service: 06/19/2015 by email, US mail. [250115] |
| 06/19/2015 | 160 | TENDERED from SK hynix Inc. Title: AMICUS CURIAE BRIEF. Service: 06/19/2015 by email. [250119] |
| 06/19/2015 | 161 | Entry of appearance for Matthew R. Hulse as of counsel for Intel Corporation. Service: 06/19/2015 by email, US mail. [250121] |
| 06/19/2015 | 162 | Entry of appearance for Matthew J. Moore as principal counsel for Costco Wholesale Corporation and Retail Litigation Center, Inc.. Service: 06/19/2015 by email, US mail. [250131] |
| 06/19/2015 | 163 | Entry of appearance for Melissa Arbus Sherry as of counsel for Costco Wholesale Corporation and Retail Litigation Center, Inc.. Service: 06/19/2015 by email, US mail. [250134] |
| 06/19/2015 | 164 | Entry of appearance for J. Scott Ballenger as of counsel for Costco Wholesale Corporation and Retail Litigation Center, Inc.. Service: 06/19/2015 by email, US mail. [250136] |
| 06/19/2015 | 165 | TENDERED from Costco Wholesale Corporation and Retail Litigation Center, Inc. Title: AMICUS CURIAE BRIEF. Service: 06/19/2015 by email. [250137] |
| 06/19/2015 | 166 | Entry of appearance for Robert T. Haslam as principal counsel for Texas Instruments Inc.. Service: 06/19/2015 by email, US mail. [250145] |
| 06/19/2015 | 167 | Entry of appearance for Ranganath Sudarshan as of counsel for Texas Instruments Inc.. Service: 06/19/2015 by email, US mail. [250150] |
| 06/19/2015 | 168 | Entry of appearance for Nathan Shaffer as of counsel for Texas Instruments Inc.. Service: 06/19/2015 by email, US mail. [250151] |
| 06/19/2015 | 169 | TENDERED from Texas Instruments Inc. Title: AMICUS CURIAE BRIEF. Service: 06/19/2015 by email. [250152] |
| 06/19/2015 | 170 | Entry of appearance for Phillip R. Malone as principal counsel for American Antitrust Institute Intellectual Property Professors. Service: 06/19/2015 by email, US mail. [250163] |
| 06/19/2015 | 171 | Entry of appearance for Jeffrey T. Pearlman as of counsel for American Antitrust Institute and Intellectual Property Professors. Service: 06/19/2015 by email, US mail. [250169] |
| 06/19/2015 | 172 | Entry of appearance for Steven A. Hirsch as principal counsel for SanDisk Corporation. Service: 06/19/2015 by email. [250170] |
| 06/19/2015 | 173 | Entry of appearance for Robert A. Van Nest as of counsel for SanDisk Corporation. Service: 06/19/2015 by email. [250171] |
| 06/19/2015 | 174 | Entry of appearance for Christa M. Anderson as of counsel for SanDisk Corporation. Service: 06/19/2015 by email. [250172] |

| 06/19/2015 | 175 | Entry of appearance for Leo L. Lam as of counsel for SanDisk Corporation. Service: 06/19/2015 by email. [250174] |
|---|---|---|
| 06/19/2015 | 176 | TENDERED from SanDisk Corporation Title: AMICUS CURIAE BRIEF. Service: 06/19/2015 by email. [250175] |
| 06/19/2015 | 177 | TENDERED from Intellectual Property Professors and American Antitrust Institute Title: AMICUS CURIAE BRIEF. Service: 06/19/2015 by email. [250176] |
| 06/19/2015 | 178 | TENDERED from Public Knowledge, the Electronic Frontier Foundation, the Open Source Hardware Association, the Digital Right to Repair Coalition, and Public Citizen, Inc. Title: AMICUS CURIAE BRIEF. Service: 06/19/2015 by email. [250178] |
| 06/19/2015 | 179 | TENDERED from Licensing Executives Society (U.S.A. and Canada), Inc. Title: AMICUS CURIAE BRIEF. Service: 06/19/2015 by email. [250194] |
| 06/19/2015 | 185 | AMICUS BRIEF FILED for Computer & Communications Industry Association [120]. Number of Pages: 10. Service: 06/19/2015 by email.Pursuant to court order, filer is directed to file original and 30 copies of the brief in paper format. The paper copies of the brief should be received by the court on or before 06/30/2015. [251039] |
| 06/19/2015 | 186 | AMICUS BRIEF FILED for Association of Service and Computer Dealers International, Inc. and Owners' Rights Initiative [123]. Number of Pages: 16. Service: 06/19/2015 by email. Pursuant to court order, filer is directed to file original and 30 copies of the brief in paper format. The paper copies of the brief should be received by the court on or before 06/30/2015. [251043] |
| 06/19/2015 | 187 | AMICUS BRIEF FILED for Association of Medical Device Reprocessors [128]. Number of Pages: 30. Service: 06/09/2015 by email.Pursuant to court order, filer is directed to file original and 30 copies of the brief in paper format. The paper copies of the brief should be received by the court on or before 06/30/2015. [251046] |
| 06/19/2015 | 188 | AMICUS BRIEF FILED for Conejo Valley Bar Association [133]. Number of Pages: 11. Service: 06/19/2015 by email. Pursuant to court order, filer is directed to file original and 30 copies of the brief in paper format. The paper copies of the brief should be received by the court on or before 06/30/2015. [251054] |
| 06/19/2015 | 189 | AMICUS BRIEF FILED for NYIPLA [134]. Number of Pages: 30. Service: 06/19/2015 by email. Pursuant to court order, filer is directed to file original and 30 copies of the brief in paper format. The paper copies of the brief should be received by the court on or before 06/30/2015. [251057] |
| 06/19/2015 | 194 | AMICUS BRIEF FILED for Quanta Computer, Inc. [143]. Number of Pages: 16. Service: 06/19/2015 by email. Pursuant to court order, filer is directed to file original and 30 copies of the brief in paper format. The paper copies of the brief should be received by the court on or before 06/30/2015. [251077] |
