# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

May 30, 2017

Clerk
United States Court of Appeals for the Federal Circuit
717 Madison Place, NW
Room 401
Washington, DC 20439

    Re:  Impression Products, Inc.
         v. Lexmark International, Inc.
        No. 15-1189
        (Your No. 2014-1617, 2014-1619)

Dear Clerk:

    The opinion of this Court was announced today in the above stated case. A copy of the opinion is available on the Court's website at www.supremecourt.gov.

    The judgment or mandate of this Court will not issue for at least twenty-five days pursuant to Rule 45. Should a petition for rehearing be filed timely, the judgment or mandate will be further stayed pending this Court's action on the petition for rehearing.

Sincerely,

**Scott S. Harris**, Clerk

by

Cynthia Rapp
Deputy Clerk
(202) 479-3031