# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

July 3, 2017

Clerk
United States Court of Appeals
  for the Federal Circuit
Howard T. Markey Courts Bldg.
717 Madison Place, NW
Washington, DC 20439-3045

      **Re:  Impression Products, Inc.
           v. Lexmark International, Inc.,
           No. 15-1189 (Your docket Nos. 2014-1617, 2014-1619)**

Dear Clerk:

     Attached please find a certified copy of the judgment of this Court in the above-entitled case.  You may obtain a copy of the opinion by visiting our website, http://www.supremecourt.gov.

                                               Sincerely,

                                               SCOTT S. HARRIS, Clerk

                                               By *[signature]*

                                               Herve' Bocage
                                               Judgments/Mandates Clerk

Enc.
cc:   Mr. Andrew J. Pincus, Esq.
       Mr. Constantine L. Trela, Esq.
       Mr. Jeffrey B. Wall, Esq.

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

July 3, 2017

Mr. Andrew J. Pincus, Esq.
Mayer Brown LLP
1999 K Street, NW
Washington, DC 20006

Re:  Impression Products, Inc.
v. Lexmark International, Inc.,
No. 15-1189

Dear Mr. Pincus:

Attached please find a certified copy of the judgment of this Court in the above-entitled case. You may obtain a copy of the opinion by visiting our website, http://www.supremecourt.gov.

The petitioner is given recovery of costs in this Court as follows:

| | |
|---|---|
| **Printing of record:** | $1,618.00 |
| **Clerk's costs:** | 300.00 |
| **Total:** | $1,918.00 |

This amount may be collected from the respondent.

Sincerely,

SCOTT S. HARRIS, Clerk

By  *Herve' Bocage*

Herve' Bocage
Judgments/Mandates Clerk

Enc.
cc:  Mr. Constantine L. Trela, Esq.
     Mr. Jeffrey B. Wall, Esq.
     Clerk, USCA Fed. Cir.
         (Your Docket Nos. 2014-1617, 2014-1619)

# Supreme Court of the United States

No. 15-1189

**IMPRESSION PRODUCTS, INC.,**

Petitioner

v.

**LEXMARK INTERNATIONAL, INC.**

**ON WRIT OF CERTIORARI** to the United States Court of Appeals for the Federal Circuit.

**THIS CAUSE** came on to be heard on the transcript of the record from the above court and was argued by counsel.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the judgment of the above court is reversed with costs, and the case is remanded to the United States Court of Appeals for the Federal Circuit for further proceedings consistent with the opinion of this Court.

**IT IS FURTHER ORDERED** that petitioner Impression Products, Inc. recover from Lexmark International, Inc., One Thousand Nine Hundred and Eighteen Dollars ($1,918.00) for costs herein expended.

May 30, 2017

**Justice Gorsuch took no part in the consideration or decision of this case.**

| | |
|---|---|
| **Printing of record:** | $1,618.00 |
| **Clerk's costs:** | 300.00 |
| **Total:** | $1,918.00 |



A True Copy SCOTT S. HARRIS
-Test-
Clerk of the Supreme Court of the United States
By: Cynthia Rapp