NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**LEXMARK INTERNATIONAL, INC.,**
*Plaintiff-Cross-Appellant*

v.

**IMPRESSION PRODUCTS, INC.,**
*Defendant-Appellant*

**QUALITY CARTRIDGES, INC., JOHN DOES, 1-20, BLUE TRADING LLC, EXPRINT INTERNATIONAL, INC., LD PRODUCTS, INC., PRINTRONIC CORPORATION, TESEN DEVELOPMENT (HONG KONG) CO. LTD., BENIGNO ADEVA AND HIS COMPANIES,**
*Defendants*

2014-1617, 2014-1619

Appeals from the United States District Court for the Southern District of Ohio in No. 1:10-cv-00564-MRB, Judge Michael R. Barrett.

**O R D E R**

Upon consideration of the judgment of the Supreme Court of the United States in *Impression Products, Inc. v.*

*Lexmark International, Inc.*, No. 15-1189, reversing and remanding to this court for further proceedings,

IT IS ORDERED THAT:

(1) The mandate of this court issued on March 21, 2016, is recalled, the appeals are reinstated, and this court's February 12, 2016 judgment is vacated.

(2) The Stipulated Final Judgment of the district court is affirmed in part and reversed in part. The case is remanded for entry of judgment of non-infringement in favor of Impression and against Lexmark.

                              FOR THE COURT

July 10, 2017                 /s/ Peter R. Marksteiner
   Date                       Peter R. Marksteiner
                              Clerk of Court