# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

14-1617, -1619

**LEXMARK INTERNATIONAL, INC.,**

*Plaintiff - Cross-Appellant*

v.

**IMPRESSION PRODUCTS, INC.,**

*Defendant - Appellant*

**QUALITY CARTRIDGES, INC., JOHN DOES, 1-20, BLUE TRADING LLC, EXPRINT INTERNATIONAL, INC., LD PRODUCTS, INC., PRINTRONIC CORPORATION, TESEN DEVELOPMENT (HONG KONG) CO. LTD., BENIGNO ADEVA AND HIS COMPANIES,**

*Defendants*

Appeals from the United States District Court for the Southern District of Ohio in No. 1:10-cv-00564-MRB, Judge Michael R. Barrett.

## MANDATE

In accordance with the judgment of this Court, entered July 10, 2017, and pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

/s/ Peter R. Marksteiner

Peter R. Marksteiner
Clerk of Court

cc: Frederick M. Abbott
John R. Alison III
Christa M. Anderson
James Scott Ballenger
P. Douglas Barr
Margreth Barrett
Jamie B. Beaber
Benjamin Beaton
Sara Beccia
Garrard R. Beeney
Merritt Blakeslee
Adam R. Brebner
Roger Brooks

Sarah Burg
Gino Cheng
Joseph S. Cianfrani
Clerk of Court, Southern District of Ohio (Cincinnati)
Kathi A. Cover
Samuel Drezdzon
Charles Duan
Barbara A. Fiacco
Theodore Lawrence Field
Joshua John Fougere
Mark R. Freeman
Seth David Greenstein
Jennifer Herbst Hamilton
Walter E. Hanley Jr.
Robert T. Haslam
John D. Haynes
Timothy P. Heaton
Audra Carol Eidem Heinze
Steven A. Hirsch
Robert N. Hochman
Tihua Huang
Paul Whitfield Hughes
Matthew R. Hulse
Katherine H. Johnson
Philip Staton Johnson
Lisa K. Jorgenson
David J. Kappos
William Douglas Kari
James R. Klaiber
Leo L. Lam
Kristan Lynn Lansbery
Noah Leibowitz
Michael Brett Levin
Kfir Levy
Matthew A. Levy
Charles Lifland
Steven B. Loy
Phillip R. Malone
Bryan Medlock Jr.
Timothy Colin Meece
Matthew J. Moore
John Nilsson
Willow White Noonan
Edward F. O'Connor I
Brian P. O'Shaughnessy
Mohammed Raza Panjwani
Melissa N. Patterson
Jeffrey Theodore Pearlman
Aaron Ligoury Joseph Pereira
Andrew John Pincus
Vera Ranieri
Maura L. Rees

Kevin H. Rhodes
Susan Roeder
David F. Ryan
Meenakshi Kala Sarvaiya
Christopher M. Scharff
Mark Schonfeld
Steven C. Sereboff
Nathan Shaffer
Melissa Arbus Sherry
Jason Steven Shull
Kent N. Shum
Owais Ahmed Siddiqui
Sherwin Siy
David S. Steuer
Daniel Steven Stringfield
Ranganath Sudarshan
James Suh
Robert Anthony Surrette
Robert P. Taylor
Constantine L. Trela Jr.
Susan Van Keulen
Robert A. Van Nest
Herbert Clare Wamsley Jr.
Peter James Wied
Vincent K. Yip
Kristin Leigh Yohannan Moore