| 06/19/2015 | 196 | AMICUS BRIEF FILED for Dell Inc., Google Inc., Intel Corporation, L Brands Inc., LG Electronics, Inc., Newegg, Inc., Ninestar Image Tech Limited, QVC, Inc., SAS Institute, Inc., Samsung Electronic Co., Ltd. and Xilinx, Inc. [146]. Number of Pages: 33. Service: 06/19/2015 by email. Pursuant to court order, filer is directed to file original and 30 copies of the brief in paper format. The paper copies of the brief should be received by the court on or before 06/30/2015. [251083] |
| 06/19/2015 | 197 | AMICUS BRIEF FILED for The Association of the Bar of the City of New York [148]. Number of Pages: 26. Service: 06/19/2015 by email. Pursuant to court order, filer is directed to file original and 30 copies of the brief in paper format. The paper copies of the brief should be received by the court on or before 06/30/2015. [251092] |
| 06/19/2015 | 198 | AMICUS BRIEF FILED for HTC America, Inc. and HTC Corp. [151]. Number of Pages: 30. Service: 06/19/2015 by email. Pursuant to court order, filer is directed to file original and 30 copies of the brief in paper format. The paper copies of the brief should be received by the court on or before 06/30/2015. [251096] |

| | | |
|---|---|---|
| 06/19/2015 | 199 | AMICUS BRIEF FILED for SK Hynix Inc [160]. Number of Pages: 29. Service: 06/19/2015 by email. Pursuant to court order, filer is directed to file original and 30 copies of the brief in paper format. The paper copies of the brief should be received by the court on or before 06/30/2015. [251102] |
| 06/19/2015 | 200 | AMICUS BRIEF FILED for Costco Wholesale Corp. and Retail Litigation Center [165]. Number of Pages: 28. Service: 06/19/2015 by email. Pursuant to court order, filer is directed to file original and 30 copies of the brief in paper format. The paper copies of the brief should be received by the court on or before 06/30/2015. [251113] |
| 06/19/2015 | 201 | AMICUS BRIEF FILED for Texas Instruments, Inc. [169]. Number of Pages: 22. Service: 06/19/2015 by email.Pursuant to court order, filer is directed to file original and 30 copies of the brief in paper format. The paper copies of the brief should be received by the court on or before 06/30/2015. [251115] |
| 06/19/2015 | 202 | AMICUS BRIEF FILED for SanDisk Corporation [176]. Number of Pages: 35. Service: 06/19/2015 by email.Pursuant to court order, filer is directed to file original and 30 copies of the brief in paper format. The paper copies of the brief should be received by the court on or before 06/30/2015. [251120] |
| 06/19/2015 | 203 | AMICUS BRIEF FILED for American Antitrust Institute, Jeremy W. Bock, Esq., Irene Calboli, Professor Michael A. Carrier, Andrew Chin, Samuel Ernst, Shubha Ghosh, Ariel Katz, Mark A. Lemley, Professor Yvette Joy Liebesman, Professor Brian J. Love, Mark P. McKenna, Michael J. Meurer, Professor Tyler T. Ochoa, Mark R. Patterson, Esq., Aaron Perzanowski, John A. Rothchild, Professor Pamela Samuelson, Sharon K. Sandeen, Kurt M. Saunders, Professor Christopher B. Seaman, Katherine J. Strandburg, Professor Jennifer M. Urban, Esq., Ryan Vacca and Sarah R. Wasserman-Rajec [177]. Number of Pages: 30. Service: 06/19/2015 by email. Pursuant to court order, filer is directed to file original and 30 copies of the brief in paper format. The paper copies of the brief should be received by the court on or before 06/30/2015. [251122] |
| 06/19/2015 | 204 | AMICUS BRIEF FILED for Digital Right to Repair Coalition, Electronic Frontier Foundation, Open Source Hardware Association, Public Citizen, Inc. and Public Knowledge [178]. Number of Pages: 31. Service: 06/19/2015 by email. Pursuant to court order, filer is directed to file original and 30 copies of the brief in paper format. The paper copies of the brief should be received by the court on or before 06/30/2015. [251126] |
| 06/19/2015 | 205 | AMICUS BRIEF FILED for Licensing Executive Society (U.S.A. and Canada), Inc. [179]. Number of Pages: 18. Service: 06/19/2015 by email. Pursuant to court order, filer is directed to file original and 30 copies of the brief in paper format. The paper copies of the brief should be received by the court on or before 06/30/2015. [251132] |
| 06/22/2015 | 180 | ORDER filed scheduling oral argument. Oral argument en banc for this appeal is scheduled for October 2, 2015 at 11:00 a.m. in courtroom 201. This appeal will have 30 minutes per side for a total argument time of one hour. By: En Banc (Per Curiam). Service as of this date by Clerk of Court. [250267] |
| 06/22/2015 | 181 | MOTION of Cross-Appellant Lexmark International, Inc. to extend the time to 08/27/2015 to file the appellee/respondent/cross-appellant's principal brief. Response/Opposition is due 07/06/2015 [Consent: unopposed]. Service: 06/22/2015 by email, US mail. [250289] |
| 06/22/2015 | 182 | Response to oral argument order from the Appellant Impression Products, Inc.. designating Edward F. O'Connor as arguing attorney. Designated time for argument: 15 minutes. Designated time for rebuttal: 15 minutes. Service of other counsel by Notice of Docket Activity from this entry. [250448] |
| 06/24/2015 | 183 | Certificate of Interest for the Amici Curiae Digital Right to Repair Coalition, Electronic Frontier Foundation, Open Source Hardware Association, Public Citizen, Inc. and Public Knowledge. Service: 06/24/2015 by email. [250881] |

| 06/24/2015 | 190 | NOTICE OF REJECTION: The brief of Amici Curiae Auto Care Association and Automotive Parts Remanufacturers Association, Amici Curiae [135], is not in compliance with the rules of this court and is therefore rejected for filing. amicus brief due 07/08/2015. Service as of this date by Clerk of Court. [251060] |
| 06/24/2015 | 191 | Certificate of Interest for the Amici Curiae American Antitrust Institute, Jeremy W. Bock, Esq., Irene Calboli, Professor Michael A. Carrier, Andrew Chin, Shubha Ghosh, Ariel Katz, Mark A. Lemley, Professor Yvette Joy Liebesman, Professor Brian J. Love, Mark P. McKenna, Michael J. Meurer, Professor Tyler T. Ochoa, Mark R. Patterson, Esq., Aaron Perzanowski, John A. Rothchild, Ernst Samuel, Professor Pamela Samuelson, Sharon K. Sandeen, Kurt M. Saunders, Professor Christopher B. Seaman, Katherine J. Strandburg and Professor Jennifer M. Urban, Esq.. Service: 06/24/2015 by email, US mail. [251065] |
| 06/24/2015 | 192 | TENDERED from Amici Curiae Auto Care Association, Automotive Parts Remanufacturers Association and International Imaging Technology Council. Title: CORRECTED AMICUS CURIAE BRIEF. Service: 06/24/2015 by email. [251070] |
| 06/24/2015 | 193 | Certificate of Interest for the Amicus Curiae ASCDI. Service: 06/19/2015 by email, US mail. [251075] |
| 06/24/2015 | 195 | CORRECTED certificate of service for Amicus Curiae ASCDI for attorney entry of appearance , Doc No. [122]. Service: 06/24/2015 by email, US mail. [251078] |
| 06/24/2015 | 206 | CORRECTED AMICUS BRIEF FILED for Auto Care Association, Automotive Parts Remanufacturers Association and International Imaging Technology Council [192]. Number of Pages: 29. Service: 06/24/2015 by email. Pursuant to ECF-10, filer is directed to file six copies of the brief in paper format. The paper copies of the brief should be received by the court on or before 06/30/2015. [251139] This brief has been corrected. See Doc No. [222] |
| 06/24/2015 | 207 | Certificate of Interest for the Amici Curiae Dell Inc., Google Inc., Intel Corporation, L Brands Inc., LG Electronics, Inc., Newegg, Inc., Ninestar Image Tech Limited, QVC, Inc., SAS Institute, Inc., Samsung Electronic Co., Ltd. and Xilinx, Inc.. Service: 06/24/2015 by email, US mail. [251185] |
| 06/24/2015 | 208 | Clerk's Note to the File: All Amici Curiae must file a Certificate of Interest using the event- Forms. Federal Circuit Rule 47.4. [251189] |
| 06/24/2015 | 209 | Certificate of Interest for the Amicus Curiae Texas Instruments, Inc.. Service: 06/24/2015 by email. [251196] |
| 06/24/2015 | 210 | Certificate of Interest for the Amicus Curiae SK Hynix Inc. Service: 06/24/2015 by email, US mail. [251197] |
| 06/24/2015 | 211 | Certificate of Interest for the Amici Curiae Auto Care Association, Automotive Parts Remanufacturers Association and International Imaging Technology Council. Service: 06/24/2015 by email, US mail. [251227] |
| 06/24/2015 | 212 | Certificate of Interest for the Amicus Curiae Association of Medical Device Reprocessors. Service: 06/24/2015 by email. [251228] |
| 06/24/2015 | 213 | Certificate of Interest for the Amicus Curiae Licensing Executive Society (U.S.A. and Canada), Inc.. Service: 06/24/2015 by email, US mail. [251232] |
| 06/24/2015 | 214 | Certificate of Interest for the Amici Curiae HTC America, Inc. and HTC Corp.. Service: 06/24/2015 by email, US mail. [251252] |
| 06/24/2015 | 215 | 31 paper copies of the Brief [169] received from Amicus Curiae Texas Instruments, Inc. [251259] |
| 06/25/2015 | 216 | Certificate of Interest for the Amici Curiae Costco Wholesale Corp. and Retail Litigation Center, Inc.. Service: 06/25/2015 by email, US mail. [251304] |
| 06/25/2015 | 217 | |

| | | |
|---|---|---|
| | | Certificate of Interest for the Amici Curiae Acer, Inc. and Quanta Computer, Inc.. Service: 06/25/2015 by email. [251307] |
| 06/25/2015 | 218 | Certificate of Interest for the Amicus Curiae The Association of the Bar of the City of New York. Service: 06/25/2015 by email, US mail. [251328] |
| 06/25/2015 | 219 | Notice of Correction to the Brief Doc No. [192] for Amici Curiae Auto Care Association, Automotive Parts Remanufacturers Association and International Imaging Technology Council. Service: 06/25/2015 by email, US mail. [251359] |
| 06/25/2015 | 220 | TENDERED from Amici Curiae Auto Care Association, Automotive Parts Remanufacturers Association and International Imaging Technology Council. Title: CORRECTED AMICUS CURIAE BRIEF. Service: 06/25/2015 by email. [251361] |
| 06/25/2015 | 221 | Certificate of Interest for the Amicus Curiae SanDisk Corporation. Service: 06/25/2015 by email, US mail. [251373] |
| 06/25/2015 | 222 | CORRECTED AMICUS BRIEF FILED for Auto Care Association, Automotive Parts Remanufacturers Association and International Imaging Technology Council [220]. Number of Pages: 29. Service: 06/25/2015 by email. Pursuant to court order, filer is directed to file original and 30 copies of the brief in paper format. The paper copies of the brief should be received by the court on or before 06/30/2015. [251430] |
| 06/25/2015 | 223 | 31 paper copies of the amicus Brief [187] received from Amicus Curiae Association of Medical Device Reprocessors. [251445] |
| 06/25/2015 | 224 | 31 paper copies of the amicus Brief [199] received from Amicus Curiae SK Hynix Inc. [251446] |
| 06/25/2015 | 225 | 31 paper copies of the amicus Brief [203] received from Amicus Curiae American Antitrust Institute et al. [251448] |
| 06/25/2015 | 226 | 31 paper copies of the amicus Brief [186] received from Amici Curiae Association of Service and Computer Dealers International, Inc. and Owners' Rights Initiative. [251450] |
| 06/25/2015 | 227 | Certificate of Interest for the Amicus Curiae NYIPLA. Service: 06/25/2015 by email, US mail. [251486] |
| 06/25/2015 | 233 | 31 paper copies of the amicus Brief [222] received from Amici Curiae Auto Care Association, Automotive Parts Remanufacturers Association and International Imaging Technology Council. [252217] |
| 06/26/2015 | 228 | Certificate of Interest for the Amicus Curiae Recycling Times Media Corporation. Service: 06/26/2015 by email, US mail. [251689] |
| 06/26/2015 | 229 | Certificate of Interest for the Amicus Curiae AIPLA. Service: 06/26/2015 by email, US mail. [251703] |
| 06/26/2015 | 230 | ORDER filed granting motion to extend time [by 30 days] to file cross-appellant's en banc brief [181] filed by Cross-Appellant Lexmark International, Inc. No further extensions by parties will be granted. Cross-Appellant Lexmark International, Inc. brief due 08/12/2015. By: En Banc (Per Curiam). Service as of this date by Clerk of Court. [251838] |
| 06/26/2015 | 231 | 31 paper copies of the amicus Brief [205], amicus Brief [202], amicus Brief [200], amicus Brief [198], amicus Brief [197], amicus Brief [196], amicus Brief [188], amicus Brief [185], amicus Brief [184] received from Amici Curiae The Association of the Bar of the City of New York, Computer & Communications Industry Association, Conejo Valley Bar Association, Costco Wholesale Corp., Dell Inc., Google Inc., HTC America, Inc., HTC Corp., Intel Corporation, L Brands Inc., LG Electronics, Inc., Licensing Executive Society (U.S.A. and Canada), Inc., Newegg, Inc., Ninestar Image Tech Limited, QVC, Inc., Recycling Times Media Corporation, Retail Litigation Center, Inc., SAS Institute, Inc., Samsung Electronic Co., Ltd., SanDisk Corporation and Xilinx, Inc.. [252001] |

| 06/29/2015 | 232 | 31 paper copies of the amicus Brief [204], amicus Brief [194], amicus Brief [189] received from Amici Curiae Acer, Inc., Digital Right to Repair Coalition, Electronic Frontier Foundation, NYIPLA, Open Source Hardware Association, Public Citizen, Inc., Public Knowledge and Quanta Computer, Inc.. [252208] |
| 06/29/2015 | 234 | TENDERED from Amicus Curiae US. Title: AMICUS CURIAE BRIEF. Service: 06/29/2015 by email. [252231] |
| 06/29/2015 | 235 | AMICUS BRIEF FILED for US [234]. Number of Pages: 28. Service: 06/29/2015 by email. Pursuant to court order, filer is directed to file original and 30 copies of the brief in paper format. The paper copies of the brief should be received by the court on or before 07/07/2015. [252399]--[Edited 06/30/2015 by clerk to reflect court order information] |
| 07/01/2015 | 236 | 31 paper copies of the amicus Brief [235] received from Amicus Curiae US. [252886] |
| 08/12/2015 | 237 | Response to oral argument order from the Cross-Appellant Lexmark International, Inc.. designating Timothy C. Meece as arguing attorney. Designated time for argument: 30 minutes. Designated time for rebuttal: 0 minutes. Service of other counsel by Notice of Docket Activity from this entry. [263623] |
| 08/12/2015 | 238 | Entry of appearance for Mark Schonfeld as principal counsel for Imaging Supplies Coalition. Service: 08/12/2015 by email, US mail. [263668] This document has been rejected. See Doc. No. [241] |
| 08/12/2015 | 239 | TENDERED from Cross-Appellant Lexmark International, Inc.. Title: RESPONSE BRIEF. Service: 08/12/2015 by email. [263726] |
| 08/12/2015 | 240 | BRIEF FILED for Cross-Appellant Lexmark International, Inc. [239]. Number of Pages: 58. Service: 08/12/2015 by email. Pursuant to court order, filer is directed to file original and 30 copies of the brief in paper format. The paper copies of the brief should be received by the court on or before 08/18/2015. Appellant Impression Products, Inc. reply brief is due 08/27/2015. [263825] |
| 08/13/2015 | 241 | Notice of Rejection to Imaging Supplies Coalition, the following document(s) cannot be filed: [238] attorney entry of appearance. Reason(s): no motion or brief for amicus party.. [264047] |
| 08/14/2015 | 242 | 31 paper copies of the Opening Response Brief [240] received from Cross-Appellant Lexmark International, Inc. [264282] |
| 08/18/2015 | 243 | Entry of appearance for Sara Beccia as of counsel for Imaging Supplies Coalition. Service: 08/18/2015 by email. [265025] |
| 08/18/2015 | 244 | Entry of appearance for Mark Schonfeld as principal counsel for Imaging Supplies Coalition. Service: 08/18/2015 by email. [265028] |
| 08/18/2015 | 245 | TENDERED from Imaging Supplies Coalition Title: AMICUS CURIAE BRIEF. Service: 08/18/2015 by email. [265039] |
| 08/18/2015 | 246 | Amended Entry of appearance for Mark Schonfeld as principal counsel for Imaging Supplies Coalition. Service: 08/18/2015 by email. [265056] |
| 08/18/2015 | 247 | Amended Entry of appearance for Sara Beccia as of counsel for Imaging Supplies Coalition. Service: 08/18/2015 by email. [265059] |
| 08/18/2015 | 248 | Entry of appearance for Kathi A. Cover as principal counsel for iBiquity Digital Corporation. Service: 08/18/2015 by email, US mail. [265090] |
| 08/18/2015 | 257 | AMICUS BRIEF FILED for Imaging Supplies Coalition [245]. Number of Pages: 30. Service: 08/18/2015 by email. Pursuant to ECF-10, filer is directed to file six copies of the brief in paper format. The paper copies of the brief should be received by the court on or before 08/24/2015. [265532] |
| 08/19/2015 | 249 | |

|  |  | Entry of appearance for Garrard R. Beeney as principal counsel for Dolby Laboratories, Inc.. Service: 08/19/2015 by email, US mail. [265356] |
|---|---|---|
| 08/19/2015 | 250 | Entry of appearance for Adam R. Brebner as of counsel for Dolly Laboratories, Inc.. Service: 08/19/2015 by email, US mail. [265390] |
| 08/19/2015 | 251 | Entry of appearance for Robert P. Taylor as principal counsel for Intellectual Property Owners Associaton. Service: 08/19/2015 by email, US mail. [265413] |
| 08/19/2015 | 252 | Entry of appearance for Philip S. Johnson as of counsel for Intellectual Property Owners Associaton. Service: 08/19/2015 by email. [265414] |
| 08/19/2015 | 253 | Entry of appearance for Kevin H. Rhodes as of counsel for Intellectual Property Owners Associaton. Service: 08/19/2015 by email. [265415] |
| 08/19/2015 | 254 | Entry of appearance for Herbert C. Wamsley as of counsel for Intellectual Property Owners Associaton. Service: 08/19/2015 by email. [265417] |
| 08/19/2015 | 255 | TENDERED from Intellectual Property Owners Associaton Title: AMICUS CURIAE BRIEF. Service: 08/19/2015 by email. [265418] |
| 08/19/2015 | 256 | TENDERED from Dolby Laboratories, Inc. Title: AMICUS CURIAE BRIEF. Service: 08/19/2015 by email. [265479] |
| 08/19/2015 | 258 | AMICUS BRIEF FILED for Dolby Laboratories, Inc. [256]. Number of Pages: 28. Service: 08/19/2015 by email. Pursuant to ECF-10, filer is directed to file six copies of the brief in paper format. The paper copies of the brief should be received by the court on or before 08/24/2015. [265549] |
| 08/19/2015 | 259 | AMICUS BRIEF FILED for Intellectual Property Owners Association [255]. Number of Pages: 22. Service: 08/19/2015 by email. Pursuant to ECF-10, filer is directed to file six copies of the brief in paper format. The paper copies of the brief should be received by the court on or before 08/24/2015. [265563] |
| 08/19/2015 | 260 | Entry of appearance for Theodore L. Field as pro se for Amicus Curiae in support of Lexmark International, Inc.. Service: 08/19/2015 by email, US mail. [265571] |
| 08/19/2015 | 261 | TENDERED from Theodore L. Field Title: AMICUS CURIAE BRIEF. Service: 08/19/2015 by email. [265575] |
| 08/19/2015 | 262 | Entry of appearance for John E. Nilsson as principal counsel for Pharmaceutical Research and Manufacturers of America. Service: 08/19/2015 by email, US mail. [265593] |
| 08/19/2015 | 263 | Entry of appearance for Samuel Drezdzon as of counsel for Pharmaceutical Research and Manufacturers of America. Service: 08/19/2015 by email, US mail. [265594] |
| 08/19/2015 | 264 | TENDERED from NOKIA TECHNOLOGIES OY AND NOKIA USA INC. Title: AMICUS CURIAE BRIEF. Service: 08/19/2015 by email. [265595] |
| 08/19/2015 | 265 | Entry of appearance for Roger G. Brooks as principal counsel for Qualcomm Incorporated. Service: 08/19/2015 by email, US mail. [265596] |
| 08/19/2015 | 266 | Entry of appearance for John D. Haynes as principal counsel for NOKIA TECHNOLOGIES OY AND NOKIA USA INC.. Service: 08/19/2015 by email, US mail. [265597] |
| 08/19/2015 | 267 | Entry of appearance for David J. Kappos as of counsel for Qualcomm Incorporated. Service: 08/19/2015 by email, US mail. [265598] |
| 08/19/2015 | 268 | Entry of appearance for Willow White Noonan as of counsel for Pharmaceutical Research and Manufacturers of America. Service: 08/19/2015 by email, US mail. [265599] |
| 08/19/2015 | 269 | TENDERED from iBiquity Digital Corporation Title: AMICUS CURIAE BRIEF. Service: 08/19/2015 by email. [265600] |

| 08/19/2015 | 270 | Entry of appearance for Kristan L. Lansbery as of counsel for Pharmaceutical Research and Manufacturers of America. Service: 08/19/2015 by email, US mail. [265601] |
| 08/19/2015 | 271 | Entry of appearance for Joseph S. Cianfrani as principal counsel for Medical Device Manufacturers Association. Service: 08/19/2015 by email. [265603] |
| 08/19/2015 | 272 | TENDERED from Medical Device Manufacturers Association Title: AMICUS CURIAE BRIEF. Service: 08/19/2015 by email. [265604] |
| 08/19/2015 | 273 | Entry of appearance for Kent N. Shum as of counsel for Medical Device Manufacturers Association. Service: 08/19/2015 by email. [265605] |
| 08/19/2015 | 274 | Certificate of Interest for the Amicus Curiae Dolby Laboratories, Inc.. Service: 08/19/2015 by email, US mail. [265607] |
| 08/19/2015 | 275 | TENDERED from Qualcomm Incorporated Title: AMICUS CURIAE BRIEF. Service: 08/19/2015 by email. [265608] |
| 08/19/2015 | 276 | TENDERED from Pharmaceutical Research and Manufacturers of America Title: AMICUS CURIAE BRIEF. Service: 08/19/2015 by email. [265609] |
| 08/19/2015 | 277 | Entry of appearance for Barbara A. Fiacco as principal counsel for Biotechnology Industry Organization and CropLife International. Service: 08/19/2015 by clerk. [265613] |
| 08/19/2015 | 278 | Entry of appearance for Sarah S. Burg as of counsel for Biotechnology Industry Organization and CropLife International. Service: 08/19/2015 by clerk. [265614] |
| 08/19/2015 | 279 | TENDERED from Biotechnology Industry Organization and CropLife International Title: AMICUS CURIAE BRIEF. Service: 08/19/2015 by clerk. [265615] |
| 08/19/2015 | 280 | Entry of appearance for David S. Steuer as principal counsel for InterDigital, Inc.. Service: 08/19/2015 by email, US mail. [265617] |
| 08/19/2015 | 281 | Entry of appearance for Michael B. Levin as of counsel for InterDigital, Inc.. Service: 08/19/2015 by email, US mail. [265618] |
| 08/19/2015 | 282 | Entry of appearance for Maura L. Rees as of counsel for InterDigital, Inc.. Service: 08/19/2015 by email, US mail. [265619] |
| 08/19/2015 | 283 | TENDERED from InterDigital, Inc. Title: AMICUS CURIAE BRIEF. Service: 08/19/2015 by email. [265622] |
| 08/19/2015 | 284 | AMICUS BRIEF FILED for Nokia Technologies Oy and Nokia USA Inc. [264]. Number of Pages: 29. Service: 08/19/2015 by email. Pursuant to ECF-10, filer is directed to file six copies of the brief in paper format. The paper copies of the brief should be received by the court on or before 08/25/2015. [265649] |
| 08/19/2015 | 285 | AMICUS BRIEF FILED for iBiquity Digital Corporation [269]. Number of Pages: 19. Service: 08/19/2015 by email. Pursuant to ECF-10, filer is directed to file six copies of the brief in paper format. The paper copies of the brief should be received by the court on or before 08/25/2015. [265654] |
| 08/19/2015 | 286 | AMICUS BRIEF FILED for Medical Device Manufacturers Association [272]. Number of Pages: 24. Service: 08/19/2015 by US mail. Pursuant to ECF-10, filer is directed to file six copies of the brief in paper format. The paper copies of the brief should be received by the court on or before 08/25/2015. [265660] |
| 08/19/2015 | 288 | AMICUS BRIEF FILED for Qualcomm Incorporated [275]. Number of Pages: 25. Service: 08/19/2015 by email. Pursuant to ECF-10, filer is directed to file original and 30 copies of the brief in paper format. The paper copies of the brief should be received by the court on or before 08/25/2015. [265670] |
| 08/19/2015 | 289 | AMICUS BRIEF FILED for Pharmaceutical Research and Manufacturers of America [276]. Number of Pages: 29. Service: 08/19/2015 by email. Pursuant to ECF-10, filer |

|  |  |  |
|---|---|---|
|  |  | is directed to file original and 30 copies of the brief in paper format. The paper copies of the brief should be received by the court on or before 08/25/2015. [265673] |
| 08/19/2015 | 291 | AMICUS BRIEF FILED for Biotechnology Industry Organization and CropLife International [279]. Number of Pages: 32. Service: 08/19/2015 by email. Pursuant to ECF-10, filers are directed to file original and 30 copies of the brief in paper format. The paper copies of the brief should be received by the court on or before 08/25/2015. [265689] |
| 08/19/2015 | 290 | AMICUS BRIEF FILED for Professor Theodore Lawrence Field [261]. Number of Pages: 25. Service: 08/19/2015 by email. Pursuant to ECF-10, filer is directed to file original and 30 copies of the brief in paper format. The paper copies of the brief should be received by the court on or before 08/25/2015. [265683] |
| 08/19/2015 | 292 | AMICUS BRIEF FILED for InterDigital, Inc. [283]. Number of Pages: 15. Service: 08/19/2015 by email. Pursuant to ECF-10, filer is directed to file original and 30 copies of the brief in paper format. The paper copies of the brief should be received by the court on or before 08/25/2015. [265709] |
| 08/20/2015 | 287 | Clerk's Note to the File: Attorneys are reminded that pursuant to the Court's April 14, 2015 Order, parties are directed to file an original and 30 copies of the brief in paper format. (Ref: court order, [83]]) [265666] |
| 08/20/2015 | 293 | Certificate of Interest for the Amicus Curiae Intellectual Property Owners Association. Service: 08/20/2015 by email, US mail. [265744] |
| 08/20/2015 | 294 | ORDER rescheduling argument. Oral argument is rescheduled for October 2, 2015 at 2:00 p.m. in courtroom 201. Service as of this date by Clerk of Court. [265774] |
| 08/20/2015 | 295 | Certificate of Interest for the Amicus Curiae Qualcomm Incorporated. Service: 08/20/2015 by email, US mail. [265798] |
| 08/20/2015 | 296 | Certificate of Interest for the Amicus Curiae iBiquity Digital Corporation. Service: 08/20/2015 by email, US mail. [265806] |
| 08/20/2015 | 297 | Certificate of Interest for the Amicus Curiae InterDigital, Inc.. Service: 08/20/2015 by email, US mail. [265864] |
| 08/20/2015 | 298 | CORRECTED certificate of service for Amicus Curiae InterDigital, Inc. for Brief , Doc No. [283], attorney entry of appearance , Doc No. [282], attorney entry of appearance , Doc No. [281], attorney entry of appearance , Doc No. [280]. Service: 08/20/2015 by email, US mail. [265865] |
| 08/21/2015 | 299 | Certificate of Interest for the Amicus Curiae Pharmaceutical Research and Manufacturers of America. Service: 08/21/2015 by email, US mail. [265899] |
| 08/21/2015 | 300 | Certificate of Interest for the Amici Curiae Nokia Technologies Oy and Nokia USA Inc.. Service: 08/21/2015 by email, US mail. [265953] |
| 08/21/2015 | 301 | 31 paper copies of the amicus Brief [291] received from Amici Curiae Biotechnology Industry Organization and CropLife International. [266023] |
| 08/21/2015 | 302 | 31 paper copies of the amicus Brief [258] received from Amicus Curiae Dolby Laboratories, Inc. [266025] |
| 08/21/2015 | 303 | 31 paper copies of the amicus Brief [288] received from Amicus Curiae Qualcomm Incorporated. [266030] |
| 08/21/2015 | 304 | 31 paper copies of the amicus Brief [259] received from Amicus Curiae Intellectual Property Owners Association. [266032] |
| 08/21/2015 | 305 | Certificate of Interest for the Amicus Curiae Medical Device Manufacturers Association. Service: 08/21/2015 by email. [266108] |
| 08/21/2015 | 306 | 31 paper copies of the amicus Brief [257] received from Amicus Curiae Imaging Supplies Coalition. [266264] |

| 08/24/2015 | 307 | 31 paper copies of the amicus Brief [292] received from Amicus Curiae InterDigital, Inc. [266273] |
| 08/24/2015 | 308 | 31 paper copies of the amicus Brief [290] received from Amicus Curiae Professor Theodore Lawrence Field. [266275] |
| 08/24/2015 | 309 | 31 paper copies of the amicus Brief [284] received from Amici Curiae Nokia Technologies Oy and Nokia USA Inc. [266277] |
| 08/24/2015 | 310 | 31 paper copies of the amicus Brief [285] received from Amicus Curiae iBiquity Digital Corporation. [266278] |
| 08/24/2015 | 311 | 31 paper copies of the amicus Brief [289] received from Amicus Curiae Pharmaceutical Research and Manufacturers of America. [266447] |
| 08/24/2015 | 312 | 31 paper copies of the amicus Brief [289] received from Amicus Curiae Pharmaceutical Research and Manufacturers of America. [266459] |
| 08/25/2015 | 313 | 31 paper copies of the amicus Brief [286] received from Amicus Curiae Medical Device Manufacturers Association. [266794] |
| 08/26/2015 | 314 | CLERK'S OFFICE QUALITY CONTROL MESSAGE: Notice regarding the ECF account(s) of Vincent K. Yip, Esq. for Quanta Computer, Inc. and Acer, Inc. The e-mail address associated with your CM/ECF account is invalid and has been returned as undeliverable. Pursuant to ECF-2(E) of the Administrative Order Regarding Electronic Case Filing, an ECF filer must update all contact information with the Pacer Service Center. If the attorney is no longer associated with the case, counsel should promptly move to withdraw the attorney (see Fed. Cir. R. 47.3(c)(5)). [266889] |
| 08/26/2015 | 315 | CLERK'S OFFICE QUALITY CONTROL MESSAGE: Notice regarding the ECF account(s) of Charles Lifland for SK Hynix Inc.The e-mail address associated with your CM/ECF account is invalid and has been returned as undeliverable. Pursuant to ECF-2(E) of the Administrative Order Regarding Electronic Case Filing, an ECF filer must update all contact information with the Pacer Service Center. [266890] |
| 08/27/2015 | 316 | TENDERED from Appellant Impression Products, Inc.. Title: REPLY BRIEF. Service: 08/27/2015 by email. [267530] |
| 08/27/2015 | 317 | REPLY BRIEF FILED for Appellant Impression Products, Inc. [316]. Number of Pages: 28. Service: 08/27/2015 by US mail, email. Pursuant to court order, filer is directed to file original and 30 copies of the brief in paper format. The paper copies of the brief should be received by the court on or before 09/01/2015. [267544] |
| 08/31/2015 | 318 | 31 paper copies of the Reply Brief [317] received from Appellant Impression Products, Inc.. [268393] |
| 09/01/2015 | 319 | MOTION of Amicus Curiae US to allow argument. Response/Opposition is due 09/14/2015, for additional time at oral argument. Response/Opposition is due 09/14/2015 [Consent: unopposed]. Service: 09/01/2015 by email, US mail. [268617] |
| 09/03/2015 | 320 | ORDER filed granting motion to allow argument [319] and granting motion for time for additional time at oral argument [319] filed by Amicus Curiae US. The oral argument time is enlarged by 10 minutes. That additional time is allotted to the United States. By: En Banc (Per Curiam). Service as of this date by Clerk of Court. [269402] |
| 09/03/2015 | 321 | Clerk's Note to the File: Pursuant to the court's order [320] granting Amicus Curiae, The United States of America, 10 minutes of argument time, the US should docket the Response to Oral Argument Order event by 09/04/2015 designating the attorney that will present argument for the US. [269501] |
| 09/03/2015 | 322 | Response to oral argument order from the Amicus Curiae US. designating Melissa N. Patterson as arguing attorney. Designated time for argument: 10 minutes. Designated time for rebuttal: 0 minutes. Service of other counsel by Notice of Docket Activity from this entry. [269540] |

| 09/03/2015 | 323 | Entry of appearance for Jennifer H. Hamilton as of counsel for Appellant Impression Products, Inc.. Service: 09/03/2015 by email, US mail. [269558] |
| 09/04/2015 | 324 | CLERK'S OFFICE QUALITY CONTROL MESSAGE: re:attorney entry of appearance Docket No. [323], ERROR: Certificate of Interest was file attached to appearance for Attorney Jennifer H. Hamilton. CORRECTION: Certificate of Interest must be filed as a separate document. THIS MESSAGE IS FOR INFORMATIONAL PURPOSES ONLY. [269641] |
| 09/04/2015 | 325 | Certificate of Interest for the Appellant Impression Products, Inc.. Service: 09/04/2015 by email, US mail. [269813] |
| 09/08/2015 | 326 | MOTION of Amici Curiae Dell Inc., Google Inc., Intel Corporation, L Brands Inc., LG Electronics, Inc., Newegg, Inc., Ninestar Image Tech Limited, QVC, Inc., SAS Institute, Inc., Samsung Electronic Co., Ltd. and Xilinx, Inc. for Leave to Participate in Oral Argument.. Response/Opposition is due 09/21/2015 [Consent: partial consent]. Service: 09/08/2015 by email, US mail, hand delivery. [270295] |
| 09/10/2015 | 327 | Response to oral argument order from the Cross-Appellant Lexmark International, Inc.. designating Constantine L. Trela, Jr. as arguing attorney. Designated time for argument: 30 minutes. Designated time for rebuttal: 0 minutes. Service of other counsel by Notice of Docket Activity from this entry. [270935] |
| 09/18/2015 | 328 | RESPONSE of Cross-Appellant Lexmark International, Inc. to the motion to allow argument [326] filed by Amici Curiae Intel Corporation, LG Electronics, Inc., SAS Institute, Inc., Samsung Electronic Co., Ltd., Xilinx, Inc., Dell Inc., Newegg, Inc., Google Inc., QVC, Inc., L Brands Inc. and Ninestar Image Tech Limited in 14-1617. Service: 09/18/2015 by email, US mail. [273394] |
| 09/21/2015 | 329 | REPLY of Amici Curiae Dell Inc., Google Inc., Intel Corporation, L Brands Inc., LG Electronics, Inc., Newegg, Inc., Ninestar Image Tech Limited, QVC, Inc., SAS Institute, Inc., Samsung Electronic Co., Ltd. and Xilinx, Inc. to response filed by Cross-Appellant in 14-1617 , Doc. No [328]. Service: 09/21/2015 by email, US mail. [274116] |
| 09/22/2015 | 330 | ORDER filed granting motion to allow argument [326] filed by Amici Curiae Intel Corporation, LG Electronics, Inc., SAS Institute, Inc., Samsung Electronic Co., Ltd., Xilinx, Inc., Dell Inc., Newegg, Inc., Google Inc., QVC, Inc., L Brands Inc. and Ninestar Image Tech Limited. By: En Banc (Per Curiam). Service as of this date by Clerk of Court. [274183] |
| 09/22/2015 | 331 | MOTION of Amici Curiae Biotechnology Industry Organization and CropLife International Leave to Participate in Oral Argument. Response/Opposition is due 10/05/2015, to expedite the decision/ruling in Motion for Leave to Participate in Oral Argument. Response/Opposition is due 10/05/2015 [Consent: unopposed]. Service: 09/22/2015 by clerk. [274524] |
| 09/22/2015 | 332 | Response to oral argument order from the Amici Curiae Dell Inc., Google Inc., Intel Corporation, L Brands Inc., LG Electronics, Inc., Newegg, Inc., Ninestar Image Tech Limited, QVC, Inc., SAS Institute, Inc., Samsung Electronic Co., Ltd. and Xilinx, Inc.. designating Andrew J. Pincus as arguing attorney. Designated time for argument: 10 minutes. Designated time for rebuttal: 0 minutes. Service of other counsel by Notice of Docket Activity from this entry. [274526] |
| 09/24/2015 | 333 | ORDER filed granting motion to allow argument [331] filed by Amici Curiae Biotechnology Industry Organization and CropLife International; granting motion to expedite decision/ruling [331] filed by Amici Curiae Biotechnology Industry Organization and CropLife International. By: En Banc (Per Curiam). Service as of this date by Clerk of Court. [274795] |
| 09/24/2015 | 334 | Response to oral argument order from the Amici Curiae Biotechnology Industry Organization and CropLife International. designating Barbara A. Fiacco as arguing attorney. Designated time for argument: 5 minutes. Designated time for rebuttal: 0 |

|            |       | minutes. Service of other counsel by Notice of Docket Activity from this entry. [274811] |
|------------|-------|---|
| 09/30/2015 | 335 | Amended Certificate of Interest for the Amicus Curiae iBiquity Digital Corporation. Service: 09/30/2015 by email, US mail. [276388] |
| 10/02/2015 | 336 | Submitted after ORAL ARGUMENT by Barbara A. Fiacco for Biotechnology Industry Organization and CropLife International, Melissa N. Patterson for US, Mr. Andrew John Pincus, Esq. for Intel Corporation, LG Electronics, Inc., SAS Institute, Inc., Samsung Electronic Co., Ltd., Xilinx, Inc., Dell Inc., Newegg, Inc., Google Inc., QVC, Inc., L Brands Inc. and Ninestar Image Tech Limited, Mr. Edward F. O'Connor, I, Esq. for Impression Products, Inc. and Mr. Constantine L. Trela, Jr., Esq. for Lexmark International, Inc.. Panel: JUDGES: Prost , Judge: Newman , Judge: Lourie , Judge: Dyk , Judge: Moore , Judge: O'Malley , Judge: Reyna , Judge: Wallach , Judge: Taranto , Judge: Chen , Judge: Hughes , Judge: Stoll. [277285] |
| 10/09/2015 | 337 | Amended Certificate of Interest for the Amici Curiae Dell Inc., Google Inc., Intel Corporation, L Brands Inc., LG Electronics, Inc., Newegg, Inc., Ninestar Image Tech Limited, QVC, Inc., SAS Institute, Inc., Samsung Electronic Co., Ltd. and Xilinx, Inc.. Service: 10/09/2015 by email, US mail. [279385] |
| 02/12/2016 | 338 | OPINION and JUDGMENT filed. The judgment or decision is: Affirmed in part, Reversed in part, and Remanded. (Precedential Opinion). (For the Court: Prost,Chief Judge; Newman,Circuit Judge; Lourie,Circuit Judge; Dyk,Circuit Judge; Moore,Circuit Judge; O'Malley,Circuit Judge; Reyna,Circuit Judge; Wallach,Circuit Judge; Taranto,Circuit Judge; Chen,Circuit Judge; Hughes,Circuit Judge and Stoll,Circuit Judge). Dissenting opinion filed by Circuit Judge DYK, in which Circuit Judge HUGHES joins. [310623] **The opinion has been corrected. See entry #339 for the corrected opinion.**[14-1617, 14-1619]--[Edited 02/12/2016 by ALT] |
| 02/12/2016 | 339 | CORRECTED OPINION and JUDGMENT filed. The judgment or decision is: Affirmed in part, Reversed in part, and Remanded. (Precedential Opinion). (For the Court: Prost,Chief Judge; Newman,Circuit Judge; Lourie,Circuit Judge; Dyk,Circuit Judge; Moore,Circuit Judge; O'Malley,Circuit Judge; Reyna,Circuit Judge; Wallach,Circuit Judge; Taranto,Circuit Judge; Chen,Circuit Judge; Hughes,Circuit Judge and Stoll,Circuit Judge). Dissenting opinion filed by Circuit Judge Dyk, in which Circuit Judge Hughes joins. [310783] [14-1617, 14-1619] |
| 03/21/2016 | 340 | Mandate issued to the United States District Court for the Southern District of Ohio. Service as of this date by Clerk of Court. [320200] [14-1617, 14-1619] |
| 03/23/2016 | 341 | Petition for writ of Certiorari filed on 03/21/2016 in the Supreme Court of the United States. Supreme Court #: 15-1189, Inc. Impression Products v. Inc. Lexmark International. [321164] |
| 03/28/2016 | 342 | ERRATA to the Precedential Opinion Doc No.: [339]. Service as of this date by Clerk of Court. [321990] [14-1617, 14-1619] |
| 12/05/2016 | 343 | The petition for writ of certiorari, [15-1189], filed on 03/21/2016, was Granted on 12/02/2016. [389079] [14-1617, 14-1619] |
| 02/13/2017 | 344 | Letter from the Supreme Court of the United States requesting the entire record and briefs. [407311] |